UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 0 2009

Clerk, U.S. District and
Bankruptcy Courts

KENNETH DICKERSON, )
WILMA GAINS )
JANETTE JOHNS-GIBSON )
MARY Q. GRANT, )
CHARLES HARDEN, JR. et al. )
)
    Plaintiffs, ) Civil Action: _____
v. )
) Case: 1:09-cv-02213
DISTRICT OF COLUMBIA, ) Assigned To : Roberts, Richard W.
OFFICE OF THE ATTORNEY GENERAL ) Assign. Date : 11/20/2009
441 4th Street, NW ) Description: Labor-ERISA
6th floor )
Washington, DC 20001. )
)
HON. ADRIAN FENTY, MAYOR )
DISTRICT OF COLUMBIA ,et al. )
1350 Pennsylvania Avenue NW )
Suite 221, )
Washington, DC )
)
MICHELLE RHEE, )
Chancellor, )
District of Columbia Public Schools, )
825 N. Capitol St. NE )
Washington, DC 20002 )
)
    Defendants. )
)

### NOTICE OF REMOVAL

The District of Columbia, the Honorable Adrian Fenty, and Michelle Rhee are defendants in the case Dickerson v. *The District of Columbia et al,* Civil Action No. 09-004756 B, now pending in the Superior Court of the District of Columbia. Pursuant to 28

U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiffs' complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the United States District Court. The herein named defendant Shelton received a copy of the Summons and Complaint on or about October 22, 2009. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

        Respectfully submitted,

        PETER J. NICKLES
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/   Ellen Efros
        ELLEN EFROS [250746]
        Assistant Deputy Attorney General, Civil Litigation Division

        /s/   Leah Taylor
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2009, a copy of the foregoing Notice of Removal was mailed/transmitted to:

John Mercer, Esq.
1629 K Street NW
#300
Washington, DC 20036

_____/s/ Leah Brownlee Taylor_____
Leah Brownlee Taylor
Assistant Attorney General