## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant.* | Civil Action No. 09-2213 (PLF) |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY

Defendant the District of Columbia (the District) moves under Federal Rule of Civil Procedure (Rule) 37(a) to compel plaintiff to provide complete, verified interrogatory responses and produce documents improperly withheld. As of today, plaintiff has yet to verify a single interrogatory response. Despite repeated requests, plaintiff has failed to respond to one interrogatory entirely, and provided evasive or incomplete responses to twenty-one others. He has also failed to timely produce numerous documents he identified as responsive, and refused to clarify whether other specifically-requested documents have been withheld or do not exist. And plaintiff has generally objected to all of the District's interrogatory and production requests on privilege grounds, but has not produced a privilege log. The District seeks an order compelling plaintiff to provide complete discovery responses in a timely manner, including a production of documents and an appropriate privilege log.

Pursuant to LCvR 7(m), the Parties discussed the District's proposed motion before filing. Plaintiff opposes the motion and the relief requested.

Dated:  September 18, 2019.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Mateya B. Kelley*
GREGORY M. CUMMING [1018173]
MATEYA B. KELLEY [888219451]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630S
Washington, D.C. 20001
(202) 724-7854
(202) 715-7768 (fax)
Email: mateya.kelley@dc.gov

*Counsel for defendant the District of Columbia*

## RULE 37(a) CERTIFICATION

Defendant the District of Columbia, through counsel, has in good faith attempted to resolve the disputes described in this motion by outlining them in a letter to plaintiff's counsel, served on July 22, 2019, and by telephone conference with plaintiff's counsel on September 10, 2019. Despite repeated requests by the District, the Parties were not able to resolve the disputes without Court intervention.

/s/ Mateya B. Kelley
MATEYA B. KELLEY [888219451]
Assistant Attorney General

2