UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 09-2213 (PLF) |

## ORDER

Upon consideration of Defendant's Motion to Compel Discovery, any opposition, and the entire record, it is this _____ day of _____, 2019, ORDERED that:

1. Plaintiff shall provide defendant full and complete responses to the District's Interrogatory Nos. 1, 3, 5, 6, 7, 8, 9, 11, 12, 13, 16, 17, 18, 19, 20, 21, 22, and 23, without regard to whether plaintiff intends to call the individuals identified at trial or whether the information may be within the District's control.

2. Plaintiff shall provide defendant a verified copy of each and every interrogatory response, including supplemental responses.

3. Plaintiff shall produce to defendant all documents responsive to the District's Requests for Production Nos. 1, 2, 4, 5, 6, 7, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, and 22, without regard to whether the documents are within the District's control.

4. Plaintiff shall produce to defendant the documents identified in his responses to the District's Requests for Production Nos. 2 and 22, and any copies of the grievances referenced in No. 21, or explain why the grievances referenced in Request for Production No. 21 cannot be produced.

5. Plaintiff shall produce any personal communications, including, without limitations, emails and text messages, that are responsive to the District's requests for document production.

6. Plaintiff shall produce a log of all information or documents withheld on privilege grounds, which complies with Federal Rule of Civil Procedure 26.

7. Plaintiff shall comply with Paragraphs 1 through 6 of this Order no later than two weeks from the date of this Order.

8. Defendant shall have two weeks from the date plaintiff serves his privilege log to meet and confer with plaintiff regarding any concerns about plaintiff's privilege claims and to raise any challenges to those claims with the Court.

SO ORDERED.

_____
THE HONORABLE PAUL L. FRIEDMAN
Judge, United States District Court
for the District of Columbia