UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>  *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>  *Defendant*. | Civil Action No. 09-2213 (PLF) |

### SUPPLEMENTAL EXHIBIT A IN SUPPORT OF
### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

  Pursuant to a request from Chambers, defendant the District of Columbia (the District) attaches a complete copy of the February 8, 2021 deposition of Donielle Powe. This filing takes the place of the exhibit referred to as Exhibit A in the District's Opposition to Plaintiff's Motion to Compel, [130].

Dated:  April 29, 2021.    Respectfully submitted,

             KARL A. RACINE
             Attorney General for the District of Columbia

             */s/ Fernando Amarillas*
             FERNANDO AMARILLAS [974858]
             Acting Deputy Attorney General
             Public Interest Division

             */s/ Mateya B. Kelley*
             MATEYA B. KELLEY [888219451]
             Assistant Attorney General
             Equity Section
             400 Sixth Street, N.W., Suite 10100
             Washington, D.C. 20001
             (202) 724-7854

2

(202) 715-7768 (fax)
Email: mateya.kelley@dc.gov

*Counsel for defendant the District of Columbia*