# EXHIBIT A

# TRANSCRIPT
# IN THE MATTER OF:

## Case: KENNETH DICKERSON v. DISTRICT OF COLUMBIA

## DONIELLE POWE

**February 8, 2021**

**SLR REPORTING**
**301-651-3335**
**SLRreporting@verizon.net**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - x

KENNETH DICKERSON,          :

      Plaintiff,     :

  v.                       :   CA No. 09-2213 (PLF)

DISTRICT OF COLUMBIA,      :

      Defendant.    :

- - - - - - - - - - - x


Monday, February 8, 2021

DEPOSITION OF:


DONIELLE POWE,


Called for oral examination by counsel, pursuant
to notice and agreement of counsel, commencing at
10:04 a.m., taken virtually, before Paul Smakula,
Court Reporter, Notary Public in and for the State
of Maryland, when were present on behalf of the
respective parties:

```
 1                A P P E A R A N C E S

 2      ON BEHALF OF PLAINTIFF:

 3           DONALD M. TEMPLE, ESQUIRE

 4           LAW OFFICE OF DONALD TEMPLE

 5           1310 L Street, NW, Suite 750

 6           Washington, D.C. 20005

 7           (202) 628-1101

 8           Dtemplelaw@gmail.com

 9

10      ON BEHALF OF DEFENDANT:

11           MATEYA KELLEY, ESQUIRE

12           OFFICE OF THE ATTORNEY GENERAL FOR DC

13           441 4th Street Northwest, Suite 630 South

14           Washington, D.C. 20001

15           (202) 727-3400

16           Mateya.kelley@dc.gov

17

18

19

20

21

22
```

1                  C O N T E N Ts

2    EXAMINATION OF DONIELLE POWE                    PAGE

3    By Mr. Temple                                    4

4

5

6                   E X H I B I T S

7              (Attached to transcript.)

8    POWE DEPOSITION EXHIBITS                    PAGE

9    Exhibit 1  Notice of Deposition                 8

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 4

1               P R O C E E D I N G S

2                   DONIELLE POWE,

3     having been duly sworn, testified as follows:

4           EXAMINATION BY COUNSEL FOR THE PLAINTIFF

5     BY MR. TEMPLE:

6       Q   Good morning.  Could you please state your        10:04:11

7     full name for the record and spell it for the          10:04:11

8     record?                                                 10:04:11

9       A   Sure.  Donielle Powe, D-O-N-I-E-L-L-E            10:04:11

10    P-O-W-E.                                                10:04:11

11      Q   Ms. Powe, where are you presently                10:04:11

12    employed?                                               10:04:12

13      A   D.C. Public Schools.                              10:04:13

14      Q   And what was your start date there?              10:04:13

15      A   My start date was August 15th, 2016.             10:04:16

16      Q   And what's your title there, please?             10:04:24

17      A   Deputy chief for the labor management            10:04:26

18    employee relations team.                                10:04:31

19      Q   Have you been deposed before, Ms. Powe?          10:04:38

20      A   Yes.                                              10:04:42

21      Q   How many occasions?                               10:04:42

22      A   Maybe three or four over the course of my        10:04:47

Page 5

| | | |
|---|---|---|
| 1 | employment with DCPS. | 10:04:51 |
| 2 | Q  And were those depositions related to in | 10:04:53 |
| 3 | any way the subject matter of this particular | 10:05:01 |
| 4 | deposition? | 10:05:04 |
| 5 | A  No. | 10:05:04 |
| 6 | Q  And what's your chain of command going up? | 10:05:05 |
| 7 | A  I report directly to Scott Barash, who's | 10:05:18 |
| 8 | DCPS's general counsel. | 10:05:23 |
| 9 | Q  And you're an attorney; is that correct? | 10:05:24 |
| 10 | A  Correct. | 10:05:26 |
| 11 | Q  Where were you employed in 2007-2008? | 10:05:26 |
| 12 | A  2007-2008, I was in law school. | 10:05:30 |
| 13 | Q  And where was that? | 10:05:33 |
| 14 | A  Detroit Mercy School of Law in Detroit, | 10:05:36 |
| 15 | Michigan. | 10:05:41 |
| 16 | Q  And what did you do prior to working for | 10:05:41 |
| 17 | the District of Columbia -- where you work right | 10:05:44 |
| 18 | now, the most recent position before starting this | 10:05:46 |
| 19 | job? | 10:05:50 |
| 20 | A  Prior to coming to DCPS I worked for the | 10:05:50 |
| 21 | Department of Homeland security in ICE, | 10:05:55 |
| 22 | Immigration Custom Enforcement division as a | 10:06:00 |

Page 6

1    senior labor relation specialist.                    10:06:03

2        Q   I'm operating on the premise that you        10:06:06

3    don't need to be instructed on depositions.  I       10:06:12

4    will tell you this, though, if you do not            10:06:14

5    understand a question, please just tell me that       10:06:17

6    you don't understand it, otherwise I'm going to      10:06:22

7    presume that you do.                                 10:06:24

8        A   Okay.                                        10:06:25

9        Q   Are we clear about that?                     10:06:25

10       A   Okay.                                        10:06:29

11       Q   If you need to a take a break, let me        10:06:29

12   know, okay?                                          10:06:32

13       A   Got it.                                      10:06:33

14       Q   Now, you understand that you're being        10:06:34

15   deposed as a 30(b)(6) witness; is that correct?      10:06:36

16       A   Yes, that's correct.                         10:06:40

17       Q   Do you know what a 30(b)(6) witness is?      10:06:41

18       A   Could you explain it to me again?            10:06:45

19       Q   You're testifying on behalf of the           10:06:47

20   department, the District of Columbia.                10:06:50

21       A   Can you speak up a little bit?  You sound    10:06:52

22   really low.                                          10:06:58

Page 7

| | | |
|---|---|---|
| 1 | Q   I'm sorry.  I'll try to speak up.  I said | 10:06:59 |
| 2 | -- you're testifying on behalf of the agency where | 10:07:20 |
| 3 | you work. | 10:07:23 |
| 4 | A   Yes. | 10:07:24 |
| 5 | Q   Okay.  Now, have you reviewed the | 10:07:25 |
| 6 | deposition notice in this case? | 10:07:30 |
| 7 | A   Say that one more time. | 10:07:32 |
| 8 | Q   Have you reviewed the deposition notice in | 10:07:34 |
| 9 | this case here? | 10:07:39 |
| 10 | A   Yes. | 10:07:40 |
| 11 | Q   So, you're prepared to testify about each | 10:07:40 |
| 12 | subject that's identified in this notice? | 10:07:46 |
| 13 | A   Yes, I've been prepared.  Yes. | 10:07:50 |
| 14 | Q   Let me just go one at a time, please. | 10:07:53 |
| 15 | A   Okay. | 10:07:57 |
| 16 | Q   If you turn your attention to paragraph 1. | 10:07:58 |
| 17 | Do you have the notice in front of you? | 10:08:05 |
| 18 | A   I do not.  I can pull it up. | 10:08:08 |
| 19 | MS. KELLEY:  May I make two suggestions? | 10:08:12 |
| 20 | First, your audio also sounds garbled to me, and | 10:08:16 |
| 21 | I've noticed the few people who's mike is on the | 10:08:21 |
| 22 | better it tends to be, that's why I muted, and | 10:08:25 |

Page 8

1   perhaps your co-counsel can as well.  The second            10:08:29

2   is if you have the notice electronically, perhaps          10:08:32

3   you can screen share and then we know for sure             10:08:36

4   we're all looking at the same thing.                       10:08:37

5       Q   I'll try to speak up.  It makes it a               10:08:58

6   little difficult but I'll try to speak up.                 10:09:02

7           (POWE Deposition Exhibit 1 marked for             10:09:02

8   identification and attached to the transcript.)            10:09:02

9           MR. TEMPLE:  Okay.  If you can move that           10:10:13

10  down to the subjects, Paul, number one.                    10:10:15

11      Q   Do you see that, Ms. Powe?                          10:10:29

12      A   Yes.                                                10:10:30

13      Q   Just directing your attention to number            10:10:30

14  one.                                                        10:10:37

15      A   Okay.                                               10:10:37

16      Q   Do you actually have any personal                  10:10:37

17  knowledge of this subject area here?                       10:10:40

18      A   I have -- I'm prepared to respond to this          10:10:46

19  question, but I don't have any personal knowledge          10:10:50

20  because I was not employed with DCPS at that time.         10:10:53

21      Q   And how are you -- what did you do to              10:10:56

22  prepare to answer this particular question?                10:10:58

Page 9

1      A   Sure.   I reviewed documents such as the          10:11:02

2   nonreappointment letter for Mr. Dickerson as well        10:11:10

3   as spoke with former colleagues about what               10:11:13

4   happened during that time.                               10:11:16

5      Q   And other than the correspondence, the            10:11:19

6   nonreappointment letter, what other documents, if        10:11:24

7   any, did you review to answer number one?                10:11:27

8         MS. KELLEY:   Objection; calls for                 10:11:29

9   privileged information.   You should not answer the      10:11:32

10  question.                                                10:11:36

11        MR. TEMPLE:   On what grounds?                      10:11:37

12        MS. KELLEY:   The witness prepared as a             10:11:40

13  30(b)(6) witness and the documents reviewed were         10:11:43

14  pulled by counsel and therefore subject to the           10:11:48

15  attorney work product doctrine.                          10:11:50

16        MR. TEMPLE:   That's not the case.   We're         10:11:53

17  going to note that objection.   That is absolutely       10:11:56

18  not the case.   If the witness prepared, we're           10:11:59

19  entitled to know what documents she relied upon to       10:12:02

20  prepare.   So are you instructing the witness not        10:12:06

21  to answer?                                               10:12:08

22        MS. KELLEY:   I am.                                10:12:11

1        MR. TEMPLE:  For every such objection,        10:12:12

2   Paul, I want an immediate transcript copy, please.   10:12:14

3        Q   Number two, which colleagues -- you said    10:12:19

4   colleagues -- to whom did you speak?                 10:12:23

5        A   I spoke with a former attorney, Karl        10:12:26

6   Turpin, who used to be in a supervising attorney     10:12:33

7   for the office of general counsel to ask if he had   10:12:36

8   any information about this previously preparing      10:12:41

9   for this case.  I've also spoken with the school     10:12:45

10  leader recruitment team just to talk to them         10:12:49

11  generally about the process of nonreappointment      10:12:56

12  and those types of actions.                          10:13:00

13       Q   And when you say the recruitment team, can  10:13:00

14  you identify, please, for purposes of question       10:13:02

15  number one, each individual by name and position     10:13:05

16  with whom you spoke?                                 10:13:08

17       A   I would have spoken to Maggie Thomas, who   10:13:11

18  is -- what is her position -- deputy chief.  I       10:13:19

19  forget the name of the specific team, but just       10:13:23

20  generally to make sure that my understanding of      10:13:26

21  the nonreappointment process was correct.            10:13:29

22       Q   Anyone else?                                10:13:32

Page 11

```
 1        A   No.   I would have talked to her just to      10:13:41
 2   confirm my understanding.                              10:13:43
 3        Q   So for purpose of question number one, did    10:13:44
 4   you speak to any person that was involved in the       10:13:47
 5   decision-making process for 2007-2008?                 10:13:50
 6        A   No.                                            10:13:56
 7        Q   And directing your attention to number        10:13:56
 8   two, please.                                            10:14:02
 9        A   Okay.                                          10:14:04
10        Q   Do you have any personal knowledge of the     10:14:08
11   question in number two?                                 10:14:10
12        A   No.                                            10:14:11
13        Q   Okay.                                          10:14:11
14            (Off the record from 10:14 to 10:43 a.m.)     10:43:09
15        Q   Ms. Powe, during the break did you have an    10:43:10
16   opportunity to speak to counsel?                        10:43:13
17        A   No.                                            10:43:15
18        Q   I was asking you about question number        10:43:15
19   two.   What did you do to prepare to answer that       10:43:17
20   question?                                               10:43:26
21        A   I spoke with counsel and also reviewed        10:43:28
22   documents.                                              10:43:46
```

Page 12

1    Q   Okay.   Other than counsel, did you speak          10:43:46

2  with anyone else?                                         10:43:48

3    A   No.                                                 10:43:49

4    Q   Which counsel did you speak to?                     10:43:50

5    A   Ms. Kelly.                                          10:43:56

6    Q   Which documents did you review?                    10:43:57

7        MS. KELLEY:   Objection.   Calls for                10:43:59

8  privileged information.                                   10:44:01

9    Q   The documents that you reviewed, were they          10:44:03

10 documents that were prepared by counsel or were           10:44:05

11 they departmental documents?                              10:44:09

12       MS. KELLEY:   Objection to the form of the          10:44:14

13 question and to the extent that calls for                 10:44:15

14 privileged information.                                   10:44:19

15   Q   Were those documents generated by the               10:44:20

16 department or were they generated by counsel?             10:44:23

17       MS. KELLEY:   You may answer.                       10:44:28

18   A   The documents that I reviewed were -- any           10:44:30

19 documents I reviewed would have been previous             10:44:36

20 documents created by DCPS.                                10:44:39

21       MR. TEMPLE:   Counsel, are you instructing          10:44:43

22 the witness not to answer about the documents?            10:44:44

Page 13

| | | |
|---|---|---|
| 1 | MS. KELLEY:  Do you have another question? | 10:44:50 |
| 2 | MR. TEMPLE:  I said are you instructing | 10:44:52 |
| 3 | the witness not to answer?  I asked her what | 10:44:53 |
| 4 | documents she have you reviewed. | 10:44:56 |
| 5 | MS. KELLEY:  If you're asking her again | 10:44:58 |
| 6 | what documents she reviewed, then yes, I would | 10:45:01 |
| 7 | object again. | 10:45:01 |
| 8 | MR. TEMPLE:  I just want to make the | 10:45:01 |
| 9 | record clear.  I'm talking about documents not | 10:45:03 |
| 10 | prepared by counsel, departmental documents that | 10:45:05 |
| 11 | she reviewed to prepare to answer this particular | 10:45:09 |
| 12 | question.  You're instructing her not to answer; | 10:45:12 |
| 13 | is that correct? | 10:45:15 |
| 14 | MS. KELLEY:  Counsel, I think the series | 10:45:16 |
| 15 | of questions has been a little unclear.  The | 10:45:21 |
| 16 | witness has reviewed documents, yes, but they were | 10:45:23 |
| 17 | selected by counsel, and therefore the documents | 10:45:26 |
| 18 | that she reviewed are subject to the attorney work | 10:45:29 |
| 19 | product doctrine. | 10:45:32 |
| 20 | MR. TEMPLE:  Okay.  I just want to make | 10:45:34 |
| 21 | sure. | 10:45:36 |
| 22 | MS. KELLEY:  And I'm objecting to her | 10:45:36 |

Page 14

1    reviewing them here.                                    10:45:39

2         MR. TEMPLE:  And my question, I just want          10:45:40

3    to make sure the record is clear.  You're telling       10:45:42

4    me that DCPS documents, because you selected them,       10:45:45

5    are therefore privileged for purposes of this           10:45:50

6    deposition even though they're documents which          10:45:52

7    affect this particular case, is that what you're         10:45:55

8    saying?                                                 10:45:58

9         MS. KELLEY:  I'm saying the testimony as           10:46:01

10   to what she reviewed on the advice of counsel as         10:46:03

11   prepared by counsel, in preparation for this            10:46:06

12   deposition is attorney work product and it is           10:46:10

13   privileged.  I'm not saying the documents               10:46:12

14   themselves are privileged.  I'm saying the              10:46:14

15   testimony about her preparation with counsel is          10:46:18

16   privileged.                                             10:46:20

17        MR. TEMPLE:  I didn't ask about testimony          10:46:21

18   with counsel.  I'm asking about documents, DCPS          10:46:23

19   documents that she relied upon or is relying upon        10:46:32

20   to answer question two, and you're saying for the        10:46:33

21   record that it's privileged.  I just want to make        10:46:37

22   sure I'm correct about what I'm hearing.                 10:46:41

Page 15

| | | |
|---|---|---|
| 1 | MS. KELLEY:  Yes. | 10:46:44 |
| 2 | MR. TEMPLE:  Thank you.  And number two, | 10:46:45 |
| 3 | you're instructing the witness not to answer; is | 10:46:47 |
| 4 | that correct? | 10:46:52 |
| 5 | MS. KELLEY:  I'm not sure what question it | 10:46:52 |
| 6 | is that's pending that you're saying I'm | 10:46:55 |
| 7 | instructing her not to answer.  So if you want to | 10:46:58 |
| 8 | ask a new question, I will respond. | 10:47:01 |
| 9 | MR. TEMPLE:  I'm not going to ask a new | 10:47:02 |
| 10 | question.  Let me be clear.  I have a question | 10:47:03 |
| 11 | pending.  You -- let me finish, please.  You | 10:47:04 |
| 12 | objected to number two, and number three, you told | 10:47:07 |
| 13 | her that she didn't have to answer the question. | 10:47:11 |
| 14 | And the question, so the record's clear, is what | 10:47:13 |
| 15 | governmental documents she relied upon to prepare | 10:47:17 |
| 16 | for and to answer question number two? | 10:47:20 |
| 17 | MS. KELLEY:  Yes.  I would object to her | 10:47:27 |
| 18 | testifying as to what documents counsel gave her | 10:47:29 |
| 19 | to review in preparation for this deposition, and | 10:47:32 |
| 20 | I instruct her not to answer. | 10:47:36 |
| 21 | Q  And directing your attention to number | 10:47:46 |
| 22 | three.  What did you do to prepare to answer | 10:47:48 |

Page 16

1    number three?                                    10:47:57

2        A   I again reviewed documents and spoke with    10:47:58

3    my counsel.  I spoke with counsel.                10:48:02

4        Q   Okay.  You didn't speak to anybody other    10:48:04

5    than your counsel; is that correct?              10:48:07

6        A   Correct.                                  10:48:08

7        Q   And the counsel you're referring to is    10:48:09

8    Ms. Kelley; is that correct?                     10:48:14

9        A   Correct.                                  10:48:16

10       Q   Okay.  And what documents did you read to    10:48:16

11   review to prepare to answer number three?         10:48:18

12       MS. KELLEY:  Objection on the same grounds    10:48:20

13   as before; information is privileged and the      10:48:22

14   witness should not answer.                        10:48:25

15       MR. TEMPLE:  And I presume that objections    10:48:26

16   runs throughout each of these questions; is that    10:48:30

17   correct, Counsel?                                10:48:34

18       MS. KELLEY:  Yes, Counsel.  If you ask her    10:48:34

19   which documents she reviewed to the extent that    10:48:36

20   they were from counsel, I would object to her    10:48:37

21   testifying and I would instruct her not to answer.    10:48:41

22       Q   Are you aware of any meetings, Ms. Powe,    10:48:47

1    that Ms. Rhee held with John Davis?                   10:48:55

2       A   I'm not aware of any meetings.                 10:49:02

3       Q   Okay.   Let me make sure that question -- I    10:49:05

4    apologize.   Are you aware of any meetings that       10:49:05

5    Ms. Rhee held with John Davis regarding              10:49:07

6    Mr. Dickerson's removal?                              10:49:14

7       A   I am not aware of any meetings that            10:49:16

8    Ms. Rhee held with Mr. Davis regarding               10:49:20

9    Mr. Dickerson's nonreappointment.                     10:49:29

10      Q   Okay.   Can you tell me who the                10:49:31

11   decision-makers were who decided not to reappoint    10:49:35

12   Mr. Dickerson?                                         10:49:41

13      A   After -- the former chancellor, Michelle      10:49:42

14   Rhee, was the decision-maker for the                  10:49:46

15   nonreappointment decision.                             10:49:49

16      Q   Was she the only decision maker?              10:49:50

17      A   Yes.                                            10:49:53

18      Q   How do you know?                               10:49:53

19      A   Because the D.C. code gives that authority    10:49:55

20   to the chancellor of D.C. Public Schools to decide   10:49:58

21   whether to reappoint or nonreappoint school          10:50:02

22   leaders.                                              10:50:08

Page 18

1    Q   And what was the specific reasons for her       10:50:08

2    decision?                                           10:50:13

3    A   She made -- she made a decision not to          10:50:16

4    reappoint Mr. Dickerson based on a recommendation   10:50:20

5    from the Wilson LSAT team.  It was called LSRT at   10:50:24

6    the time.                                           10:50:32

7    Q   How do you know that?                           10:50:32

8    A   Based on the documentation for the              10:50:37

9    restructuring of the school as well as the          10:50:42

10   nonreappointment letter that was issued to          10:50:45

11   Mr. Dickerson.                                      10:50:48

12   Q   When you say documentation restructuring        10:50:48

13   of the school, what are you referring to?           10:50:51

14   A   There was a memo that the LSRT issued to        10:50:52

15   Chancellor Rhee at the time with the                10:50:59

16   recommendations on how to structure the school.     10:51:01

17   Q   Do you know what LSRT means?                    10:51:03

18   A   The Local School Restructuring Team.            10:51:06

19   Q   Do you know who the memo was from?              10:51:13

20   A   It was from the local school restructuring      10:51:17

21   team.                                               10:51:23

22   Q   Was there an individual's name on the           10:51:24

Page 19

1    memo?                                                    10:51:26

2        A   I would have to look.  I don't have the         10:51:27

3    memo in front of me.  I would have to look at it        10:51:29

4    to see if there was a specific name on there.           10:51:31

5        Q   Do you know the date of that particular         10:51:33

6    memo?                                                    10:51:43

7        A   Not off the top of my head, no.                 10:51:44

8        Q   Have you read the memo?                         10:51:45

9        A   Yes.                                            10:51:47

10       Q   Is there a file for Mr. Dickerson in DCPS?      10:51:48

11       A   A file?                                         10:51:55

12       Q   Which contains documents related to his         10:51:57

13   nonreappointment?                                        10:52:00

14       A   There would have been a personnel file         10:52:03

15   while he was employed with DCPS.                         10:52:15

16       Q   Have you -- the LSRT memo that you              10:52:36

17   mentioned, you said that you read it.  When did         10:52:38

18   you read it?                                             10:52:38

19       A   I read it multiple times before today in       10:52:39

20   preparation for today, for this deposition.             10:52:43

21       Q   How many pages is that memo?                    10:52:43

22       A   I cannot recall the exact number of pages,      10:52:47

Page 20

1    but I know it's less than ten pages.                10:52:52

2        Q   And does it address other individuals       10:52:55

3    other than Mr. Dickerson?                           10:52:58

4        A   It addresses the recommendation for the     10:53:01

5    restructuring of Wilson High School, which          10:53:05

6    includes the recommendation about how to address    10:53:10

7    school leadership through that process.             10:53:12

8        Q   Does it address other personnel other than  10:53:15

9    Mr. Dickerson?                                       10:53:28

10       A   The memo is not about Mr. Dickerson         10:53:30

11   individually, the memo is a recommendation to the   10:53:33

12   chancellor regarding how the school should be       10:53:36

13   restructured.                                        10:53:39

14       Q   Is Mr. Dickerson's name mentioned in the    10:53:40

15   memo?                                                10:53:44

16       A   I would have to look at the memo again to   10:53:44

17   tell you if the name is specifically mentioned in   10:53:48

18   the memo.                                            10:53:51

19       Q   Do you have it in your presence?            10:53:52

20       A   In front of me?  I don't have it in front   10:53:53

21   of me.  I don't have anything in front of me        10:53:55

22   except you all.                                      10:53:58

```
 1      Q  Can you access to it?  Do you have access    10:53:59

 2   to it?                                             10:54:02

 3          MS. KELLEY:  Objection.                     10:54:02

 4          MR. TEMPLE:  Noted.                         10:54:04

 5      Q  Can you access it?                           10:54:06

 6          THE WITNESS:  Can I answer the question?    10:54:11

 7          MS. KELLEY:  Counsel, you cannot use the    10:54:14

 8   virtual setting to shoehorn a document request    10:54:16

 9   into this deposition.                             10:54:20

10          MR. TEMPLE:  I'm not shoehorning a          10:54:22

11   document request.  I'm asking a question about -- 10:54:24

12   a specific question, which is -- you have an      10:54:26

13   objection.                                        10:54:30

14          MS. KELLEY:  If you were in a room and she 10:54:31

15   did not have the document in front of her, she    10:54:34

16   would not have a document in front of her.  Just  10:54:37

17   because she's sitting at a computer, you cannot   10:54:40

18   ask her to access any document she may have ever  10:54:44

19   seen.                                             10:54:47

20          MR. TEMPLE:  I'm asking her was            10:54:47

21   Mr. Dickerson's name mentioned in the document?   10:54:49

22          MS. KELLEY:  And she answered.             10:54:52
```

