UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant.* | Civil Action No. 09-2213 (PLF) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant the District of Columbia (the District) moves for summary judgment on the lone count in plaintiff's Fourth Amended Complaint, for employment discrimination on the basis of race, in violation of 42 U.S.C. §§ 1981 and 1983. *See* Fed. R. Civ. P. 56. As set forth in the accompanying memorandum of points and authorities, the District is entitled to summary judgment because plaintiff cannot make out a predicate violation of Section 1981. Plaintiff was not reappointed to his position at Wilson Senior High School as a result of federally mandated school restructuring, and there is no evidence suggesting it had anything to do with his race. Even if plaintiff could show a violation of Section 1981, he could not show that the violation was the result of any District custom or policy, which is required to establish municipal liability under 42 U.S.C. § 1983. A proposed order is attached.

Dated: July 2, 2021.                     Respectfully submitted,

                                          KARL A. RACINE
                                          Attorney General for the District of Columbia

                                          */s/ Fernando Amarillas*
                                          FERNANDO AMARILLAS [974858]
                                          Acting Deputy Attorney General
                                          Public Interest Division

                                          */s/ Mateya B. Kelley*
                                          MATEYA B. KELLEY [888219451]
                                          Assistant Attorney General
                                          Equity Section
                                          400 Sixth Street, N.W., Suite 10100
                                          Washington, D.C. 20001
                                          mateya.kelley@dc.gov
                                          Phone: (202) 724-7854
                                          Fax: (202) 741-5955

                                          *Counsel for defendant the District of Columbia*