UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON, *Plaintiff*, v. DISTRICT OF COLUMBIA, *Defendant*. | Civil Action No. 09-2213 (PLF) |

### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant the District of Columbia (the District) submits the following statement of undisputed materials facts, in compliance with LCvR 7(h)(1).[1]

1. Michelle Rhee was Chancellor of the District of Columbia Public Schools (DCPS) in the 2007-2008 school year. Fourth Am. Compl., [73] ¶ 2; Ex. A ¶¶ 7, 8, 11.

2. At all relevant times, Principals and Assistant Principals (APs) have served in DCPS schools by appointment, for one-year terms. 5E DCMR § 520.1.

3. In 2008, Chancellor Rhee had authority to reappoint or to not reappoint Principals and APs at the end of their term. 5E DCMR § 520.2; [84] at 17.

4. In 2008, Chancellor Rhee was responsible for selecting an alternative governance option for schools put into restructuring. Ex. A ¶ 11; Ex. AA at 6, 8; Ex. AB at 2; [84] at 17; 115 Stat. 1485.

---

[1] Page citations below are to ECF page numbers, not native page numbers, except for citations to the transcript of Mr. Dickerson's deposition.

5. Wilson Senior High School (Wilson) was put into restructuring in the 2007-2008 school year. Ex. B at 178:10-20; Ex. AA; Ex. A ¶ 7.

6. Schools put into restructuring in the 2007-2008 school year, including Wilson, engaged in a school-year-long process known as "Quality School Review" (QSR). Ex. AB at 3, 6; Ex. AA at 6; Ex. A ¶ 11.

7. Among other things, the QSR process required multiple conversations with the principal and "Local School Restructuring Teams" (LSRTs) at each school, including at the very beginning and the end. Ex. AB at 6, 10.

8. At the end of the QSR process, Chancellor Rhee used the information provided by the process to select an alternative-governance option for each school from among those in the No Child Left Behind Act (NCLBA). Ex. AB at 10-11; Ex. AA at 3; Ex. A ¶ 11; 115 Stat. 1485.

9. In May 2008, Wilson's Local School Restructuring Team wrote a memo to Chancellor Rhee recommending "partial reconstitution of the Wilson staff/function, specifically to include: Assistant Principals, Guidance counseling, Attendance," as well as recruitment of a new Principal. Ex. AC at 2; Ex. A ¶ 11.

10. The LSRT also recommended a new administrative model, with each grade-level to be assigned its own AP, guidance, and attendance counselors, who would follow the cohort through their years at Wilson. Ex. AC at 2. The LSRT felt that reconstitution of those positions would "allow the new principal to establish a new leadership team for the school that will … build the grade-level teamwork that will be essential between each assistant principal and counselor." *Id.*

11. DCPS finalized the plan for Wilson's restructuring (the Plan) in May 2008. Ex. E at 2.

12. In the Plan, Rhee selected the second alternative-governance option from the NCLBA's list of options, corresponding to a replacement of school staff relevant to the school's failure to make adequate yearly progress. Ex. AA at 8-9; Ex. A ¶ 11; P.L. 107-110, Sec. 1116 (b)(8)(B), 115 Stat. 1485.

13. The Plan provided that all "instructional staff will have the option to reapply if they wish to remain at the school," with "[n]o more than 20% of teachers" to be ultimately replaced; that the Principal would be replaced; and that "[o]ther administrators have the option to reapply if they wish to remain at the school." Ex. AA at 8.

14. The Plan stated that "[b]oth the school team and the district believe that significant changes in the administrative structure at Wilson Senior High School are necessary," and explained that the new school leader would "work with the district to develop a leadership team focused on addressing the specific needs of the school in relation to restructuring." Ex. AA at 15.

15. Kenneth Dickerson was appointed to, and did, serve as an AP at Wilson from September 2000 to June 2008. Ex. B at 18:8-11; Ex. C at 3; Ex. A ¶¶ 5, 6.

16. Mr. Dickerson was aware that Wilson was in restructuring at least by February or March 2008. Ex. B at 179:21-180:1.

17. In late June 2008, Mr. Dickerson was officially notified that Chancellor Rhee had decided not to reappoint him as AP at Wilson. Ex. AD at 2; Ex. B at 44:8-45:5.

18. The Principal and all APs serving at Wilson in the 2007-2008 school year were not reappointed to serve at Wilson the next year. Ex. B at 119:3-13; Ex. A ¶ 12.

19. Mr. Dickerson was aware that the APs could have reapplied to serve at Wilson again the next year. Ex. B at 178:10-179:2; Ex. AA at 8.

20. Mr. Dickerson did not apply to serve as Principal or AP at Wilson for the 2008-2009 school year. Ex. B at 178:10-179:7; *id.* at 79:11-82:10; Ex. A ¶ 13.

21. Patrick Pope was Principal of Hardy Middle School in the 2007-2008 school year. Ex. B at 105:13-106:4.

22. Hardy Middle School was not in restructuring in the 2007-2008 school year. Ex. D at 11.

23. Mary Beth Waits was appointed to serve as an AP at Wilson for the 2008-2009 school year; Mr. Dickerson has no knowledge of her qualifications, although he believes he was more familiar with DCPS policies and procedures, and Wilson students. 25; Ex. F at 4 (Response No. 6); Ex. A ¶ 14.

24. Mr. Dickerson does not know how many APs in total were appointed to serve at Wilson in the 2008-2009 school year. Ex. B at 139:14-19, 142:2-7; 142:18-20.

25. Charlette Butler and Sah-u-ra Brown, who are both African-American, were both hired to serve as AP's at Wilson for the 2008-2009 school year. Ex. A ¶ 14; Ex. G at 2-3; Ex. B at 142:9-11, 143:18-144:3.

26. Mr. Dickerson does not know the race of other administrators newly hired to serve as school administrators at other DCPS for the 2008-2009 school year, or whether they were "less seasoned." Ex. B at 176:10-19.

27. In Mr. Dickerson's experience, the evaluation process for APs at Wilson included a mid-year conversation with Wilson's Principal, and a final evaluation, consisting of a second conversation and written evaluation. Ex. B¶¶ 6 at 87:5-16; 89:6-90:22. The final evaluation was conducted in the end of June, after school was closed and after graduation. *Id.* at 91:1-14.

Dated:  July 2, 2021.                    Respectfully submitted,

                                         KARL A. RACINE
                                         Attorney General for the District of Columbia

                                         */s/ Fernando Amarillas*
                                         FERNANDO AMARILLAS [974858]
                                         Acting Deputy Attorney General
                                         Public Interest Division

                                         */s/ Mateya B. Kelley*
                                         MATEYA KELLEY [888219451]
                                         Assistant Attorney General
                                         Equity Section
                                         400 Sixth Street, N.W., Suite 10100
                                         Washington, D.C. 20001
                                         (202) 724-7854
                                         (202) 730-0626 (fax)
                                         mateya.kelley@dc.gov

                                         *Counsel for Defendant*