UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 09-2213 (PLF) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment (Motion), Plaintiff's Opposition, and the entire record, it is this _____ day of _____, 2021,

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that **SUMMARY JUDGMENT** is entered in favor of Defendant on all claims in Plaintiff's Fourth Amended Complaint.

**SO ORDERED**.

_____
THE HONORABLE PAUL L. FRIEDMAN
Judge, United States District Court
    for the District of Columbia