# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON, *Plaintiff*, v. DISTRICT OF COLUMBIA, *Defendant.* | Civil Action No. 09-2213 (PLF) |

DECLARATION OF DONIELLE POWE

I, Donielle Powe, declare as follows:

1. I am Deputy Chief for the Labor Management Employee Relations team at D.C. Public Schools (DCPS).

2. I have been employed by DCPS since August 2016.

3. I served as the corporate designee in the deposition of defendant the District of Columbia in the above-captioned matter.

4. Kenneth Dickerson began working for DCPS in 1993.

5. He was appointed to serve a one-year term as Assistant Principal at Wilson Senior High School (Wilson) in 2000.

6. He was reappointed to annual terms each year after that until 2008.

7. In 2007, Wilson was put into a process called restructuring, as a result of its failure to meet annual yearly goals for academic progress.

8. Michelle Rhee, who had the title Chancellor, was the head of DCPS then.

9. The restructuring process required DCPS to make significant changes in Wilson's governance.

10. Wilson's Local School Restructuring Team (LSRT)—a group composed primarily of parents and staff—recommended that the entire school leadership team at Wilson be replaced or reconstituted, meaning administrators could reapply for their position. They recommended the principal be replaced.

11. At the end of the 2007-2008 school year, after considering the LSRT's recommendation, and other information gathered in 2007-2008 through a process called Quality School Review, Chancellor Rhee decided that, as a part of Wilson's restructuring plan, a new Principal would be selected, and all of the Assistant Principals would have to reapply for their jobs if they wanted to stay on under the new leader and under the new plan.

12. As a result of this restructuring process, none of the administrators at Wilson in the 2007-2008 school year were reappointed, including Mr. Dickerson.

13. Mr. Dickerson did not reapply to serve at Wilson for the next year.

14. The following individuals were hired to serve as Assistant Principals at Wilson in the 2008-2009 school year: Charlette Butler, Mary Beth Waits, Jaime Merlos and Sah-u-ra Brown. Ms. Butler and Mr. Brown are African-American.

15. Mr. Dickerson exercised his retreat rights and continued to work for DCPS in the 2008-2009 school year, as a teacher at a different school.

16. This information is based on personal knowledge and information learned in the course of my official duties, including from the attached Exhibits A-D, which are exact copies of records regularly kept in DCPS files.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Powe_                                                        July 1, 2021

_____                    _____
DONIELLE POWE                                                  DATED