# EXHIBIT AA

# The District of Columbia Public Schools



## LEA School Restructuring Plan
## 2008-2009

## Wilson Senior High School

# *About this Document*

This Restructuring Plan draws on input from various stakeholder groups, including students, teachers, administrators, parents, and community members. It takes into account student achievement data and results from the Quality School Review process. As is required by the federally mandated restructuring process, DCPS has identified specific reforms proven to be effective in urban schools that will take place in all restructuring schools. Therefore, you will see some common aspects across all restructuring schools, reflecting the district's strategies for addressing common trends. The plan brings together these comprehensive district-led strategies with strategies recommended for each specific school by school site teams.

In addition to serving as an official compliance document and a plan for the general restructuring of the school, this document will function as a foundation for strategic planning at each school site. School leaders and communities will build upon the clear objectives and direction of this plan to develop their own more detailed plan, a preliminary draft of which will be completed before November, 2008.

*Note: The staffing and strategies laid out in this plan are predicated upon approval of the DCPS budget, as submitted to the City Council.*

## *District and School Information*

| **School District:** <br> District of Columbia Public Schools | **District Number:** <br> N/A |
|---|---|
| **Chancellor:** <br> Michelle Rhee | |
| **Office Address:** <br> 825 North Capitol Street, NE <br> Washington, DC 20002 | |
| **Phone Number:** <br> 202-442-5885 | **Fax Number:** <br> 202-442-5026 |

## *School Information*

| **School Name:** <br> Wilson SHS | **School Number:** <br> WARD 3 |
|---|---|
| **Principal:** <br> Jacqueline Williams | |
| **School Address:** <br> 3950 Chesapeake Street, NW <br> Washington, DC 20016 | |
| **Phone Number:** <br> 202-282-0120 | **Fax Number:** <br> 202-282-0077 |

## *School Demographics and Data*

**School Name: Wilson SHS**

### *School Enrollment by Grade*

| PS | PK | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|----|----|---|---|---|---|---|---|---|---|---|-----|-----|-----|-----|
|    |    |   |   |   |   |   |   |   |   |   | 375 | 380 | 389 | 423 |

*\*Data source: DC STARS*

### *Race/Ethnicity*

| Caucasian | African-American | Hispanic | Asian | Other |
|-----------|------------------|----------|-------|-------|
| 383       | 786              | 260      | 143   | 4     |

*\*Data source: DC STARS*

### *Special Populations*

| Free and Reduced Meals | ESL | Special Education |
|------------------------|-----|-------------------|
| 27%                    | 8%  | 7%                |

*\*Data source: Local School Reports*

## *School Data*

### *Academic Achievement Data*
*% of students testing proficient*

| *Assessment* | *2004-2005* | *2005-2006* | *2006-2007* | *2007-2008* |
|--------------|-------------|-------------|-------------|-------------|
| **Reading (SAT-9/DC-CAS)** | 45% | 57% | 57% | N/A |
| **Reading (DC-BAS)** | N/A | N/A | N/A | 22% |
| **Math (SAT-9/DC-CAS)** | 55% | 58% | 51% | N/A |
| **Math (DC-BAS)** | N/A | N/A | N/A | 45% |

*\*Data source: http://webb.k12.dc.us/NCLB/*

### *Attendance Data*

| *2004-2005* | *2005-2006* | *2006-2007* | *2007-2008* |
|-------------|-------------|-------------|-------------|
| 81%         | N/A         | 87%         | N/A         |

*\*Data source: http://webb.k12.dc.us/NCLB/*

### *Graduation Rate*

| *2004-2005* | *2005-2006* | *2006-2007* | *2007-2008* |
|-------------|-------------|-------------|-------------|
| 78%         | 83%         | N/A         | N/A         |

*\*Data source: Office of Student Services, developed by the Office of Educational Accountability*

> ## *The District of Columbia Public Schools' Approach to Turning Around Chronically Low-Performing Schools*

## *Summary*

**School Restructuring Process**
The school restructuring process, as mandated by No Child Left Behind, is a key element of the overall reform process for DCPS. The restructuring process includes the implementation of standardized district-wide initiatives with a record of success, along with customized school-based initiatives that will serve the needs of students in a particular school. The district will provide each school with a number of resources and programs that have been selected based on district-wide achievement trends. All district-led initiatives represent specific strategies designed to increase student achievement. This restructuring plan has been built for the school with an emphasis on significant reforms in three areas:
- Teaching and Learning
- School Leadership
- School Culture and Climate

