# EXHIBIT AC

| | |
|---|---|
| **Memo to:** | **Chancellor Michelle Rhee** |
| **From:** | **Woodrow Wilson High School LSRT** |
| **Subject:** | **Restructuring Proposal Update** |
| **Date:** | **May 13, 2008** |

The Wilson HS LSRT would like to update you on recommendations that align with the restructuring proposal that we submitted to your office earlier.  The recommendations are described below.

**Recommendation 1**. Bring in a permanent principal with a background of strong educational leadership who is committed to restructuring.

> We are pleased to report that candidates have been identified who will informally meet members of the Wilson community on Friday, May 16 and then be formally interviewed by our principal search committee on Saturday, May 17.  The identification of new leadership is the foundation of our restructuring effort so that the sooner we can complete the selection process, the sooner we can move forward on a wide range of reforms with decision-making authority in place.

**Recommendation 2**. Develop small learning communities for each grade level. This would include continuing the 9th grade teams and expanding that concept into the 10th grade. Note: we would continue the successful Academy structure, with the option of enhancing it in the future. Each grade level will consist of an Assistant Principal, a guidance counselor, and an attendance counselor that will follow the students through the four-year period.

> The LSRT is recommending partial reconstitution of the Wilson staff/function, specifically to include:
> - Assistant Principals
> - Guidance counseling
> - Attendance
>
> This will allow the new principal to establish a new leadership team for the school that will strengthen our 9th grade academy and attendance functions, establish 10th grade teams, and build the grade-level teamwork that will be essential between each assistant principal and counselor. The current budget formula allows for only one Attendance Counselor; we would request that our budget be supplemented to hire additional staff in that area to align with our original plan for the small learning communities.  We would anticipate returning to a lower level of support for attendance once there is a different school-wide expectation in this area.

**Recommendation 3**. Develop and implement strategic interventions for struggling students.

> The Wilson community has interviewed prospective restructuring "partners" from among those recommended by DCPS along with one other.  We do not believe that Wilson requires full management by a partner therefore we sought a partner that would act in a consulting capacity.  The LSRT recommends the **SREB "High Schools That Work" (HSTW)** organization as the consultant who will provide professional development, recommend strategic interventions for struggling students, help strengthen our existing work as an EXCELerator school, and assist

Wilson Update on Restructuring – page 2

in ensuring fidelity and accountability in the implementation of the interventions through on-site monitoring and coaching.  Attached is the questionnaire completed by HSTW in advance of our meeting with their representative.  It provides a snapshot of the work that HSTW would do for Wilson.

**Recommendation 4**. Bring in a permanent dean of students to monitor and improve student behavior and attendance. In addition, there is a need to restart previously successful peer mediation and diversity programs, provide an in-school suspension option, and strengthen student support services.

> The LSRT anticipates that HSTW will be able to recommend approaches to address some of our needs for improved school climate.  However, this recommendation of our restructuring proposal can only be addressed through additional resources for Wilson HS provided as a supplement to our budget.  We do not see the Dean of Student position among the staff positions provided to high schools.  Furthermore, the funds and professional development needed to strengthen our mediation program and reinvigorate diversity training are not included in our current budget allocation.  We request that these be made available through supplemental funds.

**Recommendation 5**. Strengthen the programs for the Special Education and English Language Learner population by providing significant professional development and allotting ample time for collaborations for the entire faculty.

> As with recommendation #4 above, the LSRT will look first to recommendations of HSTW to address our achievement gap with Special Education students and English Language Learners.  However, Wilson HS may require consulting expertise from organizations such as the nearby Center for Applied Linguistics, local universities, and others with particular expertise in meeting the needs of those special populations.   Meeting these specific needs will likely require contract partners other than HSTW to work on defined needs over the next three years.  We therefore also request that the Wilson restructuring budget include funds for professional development, coaching, and supplementary educational materials to better serve these special populations.