# EXHIBIT AD



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of the Chancellor
825 North Capitol Street, NE • 9th Floor
Washington, DC 20002-4232
Tel: (202) 442-4090 • Fax: (202) 442-5315
www.k12.dc.us

June 16, 2008

Re:   Notice of Non-Reappointment as
<u>Assistant Principal for the 2008-2009 School
Year</u>

Dear Kenneth Dickerson:

I am writing to provide you with notice of my decision not to reappoint you to the position of assistant principal with the District of Columbia Public Schools (DCPS) for the 2008-2009 school year. The action is effective at the close of business on June 30, 2008.

From now until June 30, 2008, you are expected to continue to perform your current duties as assistant principal. You will continue to be paid at your current salary and you will accrue both annual and sick leave.

DCPS will honor any valid retreat rights that you may possess. If you believe you have these rights and wish to exercise them, you must provide written notification by June 20, 2008 to Richard Shackell, Director of School Staffing, 825 N. Capitol Street, NE, 6th Floor, Washington, DC 20002. We recommend that you obtain a receipt indicating that your written notification was in fact delivered. Mr. Shackell may also be reached at (202) 442-4090. However, you may only exercise your retreat rights by providing written notification to Mr. Shackell by June 20, 2008. If you do not provide written notification by June 30, 2008, your employment with DCPS will terminate on June 30, 2008.

Your Instructional Superintendent will work with you to arrange for the return of all school property in your possession, including but not limited to all building keys, office keys, passwords or account codes. You will be required to return this property prior to June 30, 2008 as determined by your Instructional Superintendent.

If you have any additional questions related to the transition of your school, please contact your Instructional Superintendent. Questions related to retreat rights should be directed to Mr. Shackell as specified above. Any other questions related to employment benefits to which you may be entitled (including health care under COBRA) should be directed to Kimberly Taylor (Kimberly.Taylor@dc.gov or 442-4090).

Thank you for your service on behalf of the children of the District of Columbia Public Schools.

Sincerely,

Michelle A. Rhee
Chancellor

Dickerson v. DCPS – Dickerson 0000025