# EXHIBIT B

UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL

+ + + + +

_____
                                :
IN THE MATTER OF:               :
                                :
KENNETH DICKERSON,              :
                                :
          Plaintiff,            :
                                :
     v.                         : Civil Action No.
                                : 09-2213 (PLF)
DISTRICT OF COLUMBIA,           :
                                :
          Defendant.            :
                                :
_____:

               Thursday,
               October 17, 2019

               Washington, D.C.


DEPOSITION OF:

               KENNETH DICKERSON

called for examination by Counsel for the

Defendant, pursuant to Notice of Deposition, in

the law offices of the Attorney General, located

at 441 4th Street NW, Washington D.C., at 10:00

a.m., when were present on behalf of the

respective parties:

**APPEARANCES:**

**On Behalf of Plaintiff:**

DONALD M. TEMPLE, ESQ.
SUJI SUTLER, ESQ.
Temple Law Offices
1310 L Street NW
Suite 750
Washington, D.C. 20005
(202) 628-1101
dtemplelaw@gmail.com
sujisutler@gmail.com


**On Behalf of Defendant:**

GREGORY M. CUMMING, ESQ.
MATEYA B. KELLEY, ESQ.
Assistant Attorneys General
441 4th Street NW
Suite 630S
Washington, D.C. 20001
(202) 724-6627 (Cumming)
(202) 724-7854 (Kelley)

gregory.cumming@dc.gov

mateya.kelley@dc.gov

1          A     Yes, sir.

2          Q     Okay.

3          A     And I'd like to have this marked as

4     Exhibit 4, please?

5                              (Whereupon, the above-

6                              referred to document was

7                              marked as Exhibit 4 for

8                              identification.)

9     BY MR. CUMMING:

10         Q     And could you please take a look at

11    Exhibit 4 and, again, let me know if you

12    recognize it?

13         A     It's my resume, sir.

14         Q     Okay.  And do you know when this

15    resume was prepared or when you prepared it?

16         A     Sometime this year.

17         Q     Okay.  So would you describe this as

18    your current resume?

19         A     Yes, sir.

20         Q     Okay.  If you could start by taking a

21    look at Exhibit 2 --

22         A     Okay.

1      Q      -- and specifically the answer to

2    number 5?  It's on page 6 of the Exhibit.  Pages

3    are marked at the bottom of the page.

4      A      Page six, oh.  Okay.

5      Q      I'm sorry, Mr. Dickinson, I'm actually

6    -- actually should have started with -- if you

7    could look at Exhibit 3 --

8      A      Okay.

9      Q      -- and the answer to interrogatory

10   number 23?

11     A      Yes, okay.

12     Q      And do you see that interrogatory

13   number 23 asks you to identify your periods of

14   employment?

15     A      Yes, sir.

16     Q      So could you take a look at that

17   answer that you provided and let me know if you

18   believe that's still accurate?

19     A      Yes, sir.

20     Q      Okay.

21     A      In the best of my knowledge, yes.

22     Q      Okay.  So I'd like to start by talking

1          about your first position listed as music teacher

2          at Douglas; I assume that's junior high school?

3                  A       Yes.

4                  Q       Is that correct?

5                  A       Yes, sir.

6                  Q       So you were hired in September of

7          1993; is that right?

8                  A       Yes, sir.

9                  Q       And was that after you graduated from

10         college or --

11                 A       Actually, they offered me a position

12         while I was still in college.

13                 Q       Okay.

14                 A       But I had finished and I started in

15         September.

16                 Q       Okay.  And was this -- this was your

17         first job out of college; is that correct?

18                 A       Yes, sir.

19                 Q       Okay.  And could you describe a little

20         bit about your role as a music teacher at

21         Douglas?

22                 A       Will, I'm building relationships with

1    students to -- to teach the love of music, to

2    teach them the practice of music and how it can

3    impact their lives and how they could gain

4    careers in music.

5           Q    Okay.  And then in September of 1996,

6    you moved to Wilson Senior High School; is that

7    correct?

8           A    Yes, sir.

9           Q    And why did you move?

10          A    They closed the school.

11          Q    Okay.  And were your duties as a music

12   teacher at Wilson similar to those at Douglas?

13          A    Yes, to create a music program, a

14   marching band program, same thing, build

15   relationships with students, teach the love of

16   music and create performance ensembles.

17          Q    Okay.  Were your only duties teaching

18   classes to students, or were there any other

19   duties?

20          A    At that particular time, when I was a

21   music teacher, I had -- between '96 and 2008, my

22   duties changed because in 1999, I was asked to be

1      Dean of Students while I was still a music

2      teacher.

3          Q      Okay.  How did that go about; how were

4      you asked to be Dean of Students?

5          A      Well, Dr. Tarason, the Principal who

6      came in, he saw my relationship with students,

7      and he saw that I had a great relationship with

8      students.  I could kind of get them to move a

9      little bit better than most folks on staff at

10     that particular time, and he asked me to come on

11     board as an administrator, to be Dean of

12     Students.  I was apprehensive because the music

13     program was going -- coming along so well, and

14     the parents were upset because they didn't want

15     me to leave their kids, because their kids were

16     doing well in the community.  But I went -- I

17     went on and took the -- the role and part of the

18     -- part of the bargain was the parents asked that

19     I would still stay and still teach the kids

20     music, so it wouldn't be a total loss.

21         Q      Okay.

22         A      So I agreed.

1     Q     So what were your specific duties as

2     Dean of Students during that year?

3     A     To build culture, to build a link

4     between school and community, to teach peer

5     mediation, to talk and teach students at risk to

6     talk about culture diversity and deal with safety

7     in the community at Woodrow Wilson Senior High

8     School.

9     Q     About -- you said you still were

10    teaching; about what percentage of your time was

11    spent teaching versus the duties as Dean of

12    Students?

13    A     Let's say 65/35.  At second period

14    every other day, I would teach a jazz band class.

