# EXHIBIT C

# KENNETH DICKERSON
4203 Illinois Avenue NW ▪ Washington DC ▪ 20011 ▪ (202) 829-5020 ▪ ojahmusic@aol.com

## SUMMARY OF QUALIFICATIONS

- Upper Management Experience as an Assistant Principle for 10 years
- Supervised staff of over 100 employees
- Managed and developed budgets of over 8 million dollars
- MA in Educational Leadership
- Doctorate of Education in Human Development/Executive Leadership
- Over 24 years of professional experience as a musician/music instructor
- Dynamic leader, innovator and team builder with extensive motivational skills
- Ability to work as part of a team and as an individual contributor

## RELEVANT ACCOMPLISHMENTS

### TRAINING
- Peer Mediation
- Teaching at risk students
- Professional Development for teachers in classroom management
- Leadership
- Cultural Diversity
- Safety and Security

### COURSE DEVELOPMENT
- Arts & Music
- Social Studies
- Physical Education
- Media Studies
- Military Science

### LEADERSHIP
- Wilson Male Initiative program of over 250 members of a diverse group studying the Sean Covey's *Seven Habits of Highly Effective Teens*
- Responsible for instructional leadership, curriculum development, *student discipline* and the development, implementation and evaluation of *Diversity Special Programs*
- *Served as the Peaceable School Representative and Liaison*
- Served as High School *Music Department Chair* and provided leadership for music faculty
- Lead the Security Team, Attendance Team and In-House Suspension program at Wilson

### COMMUNICATION
- Excellent written and verbal skills
- Successful and meaningful communication between school and the community
- Promoted multi-cultural awareness, gender sensitivity, and racial and ethnic appreciation
- Applied counseling and mentoring skills
- Utilize stress management and conflicts management techniques

### ORGANIZATIONAL MANAGEMENT
- Revitalized a defunct music department and created a 1st Place Marching Band Program
- Improved strategies for Staff Attendance
- Team building and staff empowerment experience

## WORK HISTORY

| | |
|---|---|
| **COLLABORATION PRODUCTIONS**, Washington, D.C.<br>CEO/Director of Music and Entertainment Production | 1978 - Present |
| **Roosevelt Senior High School** Washington D.C.<br>Instrumental Music Instructor | 2009 - Present |
| **WILSON SENIOR HIGH SCHOOL**, Washington, D.C.<br>Assistant Principal<br>Instrumental Music Instructor/Music Department Chair | 1999 - 2008<br>1996 – 1999 |
| **DOUGLAS JUNIOR HIGH SCHOOL**, Washington, D.C.<br>Music Instructor | 1993 – 1996 |
| **ARCH BISHOP CARROLL HIGH SCHOOL**, Washington, D.C.<br>Music Instructor, Master Classes in Percussion Studies | Spring 1993 |
| **UNIVERSITY OF THE DISTRICT OF COLUMBIA**, Washington, D.C.<br>Music Instructor, Jazz Drumming<br>Instructor, Adult Education Program | 1989 – 1990<br>1988 – 1989 |
| **NOBEL JOLLY SCHOOL OF MUSIC**, Washington, D.C.<br>Music Instructor, Advanced Level Percussion | 1985-1987 |

## EDUCATION

**Doctorate of Education in Human Resource Development/Executive Leadership,** The George Washington University, Washington D.C. May 20011
**Master of Arts, Educational Leadership,** George Mason University, Fairfax, Virginia, May 2000
**Bachelor of Arts, Music Education,** The University of the District of Columbia, May 1993

## SPECIAL STUDIES

**Superintendents Leadership Workshop-** Academic Achievement and Leadership, September 2007
**Franklin Covey Leadership Institute-** The Seven Habits of Highly Effective People, Time Management, Leadership workshops, October 2002
***Stanford University,*** Continuing Studies Program, July 1998- Multimedia and Curriculum Integration, Technology and Curriculum Integration, and Internet Curriculum Integration

## HONORS, AWARDS AND SPECIAL ACCOMPLISHMENTS

- *NAMM Foundation Support Merit Award in 20015 and 2016*
- *Wolf Trap Foundation for the Performing Arts Grant Recipient for Excellence in Teaching Performing Arts 2014*
- *Fund for Teachers Fellow Award Toured Brazil to Study & Perform Samba Music Summer 2013*
- *Wolf Trap Foundation for the Performing Arts Grant Recipient for Excellence in Teaching Performing Arts 2014*
- *Mayors Arts Award for Excellence in Education Performance Arts 20012*
- *A Special Citation For Outstanding Leadership in Music "IAJE" (International Association for Jazz Education" recipient 2007*
- *Leadership and Guidance Award Woodrow Wilson SHS Class of 2006*
- *Recipient of the Wells Foundation Scholarship, George Washington University 2005-06*
- *Member of Phi Delta Kappa 2004*
- *Superintendent's "Excellence in Education Award" 2001*
- *Fulbright Teacher Recipient, Toured Ghana, Senegal and the Gambia 2001*
- *Principals Award for Outstanding Service, 1996*
- *Parents United Outstanding Teacher of the Year Award, 1995*
- *Recipient, $30,000 private donation for Computer Programs in Music, Douglas Junior High School, 1995*
- *Mayors Award for Outstanding Achievement in Music Education, Granted $25,000 from Barbara Streisand and $25,000 in music equipment from Sony Music, 1994*

**REFERENCES AVAILABLE UPON REQUEST**