# EXHIBIT D



DISTRICT OF COLUMBIA PUBLIC SCHOOLS

Restructuring Schools in DCPS

# School Restructuring and the Quality Review Process

January 2008

# No Child Left Behind Act of 2001 (NCLB)

One of the foundational principles of NCLB is stronger accountability for results.

Important accountability components include:

- States must create standards for what students should know at each grade level.
- States must create tests aligned to standards (DC CAS).
- States must define "adequate yearly progress" (AYP), which is the progress that schools must make on a set of academic indicators. States must define AYP so that all students reach proficiency on state standards by 2014.

Source: DC Public Schools, Office of Data and Accountability, November 2007



# AYP Proficiency Targets for DCPS

|  | Elementary Targets | | Secondary Targets | |
|---|---|---|---|---|
|  | Elementary Math | Elementary Reading | Secondary Math | Secondary Reading |
| 2003 | 11% | 22% | 11% | 16% |
| 2004 | 26% | 35% | 26% | 30% |
| 2005 | 26% | 35% | 26% | 30% |
| 2006 | 41% | 48% | 41% | 44% |
| 2007 | 41% | 48% | 41% | 44% |
| 2008 | 56% | 61% | 56% | 58% |

*Important note regarding rounding of AYP targets: In order to provide the most conservative projections of meeting AYP, we have elected to round all AYP targets up to the nearest round number. In other words, the AYP target for Elementary Math for 2008 is 55.21%, but we have rounded up to 56% to underscore the fact that a school with just 55% proficient will not make AYP.*



# There are three AYP indicators for DCPS schools

## For ALL schools

- Reading and math proficiency targets on DC CAS and DC CAS-Alt
- Testing participation rate target of 95%

## For elementary and middle schools only:

- Attendance target of 90%

## For high schools only

- Graduation rate target of 66.23% (Note that the 2007 AYP calculation includes the graduation rate of the Class of 2006)

Source: DC Public Schools, Office of Data and Accountability, November 2007

# Schools must make AYP as a whole school and in every subgroup

## Subgroups must have 40 students or more to receive AYP calculations.

Ethnic/racial groups

- Asian/Pacific Islanders
- Black
- Hispanic
- American Indian/Alaskan Native
- White

Economically Disadvantaged Students

- Students who participate in the free or reduced price lunch program.

English Learners

- LEP/NEP = Includes students who have limited English proficiency.

Students with Disabilities

- Includes students who receive Special Education services.

Source: DC Public Schools, Office of Data and Accountability, November 2007

# Schools can make AYP through "safe harbor."

## Safe Harbor

To make AYP through Safe Harbor, schools and sub-groups must meet these criteria:

- 95% participation rate on state assessment.
- For proficiency targets, schools must reduce the difference between the percent proficient and 100 percent (i.e., the percent not proficient) by at least 10 percent. Thus, if the group had 20 percent proficient (80 percent not proficient) in SY2004, they would need to have at least 28 percent proficient (reduce the 80 by at least 8) in SY2005.
- For the attendance rate, schools that do not meet the 90% target must have a gain of 1% from the previous year.

Source: DC Public Schools, Office of Data and Accountability, November 2007



# What happens when schools fail to make AYP?

## Federally Mandated School Improvement in DCPS

| | Schools not placed in NCLB improvement status | School Improvement I | School Improvement II | Corrective Action | Restructuring |
|---|---|---|---|---|---|
| **How do schools get placed in this category?** | ▪Schools have achieved AYP | ▪Schools have failed to make AYP for 2 years | ▪Schools have failed to make AYP for 3 years | ▪Schools have failed to make AYP for 4 years | ▪Schools have failed to make AYP for 5 years |
| **What happens when schools are placed in this category?** | ▪May receive unrestricted grant funds<br><br>▪Serve as models for school best practices<br><br>▪Increase professional development opportunities | ▪Develop School Improvement Plans that identify reasons for failing to meet AYP and research-based improvement<br><br>▪Students are offered public choice until a school exits improvement status<br><br>▪ Students are offered Supplemental Education Services | ▪Continue School Improvement I activities<br><br>▪Implement School Improvement Plans | ▪ Revise and continue to implement School Improvement Plans and continue School Improvement II activities<br><br>▪ Implement at least 1 of the 6 recommended improvement strategies<br>1. Institute a new curriculum<br>2. Extend the length of the school year or school day<br>3. Replace relevant school staff<br>4. Significantly decrease management authority at the school<br>5. Restructure the internal organization of the school<br>6. Appoint one or more outside experts | ▪ Continue to implement Corrective Action activities<br><br>▪ Create plan for implementing an alternative governance structure:<br>1. Charter school conversion<br>2. Contract with outside provider<br>3. Replace all or most school staff relevant to AYP failure<br>4. State takeover<br>5. Other major restructuring |

