# EXHIBIT E

**To:** Ruda, Lisa M. (OOC)[Lisa.Ruda@dc.gov]; McNeil, Joyce (OOS)[joyce.mcneil@dc.gov]; McKee, Kaitlin M. (OOC)[Kaitlin.McKee@dc.gov]; Martin, Tracy (OOC)[Tracy.Martin2@dc.gov]; Calloway, Jennifer R. (OOC)[Jennifer.Calloway@dc.gov]; O'Brien, Peggy (OOC)[Peggy.O'Brien@dc.gov]
**From:** Smith, Abigail (OOC)[Abigail.Smith@dc.gov]
**Sent:** Thur 5/15/2008 12:46:49 AM (UTC)
**Subject:** wilson

Wilson SHS Restructuring Plan.FINAL.5.14.doc

drum roll, please! FInal plan.

Jennifer - do you want to zip all the PDFs into a zipfile and send them to Tracy and Peggy, so they have them in that form to send to folks as need be?