# EXHIBIT G

Message
---

**From:** Henderson, Kaya (OOC) [Kaya.Henderson@dc.gov]
**Sent:** 6/27/2008 5:55:42 PM
**To:** Rhee, Michelle (OOC) [Michelle.Rhee@dc.gov]; Cahall, Peter J. [peter_j_cahall@mcpsmd.org]
**CC:** Davis, John L. (OOC) [john.davis@dc.gov]; Kearney, Billy (OOC) [billy.kearney@dc.gov]
**Subject:** RE: In need of your assistance

All,

We're happy to work this out. Billy, can you please work with Principal Cahall on this? Thanks.

Kaya

Kaya Henderson
Deputy Chancellor
District of Columbia Public Schools
direct - 202-442-5012
asst - 202-442-5006
kaya.henderson@dc.gov

---

**From:** Rhee, Michelle (OOC)
**Sent:** Thursday, June 26, 2008 10:41 PM
**To:** Cahall, Peter J.
**Cc:** Henderson, Kaya (OOC)
**Subject:** RE: In need of your assistance

Kaya what can we do here? I want to assist Principal Cahall in any way I can.

MR

---

**From:** Cahall, Peter J. [mailto:Peter_J_Cahall@mcpsmd.org]
**Sent:** Thu 6/26/2008 9:47 PM
**To:** Rhee, Michelle (OOC)
**Subject:** In need of your assistance

Dear Chancellor Rhee,

First, thank you for the opportunity to be the principal of Woodrow Wilson High School. I appreciate that you did not give up on me when I was having doubts. But I know and now realize that it is the right time and place for me. I am excited....energized....and overwhelmed. But that is what I want. I want and I will turn Wilson around.

I left MCPS with Dr. Weast's blessing and full support. He has the utmost respect and appreciation for you.

To update you, I have decided not to re-hire any of the teachers that were released due to the restructuring plan including Art Siebens and am prepared to take the heat. I have so many ideas and plans to get Wilson back to be "The Model Urban High School" in the United States.

That brings me to why I am writing to you....you said to let you know if I needed anything and I do if I am going to produce the results that are needed and expected.

I have hired one assistant principal so far, her name is Charlette Butler. I brought her from MCPS where I hired her as my literacy coach. I will be training and preparing Charlette to be a principal in 2 to 3 years. We interviewed 12 assistant applicants yesterday and only two of the 12 were identified as acceptable and both of them have no administrative experience.

I have attached a resume of a retired principal from MCPS who would like to join the team at Wilson. She is a master scheduler....an instructional leader.....someone that worked to get a school out of restructuring....and someone who I can trust to run the building

when I must be away for various meetings and events. Mary Beth has a masters +60. We are saving money in hiring so many new and inexperienced people....You told me to tell you what I need and I need to have Mary Beth on my team. Anything that you can do above the salary scale for her would be appreciated, well-earned, and a very good investment. She is asking for $15,000 above her base pay. Please let me know if this is possible or anything that you can do.

I did not come to DC for the money as I have taken a $14,000 cut in pay. I know that Mary Beth is not in it for the money but to make a difference for the students, school, and to be able to support me in my vision. I respectfully ask you to consider my request.

With Wilson Pride,

Pete

Peter J. Cahall
Director of School Performance
Churchill, Richard Montgomery, Rockville and Wootton Clusters
Office of School Performance
(301) 315-7358

_____

From: Waits, Mary B.
Sent: Wed 6/25/2008 6:01 AM
To: Cahall, Peter J.
Subject: Resume


Pete,

Here is the electronic copy of my resume that you requested.

MBW