UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 09-2213 (PLF) |

LIST OF EXHIBITS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| Ex. A | | Declaration of Donielle Powe |
| Ex. AA | | School Restructuring Plan for Wilson SHS, 2008-2009 |
| Ex. AB | | A Principal's Guide to School Quality Review, January 2008 |
| Ex. AC | | LSRT Restructuring Memo to Chancellor Rhee, May 2008 |
| Ex. AD | | Notice to Kenneth Dickerson of Non-Reappointment, June 2008 |
| Ex. B | | Transcript of October 17, 2019 Deposition of Kenneth Dickerson |
| Ex. C | | Kenneth Dickerson Resumé |
| Ex. D | | School Restructuring and QSR Process Slides, January 2008 |
| Ex. E | | Email of May 15, 2008 from Abigail Smith to Lisa Ruda, transmitting Exhibit A |
| Ex. F | | Plaintiff's Responses to Defendant's Requests for Admissions |
| Ex. G | | Email of June 26, 2008 from Peter Cahall to Michelle Rhee |