UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH Dickerson )
)
Plaintiff, )
) Civil Action No.: v.   09-2213(PLF)
)
)
)
)
Defendant. )
)

## PLAINTIFF'S EXHIBITS

Ex. 1 Plaintiff's Statement of Material facts in Dispute.

Ex. 2 Donielle Powe Deposition, Transcript, February 8, 2021

Ex. 3 Kenneth Dickerson Deposition Transcript

Ex. 4  Kenneth Dickerson Declaration

Ex. 5 DC 2011 Government Payroll Document Indicating Hiring Date:
https://dchr.dc.gov/sites/default/files/dc/sites/dchr/publication/attachments/public_body_of_employee_information_dec_11.pdf

Ex. 6 DCPS June 16, 2008 Notice of Non-reappointment

Ex.  7 LSRT Minutes, May 13, 2008

Ex.  8 LSRT Minutes November 2007 - June 2008

Ex.  9 Draft Restructuring Document Wilson High School

Ex. 10 Department of Employment Service unemployment claim and Decision

Ex. 11 Letters of Support from Parents and former Principal

Ex. 12 Email Exchange regarding Mary Beth

Ex. 13 2001-2003 Performance Evaluations

Ex. 14 Dickerson Doctorate Degree

Ex. 15 June 25, 2008 CSO Union Letter

Ex. 16 DCPS Personnel Actions

Ex. 17 Rhee Quotations and Stereotypical Remarks

Ex. 18 Plaintiff's Answer to Defendant's First Set of Discovery Request

Ex. 19 Notice of Deposition 30(b)(6)