# EXHIBIT

# 2

# IN THE MATTER OF:

## Case: KENNETH DICKERSON v. DISTRICT OF COLUMBIA

## DONIELLE POWE

### February 8, 2021

**SLR REPORTING**
**301-651-3335**
**SLRreporting@verizon.net**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - x

KENNETH DICKERSON,            :

       Plaintiff,      :

  v.                          :   CA No. 09-2213 (PLF)

DISTRICT OF COLUMBIA,      :

       Defendant.      :

- - - - - - - - - - - - x


Monday, February 8, 2021

DEPOSITION OF:


DONIELLE POWE,


Called for oral examination by counsel, pursuant

to notice and agreement of counsel, commencing at

10:04 a.m., taken virtually, before Paul Smakula,

Court Reporter, Notary Public in and for the State

of Maryland, when were present on behalf of the

respective parties:

```
 1                   A P P E A R A N C E S

 2      ON BEHALF OF PLAINTIFF:

 3            DONALD M. TEMPLE, ESQUIRE

 4            LAW OFFICE OF DONALD TEMPLE

 5            1310 L Street, NW, Suite 750

 6            Washington, D.C. 20005

 7            (202) 628-1101

 8            Dtemplelaw@gmail.com

 9

10      ON BEHALF OF DEFENDANT:

11            MATEYA KELLEY, ESQUIRE

12            OFFICE OF THE ATTORNEY GENERAL FOR DC

13            441 4th Street Northwest, Suite 630 South

14            Washington, D.C. 20001

15            (202) 727-3400

16            Mateya.kelley@dc.gov

17

18

19

20

21

22
```

1                    C O N T E N T s

2  EXAMINATION OF DONIELLE POWE                    PAGE

3  By Mr. Temple                                      4

4

5

6                    E X H I B I T S

7              (Attached to transcript.)

8   POWE DEPOSITION EXHIBITS                    PAGE

9   Exhibit 1  Notice of Deposition               8

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 4

1              P R O C E E D I N G S

2                    DONIELLE POWE,

3    having been duly sworn, testified as follows:

4           EXAMINATION BY COUNSEL FOR THE PLAINTIFF

5    BY MR. TEMPLE:

6         Q   Good morning.  Could you please state your          10:04:11

7    full name for the record and spell it for the               10:04:11

8    record?                                                      10:04:11

9         A   Sure.  Donielle Powe, D-O-N-I-E-L-L-E              10:04:11

10   P-O-W-E.                                                    10:04:11

11        Q   Ms. Powe, where are you presently                 10:04:11

12   employed?                                                   10:04:12

13        A   D.C. Public Schools.                               10:04:13

14        Q   And what was your start date there?               10:04:13

15        A   My start date was August 15th, 2016.              10:04:16

16        Q   And what's your title there, please?              10:04:24

17        A   Deputy chief for the labor management             10:04:26

18   employee relations team.                                   10:04:31

19        Q   Have you been deposed before, Ms. Powe?           10:04:38

20        A   Yes.                                               10:04:42

21        Q   How many occasions?                               10:04:42

22        A   Maybe three or four over the course of my         10:04:47

Page 5

| | | |
|---|---|---|
| 1 | employment with DCPS. | 10:04:51 |
| 2 | Q  And were those depositions related to in | 10:04:53 |
| 3 | any way the subject matter of this particular | 10:05:01 |
| 4 | deposition? | 10:05:04 |
| 5 | A  No. | 10:05:04 |
| 6 | Q  And what's your chain of command going up? | 10:05:05 |
| 7 | A  I report directly to Scott Barash, who's | 10:05:18 |
| 8 | DCPS's general counsel. | 10:05:23 |
| 9 | Q  And you're an attorney; is that correct? | 10:05:24 |
| 10 | A  Correct. | 10:05:26 |
| 11 | Q  Where were you employed in 2007-2008? | 10:05:26 |
| 12 | A  2007-2008, I was in law school. | 10:05:30 |
| 13 | Q  And where was that? | 10:05:33 |
| 14 | A  Detroit Mercy School of Law in Detroit, | 10:05:36 |
| 15 | Michigan. | 10:05:41 |
| 16 | Q  And what did you do prior to working for | 10:05:41 |
| 17 | the District of Columbia -- where you work right | 10:05:44 |
| 18 | now, the most recent position before starting this | 10:05:46 |
| 19 | job? | 10:05:50 |
| 20 | A  Prior to coming to DCPS I worked for the | 10:05:50 |
| 21 | Department of Homeland security in ICE, | 10:05:55 |
| 22 | Immigration Custom Enforcement division as a | 10:06:00 |

Page 6

```
 1    senior labor relation specialist.                10:06:03

 2        Q  I'm operating on the premise that you     10:06:06

 3    don't need to be instructed on depositions.  I   10:06:12

 4    will tell you this, though, if you do not        10:06:14

 5    understand a question, please just tell me that  10:06:17

 6    you don't understand it, otherwise I'm going to  10:06:22

 7    presume that you do.                             10:06:24

 8        A  Okay.                                     10:06:25

 9        Q  Are we clear about that?                  10:06:25

10        A  Okay.                                     10:06:29

11        Q  If you need to a take a break, let me     10:06:29

12    know, okay?                                      10:06:32

13        A  Got it.                                   10:06:33

14        Q  Now, you understand that you're being     10:06:34

15    deposed as a 30(b)(6) witness; is that correct?  10:06:36

16        A  Yes, that's correct.                      10:06:40

17        Q  Do you know what a 30(b)(6) witness is?   10:06:41

18        A  Could you explain it to me again?         10:06:45

19        Q  You're testifying on behalf of the        10:06:47

20    department, the District of Columbia.            10:06:50

21        A  Can you speak up a little bit?  You sound 10:06:52

22    really low.                                      10:06:58
```

1       Q   I'm sorry.  I'll try to speak up.  I said     10:06:59

2   -- you're testifying on behalf of the agency where     10:07:20

3   you work.                                              10:07:23

4       A   Yes.                                           10:07:24

5       Q   Okay.  Now, have you reviewed the             10:07:25

6   deposition notice in this case?                        10:07:30

7       A   Say that one more time.                        10:07:32

8       Q   Have you reviewed the deposition notice in    10:07:34

9   this case here?                                        10:07:39

10      A   Yes.                                           10:07:40

11      Q   So, you're prepared to testify about each     10:07:40

12  subject that's identified in this notice?              10:07:46

13      A   Yes, I've been prepared.  Yes.                 10:07:50

14      Q   Let me just go one at a time, please.         10:07:53

15      A   Okay.                                          10:07:57

16      Q   If you turn your attention to paragraph 1.    10:07:58

17  Do you have the notice in front of you?                10:08:05

18      A   I do not.  I can pull it up.                   10:08:08

19          MS. KELLEY:  May I make two suggestions?      10:08:12

20  First, your audio also sounds garbled to me, and      10:08:16

21  I've noticed the few people who's mike is on the      10:08:21

22  better it tends to be, that's why I muted, and         10:08:25

Page 8

1   perhaps your co-counsel can as well.  The second          10:08:29

2   is if you have the notice electronically, perhaps         10:08:32

3   you can screen share and then we know for sure            10:08:36

4   we're all looking at the same thing.                      10:08:37

5       Q  I'll try to speak up.  It makes it a               10:08:58

6   little difficult but I'll try to speak up.                10:09:02

7           (POWE Deposition Exhibit 1 marked for            10:09:02

8   identification and attached to the transcript.)           10:09:02

9           MR. TEMPLE:  Okay.  If you can move that          10:10:13

10  down to the subjects, Paul, number one.                   10:10:15

11      Q  Do you see that, Ms. Powe?                          10:10:29

12      A  Yes.                                                10:10:30

13      Q  Just directing your attention to number            10:10:30

14  one.                                                       10:10:37

15      A  Okay.                                               10:10:37

16      Q  Do you actually have any personal                  10:10:37

17  knowledge of this subject area here?                      10:10:40

18      A  I have -- I'm prepared to respond to this          10:10:46

19  question, but I don't have any personal knowledge         10:10:50

20  because I was not employed with DCPS at that time.        10:10:53

21      Q  And how are you -- what did you do to              10:10:56

22  prepare to answer this particular question?               10:10:58

Page 9

```
 1       A   Sure.   I reviewed documents such as the        10:11:02

 2  nonreappointment letter for Mr. Dickerson as well         10:11:10

 3  as spoke with former colleagues about what               10:11:13

 4  happened during that time.                               10:11:16

 5       Q   And other than the correspondence, the          10:11:19

 6  nonreappointment letter, what other documents, if        10:11:24

 7  any, did you review to answer number one?                10:11:27

 8       MS. KELLEY:   Objection; calls for                   10:11:29

 9  privileged information.   You should not answer the       10:11:32

10  question.                                                10:11:36

11       MR. TEMPLE:   On what grounds?                       10:11:37

12       MS. KELLEY:   The witness prepared as a              10:11:40

13  30(b)(6) witness and the documents reviewed were         10:11:43

14  pulled by counsel and therefore subject to the           10:11:48

15  attorney work product doctrine.                          10:11:50

16       MR. TEMPLE:   That's not the case.   We're           10:11:53

17  going to note that objection.   That is absolutely        10:11:56

18  not the case.   If the witness prepared, we're            10:11:59

19  entitled to know what documents she relied upon to       10:12:02

20  prepare.   So are you instructing the witness not         10:12:06

21  to answer?                                               10:12:08

22       MS. KELLEY:   I am.                                  10:12:11
```

Page 10

1        MR. TEMPLE:  For every such objection,         10:12:12

2    Paul, I want an immediate transcript copy, please.   10:12:14

3        Q   Number two, which colleagues -- you said    10:12:19

4    colleagues -- to whom did you speak?                 10:12:23

5        A   I spoke with a former attorney, Karl        10:12:26

6    Turpin, who used to be in a supervising attorney     10:12:33

7    for the office of general counsel to ask if he had   10:12:36

8    any information about this previously preparing       10:12:41

9    for this case.  I've also spoken with the school     10:12:45

10   leader recruitment team just to talk to them         10:12:49

11   generally about the process of nonreappointment      10:12:56

12   and those types of actions.                          10:13:00

13       Q   And when you say the recruitment team, can  10:13:00

14   you identify, please, for purposes of question       10:13:02

15   number one, each individual by name and position     10:13:05

16   with whom you spoke?                                 10:13:08

17       A   I would have spoken to Maggie Thomas, who   10:13:11

18   is -- what is her position -- deputy chief.  I       10:13:19

19   forget the name of the specific team, but just       10:13:23

20   generally to make sure that my understanding of      10:13:26

21   the nonreappointment process was correct.            10:13:29

22       Q   Anyone else?                                 10:13:32

Page 11

| | | |
|---|---|---|
| 1 | A   No.   I would have talked to her just to | 10:13:41 |
| 2 | confirm my understanding. | 10:13:43 |
| 3 | Q   So for purpose of question number one, did | 10:13:44 |
| 4 | you speak to any person that was involved in the | 10:13:47 |
| 5 | decision-making process for 2007-2008? | 10:13:50 |
| 6 | A   No. | 10:13:56 |
| 7 | Q   And directing your attention to number | 10:13:56 |
| 8 | two, please. | 10:14:02 |
| 9 | A   Okay. | 10:14:04 |
| 10 | Q   Do you have any personal knowledge of the | 10:14:08 |
| 11 | question in number two? | 10:14:10 |
| 12 | A   No. | 10:14:11 |
| 13 | Q   Okay. | 10:14:11 |
| 14 | (Off the record from 10:14 to 10:43 a.m.) | 10:43:09 |
| 15 | Q   Ms. Powe, during the break did you have an | 10:43:10 |
| 16 | opportunity to speak to counsel? | 10:43:13 |
| 17 | A   No. | 10:43:15 |
| 18 | Q   I was asking you about question number | 10:43:15 |
| 19 | two.   What did you do to prepare to answer that | 10:43:17 |
| 20 | question? | 10:43:26 |
| 21 | A   I spoke with counsel and also reviewed | 10:43:28 |
| 22 | documents. | 10:43:46 |

Page 12

1    Q   Okay.  Other than counsel, did you speak          10:43:46

2    with anyone else?                                     10:43:48

3    A   No.                                               10:43:49

4    Q   Which counsel did you speak to?                   10:43:50

5    A   Ms. Kelly.                                         10:43:56

6    Q   Which documents did you review?                   10:43:57

7        MS. KELLEY:  Objection.  Calls for                10:43:59

8    privileged information.                                10:44:01

9    Q   The documents that you reviewed, were they        10:44:03

10   documents that were prepared by counsel or were       10:44:05

11   they departmental documents?                          10:44:09

12       MS. KELLEY:  Objection to the form of the         10:44:14

13   question and to the extent that calls for             10:44:15

14   privileged information.                                10:44:19

15   Q   Were those documents generated by the             10:44:20

16   department or were they generated by counsel?         10:44:23

17       MS. KELLEY:  You may answer.                      10:44:28

18   A   The documents that I reviewed were -- any         10:44:30

19   documents I reviewed would have been previous         10:44:36

20   documents created by DCPS.                            10:44:39

21       MR. TEMPLE:  Counsel, are you instructing         10:44:43

22   the witness not to answer about the documents?        10:44:44

Page 13

1          MS. KELLEY:  Do you have another question?        10:44:50

2          MR. TEMPLE:  I said are you instructing          10:44:52

3    the witness not to answer?  I asked her what          10:44:53

4    documents she have you reviewed.                       10:44:56

5          MS. KELLEY:  If you're asking her again          10:44:58

6    what documents she reviewed, then yes, I would        10:45:01

7    object again.                                          10:45:01

8          MR. TEMPLE:  I just want to make the            10:45:01

9    record clear.  I'm talking about documents not        10:45:03

10   prepared by counsel, departmental documents that      10:45:05

11   she reviewed to prepare to answer this particular     10:45:09

12   question.  You're instructing her not to answer;      10:45:12

13   is that correct?                                       10:45:15

14         MS. KELLEY:  Counsel, I think the series         10:45:16

15   of questions has been a little unclear.  The          10:45:21

16   witness has reviewed documents, yes, but they were    10:45:23

17   selected by counsel, and therefore the documents      10:45:26

18   that she reviewed are subject to the attorney work    10:45:29

19   product doctrine.                                      10:45:32

20         MR. TEMPLE:  Okay.  I just want to make          10:45:34

21   sure.                                                  10:45:36

22         MS. KELLEY:  And I'm objecting to her            10:45:36

Page 14

1    reviewing them here.                               10:45:39

2         MR. TEMPLE:  And my question, I just want     10:45:40

3    to make sure the record is clear.  You're telling 10:45:42

4    me that DCPS documents, because you selected them, 10:45:45

5    are therefore privileged for purposes of this     10:45:50

6    deposition even though they're documents which    10:45:52

7    affect this particular case, is that what you're  10:45:55

8    saying?                                            10:45:58

9         MS. KELLEY:  I'm saying the testimony as      10:46:01

10   to what she reviewed on the advice of counsel as  10:46:03

11   prepared by counsel, in preparation for this      10:46:06

12   deposition is attorney work product and it is     10:46:10

13   privileged.  I'm not saying the documents         10:46:12

14   themselves are privileged.  I'm saying the        10:46:14

15   testimony about her preparation with counsel is   10:46:18

16   privileged.                                        10:46:20

17        MR. TEMPLE:  I didn't ask about testimony     10:46:21

18   with counsel.  I'm asking about documents, DCPS   10:46:23

19   documents that she relied upon or is relying upon 10:46:32

20   to answer question two, and you're saying for the 10:46:33

21   record that it's privileged.  I just want to make 10:46:37

22   sure I'm correct about what I'm hearing.          10:46:41

Page 15

1        MS. KELLEY:  Yes.                              10:46:44

2        MR. TEMPLE:  Thank you.  And number two,      10:46:45

3   you're instructing the witness not to answer; is   10:46:47

4   that correct?                                       10:46:52

5        MS. KELLEY:  I'm not sure what question it    10:46:52

6   is that's pending that you're saying I'm           10:46:55

7   instructing her not to answer.  So if you want to  10:46:58

8   ask a new question, I will respond.                 10:47:01

9        MR. TEMPLE:  I'm not going to ask a new       10:47:02

10  question.  Let me be clear.  I have a question     10:47:03

11  pending.  You -- let me finish, please.  You       10:47:04

12  objected to number two, and number three, you told 10:47:07

13  her that she didn't have to answer the question.   10:47:11

14  And the question, so the record's clear, is what   10:47:13

15  governmental documents she relied upon to prepare  10:47:17

16  for and to answer question number two?             10:47:20

17       MS. KELLEY:  Yes.  I would object to her      10:47:27

18  testifying as to what documents counsel gave her   10:47:29

19  to review in preparation for this deposition, and  10:47:32

20  I instruct her not to answer.                       10:47:36

21     Q  And directing your attention to number      10:47:46

22  three.  What did you do to prepare to answer       10:47:48

Page 16

| | | |
|---|---|---|
| 1 | number three? | 10:47:57 |
| 2 | A   I again reviewed documents and spoke with | 10:47:58 |
| 3 | my counsel.   I spoke with counsel. | 10:48:02 |
| 4 | Q   Okay.   You didn't speak to anybody other | 10:48:04 |
| 5 | than your counsel; is that correct? | 10:48:07 |
| 6 | A   Correct. | 10:48:08 |
| 7 | Q   And the counsel you're referring to is | 10:48:09 |
| 8 | Ms. Kelley; is that correct? | 10:48:14 |
| 9 | A   Correct. | 10:48:16 |
| 10 | Q   Okay.   And what documents did you read to | 10:48:16 |
| 11 | review to prepare to answer number three? | 10:48:18 |
| 12 | MS. KELLEY:   Objection on the same grounds | 10:48:20 |
| 13 | as before; information is privileged and the | 10:48:22 |
| 14 | witness should not answer. | 10:48:25 |
| 15 | MR. TEMPLE:   And I presume that objections | 10:48:26 |
| 16 | runs throughout each of these questions; is that | 10:48:30 |
| 17 | correct, Counsel? | 10:48:34 |
| 18 | MS. KELLEY:   Yes, Counsel.   If you ask her | 10:48:34 |
| 19 | which documents she reviewed to the extent that | 10:48:36 |
| 20 | they were from counsel, I would object to her | 10:48:37 |
| 21 | testifying and I would instruct her not to answer. | 10:48:41 |
| 22 | Q   Are you aware of any meetings, Ms. Powe, | 10:48:47 |