Page 22

1    Q   What was your answer, Ms. Powe, for the          10:54:54

2    record?                                               10:54:57

3    A   That I can't recall if his name was              10:54:57

4    specifically in the document.                         10:55:00

5    Q   You said that the reason for his                  10:55:01

6    termination was the restructuring of the school.      10:55:06

7    And that there was a recommendation from LSRT         10:55:08

8    regarding the restructuring; correct?                 10:55:13

9    A   I said the memo that I talked about was a         10:55:15

10   recommendation from the LSRT to Chancellor Rhee       10:55:18

11   about how to restructure Wilson, and included in      10:55:23

12   that memo with recommendations was how -- was a       10:55:27

13   recommendation on how to address school              10:55:30

14   leadership, and he was a part of school              10:55:32

15   leadership.                                           10:55:37

16   Q   Okay.  And what did it say about how to          10:55:37

17   address school leadership?                            10:55:40

18   A   That school leadership should be replaced.       10:55:42

19   There should be a new structure for school           10:55:44

20   leadership.                                           10:55:46

21   Q   And did it say why school leadership             10:55:49

22   should be replaced?                                   10:55:53

Page 23

1       A   It talked about the reasons for -- through       10:55:54

2    the restructuring process there are several ways       10:55:59

3    to address how to improve the school, and one of       10:56:02

4    those ways is by replacing staff.  And so the       10:56:07

5    recommendation was to replace the staff that had       10:56:11

6    to do with the lack of progress of student       10:56:13

7    academics it says.  So as a part of school       10:56:23

8    leadership it was recommended that that team be       10:56:26

9    removed and replaced.       10:56:30

10      Q   Did that memo state that there were       10:56:31

11   deficiencies on the part of Mr. Dickerson       10:56:34

12   pertinent to the lack of leadership, the lack of       10:56:38

13   progress of students?       10:56:40

14      A   Did it -- I think I said this before, but       10:56:44

15   I don't recall if it named Mr. Dickerson       10:56:48

16   specifically, but it does address the school       10:56:50

17   leadership team.       10:56:52

18      Q   Do you know if there was an evaluation of       10:56:53

19   Mr. Dickerson to see the extent to which his       10:56:58

20   performance was deficient to Wilson?       10:57:02

21      A   Do you mean in the memo?       10:57:08

22      Q   No, independent of the memo.       10:57:11

Page 24

1      A   And, I'm sorry, could you ask the question          10:57:14

2   one more time?                                             10:57:16

3      Q   Do you know in terms of the reasoning for           10:57:17

4   Mr. Dickerson's termination -- nonreappointment,           10:57:21

5   the extent to which there was an evaluation of his         10:57:24

6   performance?                                               10:57:28

7      A   The reason for his nonreappointment was             10:57:31

8   based on the recommendation from the Wilson LSRT           10:57:35

9   and then Chancellor Rhee made the final decision           10:57:39

10  to nonreappoint as authorized in the D.C. code.            10:57:42

11     Q   That's not my question.  My question was            10:57:47

12  the extent to which Mr. Dickerson's performance            10:57:51

13  evaluations were considered in that                        10:57:57

14  decision-making process.                                   10:58:02

15        MS. KELLEY:  Objection to form.                      10:58:05

16        But you may answer, Ms. Powe.                        10:58:06

17     A   The reasoning for Mr. Dickerson's                   10:58:11

18  nonreappointment was based on the recommendation           10:58:13

19  from the LSRT to remove the school leadership              10:58:16

20  team.                                                      10:58:22

21     Q   I understand that.  That's not my                   10:58:22

22  question.  I have a very specific question.  I             10:58:25

Page 25

1    want to be very clear.  Did Ms. Rhee rely or          10:58:28

2    review Mr. Dickerson's performance evaluations in     10:58:35

3    making her decision?  Do you know the answer to       10:58:39

4    that question?                                         10:58:43

5         A   And that's what I'm saying.  Ms. Rhee's      10:58:44

6    reasoning for the nonreappointment was based on       10:58:48

7    the Wilson LSRT recommendation.                        10:58:50

8         Q   My question still is do you know whether     10:58:53

9    she reviewed Mr. Dickerson's performance              10:58:56

10   evaluations?                                           10:58:58

11        A   Not that I'm aware of.                        10:59:00

12        Q   Do you know if the restructuring team        10:59:01

13   reviewed Mr. Dickerson's performance evaluations?     10:59:07

14        A   Not that I'm aware of.                        10:59:11

15        Q   Would his performance, if he were            10:59:20

16   performing at an exceptional level, had               10:59:23

17   anything -- made a difference in terms of whether     10:59:29

18   he was removed or not?                                 10:59:34

19        MS. KELLEY:  Objection; calls for                10:59:34

20   speculation.                                           10:59:34

21        You may answer.                                   10:59:34

22        Q   You can answer the question.                 10:59:34

Page 26

| | | |
|---|---|---|
| 1 | THE WITNESS:  You said I may answer, | 10:59:38 |
| 2 | Ms. Kelley? | 10:59:41 |
| 3 | A  And, Mr. Temple, your question was whether | 10:59:41 |
| 4 | if he were exceptional an employee would that have | 10:59:43 |
| 5 | made a difference? | 10:59:47 |
| 6 | Q  Yes. | 10:59:48 |
| 7 | A  No, because the recommendation from the | 10:59:50 |
| 8 | LSRT was to remove the leadership team as a whole. | 10:59:52 |
| 9 | Q  Do you know how many members were involved | 10:59:58 |
| 10 | in LSRT? | 11:00:10 |
| 11 | MS. KELLEY:  Objection; beyond the scope | 11:00:16 |
| 12 | of the notice. | 11:00:21 |
| 13 | But you can answer, Ms. Powe. | 11:00:21 |
| 14 | A  I cannot recall the exact number of | 11:00:23 |
| 15 | individuals on the LSRT. | 11:00:26 |
| 16 | Q  Do you know if anyone made a specific | 11:00:27 |
| 17 | recommendation to Ms. Rhee that Mr. Dickerson | 11:00:34 |
| 18 | should not be appointed? | 11:00:37 |
| 19 | A  No.  It says a recommendation was made. | 11:00:40 |
| 20 | Q  Do you know the extent to -- | 11:00:55 |
| 21 | MS. KELLEY:  Counsel -- | 11:00:55 |
| 22 | MR. TEMPLE:  Yes, ma'am? | 11:00:57 |

Page 27

| | | |
|---|---|---|
| 1 | MS. KELLEY:  I was just going to suggest | 11:00:58 |
| 2 | we end the screen share if you're not going to use | 11:01:02 |
| 3 | the notice more or you can leave it up. | 11:01:11 |
| 4 | MR. TEMPLE:  That's why I didn't want to | 11:01:11 |
| 5 | use it in the first place.  I don't need to use | 11:01:13 |
| 6 | that document for my questions, so we can end it. | 11:01:17 |
| 7 | Q  Ms. Powe, do you know what role John Davis | 11:01:26 |
| 8 | played in this decision-making process, if any? | 11:01:31 |
| 9 | A  As far as I'm aware, he wasn't a part of | 11:01:37 |
| 10 | the decision-making.  It was Chancellor Rhee who | 11:01:40 |
| 11 | made the decision to nonreappoint. | 11:01:44 |
| 12 | Q  I want to be clear, you have not spoken to | 11:01:47 |
| 13 | Ms. Rhee; is that correct? | 11:01:58 |
| 14 | A  Correct. | 11:02:00 |
| 15 | Q  Have you spoken to Pete Webber? | 11:02:00 |
| 16 | A  No. | 11:02:04 |
| 17 | Q  Jasmine Jose? | 11:02:04 |
| 18 | A  No. | 11:02:08 |
| 19 | Q  And certainly not John Davis; correct? | 11:02:08 |
| 20 | A  Correct. | 11:02:11 |
| 21 | Q  And do you know whether Pete Webber was | 11:02:11 |
| 22 | involved in the decision to remove Mr. Dickerson? | 11:02:15 |

Page 28

1        A   As far as I'm aware he was not involved.          11:02:21

2    Chancellor Rhee is the one who made the decision          11:02:21

3    to nonreappoint Mr. Dickerson.                            11:02:24

4        Q   Okay.  So do you know if Jasmine Jose was         11:02:24

5    involved in any way in making that decision?              11:02:28

6        A   Not that I'm aware of.                            11:02:31

7        Q   Were either Pete Webber or Jasmine Jose           11:02:32

8    involved in the process, the nonreappointment             11:02:37

9    process?                                                  11:02:40

10        A   Not that I'm aware of.                           11:02:43

11        Q   Did you read any emails to Ms. Rhee from         11:02:51

12    anyone related to Mr. Dickerson's termination?           11:02:56

13        A   I did not read any emails from anyone to         11:03:03

14    Chancellor Rhee about Mr. Dickerson's                    11:03:06

15    nonreappointment other than -- I'm sorry, other          11:03:09

16    than -- and that wasn't an email, it was a memo to       11:03:13

17    Ms. Rhee from the LSRT about the removal of the          11:03:18

18    Wilson leadership team.                                  11:03:23

19        Q   Have you in your preparation for this            11:03:23

20    deposition seen any document that relates in any         11:03:36

21    way to Mr. Dickerson's performance while at              11:03:43

22    Wilson?                                                  11:03:50

Page 29

```
 1      A  No.                                        11:03:51

 2      Q  So the only document that you have         11:03:51

 3  reviewed in this -- related to Ms. Rhee's decision 11:03:57

 4  to not reappoint Mr. Wilson is the LSRT memo; is   11:04:00

 5  that correct?                                      11:04:06

 6      A  As well as the nonreappointment letter     11:04:06

 7  from Ms. Rhee to Mr. Dickerson, correct.           11:04:09

 8      Q  Have you reviewed Mr. Wilson's personnel    11:04:12

 9  file -- I keep saying Mr. Wilson, I'm sorry.       11:04:27

10  Contribute that to my old age, sorry --            11:04:34

11  Mr. Dickerson's personnel file?                    11:04:34

12      A  No.                                         11:04:43

13      Q  And I'm sorry, that should be              11:04:44

14  Dr. Dickerson.  I'm sorry, Mr. Dickerson.         11:04:46

15         Are you aware of Mr. Dickerson's --         11:05:05

16  Dr. Dickerson's title when he was terminated?     11:05:08

17      A  At the time that Dr. Dickerson was         11:05:12

18  nonreappointed he was an assistant principal.     11:05:15

19      Q  Do you know what his other duties were at  11:05:19

20  the school?                                        11:05:21

21      A  Other than being an assistant principal?   11:05:21

22      Q  Yes.                                        11:05:25
```

Page 30

| | | |
|---|---|---|
| 1 | A   I'm not aware of what he was doing outside | 11:05:30 |
| 2 | of being an assistant principal. | 11:05:34 |
| 3 | Q   Do you know that he was also a teacher? | 11:05:36 |
| 4 | MS. KELLEY:  Objection.  These questions | 11:05:56 |
| 5 | are outside the deposition topics. | 11:05:58 |
| 6 | But you may answer, Ms. Powe. | 11:06:01 |
| 7 | A   I don't quite understand the question. | 11:06:04 |
| 8 | Are you asking -- | 11:06:07 |
| 9 | Q   Did you know that he had multiple duties, | 11:06:08 |
| 10 | that he was a teacher and assistant principal and | 11:06:11 |
| 11 | dean of students? | 11:06:14 |
| 12 | MS. KELLEY:  I would also object that this | 11:06:19 |
| 13 | assumes facts not in evidence. | 11:06:22 |
| 14 | You can answer. | 11:06:24 |
| 15 | MR. TEMPLE:  There's no facts in evidence, | 11:06:28 |
| 16 | Counsel. | 11:06:28 |
| 17 | Q   You can answer the question. | 11:06:31 |
| 18 | A   I'm not aware that he held any other | 11:06:31 |
| 19 | positions other than assistant principal because | 11:06:34 |
| 20 | D.C. employees are not employed in multiple | 11:06:34 |
| 21 | positions at a time. | 11:06:43 |
| 22 | Q   I couldn't hear you.  You faded. | 11:06:43 |

Page 31

1    Employees are not what?                              11:06:44

2        A   Sure.  I said I was only aware that he was   11:06:44

3    employed as assistant principal for DCPS.  I         11:06:47

4    wasn't aware that he was employed in any other        11:06:52

5    positions simultaneously.                            11:06:54

6        Q   You're saying employees are not supposed     11:06:55

7    to do that?                                          11:06:59

8        A   No, I was saying that's not something that   11:06:59

9    typically happens that someone is employed by DCPS   11:07:02

10   in multiple positions.                               11:07:07

11       Q   Okay.  Have you seen document whatsoever     11:07:08

12   in the non -- related to the nonreappointment        11:07:30

13   process which speaks about Mr. Dickerson's --        11:07:33

14   Dr. Dickerson's accommodations, achievements at      11:07:39

15   the school, or anything else related to his          11:07:44

16   specific leadership qualities?                       11:07:47

17       A   No.                                          11:07:50

18       Q   In the LSRT memorandum, did it reference     11:08:12

19   in any way the assistant principal position?         11:08:17

20       A   Yes, it referred to the school leadership   11:08:28

21   team, which would include the assistant principal    11:08:30

22   position.                                            11:08:36

Page 32

1    Q   I'm not asking you what it referred to.        11:08:36

2  I'm asking did it specifically use the language,      11:08:39

3  have a discussion quote/unquote about the             11:08:41

4  assistant principal?                                   11:08:42

5    A   I would need to look at the memo to give         11:08:45

6  you an exact -- the exact language.                    11:08:47

7    Q   But you can't answer that question right         11:08:52

8  now; is that correct?                                   11:09:06

9    A   Correct.                                          11:09:08

10     MS. KELLEY:   She answered.                        11:09:08

11     MR. TEMPLE:   It's not answered, Counsel.          11:09:10

12  Thank you.                                             11:09:13

13    Q   You can't answer the question?   You said       11:09:14

14  don't know right now right now as we speak whether    11:09:15

15  there's language in the memo that specifically        11:09:18

16  references quote/unquote the assistant principal;     11:09:21

17  is that correct?                                       11:09:23

18    A   Correct.                                         11:09:25

19    Q   And what steps -- DCPS has an                    11:09:26

20  antidiscrimination policy; is that correct?           11:09:45

21    A   Yes.                                             11:09:47

22    Q   What does it state in terms of racial           11:09:47

Page 33

1    discrimination?                                          11:09:51

2        A   That no employee or African should be           11:09:51

3    subject to racial discrimination in application         11:09:57

4    for employment.                                          11:09:59

5        Q   Who is responsible at DCPS for enforcing        11:10:00

6    that policy?                                             11:10:03

7        A   It would be the EEO team, which is part of      11:10:04

8    the team that I lead under the labor management         11:10:08

9    employee relations team.                                 11:10:12

10       Q   So you said you lead that team?                 11:10:14

11       A   Correct.                                         11:10:18

12       Q   How is it that -- that team was in place        11:10:19

13   in 2007 and 2008; is that correct?                       11:10:30

14       A   The labor management and employee              11:10:35

15   relations team was in place at the time, yes.            11:10:37

16       Q   Did they have the responsibility to             11:10:40

17   enforce the EEO laws?                                     11:10:42

18       A   Yes, in conjunction with the office of          11:10:44

19   general counsel, yes.                                     11:10:47

20       Q   And what level of scrutiny did that             11:10:48

21   particular office give to the firings and the            11:10:55

22   nonreappointments that occurred in 2007-2008 of          11:10:58

Page 34

```
 1    principals and vice principals?                        11:11:02

 2         MS. KELLEY:  Objection; this question is          11:11:05

 3    outside the scope of the topics noticed.               11:11:07

 4         But you may answer.                                11:11:12

 5         MR. TEMPLE:  It's not outside of the scope        11:11:12

 6    of the topics noticed.                                 11:11:12

 7     Q   You can answer the question.                      11:11:13

 8     A   I'm sorry, can you repeat the question,           11:11:14

 9    please?                                                 11:11:16

10     Q   What level of scrutiny did they give to           11:11:16

11    the 2007-2008 terminations and nonreappointments?     11:11:22

12     A   So if somebody complains of discrimination       11:11:30

13    incident, then my team would review that.  And if     11:11:44

14    there's something that needs to be resolved or        11:11:49

15    corrected, we would take those steps based on the     11:11:52

16    advice of counsel in the general counsel's office.    11:11:58

17    And if there wasn't any evidence to support such a    11:12:01

18    claim, then there would be no further steps taken.    11:12:04

19     Q   Do you know if there was any investigation       11:12:07

20    of discrimination regarding Mr. Dickerson's           11:12:14

21    nonreappointment?                                       11:12:21

22     A   I'm not aware.  I'm not aware of any             11:12:22
```

Page 35

1    investigation or any complaint that was filed.          11:12:28

2        Q  You were aware of the grievances filed by        11:12:30

3    the union regarding the nonreappointment of             11:12:40

4    Mr. Dickerson?                                           11:12:46

5        A  Yes.                                              11:12:48

6        Q  Okay.  Was there a response to the -- the        11:12:49

7    three grievances that the union filed on his            11:12:52

8    behalf?                                                  11:12:56

9        A  I cannot recall.                                  11:13:04

10       Q  When there's a grievance -- let me direct        11:13:06

11   your attention to -- what exhibit is that?             11:13:10

12       Have you ever seen the letter from the             11:13:51

13   union, Council of School Officers Union related to      11:13:52

14   Mr. Dickerson's matter?                                 11:13:56

15       A  I believe I have, but I can't say for sure       11:14:03

16   right now.                                               11:14:06

17       Q  Have you seen any responses at all to any        11:14:10

18   letters written by the union?                           11:14:15

19       A  I cannot recall.                                 11:14:16

20       MS. KELLEY:  Counsel, we can see your               11:14:40

21   documents there.                                         11:14:42

22       MR. TEMPLE:  I'm going to take a                     11:14:51

                                                          Page 36

1    five-minute break to use the restroom.              11:14:52

2         MS. KELLEY:   That's fine.                      11:14:55

3         (Off the record from 11:15 a.m. to             11:15:02

4    11:22 a.m.)                                          11:22:42

5    Q   I want to go back to the restructuring          11:22:42

6    committee.                                           11:22:46

7    A   Okay.                                            11:22:47

8    Q   Can you hear me?  I'm sorry.                     11:22:48

9    A   Yeah, I can hear you.                            11:22:54

10   Q   Let me ask you in the document, the             11:23:10

11   restructuring committee document, do you know what  11:23:14

12   year it was written in?                             11:23:17

13   A   2008.                                            11:23:18

14   Q   2008.  Do you know what month?                  11:23:20

15   A   It was the spring, but I'm not for sure if      11:23:27

16   it was April or May or maybe March.  I'm not for    11:23:31

17   certain the month.                                  11:23:35

18   Q   Do you know if -- who the faculty reps          11:23:37

19   were that were a part of that?                      11:23:43

20   A   No, not off the top of my head.                 11:23:45

21   Q   Does the name -- was John Snotty a part of      11:23:51

22   that particular process?                            11:23:56

Page 37

| | | |
|---|---|---|
| 1 | A  John Snotty, I'm not recalling his name. | 11:23:58 |
| 2 | Q  How about Haddy Moore? | 11:24:06 |
| 3 | A  It doesn't sound familiar. | 11:24:12 |
| 4 | Q  Do you know if there was any individual | 11:24:17 |
| 5 | communications to Ms. Rhee from any of the faculty | 11:24:27 |
| 6 | in support of Mr. Dickerson? | 11:24:33 |
| 7 | A  Not that I'm aware of. | 11:24:46 |
| 8 | Q  Are you aware of any communication from | 11:24:47 |
| 9 | parents at Wilson in support of Mr. Dickerson? | 11:24:52 |
| 10 | A  I do recall, but I don't recall the names, | 11:24:58 |
| 11 | I don't know if they were community members or | 11:25:04 |
| 12 | parents, but I do recall a communication to | 11:25:07 |
| 13 | Chancellor Rhee on behalf of Dr. Dickerson. | 11:25:13 |
| 14 | Q  Do you know the extent to which those | 11:25:19 |
| 15 | communications were considered by Ms. Rhee in the | 11:25:23 |
| 16 | reappointment process? | 11:25:27 |
| 17 | A  The reasoning for the reappointment was | 11:25:29 |
| 18 | based on the recommendation from the Wilson LSRT. | 11:25:32 |
| 19 | Q  Ms. Rhee received a copy of the | 11:25:35 |
| 20 | recommendation; correct? | 11:25:37 |
| 21 | A  Correct. | 11:25:38 |
| 22 | Q  Okay.  And once she received it, did she | 11:25:38 |