The following is a timeline of the Restructuring Process for the school:
- Principal, Parent and Community Meetings: November - December, 2007
- Quality School Reviews (QSR): January - February, 2008
- QSR Feedback: March, 2008
- Community Meetings to Answer Questions and Gather Input on Restructuring: April 17, 22, 24, 29, 2008
- Creation of Individual Restructuring Plans: April, 2008
- Presentation of Restructuring Plans to Chancellor for Approval: May 1, 2008
- Introduction of Restructuring Plans to Schools: May, 2008
- Professional Development of Turnaround Teams: June - July, 2008
- Development of Draft Implementation Plans at School Sites: June - October, 2008

**District-Wide Initiatives**
The following district-wide initiatives will be put in place to support all restructuring schools.*

*Reorganization of the Office of Schools and the Office of Student Support Services:*
The reorganization of the Office of Schools will focus on creating structures that facilitate systematic, targeted support to the lowest-performing schools.

*Systematic Instructional Framework*
DCPS is developing a consistent approach to curriculum and instruction that will guide all schools within the district in the development and implementation of rigorous, standards-based instructional program.

5

*Diverse School Portfolio*
DCPS is committed to providing students with a range of kinds of schools throughout the city. Over the course of five years, the district will work internally and with external partners to create innovative and diverse school offerings that meet student needs. These schools will have a variety of different themes and curricular focuses, responding to the varied interests and needs of students.

*School Leadership Recruitment and Development*
A DCPS school leadership academy will provide on-going support to school leaders in the development of effective instructional leadership practices. New leaders will receive intensive support through a variety of programs and professional development opportunities.

*Instructional Coaching in Literacy and Math to Support Effective Standards-Based Classroom Instruction*
The District will hire, train, and place instructional coaches at all school sites. Through providing coordinated, job-embedded professional development, coaches will be responsible for supporting teachers in the implementation of high-quality standards-based instruction, with a focus on literacy and math.

*Integrated Data Management Systems*
DCPS will implement data systems to support educators in and hold them accountable to meeting clearly defined expectations, and to ensure that students and parents have a shared understanding of expectations for and results of student and school level performance.

*Alternative Education*
DCPS will offer a variety of alternative education offerings for students at risk of becoming disengaged, and those that already have left the general education setting. These programs will be offered on and off general education school sites, and at various times of the day.

---

*It is important to note that elements of this Restructuring Plan with a direct impact on the responsibilities of the classroom teacher are pending current contract.

6

## *Proposed Restructuring School Options*

### *Restructuring Options:*

- ☐ **Option 1:** Reopen the school as a public charter

- **X Option 2:** Replace school staff relevant to AYP failure (Option 2B: Instructional Staff Reconstitution)

- ☐ **Option 3:** Contract with an external partner

- ☐ **Option 4:** State Takeover

- ☐ **Option 5:** Other Major Restructuring

*Note: The Chancellor maintains the authority to exercise additional restructuring options in the future.*

## *Option 2B (Instructional Staff Reconstitution)*

**Option 2B**
Instructional staff relevant to AYP failure will be replaced or required to reapply for their positions. This option does not include non-instructional staff.
- All instructional staff will have the option to reapply if they wish to remain at the school. No more than 20% of teachers may be replaced through the reconstitution process.
- Principal will be replaced.
- Other administrators have the option to reapply if they wish to remain at the school.

**Option 5**
Any other major restructuring of the school's governance arrangement that makes fundamental reforms, such as significant changes in the school's staffing and governance, to improve student academic achievement in the school and that has substantial promise of enabling the school to make AYP as defined in the state plan under NCLB Section 1111(b)(2).

**Rationale**
Student achievement data and the Quality School Review revealed that, while there are clearly instances of good teaching and strong student results at Wilson, the school would benefit from increased attention to the implementation of a high-quality, standards-based

7

instructional program aimed at increasing the achievement of all student subgroups. Instructional staff reconstitution will be the major restructuring option for Wilson Senior High School.  Both school administration and teachers will be included in the reconstitution, under which current teachers and administrators may apply to remain at the school or pursue positions elsewhere in the district.  No more than 20% of current teachers may be replaced as part of the reconstitution process at Wilson.

Teachers will be given the option to reapply for any position for which they are deemed highly qualified in their school or at any other school in the district.  Teachers will also be informed of new policies and expectations specific to restructuring schools, within the parameters of the collective bargaining agreement.

Special hiring fairs will be held for teachers who are displaced as a result of reconstitution.  Teachers may apply for any position for which they are considered highly qualified within the district, including a position at their current school.  If teachers are rehired at their current schools, they must sign letters of commitment agreeing to the policies and procedures that comprise reconstitution.

If teachers are not selected to return to their current schools or any other school in the district, the current contractual provisions will prevail.