15    However, during homecoming, I would put together

16    the marching band.  That was a very exhausting

17    time for me, because Dr. Tarason asked me to

18    still do a marching band because the community

19    wanted a marching band.  So I would spend time

20    during my lunch period teaching the band.  Then

21    in the afternoons, once things got quiet after

22    about 4:30, I would go back and teach the band.

1   So second period during the day, blocked off time

2   so I could continue to direct the jazz band.

3   Then during my lunch period, I would teach the

4   marching band, come back to my duties during the

5   daytime.  Then after about 4:15 or 4:30, I would

6   go back outside with the students until that

7   evening.

8        Q    And it looks like in September of

9   2000, you became an Assistant Principal in

10  Wilson; is that correct?

11       A    Yes, sir.

12       Q    And how did you go about becoming an

13  assistant principal?

14       A    Actually, I was approached by the

15  President of the PTA, and he saw what I was doing

16  with the students, and he said that there was an

17  opportunity for a position as Assistant Principal

18  and would I take that opportunity, because he saw

19  me work in the community, and he saw how the

20  students responded to me.  So again, I was

21  apprehensive about taking that position on,

22  because I told him what I was doing, I was split

1   between being the Dean and being a music teacher

2   at the time.  Again, I sat with Dr. Tarason, and

3   he stated that he still wanted me to still have

4   some input with the marching band and the jazz

5   band and still do the dean of Student work and be

6   an assistant principal.  So I had three duties at

7   that time.

8       Q    A little bit more about your duties as

9   dean of Students.  When you weren't teaching

10  music, could you give me an example of your day-

11  to-day duties that you did as Dean?

12      A    Well, I handled discipline, a lot of

13  time peer mediation between students when there

14  was an issue.  There were a few gangs in the

15  school, and I had relationships with all the

16  students, so I would sit those guys down and talk

17  to them about -- especially about this thing

18  called "mutual reciprocity," you know, mutual

19  respect between each other.  And there's a term

20  that I can't pull up right now, "eminent domain,"

21  meaning that everybody was repping and one person

22  said they're from 17, another person would say

1      same duties and responsibilities, but you have to

2      understand by the time Jackie came in, I had

3      eight years -- seven to eight years of

4      administrative experience, and I had built

5      relationships with the community, the teachers,

6      and the students by then.  That's basically it.

7            Q     Okay.  Looking at -- this is Exhibit

8      3 -- you state you were terminated as the AP in

9      June of 2008; is that correct?

10           A     Yes, sir.

11                 MR. CUMMING:  Okay.  I ask that you

12     mark this as Exhibit 6, please?

13                           (Whereupon, the above-

14                           referred to document was

15                           marked as Exhibit 6 for

16                           identification.)

17                 MR. DONALD:  At the hour point, I

18     would like to take a break, generally on the

19     hour, so an hour-10 minutes or so just to make

20     sure that the witnesses is refreshed.

21                 MR. CUMMING:  Sure.  Let's -- if we

22     can go --

1              MR. DONALD:  At your leisure.

2              MR. CUMMING:  -- if we can go until 11

3   --

4              MR. DONALD:  Sure, not a problem.

5              MR. CUMMING:  -- that be great.

6              MR. DONALD:  Thank you.

7   BY MR. CUMMING:

8         Q    All right.  Dr. Dickerson, if you

9   could take a look at what's just been marked as

10  Exhibit 6, and let me know if you recognize it?

11        A    Yes, sir.

12        Q    Okay.  And what is it?

13        A    Notice of non-reappointment as

14  assistant principal for the year 2008-2009 school

15  year.

16        Q    Okay.  And was this the notice you

17  received that you would not be reappointed?

18        A    Yes, sir.

19        Q    Did -- had you received any other

20  notice prior to this?

21        A    No, sir.

22        Q    Okay.  Do you remember if you received

1    this notice on the date it's dated, June 16,

2    2008?

3        A    It was sent to me by Federal Express

4    and I don't know if it was on the actual 30th.  I

5    think it was the last week in June.

6        Q    Okay.  And then going back to Exhibit

7    3, what did you do after you received that -- the

8    letter that was marked as Exhibit 6?

9        A    What do you mean?

10        MR. DONALD:  Excuse me.  In terms of

11    form, you said going back to Exhibit 3.

12        MR. CUMMING:  I'm sorry, I was

13    confused.  Let me rephrase.

14        MR. DONALD:  Just want to make sure

15    we're clear.  Thank you, Mr. Cumming.

16    BY MR. CUMMING:

17        Q    After you received the letter marked

18    as Exhibit 6, what did you do?

19        A    Packed my stuff up to leave.

20        Q    Okay.  What did you do to -- did you

21    try to secure a new position at DCPS?

22        A    Not -- not the first day but I

1    contacted Human Resources to find out my retreat

2    rights, and the last position that I held before

3    assistant principal was dean of students.  And

4    they told me I could no longer be a dean of

5    students.  And I asked why, that was my retreat

6    right.  And they didn't allow me to do that.  And

7    I kept asking Ms. Jose if that's my last position

8    and the thing state sin the letter that I have

9    retreat rights and I'm supposed to go to my last

10   FT position, why wouldn't I be granted a position

11   as dean of students.  And she never gave me an

12   answer.

13        Q    Ms. Jose, who is --

14        A    Jasmine Jose was the Assistant

15   Director of HR, I think, at that time.

16        Q    Okay.  And when she told you that,

17   what did you decide to do afterwards, after you

18   were told you could not retreat to a position as

19   Dean of Students, what did you decide to do?

20        A    I think the next available position,

21   which was a music teacher.

22        Q    Okay.  So looking now at Exhibit 3, it

1    about you applying to be in the principal pool,

2    do you remember specifically how the conversation

3    came about?