Source: DC Public Schools, Office of Data and Accountability, November 2007

# What is the definition of "restructuring"?

- In restructuring, changes are made to the structure of school, its governance and, most importantly, who makes decisions and how.

- The Federal Law mandates that schools in restructuring must undergo one of the five options:

    1. Charter School conversion
    2. Contract with outside provider
    3. Replace all or most school staff relevant to AYP failure
    4. State Takeover
    5. Other major restructuring

- Option 5, which is the most flexible, includes:

  "any other major restructuring of the school's governance arrangement that makes fundamental reforms, such as significant changes in the school's staffing and governance, to improve academic achievement in the school and that has substantial promise of enabling the school to make adequate yearly progress."

Source: DC Public Schools, Office of Data and Accountability, November 2007



# What are specific examples given by the federal government for restructuring under "option 5"?

•Change the governance structure of the school in a significant manner that either diminishes school-based management and decision making or increases control, monitoring, and oversight of the school's operations and educational program by the LEA.

•Close the school and reopen it as a focus or theme school with new staff or staff skilled in the focus area (e.g., math and science, dual language, communication arts).

•Reconstitute the school into smaller autonomous learning communities (e.g., school-within-a-school model, learning academies, etc.).

•Dissolve the school and assign students to other schools in the district .

•Pair the school in restructuring with a higher performing school so that K-3 grades from both schools are together and the 4-5 grades from both schools are together.

•Expand or narrow the grades served, for example, narrowing a K-8 school to a K-5 elementary school.

Source: DC Public Schools, Office of Data and Accountability, November 2007



# Improvement Status of DCPS Schools

| | Schools not placed in improvement status | School Improvement I | School Improvement II | Corrective Action | Restructuring |
|---|---|---|---|---|---|
| *142 Total* | *32* | *33* | *17* | *33* | *27* |
| **High Schools** | **(4 Schools)** Banneker, Ellington, McKinley Technology, School Without Walls | | | (2 schools) Bell, MM Washington | **(10 schools)** Anacostia, Ballou, Cardozo, Coolidge, Dunbar, Eastern, Roosevelt, Spingarn, Wilson, Woodson H.D., |
| **Middle Schools** | **(3 schools)** Deal, Hardy, Merritt | | **(1 school)** Kelly Miller | **(5 schools)** Backus, Francis, Hine, Jefferson, Stuart-Hobson | **(11 schools)** R. Brown, Browne, Eliot, Garnet-Patterson, Hart, Johnson Kramer, Lincoln, MacFarland, Shaw, Sousa |
| **Elementary Schools** | **(25 Schools)** Barnard, Brookland, Cleveland, Eaton, Hearst, Hyde, Janney, Key, Lafayette, Langdon, Leckie, Mann, Murch, Noyes, Patterson, Payne, Ross, Shepherd, Stoddert, Thomson, Tyler, Whittier, Wilson, Marshall, Oyster-Adams | **(31 schools)** Aiton, Birney, Brent, Bunker, Burroughs, Burrville, Clark, Davis, Draper, Drew, Harris C.W. , King, LaSalle, Malcolm, Maury, Montgomery, Nalle, Orr, Park View, Randle Highlands, River Terrace, Rudolph, Seaton, Smothers, Stevens, Takoma, Turner, Watkins, West, Wilkinson, Young | **(15 schools)** Amidon, Beers, Brightwood, Bruce-Monroe, Cook J.F., Emery, Garrison, Hendley, Ketcham, Ludlow-Taylor, Meyer, Shaed, Simon, Slowe, Thomas | **(21 schools)** Bancroft, Benning, Bowen, Cooke H.D., Ferebee-Hope, Gage-Eckington, Garfield, Gibbs, P.R. Harris, Houston, Kenilworth, Kimball, Plummer, Powell, Raymond, Reed, Savoy, Terrell M.C., Tubman, Winston, Walker-Jones | **(6 schools)** Green, Miner, Moten, Stanton, Truesdell, Webb/Wheatley |
| **Special Education Centers** | | **(2 schools)** Browne Center, Lee Mamie D. | | **(5 schools)** Hamilton, Moten, Prospect, Sharpe Health, Taft | |
| **Alternative Schools** | | | **(1 school)** Moore Academy | | |