Page 17

1    that Ms. Rhee held with John Davis?                    10:48:55

2        A   I'm not aware of any meetings.               10:49:02

3        Q   Okay.  Let me make sure that question -- I   10:49:05

4    apologize.  Are you aware of any meetings that        10:49:05

5    Ms. Rhee held with John Davis regarding               10:49:07

6    Mr. Dickerson's removal?                               10:49:14

7        A   I am not aware of any meetings that          10:49:16

8    Ms. Rhee held with Mr. Davis regarding                10:49:20

9    Mr. Dickerson's nonreappointment.                      10:49:29

10       Q   Okay.  Can you tell me who the               10:49:31

11   decision-makers were who decided not to reappoint     10:49:35

12   Mr. Dickerson?                                         10:49:41

13       A   After -- the former chancellor, Michelle     10:49:42

14   Rhee, was the decision-maker for the                  10:49:46

15   nonreappointment decision.                             10:49:49

16       Q   Was she the only decision maker?             10:49:50

17       A   Yes.                                          10:49:53

18       Q   How do you know?                             10:49:53

19       A   Because the D.C. code gives that authority   10:49:55

20   to the chancellor of D.C. Public Schools to decide    10:49:58

21   whether to reappoint or nonreappoint school           10:50:02

22   leaders.                                               10:50:08

Page 18

1     Q   And what was the specific reasons for her          10:50:08

2   decision?                                                 10:50:13

3     A   She made -- she made a decision not to             10:50:16

4   reappoint Mr. Dickerson based on a recommendation         10:50:20

5   from the Wilson LSAT team.  It was called LSRT at         10:50:24

6   the time.                                                 10:50:32

7     Q   How do you know that?                              10:50:32

8     A   Based on the documentation for the                 10:50:37

9   restructuring of the school as well as the                10:50:42

10  nonreappointment letter that was issued to                10:50:45

11  Mr. Dickerson.                                            10:50:48

12    Q   When you say documentation restructuring           10:50:48

13  of the school, what are you referring to?                 10:50:51

14    A   There was a memo that the LSRT issued to           10:50:52

15  Chancellor Rhee at the time with the                      10:50:59

16  recommendations on how to structure the school.           10:51:01

17    Q   Do you know what LSRT means?                       10:51:03

18    A   The Local School Restructuring Team.               10:51:06

19    Q   Do you know who the memo was from?                 10:51:13

20    A   It was from the local school restructuring         10:51:17

21  team.                                                     10:51:23

22    Q   Was there an individual's name on the              10:51:24

1    memo?                                                    10:51:26

2        A   I would have to look.  I don't have the         10:51:27

3    memo in front of me.  I would have to look at it        10:51:29

4    to see if there was a specific name on there.           10:51:31

5        Q   Do you know the date of that particular         10:51:33

6    memo?                                                    10:51:43

7        A   Not off the top of my head, no.                 10:51:44

8        Q   Have you read the memo?                         10:51:45

9        A   Yes.                                            10:51:47

10       Q   Is there a file for Mr. Dickerson in DCPS?      10:51:48

11       A   A file?                                         10:51:55

12       Q   Which contains documents related to his        10:51:57

13   nonreappointment?                                        10:52:00

14       A   There would have been a personnel file         10:52:03

15   while he was employed with DCPS.                         10:52:15

16       Q   Have you -- the LSRT memo that you              10:52:36

17   mentioned, you said that you read it.  When did         10:52:38

18   you read it?                                             10:52:38

19       A   I read it multiple times before today in       10:52:39

20   preparation for today, for this deposition.             10:52:43

21       Q   How many pages is that memo?                    10:52:43

22       A   I cannot recall the exact number of pages,      10:52:47

Page 20

1    but I know it's less than ten pages.                10:52:52

2        Q   And does it address other individuals        10:52:55

3    other than Mr. Dickerson?                            10:52:58

4        A   It addresses the recommendation for the     10:53:01

5    restructuring of Wilson High School, which           10:53:05

6    includes the recommendation about how to address     10:53:10

7    school leadership through that process.              10:53:12

8        Q   Does it address other personnel other than   10:53:15

9    Mr. Dickerson?                                        10:53:28

10       A   The memo is not about Mr. Dickerson          10:53:30

11   individually, the memo is a recommendation to the    10:53:33

12   chancellor regarding how the school should be        10:53:36

13   restructured.                                         10:53:39

14       Q   Is Mr. Dickerson's name mentioned in the     10:53:40

15   memo?                                                 10:53:44

16       A   I would have to look at the memo again to    10:53:44

17   tell you if the name is specifically mentioned in    10:53:48

18   the memo.                                             10:53:51

19       Q   Do you have it in your presence?             10:53:52

20       A   In front of me?  I don't have it in front   10:53:53

21   of me.  I don't have anything in front of me         10:53:55

22   except you all.                                       10:53:58

Page 21

| | | |
|---|---|---|
| 1 | Q   Can you access to it?  Do you have access | 10:53:59 |
| 2 | to it? | 10:54:02 |
| 3 | MS. KELLEY:  Objection. | 10:54:02 |
| 4 | MR. TEMPLE:  Noted. | 10:54:04 |
| 5 | Q   Can you access it? | 10:54:06 |
| 6 | THE WITNESS:  Can I answer the question? | 10:54:11 |
| 7 | MS. KELLEY:  Counsel, you cannot use the | 10:54:14 |
| 8 | virtual setting to shoehorn a document request | 10:54:16 |
| 9 | into this deposition. | 10:54:20 |
| 10 | MR. TEMPLE:  I'm not shoehorning a | 10:54:22 |
| 11 | document request.  I'm asking a question about -- | 10:54:24 |
| 12 | a specific question, which is -- you have an | 10:54:26 |
| 13 | objection. | 10:54:30 |
| 14 | MS. KELLEY:  If you were in a room and she | 10:54:31 |
| 15 | did not have the document in front of her, she | 10:54:34 |
| 16 | would not have a document in front of her.  Just | 10:54:37 |
| 17 | because she's sitting at a computer, you cannot | 10:54:40 |
| 18 | ask her to access any document she may have ever | 10:54:44 |
| 19 | seen. | 10:54:47 |
| 20 | MR. TEMPLE:  I'm asking her was | 10:54:47 |
| 21 | Mr. Dickerson's name mentioned in the document? | 10:54:49 |
| 22 | MS. KELLEY:  And she answered. | 10:54:52 |

Page 22

1    Q   What was your answer, Ms. Powe, for the          10:54:54

2    record?                                              10:54:57

3    A   That I can't recall if his name was              10:54:57

4    specifically in the document.                        10:55:00

5    Q   You said that the reason for his                 10:55:01

6    termination was the restructuring of the school.     10:55:06

7    And that there was a recommendation from LSRT        10:55:08

8    regarding the restructuring; correct?                10:55:13

9    A   I said the memo that I talked about was a         10:55:15

10   recommendation from the LSRT to Chancellor Rhee      10:55:18

11   about how to restructure Wilson, and included in     10:55:23

12   that memo with recommendations was how -- was a      10:55:27

13   recommendation on how to address school              10:55:30

14   leadership, and he was a part of school              10:55:32

15   leadership.                                          10:55:37

16   Q   Okay.  And what did it say about how to          10:55:37

17   address school leadership?                           10:55:40

18   A   That school leadership should be replaced.       10:55:42

19   There should be a new structure for school           10:55:44

20   leadership.                                          10:55:46

21   Q   And did it say why school leadership             10:55:49

22   should be replaced?                                  10:55:53

1        A   It talked about the reasons for -- through        10:55:54

2    the restructuring process there are several ways        10:55:59

3    to address how to improve the school, and one of        10:56:02

4    those ways is by replacing staff.  And so the        10:56:07

5    recommendation was to replace the staff that had        10:56:11

6    to do with the lack of progress of student        10:56:13

7    academics it says.  So as a part of school        10:56:23

8    leadership it was recommended that that team be        10:56:26

9    removed and replaced.        10:56:30

10       Q   Did that memo state that there were        10:56:31

11   deficiencies on the part of Mr. Dickerson        10:56:34

12   pertinent to the lack of leadership, the lack of        10:56:38

13   progress of students?        10:56:40

14       A   Did it -- I think I said this before, but        10:56:44

15   I don't recall if it named Mr. Dickerson        10:56:48

16   specifically, but it does address the school        10:56:50

17   leadership team.        10:56:52

18       Q   Do you know if there was an evaluation of        10:56:53

19   Mr. Dickerson to see the extent to which his        10:56:58

20   performance was deficient to Wilson?        10:57:02

21       A   Do you mean in the memo?        10:57:08

22       Q   No, independent of the memo.        10:57:11

Page 24

1    A   And, I'm sorry, could you ask the question          10:57:14

2  one more time?                                            10:57:16

3    Q   Do you know in terms of the reasoning for           10:57:17

4  Mr. Dickerson's termination -- nonreappointment,          10:57:21

5  the extent to which there was an evaluation of his        10:57:24

6  performance?                                              10:57:28

7    A   The reason for his nonreappointment was             10:57:31

8  based on the recommendation from the Wilson LSRT          10:57:35

9  and then Chancellor Rhee made the final decision          10:57:39

10  to nonreappoint as authorized in the D.C. code.          10:57:42

11    Q   That's not my question.  My question was           10:57:47

12  the extent to which Mr. Dickerson's performance          10:57:51

13  evaluations were considered in that                      10:57:57

14  decision-making process.                                 10:58:02

15       MS. KELLEY:  Objection to form.                     10:58:05

16       But you may answer, Ms. Powe.                       10:58:06

17    A   The reasoning for Mr. Dickerson's                  10:58:11

18  nonreappointment was based on the recommendation         10:58:13

19  from the LSRT to remove the school leadership            10:58:16

20  team.                                                    10:58:22

21    Q   I understand that.  That's not my                  10:58:22

22  question.  I have a very specific question.  I           10:58:25

Page 25

1    want to be very clear.  Did Ms. Rhee rely or          10:58:28

2    review Mr. Dickerson's performance evaluations in     10:58:35

3    making her decision?  Do you know the answer to       10:58:39

4    that question?                                         10:58:43

5        A   And that's what I'm saying.  Ms. Rhee's       10:58:44

6    reasoning for the nonreappointment was based on       10:58:48

7    the Wilson LSRT recommendation.                        10:58:50

8        Q   My question still is do you know whether       10:58:53

9    she reviewed Mr. Dickerson's performance              10:58:56

10   evaluations?                                           10:58:58

11       A   Not that I'm aware of.                         10:59:00

12       Q   Do you know if the restructuring team         10:59:01

13   reviewed Mr. Dickerson's performance evaluations?     10:59:07

14       A   Not that I'm aware of.                         10:59:11

15       Q   Would his performance, if he were            10:59:20

16   performing at an exceptional level, had               10:59:23

17   anything -- made a difference in terms of whether     10:59:29

18   he was removed or not?                                 10:59:34

19       MS. KELLEY:  Objection; calls for                 10:59:34

20   speculation.                                           10:59:34

21       You may answer.                                    10:59:34

22       Q   You can answer the question.                  10:59:34

Page 26

| | | |
|---|---|---|
| 1 | THE WITNESS:  You said I may answer, | 10:59:38 |
| 2 | Ms. Kelley? | 10:59:41 |
| 3 | A   And, Mr. Temple, your question was whether | 10:59:41 |
| 4 | if he were exceptional an employee would that have | 10:59:43 |
| 5 | made a difference? | 10:59:47 |
| 6 | Q   Yes. | 10:59:48 |
| 7 | A   No, because the recommendation from the | 10:59:50 |
| 8 | LSRT was to remove the leadership team as a whole. | 10:59:52 |
| 9 | Q   Do you know how many members were involved | 10:59:58 |
| 10 | in LSRT? | 11:00:10 |
| 11 | MS. KELLEY:  Objection; beyond the scope | 11:00:16 |
| 12 | of the notice. | 11:00:21 |
| 13 | But you can answer, Ms. Powe. | 11:00:21 |
| 14 | A   I cannot recall the exact number of | 11:00:23 |
| 15 | individuals on the LSRT. | 11:00:26 |
| 16 | Q   Do you know if anyone made a specific | 11:00:27 |
| 17 | recommendation to Ms. Rhee that Mr. Dickerson | 11:00:34 |
| 18 | should not be appointed? | 11:00:37 |
| 19 | A   No.  It says a recommendation was made. | 11:00:40 |
| 20 | Q   Do you know the extent to -- | 11:00:55 |
| 21 | MS. KELLEY:  Counsel -- | 11:00:55 |
| 22 | MR. TEMPLE:  Yes, ma'am? | 11:00:57 |

Page 27

| | | |
|---|---|---|
| 1 | MS. KELLEY:  I was just going to suggest | 11:00:58 |
| 2 | we end the screen share if you're not going to use | 11:01:02 |
| 3 | the notice more or you can leave it up. | 11:01:11 |
| 4 | MR. TEMPLE:  That's why I didn't want to | 11:01:11 |
| 5 | use it in the first place.  I don't need to use | 11:01:13 |
| 6 | that document for my questions, so we can end it. | 11:01:17 |
| 7 | Q  Ms. Powe, do you know what role John Davis | 11:01:26 |
| 8 | played in this decision-making process, if any? | 11:01:31 |
| 9 | A  As far as I'm aware, he wasn't a part of | 11:01:37 |
| 10 | the decision-making.  It was Chancellor Rhee who | 11:01:40 |
| 11 | made the decision to nonreappoint. | 11:01:44 |
| 12 | Q  I want to be clear, you have not spoken to | 11:01:47 |
| 13 | Ms. Rhee; is that correct? | 11:01:58 |
| 14 | A  Correct. | 11:02:00 |
| 15 | Q  Have you spoken to Pete Webber? | 11:02:00 |
| 16 | A  No. | 11:02:04 |
| 17 | Q  Jasmine Jose? | 11:02:04 |
| 18 | A  No. | 11:02:08 |
| 19 | Q  And certainly not John Davis; correct? | 11:02:08 |
| 20 | A  Correct. | 11:02:11 |
| 21 | Q  And do you know whether Pete Webber was | 11:02:11 |
| 22 | involved in the decision to remove Mr. Dickerson? | 11:02:15 |

Page 28

1    A   As far as I'm aware he was not involved.        11:02:21

2    Chancellor Rhee is the one who made the decision    11:02:21

3    to nonreappoint Mr. Dickerson.                       11:02:24

4    Q   Okay.  So do you know if Jasmine Jose was       11:02:24

5    involved in any way in making that decision?         11:02:28

6    A   Not that I'm aware of.                           11:02:31

7    Q   Were either Pete Webber or Jasmine Jose          11:02:32

8    involved in the process, the nonreappointment        11:02:37

9    process?                                             11:02:40

10   A   Not that I'm aware of.                           11:02:43

11   Q   Did you read any emails to Ms. Rhee from         11:02:51

12   anyone related to Mr. Dickerson's termination?       11:02:56

13   A   I did not read any emails from anyone to         11:03:03

14   Chancellor Rhee about Mr. Dickerson's                11:03:06

15   nonreappointment other than -- I'm sorry, other      11:03:09

16   than -- and that wasn't an email, it was a memo to   11:03:13

17   Ms. Rhee from the LSRT about the removal of the      11:03:18

18   Wilson leadership team.                              11:03:23

19   Q   Have you in your preparation for this            11:03:23

20   deposition seen any document that relates in any     11:03:36

21   way to Mr. Dickerson's performance while at          11:03:43

22   Wilson?                                              11:03:50

Page 29

```
 1      A  No.                                          11:03:51

 2      Q  So the only document that you have           11:03:51

 3   reviewed in this -- related to Ms. Rhee's decision  11:03:57

 4   to not reappoint Mr. Wilson is the LSRT memo; is    11:04:00

 5   that correct?                                       11:04:06

 6      A  As well as the nonreappointment letter       11:04:06

 7   from Ms. Rhee to Mr. Dickerson, correct.            11:04:09

 8      Q  Have you reviewed Mr. Wilson's personnel     11:04:12

 9   file -- I keep saying Mr. Wilson, I'm sorry.        11:04:27

10   Contribute that to my old age, sorry --            11:04:34

11   Mr. Dickerson's personnel file?                     11:04:34

12      A  No.                                          11:04:43

13      Q  And I'm sorry, that should be                11:04:44

14   Dr. Dickerson.  I'm sorry, Mr. Dickerson.           11:04:46

15         Are you aware of Mr. Dickerson's --          11:05:05

16   Dr. Dickerson's title when he was terminated?       11:05:08

17      A  At the time that Dr. Dickerson was           11:05:12

18   nonreappointed he was an assistant principal.       11:05:15

19      Q  Do you know what his other duties were at    11:05:19

20   the school?                                         11:05:21

21      A  Other than being an assistant principal?     11:05:21

22      Q  Yes.                                         11:05:25
```

1    A   I'm not aware of what he was doing outside          11:05:30

2    of being an assistant principal.                        11:05:34

3    Q   Do you know that he was also a teacher?             11:05:36

4        MS. KELLEY:   Objection.   These questions          11:05:56

5    are outside the deposition topics.                      11:05:58

6        But you may answer, Ms. Powe.                        11:06:01

7    A   I don't quite understand the question.              11:06:04

8    Are you asking --                                        11:06:07

9    Q   Did you know that he had multiple duties,           11:06:08

10   that he was a teacher and assistant principal and       11:06:11

11   dean of students?                                        11:06:14

12       MS. KELLEY:   I would also object that this          11:06:19

13   assumes facts not in evidence.                           11:06:22

14       You can answer.                                      11:06:24

15       MR. TEMPLE:   There's no facts in evidence,          11:06:28

16   Counsel.                                                 11:06:28

17   Q   You can answer the question.                         11:06:31

18   A   I'm not aware that he held any other                 11:06:31

19   positions other than assistant principal because        11:06:34

20   D.C. employees are not employed in multiple             11:06:34

21   positions at a time.                                     11:06:43

22   Q   I couldn't hear you.   You faded.                    11:06:43

Page 31

1    Employees are not what?                                  11:06:44

2        A   Sure.  I said I was only aware that he was      11:06:44

3    employed as assistant principal for DCPS.  I            11:06:47

4    wasn't aware that he was employed in any other          11:06:52

5    positions simultaneously.                               11:06:54

6        Q   You're saying employees are not supposed        11:06:55

7    to do that?                                             11:06:59

8        A   No, I was saying that's not something that      11:06:59

9    typically happens that someone is employed by DCPS      11:07:02

10   in multiple positions.                                  11:07:07

11       Q   Okay.  Have you seen document whatsoever        11:07:08

12   in the non -- related to the nonreappointment           11:07:30

13   process which speaks about Mr. Dickerson's --           11:07:33

14   Dr. Dickerson's accommodations, achievements at         11:07:39

15   the school, or anything else related to his             11:07:44

16   specific leadership qualities?                          11:07:47

17       A   No.                                             11:07:50

18       Q   In the LSRT memorandum, did it reference        11:08:12

19   in any way the assistant principal position?            11:08:17

20       A   Yes, it referred to the school leadership       11:08:28

21   team, which would include the assistant principal       11:08:30

22   position.                                               11:08:36

Page 32

1     Q   I'm not asking you what it referred to.        11:08:36

2   I'm asking did it specifically use the language,      11:08:39

3   have a discussion quote/unquote about the             11:08:41

4   assistant principal?                                  11:08:42

5     A   I would need to look at the memo to give        11:08:45

6   you an exact -- the exact language.                   11:08:47

7     Q   But you can't answer that question right        11:08:52

8   now; is that correct?                                 11:09:06

9     A   Correct.                                        11:09:08

10       MS. KELLEY:   She answered.                      11:09:08

11       MR. TEMPLE:   It's not answered, Counsel.        11:09:10

12   Thank you.                                           11:09:13

13     Q   You can't answer the question?  You said       11:09:14

14   don't know right now right now as we speak whether   11:09:15

15   there's language in the memo that specifically       11:09:18

16   references quote/unquote the assistant principal;    11:09:21

17   is that correct?                                     11:09:23

18     A   Correct.                                       11:09:25

19     Q   And what steps -- DCPS has an                  11:09:26

20   antidiscrimination policy; is that correct?          11:09:45

21     A   Yes.                                           11:09:47

22     Q   What does it state in terms of racial          11:09:47

Page 33

1      discrimination?                                              11:09:51

2          A   That no employee or African should be               11:09:51

3      subject to racial discrimination in application             11:09:57

4      for employment.                                             11:09:59

5          Q   Who is responsible at DCPS for enforcing            11:10:00

6      that policy?                                                11:10:03

7          A   It would be the EEO team, which is part of          11:10:04

8      the team that I lead under the labor management             11:10:08

9      employee relations team.                                    11:10:12

10         Q   So you said you lead that team?                     11:10:14

11         A   Correct.                                            11:10:18

12         Q   How is it that -- that team was in place            11:10:19

13     in 2007 and 2008; is that correct?                          11:10:30

14         A   The labor management and employee                   11:10:35

15     relations team was in place at the time, yes.               11:10:37

16         Q   Did they have the responsibility to                 11:10:40

17     enforce the EEO laws?                                       11:10:42

18         A   Yes, in conjunction with the office of              11:10:44

19     general counsel, yes.                                       11:10:47

20         Q   And what level of scrutiny did that                 11:10:48

21     particular office give to the firings and the               11:10:55

22     nonreappointments that occurred in 2007-2008 of             11:10:58

Page 34

1    principals and vice principals?                       11:11:02

2         MS. KELLEY:   Objection; this question is        11:11:05

3    outside the scope of the topics noticed.              11:11:07

4         But you may answer.                              11:11:12

5         MR. TEMPLE:   It's not outside of the scope      11:11:12

6    of the topics noticed.                                11:11:12

7         Q   You can answer the question.                 11:11:13

8         A   I'm sorry, can you repeat the question,      11:11:14

9    please?                                               11:11:16

10        Q   What level of scrutiny did they give to      11:11:16

11   the 2007-2008 terminations and nonreappointments?     11:11:22

12        A   So if somebody complains of discrimination   11:11:30

13   incident, then my team would review that.  And if     11:11:44

14   there's something that needs to be resolved or        11:11:49

15   corrected, we would take those steps based on the     11:11:52

16   advice of counsel in the general counsel's office.    11:11:58

17   And if there wasn't any evidence to support such a    11:12:01

18   claim, then there would be no further steps taken.    11:12:04

19        Q   Do you know if there was any investigation   11:12:07

20   of discrimination regarding Mr. Dickerson's           11:12:14

21   nonreappointment?                                     11:12:21

22        A   I'm not aware.  I'm not aware of any         11:12:22

Page 35

1    investigation or any complaint that was filed.        11:12:28

2        Q   You were aware of the grievances filed by     11:12:30

3    the union regarding the nonreappointment of           11:12:40

4    Mr. Dickerson?                                         11:12:46

5        A   Yes.                                           11:12:48

6        Q   Okay.  Was there a response to the -- the     11:12:49

7    three grievances that the union filed on his          11:12:52

8    behalf?                                                11:12:56

9        A   I cannot recall.                              11:13:04

10       Q   When there's a grievance -- let me direct     11:13:06

11   your attention to -- what exhibit is that?            11:13:10

12       Have you ever seen the letter from the            11:13:51

13   union, Council of School Officers Union related to    11:13:52

14   Mr. Dickerson's matter?                               11:13:56

15       A   I believe I have, but I can't say for sure    11:14:03

16   right now.                                            11:14:06

17       Q   Have you seen any responses at all to any     11:14:10

18   letters written by the union?                         11:14:15

19       A   I cannot recall.                              11:14:16

20       MS. KELLEY:  Counsel, we can see your             11:14:40

21   documents there.                                      11:14:42

22       MR. TEMPLE:  I'm going to take a                   11:14:51

Page 36

| | | |
|---|---|---|
| 1 | five-minute break to use the restroom. | 11:14:52 |
| 2 | MS. KELLEY:  That's fine. | 11:14:55 |
| 3 | (Off the record from 11:15 a.m. to | 11:15:02 |
| 4 | 11:22 a.m.) | 11:22:42 |
| 5 | Q  I want to go back to the restructuring | 11:22:42 |
| 6 | committee. | 11:22:46 |
| 7 | A  Okay. | 11:22:47 |
| 8 | Q  Can you hear me?  I'm sorry. | 11:22:48 |
| 9 | A  Yeah, I can hear you. | 11:22:54 |
| 10 | Q  Let me ask you in the document, the | 11:23:10 |
| 11 | restructuring committee document, do you know what | 11:23:14 |
| 12 | year it was written in? | 11:23:17 |
| 13 | A  2008. | 11:23:18 |
| 14 | Q  2008.  Do you know what month? | 11:23:20 |
| 15 | A  It was the spring, but I'm not for sure if | 11:23:27 |
| 16 | it was April or May or maybe March.  I'm not for | 11:23:31 |
| 17 | certain the month. | 11:23:35 |
| 18 | Q  Do you know if -- who the faculty reps | 11:23:37 |
| 19 | were that were a part of that? | 11:23:43 |
| 20 | A  No, not off the top of my head. | 11:23:45 |
| 21 | Q  Does the name -- was John Snotty a part of | 11:23:51 |
| 22 | that particular process? | 11:23:56 |