Page 38

| | | |
|---|---|---|
| 1 | have any communication with anyone about the | 11:25:41 |
| 2 | restructuring memo? | 11:25:44 |
| 3 | A   Not that I'm aware of. | 11:25:47 |
| 4 | Q   And how would you become aware of that? | 11:25:49 |
| 5 | MS. KELLEY:  Objection. | 11:25:58 |
| 6 | A   Of whether she had -- | 11:25:59 |
| 7 | Q   What occurred after she received the | 11:26:01 |
| 8 | restructuring memo? | 11:26:03 |
| 9 | A   I wouldn't -- go ahead, I'm sorry. | 11:26:05 |
| 10 | MS. KELLEY:  Objection; vague. | 11:26:08 |
| 11 | You may answer. | 11:26:10 |
| 12 | A   I wouldn't -- I don't know that I'm clear | 11:26:12 |
| 13 | on your question. | 11:26:16 |
| 14 | Q   Not a problem.  I appreciate that. | 11:26:19 |
| 15 | So to the extent that the memo did not | 11:26:23 |
| 16 | specifically recommend removing Dr. Dickerson, | 11:26:29 |
| 17 | okay, what are the reasons why then Ms. Rhee | 11:26:34 |
| 18 | decided to remove Dr. Dickerson? | 11:26:44 |
| 19 | A   Dr. Dickerson was removed -- was | 11:26:48 |
| 20 | nonreappointed because he was part of the Wilson | 11:26:53 |
| 21 | school leadership team, and based on the | 11:26:56 |
| 22 | restructuring process that LSRT recommended that | 11:26:58 |

Page 39

1    the leadership team be nonreappointed or removed        11:27:01

2    from Wilson.                                            11:27:08

3        Q  Did the restructuring team say in its memo       11:27:09

4    what its objective was for removing the                 11:27:20

5    leadership?                                             11:27:24

6        A  The recommendation was based on the              11:27:24

7    success or lack thereof of academic success by          11:27:33

8    students and they were recommending that all staff      11:27:38

9    related to those deficiencies be removed, which         11:27:42

10   would include the school leadership team.               11:27:46

11       Q  So you make the distinction between              11:27:47

12   reappointment and termination; correct?                 11:28:01

13       A  Yes.                                              11:28:04

14       Q  Okay.  And explain the reappointment             11:28:05

15   process, please.                                        11:28:07

16       A  Sure.  Each year principals and assistant        11:28:09

17   principals are reappointed or, I'm sorry,               11:28:13

18   appointed to their position, and then at the end        11:28:18

19   of each school year it has to be -- their               11:28:20

20   appointment has to be renewed.  And if it's not         11:28:24

21   renewed then they are nonreappointed.  And that         11:28:28

22   decision is left to the chancellor of the system        11:28:33

Page 40

1    to decide whether to appoint them in the first          11:28:35

2    place and then reappoint or nonreappoint at the         11:28:38

3    end of the school year.                                 11:28:43

4        Q   Are there criteria that govern the              11:28:43

5    appointment, nonreappointment process?                  11:28:46

6        A   The authority that's given to the               11:28:48

7    chancellor gives that person the discretion to          11:28:53

8    decide whether to appoint or nonreappoint school        11:28:55

9    leadership.                                             11:29:01

10       Q   Is that a purely subjective discretion or       11:29:01

11   is it based on any objective factors?                   11:29:08

12       MS. KELLEY:   Objection to the extent that          11:29:13

13   calls for a legal conclusion.                           11:29:15

14       You may answer, Ms. Powe.                           11:29:18

15       A   In this instance the decision was based on      11:29:20

16   a recommendation to restructure the Wilson High         11:29:26

17   School.                                                 11:29:30

18       Q   I'm not really -- I'm asking you about the      11:29:30

19   process now versus that particular decision.            11:29:31

20       A   Okay.                                           11:29:35

21       Q   I'm asking you really to try to understand      11:29:35

22   the policies and procedures that govern the             11:29:37

Page 41

```
 1   reappointment process.                               11:29:41

 2       A   Got it.  And what's your question?           11:29:43

 3       Q   And my question was you said that Ms. Rhee   11:29:47

 4   had discretion?                                      11:29:51

 5       A   Correct.                                     11:29:53

 6       Q   And I'm asking you, is that -- is there      11:29:53

 7   any policy or procedure that informs that            11:29:55

 8   discretion?                                          11:29:59

 9       A   No.                                          11:30:04

10       Q   So it could be purely subjective?            11:30:05

11       MS. KELLEY:  Object again to the extent          11:30:11

12   that calls for a legal conclusion.  And also, this   11:30:12

13   is outside the scope of the noticed topic.           11:30:15

14       MR. TEMPLE:  I'm referring to topic four.        11:30:18

15   I appreciate that.  I disagree.  It especially       11:30:21

16   asks for explanation of the applicable               11:30:24

17   decision-making process related to the               11:30:27

18   appointment, the 2008-2009 reappointment.  And I'm   11:30:29

19   trying to get the foundational understanding         11:30:32

20   before I get to the question.                        11:30:34

21       Q   So you can answer the question, please.      11:30:36

22       A   So the discretion that the chancellor has    11:30:39
```

Page 42

```
1    to appoint and nonreappoint is their decision, but      11:30:43

2    they can consider -- they can consider other            11:30:49

3    things if they want, but there's no -- if that          11:30:52

4    answers your question, I'm not sure.                    11:30:59

5        Q   I'm sorry, Ms. Powe, you're going in out        11:31:00

6    and out.  So I want to make sure -- and I just          11:31:03

7    want to make sure I'm clear.                            11:31:14

8            So as a practice in the school system           11:31:17

9    there, for the reappointments of school principals      11:31:23

10   and assistant principals does the superintendent        11:31:28

11   as a practice rely on performance evaluations?          11:31:36

12           MS. KELLEY:   Objection; vague as to time       11:31:45

13   period.                                                 11:31:49

14           But you may answer.                             11:31:50

15           MR. TEMPLE:   I'm talking about a practice.     11:31:51

16   Your objection is noted.                                11:31:53

17       Q   And I'm talking about the chancellor,           11:31:55

18   okay?                                                   11:31:57

19       A   Do you mean during that time?                   11:31:58

20       Q   I'm talking about as a practice, not just       11:32:01

21   during that time, but between that time and now,        11:32:04

22   as a practice, does the chancellor in reappointing      11:32:07
```

Page 43

1    principals and assistant principals evaluate them        11:32:10

2    based on their performance?                              11:32:16

3        A  They can, but the chancellor would not be        11:32:22

4    doing the formal evaluation, if that's what you're       11:32:24

5    referring to.  And they can consider that, but           11:32:27

6    they don't have to.                                      11:32:31

7        Q  So for purposes of nonreappointments,             11:32:32

8    okay, my question was as a practice, you're saying       11:32:37

9    they don't have to consider performance?                 11:32:42

10       A  Correct.                                          11:32:45

11       Q  Thank you.  Okay.  And directing your             11:32:46

12   attention to 2008-2009, in particular.  Okay.  Do        11:32:50

13   you know whether Ms. Rhee at any point, in not           11:33:02

14   reappointing Mr. Dickerson, okay, whether she            11:33:09

15   reviewed his performance?                                11:33:14

16       A  As far as I'm aware, Chancellor Rhee did a        11:33:18

17   categorical nonreappointment of the school               11:33:25

18   leadership team at Wilson based on the LSRT's            11:33:29

19   recommendation to her.                                   11:33:31

20       Q  Can you explain so that I'm clear, you            11:33:32

21   said a categorical nonreappointment; can you             11:33:48

22   explain exactly how that occurred?                       11:33:53

Page 44

1       A   Sure.   So the LSRT team as part of the          11:33:54

2  restructuring process made a number of                    11:33:58

3  recommendations on how to restructure the school.         11:34:01

4  Part of that was to remove the staff that was             11:34:07

5  related to the failures or deficiencies of student        11:34:12

6  success or student performance at the school.   And       11:34:17

7  so as a result of that recommendation, Chancellor         11:34:19

8  Rhee nonreappointed school leadership at that team        11:34:21

9  who could reapply after that process, but before          11:34:28

10 that even happened she, based on the                      11:34:33

11 recommendation nonreappointed the principals and          11:34:36

12 assistant principals at the school.                       11:34:40

13      Q   Okay.   Is there a correlation between the       11:34:42

14 leadership problems that were identified in the           11:35:51

15 report and Mr. Dickerson's performance?                   11:35:55

16      MS. KELLEY:   Objection; vague.   But you            11:36:01

17 may answer.                                               11:36:04

18      A   No.                                              11:36:04

19      Q   Was there an assessment of any kind              11:36:06

20 relative to Mr. Dickerson's leadership and                11:36:19

21 contribution to the well-being of the students           11:36:22

22 there at Wilson?                                          11:36:25

Page 45

```
 1        A   Was there an assessment by LSRT?       11:36:27

 2            Can you hear me?                        11:36:39

 3        Q   Yes.  I can hear you.                   11:36:41

 4        A   You were asking if the LSRT conducted an  11:36:43

 5    assessment of Dr. Dickerson?                    11:36:47

 6        Q   To the extent of his leadership skills and  11:36:49

 7    contributions to the leadership at the school to  11:36:54

 8    ascertain whether he was contributing to the    11:36:58

 9    well-being of the students?  And that means     11:37:05

10    academic and other development issues.          11:37:08

11        A   As far as I'm aware, Dr. Dickerson's    11:37:15

12    contributions were not assessed by the LSRT, the  11:37:18

13    LSRT and his nonreappointment was a part of the  11:37:24

14    recommendation to nonreappoint to the school    11:37:29

15    leadership team.                                11:37:37

16        Q   Okay.  Now, I want to go back to make sure  11:37:38

17    we're clear, you were talking about             11:37:41

18    nonreappointment.  Nonreappointment is the      11:37:43

19    standard means by which principals and assistant  11:37:45

20    principals would continue from year to year; is  11:37:48

21    that correct?                                   11:37:53

22        A   Yes, in general.  I mean, there could be  11:37:53
```

Page 46

```
1    an instance where based on employee misconduct         11:37:56

2    someone could be terminated, but outside of that        11:38:01

3    they would be either appointed or nonreappointed        11:38:04

4    from year to year.                                       11:38:08

5        Q  Did you see a history of any misconduct on      11:38:09

6    the part of Mr. Dickerson in your preparation for        11:38:13

7    this deposition?                                          11:38:16

8        A  No.                                               11:38:18

9        Q  Are you aware that there was a misconduct        11:38:19

10   representation made related to his                       11:38:27

11   nonreappointment at the unemployment level?             11:38:29

12       MS. KELLEY:  Objection; assumes facts.              11:38:35

13   You can answer.                                          11:38:37

14       MR. TEMPLE:  That's not an objection in a           11:38:39

15   deposition, Counsel.  It's a deposition, not a          11:38:41

16   trial.  I'm developing facts.  Thank you.               11:38:44

17       MS. KELLEY:  It's to be conducted as if it          11:38:45

18   were testimony at trial.  I've made my objection.       11:38:50

19       Ms. Powe, you may answer.                            11:38:52

20       A  Can you repeat the question, now?                11:38:53

21       Q  Can you read the question back, please?         11:38:57

22       (Requested portion read back.)                       11:39:17
```

Page 47

| | | |
|---|---|---|
| 1 | A   I was not made aware of that. | 11:39:17 |
| 2 | Q   You've been working with the school system | 11:39:19 |
| 3 | since 2016, did you say? | 11:39:37 |
| 4 | A   Correct. | 11:39:38 |
| 5 | Q   Okay.  And in your position there, do you | 11:39:39 |
| 6 | deal with nonreappointments? | 11:39:41 |
| 7 | A   I -- in my position, I do work with the | 11:39:46 |
| 8 | school leader recruitment and retention team, but | 11:39:50 |
| 9 | those letters come from the chancellor. | 11:39:54 |
| 10 | Q   Are you aware of any nonreappointments of | 11:39:56 |
| 11 | an individual who is a high performer at the | 11:40:00 |
| 12 | principal or assistant principal level? | 11:40:08 |
| 13 | MS. KELLEY:  Objection; vague; and beyond | 11:40:14 |
| 14 | the scope of the topics. | 11:40:17 |
| 15 | But you can answer, Ms. Powe. | 11:40:20 |
| 16 | A   Do you mean from that time period? | 11:40:23 |
| 17 | Q   From -- since you've been there. | 11:40:26 |
| 18 | A   Since I've been here.  So you're asking | 11:40:29 |
| 19 | since I've been here, have there been anybody | 11:40:31 |
| 20 | who's not been reappointed who had high | 11:40:35 |
| 21 | performance? | 11:40:40 |
| 22 | Q   Yes. | 11:40:41 |

Page 48

1      A   Yes.                                              11:40:44

2      Q   And why were they terminated -- without          11:40:48

3   saying their names?                                     11:40:53

4      A   Right.  For other reasons related to             11:40:54

5   possible misconduct or other bad behavior.              11:40:57

6      Q   So, other than bad behavior, if someone is       11:41:01

7   terminated for bad behavior, you can't think of         11:41:07

8   anyone who was terminated who had high performance      11:41:10

9   without bad behavior?                                   11:41:13

10         MS. KELLEY:  Objection; again, beyond the        11:41:16

11   scope.                                                 11:41:21

12         But you may answer in your own knowledge.        11:41:21

13     A   Since 2016 -- I'm not remembering the year       11:41:33

14   this happened -- I believe we have had other           11:41:38

15   principals or assistant principals nonreappointed      11:41:41

16   due to restructuring or reorganization of schools.     11:41:46

17   I can't recall if that happened before 2016 and I      11:41:55

18   was just made aware once I came on board or if         11:41:57

19   that actually happened at or near the beginning of     11:42:01

20   the time I started with DCPS.                          11:42:05

21     Q   What is your retention policy regarding          11:42:26

22   employee personnel files?                              11:42:29

Page 49

1    A   Currently we maintain employee personnel                11:42:33

2    files in physical form as well as in electronic             11:42:41

3    form through our PeopleSoft system.  Those are the          11:42:46

4    policies.                                                   11:42:57

5        Q   And I want to make sure I'm clear.  You             11:42:57

6    didn't review Mr. Dickerson's performance, his             11:43:03

7    personnel file; is that correct?                            11:43:06

8        A   Correct.                                            11:43:07

9        Q   And is there a reason why you did not do           11:43:08

10   that?                                                       11:43:14

11       A   Prior to 2009 DCPS did not have an                 11:43:14

12   electronic system to maintain employee files.  And         11:43:21

13   so there has been a shift in how the files have            11:43:24

14   been maintained since then.  I didn't review his           11:43:30

15   file specifically in preparation for this.                  11:43:36

16       Q   Are you aware of any meetings between              11:43:41

17   March 1st, 2008, and June 30th, 2008, outside of          11:43:47

18   the LSRT in which Mr. Dickerson's employment               11:43:52

19   status was discussed?                                       11:43:57

20       A   I'm not aware.                                      11:43:59

21       Q   But you don't know whether any such               11:44:00

22   meetings occurred, obviously?                               11:44:10

Page 50

1     A   Correct.                                      11:44:12

2     Q   Is there a record of -- by race of the        11:44:12

3  principals and assistant principals that were        11:44:19

4  terminated or not reappointed in 2008?               11:44:22

5     A   We -- we have records of the races of the     11:44:29

6  principals and assistant principals that were        11:44:33

7  employed during that time.                           11:44:36

8     Q   Do you know of the assistant principals --    11:44:39

9  do you know how many assistant principals were not   11:44:46

10 reappointed?                                          11:44:49

11    A   Do you mean for DCPS overall?                  11:44:49

12    Q   In 2008, yes.                                  11:44:52

13    A   No, I don't know the number off the top of    11:44:55

14 my head.                                              11:44:58

15    Q   Do you know who replaced Mr. Dickerson as     11:44:58

16 assistant principal at Wilson?                        11:45:02

17    A   Her name was -- there were -- so when the     11:45:05

18 principal -- I'm sorry, when the school leadership    11:45:10

19 team was replaced, the principal was appointed and   11:45:14

20 then two assistant principals were also appointed.    11:45:21

21 One was Mary Beth something, I can't remember --      11:45:27

22 Mary Beth, her last name is escaping me right now.    11:45:32

```
 1    And we also appointed Larry Bargemen and Charlotte    11:45:39

 2    Butler --                                             11:45:39

 3          THE REPORTER:  You're breaking up for me.       11:45:39

 4     A   When the school leadership team was not          11:45:58

 5    reappointed, a new principal was appointed and        11:45:59

 6    then two assistant -- I'm sorry, three or four        11:46:02

 7    assistant principals were also appointed in the       11:46:08

 8    next year and following year.  And that would have    11:46:12

 9    been Gregory Bargeman, Sa Brown, Charlotte Butler,    11:46:17

10    and Mary Beth -- her last name is escaping me         11:46:25

11    right now.                                            11:46:30

12     Q   Okay.  I want to just try to clarify what        11:46:31

13    you were saying here.  How many assistant             11:46:38

14    principals were appointed in 2008?                    11:46:42

15     A   I know for sure one came on soon after.          11:46:56

16    There were two assistant principals appointed         11:47:03

17    because there would have been one for the ninth       11:47:07

18    grade and one for the tenth grade.                    11:47:09

19     Q   Do you know what --                              11:47:11

20          MS. KELLEY:  I was going to say, if this        11:47:16

21    is topic ten, we can also offer to submit a           11:47:19

22    written response to be sure that we get the names     11:47:23
```

Page 52

| | | |
|---|---|---|
| 1 | right. | 11:47:27 |
| 2 | THE WITNESS:  Yeah, I don't want to mess | 11:47:28 |
| 3 | the names up. | 11:47:29 |
| 4 | MR. TEMPLE:  All right. | 11:47:32 |
| 5 | Q  So that would be for 2008-2009? | 11:47:33 |
| 6 | A  Correct. | 11:47:35 |
| 7 | Q  But -- so name -- you mentioned Mary Beth | 11:47:35 |
| 8 | as one person.  Is that the first person that came | 11:47:40 |
| 9 | on? | 11:47:43 |
| 10 | A  Yes. | 11:47:44 |
| 11 | Q  Okay.  And who would hire these assistant | 11:47:49 |
| 12 | principals? | 11:47:57 |
| 13 | A  The assistant principals are appointed by | 11:47:58 |
| 14 | the chancellor, the same as principals. | 11:48:01 |
| 15 | Q  And do you know the process for appointing | 11:48:09 |
| 16 | vice principals or assistant principals? | 11:48:15 |
| 17 | A  Sure.  So, they have to apply to go into a | 11:48:18 |
| 18 | pool of candidates and if they're accepted into | 11:48:22 |
| 19 | that pool of candidates then they participate in a | 11:48:28 |
| 20 | panel interview, and if they pass that then they | 11:48:32 |
| 21 | can select or they can be selected to interview at | 11:48:36 |
| 22 | -- this is the general process -- they can be | 11:48:39 |