If teachers are hired to fill their current positions or another position at their current school site, and if, at any time, those teachers fails to meet the requirements outlined in the policies and procedures related to restructuring schools, those teachers can be released.

Teachers released from restructuring schools due to performance maintain the right to a position somewhere else in the system, through the regular staff assignment process, if such a position is available.

In addition to reconstitution, Wilson's restructuring plan calls for implementation of a number of district-led initiatives designed to ensure high-quality, equitable instruction across all schools in the district.

## *DCPS School Restructuring Essential Elements*

### *Essential Element 1: Teaching and Learning*

*Implement a rigorous, standards-based (college preparatory) instructional program in which instructional strategies, assessments, and professional development are aligned.*

| *Outcomes* | *Strategies* |
|---|---|
| *Curriculum and Instruction*<br>Implement a rigorous, relevant, college preparatory curriculum that gives all students meaningful options for life. | • District-created standards-based pacing charts<br>• District-provided instructional coaching in Literacy and Mathematics |
| *Instructional Infrastructure*<br>Develop daily schedules that allow schools to provide high-quality, developmentally appropriate instructional programs. | • Implementation of 9th and 10th grade academies<br>• Flexible master schedules, to include:<br>  • Structured, facilitated common planning time (core team, content area, school-wide)<br>  • Advisory<br>  • Extended Math and Literacy blocks<br>  • Extended day<br>• Small learning communities |
| *Data and Assessment*<br>Provide the school community with streamlined data management and analysis systems that place high-quality, results-focused information at its fingertips, and ensure the effective use of that data. | • Implementation of Data Management Systems<br>• Using data to drive instruction: Data Wise Model<br>• Formative and summative assessments to identify students at risk, to place students, and to continuously monitor achievement. |
| *Intensive Instructional Support*<br>Establish programs and services to support student access to the core and advanced curriculum, including interventions, ELL strategies, and specialized instruction. | • Individualized Graduation Plans<br>• District supplementary support /out-of-school Programs<br>  • Saturday Scholars (10th)<br>  • Summer Bridge Academy (incoming 9th)<br>  • Summer School (9th-12th)<br>  • After School for All (9th-12th)<br>• ELA Interventions, 9-12<br>  • ELA Intervention Tier I (9th-12th)<br>  • ELA Intervention Tier IIII (10th) – Read-180<br>• Math Interventions, 9-12<br>  • Math Intervention Tier I (9th-12th)<br>  • Math Intervention Tier II (9th-12th)<br>  • Math Intervention Tier IIII (9th-12th) – to be adopted in 2010-11 |

**Description of Restructuring Strategies**

Wilson Senior High School is in a unique situation in DCPS, as their failure to meet AYP is largely due to the failure to increase the achievement of specific subgroups of students. Specifically, minority student achievement is significantly lower than that of white students at the school. Student achievement data demonstrating high achievement by white students suggests that the school has some promising practices in place. However, the practices do not appear to translate to all subgroups of students, nor do the results

9

extend to those groups. Thus, the new administration and teaching staff will engage in a process of implementing professional development for staff on culturally responsive teaching and serving the needs of specific student subgroups.

In addition to a comprehensive approach to serving *all* students, the school will work with the district to ensure effective implementation of district-initiated reforms.

District Created Standards-Based Pacing Charts
All core content teachers will implement district-created, standards-based pacing charts that outline a suggested order and pacing for addressing required standards. The pacing charts are aligned to the DC Benchmark Assessment System (DC-BAS), and will ensure that all students in the district will receive access to a rigorous, standards-based curriculum.

District-Provided Instructional Coaches in Literacy and Math
The district will allocate a literacy and math coach to work full-time at the school site. The coaches will be trained by the district to provide high-quality sustained instructional support to teachers. The coaches will work with the site administrator to develop a coaching plan that addresses teacher and student needs, as indicated by student achievement data.

$9^{th}/10^{th}$ Grade Academies
The Wilson community has expressed a strong desire to structure the school into comprehensive and effective small learning communities. Their formal feedback during the restructuring process proposed extending the current 9th grade academy to include a 10th grade academy. The new school leadership team will work to implement a system that addresses the specific needs of student subgroups within the larger school program. The 9th and 10th grade academies are designed to target the specific needs of early high school students. The academies will consist of the following key structures:
- Dedicated teaching staff which is highly qualified to teach in the content areas and grade levels.
- Designated space in the school building for 9th and 10th grade courses.
- Consistent course offerings designed to set students up for successful graduation and college matriculation.