4         A     He approached me.

5         Q     Just out of the blue or in any

6    specific --

7         A     No.  He approached me one day in the

8    hallway and said, "You know, Mr. Dickerson, you

9    would be an excellent principal.  You should

10   apply.  You should be in the principal's pool."

11   I told him, "Sir, I'm already in the principal's

12   pool."

13        Q     What did he said when you said that?

14        A     He said -- he said, "Great."  He said,

15   "You're an excellent candidate," and he said that

16   they were paying new principals -- he said the --

17   the -- the salary now is $149,000.00."  And I

18   told him, "Sir, if they're paying $149,000.00,

19   then I'm ready to go."  And also told him -- I'm

20   like, "I'm about to finish my doctorate degree.

21   I'm working on my final chapters of that and

22   doing my research, so I should be ready."

1   Q      And what did he say when you said
2   that?
3        A      He said, "Perfect."
4        Q      Anything else in that conversation you
5   remember?
6        A      No, sir, nothing.
7        Q      Okay.  And moving down to letter "I"
8   where you're talking about -- and I believe we're
9   referring to John Davis --
10        A      John Davis, yes.
11        Q      Who was John Davis?
12        A      I think he was the second or third in
13   charge at DCPS.
14        Q      Do you remember his specific title?
15        A      I think Assistant Superintendent of
16   Senior High Schools.
17        Q      Okay.  And what were his duties in
18   that role?
19        A      He would come to the school
20   periodically and check in and -- and really have
21   conversation with Jackie most of the time.
22        Q      Okay.  So how often did you interact

1    with him?

2          A     Rarely, at best.  The senior meetings

3    and stuff that he would hold and stuff, but we

4    didn't dial on the line.

5          Q     Can you be more specific about rarely;

6    monthly, every other week?

7          A     No.  Day-to-day, no -- no, sir.  Week-

8    to-week, no, sir.  Month-to-month, no, sir.  You

9    know, rarely.

10         Q     Okay.  So you say he endorsed your

11   qualifications to be a principal; what do you

12   mean by that?

13         A     It was a -- it was a walking

14   conversation -- it was a walking conversation.  I

15   happened to see him coming in one day.  He said,

16   "Mr. Dickerson, Mr. Whittle tells me that you

17   want to be in the principal pool, and he told me

18   that he told you that the salary would be

19   $149,000.00."  I said, "Yes, sir."  He said, "The

20   salary will not be $149,000.00 for you, sir."

21   And inquired, "Why not?"  He said, "Because

22   you're currently in the system and folks in the

1    system just I think you get one step increase,

2    which is equivalent to $2,400.00."

3         Q    Okay.  What did you say when he told

4    you that?

5         A    I was like, "Wow, that's a great

6    disparity.  Why aren't we entitled to

7    $149,000.00?"

8         Q    And what did he say?

9         A    Say based on a step increased, based

10   on the regulations at DCPS.

11        Q    Okay.  Did you ever check with HR to

12   see what -- if what he said was accurate?

13        A    No, sir.  He's a Assistant

14   Superintendent of High School.  I figured what he

15   said was the rule.

16        Q    Okay.  So you believed what he told

17   you was accurate?

18        A    Yes, sir.

19        Q    Do you have any reason to believe it

20   wasn't accurate?

21        A    I didn't follow through, sir.  I

22   didn't -- once he said that, I was still trying

1      to complete my -- about to complete my doctorate

2      degree, so I was mainly focused on that.  I knew

3      a opportunity was going to come.

4           Q    Okay.  So you wrote -- stated that

5      this was in May of 2008.

6           A    Yes, sir.

7           Q    So by didn't follow through, what do

8      you mean?

9           A    I didn't apply for a principalship in

10     DCPS at that particular time.

11          Q    Okay.  What vacancy was -- are you

12     referring to?

13          A    No.  You said something -- you asked

14     the question, Mr. Cumming.  I knew that -- I knew

15     that future vacancies would come open at that

16     time.  You're talking about that.  And also, Mr.

17     Cumming, you have to understand that I'd already

18     been approached by Prince George's County Schools

19     and Montgomery County Schools to come on as an

20     administrator there.

21          Q    So what I'm wondering is you said you

22     didn't follow through.  I'm wondering whether

1      there was a specific vacancy you were referring

2      to, you didn't follow through by applying, or if

3      you just --

4           A      No, nobody told me about a vacancy.

5      It was just a conversation.  It was just a

6      talking conversation, an elevator conversation

7      basically with Mr. Whittle one afternoon.  And

8      then the following day, I happened to run into

9      John Davis, and we had another elevator

10     conversation.  Once that conversation was over,

11     especially when -- when the amount went from

12     $149,000.00 or $148,000.00 to a -- to a $2,400.00

13     increase, which amounts to $46.00 a week, I was

14     like, "No.  I'm going to finish my doctorate."

15     The biggest thing, Mr. Cumming, that you need to

16     know about me is that I knew that doctorate would

17     set me apart and make me rare in the education

18     community, and because of my relationships that

19     I'd built at Roosevelt with the staff and -- and

20     the students, and being African American in -- in

21     a educational setting, I knew I was rare.  So

22     that doctorate degree would make a prime

1    candidate to become a principal anywhere.

2         Q     Would the doctorate have impacted the

3    amount of a raise you would have gotten?

4         A     Absolutely, sir.  Yes, sir.

5         Q     Okay.  And how do you know that?

6         A     Based on having a master's or a

7    doctorate, there's a scale in DCPS, that one's

8    for the master, plus 60, I think; and another

9    one's for a PhD or E.d.D.

10        Q     Okay.  So the 2,400 would have been a

11   larger number if you had your doctorate?

12        A     I'm quite sure.

13        Q     Okay.  So just back to -- and this is

14   just my own confusion -- I just -- when you say

15   you didn't follow through, you were already in

16   the principal pool; is that correct?