Programs or Schools without status for federal accountability: Peabody, SWS Peabody, Fillmore Arts Center, Choice MS, Choice HS, Health & Human Services @ Eastern, Business & Finance Academy @ Woodson, Pre-engineering @ Dunbar, Ballou STAY, Roosevelt STAY, Spingarn STAY, DCALA/Incarcerated Youth, Youth Services Center, Douglas, Jackie Robinson, Spingarn Center, Washington Center

Source: DC Public Schools, Office of Data and Accountability, November 2007

# QUALITY SCHOOL REVIEW PROCESS

- What is a School Quality Review?
    1. Measures how effective a school organizes to support student achievement
    - Provides District a systemic process for:
        - Determining what is happening in schools relative to teaching and learning.
        - Guiding each school through a process of self-reflection.
        - Developing and implementing school-specific comprehensive school improvement plans.
        - Establishing a process that leads to continuous school improvement and student achievement.

- Purpose of Review for Restructuring Schools
    - Determine where the school is relative to its potential to support student achievement.
    - Identify specific needs of the school and provide support.
    - Provide the Chancellor a comprehensive look at each school; and utilize this information in determining appropriate NCLB Restructuring Option.

- Elements for Review
    - Review will focus on 3 broad elements
    - Each element includes sub-components



# QUALITY SCHOOL REVIEW

- **ELEMENTS AND SUB-COMPONENTS**

1) **Teaching and Learning**

-Quality Instruction
-Student Engagement
-Data and Assessment
-Classroom Management
-Professional Development
-Instructional Resources

- **Safe and Effective Learning Environment**

-School Management and Leadership
-Clean and Safe Learning Environment
-Clear Vision and Mission
-High and Clear Expectations
-Support Services and Resources
-Professional Learning Community

- **Parent and Community Involvement**

-Communication
-Community Collaboration
-School Support for Parent Involvement
-Community and Parent Activities
-School Community Relations

Source: National Coalition for Parent Involvement in Education (NCPIE), DC Public Schools, Office of Data and Accountability

# QUALITY SCHOOL REVIEW

- ## Rating Elements of the Review

1- Below Standard
2- Approaching Standard
3- Meeting Standard
4- Exceeding Standard

- ## Stages of Review Process

**-Stage 1: Pre-Review Work**

1) School Self-Assessment
2) Pre-Visit Review
3) Gathering and Reviewing Data
4) Quality Review Orientation

**-Stage 2: School Site Visit**

1) Classroom Observations
2) Meeting with Principal and Administrative Staff
3) Meeting with School Leadership Team
4) Meeting with Parents, Community Members, and Students
5) Meeting with Grade Level/ Core Teams
6) Collaborative Team Meeting Time

**-Stage 3: School Community Feedback**

**-Stage 4: Development and Implementation of Support Plan**
**NCLB Restructuring Option Selected**

Source: National Coalition for Parent Involvement in Education (NCPIE), DC Public Schools, Office of Data and Accountability

# We will provide extra academic support to schools in restructuring.

*We want to provide schools in restructuring status intensive support. This will act as a pilot for the support we want to roll out to all schools in upcoming years.*

District-wide support

- How to schedule for increased student achievement?
- Professional Development
  - ✓ Constructed response
  - ✓ Using data to improve instruction
- Attendance accountability
- Clarifying DC CAS Alt being used for appropriate students
- Problem-solving/bell work HS = credit recovery for students to graduate: Data cleaning – clearing rosters for DC CAS

Extra Support for Schools in Restructuring

- Bringing in tutoring through partnership with business community and area colleges
- For Middle Schools: Pilot for Twilight program for overage youth
- Saturday schools
- Extra support on data PD
- Data crunching – how much do schools need to grow to make safe harbor
- Instructional materials PD
- PD for literacy block
- School leader rubric