Page 37

1      A   John Snotty, I'm not recalling his name.          11:23:58

2      Q   How about Haddy Moore?                            11:24:06

3      A   It doesn't sound familiar.                        11:24:12

4      Q   Do you know if there was any individual           11:24:17

5   communications to Ms. Rhee from any of the faculty       11:24:27

6   in support of Mr. Dickerson?                             11:24:33

7      A   Not that I'm aware of.                            11:24:46

8      Q   Are you aware of any communication from           11:24:47

9   parents at Wilson in support of Mr. Dickerson?           11:24:52

10     A   I do recall, but I don't recall the names,        11:24:58

11  I don't know if they were community members or           11:25:04

12  parents, but I do recall a communication to             11:25:07

13  Chancellor Rhee on behalf of Dr. Dickerson.              11:25:13

14     Q   Do you know the extent to which those            11:25:19

15  communications were considered by Ms. Rhee in the        11:25:23

16  reappointment process?                                   11:25:27

17     A   The reasoning for the reappointment was          11:25:29

18  based on the recommendation from the Wilson LSRT.        11:25:32

19     Q   Ms. Rhee received a copy of the                  11:25:35

20  recommendation; correct?                                 11:25:37

21     A   Correct.                                          11:25:38

22     Q   Okay.  And once she received it, did she         11:25:38

Page 38

1    have any communication with anyone about the          11:25:41

2    restructuring memo?                                   11:25:44

3        A   Not that I'm aware of.                        11:25:47

4        Q   And how would you become aware of that?      11:25:49

5            MS. KELLEY:   Objection.                      11:25:58

6        A   Of whether she had --                         11:25:59

7        Q   What occurred after she received the         11:26:01

8    restructuring memo?                                   11:26:03

9        A   I wouldn't -- go ahead, I'm sorry.           11:26:05

10           MS. KELLEY:   Objection; vague.               11:26:08

11           You may answer.                               11:26:10

12       A   I wouldn't -- I don't know that I'm clear    11:26:12

13   on your question.                                     11:26:16

14       Q   Not a problem.  I appreciate that.           11:26:19

15           So to the extent that the memo did not       11:26:23

16   specifically recommend removing Dr. Dickerson,        11:26:29

17   okay, what are the reasons why then Ms. Rhee          11:26:34

18   decided to remove Dr. Dickerson?                      11:26:44

19       A   Dr. Dickerson was removed -- was             11:26:48

20   nonreappointed because he was part of the Wilson      11:26:53

21   school leadership team, and based on the              11:26:56

22   restructuring process that LSRT recommended that      11:26:58

Page 39

1   the leadership team be nonreappointed or removed          11:27:01

2   from Wilson.                                              11:27:08

3       Q   Did the restructuring team say in its memo        11:27:09

4   what its objective was for removing the                  11:27:20

5   leadership?                                              11:27:24

6       A   The recommendation was based on the              11:27:24

7   success or lack thereof of academic success by          11:27:33

8   students and they were recommending that all staff      11:27:38

9   related to those deficiencies be removed, which         11:27:42

10  would include the school leadership team.               11:27:46

11      Q   So you make the distinction between             11:27:47

12  reappointment and termination; correct?                11:28:01

13      A   Yes.                                            11:28:04

14      Q   Okay.  And explain the reappointment           11:28:05

15  process, please.                                        11:28:07

16      A   Sure.  Each year principals and assistant      11:28:09

17  principals are reappointed or, I'm sorry,               11:28:13

18  appointed to their position, and then at the end       11:28:18

19  of each school year it has to be -- their               11:28:20

20  appointment has to be renewed.  And if it's not        11:28:24

21  renewed then they are nonreappointed.  And that        11:28:28

22  decision is left to the chancellor of the system       11:28:33

Page 40

1    to decide whether to appoint them in the first          11:28:35

2    place and then reappoint or nonreappoint at the         11:28:38

3    end of the school year.                                 11:28:43

4        Q   Are there criteria that govern the              11:28:43

5    appointment, nonreappointment process?                  11:28:46

6        A   The authority that's given to the               11:28:48

7    chancellor gives that person the discretion to          11:28:53

8    decide whether to appoint or nonreappoint school        11:28:55

9    leadership.                                             11:29:01

10       Q   Is that a purely subjective discretion or       11:29:01

11   is it based on any objective factors?                   11:29:08

12       MS. KELLEY:   Objection to the extent that          11:29:13

13   calls for a legal conclusion.                           11:29:15

14       You may answer, Ms. Powe.                           11:29:18

15       A   In this instance the decision was based on      11:29:20

16   a recommendation to restructure the Wilson High         11:29:26

17   School.                                                 11:29:30

18       Q   I'm not really -- I'm asking you about the      11:29:30

19   process now versus that particular decision.            11:29:31

20       A   Okay.                                           11:29:35

21       Q   I'm asking you really to try to understand      11:29:35

22   the policies and procedures that govern the             11:29:37

Page 41

1    reappointment process.                                   11:29:41

2        A   Got it.  And what's your question?              11:29:43

3        Q   And my question was you said that Ms. Rhee      11:29:47

4    had discretion?                                          11:29:51

5        A   Correct.                                         11:29:53

6        Q   And I'm asking you, is that -- is there         11:29:53

7    any policy or procedure that informs that               11:29:55

8    discretion?                                              11:29:59

9        A   No.                                              11:30:04

10        Q   So it could be purely subjective?              11:30:05

11        MS. KELLEY:  Object again to the extent            11:30:11

12    that calls for a legal conclusion.  And also, this     11:30:12

13    is outside the scope of the noticed topic.             11:30:15

14        MR. TEMPLE:  I'm referring to topic four.          11:30:18

15    I appreciate that.  I disagree.  It especially         11:30:21

16    asks for explanation of the applicable                 11:30:24

17    decision-making process related to the                 11:30:27

18    appointment, the 2008-2009 reappointment.  And I'm     11:30:29

19    trying to get the foundational understanding           11:30:32

20    before I get to the question.                          11:30:34

21        Q   So you can answer the question, please.        11:30:36

22        A   So the discretion that the chancellor has      11:30:39

Page 42

```
 1    to appoint and nonreappoint is their decision, but      11:30:43

 2    they can consider -- they can consider other            11:30:49

 3    things if they want, but there's no -- if that          11:30:52

 4    answers your question, I'm not sure.                     11:30:59

 5        Q  I'm sorry, Ms. Powe, you're going in out          11:31:00

 6    and out.  So I want to make sure -- and I just           11:31:03

 7    want to make sure I'm clear.                             11:31:14

 8            So as a practice in the school system            11:31:17

 9    there, for the reappointments of school principals       11:31:23

10    and assistant principals does the superintendent         11:31:28

11    as a practice rely on performance evaluations?           11:31:36

12            MS. KELLEY:  Objection; vague as to time         11:31:45

13    period.                                                  11:31:49

14            But you may answer.                              11:31:50

15            MR. TEMPLE:  I'm talking about a practice.       11:31:51

16    Your objection is noted.                                 11:31:53

17        Q  And I'm talking about the chancellor,             11:31:55

18    okay?                                                    11:31:57

19        A  Do you mean during that time?                     11:31:58

20        Q  I'm talking about as a practice, not just         11:32:01

21    during that time, but between that time and now,         11:32:04

22    as a practice, does the chancellor in reappointing       11:32:07
```

Page 43

1    principals and assistant principals evaluate them       11:32:10

2    based on their performance?                             11:32:16

3        A   They can, but the chancellor would not be       11:32:22

4    doing the formal evaluation, if that's what you're      11:32:24

5    referring to.  And they can consider that, but          11:32:27

6    they don't have to.                                     11:32:31

7        Q   So for purposes of nonreappointments,           11:32:32

8    okay, my question was as a practice, you're saying      11:32:37

9    they don't have to consider performance?                11:32:42

10       A   Correct.                                         11:32:45

11       Q   Thank you.  Okay.  And directing your           11:32:46

12   attention to 2008-2009, in particular.  Okay.  Do       11:32:50

13   you know whether Ms. Rhee at any point, in not          11:33:02

14   reappointing Mr. Dickerson, okay, whether she           11:33:09

15   reviewed his performance?                               11:33:14

16       A   As far as I'm aware, Chancellor Rhee did a      11:33:18

17   categorical nonreappointment of the school             11:33:25

18   leadership team at Wilson based on the LSRT's          11:33:29

19   recommendation to her.                                  11:33:31

20       Q   Can you explain so that I'm clear, you          11:33:32

21   said a categorical nonreappointment; can you           11:33:48

22   explain exactly how that occurred?                      11:33:53

Page 44

1    A   Sure.   So the LSRT team as part of the        11:33:54

2   restructuring process made a number of             11:33:58

3   recommendations on how to restructure the school.   11:34:01

4   Part of that was to remove the staff that was       11:34:07

5   related to the failures or deficiencies of student  11:34:12

6   success or student performance at the school.  And  11:34:17

7   so as a result of that recommendation, Chancellor   11:34:19

8   Rhee nonreappointed school leadership at that team  11:34:21

9   who could reapply after that process, but before    11:34:28

10   that even happened she, based on the               11:34:33

11   recommendation nonreappointed the principals and   11:34:36

12   assistant principals at the school.                11:34:40

13    Q   Okay.   Is there a correlation between the    11:34:42

14   leadership problems that were identified in the    11:35:51

15   report and Mr. Dickerson's performance?            11:35:55

16        MS. KELLEY:   Objection; vague.   But you     11:36:01

17   may answer.                                        11:36:04

18    A   No.                                           11:36:04

19    Q   Was there an assessment of any kind           11:36:06

20   relative to Mr. Dickerson's leadership and         11:36:19

21   contribution to the well-being of the students     11:36:22

22   there at Wilson?                                   11:36:25

Page 45

```
 1      A   Was there an assessment by LSRT?              11:36:27

 2          Can you hear me?                              11:36:39

 3      Q   Yes.  I can hear you.                         11:36:41

 4      A   You were asking if the LSRT conducted an      11:36:43

 5   assessment of Dr. Dickerson?                         11:36:47

 6      Q   To the extent of his leadership skills and    11:36:49

 7   contributions to the leadership at the school to     11:36:54

 8   ascertain whether he was contributing to the         11:36:58

 9   well-being of the students?  And that means          11:37:05

10   academic and other development issues.               11:37:08

11      A   As far as I'm aware, Dr. Dickerson's          11:37:15

12   contributions were not assessed by the LSRT, the     11:37:18

13   LSRT and his nonreappointment was a part of the      11:37:24

14   recommendation to nonreappoint to the school         11:37:29

15   leadership team.                                     11:37:37

16      Q   Okay.  Now, I want to go back to make sure    11:37:38

17   we're clear, you were talking about                  11:37:41

18   nonreappointment.  Nonreappointment is the           11:37:43

19   standard means by which principals and assistant     11:37:45

20   principals would continue from year to year; is      11:37:48

21   that correct?                                        11:37:53

22      A   Yes, in general.  I mean, there could be      11:37:53
```

```
1    an instance where based on employee misconduct        11:37:56

2    someone could be terminated, but outside of that      11:38:01

3    they would be either appointed or nonreappointed      11:38:04

4    from year to year.                                    11:38:08

5         Q  Did you see a history of any misconduct on    11:38:09

6    the part of Mr. Dickerson in your preparation for     11:38:13

7    this deposition?                                      11:38:16

8         A  No.                                           11:38:18

9         Q  Are you aware that there was a misconduct     11:38:19

10   representation made related to his                    11:38:27

11   nonreappointment at the unemployment level?           11:38:29

12        MS. KELLEY:  Objection; assumes facts.           11:38:35

13   You can answer.                                       11:38:37

14        MR. TEMPLE:  That's not an objection in a        11:38:39

15   deposition, Counsel.  It's a deposition, not a        11:38:41

16   trial.  I'm developing facts.  Thank you.             11:38:44

17        MS. KELLEY:  It's to be conducted as if it       11:38:45

18   were testimony at trial.  I've made my objection.     11:38:50

19        Ms. Powe, you may answer.                        11:38:52

20        A  Can you repeat the question, now?             11:38:53

21        Q  Can you read the question back, please?       11:38:57

22        (Requested portion read back.)                   11:39:17
```

Page 47

1      A   I was not made aware of that.                    11:39:17

2      Q   You've been working with the school system       11:39:19

3   since 2016, did you say?                                11:39:37

4      A   Correct.                                         11:39:38

5      Q   Okay.  And in your position there, do you        11:39:39

6   deal with nonreappointments?                            11:39:41

7      A   I -- in my position, I do work with the          11:39:46

8   school leader recruitment and retention team, but       11:39:50

9   those letters come from the chancellor.                 11:39:54

10      Q   Are you aware of any nonreappointments of       11:39:56

11   an individual who is a high performer at the            11:40:00

12   principal or assistant principal level?                 11:40:08

13          MS. KELLEY:  Objection; vague; and beyond       11:40:14

14   the scope of the topics.                                11:40:17

15          But you can answer, Ms. Powe.                    11:40:20

16      A   Do you mean from that time period?              11:40:23

17      Q   From -- since you've been there.                11:40:26

18      A   Since I've been here.  So you're asking         11:40:29

19   since I've been here, have there been anybody           11:40:31

20   who's not been reappointed who had high                 11:40:35

21   performance?                                            11:40:40

22      Q   Yes.                                            11:40:41

Page 48

```
 1      A   Yes.                                          11:40:44

 2      Q   And why were they terminated -- without      11:40:48

 3   saying their names?                                 11:40:53

 4      A   Right.   For other reasons related to        11:40:54

 5   possible misconduct or other bad behavior.          11:40:57

 6      Q   So, other than bad behavior, if someone is   11:41:01

 7   terminated for bad behavior, you can't think of     11:41:07

 8   anyone who was terminated who had high performance  11:41:10

 9   without bad behavior?                               11:41:13

10      MS. KELLEY:   Objection; again, beyond the       11:41:16

11   scope.                                              11:41:21

12      But you may answer in your own knowledge.        11:41:21

13      A   Since 2016 -- I'm not remembering the year   11:41:33

14   this happened -- I believe we have had other        11:41:38

15   principals or assistant principals nonreappointed   11:41:41

16   due to restructuring or reorganization of schools.  11:41:46

17   I can't recall if that happened before 2016 and I   11:41:55

18   was just made aware once I came on board or if      11:41:57

19   that actually happened at or near the beginning of  11:42:01

20   the time I started with DCPS.                       11:42:05

21      Q   What is your retention policy regarding      11:42:26

22   employee personnel files?                           11:42:29
```

Page 49

1    A   Currently we maintain employee personnel        11:42:33

2    files in physical form as well as in electronic      11:42:41

3    form through our PeopleSoft system.  Those are the    11:42:46

4    policies.                                             11:42:57

5        Q   And I want to make sure I'm clear.  You       11:42:57

6    didn't review Mr. Dickerson's performance, his        11:43:03

7    personnel file; is that correct?                      11:43:06

8        A   Correct.                                      11:43:07

9        Q   And is there a reason why you did not do      11:43:08

10   that?                                                 11:43:14

11       A   Prior to 2009 DCPS did not have an            11:43:14

12   electronic system to maintain employee files.  And    11:43:21

13   so there has been a shift in how the files have       11:43:24

14   been maintained since then.  I didn't review his      11:43:30

15   file specifically in preparation for this.            11:43:36

16       Q   Are you aware of any meetings between         11:43:41

17   March 1st, 2008, and June 30th, 2008, outside of      11:43:47

18   the LSRT in which Mr. Dickerson's employment          11:43:52

19   status was discussed?                                 11:43:57

20       A   I'm not aware.                                11:43:59

21       Q   But you don't know whether any such           11:44:00

22   meetings occurred, obviously?                         11:44:10

Page 50

| | |
|---|---|
| 1 | A   Correct. | 11:44:12 |

1    A   Correct.                                          11:44:12

2    Q   Is there a record of -- by race of the          11:44:12

3    principals and assistant principals that were       11:44:19

4    terminated or not reappointed in 2008?              11:44:22

5    A   We -- we have records of the races of the       11:44:29

6    principals and assistant principals that were       11:44:33

7    employed during that time.                          11:44:36

8    Q   Do you know of the assistant principals --      11:44:39

9    do you know how many assistant principals were not  11:44:46

10   reappointed?                                        11:44:49

11   A   Do you mean for DCPS overall?                   11:44:49

12   Q   In 2008, yes.                                   11:44:52

13   A   No, I don't know the number off the top of      11:44:55

14   my head.                                            11:44:58

15   Q   Do you know who replaced Mr. Dickerson as       11:44:58

16   assistant principal at Wilson?                      11:45:02

17   A   Her name was -- there were -- so when the       11:45:05

18   principal -- I'm sorry, when the school leadership  11:45:10

19   team was replaced, the principal was appointed and  11:45:14

20   then two assistant principals were also appointed.  11:45:21

21   One was Mary Beth something, I can't remember --    11:45:27

22   Mary Beth, her last name is escaping me right now.  11:45:32

Page 51

1    And we also appointed Larry Bargemen and Charlotte    11:45:39

2    Butler --    11:45:39

3         THE REPORTER:  You're breaking up for me.    11:45:39

4    A   When the school leadership team was not    11:45:58

5    reappointed, a new principal was appointed and    11:45:59

6    then two assistant -- I'm sorry, three or four    11:46:02

7    assistant principals were also appointed in the    11:46:08

8    next year and following year.  And that would have    11:46:12

9    been Gregory Bargeman, Sa Brown, Charlotte Butler,    11:46:17

10   and Mary Beth -- her last name is escaping me    11:46:25

11   right now.    11:46:30

12    Q   Okay.  I want to just try to clarify what    11:46:31

13   you were saying here.  How many assistant    11:46:38

14   principals were appointed in 2008?    11:46:42

15    A   I know for sure one came on soon after.    11:46:56

16   There were two assistant principals appointed    11:47:03

17   because there would have been one for the ninth    11:47:07

18   grade and one for the tenth grade.    11:47:09

19    Q   Do you know what --    11:47:11

20        MS. KELLEY:  I was going to say, if this    11:47:16

21   is topic ten, we can also offer to submit a    11:47:19

22   written response to be sure that we get the names    11:47:23

Page 52

1    right.                                                11:47:27

2         THE WITNESS:  Yeah, I don't want to mess         11:47:28

3    the names up.                                         11:47:29

4         MR. TEMPLE:  All right.                          11:47:32

5    Q   So that would be for 2008-2009?                   11:47:33

6    A   Correct.                                          11:47:35

7    Q   But -- so name -- you mentioned Mary Beth         11:47:35

8    as one person.  Is that the first person that came   11:47:40

9    on?                                                   11:47:43

10   A   Yes.                                              11:47:44

11   Q   Okay.  And who would hire these assistant        11:47:49

12   principals?                                           11:47:57

13   A   The assistant principals are appointed by        11:47:58

14   the chancellor, the same as principals.               11:48:01

15   Q   And do you know the process for appointing       11:48:09

16   vice principals or assistant principals?              11:48:15

17   A   Sure.  So, they have to apply to go into a       11:48:18

18   pool of candidates and if they're accepted into       11:48:22

19   that pool of candidates then they participate in a    11:48:28

20   panel interview, and if they pass that then they      11:48:32

21   can select or they can be selected to interview at    11:48:36

22   -- this is the general process -- they can be         11:48:39

Page 53

```
 1   selected to interview at different schools.        11:48:42

 2       Q  And the decision, the final decision is     11:48:48

 3   made by the chancellor; correct?                   11:48:51

 4       A  Correct.  So they would interview with the  11:48:52

 5   school leader, and if the school leader had an     11:48:54

 6   interview team and then the chancellor would be    11:48:57

 7   the person to -- I'm sorry, the chancellor would   11:49:00

 8   be the person to make that offer to appoint them   11:49:03

 9   if they wanted to work for us.                     11:49:06

10       Q  And who would have been the school leader   11:49:07

11   at Wilson in 2008-2009?                            11:49:10

12       A  His name was Cahall Pete -- Cahall, I       11:49:14

13   don't know if I'm saying his name correctly,       11:49:23

14   C-A-H-I-L-L.                                       11:49:26

15           MS. KELLEY:  C-A-H-A-L-L.                  11:49:26

16           THE WITNESS:  I'm sorry.                   11:49:26

17       Q  And what would have been his role in that   11:49:36

18   process?                                           11:49:41

19       A  As principal, he would've also interviewed  11:49:41

20   with the candidates since they worked for him or   11:49:45

21   reported to him, rather.                           11:49:51

22       Q  I want to go back to this particular stage  11:49:52
```