Page 53

1    selected to interview at different schools.            11:48:42

2        Q   And the decision, the final decision is        11:48:48

3    made by the chancellor; correct?                       11:48:51

4        A   Correct.  So they would interview with the     11:48:52

5    school leader, and if the school leader had an         11:48:54

6    interview team and then the chancellor would be        11:48:57

7    the person to -- I'm sorry, the chancellor would       11:49:00

8    be the person to make that offer to appoint them       11:49:03

9    if they wanted to work for us.                         11:49:06

10       Q   And who would have been the school leader      11:49:07

11   at Wilson in 2008-2009?                                11:49:10

12       A   His name was Cahall Pete -- Cahall, I          11:49:14

13   don't know if I'm saying his name correctly,           11:49:23

14   C-A-H-I-L-L.                                            11:49:26

15           MS. KELLEY:  C-A-H-A-L-L.                       11:49:26

16           THE WITNESS:  I'm sorry.                        11:49:26

17       Q   And what would have been his role in that      11:49:36

18   process?                                               11:49:41

19       A   As principal, he would've also interviewed     11:49:41

20   with the candidates since they worked for him or       11:49:45

21   reported to him, rather.                               11:49:51

22       Q   I want to go back to this particular stage     11:49:52

Page 54

```
 1    of the decision-making process.  Okay.  Were you        11:49:56

 2    aware that when Ms. Rhee was talking about the          11:50:05

 3    restructuring that the Council was concerned about      11:50:08

 4    the potential bias in the process?                      11:50:12

 5         MS. KELLEY:  Objection; vague; and calls           11:50:17

 6    for speculation.                                        11:50:22

 7         You can answer.                                    11:50:23

 8    Q   Did you understand the question?                    11:50:24

 9    A   You're asking if I was aware that a                 11:50:26

10    counselor had concerns?                                 11:50:29

11    Q   No, the City Council?                               11:50:30

12    A   Oh, no, I was not aware of that.                    11:50:32

13    Q   Okay.  And that the Council was aware               11:50:35

14    about the potential racial bias in this process,        11:50:39

15    are you aware of that?                                  11:50:44

16    A   No.                                                 11:50:45

17    Q   And during this process of removing, not            11:50:46

18    reappointing Wilson and then Mary Beth -- Mary          11:50:57

19    Beth's race, for the record, is Caucasian; is that      11:51:01

20    correct?                                                11:51:04

21    A   Correct.                                            11:51:04

22    Q   And the second principal hired in 2008,             11:51:05
```

Page 55

| | | |
|---|---|---|
| 1 | you don't remember their name.  Do you remember | 11:51:08 |
| 2 | their race? | 11:51:11 |
| 3 | A   He was -- was he a black man?  Gregory | 11:51:14 |
| 4 | Bargeman. | 11:51:20 |
| 5 | Q   Gregory what? | 11:51:23 |
| 6 | A   Bargeman, B-A-R-G-E-M-A-N.  Is that the | 11:51:26 |
| 7 | correct spelling? | 11:51:31 |
| 8 | Q   We'll get the correct spelling.  So he was | 11:51:33 |
| 9 | hired in 2008? | 11:51:37 |
| 10 | A   Yes. | 11:51:38 |
| 11 | Q   And did he perform the same | 11:51:38 |
| 12 | responsibilities as Mr. Dickerson? | 11:51:40 |
| 13 | A   He was appointed to the assistant | 11:51:42 |
| 14 | principal position, so he would've performed | 11:51:46 |
| 15 | assistant principal duties. | 11:51:49 |
| 16 | Q   What particular position -- what was his | 11:51:50 |
| 17 | responsibilities? | 11:51:53 |
| 18 | A   To -- he -- well, in this instance now | 11:51:55 |
| 19 | when Wilson was restructured, we had an assistant | 11:52:00 |
| 20 | principal lead each grade, so ninth grade, tenth | 11:52:05 |
| 21 | grade, so on and so forth each had a principal | 11:52:11 |
| 22 | assigned to oversee that grade and their | 11:52:16 |

Page 56

```
 1   academics, staff, everything to deal with that        11:52:20

 2   grade and student progress.                            11:52:24

 3       Q   So in addition to the recommendations made    11:52:26

 4   to Rhee, there was actually a restructuring plan       11:52:29

 5   put in place simultaneously, is that what you're       11:52:36

 6   saying?                                                11:52:39

 7       A   Right.  So the recommendation was the plan     11:52:40

 8   or the recommended plan -- the chancellor would        11:52:44

 9   have to be the person to approve and implement         11:52:48

10   that plan, but they made the recommendation on         11:52:52

11   staff retention or removal as well as the plan         11:52:54

12   moving forward to improve the progress for             11:52:58

13   students.                                              11:53:01

14       Q   I couldn't hear the last thing you said.       11:53:05

15       A   I said they made the recommendation to put     11:53:09

16   in place a plan to improve student progress.           11:53:14

17       Q   Is Bargeman still at Wilson?                   11:53:19

18       A   No.                                            11:53:25

19       Q   Do you know how many assistant principals      11:53:39

20   were at Wilson in 2008 when Dr. Dickerson was          11:53:41

21   removed?                                               11:53:45

22       A   As far as I recall there was one initially     11:53:51
```

Page 57

1    and then a second was brought on following -- the          11:53:54

2    following school year or at some point during the          11:54:00

3    following school year.                                      11:54:04

4        Q   What year are you referencing when you say         11:54:06

5    the following school year?                                  11:54:10

6        A   2008-2009.                                          11:54:12

7        Q   But up to June 2008, how many assistant            11:54:15

8    principals were at Wilson High School?                      11:54:18

9        A   One, as I recall.                                   11:54:20

10       Q   Is Ms. Waits still at -- Ms. Waits, is she         11:54:24

11   still at Wilson?                                            11:55:08

12       A   No.                                                 11:55:10

13       Q   When did she leave?                                11:55:10

14           MS. KELLEY:   Objection; beyond the scope.         11:55:15

15           But you may answer.                                 11:55:19

16       A   I don't know.                                       11:55:22

17       Q   If one is not reappointed, they're               11:55:24

18   appointed; right?                                           11:55:24

19       A   Say it again.                                       11:55:24

20       Q   If one is not reappointed, they're               11:55:41

21   appointed; correct?                                         11:55:46

22           MS. KELLEY:   Objection; confusing.                11:55:48

Page 58

```
 1          You may answer.                              11:55:49
 2      A   So when -- at the end of the school year,    11:55:51
 3   it's a little before the end of the school year     11:55:53
 4   you get either a reappointment letter or a          11:55:56
 5   nonreappointment letter.                            11:56:00
 6      Q   What goes into -- are the same factors       11:56:05
 7   that go into nonreappointment the same factors      11:56:07
 8   that go into appointment?  Is it a subjective       11:56:10
 9   decision by the chancellor?                         11:56:17
10      A   So initial reappointment is that interview   11:56:18
11   process that I walked you through a couple minutes  11:56:22
12   ago where they have to interview and go into the    11:56:22
13   pool and things like that, but as far as            11:56:28
14   reappointment and nonreappointment, those           11:56:29
15   decisions are given to the chancellor to make.  So  11:56:31
16   it's within his or her discretion to appoint or     11:56:36
17   nonreappoint from year to year.                     11:56:41
18      Q   After Dr. Dickerson was not reappointed      11:56:44
19   was there a posted job announcement for the         11:56:48
20   vacancy?                                            11:56:51
21          MS. KELLEY:  Objection; beyond the scope.    11:56:55
22          But you may answer.                          11:57:00
```

Page 59

| | | |
|---|---|---|
| 1 | A  I cannot speak to whether there was a | 11:57:00 |
| 2 | posting at the time. | 11:57:05 |
| 3 | Q  What do your policy and procedure require? | 11:57:06 |
| 4 | A  Say that again. | 11:57:08 |
| 5 | Q  What do your policies and procedures | 11:57:09 |
| 6 | require for vacancies? | 11:57:11 |
| 7 | MS. KELLEY:  Objection; vague. | 11:57:15 |
| 8 | A  So we have -- for school leaders if there | 11:57:16 |
| 9 | is a vacancy at a school we have a school leader | 11:57:24 |
| 10 | recruitment and retention team and they go through | 11:57:29 |
| 11 | the country to recruit school leaders, and then we | 11:57:32 |
| 12 | also post on different websites when we have a | 11:57:38 |
| 13 | school leader vacancy available. | 11:57:45 |
| 14 | MR. TEMPLE:  We can take about a | 11:58:07 |
| 15 | ten-minute break and we'll be close the wrapping | 11:58:10 |
| 16 | up. | 11:58:13 |
| 17 | THE WITNESS:  Okay. | 11:58:24 |
| 18 | (Off the record from 11:58 a.m. to | 11:58:24 |
| 19 | 12:12 p.m.) | 12:12:19 |
| 20 | Q  Looking at number four, back to | 12:12:19 |
| 21 | reappointments. | 12:12:22 |
| 22 | A  Okay.  I'm not looking at the same | 12:12:24 |

Page 60

| | | |
|---|---|---|
| 1 | document.  Can you read to me -- | 12:12:27 |
| 2 | Q   Yeah, the subject matter is reappointment. | 12:12:30 |
| 3 | A   Okay. | 12:12:32 |
| 4 | MS. KELLEY:   Can I read the topic for the | 12:12:42 |
| 5 | record, Counsel? | 12:12:45 |
| 6 | MR. TEMPLE:   Please. | 12:12:45 |
| 7 | MS. KELLEY:   All right.   Topic number four | 12:12:48 |
| 8 | seeks explanation of the applicable | 12:12:50 |
| 9 | decision-making process related to the 2008-2009 | 12:12:53 |
| 10 | nonreappointment of D.C. schools principals and | 12:12:55 |
| 11 | assistant principals and the extent to which that | 12:12:55 |
| 12 | process applied to the decision to remove | 12:13:02 |
| 13 | plaintiff from his assistant principal position at | 12:13:05 |
| 14 | Wilson High School. | 12:13:09 |
| 15 | Q   Are you familiar with the reappointment | 12:13:10 |
| 16 | process?  Let me ask you this before I go there. | 12:13:15 |
| 17 | The candidates to -- become assistant principals; | 12:13:18 |
| 18 | right? | 12:13:25 |
| 19 | A   Okay. | 12:13:25 |
| 20 | Q   Were those decisions made based upon their | 12:13:25 |
| 21 | levels of competency and performance history? | 12:13:31 |
| 22 | A   I'm not sure I understand. | 12:13:39 |

Page 61

```
 1        Q   I can rephrase it.                          12:13:44

 2            What were the factors relied upon to hire    12:13:47

 3    the candidates, the assistant principal who came     12:13:50

 4    in 2008?                                             12:13:57

 5            MS. KELLEY:   I'm going to object.   That is  12:14:01

 6    beyond the scope of topic four which the District    12:14:03

 7    understood referred to the nonreappointment          12:14:07

 8    process, not the hiring process that followed.       12:14:12

 9            But, Ms. Powe, you can answer based upon      12:14:16

10    your own knowledge.                                  12:14:20

11        A   I don't know the answer to that question.    12:14:21

12        Q   But as a policy, you do know that            12:14:23

13    principals and assistant principals are appointed    12:14:26

14    based upon their qualifications; is that correct?    12:14:33

15        A   You said they're appointed and              12:14:34

16    reappointed.                                         12:14:37

17        Q   No, appointed based upon their              12:14:37

18    qualifications?                                      12:14:40

19        A   Yes.                                         12:14:41

20        Q   And they're reappointed based upon their    12:14:41

21    qualifications and their performance; is that        12:14:45

22    correct?                                             12:14:47
```

1      A   They're reappointed based on the          12:14:47

2   chancellor's decision.                            12:14:51

3      Q   Okay.  And but new assistant principals    12:14:52

4   are not hired subjectively, are they?             12:14:57

5          MS. KELLEY:  Objection; vague; beyond the  12:15:05

6   scope.                                            12:15:07

7          But you may answer, Ms. Powe.              12:15:09

8      A   I don't know.  The final hiring decision   12:15:10

9   lies with the chancellor, but they go through a   12:15:14

10  number of interviews with DCPS internal employees 12:15:16

11  as well as the community, in some instances --    12:15:23

12  community members in some instances, so that's as 12:15:26

13  much as I know.                                    12:15:32

14     Q   But the decision is based upon, among      12:15:32

15  other things, a candidate's qualifications; is    12:15:37

16  that correct?                                      12:15:41

17     A   Yes.                                        12:15:41

18     Q   Now, is there a reason to extent there's a 12:15:43

19  restructuring, is there a reason why Dr. Dickerson 12:15:51

20  was not able to compete for his position after not 12:15:55

21  being reappointed?                                 12:16:04

22         MS. KELLEY:  Objection; assumes facts; and 12:16:06

Page 63

| | | |
|---|---|---|
| 1 | beyond the scope. | 12:16:11 |
| 2 | You may answer, Ms. Powe. | 12:16:15 |
| 3 | A   Can you repeat the question one more time, | 12:16:16 |
| 4 | Mr. Temple? | 12:16:17 |
| 5 | Q   Let me be more specific.  Do you know the | 12:16:17 |
| 6 | extent to which Dr. Dickerson could reapply for | 12:16:19 |
| 7 | his assistant principal position in 2008? | 12:16:22 |
| 8 | A   Yes, he would have been given the | 12:16:30 |
| 9 | opportunity to reapply as an assistant principal, | 12:16:32 |
| 10 | but as far as I'm aware, he did not -- he did not | 12:16:35 |
| 11 | apply to go to that position. | 12:16:40 |
| 12 | Q   Do you know -- do you know that he was | 12:16:42 |
| 13 | told that he could not reapply? | 12:16:45 |
| 14 | MS. KELLEY:  Objection; assumes facts. | 12:16:52 |
| 15 | You may answer. | 12:16:54 |
| 16 | A   I was not told that.  I'm not aware of | 12:16:54 |
| 17 | that, I should say. | 12:16:57 |
| 18 | Q   Okay.  So to the extent that he could | 12:16:57 |
| 19 | reapply, he could just reapply, and then what | 12:17:04 |
| 20 | would happen?  He wouldn't be considered? | 12:17:06 |
| 21 | A   Yes.  Once he reapplies he would go | 12:17:08 |
| 22 | through that application process again, correct. | 12:17:11 |

Page 64

| | | |
|---|---|---|
| 1 | Q  Okay.  And are you aware of what -- you're | 12:17:14 |
| 2 | familiar with retreats rights; is that correct? | 12:17:45 |
| 3 | A  Yes. | 12:17:46 |
| 4 | Q  Okay.  Did Dr. Dickerson have retreat | 12:17:46 |
| 5 | rights in June after he received a letter of | 12:17:50 |
| 6 | nonreappointment? | 12:17:55 |
| 7 | A  Yes. | 12:17:55 |
| 8 | Q  And what would that have meant? | 12:17:56 |
| 9 | A  That would've meant he could've gone back | 12:17:58 |
| 10 | into his DCPS position that he held prior to being | 12:18:02 |
| 11 | appointed as a principal. | 12:18:07 |
| 12 | Q  And do you know that that position was | 12:18:08 |
| 13 | dean of students? | 12:18:10 |
| 14 | A  I'm not recalling the specific position, | 12:18:15 |
| 15 | but I know it was a school-based position. | 12:18:18 |
| 16 | Q  Do you know if he was offered retreat | 12:18:22 |
| 17 | rights to his previous position? | 12:18:25 |
| 18 | A  As far as I'm aware. | 12:18:28 |
| 19 | MS. KELLEY:  Objection; beyond the scope. | 12:18:30 |
| 20 | But you may answer based on your own knowledge. | 12:18:34 |
| 21 | A  As far as I know he was provided the | 12:18:38 |
| 22 | opportunity to enter his retreat rights. | 12:18:40 |

Page 65

| | | |
|---|---|---|
| 1 | Q   And you said as far as you know.  What is | 12:18:45 |
| 2 | that knowledge based upon? | 12:18:50 |
| 3 | A   Based on his nonreappointment letter and | 12:18:51 |
| 4 | then part of his off boarding process once he was | 12:18:57 |
| 5 | nonreappointed. | 12:19:00 |
| 6 | Q   When you say off boarding, that means you | 12:19:02 |
| 7 | lose your job transitioning to -- | 12:19:10 |
| 8 | A   Correct.  When you're transitioning out of | 12:19:15 |
| 9 | your position with DCPS, part of that would've | 12:19:17 |
| 10 | been, you know, would be receiving your letter | 12:19:20 |
| 11 | saying you're nonreappointed but you have retreat | 12:19:22 |
| 12 | rights, and then any other communications, if he | 12:19:25 |
| 13 | would've contacted HR or spoken with his | 12:19:27 |
| 14 | instructor superintendent, he would've been given | 12:19:31 |
| 15 | that information that he had a right to retreat | 12:19:32 |
| 16 | rights to go back into his school-based position | 12:19:35 |
| 17 | prior to holding his assistant principal position. | 12:19:37 |
| 18 | Q   Who would have relayed that to -- what's | 12:19:41 |
| 19 | the process by which a person is informed of their | 12:19:44 |
| 20 | retreat rights? | 12:19:47 |
| 21 | A   Currently the process is that it's | 12:19:48 |
| 22 | outlined in the nonreappointment letter and also | 12:19:52 |

Page 66

| | | |
|---|---|---|
| 1 | an email that comes from the HR team to that | 12:19:56 |
| 2 | individual. | 12:19:58 |
| 3 | Q  Do you know any of the HR people who were | 12:20:05 |
| 4 | involved with Dr. Wilson's nonreappointment -- | 12:20:07 |
| 5 | Dr. Dickerson's nonreappointment and retreat | 12:20:12 |
| 6 | rights in 2008? | 12:20:22 |
| 7 | A  The -- can you repeat the question? | 12:20:24 |
| 8 | Q  Do you know any other persons that were | 12:20:28 |
| 9 | involved in -- on the HR side in Dr. Dickerson's | 12:20:31 |
| 10 | nonreappointment and off boarding, as you call it? | 12:20:40 |
| 11 | A  No, I don't know of the individuals. | 12:20:46 |
| 12 | Q  Do you know if Ms. Jose is still employed | 12:20:49 |
| 13 | there? | 12:20:57 |
| 14 | A  She is not. | 12:20:58 |
| 15 | Q  Have you had any communications with her | 12:20:58 |
| 16 | about -- | 12:21:02 |
| 17 | A  No. | 12:21:02 |
| 18 | Q  Indulgence here. | 12:21:20 |
| 19 | Are performance evaluations required for | 12:21:28 |
| 20 | assistant principals? | 12:21:33 |
| 21 | MS. KELLEY:  Objection; vague; and | 12:21:38 |
| 22 | possibly beyond the scope.  But you may answer. | 12:21:40 |

Page 67

| | | |
|---|---|---|
| 1 | A   You said are evaluations required for | 12:21:47 |
| 2 | assistant principals? | 12:21:51 |
| 3 | Q   Yes. | 12:21:52 |
| 4 | A   Currently, yes. | 12:21:53 |
| 5 | Q   How about circa 2008, 2009? | 12:21:55 |
| 6 | A   There was also an evaluation system in | 12:22:07 |
| 7 | place during that time and the expectation was | 12:22:10 |
| 8 | that evaluations would be completed for all | 12:22:13 |
| 9 | school-based staff.  That was the expectation, | 12:22:17 |
| 10 | yes. | 12:22:25 |
| 11 | Q   That would include -- all school-based | 12:22:25 |
| 12 | staff would include the leadership team? | 12:22:30 |
| 13 | A   Correct.  Yes. | 12:22:31 |
| 14 | MR. TEMPLE:  I need to call my client to | 12:23:33 |
| 15 | have a conversation with my client before closing. | 12:23:35 |
| 16 | So I need about -- a few minutes. | 12:23:37 |
| 17 | MS. KELLEY:  Five? | 12:23:43 |
| 18 | MR. TEMPLE:  Five is fine.  Thank you. | 12:23:44 |
| 19 | (Off the record from 12:23 p.m. to 12:31 | 12:23:50 |
| 20 | p.m.) | 12:31:16 |
| 21 | MR. TEMPLE:  I have no further questions. | 12:31:16 |
| 22 | MS. KELLEY:  The District has no questions | 12:31:29 |

Page 68

1    for the witness.  We will file with plaintiff, I          12:31:31

2    guess, send you a written response to topic ten          12:31:34

3    specifying the names of the APs in 2008, 2009.           12:31:37

4          MR. TEMPLE:  Very well.  Will that include          12:31:42

5    the appointment dates?                                    12:31:48

6          MS. KELLEY:  The topic doesn't ask for             12:31:50

7    that, but I will look.                                    12:31:53

8          MR. TEMPLE:  Ms. Powe, thank you very             12:32:05

9    much.  And it's been a pleasure to meet you              12:32:07

10   despite the circumstances.                                12:32:10

11         THE WITNESS:  Same here.                            12:32:10

12         MR. TEMPLE:  Thank you.                             12:32:11

13         MS. KELLEY:  We'd like to review the               12:32:20

14   transcript for any errors and then sign.

15         (Off the record at 12:32 p.m.)

16

17

18

19

20

21

22

Page 69

```
1                   E R R A T A   S H E E T

2      IN RE:  DICKERSON -v- D.C.

3      WITNESS:  DONIELLE POWE

4      Page       Line            Correction and Reason

5      _____      _____           _____

6      _____      _____           _____

7      _____      _____           _____

8      _____      _____           _____

9      _____      _____           _____

10     _____      _____           _____

11     _____      _____           _____

12     _____      _____           _____

13     _____      _____           _____

14     _____      _____           _____

15     _____      _____           _____

16     _____      _____           _____

17     _____      _____           _____

18     _____      _____           _____

19     _____      _____           _____

20

21     _____           _____

22     Date                       Signature
```

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2         I, DONIELLE POWE, do hereby acknowledge

 3    that I have read and examined the foregoing

 4    testimony and the same is a true, correct and

 5    complete transcription of the testimony given by

 6    me and any corrections appear on the attached

 7    errata sheet signed by me.