Student-specific course sequences will be individually determined based on students' previous course work and career/college goals, as reflected in their transcripts, Letters of Understanding, and Individual Course Plans.

Master Schedule
In response to Wilson's request to supports strategic interventions for struggling students, the school will implement a flexible block schedule model that ensures that all students have access to extended blocks of math and literacy instruction, as well as a weekly advisory class. The schedule also includes common planning time for teams of teachers, departments, and the entire staff. The master schedule model will also encourage student participation in "out-of school" programs by allowing the possibility of beginning those programs early one day a week, while teachers are in collaborative meetings.

Data Management System
The school will regularly utilize the district data management system to track and analyze student achievement data on the DC-BAS and other relevant measures of proficiency.

Data Wise
Data Wise is a step-by-step process designed to help schools use achievement data to improve teaching and learning. Specifically, schools will incorporate the Data Wise process into their collaborative planning time and use the Data Wise structure to identify a problem, collect and examine data related to the problem, examine instruction related to the problem, develop an action plan, act, and reassess. This process serves as a catalyst and structure for important school-wide conversations that will enhance schools' ability to capture teachers' knowledge, foster collaboration, identify obstacles to change, and ultimately enhance school culture and climate.

Formative and summative assessments
The school will begin systematically implementing a comprehensive assessment approach that includes the use of diagnostic, formative, summative and standardized benchmark assessment data to inform instruction.

Individual Graduation Plans
All students, grades 9-12, will have an Individual Graduation Plan (IGP) that reflects their interests and needs and guides their secondary school career.  This plan will be regularly updated and revised with guidance from school staff and external partners.  The plan will include the creation of an Individual Course Plan (ICP) that maps student coursework on a pathway that results in high school graduation and college readiness.  The IGP will also include interest and needs assessments to assist in guiding and planning for post-secondary choices.

Additional Programs
Wilson has expressed a strong commitment to serving students in need of additional assistance or who require academic support to obtain course credits.  Students at the high school level need specific, yet diverse, out-of-school intervention services.  To meet these varied needs, students will have the opportunity to participate in a variety of programs:

*After School for All* will be offered to students who are achieving significantly below grade level and/or need credit recovery in order to meet graduation requirements.  This program will be conducted after school hours, during the school year.  A combination of the PLATO intervention program as well as teacher developed and facilitated courses will comprise this program.

The *Saturday Scholars* program for 10th graders will focus on DC-CAS preparation/remediation.  This program will teach critical test-taking skills and knowledge, and will provide students with opportunities to practice taking the test and analyzing their errors in order to improve performance.

11

*Summer Bridge Academy* is specifically designed to ease the transition between middle and high school. Incoming ninth graders participating in this program will receive remediation on academic content as needed, and will participate in orientation activities that prepare them for the transition to high school. They will also have the opportunity to set college and career goals and to define a course of study that will help them meet those goals.

*Summer School* will enable students to recover credits and/or take courses required for graduation. Summer school offerings will be standards-based and will meet the requirements for course accreditation.

<u>Targeted Academic Interventions</u>
Wilson will provide specific intervention support tailored to meet the needs of their students. Interventions will address math and literacy specifically, as well as helping the students develop skills they will need for future academic success.

*Literacy Interventions*
Based on diagnostic assessments and an analysis of standardized data, students academic needs will be identified, and students can be placed at either of two levels of intervention. Each level will include its own unique specific treatment.

*Tier I:* Students who are generally on track but require specific, yet minimal support to remain on track will receive this support during the 120 minute literacy block.  Teachers will use Holt Readers to provide support in small groups through guided and independent practice.

*Tier III:* Students performing more than a year below grade level will participate in a more intensive intervention program. Ninth and 10th grade students in need of intensive intervention will have access to *Read-180*, a reading proficiency program designed to accelerate their achievement and prepare them for success in high school.

*Math Interventions*
Based on diagnostic assessments and an analysis of standardized data, students' academic needs will be identified, and students can be placed at any of three levels of intervention. Each level will include its own unique specific treatment.

*Tier I:* Tenth grade students who need it will receive additional support and instruction in the MC-CAS practice books in order to maximize their chances of success on the assessment.

*Tier II:* Students who are up to one year below grade level will be provided with additional support and practice through structured *Accelerated Math* lessons that reinforce the specific concepts in which they are deficient. Accelerated Math is a computerized, personalized practice and progress monitoring tool that produces daily personalized math practice to students. It scores and reports results immediately, and adapts practice opportunities to student proficiency levels.

*Tier III:* Students performing more than a year below grade level will participate in a more intensive intervention program, either in class, or as an additional instructional period, based on need and available resources. A Tier III program will be adopted in 2010-11 in conjunction with the core program adoption.