17        A     There was no position.  They didn't

18   tell me to go to a school, Mr. Cumming. They

19   didn't say go to Banneker, there's a principal

20   vacancy waiting for you; I want you to apply X,

21   Y, Z; they didn't say that to me.

22        Q     Okay.

1      A     Mr. Whittle, like I said, it was a

2 elevator conversation -- it was a elevator

3 conversation, short conversation.  He stated,

4 "Mr. Dickerson, you will make an excellent

5 principal, and they're paying new principals 148

6 or $149,000.00."  The following day, I ran into

7 John Davis.  John Davis -- John Davis indicated

8 that "No, it wouldn't be $149,000.00, sir.  You

9 will get $2,400.00."  And at that point, I just

10 kind of left it alone and the conversations ended

11 then.

12      Q     Okay.  So just when you say "elevated

13 conversation" --

14      A     Elevator.

15      Q     -- elevator, excuse me --

16      A     Elevator, short,  you know --

17      Q     Okay, yes.

18      A     -- 60-second conversation, walking

19 conversation.  I'm like, "Okay."  I kept it

20 moving.

21      Q     Got it.  So -- and I -- could you then

22 take a look at -- it is Exhibit 3, and it's the

1    supplemental answer number 7.

2           A     Okay.

3           Q     And the next page of that answer under

4    Dr. Stephen Tarason --

5           A     Okay.

6           Q     -- I understand you said Dr. Tarason

7    told you he thought you would be an excellent

8    principal land wanted you to take on that role,

9    but a -- an outgoing principal would -- would an

10   outgoing principal have the opportunity to select

11   their successor?

12          A      Not necessarily, sir.  There's a

13   selection committee in DCPS that I think is

14   called -- it's the principal selection committee

15   or hiring committee, and the committee made up of

16   parents, teachers, and students go through the

17   candidates, and they -- they make the final

18   determination

19          Q     Okay.  I'd like you to turn back --

20                (Off record comments.)

21   BY MR. CUMMING:

22          Q     -- all right, so Exhibit 7 --

1    A     Okay.

2    Q     -- Dr. Dickerson, if you could look at

3    paragraph 11?  It starts on the bottom of page 4.

4    A     Okay.

5    Q     And on the top of page 5, you state

6    that you were not evaluated during the 07-08

7    school year?

8    A     No, sir.

9    Q     Okay.  Why did you think you would be

10   evaluated?

11   A     You have yearly evaluations, sir.

12   Q     Were you evaluated in the year prior?

13   A     Yes, sir.

14   Q     Okay.  Was there any year you worked

15   where you were not evaluated?

16   A     Only 2007-2008, sir.

17   Q     Okay.  How many evaluations a year

18   would you get?

19   A     One evaluation at the end of the year

20   overall, but you would sit with the principal for

21   a mid-year and then the end of the year

22   evaluation.

1      Q      Okay.  So who was responsible for

2   conducting the evaluation?

3      A      Dr. Tarason.

4      Q      Okay.

5      A      And Ms. Williams.

6      Q      Okay.  So the principal was

7   responsible for conducting the evaluations?

8      A      Yes, sir.

9      Q      Okay.  Do you know if any other

10   assistant principals at Wilson got evaluated

11   during that school year?

12      A      I'm not sure, sir.

13      Q      Okay.

14      A      Can I say something, sir?  Dr. Tarason

15   evaluated me from 2000 -- I mean from 1999 all

16   the way through 2006-2007 year.  Again, I have

17   evaluations, I think, from -- from 1999 to, I

18   think, 2004 or 2003.  The -- from 2000 -- the

19   2003-2004, 2004-2005, 2005-2006, and 2006-2007,

20   evaluations are all missing from my employee

21   file.  Now the other -- the other -- the other

22   evaluations were there.  Now I talked with Ms.

1    Moore, who happens to be the Assistant to Dr.

2    Tarason, and I asked her did she know where my

3    evaluations were.  She said, Mr. Dickerson, I

4    sent -- every year, I sent your evaluations

5    downtown.

6         Q    Okay.  Did you ever keep -- separately

7    keep copies of your evaluations?

8         A    I had -- I had a few copies of my

9    evaluations, but my evaluations were normally

10   "exceed expectations," so after a while, you

11   know, I would keep them but --

12        Q    You would keep them but you stopped --

13        A    I just didn't, you know --

14        Q    So after the evaluation, it would then

15   be sent to the HR office; is that right?

16        A    Yes, sir, for my -- for my HR file.

17        Q    Okay.  So you have only been able to

18   find evaluations up to the end of the '03 school

19   year or so --

20        A    Something like -- yes.

21        Q    All right.  Was the evaluation process

22   the same during all those years?

1        A      Yes, sir.

2        Q      Okay.  And could you walk me through

3    the evaluation process a little bit?

4        A      You would sit down for a mid-year

5    conference with the principal.  He would tell you

6    what his expectation -- well, actually, you start

7    at the beginning of the year, you would have a

8    conversation.  However, you would do a mid-year

9    to make sure that you were following through with

10   the mandates that the principals gave you.  And

11   at the end of the year, they would go back over

12   your accomplishments for the year.  If you needed

13   to work on something, he would tell you.  If you

14   exceeded expectation, he would tell you.  And --

15   and 9 times out of 10, I exceeded expectation,

16   because my first year, 1999, I was a new

17   administrator, and I didn't get that.  However,

18   after that, that's what -- that's what they said,

19   they stated.

20       Q      Was there any change in the evaluation

21   form or process during those years?

22       A      Not to my knowledge, sir.

1          Q     Okay.  How close to the end of the

2     school year did the evaluations typically take

3     place?

4          A     Well, normally, the -- the last -- the

5     final evaluation was after school was closed,

6     after graduation, a week after graduation, you

7     will come in, and the principal would assess the

8     year.