Page 54

1    of the decision-making process.  Okay.  Were you          11:49:56

2    aware that when Ms. Rhee was talking about the            11:50:05

3    restructuring that the Council was concerned about        11:50:08

4    the potential bias in the process?                        11:50:12

5         MS. KELLEY:  Objection; vague; and calls             11:50:17

6    for speculation.                                          11:50:22

7         You can answer.                                      11:50:23

8     Q   Did you understand the question?                     11:50:24

9     A   You're asking if I was aware that a                  11:50:26

10   counselor had concerns?                                   11:50:29

11    Q   No, the City Council?                                11:50:30

12    A   Oh, no, I was not aware of that.                     11:50:32

13    Q   Okay.  And that the Council was aware                11:50:35

14   about the potential racial bias in this process,         11:50:39

15   are you aware of that?                                    11:50:44

16    A   No.                                                  11:50:45

17    Q   And during this process of removing, not            11:50:46

18   reappointing Wilson and then Mary Beth -- Mary           11:50:57

19   Beth's race, for the record, is Caucasian; is that      11:51:01

20   correct?                                                  11:51:04

21    A   Correct.                                             11:51:04

22    Q   And the second principal hired in 2008,             11:51:05

Page 55

1   you don't remember their name.  Do you remember       11:51:08

2   their race?                                           11:51:11

3       A   He was -- was he a black man?  Gregory        11:51:14

4   Bargeman.                                             11:51:20

5       Q   Gregory what?                                 11:51:23

6       A   Bargeman, B-A-R-G-E-M-A-N.  Is that the       11:51:26

7   correct spelling?                                     11:51:31

8       Q   We'll get the correct spelling.  So he was    11:51:33

9   hired in 2008?                                        11:51:37

10      A   Yes.                                          11:51:38

11      Q   And did he perform the same                   11:51:38

12  responsibilities as Mr. Dickerson?                    11:51:40

13      A   He was appointed to the assistant             11:51:42

14  principal position, so he would've performed          11:51:46

15  assistant principal duties.                           11:51:49

16      Q   What particular position -- what was his      11:51:50

17  responsibilities?                                     11:51:53

18      A   To -- he -- well, in this instance now        11:51:55

19  when Wilson was restructured, we had an assistant     11:52:00

20  principal lead each grade, so ninth grade, tenth      11:52:05

21  grade, so on and so forth each had a principal        11:52:11

22  assigned to oversee that grade and their              11:52:16

Page 56

1    academics, staff, everything to deal with that          11:52:20

2    grade and student progress.                             11:52:24

3        Q   So in addition to the recommendations made     11:52:26

4    to Rhee, there was actually a restructuring plan        11:52:29

5    put in place simultaneously, is that what you're        11:52:36

6    saying?                                                 11:52:39

7        A   Right.  So the recommendation was the plan     11:52:40

8    or the recommended plan -- the chancellor would         11:52:44

9    have to be the person to approve and implement          11:52:48

10   that plan, but they made the recommendation on          11:52:52

11   staff retention or removal as well as the plan          11:52:54

12   moving forward to improve the progress for              11:52:58

13   students.                                               11:53:01

14       Q   I couldn't hear the last thing you said.        11:53:05

15       A   I said they made the recommendation to put      11:53:09

16   in place a plan to improve student progress.            11:53:14

17       Q   Is Bargeman still at Wilson?                    11:53:19

18       A   No.                                             11:53:25

19       Q   Do you know how many assistant principals       11:53:39

20   were at Wilson in 2008 when Dr. Dickerson was           11:53:41

21   removed?                                                11:53:45

22       A   As far as I recall there was one initially      11:53:51

| | | |
|---|---|---|
| 1 | and then a second was brought on following -- the | 11:53:54 |
| 2 | following school year or at some point during the | 11:54:00 |
| 3 | following school year. | 11:54:04 |
| 4 | Q   What year are you referencing when you say | 11:54:06 |
| 5 | the following school year? | 11:54:10 |
| 6 | A   2008-2009. | 11:54:12 |
| 7 | Q   But up to June 2008, how many assistant | 11:54:15 |
| 8 | principals were at Wilson High School? | 11:54:18 |
| 9 | A   One, as I recall. | 11:54:20 |
| 10 | Q   Is Ms. Waits still at -- Ms. Waits, is she | 11:54:24 |
| 11 | still at Wilson? | 11:55:08 |
| 12 | A   No. | 11:55:10 |
| 13 | Q   When did she leave? | 11:55:10 |
| 14 | MS. KELLEY:  Objection; beyond the scope. | 11:55:15 |
| 15 | But you may answer. | 11:55:19 |
| 16 | A   I don't know. | 11:55:22 |
| 17 | Q   If one is not reappointed, they're | 11:55:24 |
| 18 | appointed; right? | 11:55:24 |
| 19 | A   Say it again. | 11:55:24 |
| 20 | Q   If one is not reappointed, they're | 11:55:41 |
| 21 | appointed; correct? | 11:55:46 |
| 22 | MS. KELLEY:  Objection; confusing. | 11:55:48 |

Page 58

| | |
|---|---|
| 1 | You may answer. | 11:55:49 |
| 2 | A  So when -- at the end of the school year, | 11:55:51 |
| 3 | it's a little before the end of the school year | 11:55:53 |
| 4 | you get either a reappointment letter or a | 11:55:56 |
| 5 | nonreappointment letter. | 11:56:00 |
| 6 | Q  What goes into -- are the same factors | 11:56:05 |
| 7 | that go into nonreappointment the same factors | 11:56:07 |
| 8 | that go into appointment?  Is it a subjective | 11:56:10 |
| 9 | decision by the chancellor? | 11:56:17 |
| 10 | A  So initial reappointment is that interview | 11:56:18 |
| 11 | process that I walked you through a couple minutes | 11:56:22 |
| 12 | ago where they have to interview and go into the | 11:56:22 |
| 13 | pool and things like that, but as far as | 11:56:28 |
| 14 | reappointment and nonreappointment, those | 11:56:29 |
| 15 | decisions are given to the chancellor to make.  So | 11:56:31 |
| 16 | it's within his or her discretion to appoint or | 11:56:36 |
| 17 | nonreappoint from year to year. | 11:56:41 |
| 18 | Q  After Dr. Dickerson was not reappointed | 11:56:44 |
| 19 | was there a posted job announcement for the | 11:56:48 |
| 20 | vacancy? | 11:56:51 |
| 21 | MS. KELLEY:  Objection; beyond the scope. | 11:56:55 |
| 22 | But you may answer. | 11:57:00 |

Page 59

| | | |
|---|---|---|
| 1 | A   I cannot speak to whether there was a | 11:57:00 |
| 2 | posting at the time. | 11:57:05 |
| 3 | Q   What do your policy and procedure require? | 11:57:06 |
| 4 | A   Say that again. | 11:57:08 |
| 5 | Q   What do your policies and procedures | 11:57:09 |
| 6 | require for vacancies? | 11:57:11 |
| 7 | MS. KELLEY:  Objection; vague. | 11:57:15 |
| 8 | A   So we have -- for school leaders if there | 11:57:16 |
| 9 | is a vacancy at a school we have a school leader | 11:57:24 |
| 10 | recruitment and retention team and they go through | 11:57:29 |
| 11 | the country to recruit school leaders, and then we | 11:57:32 |
| 12 | also post on different websites when we have a | 11:57:38 |
| 13 | school leader vacancy available. | 11:57:45 |
| 14 | MR. TEMPLE:  We can take about a | 11:58:07 |
| 15 | ten-minute break and we'll be close the wrapping | 11:58:10 |
| 16 | up. | 11:58:13 |
| 17 | THE WITNESS:  Okay. | 11:58:24 |
| 18 | (Off the record from 11:58 a.m. to | 11:58:24 |
| 19 | 12:12 p.m.) | 12:12:19 |
| 20 | Q   Looking at number four, back to | 12:12:19 |
| 21 | reappointments. | 12:12:22 |
| 22 | A   Okay.  I'm not looking at the same | 12:12:24 |

Page 60

1    document.  Can you read to me --                    12:12:27

2        Q   Yeah, the subject matter is reappointment.   12:12:30

3        A   Okay.                                         12:12:32

4            MS. KELLEY:  Can I read the topic for the     12:12:42

5    record, Counsel?                                      12:12:45

6            MR. TEMPLE:  Please.                          12:12:45

7            MS. KELLEY:  All right.  Topic number four    12:12:48

8    seeks explanation of the applicable                   12:12:50

9    decision-making process related to the 2008-2009      12:12:53

10   nonreappointment of D.C. schools principals and       12:12:55

11   assistant principals and the extent to which that     12:12:55

12   process applied to the decision to remove             12:13:02

13   plaintiff from his assistant principal position at    12:13:05

14   Wilson High School.                                   12:13:09

15       Q   Are you familiar with the reappointment       12:13:10

16   process?  Let me ask you this before I go there.      12:13:15

17   The candidates to -- become assistant principals;     12:13:18

18   right?                                                12:13:25

19       A   Okay.                                         12:13:25

20       Q   Were those decisions made based upon their    12:13:25

21   levels of competency and performance history?         12:13:31

22       A   I'm not sure I understand.                    12:13:39

Page 61

| | | |
|---|---|---|
| 1 | Q  I can rephrase it. | 12:13:44 |
| 2 | What were the factors relied upon to hire | 12:13:47 |
| 3 | the candidates, the assistant principal who came | 12:13:50 |
| 4 | in 2008? | 12:13:57 |
| 5 | MS. KELLEY:  I'm going to object.  That is | 12:14:01 |
| 6 | beyond the scope of topic four which the District | 12:14:03 |
| 7 | understood referred to the nonreappointment | 12:14:07 |
| 8 | process, not the hiring process that followed. | 12:14:12 |
| 9 | But, Ms. Powe, you can answer based upon | 12:14:16 |
| 10 | your own knowledge. | 12:14:20 |
| 11 | A  I don't know the answer to that question. | 12:14:21 |
| 12 | Q  But as a policy, you do know that | 12:14:23 |
| 13 | principals and assistant principals are appointed | 12:14:26 |
| 14 | based upon their qualifications; is that correct? | 12:14:33 |
| 15 | A  You said they're appointed and | 12:14:34 |
| 16 | reappointed. | 12:14:37 |
| 17 | Q  No, appointed based upon their | 12:14:37 |
| 18 | qualifications? | 12:14:40 |
| 19 | A  Yes. | 12:14:41 |
| 20 | Q  And they're reappointed based upon their | 12:14:41 |
| 21 | qualifications and their performance; is that | 12:14:45 |
| 22 | correct? | 12:14:47 |

Page 62

1        A   They're reappointed based on the          12:14:47

2    chancellor's decision.                             12:14:51

3        Q   Okay.  And but new assistant principals    12:14:52

4    are not hired subjectively, are they?              12:14:57

5            MS. KELLEY:  Objection; vague; beyond the  12:15:05

6    scope.                                             12:15:07

7            But you may answer, Ms. Powe.              12:15:09

8        A   I don't know.  The final hiring decision   12:15:10

9    lies with the chancellor, but they go through a    12:15:14

10   number of interviews with DCPS internal employees  12:15:16

11   as well as the community, in some instances --     12:15:23

12   community members in some instances, so that's as  12:15:26

13   much as I know.                                    12:15:32

14       Q   But the decision is based upon, among      12:15:32

15   other things, a candidate's qualifications; is     12:15:37

16   that correct?                                      12:15:41

17       A   Yes.                                       12:15:41

18       Q   Now, is there a reason to extent there's a 12:15:43

19   restructuring, is there a reason why Dr. Dickerson 12:15:51

20   was not able to compete for his position after not 12:15:55

21   being reappointed?                                 12:16:04

22           MS. KELLEY:  Objection; assumes facts; and 12:16:06

Page 63

1    beyond the scope.                                      12:16:11

2          You may answer, Ms. Powe.                        12:16:15

3      A   Can you repeat the question one more time,       12:16:16

4    Mr. Temple?                                            12:16:17

5      Q   Let me be more specific.  Do you know the        12:16:17

6    extent to which Dr. Dickerson could reapply for        12:16:19

7    his assistant principal position in 2008?             12:16:22

8      A   Yes, he would have been given the               12:16:30

9    opportunity to reapply as an assistant principal,     12:16:32

10   but as far as I'm aware, he did not -- he did not     12:16:35

11   apply to go to that position.                         12:16:40

12     Q   Do you know -- do you know that he was          12:16:42

13   told that he could not reapply?                        12:16:45

14         MS. KELLEY:  Objection; assumes facts.          12:16:52

15         You may answer.                                  12:16:54

16     A   I was not told that.  I'm not aware of          12:16:54

17   that, I should say.                                    12:16:57

18     Q   Okay.  So to the extent that he could          12:16:57

19   reapply, he could just reapply, and then what         12:17:04

20   would happen?  He wouldn't be considered?             12:17:06

21     A   Yes.  Once he reapplies he would go            12:17:08

22   through that application process again, correct.      12:17:11

Page 64

1    Q   Okay.   And are you aware of what -- you're        12:17:14

2  familiar with retreats rights; is that correct?         12:17:45

3    A   Yes.                                               12:17:46

4    Q   Okay.   Did Dr. Dickerson have retreat            12:17:46

5  rights in June after he received a letter of            12:17:50

6  nonreappointment?                                        12:17:55

7    A   Yes.                                               12:17:55

8    Q   And what would that have meant?                    12:17:56

9    A   That would've meant he could've gone back         12:17:58

10 into his DCPS position that he held prior to being      12:18:02

11 appointed as a principal.                                12:18:07

12   Q   And do you know that that position was            12:18:08

13 dean of students?                                        12:18:10

14   A   I'm not recalling the specific position,          12:18:15

15 but I know it was a school-based position.               12:18:18

16   Q   Do you know if he was offered retreat             12:18:22

17 rights to his previous position?                         12:18:25

18   A   As far as I'm aware.                               12:18:28

19     MS. KELLEY:   Objection; beyond the scope.          12:18:30

20 But you may answer based on your own knowledge.          12:18:34

21   A   As far as I know he was provided the              12:18:38

22 opportunity to enter his retreat rights.                 12:18:40

Page 65

1    Q   And you said as far as you know.  What is        12:18:45

2    that knowledge based upon?                           12:18:50

3    A   Based on his nonreappointment letter and         12:18:51

4    then part of his off boarding process once he was    12:18:57

5    nonreappointed.                                       12:19:00

6    Q   When you say off boarding, that means you        12:19:02

7    lose your job transitioning to --                     12:19:10

8    A   Correct.  When you're transitioning out of       12:19:15

9    your position with DCPS, part of that would've       12:19:17

10   been, you know, would be receiving your letter       12:19:20

11   saying you're nonreappointed but you have retreat    12:19:22

12   rights, and then any other communications, if he     12:19:25

13   would've contacted HR or spoken with his             12:19:27

14   instructor superintendent, he would've been given    12:19:31

15   that information that he had a right to retreat       12:19:32

16   rights to go back into his school-based position     12:19:35

17   prior to holding his assistant principal position.   12:19:37

18   Q   Who would have relayed that to -- what's         12:19:41

19   the process by which a person is informed of their   12:19:44

20   retreat rights?                                       12:19:47

21   A   Currently the process is that it's              12:19:48

22   outlined in the nonreappointment letter and also    12:19:52

Page 66

1    an email that comes from the HR team to that          12:19:56

2    individual.                                            12:19:58

3        Q  Do you know any of the HR people who were      12:20:05

4    involved with Dr. Wilson's nonreappointment --        12:20:07

5    Dr. Dickerson's nonreappointment and retreat          12:20:12

6    rights in 2008?                                        12:20:22

7        A  The -- can you repeat the question?            12:20:24

8        Q  Do you know any other persons that were        12:20:28

9    involved in -- on the HR side in Dr. Dickerson's      12:20:31

10   nonreappointment and off boarding, as you call it?    12:20:40

11       A  No, I don't know of the individuals.           12:20:46

12       Q  Do you know if Ms. Jose is still employed      12:20:49

13   there?                                                 12:20:57

14       A  She is not.                                     12:20:58

15       Q  Have you had any communications with her       12:20:58

16   about --                                               12:21:02

17       A  No.                                             12:21:02

18       Q  Indulgence here.                               12:21:20

19          Are performance evaluations required for       12:21:28

20   assistant principals?                                 12:21:33

21          MS. KELLEY:  Objection; vague; and             12:21:38

22   possibly beyond the scope.  But you may answer.       12:21:40

Page 67

| | | |
|---|---|---|
| 1 | A   You said are evaluations required for | 12:21:47 |
| 2 | assistant principals? | 12:21:51 |
| 3 | Q   Yes. | 12:21:52 |
| 4 | A   Currently, yes. | 12:21:53 |
| 5 | Q   How about circa 2008, 2009? | 12:21:55 |
| 6 | A   There was also an evaluation system in | 12:22:07 |
| 7 | place during that time and the expectation was | 12:22:10 |
| 8 | that evaluations would be completed for all | 12:22:13 |
| 9 | school-based staff.  That was the expectation, | 12:22:17 |
| 10 | yes. | 12:22:25 |
| 11 | Q   That would include -- all school-based | 12:22:25 |
| 12 | staff would include the leadership team? | 12:22:30 |
| 13 | A   Correct.  Yes. | 12:22:31 |
| 14 | MR. TEMPLE:  I need to call my client to | 12:23:33 |
| 15 | have a conversation with my client before closing. | 12:23:35 |
| 16 | So I need about -- a few minutes. | 12:23:37 |
| 17 | MS. KELLEY:  Five? | 12:23:43 |
| 18 | MR. TEMPLE:  Five is fine.  Thank you. | 12:23:44 |
| 19 | (Off the record from 12:23 p.m. to 12:31 | 12:23:50 |
| 20 | p.m.) | 12:31:16 |
| 21 | MR. TEMPLE:  I have no further questions. | 12:31:16 |
| 22 | MS. KELLEY:  The District has no questions | 12:31:29 |

Page 68

1    for the witness.  We will file with plaintiff, I      12:31:31

2    guess, send you a written response to topic ten       12:31:34

3    specifying the names of the APs in 2008, 2009.        12:31:37

4         MR. TEMPLE:  Very well.  Will that include       12:31:42

5    the appointment dates?                                12:31:48

6         MS. KELLEY:  The topic doesn't ask for           12:31:50

7    that, but I will look.                                12:31:53

8         MR. TEMPLE:  Ms. Powe, thank you very            12:32:05

9    much.  And it's been a pleasure to meet you           12:32:07

10   despite the circumstances.                            12:32:10

11        THE WITNESS:  Same here.                         12:32:10

12        MR. TEMPLE:  Thank you.                          12:32:11

13        MS. KELLEY:  We'd like to review the             12:32:20

14   transcript for any errors and then sign.

15        (Off the record at 12:32 p.m.)

16

17

18

19

20

21

22

1                   E R R A T A   S H E E T

2     IN RE:  DICKERSON -v- D.C.

3     WITNESS:  DONIELLE POWE

4     Page      Line              Correction and Reason

5     _____     _____             _____

6     _____     _____             _____

7     _____     _____             _____

8     _____     _____             _____

9     _____     _____             _____

10    _____     _____             _____

11    _____     _____             _____

12    _____     _____             _____

13    _____     _____             _____

14    _____     _____             _____

15    _____     _____             _____

16    _____     _____             _____

17    _____     _____             _____

18    _____     _____             _____

19    _____     _____             _____

20

21    _____           _____

22    Date                        Signature

Page 70

1                    ACKNOWLEDGMENT OF DEPONENT

2            I, DONIELLE POWE, do hereby acknowledge

3      that I have read and examined the foregoing

4      testimony and the same is a true, correct and

5      complete transcription of the testimony given by

6      me and any corrections appear on the attached

7      errata sheet signed by me.

8

9      _____        _____

10           (SIGNATURE)                (DATE)

11

12

13

14

15

16

17

18

19

20

21

22

1          CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2               I, PAUL P. SMAKULA, the officer before whom

3     the foregoing deposition was taken, do hereby

4     certify that the foregoing transcript is a true

5     and correct record of the testimony given; that

6     said testimony was taken by me stenographically

7     and thereafter reduced to typewriting under my

8     direction; that reading and signing was requested;

9     and that I am neither counsel for, related to, nor

10    employed by any of the parties to this case and

11    have no interest, financial or otherwise, in its

12    outcome.