 8

 9    _____        _____

10         (SIGNATURE)                  (DATE)

11

12

13

14

15

16

17

18

19

20

21

22
```

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, PAUL P. SMAKULA, the officer before whom

3    the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was requested;

9    and that I am neither counsel for, related to, nor

10   employed by any of the parties to this case and

11   have no interest, financial or otherwise, in its

12   outcome.

13

14   IN WITNESS WHEREOF, I have hereunto set my hand

15   and affixed my notarial seal this 11th day of

16   February, 2021.

17

18   My commission expires:  June 18, 2023.

19

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE STATE OF MARYLAND

**A**

**a.m** 1:18 11:14 36:3
  36:4 59:18
**able** 62:20
**absolutely** 9:17
**academic** 39:7
  45:10
**academics** 23:7
  56:1
**accepted** 52:18
**access** 21:1,1,5,18
**accommodations**
  31:14
**achievements**
  31:14
**acknowledge** 70:2
**ACKNOWLED...**
  70:1
**actions** 10:12
**addition** 56:3
**address** 20:2,6,8
  22:13,17 23:3,16
**addresses** 20:4
**advice** 14:10 34:16
**affect** 14:7
**affixed** 71:15
**African** 33:2
**age** 29:10
**agency** 7:2
**ago** 58:12
**agreement** 1:17
**ahead** 38:9
**announcement**
  58:19
**answer** 8:22 9:7,9
  9:21 11:19 12:17
  12:22 13:3,11,12
  14:20 15:3,7,13
  15:16,20,22 16:11
  16:14,21 21:6
  22:1 24:16 25:3
  25:21,22 26:1,13
  30:6,14,17 32:7
  32:13 34:4,7
  38:11 40:14 41:21
  42:14 44:17 46:13
  46:19 47:15 48:12
  54:7 57:15 58:1
  58:22 61:9,11

62:7 63:2,15
64:20 66:22
**answered** 21:22
  32:10,11
**answers** 42:4
**antidiscrimination**
  32:20
**anybody** 16:4
  47:19
**apologize** 17:4
**appear** 70:6
**applicable** 41:16
  60:8
**application** 33:3
  63:22
**applied** 60:12
**apply** 52:17 63:11
**appoint** 40:1,8 42:1
  53:8 58:16
**appointed** 26:18
  39:18 46:3 50:19
  50:20 51:1,5,7,14
  51:16 52:13 55:13
  57:18,21 61:13,15
  61:17 64:11
**appointing** 52:15
**appointment** 39:20
  40:5 41:18 58:8
  68:5
**appreciate** 38:14
  41:15
**approve** 56:9
**April** 36:16
**APs** 68:3
**area** 8:17
**ascertain** 45:8
**asked** 13:3
**asking** 11:18 13:5
  14:18 21:11,20
  30:8 32:1,2 40:18
  40:21 41:6 45:4
  47:18 54:9
**asks** 41:16
**assessed** 45:12
**assessment** 44:19
  45:1,5
**assigned** 55:22
**assistant** 29:18,21
  30:2,10,19 31:3

31:19,21 32:4,16
39:16 42:10 43:1
44:12 45:19 47:12
48:15 50:3,6,8,9
50:16,20 51:6,7
51:13,16 52:11,13
52:16 55:13,15,19
56:19 57:7 60:11
60:13,17 61:3,13
62:3 63:7,9 65:17
66:20 67:2
**assumes** 30:13
  46:12 62:22 63:14
**attached** 3:7 8:8
  70:6
**attention** 7:16 8:13
  11:7 15:21 35:11
  43:12
**attorney** 2:12 5:9
  9:15 10:5,6 13:18
  14:12
**audio** 7:20
**August** 4:15
**authority** 17:19
  40:6
**authorized** 24:10
**available** 59:13
**aware** 16:22 17:2,4
  17:7 25:11,14
  27:9 28:1,6,10
  29:15 30:1,18
  31:2,4 34:22,22
  35:2 37:7,8 38:3,4
  43:16 45:11 46:9
  47:1,10 48:18
  49:16,20 54:2,9
  54:12,13,15 63:10
  63:16 64:1,18

**B**

**B** 3:6
**B-A-R-G-E-M-A...**
  55:6
**back** 36:5 45:16
  46:21,22 53:22
  59:20 64:9 65:16
**bad** 48:5,6,7,9
**Barash** 5:7
**Bargeman** 51:9

55:4,6 56:17
**Bargemen** 51:1
**based** 18:4,8 24:8
  24:18 25:6 34:15
  37:18 38:21 39:6
  40:11,15 43:2,18
  44:10 46:1 60:20
  61:9,14,17,20
  62:1,14 64:20
  65:2,3
**beginning** 48:19
**behalf** 1:20 2:2,10
  6:19 7:2 35:8
  37:13
**behavior** 48:5,6,7,9
**believe** 35:15 48:14
**Beth** 50:21,22
  51:10 52:7 54:18
**Beth's** 54:19
**better** 7:22
**beyond** 26:11 47:13
  48:10 57:14 58:21
  61:6 62:5 63:1
  64:19 66:22
**bias** 54:4,14
**bit** 6:21
**black** 55:3
**board** 48:18
**boarding** 65:4,6
  66:10
**break** 6:11 11:15
  36:1 59:15
**breaking** 51:3
**brought** 57:1
**Brown** 51:9
**Butler** 51:2,9

**C**

**C** 2:1 3:1 4:1
**C-A-H-A-L-L**
  53:15
**C-A-H-I-L-L** 53:14
**CA** 1:6
**Cahall** 53:12,12
**call** 66:10 67:14
**called** 1:16 18:5
**calls** 9:8 12:7,13
  25:19 40:13 41:12
  54:5

**candidate's** 62:15
**candidates** 52:18
  52:19 53:20 60:17
  61:3
**case** 7:6,9 9:16,18
  10:9 14:7 71:10
**categorical** 43:17
  43:21
**Caucasian** 54:19
**certain** 36:17
**certainly** 27:19
**CERTIFICATE**
  71:1
**certify** 71:4
**chain** 5:6
**chancellor** 17:13,20
  18:15 20:12 22:10
  24:9 27:10 28:2
  28:14 37:13 39:22
  40:7 41:22 42:17
  42:22 43:3,16
  44:7 47:9 52:14
  53:3,6,7 56:8 58:9
  58:15 62:9
**chancellor's** 62:2
**Charlotte** 51:1,9
**chief** 4:17 10:18
**circa** 67:5
**circumstances**
  68:10
**City** 54:11
**claim** 34:18
**clarify** 51:12
**clear** 6:9 13:9 14:3
  15:10,14 25:1
  27:12 38:12 42:7
  43:20 45:17 49:5
**client** 67:14,15
**close** 59:15
**closing** 67:15
**co-counsel** 8:1
**code** 17:19 24:10
**colleagues** 9:3 10:3
  10:4
**Columbia** 1:2,7
  5:17 6:20
**come** 47:9
**comes** 66:1
**coming** 5:20

command 5:6
commencing 1:17
commission 71:18
committee 36:6,11
communication
  37:8,12 38:1
communications
  37:5,15 65:12
  66:15
community 37:11
  62:11,12
compete 62:20
competency 60:21
complains 34:12
complaint 35:1
complete 70:5
completed 67:8
computer 21:17
concerned 54:3
concerns 54:10
conclusion 40:13
  41:12
conducted 45:4
  46:17
confirm 11:2
confusing 57:22
conjunction 33:18
consider 42:2,2
  43:5,9
considered 24:13
  37:15 63:20
contacted 65:13
contains 19:12
continue 45:20
Contribute 29:10
contributing 45:8
contribution 44:21
contributions 45:7
  45:12
conversation 67:15
copy 10:2 37:19
correct 5:9,10 6:15
  6:16 10:21 13:13
  14:22 15:4 16:5,6
  16:8,9,17 22:8
  27:13,14,19,20
  29:5,7 32:8,9,17
  32:18,20 33:11,13
  37:20,21 39:12

41:5 43:10 45:21
  47:4 49:7,8 50:1
  52:6 53:3,4 54:20
  54:21 55:7,8
  57:21 61:14,22
  62:16 63:22 64:2
  65:8 67:13 70:4
  71:5
corrected 34:15
Correction 69:4
corrections 70:6
correctly 53:1
correlation 44:13
correspondence 9:5
could've 64:9
Council 35:13 54:3
  54:11,13
counsel 1:16,17 4:4
  5:8 9:14 10:7
  11:16,21 12:1,4
  12:10,16,21 13:10
  13:14,17 14:10,11
  14:15,18 15:18
  16:3,3,5,7,17,18
  16:20 21:7 26:21
  30:16 32:11 33:19
  34:16 35:20 46:15
  60:5 71:9
counsel's 34:16
counselor 54:10
country 59:11
couple 58:11
course 4:22
Court 1:1,19
created 12:20
criteria 40:4
Currently 49:1
  65:21 67:4
Custom 5:22

————— D —————
D 4:1
D-O-N-I-E-L-L-E
  4:9
D.C 2:6,14 4:13
  17:19,20 24:10
  30:20 60:10 69:2
date 4:14,15 19:5
  69:22 70:10

dates 68:5
Davis 17:1,5,8 27:7
  27:19
day 71:15
DC 2:12
DCPS 5:1,20 8:20
  12:20 14:4,18
  19:10,15 31:3,9
  32:19 33:5 48:20
  49:11 50:11 62:10
  64:10 65:9
DCPS's 5:8
deal 47:6 56:1
dean 30:11 64:13
decide 17:20 40:1,8
decided 17:11
  38:18
decision 17:15,16
  18:2,3 24:9 25:3
  27:11,22 28:2,5
  29:3 39:22 40:15
  40:19 42:1 53:2,2
  58:9 60:12 62:2,8
  62:14
decision-maker
  17:14
decision-makers
  17:11
decision-making
  11:5 24:14 27:8
  27:10 41:17 54:1
  60:9
decisions 58:15
  60:20
Defendant 1:8 2:10
deficiencies 23:11
  39:9 44:5
deficient 23:20
department 5:21
  6:20 12:16
departmental
  12:11 13:10
DEPONENT 70:1
deposed 4:19 6:15
deposition 1:12 3:8
  3:9 5:4 7:6,8 8:7
  14:6,12 15:19
  19:20 21:9 28:20
  30:5 46:7,15,15

71:3
depositions 5:2 6:3
deputy 4:17 10:18
despite 68:10
Detroit 5:14,14
developing 46:16
development 45:10
Dickerson 1:4 9:2
  17:12 18:4,11
  19:10 20:3,9,10
  23:11,15,19 26:17
  27:22 28:3 29:7
  29:14,14,17 35:4
  37:6,9,13 38:16
  38:18,19 43:14
  45:5 46:6 50:15
  55:12 56:20 58:18
  62:19 63:6 64:4
  69:2
Dickerson's 17:6,9
  20:14 21:21 24:4
  24:12,17 25:2,9
  25:13 28:12,14,21
  29:11,15,16 31:13
  31:14 34:20 35:14
  44:15,20 45:11
  49:6,18 66:5,9
difference 25:17
  26:5
different 53:1
  59:12
difficult 8:6
direct 35:10
directing 8:13 11:7
  15:21 43:11
direction 71:8
directly 5:7
disagree 41:15
discretion 40:7,10
  41:4,8,22 58:16
discrimination
  33:1,3 34:12,20
discussed 49:19
discussion 32:3
distinction 39:11
District 1:1,2,7
  5:17 6:20 61:6
  67:22
division 5:22

doctrine 9:15 13:19
document 21:8,11
  21:15,16,18,21
  22:4 27:6 28:20
  29:2 31:11 36:10
  36:11 60:1
documentation
  18:8,12
documents 9:1,6,13
  9:19 11:22 12:6,9
  12:10,11,15,18,19
  12:20,22 13:4,6,9
  13:10,16,17 14:4
  14:6,13,18,19
  15:15,18 16:2,10
  16:19 19:12 35:21
doing 30:1 43:4
DONALD 2:3,4
Donielle 1:14 3:2
  4:2,9 69:3 70:2
Dr 29:14,16,17
  31:14 37:13 38:16
  38:18,19 45:5,11
  56:20 58:18 62:19
  63:6 64:4 66:4,5,9
Dtemplelaw@gm...
  2:8
due 48:16
duly 4:3
duties 29:19 30:9
  55:15

————— E —————
E 2:1,1 3:1,6 4:1,1
  69:1,1,1
EEO 33:7,17
either 28:7 46:3
  58:4
electronic 49:2,12
electronically 8:2
email 28:16 66:1
emails 28:11,13
employed 4:12 5:11
  8:20 19:15 30:20
  31:3,4,9 50:7
  66:12 71:10
employee 4:18 26:4
  33:2,9,14 46:1
  48:22 49:1,12

**employees** 30:20
  31:1,6 62:10
**employment** 5:1
  33:4 49:18
**enforce** 33:17
**Enforcement** 5:22
**enforcing** 33:5
**enter** 64:22
**entitled** 9:19
**errata** 70:7
**errors** 68:14
**escaping** 50:22
  51:10
**especially** 41:15
**ESQUIRE** 2:3,11
**evaluate** 43:1
**evaluation** 23:18
  24:5 43:4 67:6
**evaluations** 24:13
  25:2,10,13 42:11
  66:19 67:1,8
**evidence** 30:13,15
  34:17
**exact** 19:22 26:14
  32:6,6
**exactly** 43:22
**examination** 1:16
  3:2 4:4
**examined** 70:3
**exceptional** 25:16
  26:4
**exhibit** 3:9 8:7
  35:11
**EXHIBITS** 3:8
**expectation** 67:7,9
**expires** 71:18
**explain** 6:18 39:14
  43:20,22
**explanation** 41:16
  60:8
**extent** 12:13 16:19
  23:19 24:5,12
  26:20 37:14 38:15
  40:12 41:11 45:6
  60:11 62:18 63:6
  63:18

**F**

**factors** 40:11 58:6

58:7 61:2
**facts** 30:13,15
  46:12,16 62:22
  63:14
**faculty** 36:18 37:5
**faded** 30:22
**failures** 44:5
**familiar** 37:3 60:15
  64:2
**far** 27:9 28:1 43:16
  45:11 56:22 58:13
  63:10 64:18,21
  65:1
**February** 1:11
  71:16
**file** 19:10,11,14
  29:9,11 49:7,15
  68:1
**filed** 35:1,2,7
**files** 48:22 49:2,12
  49:13
**final** 24:9 53:2 62:8
**financial** 71:11
**fine** 36:2 67:18
**finish** 15:11
**firings** 33:21
**first** 7:20 27:5 40:1
  52:8
**Five** 67:17,18
**five-minute** 36:1
**followed** 61:8
**following** 51:8 57:1
  57:2,3,5
**follows** 4:3
**foregoing** 70:3 71:3
  71:4
**forget** 10:19
**form** 12:12 24:15
  49:2,3
**formal** 43:4
**former** 9:3 10:5
  17:13
**forth** 55:21
**forward** 56:12
**foundational** 41:19
**four** 4:22 41:14
  51:6 59:20 60:7
  61:6
**front** 7:17 19:3

20:20,20,21 21:15
  21:16
**full** 4:7
**further** 34:18 67:21

**G**

**G** 4:1
**garbled** 7:20
**general** 2:12 5:8
  10:7 33:19 34:16
  45:22 52:22
**generally** 10:11,20
**generated** 12:15,16
**give** 32:5 33:21
  34:10
**given** 40:6 58:15
  63:8 65:14 70:5
  71:5
**gives** 17:19 40:7
**go** 7:14 36:5 38:9
  45:16 52:17 53:22
  58:7,8,12 59:10
  60:16 62:9 63:11
  63:21 65:16
**goes** 58:6
**going** 5:6 6:6 9:17
  15:9 27:1,2 35:22
  42:5 51:20 61:5
**Good** 4:6
**govern** 40:4,22
**governmental**
  15:15
**grade** 51:18,18
  55:20,20,21,22
  56:2
**Gregory** 51:9 55:3
  55:5
**grievance** 35:10
**grievances** 35:2,7
**grounds** 9:11 16:12
**guess** 68:2

**H**

**H** 3:6 69:1
**Haddy** 37:2
**hand** 71:14
**happen** 63:20
**happened** 9:4
  44:10 48:14,17,19
**happens** 31:9

**head** 19:7 36:20
  50:14
**hear** 30:22 36:8,9
  45:2,3 56:14
**hearing** 14:22
**held** 17:1,5,8 30:18
  64:10
**hereunto** 71:14
**high** 20:5 40:16
  47:11,20 48:8
  57:8 60:14
**hire** 52:11 61:2
**hired** 54:22 55:9
  62:4
**hiring** 61:8 62:8
**history** 46:5 60:21
**holding** 65:17
**Homeland** 5:21
**HR** 65:13 66:1,3,9

**I**

**ICE** 5:21
**identification** 8:8
**identified** 7:12
  44:14
**identify** 10:14
**immediate** 10:2
**Immigration** 5:22
**implement** 56:9
**improve** 23:3 56:12
  56:16
**incident** 34:13
**include** 31:21 39:10
  67:11,12 68:4
**included** 22:11
**includes** 20:6
**independent** 23:22
**individual** 10:15
  37:4 47:11 66:2
**individual's** 18:22
**individually** 20:11
**individuals** 20:2
  26:15 66:11
**Indulgence** 66:18
**information** 9:9
  10:8 12:8,14
  16:13 65:15
**informed** 65:19
**informs** 41:7

**initial** 58:10
**initially** 56:22
**instance** 40:15 46:1
  55:18
**instances** 62:11,12
**instruct** 15:20
  16:21
**instructed** 6:3
**instructing** 9:20
  12:21 13:2,12
  15:3,7
**instructor** 65:14
**interest** 71:11
**internal** 62:10
**interview** 52:20,21
  53:1,4,6 58:10,12
**interviewed** 53:19
**interviews** 62:10
**investigation** 34:19
  35:1
**involved** 11:4 26:9
  27:22 28:1,5,8
  66:4,9
**issued** 18:10,14
**issues** 45:10

**J**

**Jasmine** 27:17 28:4
  28:7
**job** 5:19 58:19 65:7
**John** 17:1,5 27:7
  27:19 36:21 37:1
**Jose** 27:17 28:4,7
  66:12
**June** 49:17 57:7
  64:5 71:18

**K**

**Karl** 10:5
**keep** 29:9
**Kelley** 2:11 7:19
  9:8,12,22 12:7,12
  12:17 13:1,5,14
  13:22 14:9 15:1,5
  15:17 16:8,12,18
  21:3,7,14,22
  24:15 25:19 26:2
  26:11,21 27:1
  30:4,12 32:10
  34:2 35:20 36:2

38:5,10 40:12
41:11 42:12 44:16
46:12,17 47:13
48:10 51:20 53:15
54:5 57:14,22
58:21 59:7 60:4,7
61:5 62:5,22
63:14 64:19 66:21
67:17,22 68:6,13
**Kelly** 12:5
**KENNETH** 1:4
**kind** 44:19
**know** 6:12,17 8:3
9:19 17:18 18:7
18:17,19 19:5
20:1 23:18 24:3
25:3,8,12 26:9,16
26:20 27:7,21
28:4 29:19 30:3,9
32:14 34:19 36:11
36:14,18 37:4,11
37:14 38:12 43:13
49:21 50:8,9,13
50:15 51:15,19
52:15 53:13 56:19
57:16 61:11,12
62:8,13 63:5,12
63:12 64:12,15,16
64:21 65:1,10
66:3,8,11,12
**knowledge** 8:17,19
11:10 48:12 61:10
64:20 65:2

**L**

**L** 2:5
**labor** 4:17 6:1 33:8
33:14
**lack** 23:6,12,12
39:7
**language** 32:2,6,15
**Larry** 51:1
**law** 2:4 5:12,14
**laws** 33:17
**lead** 33:8,10 55:20
**leader** 10:10 47:8
53:5,5,10 59:9,13
**leaders** 17:22 59:8
59:11

**leadership** 20:7
22:14,15,17,18,20
22:21 23:8,12,17
24:19 26:8 28:18
31:16,20 38:21
39:1,5,10 40:9
43:18 44:8,14,20
45:6,7,15 50:18
51:4 67:12
**leave** 27:3 57:13
**left** 39:22
**legal** 40:13 41:12
**letter** 9:2,6 18:10
29:6 35:12 58:4,5
64:5 65:3,10,22
**letters** 35:18 47:9
**level** 25:16 33:20
34:10 46:11 47:12
**levels** 60:21
**lies** 62:9
**Line** 69:4
**little** 6:21 8:6 13:15
58:3
**local** 18:18,20
**look** 19:2,3 20:16
32:5 68:7