*Explore "High Schools That Work" Partnership*
The Wilson LSRT recommended the "High Schools That Work" organization as a consultant to provide professional development and recommend strategic interventions for struggling students. The new leadership team at Wilson will work with district leadership to assess the alignment of this program with the priorities and approach we have laid out, vis-à-vis instructional coaching and targeted interventions.

*Essential Element 2: School Leadership*
*Implement school leadership structures to ensure a consistent focus on classroom instruction and student achievement.*

| Outcomes | Strategies |
|---|---|
| *Change in Governance* Restructuring of the school's governance arrangement that makes fundamental reforms, such as significant changes in the school's staffing and governance, to improve student academic achievement in the school. | • Change in school leadership |
| *Expectations and Accountability* Establish clearly articulated expectations and develop structures for monitoring implementation. | • Teacher and Principal Performance Evaluations |
| *Stakeholder Engagement* Engage all stakeholders in ensuring the well-being and success of DCPS students. | • Stakeholder surveys<br>• Parent connection and engagement (parent orientation, parent conferences) |

**Description of Restructuring Strategies**
Both the school team and the district believe that significant changes in the administrative structure at Wilson Senior High School are necessary. A new school leader will work with the district to develop a leadership team focused on addressing the specific needs of the school in relation to restructuring.

Alternative school leadership model
The school leader may elect to implement a school leadership model to include more distributed leadership among various stakeholders in the school staff. This may include increased teacher leadership and responsibility, or a redefinition of administrative roles and responsibilities.

Teacher and principal performance evaluations
Performance evaluation processes will be revised to align more closely with the expectations outlined in the restructuring plan. The evaluation process will focus equally on development and monitoring of school-site staff.

Stakeholder surveys
Key school stakeholders will be surveyed on a regular basis (at least twice annually) to measure their satisfaction with the school's operations and academic programs, and their engagement in the school community. Stakeholders to be surveyed may include teachers, families, students, and classified staff.

Parent connection and engagement (parent orientation, parent conferences)
The school will work collaboratively to develop a comprehensive parent connection and engagement plan. The plan will include parent involvement policies (e.g. a school-family compact), a calendar of school events that are of interest to parents and families, and opportunities for parent education.

<u>Small learning communities</u>
As previously discussed, the school will be restructured into small learning communities (including 9th and 10th grade academies) – specific teams of staff (teachers, service providers, and administrators) who are responsible for the achievement and well-being of a small group of students.

### Essential Element 3: School Culture and Climate

*Support schools in establishing safe, orderly, and mutually respectful learning environment in which all staff and students demonstrate high expectations for student achievement and support continuous improvement.*

| Outcomes | Strategies |
|---|---|
| *Wrap-around services* <br> Create schools that provide a consistent foundation in academics, strong support for social/emotional needs and a variety of challenging themes and programs. | • Enhanced staffing to support student success and well-being (e.g. social workers, guidance counselors, school psychologists, etc.) |
| *Systems, Policies and Procedures* <br> Creating systems and structures that support a safe and effective learning environment. | • Creation of school-specific policies and procedures that support a safe and effective learning environment. <br> • Creation of systems to identify students in need of wrap-around support services. |

**Description of Restructuring Strategies**

In order to support the Wilson High School community in the restructuring process, the district will implement a comprehensive staffing model at the school. Specifically, Wilson will be provided with the following full-time, school-based, support positions:
- Four guidance counselors
- One bi-lingual counselor
- One attendance counselor
- Three social workers
- One literacy coach
- One math coach

To further ensure that Wilson provides a responsive and safe learning environment for all of its students, the school will work collaboratively to develop and refine policies and procedures that impact school safety and climate. New procedures and policies will be clearly articulated in staff, student, and family handbooks, and will be consistently upheld by the entire school staff.

<u>Systems to identify students in need of wrap-around services</u>

Well-defined, clearly articulated systems will be put in place to identify students in need of additional wrap-around services. The system will include the use of multiple forms of data (academic, behavioral, demographic, etc.) to identify specific student needs, and all findings will be systematically recorded in the school information system.

## Next Steps

In order to optimize the conditions for successful implementation of the restructuring plan, Wilson Senior High School will proactively form a School Leadership Team, led by the newly appointed principal and including a range of stakeholders. Aided by student achievement data, the Quality School Review, and staff surveys, the team will collaborate to develop a comprehensive strategic plan that will include an implementation timeline, a professional development plan for all staff, and a plan for resource allocation. The Office of Schools will provide leadership teams with support in the development and implementation of their strategic plans, a preliminary draft of which will be completed before November, 2008.