9          Q     Okay.  So was that -- because I'm not

10    quite sure when the schools were closed; would

11    that typically be the end --

12         A     In June.

13         Q     -- the end of June?

14         A     Yes, sir.

15         Q     Okay.  And did it -- as far as you

16    remember in this years, did it always take place

17    during that same time period?

18         A     Pretty much.  It would fluctuate but

19    definitely in June.

20         Q     Okay.

21         A     After graduation.

22         Q     All right.  I may have asked you this

1    earlier.  Do you know if Ms. Williams continued

2    as principal at Wilson after 07-08 school year?

3          A     No, sir, she didn't.

4          Q     Okay.  All right.  And do you know

5    when she stopped serving as principal?

6          A     June 30th, sir.

7          Q     Okay.  Was it your expectation that

8    even though she was not going to come back as

9    principal, she would still conduct the evaluation

10   for that year?

11         A     I don't know what you mean, sir.  Why

12   would I expect to be evaluated and we just got

13   terminated?  I don't understand what you -- what

14   -- what you mean.

15         Q     Well, I'm asking first, did the fact

16   that Ms. Williams was not being reappointed

17   change your expectation about being evaluated?

18         A     I'm going to tell you, Mr. Cumming, at

19   that point, I was way passed evaluations.  I was

20   trying to figure out how I would take care of my

21   family.

22         Q     Okay.

1          A      So that wasn't -- I wasn't -- that

2     wasn't even on my radar at the time, sir.  I had

3     moved on and was trying to find gainful

4     employment.

5          Q      So did you expect to be evaluated?

6          A      Each year, yes, sir.

7          Q      Did you expect to be evaluated even

8     though you got the letter of non-reappointment?

9          A      No, sir.  I didn't expect to be

10    evaluated once I was terminated, sir.

11         Q      Okay.  Did you expect to be evaluated

12    before that point if you were going to not be

13    reappointed?

14         A      Hold up, could you rephrase that

15    question for me, please, sir?

16         Q      If you were not going to be

17    reappointed --

18         A      If I knew -- had knowledge that I

19    wasn't going to be reappointed?

20         Q      Yes.

21         A      Okay.  Go ahead.

22         Q      -- would you have expected to have

1    been evaluated before that point?

2         A    If I didn't have knowledge that I

3    wasn't going to be reappointed, if I was in the

4    dark and I didn't know that reappointment wasn't

5    coming?

6         Q    Yes.

7         A    Okay.  Absolutely.

8         Q    Okay.  Do you know if Ms. Williams

9    completed any evaluations that year?

10        A    I'm not sure, sir.

11        Q    Okay.

12        A    I'm not sure.

13        Q    Would she have also been responsible

14   for evaluating teachers?

15        A    All of us were.  We had different

16      Departments.  Like I told you earlier, I had

17   four or five.  Everybody had four or five

18   departments, and even she had a number of

19   departments.  Wilson was a large school and we

20   had over 120 staff members.

21        Q    Did you complete any evaluations?

22        A    That year for teachers?

1          Q      Yes.

2          A      Absolutely.

3          Q      Yes.

4          A      Yes, sir.

5          Q      Okay.  And when did you complete

6     those?

7          A      During the beginning of the school

8     year, mid-school, and at the end of the school

9     year.

10         Q      Okay.

11         A      Yes.

12         Q      Best as you remember?

13         A      As best -- as best that I can

14    remember, sir, yes.

15         Q      Okay.  You don't know if Ms. Williams

16    did the same, though, and completed her

17    evaluations?

18         A      I wouldn't know that, Mr. Cumming.

19         Q      Okay.  In paragraph 11 of the

20    complaint, you also talked about --

21         A      Which Exhibit, sir?

22         Q      I'm sorry, that is Exhibit 7.

1    gives me an award -- what exhibit is that?

2    Where's -- if the superintendent gives me award -

3    - now this is the superintendent now, all right -

4    - right here, sir, in 2001, excellence in

5    education award in 2001, and then I won another

6    award, a citation for outstanding -- special

7    citation from International Association of Jazz

8    Educators.  What -- what year was this?  That was

9    2007.  And if I win another award here, a

10   leadership award in 2006 that was given to me by

11   the students and the principal, okay, how -- how

12   in 2008 do I drop so low as to be terminated,

13   sir?  And -- and I'm quite sure that those other

14   folks in that 46 -- I'm quite sure there are

15   other people in that 46 who -- who were

16   celebrated educators also.  The only thing we

17   have in common is our race.

18        Q    Were those awards specifically as to

19   your work as an assistant principal?

20        A    Both, sir, yes.  One -- one as a --

21   two as an assistant principal, one with the other

22   job that I was doing simultaneously while being

1    an assistant principal, as the band director.

2        Q    Okay.  So two specific to your

3    specific work --

4        A    Specific --

5        Q    -- as an assistant --

6        A    -- assistant principal, yes, sir.

7        Q    -- and one is to your work as a band

8    director?

9        A    Yes, sir.

10       Q    Okay.  I'd like you to again look at

11   Exhibit 2, okay, and turn to page 12, please?

12       A    Okay.

13       Q    And you'll see where interrogatory

14   number 11 asks you about your allegation that

15   your white counterparts were not subjected to the

16   same treatment that you're complaining about in

17   this lawsuit?

18       A    Absolutely.

19       Q    And you'll see at the bottom, you give

20   an example of Patrick Pope --

21       A    Yes.

22       Q    -- the principal at Hardy Middle

1    School, who was not not reappointed; who was

2    Patrick Pope?

3         A    He was the principal at Hardy Middle

4    School.

5         Q    Okay.  And he was white?

6         A    Yes, sir.

7         Q    Okay.  And how do you know the

8    treatment of him was different?

9         A    He remained in his position.

10        Q    Okay.  Do you think that was not

11   justified?