13

14    IN WITNESS WHEREOF, I have hereunto set my hand

15    and affixed my notarial seal this 11th day of

16    February, 2021.

17

18    My commission expires:  June 18, 2023.

19

20    _____

21    NOTARY PUBLIC IN AND FOR

22    THE STATE OF MARYLAND

**A**

**a.m** 1:18 11:14 36:3
   36:4 59:18
**able** 62:20
**absolutely** 9:17
**academic** 39:7
   45:10
**academics** 23:7
   56:1
**accepted** 52:18
**access** 21:1,1,5,18
**accommodations**
   31:14
**achievements**
   31:14
**acknowledge** 70:2
**ACKNOWLED...**
   70:1
**actions** 10:12
**addition** 56:3
**address** 20:2,6,8
   22:13,17 23:3,16
**addresses** 20:4
**advice** 14:10 34:16
**affect** 14:7
**affixed** 71:15
**African** 33:2
**age** 29:10
**agency** 7:2
**ago** 58:12
**agreement** 1:17
**ahead** 38:9
**announcement**
   58:19
**answer** 8:22 9:7,9
   9:21 11:19 12:17
   12:22 13:3,11,12
   14:20 15:3,7,13
   15:16,20,22 16:11
   16:14,21 21:6
   22:1 24:16 25:3
   25:21,22 26:1,13
   30:6,14,17 32:7
   32:13 34:4,7
   38:11 40:14 41:21
   42:14 44:17 46:13
   46:19 47:15 48:12
   54:7 57:15 58:1
   58:22 61:9,11

62:7 63:2,15
64:20 66:22
**answered** 21:22
   32:10,11
**answers** 42:4
**antidiscrimination**
   32:20
**anybody** 16:4
   47:19
**apologize** 17:4
**appear** 70:6
**applicable** 41:16
   60:8
**application** 33:3
   63:22
**applied** 60:12
**apply** 52:17 63:11
**appoint** 40:1,8 42:1
   53:8 58:16
**appointed** 26:18
   39:18 46:3 50:19
   50:20 51:1,5,7,14
   51:16 52:13 55:13
   57:18,21 61:13,15
   61:17 64:11
**appointing** 52:15
**appointment** 39:20
   40:5 41:18 58:8
   68:5
**appreciate** 38:14
   41:15
**approve** 56:9
**April** 36:16
**APs** 68:3
**area** 8:17
**ascertain** 45:8
**asked** 13:3
**asking** 11:18 13:5
   14:18 21:11,20
   30:8 32:1,2 40:18
   40:21 41:6 45:4
   47:18 54:9
**asks** 41:16
**assessed** 45:12
**assessment** 44:19
   45:1,5
**assigned** 55:22
**assistant** 29:18,21
   30:2,10,19 31:3

31:19,21 32:4,16
39:16 42:10 43:1
44:12 45:19 47:12
48:15 50:3,6,8,9
50:16,20 51:6,7
51:13,16 52:11,13
52:16 55:13,15,19
56:19 57:7 60:11
60:13,17 61:3,13
62:3 63:7,9 65:17
66:20 67:2
**assumes** 30:13
   46:12 62:22 63:14
**attached** 3:7 8:8
   70:6
**attention** 7:16 8:13
   11:7 15:21 35:11
   43:12
**attorney** 2:12 5:9
   9:15 10:5,6 13:18
   14:12
**audio** 7:20
**August** 4:15
**authority** 17:19
   40:6
**authorized** 24:10
**available** 59:13
**aware** 16:22 17:2,4
   17:7 25:11,14
   27:9 28:1,6,10
   29:15 30:1,18
   31:2,4 34:22,22
   35:2 37:7,8 38:3,4
   43:16 45:11 46:9
   47:1,10 48:18
   49:16,20 54:2,9
   54:12,13,15 63:10
   63:16 64:1,18

**B**

**B** 3:6
**B-A-R-G-E-M-A...**
   55:6
**back** 36:5 45:16
   46:21,22 53:22
   59:20 64:9 65:16
**bad** 48:5,6,7,9
**Barash** 5:7
**Bargeman** 51:9

55:4,6 56:17
**Bargemen** 51:1
**based** 18:4,8 24:8
   24:18 25:6 34:15
   37:18 38:21 39:6
   40:11,15 43:2,18
   44:10 46:1 60:20
   61:9,14,17,20
   62:1,14 64:20
   65:2,3
**beginning** 48:19
**behalf** 1:20 2:2,10
   6:19 7:2 35:8
   37:13
**behavior** 48:5,6,7,9
**believe** 35:15 48:14
**Beth** 50:21,22
   51:10 52:7 54:18
**Beth's** 54:19
**better** 7:22
**beyond** 26:11 47:13
   48:10 57:14 58:21
   61:6 62:5 63:1
   64:19 66:22
**bias** 54:4,14
**bit** 6:21
**black** 55:3
**board** 48:18
**boarding** 65:4,6
   66:10
**break** 6:11 11:15
   36:1 59:15
**breaking** 51:3
**brought** 57:1
**Brown** 51:9
**Butler** 51:2,9

**C**

**C** 2:1 3:1 4:1
**C-A-H-A-L-L**
   53:15
**C-A-H-I-L-L** 53:14
**CA** 1:6
**Cahall** 53:12,12
**call** 66:10 67:14
**called** 1:16 18:5
**calls** 9:8 12:7,13
   25:19 40:13 41:12
   54:5

**candidate's** 62:15
**candidates** 52:18
   52:19 53:20 60:17
   61:3
**case** 7:6,9 9:16,18
   10:9 14:7 71:10
**categorical** 43:17
   43:21
**Caucasian** 54:19
**certain** 36:17
**certainly** 27:19
**CERTIFICATE**
   71:1
**certify** 71:4
**chain** 5:6
**chancellor** 17:13,20
   18:15 20:12 22:10
   24:9 27:10 28:2
   28:14 37:13 39:22
   40:7 41:22 42:17
   42:22 43:3,16
   44:7 47:9 52:14
   53:3,6,7 56:8 58:9
   58:15 62:9
**chancellor's** 62:2
**Charlotte** 51:1,9
**chief** 4:17 10:18
**circa** 67:5
**circumstances**
   68:10
**City** 54:11
**claim** 34:18
**clarify** 51:12
**clear** 6:9 13:9 14:3
   15:10,14 25:1
   27:12 38:12 42:7
   43:20 45:17 49:5
**client** 67:14,15
**close** 59:15
**closing** 67:15
**co-counsel** 8:1
**code** 17:19 24:10
**colleagues** 9:3 10:3
   10:4
**Columbia** 1:2,7
   5:17 6:20
**come** 47:9
**comes** 66:1
**coming** 5:20

command 5:6
commencing 1:17
commission 71:18
committee 36:6,11
communication
    37:8,12 38:1
communications
    37:5,15 65:12
    66:15
community 37:11
    62:11,12
compete 62:20
competency 60:21
complains 34:12
complaint 35:1
complete 70:5
completed 67:8
computer 21:17
concerned 54:3
concerns 54:10
conclusion 40:13
    41:12
conducted 45:4
    46:17
confirm 11:2
confusing 57:22
conjunction 33:18
consider 42:2,2
    43:5,9
considered 24:13
    37:15 63:20
contacted 65:13
contains 19:12
continue 45:20
Contribute 29:10
contributing 45:8
contribution 44:21
contributions 45:7
    45:12
conversation 67:15
copy 10:2 37:19
correct 5:9,10 6:15
    6:16 10:21 13:13
    14:22 15:4 16:5,6
    16:8,9,17 22:8
    27:13,14,19,20
    29:5,7 32:8,9,17
    32:18,20 33:11,13
    37:20,21 39:12

41:5 43:10 45:21
    47:4 49:7,8 50:1
    52:6 53:3,4 54:20
    54:21 55:7,8
    57:21 61:14,22
    62:16 63:22 64:2
    65:8 67:13 70:4
    71:5
corrected 34:15
Correction 69:4
corrections 70:6
correctly 53:7
correlation 44:13
correspondence 9:5
could've 64:9
Council 35:13 54:3
    54:11,13
counsel 1:16,17 4:4
    5:8 9:14 10:7
    11:16,21 12:1,4
    12:10,16,21 13:10
    13:14,17 14:10,11
    14:15,18 15:18
    16:3,3,5,7,17,18
    16:20 21:7 26:21
    30:16 32:11 33:19
    34:16 35:20 46:15
    60:5 71:9
counsel's 34:16
counselor 54:10
country 59:11
couple 58:11
course 4:22
Court 1:1,19
created 12:20
criteria 40:4
Currently 49:1
    65:21 67:4
Custom 5:22

                D
D 4:1
D-O-N-I-E-L-L-E
    4:9
D.C 2:6,14 4:13
    17:19,20 24:10
    30:20 60:10 69:2
date 4:14,15 19:5
    69:22 70:10

dates 68:5
Davis 17:1,5,8 27:7
    27:19
day 71:15
DC 2:12
DCPS 5:1,20 8:20
    12:20 14:4,18
    19:10,15 31:3,9
    32:19 33:5 48:20
    49:11 50:11 62:10
    64:10 65:9
DCPS's 5:8
deal 47:6 56:1
dean 30:11 64:13
decide 17:20 40:1,8
decided 17:11
    38:18
decision 17:15,16
    18:2,3 24:9 25:3
    27:11,22 28:2,5
    29:3 39:22 40:15
    40:19 42:1 53:2,2
    58:9 60:12 62:2,8
    62:14
decision-maker
    17:14
decision-makers
    17:11
decision-making
    11:5 24:14 27:8
    27:10 41:17 54:1
    60:9
decisions 58:15
    60:20
Defendant 1:8 2:10
deficiencies 23:11
    39:9 44:5
deficient 23:20
department 5:21
    6:20 12:16
departmental
    12:11 13:10
DEPONENT 70:1
deposed 4:19 6:15
deposition 1:12 3:8
    3:9 5:4 7:6,8 8:7
    14:6,12 15:19
    19:20 21:9 28:20
    30:5 46:7,15,15

71:3
depositions 5:2 6:3
deputy 4:17 10:18
despite 68:10
Detroit 5:14,14
developing 46:16
development 45:10
Dickerson 1:4 9:2
    17:12 18:4,11
    19:10 20:3,9,10
    23:11,15,19 26:17
    27:22 28:3 29:7
    29:14,14,17 35:4
    37:6,9,13 38:16
    38:18,19 43:14
    45:5 46:6 50:15
    55:12 56:20 58:18
    62:19 63:6 64:4
    69:2
Dickerson's 17:6,9
    20:14 21:21 24:4
    24:12,17 25:2,9
    25:13 28:12,14,21
    29:11,15,16 31:13
    31:14 34:20 35:14
    44:15,20 45:11
    49:6,18 66:5,9
difference 25:17
    26:5
different 53:1
    59:12
difficult 8:6
direct 35:10
directing 8:13 11:7
    15:21 43:11
direction 71:8
directly 5:7
disagree 41:15
discretion 40:7,10
    41:4,8,22 58:16
discrimination
    33:1,3 34:12,20
discussed 49:19
discussion 32:3
distinction 39:11
District 1:1,2,7
    5:17 6:20 61:6
    67:22
division 5:22

doctrine 9:15 13:19
document 21:8,11
    21:15,16,18,21
    22:4 27:6 28:20
    29:2 31:11 36:10
    36:11 60:1
documentation
    18:8,12
documents 9:1,6,13
    9:19 11:22 12:6,9
    12:10,11,15,18,19
    12:20,22 13:4,6,9
    13:10,16,17 14:4
    14:6,13,18,19
    15:15,18 16:2,10
    16:19 19:12 35:21
doing 30:1 43:4
DONALD 2:3,4
Donielle 1:14 3:2
    4:2,9 69:3 70:2
Dr 29:14,16,17
    31:14 37:13 38:16
    38:18,19 45:5,11
    56:20 58:18 62:19
    63:6 64:4 66:4,5,9
Dtemplelaw@gm...
    2:8
due 48:16
duly 4:3
duties 29:19 30:9
    55:15

                E
E 2:1,1 3:1,6 4:1,1
    69:1,1,1
EEO 33:7,17
either 28:7 46:3
    58:4
electronic 49:2,12
electronically 8:2
email 28:16 66:1
emails 28:11,13
employed 4:12 5:11
    8:20 19:15 30:20
    31:3,4,9 50:7
    66:12 71:10
employee 4:18 26:4
    33:2,9,14 46:1
    48:22 49:1,12

employees 30:20
  31:1,6 62:10
employment 5:1
  33:4 49:18
enforce 33:17
Enforcement 5:22
enforcing 33:5
enter 64:22
entitled 9:19
errata 70:7
errors 68:14
escaping 50:22
  51:10
especially 41:15
ESQUIRE 2:3,11
evaluate 43:1
evaluation 23:18
  24:5 43:4 67:6
evaluations 24:13
  25:2,10,13 42:11
  66:19 67:1,8
evidence 30:13,15
  34:17
exact 19:22 26:14
  32:6,6
exactly 43:22
examination 1:16
  3:2 4:4
examined 70:3
exceptional 25:16
  26:4
exhibit 3:9 8:7
  35:11
EXHIBITS 3:8
expectation 67:7,9
expires 71:18
explain 6:18 39:14
  43:20,22
explanation 41:16
  60:8
extent 12:13 16:19
  23:19 24:5,12
  26:20 37:14 38:15
  40:12 41:11 45:6
  60:11 62:18 63:6
  63:18

F
factors 40:11 58:6

58:7 61:2
facts 30:13,15
  46:12,16 62:22
  63:14
faculty 36:18 37:5
faded 30:22
failures 44:5
familiar 37:3 60:15
  64:2
far 27:9 28:1 43:16
  45:11 56:22 58:13
  63:10 64:18,21
  65:1
February 1:11
  71:16
file 19:10,11,14
  29:9,11 49:7,15
  68:1
filed 35:1,2,7
files 48:22 49:2,12
  49:13
final 24:9 53:2 62:8
financial 71:11
fine 36:2 67:18
finish 15:11
firings 33:21
first 7:20 27:5 40:1
  52:8
Five 67:17,18
five-minute 36:1
followed 61:8
following 51:8 57:1
  57:2,3,5
follows 4:3
foregoing 70:3 71:3
  71:4
forget 10:19
form 12:12 24:15
  49:2,3
formal 43:4
former 9:3 10:5
  17:13
forth 55:21
forward 56:12
foundational 41:19
four 4:22 41:14
  51:6 59:20 60:7
  61:6
front 7:17 19:3

20:20,20,21 21:15
  21:16
full 4:7
further 34:18 67:21

G
G 4:1
garbled 7:20
general 2:12 5:8
  10:7 33:19 34:16
  45:22 52:22
generally 10:11,20
generated 12:15,16
give 32:5 33:21
  34:10
given 40:6 58:15
  63:8 65:14 70:5
  71:5
gives 17:19 40:7
go 7:14 36:5 38:9
  45:16 52:17 53:22
  58:7,8,12 59:10
  60:16 62:9 63:11
  63:21 65:16
goes 58:6
going 5:6 6:6 9:17
  15:9 27:1,2 35:22
  42:5 51:20 61:5
Good 4:6
govern 40:4,22
governmental
  15:15
grade 51:18,18
  55:20,20,21,22
  56:2
Gregory 51:9 55:3
  55:5
grievance 35:10
grievances 35:2,7
grounds 9:11 16:12
guess 68:2

H
H 3:6 69:1
Haddy 37:2
hand 71:14
happen 63:20
happened 9:4
  44:10 48:14,17,19
happens 31:9

head 19:7 36:20
  50:14
hear 30:22 36:8,9
  45:2,3 56:14
hearing 14:22
held 17:1,5,8 30:18
  64:10
hereunto 71:14
high 20:5 40:16
  47:11,20 48:8
  57:8 60:14
hire 52:11 61:2
hired 54:22 55:9
  62:4
hiring 61:8 62:8
history 46:5 60:21
holding 65:17
Homeland 5:21
HR 65:13 66:1,3,9

I
ICE 5:21
identification 8:8
identified 7:12
  44:14
identify 10:14
immediate 10:2
Immigration 5:22
implement 56:9
improve 23:3 56:12
  56:16
incident 34:13
include 31:21 39:10
  67:11,12 68:4
included 22:11
includes 20:6
independent 23:22
individual 10:15
  37:4 47:11 66:2
individual's 18:22
individually 20:11
individuals 20:2
  26:15 66:11
Indulgence 66:18
information 9:9
  10:8 12:8,14
  16:13 65:15
informed 65:19
informs 41:7

initial 58:10
initially 56:22
instance 40:15 46:1
  55:18
instances 62:11,12
instruct 15:20
  16:21
instructed 6:3
instructing 9:20
  12:21 13:2,12
  15:3,7
instructor 65:14
interest 71:11
internal 62:10
interview 52:20,21
  53:1,4,6 58:10,12
interviewed 53:19
interviews 62:10
investigation 34:19
  35:1
involved 11:4 26:9
  27:22 28:1,5,8
  66:4,9
issued 18:10,14
issues 45:10

J
Jasmine 27:17 28:4
  28:7
job 5:19 58:19 65:7
John 17:1,5 27:7
  27:19 36:21 37:1
Jose 27:17 28:4,7
  66:12
June 49:17 57:7
  64:5 71:18

K
Karl 10:5
keep 29:9
Kelley 2:11 7:19
  9:8,12,22 12:7,12
  12:17 13:1,5,14
  13:22 14:9 15:1,5
  15:17 16:8,12,18
  21:3,7,14,22
  24:15 25:19 26:2
  26:11,21 27:1
  30:4,12 32:10
  34:2 35:20 36:2

38:5,10 40:12
41:11 42:12 44:16
46:12,17 47:13
48:10 51:20 53:15
54:5 57:14,22
58:21 59:7 60:4,7
61:5 62:5,22
63:14 64:19 66:21
67:17,22 68:6,13
**Kelly** 12:5
**KENNETH** 1:4
**kind** 44:19
**know** 6:12,17 8:3
9:19 17:18 18:7
18:17,19 19:5
20:1 23:18 24:3
25:3,8,12 26:9,16
26:20 27:7,21
28:4 29:19 30:3,9
32:14 34:19 36:11
36:14,18 37:4,11
37:14 38:12 43:13
49:21 50:8,9,13
50:15 51:15,19
52:15 53:13 56:19
57:16 61:11,12
62:8,13 63:5,12
63:12 64:12,15,16
64:21 65:1,10
66:3,8,11,12
**knowledge** 8:17,19
11:10 48:12 61:10
64:20 65:2

**L**

**L** 2:5
**labor** 4:17 6:1 33:8
33:14
**lack** 23:6,12,12
39:7
**language** 32:2,6,15
**Larry** 51:1
**law** 2:4 5:12,14
**laws** 33:17
**lead** 33:8,10 55:20
**leader** 10:10 47:8
53:5,5,10 59:9,13
**leaders** 17:22 59:8
59:11

**leadership** 20:7
22:14,15,17,18,20
22:21 23:8,12,17
24:19 26:8 28:18
31:16,20 38:21
39:1,5,10 40:9
43:18 44:8,14,20
45:6,7,15 50:18
51:4 67:12
**leave** 27:3 57:13
**left** 39:22
**legal** 40:13 41:12
**letter** 9:2,6 18:10
29:6 35:12 58:4,5
64:5 65:3,10,22
**letters** 35:18 47:9
**level** 25:16 33:20
34:10 46:11 47:12
**levels** 60:21
**lies** 62:9
**Line** 69:4
**little** 6:21 8:6 13:15
58:3
**local** 18:18,20
**look** 19:2,3 20:16
32:5 68:7
**looking** 8:4 59:20
59:22
**lose** 65:7
**low** 6:22
**LSAT** 18:5
**LSRT** 18:5,14,17
19:16 22:7,10
24:8,19 25:7 26:8
26:10,15 28:17
29:4 31:18 37:18
38:22 44:1 45:1,4
45:12,13 49:18
**LSRT's** 43:18

**M**

**M** 2:3
**ma'am** 26:22
**Maggie** 10:17
**maintain** 49:1,12
**maintained** 49:14
**maker** 17:16
**making** 25:3 28:5
**man** 55:3

**management** 4:17
33:8,14
**March** 36:16 49:17
**marked** 8:7
**Mary** 50:21,22
51:10 52:7 54:18
54:18
**Maryland** 1:20
71:22
**MATEYA** 2:11
**Mateya.kelley@...**
2:16
**matter** 5:3 35:14
60:2
**mean** 23:21 42:19
45:22 47:16 50:11
**means** 18:17 45:9
45:19 65:6
**meant** 64:8,9
**meet** 68:9
**meetings** 16:22
17:2,4,7 49:16,22
**members** 26:9
37:11 62:12
**memo** 18:14,19
19:1,3,6,8,16,21
20:10,11,15,16,18
22:9,12 23:10,21
23:22 28:16 29:4
32:5,15 38:2,8,15
39:3
**memorandum**
31:18
**mentioned** 19:17
20:14,17 21:21
52:7
**Mercy** 5:14
**mess** 52:2
**Michelle** 17:13
**Michigan** 5:15
**mike** 7:21
**minutes** 58:11
67:16
**misconduct** 46:1,5
46:9 48:5
**Monday** 1:11
**month** 36:14,17
**Moore** 37:2
**morning** 4:6

**move** 8:9
**moving** 56:12
**multiple** 19:19 30:9
30:20 31:10
**muted** 7:22

**N**

**N** 2:1 3:1,1 4:1
**name** 4:7 10:15,19
18:22 19:4 20:14
20:17 21:21 22:3
36:21 37:1 50:17
50:22 51:10 52:7
53:12,13 55:1
**named** 23:15
**names** 37:10 48:3
51:22 52:3 68:3
**near** 48:19
**need** 6:3,11 27:5
32:5 67:14,16
**needs** 34:14
**neither** 71:9
**new** 15:8,9 22:19
51:5 62:3
**ninth** 51:17 55:20
**non** 31:12
**nonreappoint**
17:21 24:10 27:11
28:3 40:2,8 42:1
45:14 58:17
**nonreappointed**
29:18 38:20 39:1
39:21 44:8,11
46:3 48:15 65:5
65:11
**nonreappointment**
9:2,6 10:11,21
17:9,15 18:10
19:13 24:4,7,18
25:6 28:8,15 29:6
31:12 34:21 35:3
40:5 43:17,21
45:13,18,18 46:11
58:5,7,14 60:10
61:7 64:6 65:3,22
66:4,5,10
**nonreappointme...**
33:22 34:11 43:7
47:6,10