**looking** 8:4 59:20
59:22
**lose** 65:7
**low** 6:22
**LSAT** 18:5
**LSRT** 18:5,14,17
19:16 22:7,10
24:8,19 25:7 26:8
26:10,15 28:17
29:4 31:18 37:18
38:22 44:1 45:1,4
45:12,13 49:18
**LSRT's** 43:18

**M**

**M** 2:3
**ma'am** 26:22
**Maggie** 10:17
**maintain** 49:1,12
**maintained** 49:14
**maker** 17:16
**making** 25:3 28:5
**man** 55:3

**management** 4:17
33:8,14
**March** 36:16 49:17
**marked** 8:7
**Mary** 50:21,22
51:10 52:7 54:18
54:18
**Maryland** 1:20
71:22
**MATEYA** 2:11
**Mateya.kelley@...**
2:16
**matter** 5:3 35:14
60:2
**mean** 23:21 42:19
45:22 47:16 50:11
**means** 18:17 45:9
45:19 65:6
**meant** 64:8,9
**meet** 68:9
**meetings** 16:22
17:2,4,7 49:16,22
**members** 26:9
37:11 62:12
**memo** 18:14,19
19:1,3,6,8,16,21
20:10,11,15,16,18
22:9,12 23:10,21
23:22 28:16 29:4
32:5,15 38:2,8,15
39:3
**memorandum**
31:18
**mentioned** 19:17
20:14,17 21:21
52:7
**Mercy** 5:14
**mess** 52:2
**Michelle** 17:13
**Michigan** 5:15
**mike** 7:21
**minutes** 58:11
67:16
**misconduct** 46:1,5
46:9 48:5
**Monday** 1:11
**month** 36:14,17
**Moore** 37:2
**morning** 4:6

**move** 8:9
**moving** 56:12
**multiple** 19:19 30:9
30:20 31:10
**muted** 7:22

**N**

**N** 2:1 3:1,1 4:1
**name** 4:7 10:15,19
18:22 19:4 20:14
20:17 21:21 22:3
36:21 37:1 50:17
50:22 51:10 52:7
53:12,13 55:1
**named** 23:15
**names** 37:10 48:3
51:22 52:3 68:3
**near** 48:19
**need** 6:3,11 27:5
32:5 67:14,16
**needs** 34:14
**neither** 71:9
**new** 15:8,9 22:19
51:5 62:3
**ninth** 51:17 55:20
**non** 31:12
**nonreappoint**
17:21 24:10 27:11
28:3 40:2,8 42:1
45:14 58:17
**nonreappointed**
29:18 38:20 39:1
39:21 44:8,11
46:3 48:15 65:5
65:11
**nonreappointment**
9:2,6 10:11,21
17:9,15 18:10
19:13 24:4,7,18
25:6 28:8,15 29:6
31:12 34:21 35:3
40:5 43:17,21
45:13,18,18 46:11
58:5,7,14 60:10
61:7 64:6 65:3,22
66:4,5,10
**nonreappointme...**
33:22 34:11 43:7
47:6,10

**Northwest** 2:13
**notarial** 71:15
**Notary** 1:19 71:21
**note** 9:17
**noted** 21:4 42:16
**notice** 1:17 3:9 7:6
7:8,12,17 8:2
26:12 27:3
**noticed** 7:21 34:3,6
41:13
**number** 8:10,13 9:7
10:3,15 11:3,7,11
11:18 15:2,12,12
15:16,21 16:1,11
19:22 26:14 44:2
50:13 59:20 60:7
62:10
**NW** 2:5

**O**

**O** 3:1 4:1
**object** 13:7 15:17
16:20 30:12 41:11
61:5
**objected** 15:12
**objecting** 13:22
**objection** 9:8,17
10:1 12:7,12
16:12 21:3,13
24:15 25:19 26:11
30:4 34:2 38:5,10
40:12 42:12,16
44:16 46:12,14,18
47:13 48:10 54:5
57:14,22 58:21
59:7 62:5,22
63:14 64:19 66:21
**objections** 16:15
**objective** 39:4
40:11
**obviously** 49:22
**occasions** 4:21
**occurred** 33:22
38:7 43:22 49:22
**offer** 51:21 53:8
**offered** 64:16
**office** 2:4,12 10:7
33:18,21 34:16
**officer** 71:2

**Officers** 35:13
**Oh** 54:12
**okay** 6:8,10,12 7:5
  7:15 8:9,15 11:9
  11:13 12:1 13:20
  16:4,10 17:3,10
  22:16 28:4 31:11
  35:6 36:7 37:22
  38:17 39:14 40:20
  42:18 43:8,11,12
  43:14 44:13 45:16
  47:5 51:12 52:11
  54:1,13 59:17,22
  60:3,19 62:3
  63:18 64:1,4
**old** 29:10
**once** 37:22 48:18
  63:21 65:4
**operating** 6:2
**opportunity** 11:16
  63:9 64:22
**oral** 1:16
**outcome** 71:12
**outlined** 65:22
**outside** 30:1,5 34:3
  34:5 41:13 46:2
  49:17
**overall** 50:11
**oversee** 55:22

**P**

**P** 2:1,1 4:1 71:2
**P-O-W-E** 4:10
**p.m** 59:19 67:19,20
  68:15
**Page** 3:2,8 69:4
**pages** 19:21,22
  20:1
**panel** 52:20
**paragraph** 7:16
**parents** 37:9,12
**part** 22:14 23:7,11
  27:9 33:7 36:19
  36:21 38:20 44:1
  44:4 45:13 46:6
  65:4,9
**participate** 52:19
**particular** 5:3 8:22
  13:11 14:7 19:5

33:21 36:22 40:19
  43:12 53:22 55:16
**parties** 1:21 71:10
**pass** 52:20
**Paul** 1:18 8:10 10:2
  71:2
**pending** 15:6,11
**people** 7:21 66:3
**PeopleSoft** 49:3
**perform** 55:11
**performance** 23:20
  24:6,12 25:2,9,13
  25:15 28:21 42:11
  43:2,9,15 44:6,15
  47:21 48:8 49:6
  60:21 61:21 66:19
**performed** 55:14
**performer** 47:11
**performing** 25:16
**period** 42:13 47:16
**person** 11:4 40:7
  52:8,8 53:7,8 56:9
  65:19
**personal** 8:16,19
  11:10
**personnel** 19:14
  20:8 29:8,11
  48:22 49:1,7
**persons** 66:8
**pertinent** 23:12
**Pete** 27:15,21 28:7
  53:12
**physical** 49:2
**place** 27:5 33:12,15
  40:2 56:5,16 67:7
**plaintiff** 1:5 2:2 4:4
  60:13 68:1
**plan** 56:4,7,8,10,11
  56:16
**played** 27:8
**please** 4:6,16 6:5
  7:14 10:2,14 11:8
  15:11 34:9 39:15
  41:21 46:21 60:6
**pleasure** 68:9
**PLF** 1:6
**point** 43:13 57:2
**policies** 40:22 49:4
  59:5

**policy** 32:20 33:6
  41:7 48:21 59:3
  61:12
**pool** 52:18,19 58:13
**portion** 46:22
**position** 5:18 10:15
  10:18 31:19,22
  39:18 47:5,7
  55:14,16 60:13
  62:20 63:7,11
  64:10,12,14,15,17
  65:9,16,17
**positions** 30:19,21
  31:5,10
**possible** 48:5
**possibly** 66:22
**post** 59:12
**posted** 58:19
**posting** 59:2
**potential** 54:4,14
**Powe** 1:14 3:2,8 4:2
  4:9,11,19 8:7,11
  11:15 16:22 22:1
  24:16 26:13 27:7
  30:6 40:14 42:5
  46:19 47:15 61:9
  62:7 63:2 68:8
  69:3 70:2
**practice** 42:8,11,15
  42:20,22 43:8
**premise** 6:2
**preparation** 14:11
  14:15 15:19 19:20
  28:19 46:6 49:15
**prepare** 8:22 9:20
  11:19 13:11 15:15
  15:22 16:11
**prepared** 7:11,13
  8:18 9:12,18
  12:10 13:10 14:11
**preparing** 10:8
**presence** 20:19
**present** 1:20
**presently** 4:11
**presume** 6:7 16:15
**previous** 12:19
  64:17
**previously** 10:8
**principal** 29:18,21

30:2,10,19 31:3
  31:19,21 32:4,16
  47:12,12 50:16,18
  50:19 51:5 53:19
  54:22 55:14,15,20
  55:21 60:13 61:3
  63:7,9 64:11
  65:17
**principals** 34:1,1
  39:16,17 42:9,10
  43:1,1 44:11,12
  45:19,20 48:15,15
  50:3,3,6,6,8,9,20
  51:7,14,16 52:12
  52:13,14,16,16
  56:19 57:8 60:10
  60:11,17 61:13,13
  62:3 66:20 67:2
**prior** 5:16,20 49:11
  64:10 65:17
**privileged** 9:9 12:8
  12:14 14:5,13,14
  14:16,21 16:13
**problem** 38:14
**problems** 44:14
**procedure** 41:7
  59:3
**procedures** 40:22
  59:5
**process** 10:11,21
  11:5 20:7 23:2
  24:14 27:8 28:8,9
  31:13 36:22 37:16
  38:22 39:15 40:5
  40:19 41:1,17
  44:2,9 52:15,22
  53:18 54:1,4,14
  54:17 58:11 60:9
  60:12,16 61:8,8
  63:22 65:4,19,21
**product** 9:15 13:19
  14:12
**progress** 23:6,13
  56:2,12,16
**provided** 64:21
**Public** 1:19 4:13
  17:20 71:1,21
**pull** 7:18
**pulled** 9:14

**purely** 40:10 41:10
**purpose** 11:3
**purposes** 10:14
  14:5 43:7
**pursuant** 1:16
**put** 56:5,15

**Q**

**qualifications**
  61:14,18,21 62:15
**qualities** 31:16
**question** 6:5 8:19
  8:22 9:10 10:14
  11:3,11,18,20
  12:13 13:1,12
  14:2,20 15:5,8,10
  15:10,13,14,16
  17:3 21:6,11,12
  24:1,11,11,22,22
  25:4,8,22 26:3
  30:7,17 32:7,13
  34:2,7,8 38:13
  41:2,3,20,21 42:4
  43:8 46:20,21
  54:8 61:11 63:3
  66:7
**questions** 13:15
  16:16 27:6 30:4
  67:21,22
**quite** 30:7
**quote/unquote**
  32:3,16

**R**

**R** 2:1 4:1 69:1,1
**race** 50:2 54:19
  55:2
**races** 50:5
**racial** 32:22 33:3
  54:14
**read** 16:10 19:8,17
  19:18,19 28:11,13
  46:21,22 60:1,4
  70:3
**reading** 71:8
**really** 6:22 40:18
  40:21
**reapplies** 63:21
**reapply** 44:9 63:6,9
  63:13,19,19

**reappoint** 17:11,21
  18:4 29:4 40:2
**reappointed** 39:17
  47:20 50:4,10
  51:5 57:17,20
  58:18 61:16,20
  62:1,21
**reappointing** 42:22
  43:14 54:18
**reappointment**
  37:16,17 39:12,14
  41:1,18 58:4,10
  58:14 60:2,15
**reappointments**
  42:9 59:21
**reason** 22:5 24:7
  49:9 62:18,19
  69:4
**reasoning** 24:3,17
  25:6 37:17
**reasons** 18:1 23:1
  38:17 48:4
**recall** 19:22 22:3
  23:15 26:14 35:9
  35:19 37:10,10,12
  48:17 56:22 57:9
**recalling** 37:1
  64:14
**received** 37:19,22
  38:7 64:5
**receiving** 65:10
**recommend** 38:16
**recommendation**
  18:4 20:4,6,11
  22:7,10,13 23:5
  24:8,18 25:7 26:7
  26:17,19 37:18,20
  39:6 40:16 43:19
  44:7,11 45:14
  56:7,10,15
**recommendations**
  18:16 22:12 44:3
  56:3
**recommended** 23:8
  38:22 56:8
**recommending**
  39:8
**record** 4:7,8 11:14
  13:9 14:3,21 22:2

36:3 50:2 54:19
  59:18 60:5 67:19
  68:15 71:5
**record's** 15:14
**records** 50:5
**recruit** 59:11
**recruitment** 10:10
  10:13 47:8 59:10
**reduced** 71:7
**reference** 31:18
**references** 32:16
**referencing** 57:4
**referred** 31:20 32:1
  61:7
**referring** 16:7
  18:13 41:14 43:5
**regarding** 17:5,8
  20:12 22:8 34:20
  35:3 48:21
**related** 5:2 19:12
  28:12 29:3 31:12
  31:15 35:13 39:9
  41:17 44:5 46:10
  48:4 60:9 71:9
**relates** 28:20
**relation** 6:1
**relations** 4:18 33:9
  33:15
**relative** 44:20
**relayed** 65:18
**relied** 9:19 14:19
  15:15 61:2
**rely** 25:1 42:11
**relying** 14:19
**remember** 50:21
  55:1,1
**remembering**
  48:13
**removal** 17:6 28:17
  56:11
**remove** 24:19 26:8
  27:22 38:18 44:4
  60:12
**removed** 23:9
  25:18 38:19 39:1
  39:9 56:21
**removing** 38:16
  39:4 54:17
**renewed** 39:20,21

**reorganization**
  48:16
**repeat** 34:8 46:20
  63:3 66:7
**rephrase** 61:1
**replace** 23:5
**replaced** 22:18,22
  23:9 50:15,19
**replacing** 23:4
**report** 5:7 44:15
**reported** 53:21
**Reporter** 1:19 51:3
**REPORTER-N...**
  71:1
**representation**
  46:10
**reps** 36:18
**request** 21:8,11
**requested** 46:22
  71:8
**require** 59:3,6
**required** 66:19
  67:1
**resolved** 34:14
**respective** 1:21
**respond** 8:18 15:8
**response** 35:6
  51:22 68:2
**responses** 35:17
**responsibilities**
  55:12,17
**responsibility**
  33:16
**responsible** 33:5
**restroom** 36:1
**restructure** 22:11
  40:16 44:3
**restructured** 20:13
  55:19
**restructuring** 18:9
  18:12,18,20 20:5
  22:6,8 23:2 25:12
  36:5,11 38:2,8,22
  39:3 44:2 48:16
  54:3 56:4 62:19
**result** 44:7
**retention** 47:8
  48:21 56:11 59:10
**retreat** 64:4,16,22

65:11,15,20 66:5
**retreats** 64:2
**review** 9:7 12:6
  15:19 16:11 25:2
  34:13 49:6,14
  68:13
**reviewed** 7:5,8 9:1
  9:13 11:21 12:9
  12:18,19 13:4,6
  13:11,16,18 14:10
  16:2,19 25:9,13
  29:3,8 43:15
**reviewing** 14:1
**Rhee** 17:1,5,8,14
  18:15 22:10 24:9
  25:1 26:17 27:10
  27:13 28:2,11,14
  28:17 29:7 37:5
  37:13,15,19 38:17
  41:3 43:13,16
  44:8 54:2 56:4
**Rhee's** 25:5 29:3
**right** 5:17 32:7,14
  32:14 35:16 48:4
  50:22 51:11 52:1
  52:4 56:7 57:18
  60:7,18 65:15
**rights** 64:2,5,17,22
  65:12,16,20 66:6
**role** 27:7 53:17
**room** 21:14
**runs** 16:16

---

**S**
**s** 2:1 3:1,6 4:1 69:1
**Sa** 51:9
**saying** 14:8,9,13,14
  14:20 15:6 25:5
  29:9 31:6,8 43:8
  48:3 51:13 53:13
  56:6 65:11
**says** 23:7 26:19
**school** 5:12,14 10:9
  17:21 18:9,13,16
  18:18,20 20:5,7
  20:12 22:6,13,14
  22:17,18,19,21
  23:3,7,16 24:19
  29:20 31:15,20

35:13 38:21 39:10
  39:19 40:3,8,17
  42:8,9 43:17 44:3
  44:6,8,12 45:7,14
  47:2,8 50:18 51:4
  53:5,5,10 57:2,3,5
  57:8 58:2,3 59:8,9
  59:9,11,13 60:14
**school-based** 64:15
  65:16 67:9,11
**schools** 4:13 17:20
  48:16 53:1 60:10
**scope** 26:11 34:3,5
  41:13 47:14 48:11
  57:14 58:21 61:6
  62:6 63:1 64:19
  66:22
**Scott** 5:7
**screen** 8:3 27:2
**scrutiny** 33:20
  34:10
**seal** 71:15
**second** 8:1 54:22
  57:1
**security** 5:21
**see** 8:11 19:4 23:19
  35:20 46:5
**seeks** 60:8
**seen** 21:19 28:20
  31:11 35:12,17
**select** 52:21
**selected** 13:17 14:4
  52:21 53:1
**send** 68:2
**senior** 6:1
**series** 13:14
**set** 71:14
**setting** 21:8
**share** 8:3 27:2
**sheet** 70:7
**shift** 49:13
**shoehorn** 21:8
**shoehorning** 21:10
**SHORTHAND**
  71:1
**side** 66:9
**sign** 68:14
**Signature** 69:22
  70:10

**signed** 70:7
**signing** 71:8
**simultaneously**
   31:5 56:5
**sitting** 21:17
**skills** 45:6
**Smakula** 1:18 71:2
**Snotty** 36:21 37:1
**somebody** 34:12
**soon** 51:15
**sorry** 7:1 24:1
   28:15 29:9,10,13
   29:14 34:8 36:8
   38:9 39:17 42:5
   50:18 51:6 53:7
   53:16
**sound** 6:21 37:3
**sounds** 7:20
**South** 2:13
**speak** 6:21 7:1 8:5
   8:6 10:4 11:4,16
   12:1,4 16:4 32:14
   59:1
**speaks** 31:13
**specialist** 6:1
**specific** 10:19 18:1
   19:4 21:12 24:22
   26:16 31:16 63:5
   64:14
**specifically** 20:17
   22:4 23:16 32:2
   32:15 38:16 49:15
**specifying** 68:3
**speculation** 25:20
   54:6
**spell** 4:7
**spelling** 55:7,8
**spoke** 9:3 10:5,16
   11:21 16:2,3
**spoken** 10:9,17
   27:12,15 65:13
**spring** 36:15
**staff** 23:4,5 39:8
   44:4 56:1,11 67:9
   67:12
**stage** 53:22
**standard** 45:19
**start** 4:14,15
**started** 48:20

**starting** 5:18
**state** 1:19 4:6 23:10
   32:22 71:22
**STATES** 1:1
**status** 49:19
**stenographically**
   71:6
**steps** 32:19 34:15
   34:18
**Street** 2:5,13
**structure** 18:16
   22:19
**student** 23:6 44:5,6
   56:2,16
**students** 23:13
   30:11 39:8 44:21
   45:9 56:13 64:13
**subject** 5:3 7:12
   8:17 9:14 13:18
   33:3 60:2
**subjective** 40:10
   41:10 58:8
**subjectively** 62:4
**subjects** 8:10
**submit** 51:21
**success** 39:7,7 44:6
**suggest** 27:1
**suggestions** 7:19
**Suite** 2:5,13
**superintendent**
   42:10 65:14
**supervising** 10:6
**support** 34:17 37:6
   37:9
**supposed** 31:6
**sure** 4:9 8:3 9:1
   10:20 13:21 14:3
   14:22 15:5 17:3
   31:2 35:15 36:15
   39:16 42:4,6,7
   44:1 45:16 49:5
   51:15,22 52:17
   60:22
**sworn** 4:3
**system** 39:22 42:8
   47:2 49:3,12 67:6

**T**

**T** 3:1,1,6 69:1,1

**take** 6:11 34:15
   35:22 59:14
**taken** 1:18 34:18
   71:3,6
**talk** 10:10
**talked** 11:1 22:9
   23:1
**talking** 13:9 42:15
   42:17,20 45:17
   54:2
**teacher** 30:3,10
**team** 4:18 10:10,13
   10:19 18:5,18,21
   23:8,17 24:20
   25:12 26:8 28:18
   31:21 33:7,8,9,10
   33:12,15 34:13
   38:21 39:1,3,10
   43:18 44:1,8
   45:15 47:8 50:19
   51:4 53:6 59:10
   66:1 67:12
**tell** 6:4,5 17:10
   20:17
**telling** 14:3
**Temple** 2:3,4 3:3
   4:5 8:9 9:11,16
   10:1 12:21 13:2,8
   13:20 14:2,17
   15:2,9 16:15 21:4
   21:10,20 26:3,22
   27:4 30:15 32:11
   34:5 35:22 41:14
   42:15 46:14 52:4
   59:14 60:6 63:4
   67:14,18,21 68:4
   68:8,12
**ten** 20:1 51:21 68:2
**ten-minute** 59:15
**tends** 7:22
**tenth** 51:18 55:20
**terminated** 29:16
   46:2 48:2,7,8 50:4
**termination** 22:6
   24:4 28:12 39:12
**terminations** 34:11
**terms** 24:3 25:17
   32:22
**testified** 4:3

**testify** 7:11
**testifying** 6:19 7:2
   15:18 16:21
**testimony** 14:9,15
   14:17 46:18 70:4
   70:5 71:5,6