12        A    What do you mean?

13        Q    Do you think Mr. Pope should not have

14   been reappointed?

15        A    I think that we should have been kept

16   on.  I don't think that 46 of us should have been

17   fired based on race, sir.

18        Q    Okay.  Do you know anything about Mr.

19   Pope's performance?

20        A    I wouldn't -- I wouldn't know that.

21        Q    Okay.  Do you --

22        A    I know that he was an administrator

1    just like we were, okay, and that Michelle Rhee

2    went through and surgically removed people of

3    color.  And if she removed every administrator in

4    DCPS, African American and white, okay, Hispanic,

5    whatever, male/female, young, old, I get it.  But

6    when you surgically go in and you start pulling

7    people out and the only thing that's in common is

8    the color of our skin or the fact that we're

9    minorities or the fact that we're over a certain

10   age, that's an issue.

11        Q    How do you know that Mr. Pope was, you

12   know, subjected to a different process than you

13   other than the fact he stayed on?

14        A    He wasn't terminated, sir.  That's --

15        Q    Okay.  Do you have any other examples

16   of white principals or assistant principals who

17   weren't -- who stayed on?

18        A    There were no white principals fired

19   that year, sir, to my knowledge at all, none.

20        Q    Do you know how many white principals

21   and assistant principals were in the DCPS --

22        A    I wouldn't -- I wouldn't have

1          A       No, sir, never.

2          Q       Okay.  Are you aware of why Jacqueline

3     Williams was not reappointed?

4          A       No, sir.

5          Q       Okay.  Did you speak with her about

6     this lawsuit?

7          A       Yes, sir.

8          Q       Okay.  And what did you talk about?

9          A       She was a part -- she was one of the

10    plaintiffs in the lawsuit.

11         Q       Okay.  So --

12         A       The fact --

13         Q       -- what did you talk about?

14         A       -- that there was racial

15    discrimination.

16         Q       Okay.  And more specifically, did you

17    -- anything beyond that?

18         A       We hired a lawyer --

19         Q       Okay.

20         A       John Mercer at the time, and we just

21    talked about coming together and everybody

22    pulling their information together as to what

1    they did.  That was it.  I was -- I was busy

2    collecting my information to support my case.

3         Q     Okay.  When did the other

4    administrators learn they were not going to be

5    reappointed?

6         A     I think Jackie learned a month -- I

7    think she learned in May, and I think the

8    assistant principals learned in June.

9         Q     And was -- Ms. Williams, was she

10   principal or interim principal?

11        A     That's a good question.  Yes, she was

12   principal -- she was principal at the time.  I

13   think she was principal.

14        Q     Okay.  Did you talk ever with Ms.

15   Williams about why she thought she was not

16   reappointed?

17        A     No, sir.

18        Q     Okay.  Did you know that Mr. Cahall

19   would be -- withdrawn.

20              Were you aware of how the new

21   leadership team at Wilson was going to be chosen?

22        A     No, sir.

1       Q      Okay.  Were you aware that Mr. Cahall

2    would be choosing his new leadership team?

3       A      I'm sure he had some folks that he was

4    going to bring on as -- as in, you know, all

5    leaders.

6       Q      Okay.  So in your experience, it

7    wouldn't be unusual for an incoming principal to

8    bring in folks that they've worked with before?

9       A      I wouldn't say that.  A lot of times,

10   I've seen people keep folks on, the folks who

11   were there and come in as an individual and

12   evaluate after their first year, then make moves

13   after that.

14       Q      But sometimes people also bring new

15   folks with them?

16       A      When Dr. Sampson came in as part of my

17   experience, it was just him.  He kept the entire

18   administrative team, so I wouldn't have any

19   knowledge of seeing that in my experience in

20   DCPS.  When he came in, he was one individual.

21   He didn't bring anybody in with him.

22       Q      Okay.  So did you ever ask to

1              How long did you work with him, if you
2    remember?
3         A    Three, four years, like three or four
4    years, something like that.
5         Q    Okay.
6              And you said he had less education
7    than you.  How did you know that?
8         A    Because he asked me, and I told Mr.
9    Merlos that he would be a great assistant
10   principal and that he should sign up for the
11   George Mason leadership class that was at Woodrow
12   Wilson Senior High School.
13        Q    Okay.
14        A    There was a cohort there that I helped
15   to create with Dr. David Brazer to bring about
16   more assistant principals, and he was a good
17   counselor there and he had a great relationship
18   with the students, and I told him that he would
19   do well in the program.  I already had my masters
20   in ed leadership.
21        Q    Okay.
22             Do you have any idea why he was kept

1    on as an assistant principal?

2         A     They hired him after.  He wasn't part

3    of our group.

4         Q     I understand.  Do you have any idea

5    why he was hired after?

6         A     No, sir.

7         Q     Did you ever talk with him about him

8    applying to be an assistant principal?

9         A     No.

10        Q     Okay.

11              And then I'd like you to look at

12   Exhibit 3 and also answer number 13 in that same

13   document.

14              Okay.  So who was Mary Beth Waits?

15        A     I mean, I don't know that, sir.

16        Q     Okay.

17              But you said that she replaced you as

18   an assistant principal.  Is that right?

19        A     Yes.

20        Q     Okay.

21              And how did you know she had less

22   education?

1        A      I'm talking about as it goes to D.C.

2    Public Schools.  I had a relationship with the

3    kids.  I was a person that would build

4    relationships in the community with the kids.

5              So I had more experience, especially

6    with our Woodrow Wilson population.

7        Q      Okay.

8              And you say her experience was working

9    in MCPS.  Is that Montgomery County Public

10   Schools?

11       A      She -- I guess so, yes, sir.

12       Q      And you said she was -- had experience

13   as a middle school administrator, not a high

14   school one.