**Northwest** 2:13
**notarial** 71:15
**Notary** 1:19 71:21
**note** 9:17
**noted** 21:4 42:16
**notice** 1:17 3:9 7:6
7:8,12,17 8:2
26:12 27:3
**noticed** 7:21 34:3,6
41:13
**number** 8:10,13 9:7
10:3,15 11:3,7,11
11:18 15:2,12,12
15:16,21 16:1,11
19:22 26:14 44:2
50:13 59:20 60:7
62:10
**NW** 2:5

**O**

**O** 3:1 4:1
**object** 13:7 15:17
16:20 30:12 41:11
61:5
**objected** 15:12
**objecting** 13:22
**objection** 9:8,17
10:1 12:7,12
16:12 21:3,13
24:15 25:19 26:11
30:4 34:2 38:5,10
40:12 42:12,16
44:16 46:12,14,18
47:13 48:10 54:5
57:14,22 58:21
59:7 62:5,22
63:14 64:19 66:21
**objections** 16:15
**objective** 39:4
40:11
**obviously** 49:22
**occasions** 4:21
**occurred** 33:22
38:7 43:22 49:22
**offer** 51:21 53:8
**offered** 64:16
**office** 2:4,12 10:7
33:18,21 34:16
**officer** 71:2

**Officers** 35:13
**Oh** 54:12
**okay** 6:8,10,12 7:5
7:15 8:9,15 11:9
11:13 12:1 13:20
16:4,10 17:3,10
22:16 28:4 31:11
35:6 36:7 37:22
38:17 39:14 40:20
42:18 43:8,11,12
43:14 44:13 45:16
47:5 51:12 52:11
54:1,13 59:17,22
60:3,19 62:3
63:18 64:1,4
**old** 29:10
**once** 37:22 48:18
63:21 65:4
**operating** 6:2
**opportunity** 11:16
63:9 64:22
**oral** 1:16
**outcome** 71:12
**outlined** 65:22
**outside** 30:1,5 34:3
34:5 41:13 46:2
49:17
**overall** 50:11
**oversee** 55:22

**P**

**P** 2:1,1 4:1 71:2
**P-O-W-E** 4:10
**p.m** 59:19 67:19,20
68:15
**Page** 3:2,8 69:4
**pages** 19:21,22
20:1
**panel** 52:20
**paragraph** 7:16
**parents** 37:9,12
**part** 22:14 23:7,11
27:9 33:7 36:19
36:21 38:20 44:1
44:4 45:13 46:6
65:4,9
**participate** 52:19
**particular** 5:3 8:22
13:11 14:7 19:5

33:21 36:22 40:19
43:12 53:22 55:16
**parties** 1:21 71:10
**pass** 52:20
**Paul** 1:18 8:10 10:2
71:2
**pending** 15:6,11
**people** 7:21 66:3
**PeopleSoft** 49:3
**perform** 55:11
**performance** 23:20
24:6,12 25:2,9,13
25:15 28:21 42:11
43:2,9,15 44:6,15
47:21 48:8 49:6
60:21 61:21 66:19
**performed** 55:14
**performer** 47:11
**performing** 25:16
**period** 42:13 47:16
**person** 11:4 40:7
52:8,8 53:7,8 56:9
65:19
**personal** 8:16,19
11:10
**personnel** 19:14
20:8 29:8,11
48:22 49:1,7
**persons** 66:8
**pertinent** 23:12
**Pete** 27:15,21 28:7
53:12
**physical** 49:2
**place** 27:5 33:12,15
40:2 56:5,16 67:7
**plaintiff** 1:5 2:2 4:4
60:13 68:1
**plan** 56:4,7,8,10,11
56:16
**played** 27:8
**please** 4:6,16 6:5
7:14 10:2,14 11:8
15:11 34:9 39:15
41:21 46:21 60:6
**pleasure** 68:9
**PLF** 1:6
**point** 43:13 57:2
**policies** 40:22 49:4
59:5

**policy** 32:20 33:6
41:7 48:21 59:3
61:12
**pool** 52:18,19 58:13
**portion** 46:22
**position** 5:18 10:15
10:18 31:19,22
39:18 47:5,7
55:14,16 60:13
62:20 63:7,11
64:10,12,14,15,17
65:9,16,17
**positions** 30:19,21
31:5,10
**possible** 48:5
**possibly** 66:22
**post** 59:12
**posted** 58:19
**posting** 59:2
**potential** 54:4,14
**Powe** 1:14 3:2,8 4:2
4:9,11,19 8:7,11
11:15 16:22 22:1
24:16 26:13 27:7
30:6 40:14 42:5
46:19 47:15 61:9
62:7 63:2 68:8
69:3 70:2
**practice** 42:8,11,15
42:20,22 43:8
**premise** 6:2
**preparation** 14:11
14:15 15:19 19:20
28:19 46:6 49:15
**prepare** 8:22 9:20
11:19 13:11 15:15
15:22 16:11
**prepared** 7:11,13
8:18 9:12,18
12:10 13:10 14:11
**preparing** 10:8
**presence** 20:19
**present** 1:20
**presently** 4:11
**presume** 6:7 16:15
**previous** 12:19
64:17
**previously** 10:8
**principal** 29:18,21

30:2,10,19 31:3
31:19,21 32:4,16
47:12,12 50:16,18
50:19 51:5 53:19
54:22 55:14,15,20
55:21 60:13 61:3
63:7,9 64:11
65:17
**principals** 34:1,1
39:16,17 42:9,10
43:1,1 44:11,12
45:19,20 48:15,15
50:3,3,6,6,8,9,20
51:7,14,16 52:12
52:13,14,16,16
56:19 57:8 60:10
60:11,17 61:13,13
62:3 66:20 67:2
**prior** 5:16,20 49:11
64:10 65:17
**privileged** 9:9 12:8
12:14 14:5,13,14
14:16,21 16:13
**problem** 38:14
**problems** 44:14
**procedure** 41:7
59:3
**procedures** 40:22
59:5
**process** 10:11,21
11:5 20:7 23:2
24:14 27:8 28:8,9
31:13 36:22 37:16
38:22 39:15 40:5
40:19 41:1,17
44:2,9 52:15,22
53:18 54:1,4,14
54:17 58:11 60:9
60:12,16 61:8,8
63:22 65:4,19,21
**product** 9:15 13:19
14:12
**progress** 23:6,13
56:2,12,16
**provided** 64:21
**Public** 1:19 4:13
17:20 71:1,21
**pull** 7:18
**pulled** 9:14

**purely** 40:10 41:10
**purpose** 11:3
**purposes** 10:14
14:5 43:7
**pursuant** 1:16
**put** 56:5,15

**Q**

**qualifications**
61:14,18,21 62:15
**qualities** 31:16
**question** 6:5 8:19
8:22 9:10 10:14
11:3,11,18,20
12:13 13:1,12
14:2,20 15:5,8,10
15:10,13,14,16
17:3 21:6,11,12
24:1,11,11,22,22
25:4,8,22 26:3
30:7,17 32:7,13
34:2,7,8 38:13
41:2,3,20,21 42:4
43:8 46:20,21
54:8 61:11 63:3
66:7
**questions** 13:15
16:16 27:6 30:4
67:21,22
**quite** 30:7
**quote/unquote**
32:3,16

**R**

**R** 2:1 4:1 69:1,1
**race** 50:2 54:19
55:2
**races** 50:5
**racial** 32:22 33:3
54:14
**read** 16:10 19:8,17
19:18,19 28:11,13
46:21,22 60:1,4
70:3
**reading** 71:8
**really** 6:22 40:18
40:21
**reapplies** 63:21
**reapply** 44:9 63:6,9
63:13,19,19

**reappoint** 17:11,21
18:4 29:4 40:2
**reappointed** 39:17
47:20 50:4,10
51:5 57:17,20
58:18 61:16,20
62:1,21
**reappointing** 42:22
43:14 54:18
**reappointment**
37:16,17 39:12,14
41:1,18 58:4,10
58:14 60:2,15
**reappointments**
42:9 59:21
**reason** 22:5 24:7
49:9 62:18,19
69:4
**reasoning** 24:3,17
25:6 37:17
**reasons** 18:1 23:1
38:17 48:4
**recall** 19:22 22:3
23:15 26:14 35:9
35:19 37:10,10,12
48:17 56:22 57:9
**recalling** 37:1
64:14
**received** 37:19,22
38:7 64:5
**receiving** 65:10
**recommend** 38:16
**recommendation**
18:4 20:4,6,11
22:7,10,13 23:5
24:8,18 25:7 26:7
26:17,19 37:18,20
39:6 40:16 43:19
44:7,11 45:14
56:7,10,15
**recommendations**
18:16 22:12 44:3
56:3
**recommended** 23:8
38:22 56:8
**recommending**
39:8
**record** 4:7,8 11:14
13:9 14:3,21 22:2

36:3 50:2 54:19
59:18 60:5 67:19
68:15 71:5
**record's** 15:14
**records** 50:5
**recruit** 59:11
**recruitment** 10:10
10:13 47:8 59:10
**reduced** 71:7
**reference** 31:18
**references** 32:16
**referencing** 57:4
**referred** 31:20 32:1
61:7
**referring** 16:7
18:13 41:14 43:5
**regarding** 17:5,8
20:12 22:8 34:20
35:3 48:21
**related** 5:2 19:12
28:12 29:3 31:12
31:15 35:13 39:9
41:17 44:5 46:10
48:4 60:9 71:9
**relates** 28:20
**relation** 6:1
**relations** 4:18 33:9
33:15
**relative** 44:20
**relayed** 65:18
**relied** 9:19 14:19
15:15 61:2
**rely** 25:1 42:11
**relying** 14:19
**remember** 50:21
55:1,1
**remembering**
48:13
**removal** 17:6 28:17
56:11
**remove** 24:19 26:8
27:22 38:18 44:4
60:12
**removed** 23:9
25:18 38:19 39:1
39:9 56:21
**removing** 38:16
39:4 54:17
**renewed** 39:20,21

**reorganization**
48:16
**repeat** 34:8 46:20
63:3 66:7
**rephrase** 61:1
**replace** 23:5
**replaced** 22:18,22
23:9 50:15,19
**replacing** 23:4
**report** 5:7 44:15
**reported** 53:21
**Reporter** 1:19 51:3
**REPORTER-N...**
71:1
**representation**
46:10
**reps** 36:18
**request** 21:8,11
**requested** 46:22
71:8
**require** 59:3,6
**required** 66:19
67:1
**resolved** 34:14
**respective** 1:21
**respond** 8:18 15:8
**response** 35:6
51:22 68:2
**responses** 35:17
**responsibilities**
55:12,17
**responsibility**
33:16
**responsible** 33:5
**restroom** 36:1
**restructure** 22:11
40:16 44:3
**restructured** 20:13
55:19
**restructuring** 18:9
18:12,18,20 20:5
22:6,8 23:2 25:12
36:5,11 38:2,8,22
39:3 44:2 48:16
54:3 56:4 62:19
**result** 44:7
**retention** 47:8
48:21 56:11 59:10
**retreat** 64:4,16,22

65:11,15,20 66:5
**retreats** 64:2
**review** 9:7 12:6
15:19 16:11 25:2
34:13 49:6,14
68:13
**reviewed** 7:5,8 9:1
9:13 11:21 12:9
12:18,19 13:4,6
13:11,16,18 14:10
16:2,19 25:9,13
29:3,8 43:15
**reviewing** 14:1
**Rhee** 17:1,5,8,14
18:15 22:10 24:9
25:1 26:17 27:10
27:13 28:2,11,14
28:17 29:7 37:5
37:13,15,19 38:17
41:3 43:13,16
44:8 54:2 56:4
**Rhee's** 25:5 29:3
**right** 5:17 32:7,14
32:14 35:16 48:4
50:22 51:11 52:1
52:4 56:7 57:18
60:7,18 65:15
**rights** 64:2,5,17,22
65:12,16,20 66:6
**role** 27:7 53:17
**room** 21:14
**runs** 16:16

**———— S ————**
**s** 2:1 3:1,6 4:1 69:1
**Sa** 51:9
**saying** 14:8,9,13,14
14:20 15:6 25:5
29:9 31:6,8 43:8
48:3 51:13 53:13
56:6 65:11
**says** 23:7 26:19
**school** 5:12,14 10:9
17:21 18:9,13,16
18:18,20 20:5,7
20:12 22:6,13,14
22:17,18,19,21
23:3,7,16 24:19
29:20 31:15,20

35:13 38:21 39:10
39:19 40:3,8,17
42:8,9 43:17 44:3
44:6,8,12 45:7,14
47:2,8 50:18 51:4
53:5,5,10 57:2,3,5
57:8 58:2,3 59:8,9
59:9,11,13 60:14
**school-based** 64:15
65:16 67:9,11
**schools** 4:13 17:20
48:16 53:1 60:10
**scope** 26:11 34:3,5
41:13 47:14 48:11
57:14 58:21 61:6
62:6 63:1 64:19
66:22
**Scott** 5:7
**screen** 8:3 27:2
**scrutiny** 33:20
34:10
**seal** 71:15
**second** 8:1 54:22
57:1
**security** 5:21
**see** 8:11 19:4 23:19
35:20 46:5
**seeks** 60:8
**seen** 21:19 28:20
31:11 35:12,17
**select** 52:21
**selected** 13:17 14:4
52:21 53:1
**send** 68:2
**senior** 6:1
**series** 13:14
**set** 71:14
**setting** 21:8
**share** 8:3 27:2
**sheet** 70:7
**shift** 49:13
**shoehorn** 21:8
**shoehorning** 21:10
**SHORTHAND**
71:1
**side** 66:9
**sign** 68:14
**Signature** 69:22
70:10

**signed** 70:7
**signing** 71:8
**simultaneously**
31:5 56:5
**sitting** 21:17
**skills** 45:6
**Smakula** 1:18 71:2
**Snotty** 36:21 37:1
**somebody** 34:12
**soon** 51:15
**sorry** 7:1 24:1
28:15 29:9,10,13
29:14 34:8 36:8
38:9 39:17 42:5
50:18 51:6 53:7
53:16
**sound** 6:21 37:3
**sounds** 7:20
**South** 2:13
**speak** 6:21 7:1 8:5
8:6 10:4 11:4,16
12:1,4 16:4 32:14
59:1
**speaks** 31:13
**specialist** 6:1
**specific** 10:19 18:1
19:4 21:12 24:22
26:16 31:16 63:5
64:14
**specifically** 20:17
22:4 23:16 32:2
32:15 38:16 49:15
**specifying** 68:3
**speculation** 25:20
54:6
**spell** 4:7
**spelling** 55:7,8
**spoke** 9:3 10:5,16
11:21 16:2,3
**spoken** 10:9,17
27:12,15 65:13
**spring** 36:15
**staff** 23:4,5 39:8
44:4 56:1,11 67:9
67:12
**stage** 53:22
**standard** 45:19
**start** 4:14,15
**started** 48:20

**starting** 5:18
**state** 1:19 4:6 23:10
32:22 71:22
**STATES** 1:1
**status** 49:19
**stenographically**
71:6
**steps** 32:19 34:15
34:18
**Street** 2:5,13
**structure** 18:16
22:19
**student** 23:6 44:5,6
56:2,16
**students** 23:13
30:11 39:8 44:21
45:9 56:13 64:13
**subject** 5:3 7:12
8:17 9:14 13:18
33:3 60:2
**subjective** 40:10
41:10 58:8
**subjectively** 62:4
**subjects** 8:10
**submit** 51:21
**success** 39:7,7 44:6
**suggest** 27:1
**suggestions** 7:19
**Suite** 2:5,13
**superintendent**
42:10 65:14
**supervising** 10:6
**support** 34:17 37:6
37:9
**supposed** 31:6
**sure** 4:9 8:3 9:1
10:20 13:21 14:3
14:22 15:5 17:3
31:2 35:15 36:15
39:16 42:4,6,7
44:1 45:16 49:5
51:15,22 52:17
60:22
**sworn** 4:3
**system** 39:22 42:8
47:2 49:3,12 67:6

_____

**T**

**T** 3:1,1,6 69:1,1

**take** 6:11 34:15
35:22 59:14
**taken** 1:18 34:18
71:3,6
**talk** 10:10
**talked** 11:1 22:9
23:1
**talking** 13:9 42:15
42:17,20 45:17
54:2
**teacher** 30:3,10
**team** 4:18 10:10,13
10:19 18:5,18,21
23:8,17 24:20
25:12 26:8 28:18
31:21 33:7,8,9,10
33:12,15 34:13
38:21 39:1,3,10
43:18 44:1,8
45:15 47:8 50:19
51:4 53:6 59:10
66:1 67:12
**tell** 6:4,5 17:10
20:17
**telling** 14:3
**Temple** 2:3,4 3:3
4:5 8:9 9:11,16
10:1 12:21 13:2,8
13:20 14:2,17
15:2,9 16:15 21:4
21:10,20 26:3,22
27:4 30:15 32:11
34:5 35:22 41:14
42:15 46:14 52:4
59:14 60:6 63:4
67:14,18,21 68:4
68:8,12
**ten** 20:1 51:21 68:2
**ten-minute** 59:15
**tends** 7:22
**tenth** 51:18 55:20
**terminated** 29:16
46:2 48:2,7,8 50:4
**termination** 22:6
24:4 28:12 39:12
**terminations** 34:11
**terms** 24:3 25:17
32:22
**testified** 4:3

**testify** 7:11
**testifying** 6:19 7:2
15:18 16:21
**testimony** 14:9,15
14:17 46:18 70:4
70:5 71:5,6
**thank** 15:2 32:12
43:11 46:16 67:18
68:8,12
**thereof** 39:7
**thing** 8:4 56:14
**things** 42:3 58:13
62:15
**think** 13:14 23:14
48:7
**Thomas** 10:17
**three** 4:22 15:12,22
16:1,11 35:7 51:6
**time** 7:7,14 8:20
9:4 18:6,15 24:2
29:17 30:21 33:15
42:12,19,21,21
47:16 48:20 50:7
59:2 63:3 67:7
**times** 19:19
**title** 4:16 29:16
**today** 19:19,20
**told** 15:12 63:13,16
**top** 19:7 36:20
50:13
**topic** 41:13,14
51:21 60:4,7 61:6
68:2,6
**topics** 30:5 34:3,6
47:14
**transcript** 3:7 8:8
10:2 68:14 71:4
**transcription** 70:5
**transitioning** 65:7
65:8
**trial** 46:16,18
**true** 70:4 71:4
**try** 7:1 8:5,6 40:21
51:12
**trying** 41:19
**turn** 7:16
**Turpin** 10:6
**two** 7:19 10:3 11:8
11:11,19 14:20

15:2,12,16 50:20
51:6,16
**types** 10:12
**typewriting** 71:7
**typically** 31:9

_____

**U**

**unclear** 13:15
**understand** 6:5,6
6:14 24:21 30:7
40:21 54:8 60:22
**understanding**
10:20 11:2 41:19
**understood** 61:7
**unemployment**
46:11
**union** 35:3,7,13,13
35:18
**UNITED** 1:1
**use** 21:7 27:2,5,5
32:2 36:1

_____

**V**

**v** 1:6
**v-** 69:2
**vacancies** 59:6
**vacancy** 58:20 59:9
59:13
**vague** 38:10 42:12
44:16 47:13 54:5
59:7 62:5 66:21
**versus** 40:19
**vice** 34:1 52:16
**virtual** 21:8
**virtually** 1:18

_____

**W**

**Waits** 57:10,10
**walked** 58:11
**want** 10:2 13:8,20
14:2,21 15:7 25:1
27:4,12 36:5 42:3
42:6,7 45:16 49:5
51:12 52:2 53:22
**wanted** 53:9
**Washington** 2:6,14
**wasn't** 27:9 28:16
31:4 34:17
**way** 5:3 28:5,21
31:19

**ways** 23:2,4
**we'll** 55:8 59:15
**we're** 8:4 9:16,18
  45:17
**Webber** 27:15,21
  28:7
**websites** 59:12
**well-being** 44:21
  45:9
**whatsoever** 31:11
**WHEREOF** 71:14
**Wilson** 18:5 20:5
  22:11 23:20 24:8
  25:7 28:18,22
  29:4,9 37:9,18
  38:20 39:2 40:16
  43:18 44:22 50:16
  53:11 54:18 55:19
  56:17,20 57:8,11
  60:14
**Wilson's** 29:8 66:4
**witness** 6:15,17
  9:12,13,18,20
  12:22 13:3,16
  15:3 16:14 21:6
  26:1 52:2 53:16
  59:17 68:1,11
  69:3 71:14
**work** 5:17 7:3 9:15
  13:18 14:12 47:7
  53:9
**worked** 5:20 53:20
**working** 5:16 47:2
**would've** 53:19
  55:14 64:9 65:9
  65:13,14
**wouldn't** 38:9,12
  63:20
**wrapping** 59:15
**written** 35:18 36:12
  51:22 68:2