**thank** 15:2 32:12
   43:11 46:16 67:18
   68:8,12
**thereof** 39:7
**thing** 8:4 56:14
**things** 42:3 58:13
   62:15
**think** 13:14 23:14
   48:7
**Thomas** 10:17
**three** 4:22 15:12,22
   16:1,11 35:7 51:6
**time** 7:7,14 8:20
   9:4 18:6,15 24:2
   29:17 30:21 33:15
   42:12,19,21,21
   47:16 48:20 50:7
   59:2 63:3 67:7
**times** 19:19
**title** 4:16 29:16
**today** 19:19,20
**told** 15:12 63:13,16
**top** 19:7 36:20
   50:13
**topic** 41:13,14
   51:21 60:4,7 61:6
   68:2,6
**topics** 30:5 34:3,6
   47:14
**transcript** 3:7 8:8
   10:2 68:14 71:4
**transcription** 70:5
**transitioning** 65:7
   65:8
**trial** 46:16,18
**true** 70:4 71:4
**try** 7:1 8:5,6 40:21
   51:12
**trying** 41:19
**turn** 7:16
**Turpin** 10:6
**two** 7:19 10:3 11:8
   11:11,19 14:20

   15:2,12,16 50:20
   51:6,16
**types** 10:12
**typewriting** 71:7
**typically** 31:9

**U**

**unclear** 13:15
**understand** 6:5,6
   6:14 24:21 30:7
   40:21 54:8 60:22
**understanding**
   10:20 11:2 41:19
**understood** 61:7
**unemployment**
   46:11
**union** 35:3,7,13,13
   35:18
**UNITED** 1:1
**use** 21:7 27:2,5,5
   32:2 36:1

**V**

**v** 1:6
**v-** 69:2
**vacancies** 59:6
**vacancy** 58:20 59:9
   59:13
**vague** 38:10 42:12
   44:16 47:13 54:5
   59:7 62:5 66:21
**versus** 40:19
**vice** 34:1 52:16
**virtual** 21:8
**virtually** 1:18

**W**

**Waits** 57:10,10
**walked** 58:11
**want** 10:2 13:8,20
   14:2,21 15:7 25:1
   27:4,12 36:5 42:3
   42:6,7 45:16 49:5
   51:12 52:2 53:22
**wanted** 53:9
**Washington** 2:6,14
**wasn't** 27:9 28:16
   31:4 34:17
**way** 5:3 28:5,21
   31:19

**ways** 23:2,4
**we'll** 55:8 59:15
**we're** 8:4 9:16,18
  45:17
**Webber** 27:15,21
  28:7
**websites** 59:12
**well-being** 44:21
  45:9
**whatsoever** 31:11
**WHEREOF** 71:14
**Wilson** 18:5 20:5
  22:11 23:20 24:8
  25:7 28:18,22
  29:4,9 37:9,18
  38:20 39:2 40:16
  43:18 44:22 50:16
  53:11 54:18 55:19
  56:17,20 57:8,11
  60:14
**Wilson's** 29:8 66:4
**witness** 6:15,17
  9:12,13,18,20
  12:22 13:3,16
  15:3 16:14 21:6
  26:1 52:2 53:16
  59:17 68:1,11
  69:3 71:14
**work** 5:17 7:3 9:15
  13:18 14:12 47:7
  53:9
**worked** 5:20 53:20
**working** 5:16 47:2
**would've** 53:19
  55:14 64:9 65:9
  65:13,14
**wouldn't** 38:9,12
  63:20
**wrapping** 59:15
**written** 35:18 36:12
  51:22 68:2

**X**
**x** 1:3,9 3:6

**Y**
**Yeah** 36:9 52:2
  60:2
**year** 36:12 39:16,19
  40:3 45:20,20

46:4,4 48:13 51:8
51:8 57:2,3,4,5
58:2,3,17,17

**Z**

**0**
**09-2213** 1:6

**1**
**1** 3:9 7:16 8:7
**10:04** 1:18
**10:04:11** 4:6,7,8,9
  4:10,11
**10:04:12** 4:12
**10:04:13** 4:13,14
**10:04:16** 4:15
**10:04:24** 4:16
**10:04:26** 4:17
**10:04:31** 4:18
**10:04:38** 4:19
**10:04:42** 4:20,21
**10:04:47** 4:22
**10:04:51** 5:1
**10:04:53** 5:2
**10:05:01** 5:3
**10:05:04** 5:4,5
**10:05:05** 5:6
**10:05:18** 5:7
**10:05:23** 5:8
**10:05:24** 5:9
**10:05:26** 5:10,11
**10:05:30** 5:12
**10:05:33** 5:13
**10:05:36** 5:14
**10:05:41** 5:15,16
**10:05:44** 5:17
**10:05:46** 5:18
**10:05:50** 5:19,20
**10:05:55** 5:21
**10:06:00** 5:22
**10:06:03** 6:1
**10:06:06** 6:2
**10:06:12** 6:3
**10:06:14** 6:4
**10:06:17** 6:5
**10:06:22** 6:6
**10:06:24** 6:7
**10:06:25** 6:8,9
**10:06:29** 6:10,11

**10:06:32** 6:12
**10:06:33** 6:13
**10:06:34** 6:14
**10:06:36** 6:15
**10:06:40** 6:16
**10:06:41** 6:17
**10:06:45** 6:18
**10:06:47** 6:19
**10:06:50** 6:20
**10:06:52** 6:21
**10:06:58** 6:22
**10:06:59** 7:1
**10:07:20** 7:2
**10:07:23** 7:3
**10:07:24** 7:4
**10:07:25** 7:5
**10:07:30** 7:6
**10:07:32** 7:7
**10:07:34** 7:8
**10:07:39** 7:9
**10:07:40** 7:10,11
**10:07:46** 7:12
**10:07:50** 7:13
**10:07:53** 7:14
**10:07:57** 7:15
**10:07:58** 7:16
**10:08:05** 7:17
**10:08:08** 7:18
**10:08:12** 7:19
**10:08:16** 7:20
**10:08:21** 7:21
**10:08:25** 7:22
**10:08:29** 8:1
**10:08:32** 8:2
**10:08:36** 8:3
**10:08:37** 8:4
**10:08:58** 8:5
**10:09:02** 8:6,7,8
**10:10:13** 8:9
**10:10:15** 8:10
**10:10:29** 8:11
**10:10:30** 8:12,13
**10:10:37** 8:14,15
  8:16
**10:10:40** 8:17
**10:10:46** 8:18
**10:10:50** 8:19
**10:10:53** 8:20
**10:10:56** 8:21

**10:10:58** 8:22
**10:11:02** 9:1
**10:11:10** 9:2
**10:11:13** 9:3
**10:11:16** 9:4
**10:11:19** 9:5
**10:11:24** 9:6
**10:11:27** 9:7
**10:11:29** 9:8
**10:11:32** 9:9
**10:11:36** 9:10
**10:11:37** 9:11
**10:11:40** 9:12
**10:11:43** 9:13
**10:11:48** 9:14
**10:11:50** 9:15
**10:11:53** 9:16
**10:11:56** 9:17
**10:11:59** 9:18
**10:12:02** 9:19
**10:12:06** 9:20
**10:12:08** 9:21
**10:12:11** 9:22
**10:12:12** 10:1
**10:12:14** 10:2
**10:12:19** 10:3
**10:12:23** 10:4
**10:12:26** 10:5
**10:12:33** 10:6
**10:12:36** 10:7
**10:12:41** 10:8
**10:12:45** 10:9
**10:12:49** 10:10
**10:12:56** 10:11
**10:13:00** 10:12,13
**10:13:02** 10:14
**10:13:05** 10:15
**10:13:08** 10:16
**10:13:11** 10:17
**10:13:19** 10:18
**10:13:23** 10:19
**10:13:26** 10:20
**10:13:29** 10:21
**10:13:32** 10:22
**10:13:41** 11:1
**10:13:43** 11:2
**10:13:44** 11:3
**10:13:47** 11:4
**10:13:50** 11:5

**10:13:56** 11:6,7
**10:14** 11:14
**10:14:02** 11:8
**10:14:04** 11:9
**10:14:08** 11:10
**10:14:10** 11:11
**10:14:11** 11:12,13
**10:43** 11:14
**10:43:09** 11:14
**10:43:10** 11:15
**10:43:13** 11:16
**10:43:15** 11:17,18
**10:43:17** 11:19
**10:43:26** 11:20
**10:43:28** 11:21
**10:43:46** 11:22
  12:1
**10:43:48** 12:2
**10:43:49** 12:3
**10:43:50** 12:4
**10:43:56** 12:5
**10:43:57** 12:6
**10:43:59** 12:7
**10:44:01** 12:8
**10:44:03** 12:9
**10:44:05** 12:10
**10:44:09** 12:11
**10:44:14** 12:12
**10:44:15** 12:13
**10:44:19** 12:14
**10:44:20** 12:15
**10:44:23** 12:16
**10:44:28** 12:17
**10:44:30** 12:18
**10:44:36** 12:19
**10:44:39** 12:20
**10:44:43** 12:21
**10:44:44** 12:22
**10:44:50** 13:1
**10:44:52** 13:2
**10:44:53** 13:3
**10:44:56** 13:4
**10:44:58** 13:5
**10:45:01** 13:6,7,8
**10:45:03** 13:9
**10:45:05** 13:10
**10:45:09** 13:11
**10:45:12** 13:12
**10:45:15** 13:13

| | | | | |
|---|---|---|---|---|
| 10:45:16 13:14 | 10:47:46 15:21 | 10:50:42 18:9 | 10:53:51 20:18 | 10:56:11 23:5 |
| 10:45:21 13:15 | 10:47:48 15:22 | 10:50:45 18:10 | 10:53:52 20:19 | 10:56:13 23:6 |
| 10:45:23 13:16 | 10:47:57 16:1 | 10:50:48 18:11,12 | 10:53:53 20:20 | 10:56:23 23:7 |
| 10:45:26 13:17 | 10:47:58 16:2 | 10:50:51 18:13 | 10:53:55 20:21 | 10:56:26 23:8 |
| 10:45:29 13:18 | 10:48:02 16:3 | 10:50:52 18:14 | 10:53:58 20:22 | 10:56:30 23:9 |
| 10:45:32 13:19 | 10:48:04 16:4 | 10:50:59 18:15 | 10:53:59 21:1 | 10:56:31 23:10 |
| 10:45:34 13:20 | 10:48:07 16:5 | 10:51:01 18:16 | 10:54:02 21:2,3 | 10:56:34 23:11 |
| 10:45:36 13:21,22 | 10:48:08 16:6 | 10:51:03 18:17 | 10:54:04 21:4 | 10:56:38 23:12 |
| 10:45:39 14:1 | 10:48:09 16:7 | 10:51:06 18:18 | 10:54:06 21:5 | 10:56:40 23:13 |
| 10:45:40 14:2 | 10:48:14 16:8 | 10:51:13 18:19 | 10:54:11 21:6 | 10:56:44 23:14 |
| 10:45:42 14:3 | 10:48:16 16:9,10 | 10:51:17 18:20 | 10:54:14 21:7 | 10:56:48 23:15 |
| 10:45:45 14:4 | 10:48:18 16:11 | 10:51:23 18:21 | 10:54:16 21:8 | 10:56:50 23:16 |
| 10:45:50 14:5 | 10:48:20 16:12 | 10:51:24 18:22 | 10:54:20 21:9 | 10:56:52 23:17 |
| 10:45:52 14:6 | 10:48:22 16:13 | 10:51:26 19:1 | 10:54:22 21:10 | 10:56:53 23:18 |
| 10:45:55 14:7 | 10:48:25 16:14 | 10:51:27 19:2 | 10:54:24 21:11 | 10:56:58 23:19 |
| 10:45:58 14:8 | 10:48:26 16:15 | 10:51:29 19:3 | 10:54:26 21:12 | 10:57:02 23:20 |
| 10:46:01 14:9 | 10:48:30 16:16 | 10:51:31 19:4 | 10:54:30 21:13 | 10:57:08 23:21 |
| 10:46:03 14:10 | 10:48:34 16:17,18 | 10:51:33 19:5 | 10:54:31 21:14 | 10:57:11 23:22 |
| 10:46:06 14:11 | 10:48:36 16:19 | 10:51:43 19:6 | 10:54:34 21:15 | 10:57:14 24:1 |
| 10:46:10 14:12 | 10:48:37 16:20 | 10:51:44 19:7 | 10:54:37 21:16 | 10:57:16 24:2 |
| 10:46:12 14:13 | 10:48:41 16:21 | 10:51:45 19:8 | 10:54:40 21:17 | 10:57:17 24:3 |
| 10:46:14 14:14 | 10:48:47 16:22 | 10:51:47 19:9 | 10:54:44 21:18 | 10:57:21 24:4 |
| 10:46:18 14:15 | 10:48:55 17:1 | 10:51:48 19:10 | 10:54:47 21:19,20 | 10:57:24 24:5 |
| 10:46:20 14:16 | 10:49:02 17:2 | 10:51:55 19:11 | 10:54:49 21:21 | 10:57:28 24:6 |
| 10:46:21 14:17 | 10:49:05 17:3,4 | 10:51:57 19:12 | 10:54:52 21:22 | 10:57:31 24:7 |
| 10:46:23 14:18 | 10:49:07 17:5 | 10:52:00 19:13 | 10:54:54 22:1 | 10:57:35 24:8 |
| 10:46:32 14:19 | 10:49:14 17:6 | 10:52:03 19:14 | 10:54:57 22:2,3 | 10:57:39 24:9 |
| 10:46:33 14:20 | 10:49:16 17:7 | 10:52:15 19:15 | 10:55:00 22:4 | 10:57:42 24:10 |
| 10:46:37 14:21 | 10:49:20 17:8 | 10:52:36 19:16 | 10:55:01 22:5 | 10:57:47 24:11 |
| 10:46:41 14:22 | 10:49:29 17:9 | 10:52:38 19:17,18 | 10:55:06 22:6 | 10:57:51 24:12 |
| 10:46:44 15:1 | 10:49:31 17:10 | 10:52:39 19:19 | 10:55:08 22:7 | 10:57:57 24:13 |
| 10:46:45 15:2 | 10:49:35 17:11 | 10:52:43 19:20,21 | 10:55:13 22:8 | 10:58:02 24:14 |
| 10:46:47 15:3 | 10:49:41 17:12 | 10:52:47 19:22 | 10:55:15 22:9 | 10:58:05 24:15 |
| 10:46:52 15:4,5 | 10:49:42 17:13 | 10:52:52 20:1 | 10:55:18 22:10 | 10:58:06 24:16 |
| 10:46:55 15:6 | 10:49:46 17:14 | 10:52:55 20:2 | 10:55:23 22:11 | 10:58:11 24:17 |
| 10:46:58 15:7 | 10:49:49 17:15 | 10:52:58 20:3 | 10:55:27 22:12 | 10:58:13 24:18 |
| 10:47:01 15:8 | 10:49:50 17:16 | 10:53:01 20:4 | 10:55:30 22:13 | 10:58:16 24:19 |
| 10:47:02 15:9 | 10:49:53 17:17,18 | 10:53:05 20:5 | 10:55:32 22:14 | 10:58:22 24:20,21 |
| 10:47:03 15:10 | 10:49:55 17:19 | 10:53:10 20:6 | 10:55:37 22:15,16 | 10:58:25 24:22 |
| 10:47:04 15:11 | 10:49:58 17:20 | 10:53:12 20:7 | 10:55:40 22:17 | 10:58:28 25:1 |
| 10:47:07 15:12 | 10:50:02 17:21 | 10:53:15 20:8 | 10:55:42 22:18 | 10:58:35 25:2 |
| 10:47:11 15:13 | 10:50:08 17:22 | 10:53:28 20:9 | 10:55:44 22:19 | 10:58:39 25:3 |
| 10:47:13 15:14 | 18:1 | 10:53:30 20:10 | 10:55:46 22:20 | 10:58:43 25:4 |
| 10:47:17 15:15 | 10:50:13 18:2 | 10:53:33 20:11 | 10:55:49 22:21 | 10:58:44 25:5 |
| 10:47:20 15:16 | 10:50:16 18:3 | 10:53:36 20:12 | 10:55:53 22:22 | 10:58:48 25:6 |
| 10:47:27 15:17 | 10:50:20 18:4 | 10:53:39 20:13 | 10:55:54 23:1 | 10:58:50 25:7 |
| 10:47:29 15:18 | 10:50:24 18:5 | 10:53:40 20:14 | 10:55:59 23:2 | 10:58:53 25:8 |
| 10:47:32 15:19 | 10:50:32 18:6,7 | 10:53:44 20:15,16 | 10:56:02 23:3 | 10:58:56 25:9 |
| 10:47:36 15:20 | 10:50:37 18:8 | 10:53:48 20:17 | 10:56:07 23:4 | 10:58:58 25:10 |

| | | | | |
|---|---|---|---|---|
| **10:59:00** 25:11 | **11:02:32** 28:7 | **11:06:34** 30:19,20 | **11:10:12** 33:9 | **11:14:10** 35:17 |
| **10:59:01** 25:12 | **11:02:37** 28:8 | **11:06:43** 30:21,22 | **11:10:14** 33:10 | **11:14:15** 35:18 |
| **10:59:07** 25:13 | **11:02:40** 28:9 | **11:06:44** 31:1,2 | **11:10:18** 33:11 | **11:14:16** 35:19 |
| **10:59:11** 25:14 | **11:02:43** 28:10 | **11:06:47** 31:3 | **11:10:19** 33:12 | **11:14:40** 35:20 |
| **10:59:20** 25:15 | **11:02:51** 28:11 | **11:06:52** 31:4 | **11:10:30** 33:13 | **11:14:42** 35:21 |
| **10:59:23** 25:16 | **11:02:56** 28:12 | **11:06:54** 31:5 | **11:10:35** 33:14 | **11:14:51** 35:22 |
| **10:59:29** 25:17 | **11:03:03** 28:13 | **11:06:55** 31:6 | **11:10:37** 33:15 | **11:14:52** 36:1 |
| **10:59:34** 25:18,19 | **11:03:06** 28:14 | **11:06:59** 31:7,8 | **11:10:40** 33:16 | **11:14:55** 36:2 |
| 25:20,21,22 | **11:03:09** 28:15 | **11:07:02** 31:9 | **11:10:42** 33:17 | **11:15** 36:3 |
| **10:59:38** 26:1 | **11:03:13** 28:16 | **11:07:07** 31:10 | **11:10:44** 33:18 | **11:15:02** 36:3 |
| **10:59:41** 26:2,3 | **11:03:18** 28:17 | **11:07:08** 31:11 | **11:10:47** 33:19 | **11:22** 36:4 |
| **10:59:43** 26:4 | **11:03:23** 28:18,19 | **11:07:30** 31:12 | **11:10:48** 33:20 | **11:22:42** 36:4,5 |
| **10:59:47** 26:5 | **11:03:36** 28:20 | **11:07:33** 31:13 | **11:10:55** 33:21 | **11:22:46** 36:6 |
| **10:59:48** 26:6 | **11:03:43** 28:21 | **11:07:39** 31:14 | **11:10:58** 33:22 | **11:22:47** 36:7 |
| **10:59:50** 26:7 | **11:03:50** 28:22 | **11:07:44** 31:15 | **11:11:02** 34:1 | **11:22:48** 36:8 |
| **10:59:52** 26:8 | **11:03:51** 29:1,2 | **11:07:47** 31:16 | **11:11:05** 34:2 | **11:22:54** 36:9 |
| **10:59:58** 26:9 | **11:03:57** 29:3 | **11:07:50** 31:17 | **11:11:07** 34:3 | **11:23:10** 36:10 |
| **11:00:10** 26:10 | **11:04:00** 29:4 | **11:08:12** 31:18 | **11:11:12** 34:4,5,6 | **11:23:14** 36:11 |
| **11:00:16** 26:11 | **11:04:06** 29:5,6 | **11:08:17** 31:19 | **11:11:13** 34:7 | **11:23:17** 36:12 |
| **11:00:21** 26:12,13 | **11:04:09** 29:7 | **11:08:28** 31:20 | **11:11:14** 34:8 | **11:23:18** 36:13 |
| **11:00:23** 26:14 | **11:04:12** 29:8 | **11:08:30** 31:21 | **11:11:16** 34:9,10 | **11:23:20** 36:14 |
| **11:00:26** 26:15 | **11:04:27** 29:9 | **11:08:36** 31:22 | **11:11:22** 34:11 | **11:23:27** 36:15 |
| **11:00:27** 26:16 | **11:04:34** 29:10,11 | 32:1 | **11:11:30** 34:12 | **11:23:31** 36:16 |
| **11:00:34** 26:17 | **11:04:43** 29:12 | **11:08:39** 32:2 | **11:11:44** 34:13 | **11:23:35** 36:17 |
| **11:00:37** 26:18 | **11:04:44** 29:13 | **11:08:41** 32:3 | **11:11:49** 34:14 | **11:23:37** 36:18 |
| **11:00:40** 26:19 | **11:04:46** 29:14 | **11:08:42** 32:4 | **11:11:52** 34:15 | **11:23:43** 36:19 |
| **11:00:55** 26:20,21 | **11:05:05** 29:15 | **11:08:45** 32:5 | **11:11:58** 34:16 | **11:23:45** 36:20 |
| **11:00:57** 26:22 | **11:05:08** 29:16 | **11:08:47** 32:6 | **11:12:01** 34:17 | **11:23:51** 36:21 |
| **11:00:58** 27:1 | **11:05:12** 29:17 | **11:08:52** 32:7 | **11:12:04** 34:18 | **11:23:56** 36:22 |
| **11:01:02** 27:2 | **11:05:15** 29:18 | **11:09:06** 32:8 | **11:12:07** 34:19 | **11:23:58** 37:1 |
| **11:01:11** 27:3,4 | **11:05:19** 29:19 | **11:09:08** 32:9,10 | **11:12:14** 34:20 | **11:24:06** 37:2 |
| **11:01:13** 27:5 | **11:05:21** 29:20,21 | **11:09:10** 32:11 | **11:12:21** 34:21 | **11:24:12** 37:3 |
| **11:01:17** 27:6 | **11:05:25** 29:22 | **11:09:13** 32:12 | **11:12:22** 34:22 | **11:24:17** 37:4 |
| **11:01:26** 27:7 | **11:05:30** 30:1 | **11:09:14** 32:13 | **11:12:28** 35:1 | **11:24:27** 37:5 |
| **11:01:31** 27:8 | **11:05:34** 30:2 | **11:09:15** 32:14 | **11:12:30** 35:2 | **11:24:33** 37:6 |
| **11:01:37** 27:9 | **11:05:36** 30:3 | **11:09:18** 32:15 | **11:12:40** 35:3 | **11:24:46** 37:7 |
| **11:01:40** 27:10 | **11:05:56** 30:4 | **11:09:21** 32:16 | **11:12:46** 35:4 | **11:24:47** 37:8 |