15       A      That's what I heard, sir.

16       Q      Okay.

17             So based on those factors, do you

18   think or thought that she was not as qualified as

19   you?

20       A      I wouldn't know her qualifications,

21   sir.

22       Q      Okay.

1          A      I'm just talking about specifically at

2     DCPS and Woodrow Wilson.

3          Q      That she did not have as much

4     knowledge of DCPS or Woodrow Wilson as you.

5          A      And the culture there, yes, sir.

6          Q      Okay.

7          A      And the relationship with the

8     students.

9          Q      But there would be other factors that

10    might go into someone getting a job as an

11    assistant principal beyond just not those

12    factors, right?

13         A      I wouldn't know that, sir.  I'm not an

14    HR person.

15         Q      Okay.

16                But generally, you -- would you agree

17    that -- I mean, knowledge of the school system,

18    experience in a school are some things someone

19    would look at, but they also might look at other

20    skills or other education and other experience in

21    deciding whether to hire someone, right?

22         A      Yes, sir.  Possibly, yes, sir.

1        Q      Okay.

2               Do you know who else was brought on as

3     an assistant principal at Wilson?

4        A      Right after that?  Right after the --

5        Q      Yes, right after you were not

6     reappointed.

7        A      No, sir.  I don't know.

8        Q      Okay.

9               Does the name Charlotte Butler sound

10    familiar to you?

11       A      I've heard of the name before.

12       Q      Okay.

13              And there's another woman, Sar-U-Ra

14    Brown.  Does that sound familiar to you?

15       A      I've never heard that name before,

16    sir.

17       Q      Okay.

18              Do you know how many new assistant

19    principals were brought on?

20       A      No, sir.

21       Q      Okay.

22       A      I knew they added some, but I didn't

1    know.

2            Q    But you don't know how many?

3            A    No, sir.

4            Q    Okay.

5                 Does the name John Bargeman sound

6    familiar to you?

7            A    No.

8            Q    Bargeman, excuse me -- John Bargeman?

9            A    Bargeman was at the school already.

10           Q    Okay.

11           A    He was coordinator or something for

12    9th grade kids.

13           Q    Okay.

14                Do you know if he became an assistant

15    principal?

16           A    I heard eventually he did.

17           Q    Okay.

18                Do you know -- other than Ms. Waits

19    and Mr. Merlos, do you know the race of any of

20    those other individuals?

21           A     Mr. Bargeman and Ms. Butler, I heard

22    that -- I mean, I know Bargeman is an African-

1     American.

2          Q     Okay.

3          A     And I heard Ms. Butler was.

4          Q     Okay.

5          A     But I've never met them or talked to

6     them or anything.

7          Q     Okay.

8                And you don't know about Ms. Brown.

9          A     No, sir.

10         Q     Okay.  Okay.  All right.

11               Back on Exhibit 2, could you please

12    look at answer number 15 that's on Page 14?

13               And do you see that this answer

14    responds to a question about your other job

15    offers?

16         A     Yes, sir.

17         Q     Okay.

18               So could you tell me how you went

19    about applying to the Montgomery and Prince

20    George's County school systems?

21         A     I was contacted and asked to go and

22    interview for an Art position out in Montgomery

1    County at an ARTS Magnet School.

2          Q      Okay.

3          A      And I was contacted by the principal

4    at the elementary school and asked me to come

5    over to interview because he was leaving.  He got

6    a promotion.  And I think that was at PG County

7    elementary school.

8                 And I went over.  I interviewed with

9    him, Mr. Salin, and I interviewed with a -- I

10   think I put her name on here.  I can't remember

11   her name, but she was a principal in Montgomery

12   County, and I interviewed with both of them and

13   she was really excited.

14                As a matter of fact, I interviewed

15   before I went on the senior class trip and she

16   said that she was going to hold up the interviews

17   -- additional interviews for a moment because --

18   the interview window -- because she really liked

19   me as a candidate.

20         Q      Okay.

21         A      And Mr. Salin said that my credentials

22   were better than his, so I would make an

```
 1    mistake, Mr. Cumming.

 2          Q    Okay.

 3               I'd like you to now take a look at

 4    what is marked as --

 5               MR. TEMPLE:  The next one?  11.

 6               [OFF-MIC COMMENTS]

 7               BY MR. CUMMING:

 8          Q    -- Exhibit 8.

 9               MR. TEMPLE:  8.

10               BY MR. CUMMING:

11          Q    And if you could turn to -- this is

12    interrogatory number 25.  It is the eighth page

13    of the document on the top of the eighth page.

14          A    You're talking about the letter from

15    Dr. Strong?

16          Q    Previous page.

17          A    Which one?  Which number?

18          Q    Number 25 at the top of the previous

19    page.  Next page, though.

20          A    Okay.  I'm sorry.

21          Q    That's fine.

22               MS. SUTLER:  Which number?
```

1              MR. CUMMING:  25.

2              THE WITNESS:  Number 25.

3              MR. TEMPLE:  Is there an answer to

4      that?

5              MR. CUMMING:  There's not an answer to

6      that.

7              MR. TEMPLE:  Okay.  I just want to

8      make sure.  Okay.

9              BY MR. CUMMING:

10         Q    So this interrogatory, Dr. Dickerson,

11     asks about the basis for your response to

12     interrogatory number 17 that a significant number

13     of the people hired to replace the 46 individuals

14     who were not reappointed were Caucasian and less

15     seasoned.

16             And there's to date not been an answer

17     to that interrogatory, so I'd like to ask you if

18     you have an answer to it.

19         A    I wouldn't know that.  DCPS would.

20         Q    Okay.

21             But you stated that in response to

22     interrogatory number 17.  So I'm wondering what -

1      - how you base that statement.