**X**

**x** 1:3,9 3:6

**Y**

**Yeah** 36:9 52:2
  60:2
**year** 36:12 39:16,19
  40:3 45:20,20

46:4,4 48:13 51:8
51:8 57:2,3,4,5
58:2,3,17,17

**Z**

**0**

**09-2213** 1:6

**1**

**1** 3:9 7:16 8:7
**10:04** 1:18
**10:04:11** 4:6,7,8,9
  4:10,11
**10:04:12** 4:12
**10:04:13** 4:13,14
**10:04:16** 4:15
**10:04:24** 4:16
**10:04:26** 4:17
**10:04:31** 4:18
**10:04:38** 4:19
**10:04:42** 4:20,21
**10:04:47** 4:22
**10:04:51** 5:1
**10:04:53** 5:2
**10:05:01** 5:3
**10:05:04** 5:4,5
**10:05:05** 5:6
**10:05:18** 5:7
**10:05:23** 5:8
**10:05:24** 5:9
**10:05:26** 5:10,11
**10:05:30** 5:12
**10:05:33** 5:13
**10:05:36** 5:14
**10:05:41** 5:15,16
**10:05:44** 5:17
**10:05:46** 5:18
**10:05:50** 5:19,20
**10:05:55** 5:21
**10:06:00** 5:22
**10:06:03** 6:1
**10:06:06** 6:2
**10:06:12** 6:3
**10:06:14** 6:4
**10:06:17** 6:5
**10:06:22** 6:6
**10:06:24** 6:7
**10:06:25** 6:8,9
**10:06:29** 6:10,11

**10:06:32** 6:12
**10:06:33** 6:13
**10:06:34** 6:14
**10:06:36** 6:15
**10:06:40** 6:16
**10:06:41** 6:17
**10:06:45** 6:18
**10:06:47** 6:19
**10:06:50** 6:20
**10:06:52** 6:21
**10:06:58** 6:22
**10:06:59** 7:1
**10:07:20** 7:2
**10:07:23** 7:3
**10:07:24** 7:4
**10:07:25** 7:5
**10:07:30** 7:6
**10:07:32** 7:7
**10:07:34** 7:8
**10:07:39** 7:9
**10:07:40** 7:10,11
**10:07:46** 7:12
**10:07:50** 7:13
**10:07:53** 7:14
**10:07:57** 7:15
**10:07:58** 7:16
**10:08:05** 7:17
**10:08:08** 7:18
**10:08:12** 7:19
**10:08:16** 7:20
**10:08:21** 7:21
**10:08:25** 7:22
**10:08:29** 8:1
**10:08:32** 8:2
**10:08:36** 8:3
**10:08:37** 8:4
**10:08:58** 8:5
**10:09:02** 8:6,7,8
**10:10:13** 8:9
**10:10:15** 8:10
**10:10:29** 8:11
**10:10:30** 8:12,13
**10:10:37** 8:14,15
  8:16
**10:10:40** 8:17
**10:10:46** 8:18
**10:10:50** 8:19
**10:10:53** 8:20
**10:10:56** 8:21

**10:10:58** 8:22
**10:11:02** 9:1
**10:11:10** 9:2
**10:11:13** 9:3
**10:11:16** 9:4
**10:11:19** 9:5
**10:11:24** 9:6
**10:11:27** 9:7
**10:11:29** 9:8
**10:11:32** 9:9
**10:11:36** 9:10
**10:11:37** 9:11
**10:11:40** 9:12
**10:11:43** 9:13
**10:11:48** 9:14
**10:11:50** 9:15
**10:11:53** 9:16
**10:11:56** 9:17
**10:11:59** 9:18
**10:12:02** 9:19
**10:12:06** 9:20
**10:12:08** 9:21
**10:12:11** 9:22
**10:12:12** 10:1
**10:12:14** 10:2
**10:12:19** 10:3
**10:12:23** 10:4
**10:12:26** 10:5
**10:12:33** 10:6
**10:12:36** 10:7
**10:12:41** 10:8
**10:12:45** 10:9
**10:12:49** 10:10
**10:12:56** 10:11
**10:13:00** 10:12,13
**10:13:02** 10:14
**10:13:05** 10:15
**10:13:08** 10:16
**10:13:11** 10:17
**10:13:19** 10:18
**10:13:23** 10:19
**10:13:26** 10:20
**10:13:29** 10:21
**10:13:32** 10:22
**10:13:41** 11:1
**10:13:43** 11:2
**10:13:44** 11:3
**10:13:47** 11:4
**10:13:50** 11:5

**10:13:56** 11:6,7
**10:14** 11:14
**10:14:02** 11:8
**10:14:04** 11:9
**10:14:08** 11:10
**10:14:10** 11:11
**10:14:11** 11:12,13
**10:43** 11:14
**10:43:09** 11:14
**10:43:10** 11:15
**10:43:13** 11:16
**10:43:15** 11:17,18
**10:43:17** 11:19
**10:43:26** 11:20
**10:43:28** 11:21
**10:43:46** 11:22
  12:1
**10:43:48** 12:2
**10:43:49** 12:3
**10:43:50** 12:4
**10:43:56** 12:5
**10:43:57** 12:6
**10:43:59** 12:7
**10:44:01** 12:8
**10:44:03** 12:9
**10:44:05** 12:10
**10:44:09** 12:11
**10:44:14** 12:12
**10:44:15** 12:13
**10:44:19** 12:14
**10:44:20** 12:15
**10:44:23** 12:16
**10:44:28** 12:17
**10:44:30** 12:18
**10:44:36** 12:19
**10:44:39** 12:20
**10:44:43** 12:21
**10:44:44** 12:22
**10:44:50** 13:1
**10:44:52** 13:2
**10:44:53** 13:3
**10:44:56** 13:4
**10:44:58** 13:5
**10:45:01** 13:6,7,8
**10:45:03** 13:9
**10:45:05** 13:10
**10:45:09** 13:11
**10:45:12** 13:12
**10:45:15** 13:13

| | | | | |
|---|---|---|---|---|
| 10:45:16 13:14 | 10:47:46 15:21 | 10:50:42 18:9 | 10:53:51 20:18 | 10:56:11 23:5 |
| 10:45:21 13:15 | 10:47:48 15:22 | 10:50:45 18:10 | 10:53:52 20:19 | 10:56:13 23:6 |
| 10:45:23 13:16 | 10:47:57 16:1 | 10:50:48 18:11,12 | 10:53:53 20:20 | 10:56:23 23:7 |
| 10:45:26 13:17 | 10:47:58 16:2 | 10:50:51 18:13 | 10:53:55 20:21 | 10:56:26 23:8 |
| 10:45:29 13:18 | 10:48:02 16:3 | 10:50:52 18:14 | 10:53:58 20:22 | 10:56:30 23:9 |
| 10:45:32 13:19 | 10:48:04 16:4 | 10:50:59 18:15 | 10:53:59 21:1 | 10:56:31 23:10 |
| 10:45:34 13:20 | 10:48:07 16:5 | 10:51:01 18:16 | 10:54:02 21:2,3 | 10:56:34 23:11 |
| 10:45:36 13:21,22 | 10:48:08 16:6 | 10:51:03 18:17 | 10:54:04 21:4 | 10:56:38 23:12 |
| 10:45:39 14:1 | 10:48:09 16:7 | 10:51:06 18:18 | 10:54:06 21:5 | 10:56:40 23:13 |
| 10:45:40 14:2 | 10:48:14 16:8 | 10:51:13 18:19 | 10:54:11 21:6 | 10:56:44 23:14 |
| 10:45:42 14:3 | 10:48:16 16:9,10 | 10:51:17 18:20 | 10:54:14 21:7 | 10:56:48 23:15 |
| 10:45:45 14:4 | 10:48:18 16:11 | 10:51:23 18:21 | 10:54:16 21:8 | 10:56:50 23:16 |
| 10:45:50 14:5 | 10:48:20 16:12 | 10:51:24 18:22 | 10:54:20 21:9 | 10:56:52 23:17 |
| 10:45:52 14:6 | 10:48:22 16:13 | 10:51:26 19:1 | 10:54:22 21:10 | 10:56:53 23:18 |
| 10:45:55 14:7 | 10:48:25 16:14 | 10:51:27 19:2 | 10:54:24 21:11 | 10:56:58 23:19 |
| 10:45:58 14:8 | 10:48:26 16:15 | 10:51:29 19:3 | 10:54:26 21:12 | 10:57:02 23:20 |
| 10:46:01 14:9 | 10:48:30 16:16 | 10:51:31 19:4 | 10:54:30 21:13 | 10:57:08 23:21 |
| 10:46:03 14:10 | 10:48:34 16:17,18 | 10:51:33 19:5 | 10:54:31 21:14 | 10:57:11 23:22 |
| 10:46:06 14:11 | 10:48:36 16:19 | 10:51:43 19:6 | 10:54:34 21:15 | 10:57:14 24:1 |
| 10:46:10 14:12 | 10:48:37 16:20 | 10:51:44 19:7 | 10:54:37 21:16 | 10:57:16 24:2 |
| 10:46:12 14:13 | 10:48:41 16:21 | 10:51:45 19:8 | 10:54:40 21:17 | 10:57:17 24:3 |
| 10:46:14 14:14 | 10:48:47 16:22 | 10:51:47 19:9 | 10:54:44 21:18 | 10:57:21 24:4 |
| 10:46:18 14:15 | 10:48:55 17:1 | 10:51:48 19:10 | 10:54:47 21:19,20 | 10:57:24 24:5 |
| 10:46:20 14:16 | 10:49:02 17:2 | 10:51:55 19:11 | 10:54:49 21:21 | 10:57:28 24:6 |
| 10:46:21 14:17 | 10:49:05 17:3,4 | 10:51:57 19:12 | 10:54:52 21:22 | 10:57:31 24:7 |
| 10:46:23 14:18 | 10:49:07 17:5 | 10:52:00 19:13 | 10:54:54 22:1 | 10:57:35 24:8 |
| 10:46:32 14:19 | 10:49:14 17:6 | 10:52:03 19:14 | 10:54:57 22:2,3 | 10:57:39 24:9 |
| 10:46:33 14:20 | 10:49:16 17:7 | 10:52:15 19:15 | 10:55:00 22:4 | 10:57:42 24:10 |
| 10:46:37 14:21 | 10:49:20 17:8 | 10:52:36 19:16 | 10:55:01 22:5 | 10:57:47 24:11 |
| 10:46:41 14:22 | 10:49:29 17:9 | 10:52:38 19:17,18 | 10:55:06 22:6 | 10:57:51 24:12 |
| 10:46:44 15:1 | 10:49:31 17:10 | 10:52:39 19:19 | 10:55:08 22:7 | 10:57:57 24:13 |
| 10:46:45 15:2 | 10:49:35 17:11 | 10:52:43 19:20,21 | 10:55:13 22:8 | 10:58:02 24:14 |
| 10:46:47 15:3 | 10:49:41 17:12 | 10:52:47 19:22 | 10:55:15 22:9 | 10:58:05 24:15 |
| 10:46:52 15:4,5 | 10:49:42 17:13 | 10:52:52 20:1 | 10:55:18 22:10 | 10:58:06 24:16 |
| 10:46:55 15:6 | 10:49:46 17:14 | 10:52:55 20:2 | 10:55:23 22:11 | 10:58:11 24:17 |
| 10:46:58 15:7 | 10:49:49 17:15 | 10:52:58 20:3 | 10:55:27 22:12 | 10:58:13 24:18 |
| 10:47:01 15:8 | 10:49:50 17:16 | 10:53:01 20:4 | 10:55:30 22:13 | 10:58:16 24:19 |
| 10:47:02 15:9 | 10:49:53 17:17,18 | 10:53:05 20:5 | 10:55:32 22:14 | 10:58:22 24:20,21 |
| 10:47:03 15:10 | 10:49:55 17:19 | 10:53:10 20:6 | 10:55:37 22:15,16 | 10:58:25 24:22 |
| 10:47:04 15:11 | 10:49:58 17:20 | 10:53:12 20:7 | 10:55:40 22:17 | 10:58:28 25:1 |
| 10:47:07 15:12 | 10:50:02 17:21 | 10:53:15 20:8 | 10:55:42 22:18 | 10:58:35 25:2 |
| 10:47:11 15:13 | 10:50:08 17:22 | 10:53:28 20:9 | 10:55:44 22:19 | 10:58:39 25:3 |
| 10:47:13 15:14 | 18:1 | 10:53:30 20:10 | 10:55:46 22:20 | 10:58:43 25:4 |
| 10:47:17 15:15 | 10:50:13 18:2 | 10:53:33 20:11 | 10:55:49 22:21 | 10:58:44 25:5 |
| 10:47:20 15:16 | 10:50:16 18:3 | 10:53:36 20:12 | 10:55:53 22:22 | 10:58:48 25:6 |
| 10:47:27 15:17 | 10:50:20 18:4 | 10:53:39 20:13 | 10:55:54 23:1 | 10:58:50 25:7 |
| 10:47:29 15:18 | 10:50:24 18:5 | 10:53:40 20:14 | 10:55:59 23:2 | 10:58:53 25:8 |
| 10:47:32 15:19 | 10:50:32 18:6,7 | 10:53:44 20:15,16 | 10:56:02 23:3 | 10:58:56 25:9 |
| 10:47:36 15:20 | 10:50:37 18:8 | 10:53:48 20:17 | 10:56:07 23:4 | 10:58:58 25:10 |

| | | | | |
|---|---|---|---|---|
| **10:59:00** 25:11 | **11:02:32** 28:7 | **11:06:34** 30:19,20 | **11:10:12** 33:9 | **11:14:10** 35:17 |
| **10:59:01** 25:12 | **11:02:37** 28:8 | **11:06:43** 30:21,22 | **11:10:14** 33:10 | **11:14:15** 35:18 |
| **10:59:07** 25:13 | **11:02:40** 28:9 | **11:06:44** 31:1,2 | **11:10:18** 33:11 | **11:14:16** 35:19 |
| **10:59:11** 25:14 | **11:02:43** 28:10 | **11:06:47** 31:3 | **11:10:19** 33:12 | **11:14:40** 35:20 |
| **10:59:20** 25:15 | **11:02:51** 28:11 | **11:06:52** 31:4 | **11:10:30** 33:13 | **11:14:42** 35:21 |
| **10:59:23** 25:16 | **11:02:56** 28:12 | **11:06:54** 31:5 | **11:10:35** 33:14 | **11:14:51** 35:22 |
| **10:59:29** 25:17 | **11:03:03** 28:13 | **11:06:55** 31:6 | **11:10:37** 33:15 | **11:14:52** 36:1 |
| **10:59:34** 25:18,19 | **11:03:06** 28:14 | **11:06:59** 31:7,8 | **11:10:40** 33:16 | **11:14:55** 36:2 |
| 25:20,21,22 | **11:03:09** 28:15 | **11:07:02** 31:9 | **11:10:42** 33:17 | **11:15** 36:3 |
| **10:59:38** 26:1 | **11:03:13** 28:16 | **11:07:07** 31:10 | **11:10:44** 33:18 | **11:15:02** 36:3 |
| **10:59:41** 26:2,3 | **11:03:18** 28:17 | **11:07:08** 31:11 | **11:10:47** 33:19 | **11:22** 36:4 |
| **10:59:43** 26:4 | **11:03:23** 28:18,19 | **11:07:30** 31:12 | **11:10:48** 33:20 | **11:22:42** 36:4,5 |
| **10:59:47** 26:5 | **11:03:36** 28:20 | **11:07:33** 31:13 | **11:10:55** 33:21 | **11:22:46** 36:6 |
| **10:59:48** 26:6 | **11:03:43** 28:21 | **11:07:39** 31:14 | **11:10:58** 33:22 | **11:22:47** 36:7 |
| **10:59:50** 26:7 | **11:03:50** 28:22 | **11:07:44** 31:15 | **11:11:02** 34:1 | **11:22:48** 36:8 |
| **10:59:52** 26:8 | **11:03:51** 29:1,2 | **11:07:47** 31:16 | **11:11:05** 34:2 | **11:22:54** 36:9 |
| **10:59:58** 26:9 | **11:03:57** 29:3 | **11:07:50** 31:17 | **11:11:07** 34:3 | **11:23:10** 36:10 |
| **11:00:10** 26:10 | **11:04:00** 29:4 | **11:08:12** 31:18 | **11:11:12** 34:4,5,6 | **11:23:14** 36:11 |
| **11:00:16** 26:11 | **11:04:06** 29:5,6 | **11:08:17** 31:19 | **11:11:13** 34:7 | **11:23:17** 36:12 |
| **11:00:21** 26:12,13 | **11:04:09** 29:7 | **11:08:28** 31:20 | **11:11:14** 34:8 | **11:23:18** 36:13 |
| **11:00:23** 26:14 | **11:04:12** 29:8 | **11:08:30** 31:21 | **11:11:16** 34:9,10 | **11:23:20** 36:14 |
| **11:00:26** 26:15 | **11:04:27** 29:9 | **11:08:36** 31:22 | **11:11:22** 34:11 | **11:23:27** 36:15 |
| **11:00:27** 26:16 | **11:04:34** 29:10,11 | 32:1 | **11:11:30** 34:12 | **11:23:31** 36:16 |
| **11:00:34** 26:17 | **11:04:43** 29:12 | **11:08:39** 32:2 | **11:11:44** 34:13 | **11:23:35** 36:17 |
| **11:00:37** 26:18 | **11:04:44** 29:13 | **11:08:41** 32:3 | **11:11:49** 34:14 | **11:23:37** 36:18 |
| **11:00:40** 26:19 | **11:04:46** 29:14 | **11:08:42** 32:4 | **11:11:52** 34:15 | **11:23:43** 36:19 |
| **11:00:55** 26:20,21 | **11:05:05** 29:15 | **11:08:45** 32:5 | **11:11:58** 34:16 | **11:23:45** 36:20 |
| **11:00:57** 26:22 | **11:05:08** 29:16 | **11:08:47** 32:6 | **11:12:01** 34:17 | **11:23:51** 36:21 |
| **11:00:58** 27:1 | **11:05:12** 29:17 | **11:08:52** 32:7 | **11:12:04** 34:18 | **11:23:56** 36:22 |
| **11:01:02** 27:2 | **11:05:15** 29:18 | **11:09:06** 32:8 | **11:12:07** 34:19 | **11:23:58** 37:1 |
| **11:01:11** 27:3,4 | **11:05:19** 29:19 | **11:09:08** 32:9,10 | **11:12:14** 34:20 | **11:24:06** 37:2 |
| **11:01:13** 27:5 | **11:05:21** 29:20,21 | **11:09:10** 32:11 | **11:12:21** 34:21 | **11:24:12** 37:3 |
| **11:01:17** 27:6 | **11:05:25** 29:22 | **11:09:13** 32:12 | **11:12:22** 34:22 | **11:24:17** 37:4 |
| **11:01:26** 27:7 | **11:05:30** 30:1 | **11:09:14** 32:13 | **11:12:28** 35:1 | **11:24:27** 37:5 |
| **11:01:31** 27:8 | **11:05:34** 30:2 | **11:09:15** 32:14 | **11:12:30** 35:2 | **11:24:33** 37:6 |
| **11:01:37** 27:9 | **11:05:36** 30:3 | **11:09:18** 32:15 | **11:12:40** 35:3 | **11:24:46** 37:7 |
| **11:01:40** 27:10 | **11:05:56** 30:4 | **11:09:21** 32:16 | **11:12:46** 35:4 | **11:24:47** 37:8 |
| **11:01:44** 27:11 | **11:05:58** 30:5 | **11:09:23** 32:17 | **11:12:48** 35:5 | **11:24:52** 37:9 |
| **11:01:47** 27:12 | **11:06:01** 30:6 | **11:09:25** 32:18 | **11:12:49** 35:6 | **11:24:58** 37:10 |
| **11:01:58** 27:13 | **11:06:04** 30:7 | **11:09:26** 32:19 | **11:12:52** 35:7 | **11:25:04** 37:11 |
| **11:02:00** 27:14,15 | **11:06:07** 30:8 | **11:09:45** 32:20 | **11:12:56** 35:8 | **11:25:07** 37:12 |
| **11:02:04** 27:16,17 | **11:06:08** 30:9 | **11:09:47** 32:21,22 | **11:13:04** 35:9 | **11:25:13** 37:13 |
| **11:02:08** 27:18,19 | **11:06:11** 30:10 | **11:09:51** 33:1,2 | **11:13:06** 35:10 | **11:25:19** 37:14 |
| **11:02:11** 27:20,21 | **11:06:14** 30:11 | **11:09:57** 33:3 | **11:13:10** 35:11 | **11:25:23** 37:15 |
| **11:02:15** 27:22 | **11:06:19** 30:12 | **11:09:59** 33:4 | **11:13:51** 35:12 | **11:25:27** 37:16 |
| **11:02:21** 28:1,2 | **11:06:22** 30:13 | **11:10:00** 33:5 | **11:13:52** 35:13 | **11:25:29** 37:17 |
| **11:02:24** 28:3,4 | **11:06:24** 30:14 | **11:10:03** 33:6 | **11:13:56** 35:14 | **11:25:32** 37:18 |
| **11:02:28** 28:5 | **11:06:28** 30:15,16 | **11:10:04** 33:7 | **11:14:03** 35:15 | **11:25:35** 37:19 |
| **11:02:31** 28:6 | **11:06:31** 30:17,18 | **11:10:08** 33:8 | **11:14:06** 35:16 | **11:25:37** 37:20 |