| **11:01:44** 27:11 | **11:05:58** 30:5 | **11:09:23** 32:17 | **11:12:48** 35:5 | **11:24:52** 37:9 |
| **11:01:47** 27:12 | **11:06:01** 30:6 | **11:09:25** 32:18 | **11:12:49** 35:6 | **11:24:58** 37:10 |
| **11:01:58** 27:13 | **11:06:04** 30:7 | **11:09:26** 32:19 | **11:12:52** 35:7 | **11:25:04** 37:11 |
| **11:02:00** 27:14,15 | **11:06:07** 30:8 | **11:09:45** 32:20 | **11:12:56** 35:8 | **11:25:07** 37:12 |
| **11:02:04** 27:16,17 | **11:06:08** 30:9 | **11:09:47** 32:21,22 | **11:13:04** 35:9 | **11:25:13** 37:13 |
| **11:02:08** 27:18,19 | **11:06:11** 30:10 | **11:09:51** 33:1,2 | **11:13:06** 35:10 | **11:25:19** 37:14 |
| **11:02:11** 27:20,21 | **11:06:14** 30:11 | **11:09:57** 33:3 | **11:13:10** 35:11 | **11:25:23** 37:15 |
| **11:02:15** 27:22 | **11:06:19** 30:12 | **11:09:59** 33:4 | **11:13:51** 35:12 | **11:25:27** 37:16 |
| **11:02:21** 28:1,2 | **11:06:22** 30:13 | **11:10:00** 33:5 | **11:13:52** 35:13 | **11:25:29** 37:17 |
| **11:02:24** 28:3,4 | **11:06:24** 30:14 | **11:10:03** 33:6 | **11:13:56** 35:14 | **11:25:32** 37:18 |
| **11:02:28** 28:5 | **11:06:28** 30:15,16 | **11:10:04** 33:7 | **11:14:03** 35:15 | **11:25:35** 37:19 |
| **11:02:31** 28:6 | **11:06:31** 30:17,18 | **11:10:08** 33:8 | **11:14:06** 35:16 | **11:25:37** 37:20 |

| | | | | |
|---|---|---|---|---|
| 11:25:38 37:21,22 | 11:28:53 40:7 | 11:31:53 42:16 | 11:36:25 44:22 | 11:39:41 47:6 |
| 11:25:41 38:1 | 11:28:55 40:8 | 11:31:55 42:17 | 11:36:27 45:1 | 11:39:46 47:7 |
| 11:25:44 38:2 | 11:29:01 40:9,10 | 11:31:57 42:18 | 11:36:39 45:2 | 11:39:50 47:8 |
| 11:25:47 38:3 | 11:29:08 40:11 | 11:31:58 42:19 | 11:36:41 45:3 | 11:39:54 47:9 |
| 11:25:49 38:4 | 11:29:13 40:12 | 11:32:01 42:20 | 11:36:43 45:4 | 11:39:56 47:10 |
| 11:25:58 38:5 | 11:29:15 40:13 | 11:32:04 42:21 | 11:36:47 45:5 | 11:40:00 47:11 |
| 11:25:59 38:6 | 11:29:18 40:14 | 11:32:07 42:22 | 11:36:49 45:6 | 11:40:08 47:12 |
| 11:26:01 38:7 | 11:29:20 40:15 | 11:32:10 43:1 | 11:36:54 45:7 | 11:40:14 47:13 |
| 11:26:03 38:8 | 11:29:26 40:16 | 11:32:16 43:2 | 11:36:58 45:8 | 11:40:17 47:14 |
| 11:26:05 38:9 | 11:29:30 40:17,18 | 11:32:22 43:3 | 11:37:05 45:9 | 11:40:20 47:15 |
| 11:26:08 38:10 | 11:29:31 40:19 | 11:32:24 43:4 | 11:37:08 45:10 | 11:40:23 47:16 |
| 11:26:10 38:11 | 11:29:35 40:20,21 | 11:32:27 43:5 | 11:37:15 45:11 | 11:40:26 47:17 |
| 11:26:12 38:12 | 11:29:37 40:22 | 11:32:31 43:6 | 11:37:18 45:12 | 11:40:29 47:18 |
| 11:26:16 38:13 | 11:29:41 41:1 | 11:32:32 43:7 | 11:37:24 45:13 | 11:40:31 47:19 |
| 11:26:19 38:14 | 11:29:43 41:2 | 11:32:37 43:8 | 11:37:29 45:14 | 11:40:35 47:20 |
| 11:26:23 38:15 | 11:29:47 41:3 | 11:32:42 43:9 | 11:37:37 45:15 | 11:40:40 47:21 |
| 11:26:29 38:16 | 11:29:51 41:4 | 11:32:45 43:10 | 11:37:38 45:16 | 11:40:41 47:22 |
| 11:26:34 38:17 | 11:29:53 41:5,6 | 11:32:46 43:11 | 11:37:41 45:17 | 11:40:44 48:1 |
| 11:26:44 38:18 | 11:29:55 41:7 | 11:32:50 43:12 | 11:37:43 45:18 | 11:40:48 48:2 |
| 11:26:48 38:19 | 11:29:59 41:8 | 11:33:02 43:13 | 11:37:45 45:19 | 11:40:53 48:3 |
| 11:26:53 38:20 | 11:30:04 41:9 | 11:33:09 43:14 | 11:37:48 45:20 | 11:40:54 48:4 |
| 11:26:56 38:21 | 11:30:05 41:10 | 11:33:14 43:15 | 11:37:53 45:21,22 | 11:40:57 48:5 |
| 11:26:58 38:22 | 11:30:11 41:11 | 11:33:18 43:16 | 11:37:56 46:1 | 11:41:01 48:6 |
| 11:27:01 39:1 | 11:30:12 41:12 | 11:33:25 43:17 | 11:38:01 46:2 | 11:41:07 48:7 |
| 11:27:08 39:2 | 11:30:15 41:13 | 11:33:29 43:18 | 11:38:04 46:3 | 11:41:10 48:8 |
| 11:27:09 39:3 | 11:30:18 41:14 | 11:33:31 43:19 | 11:38:08 46:4 | 11:41:13 48:9 |
| 11:27:20 39:4 | 11:30:21 41:15 | 11:33:32 43:20 | 11:38:09 46:5 | 11:41:16 48:10 |
| 11:27:24 39:5,6 | 11:30:24 41:16 | 11:33:48 43:21 | 11:38:13 46:6 | 11:41:21 48:11,12 |
| 11:27:33 39:7 | 11:30:27 41:17 | 11:33:53 43:22 | 11:38:16 46:7 | 11:41:33 48:13 |
| 11:27:38 39:8 | 11:30:29 41:18 | 11:33:54 44:1 | 11:38:18 46:8 | 11:41:38 48:14 |
| 11:27:42 39:9 | 11:30:32 41:19 | 11:33:58 44:2 | 11:38:19 46:9 | 11:41:41 48:15 |
| 11:27:46 39:10 | 11:30:34 41:20 | 11:34:01 44:3 | 11:38:27 46:10 | 11:41:46 48:16 |
| 11:27:47 39:11 | 11:30:36 41:21 | 11:34:07 44:4 | 11:38:29 46:11 | 11:41:55 48:17 |
| 11:28:01 39:12 | 11:30:39 41:22 | 11:34:12 44:5 | 11:38:35 46:12 | 11:41:57 48:18 |
| 11:28:04 39:13 | 11:30:43 42:1 | 11:34:17 44:6 | 11:38:37 46:13 | 11:42:01 48:19 |
| 11:28:05 39:14 | 11:30:49 42:2 | 11:34:19 44:7 | 11:38:39 46:14 | 11:42:05 48:20 |
| 11:28:07 39:15 | 11:30:52 42:3 | 11:34:21 44:8 | 11:38:41 46:15 | 11:42:26 48:21 |
| 11:28:09 39:16 | 11:30:59 42:4 | 11:34:28 44:9 | 11:38:44 46:16 | 11:42:29 48:22 |
| 11:28:13 39:17 | 11:31:00 42:5 | 11:34:33 44:10 | 11:38:45 46:17 | 11:42:33 49:1 |
| 11:28:18 39:18 | 11:31:03 42:6 | 11:34:36 44:11 | 11:38:50 46:18 | 11:42:41 49:2 |
| 11:28:20 39:19 | 11:31:14 42:7 | 11:34:40 44:12 | 11:38:52 46:19 | 11:42:46 49:3 |
| 11:28:24 39:20 | 11:31:17 42:8 | 11:34:42 44:13 | 11:38:53 46:20 | 11:42:57 49:4,5 |
| 11:28:28 39:21 | 11:31:23 42:9 | 11:35:51 44:14 | 11:38:57 46:21 | 11:43:03 49:6 |
| 11:28:33 39:22 | 11:31:28 42:10 | 11:35:55 44:15 | 11:39:17 46:22 | 11:43:06 49:7 |
| 11:28:35 40:1 | 11:31:36 42:11 | 11:36:01 44:16 | 47:1 | 11:43:07 49:8 |
| 11:28:38 40:2 | 11:31:45 42:12 | 11:36:04 44:17,18 | 11:39:19 47:2 | 11:43:08 49:9 |
| 11:28:43 40:3,4 | 11:31:49 42:13 | 11:36:06 44:19 | 11:39:37 47:3 | 11:43:14 49:10,11 |
| 11:28:46 40:5 | 11:31:50 42:14 | 11:36:19 44:20 | 11:39:38 47:4 | 11:43:21 49:12 |
| 11:28:48 40:6 | 11:31:51 42:15 | 11:36:22 44:21 | 11:39:39 47:5 | 11:43:24 49:13 |

| | | | | |
|---|---|---|---|---|
| **11:43:30** 49:14 | **11:47:28** 52:2 | **11:50:29** 54:10 | **11:53:19** 56:17 | **11:57:06** 59:3 |
| **11:43:36** 49:15 | **11:47:29** 52:3 | **11:50:30** 54:11 | **11:53:25** 56:18 | **11:57:08** 59:4 |
| **11:43:41** 49:16 | **11:47:32** 52:4 | **11:50:32** 54:12 | **11:53:39** 56:19 | **11:57:09** 59:5 |
| **11:43:47** 49:17 | **11:47:33** 52:5 | **11:50:35** 54:13 | **11:53:41** 56:20 | **11:57:11** 59:6 |
| **11:43:52** 49:18 | **11:47:35** 52:6,7 | **11:50:39** 54:14 | **11:53:45** 56:21 | **11:57:15** 59:7 |
| **11:43:57** 49:19 | **11:47:40** 52:8 | **11:50:44** 54:15 | **11:53:51** 56:22 | **11:57:16** 59:8 |
| **11:43:59** 49:20 | **11:47:43** 52:9 | **11:50:45** 54:16 | **11:53:54** 57:1 | **11:57:24** 59:9 |
| **11:44:00** 49:21 | **11:47:44** 52:10 | **11:50:46** 54:17 | **11:54:00** 57:2 | **11:57:29** 59:10 |
| **11:44:10** 49:22 | **11:47:49** 52:11 | **11:50:57** 54:18 | **11:54:04** 57:3 | **11:57:32** 59:11 |
| **11:44:12** 50:1,2 | **11:47:57** 52:12 | **11:51:01** 54:19 | **11:54:06** 57:4 | **11:57:38** 59:12 |
| **11:44:19** 50:3 | **11:47:58** 52:13 | **11:51:04** 54:20,21 | **11:54:10** 57:5 | **11:57:45** 59:13 |
| **11:44:22** 50:4 | **11:48:01** 52:14 | **11:51:05** 54:22 | **11:54:12** 57:6 | **11:58** 59:18 |
| **11:44:29** 50:5 | **11:48:09** 52:15 | **11:51:08** 55:1 | **11:54:15** 57:7 | **11:58:07** 59:14 |
| **11:44:33** 50:6 | **11:48:15** 52:16 | **11:51:11** 55:2 | **11:54:18** 57:8 | **11:58:10** 59:15 |
| **11:44:36** 50:7 | **11:48:18** 52:17 | **11:51:14** 55:3 | **11:54:20** 57:9 | **11:58:13** 59:16 |
| **11:44:39** 50:8 | **11:48:22** 52:18 | **11:51:20** 55:4 | **11:54:24** 57:10 | **11:58:24** 59:17,18 |
| **11:44:46** 50:9 | **11:48:28** 52:19 | **11:51:23** 55:5 | **11:55:08** 57:11 | **11th** 71:15 |
| **11:44:49** 50:10,11 | **11:48:32** 52:20 | **11:51:26** 55:6 | **11:55:10** 57:12,13 | **12:12** 59:19 |
| **11:44:52** 50:12 | **11:48:36** 52:21 | **11:51:31** 55:7 | **11:55:15** 57:14 | **12:12:19** 59:19,20 |
| **11:44:55** 50:13 | **11:48:39** 52:22 | **11:51:33** 55:8 | **11:55:19** 57:15 | **12:12:22** 59:21 |
| **11:44:58** 50:14,15 | **11:48:42** 53:1 | **11:51:37** 55:9 | **11:55:22** 57:16 | **12:12:24** 59:22 |
| **11:45:02** 50:16 | **11:48:48** 53:2 | **11:51:38** 55:10,11 | **11:55:24** 57:17,18 | **12:12:27** 60:1 |
| **11:45:05** 50:17 | **11:48:51** 53:3 | **11:51:40** 55:12 | 57:19 | **12:12:30** 60:2 |
| **11:45:10** 50:18 | **11:48:52** 53:4 | **11:51:42** 55:13 | **11:55:41** 57:20 | **12:12:32** 60:3 |
| **11:45:14** 50:19 | **11:48:54** 53:5 | **11:51:46** 55:14 | **11:55:46** 57:21 | **12:12:42** 60:4 |
| **11:45:21** 50:20 | **11:48:57** 53:6 | **11:51:49** 55:15 | **11:55:48** 57:22 | **12:12:45** 60:5,6 |
| **11:45:27** 50:21 | **11:49:00** 53:7 | **11:51:50** 55:16 | **11:55:49** 58:1 | **12:12:48** 60:7 |
| **11:45:32** 50:22 | **11:49:03** 53:8 | **11:51:53** 55:17 | **11:55:51** 58:2 | **12:12:50** 60:8 |
| **11:45:39** 51:1,2,3 | **11:49:06** 53:9 | **11:51:55** 55:18 | **11:55:53** 58:3 | **12:12:53** 60:9 |
| **11:45:58** 51:4 | **11:49:07** 53:10 | **11:52:00** 55:19 | **11:55:56** 58:4 | **12:12:55** 60:10,11 |
| **11:45:59** 51:5 | **11:49:10** 53:11 | **11:52:05** 55:20 | **11:56:00** 58:5 | **12:13:02** 60:12 |
| **11:46:02** 51:6 | **11:49:14** 53:12 | **11:52:11** 55:21 | **11:56:05** 58:6 | **12:13:05** 60:13 |
| **11:46:08** 51:7 | **11:49:23** 53:13 | **11:52:16** 55:22 | **11:56:07** 58:7 | **12:13:09** 60:14 |
| **11:46:12** 51:8 | **11:49:26** 53:14,15 | **11:52:20** 56:1 | **11:56:10** 58:8 | **12:13:10** 60:15 |
| **11:46:17** 51:9 | 53:16 | **11:52:24** 56:2 | **11:56:17** 58:9 | **12:13:15** 60:16 |
| **11:46:25** 51:10 | **11:49:36** 53:17 | **11:52:26** 56:3 | **11:56:18** 58:10 | **12:13:18** 60:17 |
| **11:46:30** 51:11 | **11:49:41** 53:18,19 | **11:52:29** 56:4 | **11:56:22** 58:11,12 | **12:13:25** 60:18,19 |
| **11:46:31** 51:12 | **11:49:45** 53:20 | **11:52:36** 56:5 | **11:56:28** 58:13 | 60:20 |
| **11:46:38** 51:13 | **11:49:51** 53:21 | **11:52:39** 56:6 | **11:56:29** 58:14 | **12:13:31** 60:21 |
| **11:46:42** 51:14 | **11:49:52** 53:22 | **11:52:40** 56:7 | **11:56:31** 58:15 | **12:13:39** 60:22 |
| **11:46:56** 51:15 | **11:49:56** 54:1 | **11:52:44** 56:8 | **11:56:36** 58:16 | **12:13:44** 61:1 |
| **11:47:03** 51:16 | **11:50:05** 54:2 | **11:52:48** 56:9 | **11:56:41** 58:17 | **12:13:47** 61:2 |
| **11:47:07** 51:17 | **11:50:08** 54:3 | **11:52:52** 56:10 | **11:56:44** 58:18 | **12:13:50** 61:3 |
| **11:47:09** 51:18 | **11:50:12** 54:4 | **11:52:54** 56:11 | **11:56:48** 58:19 | **12:13:57** 61:4 |
| **11:47:11** 51:19 | **11:50:17** 54:5 | **11:52:58** 56:12 | **11:56:51** 58:20 | **12:14:01** 61:5 |
| **11:47:16** 51:20 | **11:50:22** 54:6 | **11:53:01** 56:13 | **11:56:55** 58:21 | **12:14:03** 61:6 |
| **11:47:19** 51:21 | **11:50:23** 54:7 | **11:53:05** 56:14 | **11:57:00** 58:22 | **12:14:07** 61:7 |
| **11:47:23** 51:22 | **11:50:24** 54:8 | **11:53:09** 56:15 | 59:1 | **12:14:12** 61:8 |
| **11:47:27** 52:1 | **11:50:26** 54:9 | **11:53:14** 56:16 | **11:57:05** 59:2 | **12:14:16** 61:9 |

**12:14:20** 61:10
**12:14:21** 61:11
**12:14:23** 61:12
**12:14:26** 61:13
**12:14:33** 61:14
**12:14:34** 61:15
**12:14:37** 61:16,17
**12:14:40** 61:18
**12:14:41** 61:19,20
**12:14:45** 61:21
**12:14:47** 61:22
  62:1
**12:14:51** 62:2
**12:14:52** 62:3
**12:14:57** 62:4
**12:15:05** 62:5
**12:15:07** 62:6
**12:15:09** 62:7
**12:15:10** 62:8
**12:15:14** 62:9
**12:15:16** 62:10
**12:15:23** 62:11
**12:15:26** 62:12
**12:15:32** 62:13,14
**12:15:37** 62:15
**12:15:41** 62:16,17
**12:15:43** 62:18
**12:15:51** 62:19
**12:15:55** 62:20
**12:16:04** 62:21
**12:16:06** 62:22
**12:16:11** 63:1
**12:16:15** 63:2
**12:16:16** 63:3
**12:16:17** 63:4,5
**12:16:19** 63:6
**12:16:22** 63:7
**12:16:30** 63:8
**12:16:32** 63:9
**12:16:35** 63:10
**12:16:40** 63:11
**12:16:42** 63:12
**12:16:45** 63:13
**12:16:52** 63:14
**12:16:54** 63:15,16
**12:16:57** 63:17,18
**12:17:04** 63:19
**12:17:06** 63:20
**12:17:08** 63:21

**12:17:11** 63:22
**12:17:14** 64:1
**12:17:45** 64:2
**12:17:46** 64:3,4
**12:17:50** 64:5
**12:17:55** 64:6,7
**12:17:56** 64:8
**12:17:58** 64:9
**12:18:02** 64:10
**12:18:07** 64:11
**12:18:08** 64:12
**12:18:10** 64:13
**12:18:15** 64:14
**12:18:18** 64:15
**12:18:22** 64:16
**12:18:25** 64:17
**12:18:28** 64:18
**12:18:30** 64:19
**12:18:34** 64:20
**12:18:38** 64:21
**12:18:40** 64:22
**12:18:45** 65:1
**12:18:50** 65:2
**12:18:51** 65:3
**12:18:57** 65:4
**12:19:00** 65:5
**12:19:02** 65:6
**12:19:10** 65:7
**12:19:15** 65:8
**12:19:17** 65:9
**12:19:20** 65:10
**12:19:22** 65:11
**12:19:25** 65:12
**12:19:27** 65:13
**12:19:31** 65:14
**12:19:32** 65:15
**12:19:35** 65:16
**12:19:37** 65:17
**12:19:41** 65:18
**12:19:44** 65:19
**12:19:47** 65:20
**12:19:48** 65:21
**12:19:52** 65:22
**12:19:56** 66:1
**12:19:58** 66:2
**12:20:05** 66:3
**12:20:07** 66:4
**12:20:12** 66:5
**12:20:22** 66:6

**12:20:24** 66:7
**12:20:28** 66:8
**12:20:31** 66:9
**12:20:40** 66:10
**12:20:46** 66:11
**12:20:49** 66:12
**12:20:57** 66:13
**12:20:58** 66:14,15
**12:21:02** 66:16,17
**12:21:20** 66:18
**12:21:28** 66:19
**12:21:33** 66:20
**12:21:38** 66:21
**12:21:40** 66:22
**12:21:47** 67:1
**12:21:51** 67:2
**12:21:52** 67:3
**12:21:53** 67:4
**12:21:55** 67:5
**12:22:07** 67:6
**12:22:10** 67:7
**12:22:13** 67:8
**12:22:17** 67:9
**12:22:25** 67:10,11
**12:22:30** 67:12
**12:22:31** 67:13
**12:23** 67:19
**12:23:33** 67:14
**12:23:35** 67:15
**12:23:37** 67:16
**12:23:43** 67:17
**12:23:44** 67:18
**12:23:50** 67:19
**12:31** 67:19
**12:31:16** 67:20,21
**12:31:29** 67:22
**12:31:31** 68:1
**12:31:34** 68:2
**12:31:37** 68:3
**12:31:42** 68:4
**12:31:48** 68:5
**12:31:50** 68:6
**12:31:53** 68:7
**12:32** 68:15
**12:32:05** 68:8
**12:32:07** 68:9
**12:32:10** 68:10,11
**12:32:11** 68:12
**12:32:20** 68:13

**1310** 2:5
**15th** 4:15
**18** 71:18
**1st** 49:17

**2**

**20001** 2:14
**20005** 2:6
**2007** 33:13
**2007-2008** 5:11,12
  11:5 33:22 34:11
**2008** 33:13 36:13
  36:14 49:17,17
  50:4,12 51:14
  54:22 55:9 56:20
  57:7 61:4 63:7
  66:6 67:5 68:3
**2008-2009** 41:18
  43:12 52:5 53:11
  57:6 60:9
**2009** 49:11 67:5
  68:3
**2016** 4:15 47:3
  48:13,17
**202** 2:7,15
**2021** 1:11 71:16
**2023** 71:18

**3**

**30(b)(6)** 6:15,17
  9:13
**30th** 49:17

**4**

**4** 3:3
**441** 2:13
**4th** 2:13

**5**

**6**

**628-1101** 2:7
**630** 2:13

**7**

**727-3400** 2:15
**750** 2:5

**8**

**8** 1:11 3:9