2           A      It's my experience as a teacher being

3      hired -- well, previously working for DCPS, each

4      year the number of African-American teachers got

5      smaller.  Each year the population got larger for

6      Caucasian people in the school.  And that's

7      across the board, and DCPS would have those

8      statistics.

9                   But I witnessed that myself in my own

10     school, at Theodore Roosevelt Senior High School.

11          Q      Okay.

12                  So at Roosevelt there were an

13     increasing number of white teachers and staff

14     members in general throughout your time there.

15          A      Yes, sir.

16          Q      Okay.

17          A      And the last thing I would add -- I'm

18     going to add something to that.  In professional

19     developments, each year we watched the number of

20     African-American music teachers shrink, and we

21     would watch the population of Caucasian teachers

22     build.

1          Q     So you think that it's likely that the

2     population of principals and assistant principals

3     mirrored that change.

4          A     Absolutely, sir.

5          Q     Okay.

6                But you don't know specifically if it

7     did.

8          A     No, sir.

9          Q     Okay.

10               Do you know what it means for a school

11    to be in restructuring?

12         A     Yes, sir.

13         Q     Okay.

14               And what does that mean?

15         A     I don't know totally, but that

16    everybody is going to have to I think reapply for

17    their job or something like that.

18         Q     Okay.

19               Was Wilson in restructuring?

20         A     I think during that year, yes, sir.

21         Q     Okay.

22               Would that have meant that you would

```
 1    have had to reapply for your job?

 2         A    Yes, sir.

 3         Q    Okay.

 4              Were you told that you would need to?

 5         A    I didn't reapply.  They just sent me

 6    the letter.  I didn't do an application process

 7    or anything like that, sir.

 8         Q    Do you think you should have been

 9    permitted to reapply?

10         A    Absolutely.

11         Q    Okay.

12              Why didn't you reapply?

13         A    I didn't know I was going to be

14    terminated --

15         Q    When did --

16         A    -- until June, sir.  I didn't know

17    that I was going to be terminated until almost

18    like the middle part of June, the last couple of

19    weeks in June.

20         Q    Okay.

21              So when did you know Wilson was in

22    restructuring status?
```

1        A     I really -- in February, March.

2        Q     So if you knew Wilson was in

3   restructuring in February and you knew that you

4   had to reapply for your job, why did you not do

5   so all the way through the spring?

6        A     Nobody told us that the administrative

7   team had to.  A lot of times, that's teachers.

8        Q     Okay.

9              MR. CUMMING:  Mark this as Exhibit 11,

10  please.

11                     (Whereupon, the above-

12                      referred to document was

13                      marked as Government Exhibit

14                      11 for identification.)

15             MR. TEMPLE:  Thank you.

16             BY MR. CUMMING:

17        Q     Okay.

18              I'm not going to ask you if you

19  recognize this email because it's -- you

20  obviously are not --

21        A     No, sir.

22        Q     -- a sender or a recipient.

1          But I'd like to point you to the
2   second bullet point under -- in the top email,
3   which I guess was sent by Mr. Cahall where it
4   says, "Under the restructuring of Wilson Senior
5   High School, all of the APs and three of the four
6   counselors were released."
7          So based on that statement, do you
8   understand that the restructuring impacted
9   whether you were reappointed as assistant
10  principal?
11      A     No, sir.
12      Q     Okay.
13      A     No.
14          This was a blanket -- this was a
15  blanket move to remove all African-Americans in
16  leadership positions.  Okay?  And those three
17  counselors who were removed were also African-
18  American.  Okay?
19          So this was based on race and race
20  alone, sir.  This wasn't based on merit at all.
21  Again, Mr. Cumming, nobody came and interviewed
22  me and said, well, Dr. Dickerson -- or Mr.

1    Dickerson at the time -- what do you do around

2    here, what do you blah, blah, blah?  No questions

3    like that were asked of me.

4            Nobody shadowed me and watched what I

5    did.  Nobody looked at my previous evaluations.

6    Okay?

7            Again, 46 people, Mr. Cumming.

8        Q    If the restructuring status meant that

9    DCPS could not bring back the same leadership

10   team, would you still believe your non-

11   reappointment was unlawful?

12       A    It was totally based on race, totally

13   based on race.  They tried to hide it.  They

14   tried to cloak it, Mr. Cumming, but it was

15   totally based on race.  It was not based on

16   merit.  It was not based on the work that I did

17   in the community.

18           This email right here from this

19   gentleman -- I don't even know this person, sir.

20   But in this paragraph, it indicated "I strongly

21   recommend that you reconsider hiring Assistant

22   Principal Kenneth Dickerson.  Mr. Dickerson is a

1    great asset to the school," and assistant

2    principal.  "As an assistant principal, he is a

3    person who manages disciplinary problems in an

4    impartial and respectful manner.

5              "Mr. Dickerson fulfilled his position

6    in a way that earned the respect and trust of

7    many students and parents in the community.

8    Wilson desperately needs to retain an assistant

9    principal that has mastered the art of

10   communication positively with minority students

11   and enable the success to diffuse frequent

12   instances of conflict between various elements of

13   the school."

14             Do you know this?

15        Q    Do you think this statement that under

16   the restructuring all of the assistant principals

17   were released is not accurate?

18        A    It happened, but I don't think that

19   it's accurate.  I don't think that's accurate,

20   sir.

21             When you --

22        Q    Mr. Cahall was not -- had just arrived

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Kenneth Dickerson

In the matter of: Kenneth Dickerson v DC

Before: DC OAG

Date: 10-17-19

Place: Washington, DC

were duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings; and that I am neither counsel for, related to, nor employed by any of the parties to this action in which this deposition was taken; and further that I am not a relative nor an employee of any of the parties nor counsel employed by the parties, and I am not financially or otherwise interested in the outcome of the action.

```
                              Neal R Gross
                   ------------------------
                   Court Reporter
```

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS

1323 RHODE ISLAND AVE., N.W.

(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com