| | | | | |
|---|---|---|---|---|
| **11:25:38** 37:21,22 | **11:28:53** 40:7 | **11:31:53** 42:16 | **11:36:25** 44:22 | **11:39:41** 47:6 |
| **11:25:41** 38:1 | **11:28:55** 40:8 | **11:31:55** 42:17 | **11:36:27** 45:1 | **11:39:46** 47:7 |
| **11:25:44** 38:2 | **11:29:01** 40:9,10 | **11:31:57** 42:18 | **11:36:39** 45:2 | **11:39:50** 47:8 |
| **11:25:47** 38:3 | **11:29:08** 40:11 | **11:31:58** 42:19 | **11:36:41** 45:3 | **11:39:54** 47:9 |
| **11:25:49** 38:4 | **11:29:13** 40:12 | **11:32:01** 42:20 | **11:36:43** 45:4 | **11:39:56** 47:10 |
| **11:25:58** 38:5 | **11:29:15** 40:13 | **11:32:04** 42:21 | **11:36:47** 45:5 | **11:40:00** 47:11 |
| **11:25:59** 38:6 | **11:29:18** 40:14 | **11:32:07** 42:22 | **11:36:49** 45:6 | **11:40:08** 47:12 |
| **11:26:01** 38:7 | **11:29:20** 40:15 | **11:32:10** 43:1 | **11:36:54** 45:7 | **11:40:14** 47:13 |
| **11:26:03** 38:8 | **11:29:26** 40:16 | **11:32:16** 43:2 | **11:36:58** 45:8 | **11:40:17** 47:14 |
| **11:26:05** 38:9 | **11:29:30** 40:17,18 | **11:32:22** 43:3 | **11:37:05** 45:9 | **11:40:20** 47:15 |
| **11:26:08** 38:10 | **11:29:31** 40:19 | **11:32:24** 43:4 | **11:37:08** 45:10 | **11:40:23** 47:16 |
| **11:26:10** 38:11 | **11:29:35** 40:20,21 | **11:32:27** 43:5 | **11:37:15** 45:11 | **11:40:26** 47:17 |
| **11:26:12** 38:12 | **11:29:37** 40:22 | **11:32:31** 43:6 | **11:37:18** 45:12 | **11:40:29** 47:18 |
| **11:26:16** 38:13 | **11:29:41** 41:1 | **11:32:32** 43:7 | **11:37:24** 45:13 | **11:40:31** 47:19 |
| **11:26:19** 38:14 | **11:29:43** 41:2 | **11:32:37** 43:8 | **11:37:29** 45:14 | **11:40:35** 47:20 |
| **11:26:23** 38:15 | **11:29:47** 41:3 | **11:32:42** 43:9 | **11:37:37** 45:15 | **11:40:40** 47:21 |
| **11:26:29** 38:16 | **11:29:51** 41:4 | **11:32:45** 43:10 | **11:37:38** 45:16 | **11:40:41** 47:22 |
| **11:26:34** 38:17 | **11:29:53** 41:5,6 | **11:32:46** 43:11 | **11:37:41** 45:17 | **11:40:44** 48:1 |
| **11:26:44** 38:18 | **11:29:55** 41:7 | **11:32:50** 43:12 | **11:37:43** 45:18 | **11:40:48** 48:2 |
| **11:26:48** 38:19 | **11:29:59** 41:8 | **11:33:02** 43:13 | **11:37:45** 45:19 | **11:40:53** 48:3 |
| **11:26:53** 38:20 | **11:30:04** 41:9 | **11:33:09** 43:14 | **11:37:48** 45:20 | **11:40:54** 48:4 |
| **11:26:56** 38:21 | **11:30:05** 41:10 | **11:33:14** 43:15 | **11:37:53** 45:21,22 | **11:40:57** 48:5 |
| **11:26:58** 38:22 | **11:30:11** 41:11 | **11:33:18** 43:16 | **11:37:56** 46:1 | **11:41:01** 48:6 |
| **11:27:01** 39:1 | **11:30:12** 41:12 | **11:33:25** 43:17 | **11:38:01** 46:2 | **11:41:07** 48:7 |
| **11:27:08** 39:2 | **11:30:15** 41:13 | **11:33:29** 43:18 | **11:38:04** 46:3 | **11:41:10** 48:8 |
| **11:27:09** 39:3 | **11:30:18** 41:14 | **11:33:31** 43:19 | **11:38:08** 46:4 | **11:41:13** 48:9 |
| **11:27:20** 39:4 | **11:30:21** 41:15 | **11:33:32** 43:20 | **11:38:09** 46:5 | **11:41:16** 48:10 |
| **11:27:24** 39:5,6 | **11:30:24** 41:16 | **11:33:48** 43:21 | **11:38:13** 46:6 | **11:41:21** 48:11,12 |
| **11:27:33** 39:7 | **11:30:27** 41:17 | **11:33:53** 43:22 | **11:38:16** 46:7 | **11:41:33** 48:13 |
| **11:27:38** 39:8 | **11:30:29** 41:18 | **11:33:54** 44:1 | **11:38:18** 46:8 | **11:41:38** 48:14 |
| **11:27:42** 39:9 | **11:30:32** 41:19 | **11:33:58** 44:2 | **11:38:19** 46:9 | **11:41:41** 48:15 |
| **11:27:46** 39:10 | **11:30:34** 41:20 | **11:34:01** 44:3 | **11:38:27** 46:10 | **11:41:46** 48:16 |
| **11:27:47** 39:11 | **11:30:36** 41:21 | **11:34:07** 44:4 | **11:38:29** 46:11 | **11:41:55** 48:17 |
| **11:28:01** 39:12 | **11:30:39** 41:22 | **11:34:12** 44:5 | **11:38:35** 46:12 | **11:41:57** 48:18 |
| **11:28:04** 39:13 | **11:30:43** 42:1 | **11:34:17** 44:6 | **11:38:37** 46:13 | **11:42:01** 48:19 |
| **11:28:05** 39:14 | **11:30:49** 42:2 | **11:34:19** 44:7 | **11:38:39** 46:14 | **11:42:05** 48:20 |
| **11:28:07** 39:15 | **11:30:52** 42:3 | **11:34:21** 44:8 | **11:38:41** 46:15 | **11:42:26** 48:21 |
| **11:28:09** 39:16 | **11:30:59** 42:4 | **11:34:28** 44:9 | **11:38:44** 46:16 | **11:42:29** 48:22 |
| **11:28:13** 39:17 | **11:31:00** 42:5 | **11:34:33** 44:10 | **11:38:45** 46:17 | **11:42:33** 49:1 |
| **11:28:18** 39:18 | **11:31:03** 42:6 | **11:34:36** 44:11 | **11:38:50** 46:18 | **11:42:41** 49:2 |
| **11:28:20** 39:19 | **11:31:14** 42:7 | **11:34:40** 44:12 | **11:38:52** 46:19 | **11:42:46** 49:3 |
| **11:28:24** 39:20 | **11:31:17** 42:8 | **11:34:42** 44:13 | **11:38:53** 46:20 | **11:42:57** 49:4,5 |
| **11:28:28** 39:21 | **11:31:23** 42:9 | **11:35:51** 44:14 | **11:38:57** 46:21 | **11:43:03** 49:6 |
| **11:28:33** 39:22 | **11:31:28** 42:10 | **11:35:55** 44:15 | **11:39:17** 46:22 | **11:43:06** 49:7 |
| **11:28:35** 40:1 | **11:31:36** 42:11 | **11:36:01** 44:16 | 47:1 | **11:43:07** 49:8 |
| **11:28:38** 40:2 | **11:31:45** 42:12 | **11:36:04** 44:17,18 | **11:39:19** 47:2 | **11:43:08** 49:9 |
| **11:28:43** 40:3,4 | **11:31:49** 42:13 | **11:36:06** 44:19 | **11:39:37** 47:3 | **11:43:14** 49:10,11 |
| **11:28:46** 40:5 | **11:31:50** 42:14 | **11:36:19** 44:20 | **11:39:38** 47:4 | **11:43:21** 49:12 |
| **11:28:48** 40:6 | **11:31:51** 42:15 | **11:36:22** 44:21 | **11:39:39** 47:5 | **11:43:24** 49:13 |

| | | | | |
|---|---|---|---|---|
| **11:43:30** 49:14 | **11:47:28** 52:2 | **11:50:29** 54:10 | **11:53:19** 56:17 | **11:57:06** 59:3 |
| **11:43:36** 49:15 | **11:47:29** 52:3 | **11:50:30** 54:11 | **11:53:25** 56:18 | **11:57:08** 59:4 |
| **11:43:41** 49:16 | **11:47:32** 52:4 | **11:50:32** 54:12 | **11:53:39** 56:19 | **11:57:09** 59:5 |
| **11:43:47** 49:17 | **11:47:33** 52:5 | **11:50:35** 54:13 | **11:53:41** 56:20 | **11:57:11** 59:6 |
| **11:43:52** 49:18 | **11:47:35** 52:6,7 | **11:50:39** 54:14 | **11:53:45** 56:21 | **11:57:15** 59:7 |
| **11:43:57** 49:19 | **11:47:40** 52:8 | **11:50:44** 54:15 | **11:53:51** 56:22 | **11:57:16** 59:8 |
| **11:43:59** 49:20 | **11:47:43** 52:9 | **11:50:45** 54:16 | **11:53:54** 57:1 | **11:57:24** 59:9 |
| **11:44:00** 49:21 | **11:47:44** 52:10 | **11:50:46** 54:17 | **11:54:00** 57:2 | **11:57:29** 59:10 |
| **11:44:10** 49:22 | **11:47:49** 52:11 | **11:50:57** 54:18 | **11:54:04** 57:3 | **11:57:32** 59:11 |
| **11:44:12** 50:1,2 | **11:47:57** 52:12 | **11:51:01** 54:19 | **11:54:06** 57:4 | **11:57:38** 59:12 |
| **11:44:19** 50:3 | **11:47:58** 52:13 | **11:51:04** 54:20,21 | **11:54:10** 57:5 | **11:57:45** 59:13 |
| **11:44:22** 50:4 | **11:48:01** 52:14 | **11:51:05** 54:22 | **11:54:12** 57:6 | **11:58** 59:18 |
| **11:44:29** 50:5 | **11:48:09** 52:15 | **11:51:08** 55:1 | **11:54:15** 57:7 | **11:58:07** 59:14 |
| **11:44:33** 50:6 | **11:48:15** 52:16 | **11:51:11** 55:2 | **11:54:18** 57:8 | **11:58:10** 59:15 |
| **11:44:36** 50:7 | **11:48:18** 52:17 | **11:51:14** 55:3 | **11:54:20** 57:9 | **11:58:13** 59:16 |
| **11:44:39** 50:8 | **11:48:22** 52:18 | **11:51:20** 55:4 | **11:54:24** 57:10 | **11:58:24** 59:17,18 |
| **11:44:46** 50:9 | **11:48:28** 52:19 | **11:51:23** 55:5 | **11:55:08** 57:11 | **11th** 71:15 |
| **11:44:49** 50:10,11 | **11:48:32** 52:20 | **11:51:26** 55:6 | **11:55:10** 57:12,13 | **12:12** 59:19 |
| **11:44:52** 50:12 | **11:48:36** 52:21 | **11:51:31** 55:7 | **11:55:15** 57:14 | **12:12:19** 59:19,20 |
| **11:44:55** 50:13 | **11:48:39** 52:22 | **11:51:33** 55:8 | **11:55:19** 57:15 | **12:12:22** 59:21 |
| **11:44:58** 50:14,15 | **11:48:42** 53:1 | **11:51:37** 55:9 | **11:55:22** 57:16 | **12:12:24** 59:22 |
| **11:45:02** 50:16 | **11:48:48** 53:2 | **11:51:38** 55:10,11 | **11:55:24** 57:17,18 | **12:12:27** 60:1 |
| **11:45:05** 50:17 | **11:48:51** 53:3 | **11:51:40** 55:12 | 57:19 | **12:12:30** 60:2 |
| **11:45:10** 50:18 | **11:48:52** 53:4 | **11:51:42** 55:13 | **11:55:41** 57:20 | **12:12:32** 60:3 |
| **11:45:14** 50:19 | **11:48:54** 53:5 | **11:51:46** 55:14 | **11:55:46** 57:21 | **12:12:42** 60:4 |
| **11:45:21** 50:20 | **11:48:57** 53:6 | **11:51:49** 55:15 | **11:55:48** 57:22 | **12:12:45** 60:5,6 |
| **11:45:27** 50:21 | **11:49:00** 53:7 | **11:51:50** 55:16 | **11:55:49** 58:1 | **12:12:48** 60:7 |
| **11:45:32** 50:22 | **11:49:03** 53:8 | **11:51:53** 55:17 | **11:55:51** 58:2 | **12:12:50** 60:8 |
| **11:45:39** 51:1,2,3 | **11:49:06** 53:9 | **11:51:55** 55:18 | **11:55:53** 58:3 | **12:12:53** 60:9 |
| **11:45:58** 51:4 | **11:49:07** 53:10 | **11:52:00** 55:19 | **11:55:56** 58:4 | **12:12:55** 60:10,11 |
| **11:45:59** 51:5 | **11:49:10** 53:11 | **11:52:05** 55:20 | **11:56:00** 58:5 | **12:13:02** 60:12 |
| **11:46:02** 51:6 | **11:49:14** 53:12 | **11:52:11** 55:21 | **11:56:05** 58:6 | **12:13:05** 60:13 |
| **11:46:08** 51:7 | **11:49:23** 53:13 | **11:52:16** 55:22 | **11:56:07** 58:7 | **12:13:09** 60:14 |
| **11:46:12** 51:8 | **11:49:26** 53:14,15 | **11:52:20** 56:1 | **11:56:10** 58:8 | **12:13:10** 60:15 |
| **11:46:17** 51:9 | 53:16 | **11:52:24** 56:2 | **11:56:17** 58:9 | **12:13:15** 60:16 |
| **11:46:25** 51:10 | **11:49:36** 53:17 | **11:52:26** 56:3 | **11:56:18** 58:10 | **12:13:18** 60:17 |
| **11:46:30** 51:11 | **11:49:41** 53:18,19 | **11:52:29** 56:4 | **11:56:22** 58:11,12 | **12:13:25** 60:18,19 |
| **11:46:31** 51:12 | **11:49:45** 53:20 | **11:52:36** 56:5 | **11:56:28** 58:13 | 60:20 |
| **11:46:38** 51:13 | **11:49:51** 53:21 | **11:52:39** 56:6 | **11:56:29** 58:14 | **12:13:31** 60:21 |
| **11:46:42** 51:14 | **11:49:52** 53:22 | **11:52:40** 56:7 | **11:56:31** 58:15 | **12:13:39** 60:22 |
| **11:46:56** 51:15 | **11:49:56** 54:1 | **11:52:44** 56:8 | **11:56:36** 58:16 | **12:13:44** 61:1 |
| **11:47:03** 51:16 | **11:50:05** 54:2 | **11:52:48** 56:9 | **11:56:41** 58:17 | **12:13:47** 61:2 |
| **11:47:07** 51:17 | **11:50:08** 54:3 | **11:52:52** 56:10 | **11:56:44** 58:18 | **12:13:50** 61:3 |
| **11:47:09** 51:18 | **11:50:12** 54:4 | **11:52:54** 56:11 | **11:56:48** 58:19 | **12:13:57** 61:4 |
| **11:47:11** 51:19 | **11:50:17** 54:5 | **11:52:58** 56:12 | **11:56:51** 58:20 | **12:14:01** 61:5 |
| **11:47:16** 51:20 | **11:50:22** 54:6 | **11:53:01** 56:13 | **11:56:55** 58:21 | **12:14:03** 61:6 |
| **11:47:19** 51:21 | **11:50:23** 54:7 | **11:53:05** 56:14 | **11:57:00** 58:22 | **12:14:07** 61:7 |
| **11:47:23** 51:22 | **11:50:24** 54:8 | **11:53:09** 56:15 | 59:1 | **12:14:12** 61:8 |
| **11:47:27** 52:1 | **11:50:26** 54:9 | **11:53:14** 56:16 | **11:57:05** 59:2 | **12:14:16** 61:9 |

**12:14:20** 61:10
**12:14:21** 61:11
**12:14:23** 61:12
**12:14:26** 61:13
**12:14:33** 61:14
**12:14:34** 61:15
**12:14:37** 61:16,17
**12:14:40** 61:18
**12:14:41** 61:19,20
**12:14:45** 61:21
**12:14:47** 61:22
  62:1
**12:14:51** 62:2
**12:14:52** 62:3
**12:14:57** 62:4
**12:15:05** 62:5
**12:15:07** 62:6
**12:15:09** 62:7
**12:15:10** 62:8
**12:15:14** 62:9
**12:15:16** 62:10
**12:15:23** 62:11
**12:15:26** 62:12
**12:15:32** 62:13,14
**12:15:37** 62:15
**12:15:41** 62:16,17
**12:15:43** 62:18
**12:15:51** 62:19
**12:15:55** 62:20
**12:16:04** 62:21
**12:16:06** 62:22
**12:16:11** 63:1
**12:16:15** 63:2
**12:16:16** 63:3
**12:16:17** 63:4,5
**12:16:19** 63:6
**12:16:22** 63:7
**12:16:30** 63:8
**12:16:32** 63:9
**12:16:35** 63:10
**12:16:40** 63:11
**12:16:42** 63:12
**12:16:45** 63:13
**12:16:52** 63:14
**12:16:54** 63:15,16
**12:16:57** 63:17,18
**12:17:04** 63:19
**12:17:06** 63:20
**12:17:08** 63:21

**12:17:11** 63:22
**12:17:14** 64:1
**12:17:45** 64:2
**12:17:46** 64:3,4
**12:17:50** 64:5
**12:17:55** 64:6,7
**12:17:56** 64:8
**12:17:58** 64:9
**12:18:02** 64:10
**12:18:07** 64:11
**12:18:08** 64:12
**12:18:10** 64:13
**12:18:15** 64:14
**12:18:18** 64:15
**12:18:22** 64:16
**12:18:25** 64:17
**12:18:28** 64:18
**12:18:30** 64:19
**12:18:34** 64:20
**12:18:38** 64:21
**12:18:40** 64:22
**12:18:45** 65:1
**12:18:50** 65:2
**12:18:51** 65:3
**12:18:57** 65:4
**12:19:00** 65:5
**12:19:02** 65:6
**12:19:10** 65:7
**12:19:15** 65:8
**12:19:17** 65:9
**12:19:20** 65:10
**12:19:22** 65:11
**12:19:25** 65:12
**12:19:27** 65:13
**12:19:31** 65:14
**12:19:32** 65:15
**12:19:35** 65:16
**12:19:37** 65:17
**12:19:41** 65:18
**12:19:44** 65:19
**12:19:47** 65:20
**12:19:48** 65:21
**12:19:52** 65:22
**12:19:56** 66:1
**12:19:58** 66:2
**12:20:05** 66:3
**12:20:07** 66:4
**12:20:12** 66:5
**12:20:22** 66:6

**12:20:24** 66:7
**12:20:28** 66:8
**12:20:31** 66:9
**12:20:40** 66:10
**12:20:46** 66:11
**12:20:49** 66:12
**12:20:57** 66:13
**12:20:58** 66:14,15
**12:21:02** 66:16,17
**12:21:20** 66:18
**12:21:28** 66:19
**12:21:33** 66:20
**12:21:38** 66:21
**12:21:40** 66:22
**12:21:47** 67:1
**12:21:51** 67:2
**12:21:52** 67:3
**12:21:53** 67:4
**12:21:55** 67:5
**12:22:07** 67:6
**12:22:10** 67:7
**12:22:13** 67:8
**12:22:17** 67:9
**12:22:25** 67:10,11
**12:22:30** 67:12
**12:22:31** 67:13
**12:23** 67:19
**12:23:33** 67:14
**12:23:35** 67:15
**12:23:37** 67:16
**12:23:43** 67:17
**12:23:44** 67:18
**12:23:50** 67:19
**12:31** 67:19
**12:31:16** 67:20,21
**12:31:29** 67:22
**12:31:31** 68:1
**12:31:34** 68:2
**12:31:37** 68:3
**12:31:42** 68:4
**12:31:48** 68:5
**12:31:50** 68:6
**12:31:53** 68:7
**12:32** 68:15
**12:32:05** 68:8
**12:32:07** 68:9
**12:32:10** 68:10,11
**12:32:11** 68:12
**12:32:20** 68:13

**1310** 2:5
**15th** 4:15
**18** 71:18
**1st** 49:17

**2**

**20001** 2:14
**20005** 2:6
**2007** 33:13
**2007-2008** 5:11,12
  11:5 33:22 34:11
**2008** 33:13 36:13
  36:14 49:17,17
  50:4,12 51:14
  54:22 55:9 56:20
  57:7 61:4 63:7
  66:6 67:5 68:3
**2008-2009** 41:18
  43:12 52:5 53:11
  57:6 60:9
**2009** 49:11 67:5
  68:3
**2016** 4:15 47:3
  48:13,17
**202** 2:7,15
**2021** 1:11 71:16
**2023** 71:18

**3**

**30(b)(6)** 6:15,17
  9:13
**30th** 49:17

**4**

**4** 3:3
**441** 2:13
**4th** 2:13

**5**

**6**

**628-1101** 2:7
**630** 2:13

**7**

**727-3400** 2:15
**750** 2:5

**8**

**8** 1:11 3:9