# EXHIBIT

# 3

UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL

+ + + + +

IN THE MATTER OF:                  :
                                   :
KENNETH DICKERSON,                 :
                                   :
          Plaintiff,               :
                                   :
     v.                            : Civil Action No.
                                   : 09-2213 (PLF)
DISTRICT OF COLUMBIA,              :
                                   :
          Defendant.               :
                                   :

          Thursday,
          October 17, 2019

          Washington, D.C.


DEPOSITION OF:

          KENNETH DICKERSON

called for examination by Counsel for the

Defendant, pursuant to Notice of Deposition, in

the law offices of the Attorney General, located

at 441 4th Street NW, Washington D.C., at 10:00

a.m., when were present on behalf of the

respective parties:

**APPEARANCES:**

**On Behalf of Plaintiff:**

DONALD M. TEMPLE, ESQ.
SUJI SUTLER, ESQ.
Temple Law Offices
1310 L Street NW
Suite 750
Washington, D.C. 20005
(202) 628-1101
dtemplelaw@gmail.com
sujisutler@gmail.com


**On Behalf of Defendant:**

GREGORY M. CUMMING, ESQ.
MATEYA B. KELLEY, ESQ.
Assistant Attorneys General
441 4th Street NW
Suite 630S
Washington, D.C. 20001
(202) 724-6627 (Cumming)
(202) 724-7854 (Kelley)

gregory.cumming@dc.gov

mateya.kelley@dc.gov

CONTENTS

WITNESS                 DIRECT CROSS REDIRECT RECROSS

Kenneth Dickerson          4      222

EXHIBIT NO.                                        PAGE

1     Notice of Deposition . . . . . . . . . . . . 7
2     Plaintiff's Answer to Defendant's
      First Set of Discovery Requests. . . . . . . 9
3     Plaintiff's Supplemental Answers
      to First Set of Interrogatories
      and Request for Production of
      Documents. . . . . . . . . . . . . . . . . .10
4     Plaintiff's Resume . . . . . . . . . . . . . .12
5     Plaintiff's Production of
      Documents Second Set of Requests . . . . . .26
6     Notice of Non-Reappointment as
      Assistant Principal for the
      2008-2009 School Year, 6/16/08 . . . . . . .43
7     Lawsuit Brief, 3/13/18 . . . . . . . . . . .63
8     Plaintiff's Answers to First Set
      of Requests for Admission, Second
      Set of Interrogatories and Request
      for Production of Documents. . . . . . . . 108
9     Email from Pierre Carter to
      Pete Cahall et al, 6/20/08 . . . . . . . . 122
10    Plaintiff's Production of Documents

      Second Set of Requests . . . . . . . . . . 164

11    Email from Pete Cahall to Patricia

      Tucker dated 6/27/08 . . . . . . . . . . . 180

12    Plaintiff's Production of Documents

      Second Set of Requests . . . . . . . . . . 199

```
 1                  P-R-O-C-E-E-D-I-N-G-S

 2                                  (10:03 a.m.)

 3    WHEREUPON,

 4         KENNETH DICKERSON

 5    was called as a witness by Counsel for the

 6    Defendant and, having been first duly sworn,

 7    assumed the witness stand, was examined and

 8    testified as follows:

 9              MR. CUMMING:  Good morning.

10              MR. DICKERSON:  Good morning.

11         DIRECT EXAMINATION

12    BY MR. CUMMING:

13         Q     Could you please state and spell your

14    name for the record?

15         A     Dr. Kenneth Dickerson, K-E-N-N-E-T-H,

16    D-I-C-K-E-R-S-O-N.

17         Q     And what is your current address?

18         A     4203 Illinois Avenue, Northwest,

19    Washington, D.C.

20         Q     I'm going to go over a few ground

21    rules for depositions and sort of, I guess,

22    clerical things and then get to the substantive
```

1    questions.

2         A    Okay.

3         Q    So I guess start off have you ever

4    been deposed before?

5         A    No, sir.

6         Q    Okay.  So I'm going to ask you

7    questions.  You're going to answer.  It'll be

8    just like this for, you know, hopefully not the

9    entire day but for a while.

10        A    Okay.

11        Q    We'll sometimes show you exhibits.

12   The Court Reporter will mark them and a copy will

13   go to Mr. Temple, your attorney.

14        A    Okay.

15        Q    I'm going to ask that when I ask a

16   question, please wait for me to finish asking the

17   question before you respond.  That's so that the

18   court reporter can get a clean transcript about

19   us talking over each other.  And I will do my

20   best to do the same and not cut you off when you

21   answer.

22        A    Okay.

1     Q     Your lawyer may object.  You'll be

2     expected to answer unless he tells you explicitly

3     not to do so.

4     A     Okay.

5     Q     Please give a verbal response so "yes"

6     or "no," rather than a "unh-unh," or shake of

7     your head.  If you don't understand a question,

8     please tell me.  If you do start to answer, I'll

9     assume that you did understand the question.

10     A     Okay.

11     Q     Is there anything keeping you from

12     answering truthfully today, health conditions,

13     fatigue, anything like that --

14     A     No.

15     Q     -- at all, sir?  Okay.  And you'll

16     have an opportunity after the deposition to

17     review the transcript if you'd like, and your

18     lawyer will instruct you as to that as we go

19     forward.

20     A     Okay.

21     MR. CUMMING: Okay.  So please mark

22     this as Exhibit 1.

1                          (Whereupon, the above-

2                          referred to document was

3                          marked as Exhibit 1 for

4                          identification.)

5    BY MR. CUMMING:

6          Q      And could you please take a look and

7    -- at this document; let me know if you recognize

8    it?

9          A      Yes, sir.

10         Q      Okay.  And what is it?

11         A      It's a notice of deposition.

12         Q      Okay.  And when did you last see this

13   document before today?

14         A      Yesterday.

15         Q      Okay.  And why did you look at it

16   yesterday?

17         A      Because I knew I had to be here today.

18         Q      What did you do to prepare for today's

19   deposition?

20         A      Talked to my attorney.

21         Q      Okay.  Other than talking to counsel

22   -- and I'm not going to ask you about that

1      conversation -- did you do anything else?

2           A    No, sir.

3           Q    Did you review any documents other

4      than those that Donald gave you?

5           A    No, sir.

6           Q    Okay.  And about how long did you

7      review for today's deposition?

8           A    A few hours.

9           Q    Okay.  And did you only review

10     yesterday or at any point before that?

11          A    I kind of live this case, sir.  I've

12     been reviewing this case for the last 11 years --

13          Q    Okay.

14          A    -- so.

15          Q    Fair enough.

16          A    Okay.

17          Q    So with that out of the way, I'd like

18     to talk a little bit about your background,

19     education, and job history.

20          A    Okay.

21          Q    So when did you graduate from college?

22          A    First degree was in 1993 from UDC,  a

1   bachelor's in music education.

2         Q     Okay.

3         A     Second degree was in 2000, master's in

4   educational leadership from George Mason

5   University.  Third degree was in 2010 -- 2011 --

6   I'm sorry, 2011, doctorate in human development-

7   organizational learning with an emphasis on

8   executive leadership from George Washington

9   University.

10        Q     Okay.  And any other degrees other

11  than those three?

12        A     High school diploma, Wilson Senior

13  High School.  I'm a product of D.C. Public

14  Schools.

15        Q     Okay.  So now I'd like to talk a

16  little bit about your work history.

17        A     Okay.

18              MR. CUMMING:  Please mark this as

19  Exhibit 2?

20                        (Whereupon, the above-

21                        referred to document was

22                        marked as Exhibit 2 for

1                        identification.)

2              MR. CUMMING:  Thank you.

3      BY MR. CUMMING:

4          Q      And could you please take a look at

5      Exhibit 2 and let me know if you recognize it?

6          A      Yes, sir, I recognize it.

7          Q      Okay.  And what is it?

8          A      Plaintiff answers to defendant's first

9      set of discovery requests.

10         Q      Okay.  And did you review this

11     document when it was being prepared?

12         A      When it was being prepared?

13         Q      Yes.

14         A      I saw it, yes, sir.

15         Q      Okay.  And you reviewed the answers

16     before it was submitted to the District?

17         A      Yes, sir.

18              MR. CUMMING:  Okay.  And I'd like to

19     mark this as Exhibit 3, please?  Mr. Dickerson,

20     you can leave that one out.  I'm going to --

21                        (Whereupon, the above-

22                         referred to document was

1           marked as Exhibit 3 for

2              identification.)

3           THE WITNESS:  Okay.

4           MR. CUMMING:  -- get a couple of these

5    --

6           THE WITNESS:  Okay.

7           MR. CUMMING:  -- marked off the bat.

8    We're going to be using these two a lot today.

9           THE WITNESS:  Okay.

10   BY MR. CUMMING:

11        Q    And could you please also take a look

12   at Exhibit 3 and again, let me know if you

13   recognize it?

14        A    Yes, sir, I recognize it.

15        Q    And what is Exhibit 3?

16        A    Plaintiff's supplemental answers to

17   first set of interrogatories and request for

18   production of documents.

19        Q    Okay.  And did you, again, review

20   these answers when --

21        A    Yes, sir.

22        Q    -- before it was submitted?

1          A     Yes, sir.

2          Q     Okay.

3          A     And I'd like to have this marked as

4     Exhibit 4, please?

5                              (Whereupon, the above-

6                              referred to document was

7                              marked as Exhibit 4 for

8                              identification.)

9     BY MR. CUMMING:

10         Q     And could you please take a look at

11    Exhibit 4 and, again, let me know if you

12    recognize it?

13         A     It's my resume, sir.

14         Q     Okay.  And do you know when this

15    resume was prepared or when you prepared it?

16         A     Sometime this year.

17         Q     Okay.  So would you describe this as

18    your current resume?

19         A     Yes, sir.

20         Q     Okay.  If you could start by taking a

21    look at Exhibit 2 --

22         A     Okay.

1          Q      -- and specifically the answer to

2     number 5?  It's on page 6 of the Exhibit.  Pages

3     are marked at the bottom of the page.

4          A      Page six, oh.  Okay.

5          Q      I'm sorry, Mr. Dickinson, I'm actually

6     -- actually should have started with -- if you

7     could look at Exhibit 3 --

8          A      Okay.

9          Q      -- and the answer to interrogatory

10    number 23?

11         A      Yes, okay.

12         Q      And do you see that interrogatory

13    number 23 asks you to identify your periods of

14    employment?

15         A      Yes, sir.

16         Q      So could you take a look at that

17    answer that you provided and let me know if you

18    believe that's still accurate?

19         A      Yes, sir.

20         Q      Okay.

21         A      In the best of my knowledge, yes.

22         Q      Okay.  So I'd like to start by talking

1      about your first position listed as music teacher

2      at Douglas; I assume that's junior high school?

3          A    Yes.

4          Q    Is that correct?

5          A    Yes, sir.

6          Q    So you were hired in September of

7      1993; is that right?

8          A    Yes, sir.

9          Q    And was that after you graduated from

10     college or --

11         A    Actually, they offered me a position

12     while I was still in college.

13         Q    Okay.

14         A    But I had finished and I started in

15     September.

16         Q    Okay.  And was this -- this was your

17     first job out of college; is that correct?

18         A    Yes, sir.

19         Q    Okay.  And could you describe a little

20     bit about your role as a music teacher at

21     Douglas?

22         A    Will, I'm building relationships with

1    students to -- to teach the love of music, to

2    teach them the practice of music and how it can

3    impact their lives and how they could gain

4    careers in music.

5         Q    Okay.  And then in September of 1996,

6    you moved to Wilson Senior High School; is that

7    correct?

8         A    Yes, sir.

9         Q    And why did you move?

10        A    They closed the school.

11        Q    Okay.  And were your duties as a music

12   teacher at Wilson similar to those at Douglas?

13        A    Yes, to create a music program, a

14   marching band program, same thing, build

15   relationships with students, teach the love of

16   music and create performance ensembles.

17        Q    Okay.  Were your only duties teaching

18   classes to students, or were there any other

19   duties?

20        A    At that particular time, when I was a

21   music teacher, I had -- between '96 and 2008, my

22   duties changed because in 1999, I was asked to be

1    Dean of Students while I was still a music

2    teacher.

3            Q    Okay.  How did that go about; how were

4    you asked to be Dean of Students?

5            A    Well, Dr. Tarason, the Principal who

6    came in, he saw my relationship with students,

7    and he saw that I had a great relationship with

8    students.  I could kind of get them to move a

9    little bit better than most folks on staff at

10   that particular time, and he asked me to come on

11   board as an administrator, to be Dean of

12   Students.  I was apprehensive because the music

13   program was going -- coming along so well, and

14   the parents were upset because they didn't want

15   me to leave their kids, because their kids were

16   doing well in the community.  But I went -- I

17   went on and took the -- the role and part of the

18   -- part of the bargain was the parents asked that

19   I would still stay and still teach the kids

20   music, so it wouldn't be a total loss.

21           Q    Okay.

22           A    So I agreed.

1    Q    So what were your specific duties as

2    Dean of Students during that year?

3        A    To build culture, to build a link

4    between school and community, to teach peer

5    mediation, to talk and teach students at risk to

6    talk about culture diversity and deal with safety

7    in the community at Woodrow Wilson Senior High

8    School.

9        Q    About -- you said you still were

10   teaching; about what percentage of your time was

11   spent teaching versus the duties as Dean of

12   Students?

13       A    Let's say 65/35.  At second period

14   every other day, I would teach a jazz band class.

15   However, during homecoming, I would put together

16   the marching band.  That was a very exhausting

17   time for me, because Dr. Tarason asked me to

18   still do a marching band because the community

19   wanted a marching band.  So I would spend time

20   during my lunch period teaching the band.  Then

21   in the afternoons, once things got quiet after

22   about 4:30, I would go back and teach the band.

1    So second period during the day, blocked off time

2    so I could continue to direct the jazz band.

3    Then during my lunch period, I would teach the

4    marching band, come back to my duties during the

5    daytime.  Then after about 4:15 or 4:30, I would

6    go back outside with the students until that

7    evening.

8           Q     And it looks like in September of

9    2000, you became an Assistant Principal in

10   Wilson; is that correct?

11          A     Yes, sir.

12          Q     And how did you go about becoming an

13   assistant principal?

14          A     Actually, I was approached by the

15   President of the PTA, and he saw what I was doing

16   with the students, and he said that there was an

17   opportunity for a position as Assistant Principal

18   and would I take that opportunity, because he saw

19   me work in the community, and he saw how the

20   students responded to me.  So again, I was

21   apprehensive about taking that position on,

22   because I told him what I was doing, I was split

1    between being the Dean and being a music teacher

2    at the time.  Again, I sat with Dr. Tarason, and

3    he stated that he still wanted me to still have

4    some input with the marching band and the jazz

5    band and still do the dean of Student work and be

6    an assistant principal.  So I had three duties at

7    that time.

8         Q    A little bit more about your duties as

9    dean of Students.  When you weren't teaching

10   music, could you give me an example of your day-

11   to-day duties that you did as Dean?

12        A    Well, I handled discipline, a lot of

13   time peer mediation between students when there

14   was an issue.  There were a few gangs in the

15   school, and I had relationships with all the

16   students, so I would sit those guys down and talk

17   to them about -- especially about this thing

18   called "mutual reciprocity," you know, mutual

19   respect between each other.  And there's a term

20   that I can't pull up right now, "eminent domain,"

21   meaning that everybody was repping and one person

22   said they're from 17, another person would say

1    they were from Southwest, and I'm like, "Nobody

2    owns land in Washington, D.C., so what are you

3    fighting?"  And they didn't understand that at

4    first.  I'm like, "Nobody owns land.  The city

5    can actually come through and bulldozer your

6    house and put a highway through it if they want

7    to, so what are you repping? Why are you repping

8    Southwest?"  And I would ask the kids, "When did

9    this start?"  And the kids didn't know, so after

10   a while, they would create peace.  So we

11   initiated this thing called, "Peaceable Schools,"

12   and we would deal with cultural diversity,

13   because Woodrow Wilson is a different type of

14   school.  It's kind of a melting pot of all

15   cultures.  So we created a thing called "The Male

16   Initiative," also.  And Male Initiative was for

17   everybody.  We taught The Seven Habits of Highly

18   Effective Teens."  So those were my

19   responsibilities, to create culture, to deal with

20   disciplinary problems and issues when they came

21   up.

22        Q      Okay.

1        A        And the "Create School Safety," let me

2    say that, a climate of school safety because back

3    then, I think that was right before -- I forgot

4    what they call this guy -- he was -- he was

5    shooting people in the Metropolitan area, him and

6    his teenager.  What was that guy's name?  I can't

7    remember his name.  At any rate, caused --

8    created chaos.  The kids were scared to go

9    outside and all that stuff, so I was the liaison

10   between the administration and the student

11   population.

12       Q        Okay.  Now I want to move back to when

13   you became an assistant principal; so you were

14   approached by the head of the PT, is that right?

15       A        Yes, sir.

16       Q        And once you decided to apply for, I

17   assume, the vacancy, how'd you go about doing

18   that?

19       A        I really can't remember.  At the time,

20   I was at George Mason University working on my

21   master's in educational leadership, and I can't

22   remember the -- I can't remember this gentleman's

1 name who was the head of the PTA at the time, but

2 he approached me and he said, "Sir, are you sure

3 you're going to be completed with your master's

4 to take this position?"  And I told him that I

5 would -- I would be completed by -- with my

6 master's by that time.  And that's how I applied

7 and the position was granted to me.  I can't -- I

8 can't totally remember that time, sir.

9   Q Okay.  Do you remember if you -- I

10 assume you interviewed with the principal for the

11 vacancy?

12   A Yes.  Well, Dr. Tarason knew my work.

13 And he was also on board with me becoming an

14 assistant principal.  I was the one that was

15 apprehensive, because I was doing so much already

16 in the community, and I was hesitant to take the

17 role on.

18   Q Did you keep performing any duties as

19 a music teacher?

20   A Yes, second period every day.  Again

21 -- again, we had -- we had parent population

22 there who really enjoyed what the jazz band was

1    doing, and they enjoyed the performances.  We

2    were -- we were performing for the Vice President

3    of the United States.  We were performing for the

4    Superintendent.  We doing a lot of gigs at that

5    time, and they really enjoyed what the children

6    were doing -- or the students -- I mean I call

7    them children -- the students were doing at that

8    time.  So they wanted to make sure that I would

9    not leave the jazz band program.  We tried to

10   hire a couple of music teachers, and they didn't

11   work.  They didn't pan out.  They weren't

12   producing.  And so each time that the music

13   teacher was not producing, Dr. Tarason would turn

14   to me and say, listen, man, I want to give you a

15   little bit more time because you need to work

16   with the marching band during the day to prepare

17   them for homecoming.  Most of the time, I was

18   working with the marching band was around

19   homecoming.  Most of the time I was working with

20   the marching band around homecoming.  The rest of

21   the time -- the rest of the time I spent at

22   second period of every other day.  We had an "A"

1    day and a "B" day, and I would -- I would -- we

2    called it the hole.  I would be underneath the

3    stage in the hole with my walkie talkie.  And

4    certain days certain things would happen, and if

5    it was -- if it wasn't a real major situation

6    going on, I could teach the class.  But if it was

7    something catastrophic, then I would have to get

8    somebody, a sub to go in and hold the class until

9    I could handle my duties as an administrator.

10           Q     Okay.  So let's talk a little bit

11   about those duties.

12           A     Okay.

13           Q     Could you give me a sense of your day-

14   to-day work as an assistant principal?

15           A     Well, the same thing, dealing with

16   administration.  I had -- let me look at my

17   resume -- I had a few departments underneath that

18   I was dealing with.  I had to deal with

19   evaluations for certain departments.  I -- I

20   think I was the administrator over physical

21   education.  Can I look at my other resume,

22   because I have it kind of outlined on my other

```
1        resume.  It's -- I have copies if you need it.  I

2        have another resume.  I have copies of it if you

3        need it.

4               Q     I think we have it.  That's okay for

5        now.

6               A     Okay.

7               Q     Let's --

8                     (Off mic comments.)

9                     MS. KELLEY:  Is this an older version

10       --

11                    THE WITNESS:  Yes.

12                    MS. KELLEY:  -- you're looking for?

13                    THE WITNESS:  Yes.

14                    MS. KELLEY:  Does this look right?

15                    (Off mic comments.)

16                    THE WITNESS:  Oh, here we go.  I've

17       got -- here it is right here.

18                    MR. CUMMING:  Sure.  Would you like

19       the older one?

20                    THE WITNESS:  I would like the older

21       one.

22                    MR. CUMMING:  Can we mark this as
```

1    Exhibit 5, please?  Thank you.

2                          (Whereupon, the above-

3                          referred to document was

4                          marked as Exhibit 5 for

5                          identification.)

6              THE WITNESS:  Yes.  Here it is right

7    here, had arts, social studies, physical

8    education, the media studies department, and

9    military science, and music under -- under me.  I

10   evaluated the performances of teachers.  I still

11   dealt with peer mediation and the professional

12   developments for teachers, with classroom

13   management, cultural diversity, safety, security

14   in dealing with at-risk students.

15   BY MR. CUMMING:

16        Q     Okay.  For -- were your -- was -- your

17   role in, for instance, safety and security, how

18   was that different then when you were dean of

19   students?

20        A     It was basically the same.

21        Q     Okay.

22        A     Now -- yes, it was basically the same.

1        Q      Am I right in saying that professional

2    development for teachers, that was new, that was

3    not something you did as dean of students?

4        A      No, sir.

5        Q      Okay.

6        A      Other than classroom management, I

7    might have presented a couple of times on

8    classroom management and how to deal with kids

9    and how to build relationships with students.

10       Q      Okay.  Was how you dealt with student

11   discipline any different when you were assistant

12   principal post dean of students?

13       A      No, sir.

14       Q      Okay.  Were -- well, how was your

15   interaction with the principal different, if it

16   was different at all?

17       A      It wasn't different at all?

18       Q      Okay.

19       A      My duties and responsibilities were

20   expanded, but our relationship was the same.

21       Q      All right.  How often did you interact

22   with the principal at Wilson?

1      A      Every day.  We had morning meetings

2  every day.

3      Q      And who was or were the principals at

4  Wilson during your time as assistant principal?

5      A      Dr. Tarason and Jacqueline Williams.

6      Q      Okay.  And do you remember the years

7  they were principal?

8      A      I think Dr. Tarason came in in '97 or

9  '98.  I can't actually remember.  And then Jackie

10  became principal, I think, in 2007-2008.  Yes, I

11  think she was principal just for one year.

12      Q      Okay.  Do you know why Dr. Tarason

13  left in 2007?

14      A      No, sir.

15      Q      Okay.  Do you know why Ms. Williams

16  was hired in 2007?

17      A      Because Dr. Tarason left.

18      Q      Do you know if there was anything

19  specific about her that led to her hiring?

20      A      She was a previous principal over at

21  Eastern Senior High School.

22      Q      Okay.  Do you know anything about her

1      qualifications?

2            A      No, sir.

3            Q      Okay.  What was Ms. Williams' race?

4            A      African American.  I want to add

5      something to that, though.  Before Dr. Tarason

6      left, he said he was grooming me to take over as

7      principal at the time, and I told him -- I took

8      that into consideration.  However, when Jackie

9      returned as assistant principal, she had more

10     experience than me, so when it came up, I was

11     like, well, I'll sit under her leadership at the

12     time.

13           Q      Okay.  Can we talk --

14           A      I was okay with that.

15           Q      Okay.  How did it come up; could you

16     elaborate on that?

17           A      What do you mean?

18           Q      Well, you just said, "when it came

19     up," and I assume --

20           A      Oh, the opportunity to become

21     principal.

22           Q      Could you describe more about that

1    opportunity, how it came about?

2         A     Dr. Tarason left.  He left the school.

3    He was leaving and so somebody had to come in,

4    and there were other opportunities.  I think they

5    interviewed a bunch of principals, and the

6    committee at the school was basically

7    unsatisfied.  They wanted somebody from in-house,

8    and Jackie was a previous principal, and she had

9    worked under Dr. Bonner.  And I had -- I had a

10   lot of respect for Jackie, so I told her I would

11   follow her lead.  I thought that she was best fit

12   to take over the leadership at Woodrow Wilson at

13   that time.

14        Q     Okay.  Could we -- I have a few

15   follow-up questions.  You said there was a

16   committee at the school.  What was this --

17        A     I think it was the principal's

18   committee, a hiring committee.

19        Q     Okay.  And was -- who was on the

20   committee?

21        A     Sir, I can't remember.  I wasn't even

22   part of it.  I don't even know at the time.  I

1    wasn't even privy to that.  I don't -- I don't

2    know.

3          Q    Okay.  And you said they interviewed

4    a bunch of candidates for the vacancy?

5          A    Outside candidates -- outside --

6          Q    Did you interview for the vacancy?

7          A    No, sir.  At the time, I was working

8    on my doctorate degree.

9          Q    Okay.  And you may have already

10    answered this, but why did you choose not to

11    interview?

12          MR. DONALD:  Objection, asked and

13    answered.  You can answer.

14          THE WITNESS:  Huh?

15          MR. DONALD:  You can answer.

16          THE WITNESS:  Oh.  I was working on my

17    doctorate degree at the time, and I had just

18    finished, I think in 2005, I finished all my

19    course work and I was working on my dissertation.

20    I finished all my comprehensive exams.  So my

21    plate was full and I interviewed before for a

22    principalship and was selected as one of the two

1    candidates for the principalship, and they went

2    with this guy named Dr. Huch.  He was Dr. Huch.

3    I was Mr. Dickerson, and I was determined to be

4    Dr. Dickerson so that I could -- I would no

5    longer be overlooked for a principalship.  Once I

6    got my doctorate degree, I knew that I would be

7    fine.

8              And then, you know, one of the things

9    that -- that happened at the school was that a

10   lot

11   of times there were opportunities that would come

12   up.  When I interviewed in 2005, I was Mr.

13   Dickerson, okay.  Dr. Handy got the job because

14   he was Dr. Handy.  They sent both our names down

15   to be principals at that time.  They sent it to

16   Superintendent Janney, I think it was, and he got

17   the job to be principal because he was "Doctor"

18   and I wasn't.  And I was determined to finish my

19   degree.

20              MR. CUMMING:  Thank you.

21              THE WITNESS:  Okay.

22   BY MR. CUMMING:

1          Q     When Ms. Williams took over as

2     principal, did your role or duties change at all?

3          A     No, not really.  They were still the

4     same.

5          Q     Okay.  In terms of specific policies,

6     was there any -- I'm sure there was a change

7     every time there's a new principal; could you

8     give me any examples of any changes?

9          A     What do you mean?

10         Q     Well, I wonder if you can tell me how

11    much you think who, as the principal, impacts a

12    specific policies you're implementing that year?

13         A     I'm still not clear, sir.

14         Q     Okay.

15         A     I'm sorry.

16         Q     That's okay.

17         A     I'm not -- I'm not clear.

18         Q     Okay.  Let's take student discipline.

19         A     Okay.

20         Q     For instance, did Ms. Williams have

21    any specific policies in regards to discipline

22    that she wanted implemented as opposed to what

34

1    you had been done before -- doing before?

2         A    I don't -- I don't really understand

3    the question.

4         Q    Okay.

5         A    Like what do you mean?

6         Q    I'm wondering how much assistant

7    principals were independently moving forward

8    school policies as opposed to carrying out those

9    policies that were put in place by the principal.

10             MR. DONALD:  At a particular point in

11   time?

12             MR. CUMMING:  Well, I'm asking

13   generally but specifically during the changeover

14   between the two principals.

15             THE WITNESS:  I still -- I still don't

16   -- I'm sorry, Mr. Cumming, I don't -- I don't

17   understand what you're saying, what you're

18   asking.  Student discipline was student

19   discipline, and I was handling student discipline

20   the entire time.

21             MR. CUMMING:  Okay.

22             THE WITNESS:  Okay?  In both of those

1    roles.

2    BY MR. CUMMING:

3        Q       All right.  Let me try a different

4    example.

5        A       Okay.

6        Q       Was there ever a written policy about

7    student discipline?

8        A       Chapter 25.

9        Q       Okay.  And did that change at all when

10   the principals changed?

11       A       I don't think so.

12       Q       Okay.

13       A       What -- what happened with Chapter 25,

14   the only update I remember to Chapter 25, Chapter

15   25 used to be a hard copy, and I initiated the

16   opportunity and talked to Ralph Neil about

17   putting Chapter 25 in the District domain, making

18   it easier for everybody to have access to it and

19   understand it better.  I used to have to take

20   hard copies down to 825.  When we put it in the

21   digital domain, I could send it via email.

22   That's the only thing that changed.

1       Q     Okay.  Do you know who wrote Chapter

2    25?

3       A     I don't know who wrote it.  I know

4    that I assisted in putting it in the digital

5    domain, making it more accessible to everybody

6    across DCPS.

7       Q     Okay.

8       A     And at first, it wasn't.  It was kind

9    of we were dealing with snail mail.  Things took

10    a long time and that kind of expedited things.

11       Q     So was -- is that -- that's a policy

12    that applies to all of DCPS?

13       A     Yes.

14       Q     Not just to Wilson High School?

15       A     Absolutely.

16       Q     Okay.  Taking a step back, how many

17    assistant principals were at Wilson throughout

18    your tenure but specifically during the 07-08

19    school year?

20       A     We had three and then they added --

21    they added one.  We had -- there was -- I think

22    it was -- no, Ms. Gaines -- was she there?  I

1      think Ms. Gaines was gone at that time, so it was

2      myself, Ms. Lindsay, Ms. Miller.  No, it was just

3      four of us.  It was just  -- it was Ms. -- Ms.

4      Lindsay, myself, Ms. Miller, and Ms. Williams was

5      the -- was the principal.  Ms. Gaines --

6            Q     So --

7            A     -- Ms. Gaines had moved on to a

8      principalship I think.  Yes.  And I think Dr.

9      Gibson has moved on to a principalship.  So --

10           Q     And that would be Helen Miller and

11     Treva Valencia; is that correct?

12           A     Treva Valencia, Helen Miller, yes.

13           Q     Okay.  And were their duties any

14     different than yours?

15           A     They dealt with more administrative

16     functions.  Ms. -- Ms. Miller really wasn't a

17     people person, and Ms. Lindsay was new to the

18     group, so she really didn't know the culture.

19           Q     And by "administrative functions,"

20     could you be a little more specific?

21           A     I don't -- I don't know what their

22     responsibilities was.  I guess they had

1    departments that they oversaw and did evaluations

2    for also, and that's basically it.  I don't -- I

3    don't know what -- I don't -- I can't remember

4    exactly what areas they covered.  That was a

5    while ago, sir.

6         Q    All right.

7         A    It was a long time ago.

8         Q    Back -- so on Exhibit 2, that's --

9    which one is this?  I believe that's the thick

10    one here that you have open on page six.

11         A    Okay.

12         Q    You refer to yourself as having been

13    the senior assistant principal?

14         A    Senior class assistant principal.

15         Q    Okay.  Could you tell me what that

16    means?

17         A    It means that you -- you bring a group

18    of kids -- each year, we would each be given a

19    class.

20         Q    Okay.

21         A    And we would follow that class from

22    when they start throughout the senior year, in

1    the freshman year throughout the senior year.  At

2    different times -- I performed that function a

3    couple of times with success.

4         Q     And what is different about that

5    function than your regular role?

6         A     More responsibility.  You have to meet

7    with the seniors, you have to plan senior class

8    activities like graduation.  You have to meet

9    with them constantly.  You have to meet with the

10   counselors to make sure that everybody's on track

11   to graduate.  You meet with each and every

12   student that passes through.  You make -- well,

13   let me put it like this.  Not you particularly,

14   but you make sure that the counselors are

15   meetings with those students on a regular basis

16   to make sure that they're on track and get -- and

17   make sure that letter of -- letters of

18   understanding go out to make sure that they're

19   finishing their course curriculum to be able to

20   graduate.  It's a lot -- it's a lot.

21        Q     Okay.  You said here you were

22   designated as the in charge administrator when

1  the principal left the building?

2      A      Once he left, yes.  Once he left

3  property.

4      Q      Okay.  So let me paraphrase; that

5  means you were the most senior in the building

6  when the principal was off campus?

7      A      You know, I think Ms. Miller had more

8  seniority than I did as a -- as an administrator.

9  However, Ms. Miller wasn't a people person.  I

10  built a lot of relationships in that school with

11  teachers and students, and a lot of times when

12  crisis happened, they were dealing with students,

13  so myself and Ms. Williams had a really close

14  relationship.  I worked under her when I first

15  became a dean of students.  So she thought that I

16  was the one who had her back most, so when she

17  left the building, I -- I became the next person

18  in charge.

19      Q      Okay.  And was that -- being the next

20  person in charge, was that related to being a

21  senior class assistant principal, or is that --

22  was that separate?

1         A     I think they're one in the same.  I

2    think -- I think that the senior class duties are

3    one thing.  However, when the principal left the

4    building, I was the next in charge.  I was the

5    person who everybody would come to.

6         Q     Okay.  And you said when you had Ms.

7    Williams' back, does that mean you supported each

8    other?

9         A     Absolutely.  I -- I was there to

10   support her as principal.

11        Q     Okay.  I want to go back a little bit

12   to the other assistant principals; did you know

13   anything about their qualifications?

14        A     No, sir.

15        Q     Okay.  How did you think they

16   performed?

17        A     Great.

18        Q     No issues?

19        A     I imagine that all teachers have

20   issues.  I mean all administrators might have

21   issue, but I wouldn't know about --

22        Q     Okay.  I'm just asking your opinion.

42

```
 1          A     Yes.  I don't know, Mr. Cumming.

 2          Q     That's okay.

 3          A     Okay.

 4          Q     What race were they?

 5          A     African American.

 6          Q     Both?

 7          A     All.

 8          Q     Okay.  Do you know if they were

 9    reappointed to their positions at the end of the

10    08 school year?

11          A     No, sir.

12          Q     Okay.  Do you know why?

13          A     No.  I've been asking that question

14    for 11 years, sir.

15          Q     Do you know if they took new positions

16    at DCPS?

17          A     I don't know that either, sir.

18          Q     Okay.  Could you give me a little bit

19    more information about how you -- specifically

20    how you supported Ms. Williams as -- when she was

21    principal?

22          A     The same way I supported Dr. Tarason,
```

1    same duties and responsibilities, but you have to

2    understand by the time Jackie came in, I had

3    eight years -- seven to eight years of

4    administrative experience, and I had built

5    relationships with the community, the teachers,

6    and the students by then.  That's basically it.

7         Q    Okay.  Looking at -- this is Exhibit

8    3 -- you state you were terminated as the AP in

9    June of 2008; is that correct?

10        A    Yes, sir.

11             MR. CUMMING:  Okay.  I ask that you

12   mark this as Exhibit 6, please?

13                       (Whereupon, the above-

14                       referred to document was

15                       marked as Exhibit 6 for

16                       identification.)

17             MR. DONALD:  At the hour point, I

18   would like to take a break, generally on the

19   hour, so an hour-10 minutes or so just to make

20   sure that the witnesses is refreshed.

21             MR. CUMMING:  Sure.  Let's -- if we

22   can go --

44

1          MR. DONALD:  At your leisure.

2          MR. CUMMING:  -- if we can go until 11

3     --

4          MR. DONALD:  Sure, not a problem.

5          MR. CUMMING:  -- that be great.

6          MR. DONALD:  Thank you.

7     BY MR. CUMMING:

8          Q     All right.  Dr. Dickerson, if you

9     could take a look at what's just been marked as

10    Exhibit 6, and let me know if you recognize it?

11         A     Yes, sir.

12         Q     Okay.  And what is it?

13         A     Notice of non-reappointment as

14    assistant principal for the year 2008-2009 school

15    year.

16         Q     Okay.  And was this the notice you

17    received that you would not be reappointed?

18         A     Yes, sir.

19         Q     Did -- had you received any other

20    notice prior to this?

21         A     No, sir.

22         Q     Okay.  Do you remember if you received

1    this notice on the date it's dated, June 16,

2    2008?

3        A    It was sent to me by Federal Express

4    and I don't know if it was on the actual 30th.  I

5    think it was the last week in June.

6        Q    Okay.  And then going back to Exhibit

7    3, what did you do after you received that -- the

8    letter that was marked as Exhibit 6?

9        A    What do you mean?

10           MR. DONALD:  Excuse me.  In terms of

11   form, you said going back to Exhibit 3.

12           MR. CUMMING:  I'm sorry, I was

13   confused.  Let me rephrase.

14           MR. DONALD:  Just want to make sure

15   we're clear.  Thank you, Mr. Cumming.

16   BY MR. CUMMING:

17        Q    After you received the letter marked

18   as Exhibit 6, what did you do?

19        A    Packed my stuff up to leave.

20        Q    Okay.  What did you do to -- did you

21   try to secure a new position at DCPS?

22        A    Not -- not the first day but I

1    contacted Human Resources to find out my retreat

2    rights, and the last position that I held before

3    assistant principal was dean of students.  And

4    they told me I could no longer be a dean of

5    students.  And I asked why, that was my retreat

6    right.  And they didn't allow me to do that.  And

7    I kept asking Ms. Jose if that's my last position

8    and the thing state sin the letter that I have

9    retreat rights and I'm supposed to go to my last

10   FT position, why wouldn't I be granted a position

11   as dean of students.  And she never gave me an

12   answer.

13        Q    Ms. Jose, who is --

14        A    Jasmine Jose was the Assistant

15   Director of HR, I think, at that time.

16        Q    Okay.  And when she told you that,

17   what did you decide to do afterwards, after you

18   were told you could not retreat to a position as

19   Dean of Students, what did you decide to do?

20        A    I think the next available position,

21   which was a music teacher.

22        Q    Okay.  So looking now at Exhibit 3, it

1     states that you didn't start as a music teacher

2     until October of 2008; is that correct?

3          A     Yes, that's correct.  Let -- Mr.

4     Cumming, I went down to that office a number of

5     times and spoke with Ms. Jose.  She told me that

6     we would be the first folks in line to be placed,

7     okay, in positions.  And so I contacted her

8     multiple times, and there was no position --

9     position available for me.  At that time, also, I

10    called -- went downtown to apply for

11    unemployment.  When I applied for unemployment,

12    the lady said that I couldn't receive

13    unemployment.  I asked her why.  She said that

14    you were terminated for misconduct.  And I said,

15    "What misconduct?"  So somebody placed in my file

16    that I had been terminated for misconduct, and I

17    asked that question, who placed it in my file.  I

18    never got an answer.  So at that particular time,

19    I had applied for multiple positions, one

20    position in Montgomery County and another

21    position for principalship in PG County.  Those

22    opportunities went away and I didn't understand

1    why.

2        Q      Okay.  You just said, you know, we

3    would be in the first people to be placed.  Who

4    was --

5        A      Principals -- principals and assistant

6    principals would be in the first group of folks

7    to be placed when openings came open.

8        Q      Okay.  And those are principals and

9    assistant principals who weren't reappointed?

10       A      It was 46 of us --

11       Q      Right.

12       A      -- who were not reappointed during

13   that year, sir.

14       Q      Okay.  So you started working again in

15   October of 2008?

16       A      I was finally placed in October, yes,

17   sir.

18       Q      Okay.  And it looks like you -- well,

19   how long did you work at Brown Middle School?

20       A      For about two weeks.

21       Q      Okay.  And why only about two weeks?

22       A      When I first got there, the principal

1    didn't meet with me.  I sat in his office all

2    day.  Finally, he placed me on the second floor

3    of the school, and they put about 45 students in

4    my class.  I didn't have piano, no books, no

5    anything.  I think two days later, I had a kidney

6    stone attack, and I had to go to the hospital.  I

7    went to my doctor.  Yes.  I was under a lot of

8    stress during that time, sir.

9        Q    Okay.  So you -- there was a two week

10   period where you worked.  Then there was a period

11   where you had to go to the hospital?

12       A    I came back and I asked him to be

13   transferred, because there was another

14   opportunity where somebody -- I think Sousa had

15   just opened a brand new facility, and they had an

16   opening for an instrumental music teacher,

17   because Mr. -- I think -- I can't remember this

18   name -- Slater -- Mr. Slater said he really

19   didn't want a music teacher there, and he really

20   didn't really -- really want me there.  So I told

21   him, "No problem, it's no problem."  So I applied

22   for the -- for placement over at Sousa Middle

1      School.

2              Q       About how long moving back to when you

3      had to go to the hospital and --

4              A       I was only out like a day or two days.

5              Q       Okay.  So then you applied to the job

6      at Sousa and moved there in November 2008?

7              A       Yes.

8              Q       Okay.  And  how long did you work at

9      Sousa?

10             A       Nine days, sir.

11             Q       Okay.  And why only nine days?

12             A       Because the teacher -- not the

13     teacher, the principal tried to put me on a 90-

14     day program.

15             Q       What's a 90-day program?

16             A       It's a developmental program for

17     teachers.

18             Q       Okay.  And developmental how?

19             A       I don't know what the 90-day program

20     consisted of then.  There was -- there was a

21     issue at the school one day when I -- I was new

22     to the population.  I didn't know what was going

1    on.  There was a class trip.  It was a full

2    school trip and I asked him -- because the room

3    was basically brand new and instruments were

4    still in boxes, and I asked the principal if he

5    didn't really need me on the trip, could I stay

6    and organize the classroom.  He said, "No, go on

7    outside," so I did.  When I went outside, I was

8    standing in front of the buses, just standing

9    there.  And he came outside.  He was irate and

10   yelling and screaming because the physical

11   education teacher at the time told him that he

12   wasn't going on the trip.  Now mind you, the

13   physical education teacher was standing about

14   eight feet away from me.  So when he came out

15   yelling and screaming, I didn't know who he was

16   yelling and screaming at.  So I was just standing

17   there, and he came up to me.  And I said, "Mr.

18   Jordan, why are you yelling and screaming at me?"

19   He said, "You better get on those buses right

20   now."  And I told him, "Sir, I don't have a

21   problem getting on the bus."  But he was yelling

22   and screaming to the top of his lungs, and I

1    didn't understand.  I'm like, "Why are you

2    yelling at me like this?"  And so another person

3    got in between us at the time.  So eventually, I

4    got on the bus.  They pulled him away.  He start

5    arguing with the physical education teacher.  The

6    physical education teacher never got on the bus,

7    okay, so when I -- when -- once we returned from

8    the trip the next day, I requested a transfer,

9    because he wasn't symbolic of leadership, sir.

10   And so we talked to Dr. Wilhoyte.  We had a

11   hearing with Dr. Wilhoyte, and it came down to

12   this.  Dr. Wilhoyte said, "Mr. Dickerson, why

13   didn't you get on the bus?"  I said, "Nobody told

14   me which bus to get on.  It was eight buses.  Had

15   somebody instructed me as to which bus they

16   wanted me on, I would have gotten on the bus."

17   But his -- his leadership and disrespect and his

18   tone -- the building -- the climate in the

19   building was horrible.  He was a tyrant similar

20   to Donald Trump who yells and screams all the

21   time and calls himself a leader.  That's not true

22   leadership and at the time, I was studying

1    leadership, sir.  I was studying leadership, so I

2    know what good leadership is.  He was -- he -- he

3    was dealing with top down leadership where

4    somebody points their finger and jumps in your

5    face.  And he never asked me, "Mr. Dickerson, why

6    aren't you on the bus."  I would have told him,

7    "Mr. Jordan, nobody instructed me which bus to

8    get on, sir."  That's -- that's why I left.

9        Q    Okay.  So you -- how did you -- how

10    did you wind up at Roosevelt after?

11        A    No.  I didn't -- I didn't go straight

12    to Roosevelt.  I filed for Workman's Compensation

13    after that because being in a stressful

14    environment, being -- having to go through

15    unemployment, having my reputation tainted in the

16    news, I'm being lumped in with a large group of

17    people, 46 people who had been terminated for no

18    reasons, not being able to ascertain employment,

19    especially when I was sought after from both

20    regions, from -- from Montgomery County and

21    Prince George's County, I -- I didn't understand

22    what was going on.  Now after I found out that

1    the thing was in there for misconduct, then I

2    realized that those opportunities were taken.

3    After I saw Michelle Rhee on TV saying that we

4    were terminated for being lazy, that we hurt

5    children and all these different things, nobody

6    was going to touch us at that time, so that was

7    very stressful, sir.  I went through a lot of

8    stress.

9         Q      Did you receive Worker's Compensation

10   when you applied for it?

11        A      Not for a long time.  I didn't receive

12   unemployment.

13              MR. DONALD:  Can we take a break, just

14   can we take five?

15              (Whereupon, the above-entitled matter

16   went off the record at 10:54 a.m. and resumed at

17   11:01 a.m.)

18              MR. CUMMING:  Okay.  We're back on.

19              MR. DONALD:  Can I get that piece of

20   paper back?  Are you finished with that piece of

21   paper?

22              MR. CUMMING:  No, I'm not.

1          MR. DONALD:  Okay.  Then hold it.

2    Thank you.

3    BY MR. CUMMING:

4          Q    Okay.  Dr. Dickerson, I'm going to

5    just pick back up by summarizing, I think, where

6    we were at.  You were working at Sousa, and then

7    there was a period where you had requested

8    Workers Compensation, and then you started

9    working at Smothers Elementary School; is that

10   correct?

11         A    Yes.  Let me go back a little bit --

12         Q    Okay.

13         A    -- tell you what's going on, Mr.

14   Cumming.  You know, this started with the

15   termination on the 30th.  It was bad enough that

16   I was lumped in with a bunch of people to be

17   terminated after I worked really hard at Wilson.

18   Had jobs out there that folks came after me, they

19   came and asked me to come to PG County.  They

20   came and asked me to come to Montgomery County.

21   I had an interview with a principal out there who

22   wanted me as their art director.  Okay.  I had

1     another interview in PG County to be principal

2     where the principal stated that my credentials

3     were better than his credentials.

4            To apply for unemployment to find out

5     that I couldn't get unemployment, my resources

6     were eliminated.  Okay.  I didn't know where my

7     next check was coming from.  The task might tell

8     you that you were terminated for misconduct and

9     that you will have to go to trial to clean your

10    name for misconduct, and I didn't know where that

11    came from.  I didn't know what I did.  I didn't

12    know why I was terminated, didn't know if I was

13    going to have a job, had applied for jobs, and

14    all of a sudden these opportunities pulled away.

15    To go to a school, finally get placed, keep

16    going, trying to get a job, and I'm supposed to

17    be retreat back to a dean of student position.

18    It was denied that.

19           When I finally go to court, the court

20    asked the attorney from DCPS, "Why did you bring

21    this man in here?"  Judge Harmon, she couldn't

22    articulate how that got into my file.  At that

1    time, by September 25th, all those opportunities

2    to be art director or principal of a school --

3    another school was gone.  Have Michelle Rhee come

4    on TV and coming to the newspaper and say that

5    she terminated administrators for hurting

6    children after I worked so hard to build

7    relationships with children, to work your butt

8    off to do things for your family, and then to be

9    mistreated like that over and over and over.

10              To have a principal sit -- enter into

11    another school at Ron Browne and that man not

12    want to meet with me, and have me sit there all

13    day for hours, and he basically let me know that

14    he didn't want me there, "Why were they sending

15    you to me," because I was one of those assistant

16    principals that was, quote, unquote, "hurting

17    children," he didn't want me in his building; all

18    that stress led up to actually my body started to

19    physically break down.

20              Then after that, to go to Sousa and

21    have that man jump up in my face because he

22    didn't want me there, okay -- and I wasn't doing

1    anything wrong.  I was trying to build

2    relationships in that community, to build a

3    stellar program for those kids over in Southeast

4    that I came from.  So I had a relationship at

5    Douglas that I did not want to leave.  They

6    closed that school.  I did not want to leave

7    Douglas.  Just wanted to teach music and to have

8    all this come full circle, and when you try your

9    best and they lump -- a system lumps you in based

10   on color, based on race, because all of us were

11   no good as educators?  And I busted my butt.  I'm

12   doing three jobs, sir.  I'm dean of students, I'm

13   a music teacher, and I'm assistant principal.

14   I'm a celebrated educator.

15               You looked at my resume, sir.  You saw

16   the awards from when the -- the -- the Mayor came

17   to me and gave me award in 1994.  The

18   Superintendent gave me an award in 2000 or 2001,

19   something like that.  I got a education award

20   from the principal at Douglas.  I got another

21   award from Dr. Tarason.  I'm award-winning and it

22   continued throughout 2018 if you read my resume.

1        I'm an award-winning educator.

2                I'm not going to take it out on my

3        children.  The children lost in this, too, sir.

4        And the reason why I'm upset is because I did my

5        best.  I worked hard and you would think that a

6        system that saw somebody busting their butt would

7        elevate me.  Now I was on a elevation track all

8        that time until Michelle Rhee came in.  All the -

9        - you can look at my resume.  You see the awards

10       there, sir.  This is the thing that's upsetting -

11       -

12            Q    Dr. Dickerson, I really just want to

13       know --

14            A    Well, let me finish, please -- let me

15       finish and I'm done.  This is --this is the

16       thing.  All I'm trying to understand is why, when

17       things supposed to be merit-based, my evaluations

18       disappear?  All these things disappear, sir.

19       They can't find my evaluations from 2005 on,

20       because they were stellar evaluations from 2004

21       on.  All of a sudden, they disappear.  And I'm

22       trying to figure out, Mr. Cumming, why.  For 11

1    years -- see, the difference, there's nobody in

2    this room that's lived this.  I've kept this

3    inside for so long, and it's hard to talk about

4    it.  You're asking me to talk about this. It's --

5    my career's over, sir.

6                    (Off record comments.)

7                    THE WITNESS:  My career is over, sir.

8    It's done.

9    BY MR. CUMMING:

10        Q     When you moved to Smothers Elementary

11   School, that was in December of 2008; is that

12   correct?

13        A     I finally got another position in

14   2008, sir.

15        Q     Okay.  And is it right you stayed

16   there through --

17        A     Through June, sir.

18        Q     Through the end of that school year,

19   is that correct?

20        A     Yes, sir.

21        Q     Okay.  And then starting at the

22   beginning of the next school year, you moved to

61

1      Roosevelt --

2            A     Yes, sir.

3            Q     -- Senior High School?

4            A     Yes, sir.

5            Q     And you stayed there until June of

6      this year, 2019; is that right?

7            A     Yes, sir.

8            Q     And in both roles, you were teaching

9      music?

10           A     Just music, sir.

11           Q     Okay.  Why did you move from Smothers

12     to Roosevelt?

13           A     Smothers was a elementary school.  I

14     created a music program there for those little

15     kids, but those are little babies, okay.  My

16     client, high school students; I was best suited

17     for high school.

18           Q     Okay.  So fair to say Roosevelt was a

19     better job?

20           A     It was a better fit for me.

21           Q     Okay, fair enough.  And you -- it

22     looks like you stopped working in June of this

1    year; is that correct?

2           A     Yes, sir.

3           Q     And why was that?

4           A     Because I realized that I would never

5    -- never meet my goals to be a principal or to

6    move down into Central Office, to become an

7    instructional superintendent and possibly

8    superintendent.

9           Q     So did you retire in June of this

10   year?

11          A     Yes, sir.

12          Q     Okay.  Are you working anywhere else

13   currently?

14          A     No, sir.

15          Q     Okay.  Do you have any intention of

16   working anywhere else?

17          A     I have a lot more to give to this

18   community, sir, if an opportunity comes up.

19          Q     Okay.  Are you actively looking for

20   positions in the District or elsewhere?

21          A     I've put some -- some things out.

22          Q     So you are applying, but maybe it's

1    fair to say not actively?

2           A     I've -- you know, this is a digital

3    age, sir.  When you put some things out nowadays,

4    you know, LinkedIn and all those different

5    resources are the way that people -- they see

6    your resume, they contact you.

7           Q     Okay.  All right.  So you're open to

8    a new position if one was to arise?

9           A     Absolutely, sir.

10                MR. CUMMING:  Can you mark this as

11   Exhibit 7, please?

12                          (Whereupon, the above-

13                          referred to document was

14                          marked as Exhibit 7 for

15                          identification.)

16   BY MR. CUMMING:

17          Q     Do you recognize this document?

18          A     Yes, sir.

19          Q     And what is it?

20          A     Fourth amended complaint, sir.

21          Q     Okay.  And that's the complaint in

22   this lawsuit that you filed?

64

1        A     Yes, sir.

2        Q     Okay.  And did you review this

3   document before it was filed in court?

4        A     Yes, sir.

5        Q     Okay.  Could you please take a look at

6   paragraph 7 of this document?

7        A     Number 7 or paragraph?

8        Q     Paragraph 7, please.  When you get

9   into the document, the paragraphs are numbered.

10       A     Right here.

11       Q     Yes.  And do you see in paragraph 7

12  where you say that the district determined that

13  you were qualified to serve as a principal?  It's

14  in the second sentence -- I'm sorry, in the first

15  full sentence of 7.

16       A     At number 7, this right here?  I want

17  to make sure we talking about the same --

18       Q     Yes, in paragraph 7.

19       A     Yes.  The year might -- the year might

20  be wrong.  I think that might be 2005.

21       Q     Okay.  And would you also then look at

22  -- in Exhibit 2?

1        A     What am I looking at, sir?

2        Q     You're looking at the answer to

3   interrogatory number 6 in Exhibit 2; that's on

4   the bottom of page 6 and all of page 7 and some

5   of page 8.

6        A     Okay.

7        Q     Okay.  So first, I'd like you to, if

8   you could, point to on either of your resumes

9   sort of specifically the education and experience

10   that you think qualifies you to serve as a

11   principal?

12        A     Master's of education leadership from

13   George Washington -- I mean George Mason

14   University and the fact that I was completing my

15   doctorate from George Washington University.

16        Q     Okay.

17        A     And my years of experience also, sir,

18   as an assistant principal with DCPS.

19        Q     So those would be the specific

20   accomplishments --

21        A     Yes, sir.

22        Q     -- while you were an assistant

1    principal?

2          A    Yes, sir.

3          Q    In your response to interrogatory

4    number 5, I believe you said you were --

5          A    Which one is this, on which --

6          Q    I'm sorry, interrogatory number 6,

7    excuse me.

8                MR. DONALD:  We are still on Exhibit

9    2?

10                MR. CUMMING:  We're on Exhibit 2 and

11    we're now on page 7 of Exhibit 2.  You said that

12    you were -- that the DCPS HR office determined

13    you were eligible as a competing candidate and

14    placed you in the eligible principal selection

15    pool of candidates.

16                THE WITNESS:  Yes.

17    BY MR. CUMMING:

18          Q    Could you tell me a little bit more

19    about that process?

20          A    I filed, applied to be a principal.

21    I went downtown, had a interview.  I don't

22    remember the name of the person I interviewed

```
1    with.  They contacted me and asked me to go

2    interview for the position that was open at

3    Theodore Roosevelt Senior High School.

4         Q    Okay.  Do you remember when that was?

5         A    I think it was in 2005.  I can't -- I

6    believe 2005 or 2006. I can't really remember,

7    sir.

8         Q    Okay.

9         A    One of those two years.

10        Q    And --

11        A    It was -- had to be 2005, because I

12   didn't have a voice in 2006 --

13        Q    How were you told you were eligible?

14        A    I believe I received an email or they

15   sent me a phone call.  I mean they called me.

16   They sent a email or called me and asked me to

17   report.  I can't remember the name of the person

18   who asked me to do that, sir.

19        Q    Just generally, what office were they

20   associated with?

21        A    HR.

22        Q    Okay.  Do you know if there were
```

1      criteria to be in the eligible pool?

2          A      You have to do -- you have to be a

3      teacher for a certain amount of years.  You had

4      to -- to -- to be an administrator, assistant

5      principal, for a certain amount of years.  You

6      had to have a master's -- at least a master's

7      degree, and I guess working on a doctorate

8      wouldn't hurt.

9          Q      Okay.  Do you have any idea how many

10     people were in the pool at any given time?

11         A      No, sir -- no, sir.

12         Q      Okay.  Once you were in the pool, did

13     you have to reapply to stay in it, or were you

14     just in it forever?

15         A      I'm not sure, sir.

16         Q      Did being in the pool mean that you

17     were automatically considered for vacancies, or

18     did you have to still apply to specific

19     vacancies?

20         A      I think during that time, they would

21     call you for additional vacancies.

22         Q      Okay.

1          A      Right.

2          Q      Okay.  How did you know what the

3    criteria were to be in the pool; was it written

4    down anywhere?

5                 MR. DONALD:  Objection.

6                 THE WITNESS:  I don't -- I don't

7    remember that.  I think it was written down

8    someplace.  I know that you at least needed a --

9    a master's degree, and you needed some experience

10   as -- as an assistant principal to become a

11   principal.

12   BY MR. CUMMING:

13         Q      But you don't --

14         A      That's --

15         Q      -- remember where that information --

16   where you --

17         A      No.

18         Q      -- heard that?

19         A      And Dr. Tarason -- Dr. Tarason was

20   advocating for me to and pushing -- pushing all

21   of us forward to become principals.  Wilson,

22   being a comprehensive high school that it is was

1      a breeding ground for -- for high school

2      administrators.  So like when you became an

3      assistant principal at Wilson, your next step was

4      to become a principal in DCPS.

5           Q     Okay.  So still on page 7 of Exhibit

6      2 where you're talking about your interview with

7      the Agency at Roosevelt, you stated that you

8      interviewed but -- and you were one of the final

9      two but you weren't selected; is that correct?

10          A     Correct.

11          Q     Okay.  Who told you that you were --

12     made it to the final two?

13          A     Carolyn Williams.

14          Q     Okay.  And who was she?

15          A     She was on the panel, on the selection

16     committee.  She was a teacher at Roosevelt Senior

17     High School, sir.

18          Q     Okay.  And did she tell you at all why

19     you weren't selected?

20          A     No.  She said the two names were --

21     she said I was selected.  She said, Mr.

22     Dickerson, you were selected to be principal.

1    When I -- when I came to Roosevelt, she

2    approached me, and she said, "I remember you, Mr.

3    Dickerson."  She said, "You applied for the

4    position as principal here at Roosevelt."  And I

5    said, "Yeah, Ms. Williams.  You guys didn't --

6    didn't want me."  She said, "Oh, quite the

7    contrary, Mr. Dickerson.  You and Dr. Huch were

8    selected as the two candidates that we chose."

9    She said, "You were chosen to be principal here.

10   The committee chose you and Dr. Huch."  And at

11   that point -- at that point, what they do, they

12   send the two candidates down to the

13   superintendent at the time, and he makes the

14   final selection.

15        Q    Okay.  So the committee would pull out

16   two, their best two names --

17        A    Right, best candidates.

18        Q    -- and then the leadership would

19   decide.

20        A    And I imagine him having, Doctor Huch

21   in front of his name and me being Mr. Dickerson,

22   that's -- that's qualifying enough for him to

1    move forward.

2         Q     Okay.  But you don't know specifically

3    why Dr. Huch was --

4         A     I don't know why Dr. Janney made his

5    final decision, no, sir.

6         Q     Okay.  Still on page 7, you said you

7    were contacted to interview for a vacancy at

8    Banneker Senior High School?

9         A     Yes, sir.

10         Q     Did you ever interview for that

11    vacancy?

12         A     No, sir.

13         Q     And why not?

14         A     At the time, I realized that they had

15    sent out some principals before, assistant

16    principals, and they would -- would interview

17    multiple places and would not be selected.  So

18    after I wasn't selected at Roosevelt, I decided

19    that the best thing for me to do is to become Dr.

20    Dickerson.

21         Q     Okay.

22         A     -- to be -- to strengthen my candidacy

1    and make sure that I'm Dr. Dickerson then, and I

2    would be the strong candidate.  I would come in

3    as Dr. Dickerson at that time --

4            Q    So --

5            A    -- as opposed to Mr. Dickerson,

6    because there could be somebody else who's Dr.

7    Such and Such, and Dr. Such and Such, on all

8    these different interviews.

9            Q    So not to put words in your mouth, but

10   you didn't think it was worth applying until you

11   finished your doctorate?

12           A    I was very close, sir.

13           Q    Okay.

14           A    And my -- my target date was either

15   2006 or -- I was working hard.

16           Q    Do you remember when the interview

17   opportunity for Banneker came about?

18           A    The same -- the same Summer of 2005.

19           Q    Okay.  Turning to page 8 of Exhibit 2,

20   and letter "F," says you were contacted by the

21   principal at Duke Ellington for a vacancy there?

22           A    Yes.

1          Q     Did you wind up ever applying?

2          A     No.  Dr. Tarason thought I was a

3     perfect fit for -- for Duke Ellington.  He said

4     because of my musical background and my

5     background in the arts, I would fit that

6     community perfectly.  He said, "You're perfect

7     for that position."  I went down and interviewed

8     with Ms. Yates (phonetic), who was the current

9     principal, and she thought that I was a perfect

10    candidate for that position also.  However, Duke

11    Ellington is -- is not the same as DCPS.  I think

12    they have a different type of setup over there

13    where there go through outside entities, so they

14    don't -- they don't -- you don't interview with

15    DCPS downtown.  There's another agency who hires

16    their principals.

17         Q     Okay.

18         A     Yes.

19         Q     So when you -- I'm a little confused.

20    Were you not hired or did you not go through the

21    interview process?

22         A     I didn't go through the interview

1      process.

2              Q      Okay.  And was that again because you

3      were waiting to complete your doctorate?

4              A      I was trying to finish at that time,

5      yes, sir.  I was trying to finish up at that

6      time.  I'm trying to figure -- I'm trying to

7      remember what exactly happened during that time.

8      Yes.  I'm -- I -- I can't totally remember

9      totally what took place in that situation, but I

10     knew it was a outside agency.  It wasn't DCPS.

11     It wasn't the regular protocol that they followed

12     during that time.

13             Q      All right.  And also on the same page,

14     letter "G," you -- it says you were encouraged to

15     apply for a vacancy at Eastern Senior High

16     School?

17             A      Yes, sir.

18             Q      Did you -- was that -- that's correct?

19             A      That's correct, yes.

20             Q      And did you -- did you wind up

21     applying?

22             A      No.  I spoke with Ralph Neil.  Ralph

1    Neil was the Assistant Superintendent at the

2    time, and he said I'm a excellent candidate.  He

3    said, "Dickerson, you're an excellent candidate,

4    but that's a hornet's nest.  You don't want to

5    subject yourself to it."  So I didn't even apply.

6            Q    Okay.  Still on the same page, letter

7    "H" where you said that Thomas Whittle, in May

8    2008, said you'd make an excellent principal and

9    should apply to be included in the pool.  How was

10   Thomas Whittle?

11           A    He was the chancellor's designee for

12   DCPS stationed at Wilson, and he was there -- I

13   think he came to the school in -- in January of

14   2008.

15           Q    Okay.  What were his duties?

16           A    He was just there to -- to go through

17   the day-to-day to see how the school was

18   functioning.

19           Q    So was he observing, or was he --

20           A    He was --

21           Q    -- interacting?

22           A    -- he was observing and interacting.

1      Q      Okay.

2      A      He was doing both.

3      Q      Was he observing just the

4   administration or teachers as well?

5      A      Teachers as well.

6      Q      Okay.  And what -- how was he

7   interacting?

8      A      Day-to-day moving kids throughout the

9   hallways, stuff like that.

10      Q      How often did you interact with him?

11      A      So daily we were clearing the hallways

12   together.  It's not like we talked a lot, but he

13   was able to observe my relationship in the

14   community.

15      Q      And by -- could you tell me what you

16   mean by "clearing the hallways?"

17      A      "Let's go to class, everybody second

18   period, let's go."

19      Q      How was your relationship with Mr.

20   Whittle?

21      A      It's okay.

22      Q      So in the context of this conversation

1       about you applying to be in the principal pool,

2       do you remember specifically how the conversation

3       came about?

4              A      He approached me.

5              Q      Just out of the blue or in any

6       specific --

7              A      No.  He approached me one day in the

8       hallway and said, "You know, Mr. Dickerson, you

9       would be an excellent principal.  You should

10      apply.  You should be in the principal's pool."

11      I told him, "Sir, I'm already in the principal's

12      pool."

13             Q      What did he said when you said that?

14             A      He said -- he said, "Great."  He said,

15      "You're an excellent candidate," and he said that

16      they were paying new principals -- he said the --

17      the -- the salary now is $149,000.00."  And I

18      told him, "Sir, if they're paying $149,000.00,

19      then I'm ready to go."  And also told him -- I'm

20      like, "I'm about to finish my doctorate degree.

21      I'm working on my final chapters of that and

22      doing my research, so I should be ready."

1     Q     And what did he say when you said

2     that?

3     A     He said, "Perfect."

4     Q     Anything else in that conversation you

5     remember?

6     A     No, sir, nothing.

7     Q     Okay.  And moving down to letter "I"

8     where you're talking about -- and I believe we're

9     referring to John Davis --

10    A     John Davis, yes.

11    Q     Who was John Davis?

12    A     I think he was the second or third in

13    charge at DCPS.

14    Q     Do you remember his specific title?

15    A     I think Assistant Superintendent of

16    Senior High Schools.

17    Q     Okay.  And what were his duties in

18    that role?

19    A     He would come to the school

20    periodically and check in and -- and really have

21    conversation with Jackie most of the time.

22    Q     Okay.  So how often did you interact

1    with him?

2         A    Rarely, at best.  The senior meetings

3    and stuff that he would hold and stuff, but we

4    didn't dial on the line.

5         Q    Can you be more specific about rarely;

6    monthly, every other week?

7         A    No.  Day-to-day, no -- no, sir.  Week-

8    to-week, no, sir.  Month-to-month, no, sir.  You

9    know, rarely.

10        Q    Okay.  So you say he endorsed your

11   qualifications to be a principal; what do you

12   mean by that?

13        A    It was a -- it was a walking

14   conversation -- it was a walking conversation.  I

15   happened to see him coming in one day.  He said,

16   "Mr. Dickerson, Mr. Whittle tells me that you

17   want to be in the principal pool, and he told me

18   that he told you that the salary would be

19   $149,000.00."  I said, "Yes, sir."  He said, "The

20   salary will not be $149,000.00 for you, sir."

21   And inquired, "Why not?"  He said, "Because

22   you're currently in the system and folks in the

1    system just I think you get one step increase,

2    which is equivalent to $2,400.00."

3         Q     Okay.  What did you say when he told

4    you that?

5         A     I was like, "Wow, that's a great

6    disparity.  Why aren't we entitled to

7    $149,000.00?"

8         Q     And what did he say?

9         A     Say based on a step increased, based

10   on the regulations at DCPS.

11        Q     Okay.  Did you ever check with HR to

12   see what -- if what he said was accurate?

13        A     No, sir.  He's a Assistant

14   Superintendent of High School.  I figured what he

15   said was the rule.

16        Q     Okay.  So you believed what he told

17   you was accurate?

18        A     Yes, sir.

19        Q     Do you have any reason to believe it

20   wasn't accurate?

21        A     I didn't follow through, sir.  I

22   didn't -- once he said that, I was still trying

1    to complete my -- about to complete my doctorate

2    degree, so I was mainly focused on that.  I knew

3    a opportunity was going to come.

4         Q    Okay.  So you wrote -- stated that

5    this was in May of 2008.

6         A    Yes, sir.

7         Q    So by didn't follow through, what do

8    you mean?

9         A    I didn't apply for a principalship in

10   DCPS at that particular time.

11        Q    Okay.  What vacancy was -- are you

12   referring to?

13        A    No.  You said something -- you asked

14   the question, Mr. Cumming.  I knew that -- I knew

15   that future vacancies would come open at that

16   time.  You're talking about that.  And also, Mr.

17   Cumming, you have to understand that I'd already

18   been approached by Prince George's County Schools

19   and Montgomery County Schools to come on as an

20   administrator there.

21        Q    So what I'm wondering is you said you

22   didn't follow through.  I'm wondering whether

1        there was a specific vacancy you were referring

2        to, you didn't follow through by applying, or if

3        you just --

4               A       No, nobody told me about a vacancy.

5        It was just a conversation.  It was just a

6        talking conversation, an elevator conversation

7        basically with Mr. Whittle one afternoon.  And

8        then the following day, I happened to run into

9        John Davis, and we had another elevator

10       conversation.  Once that conversation was over,

11       especially when -- when the amount went from

12       $149,000.00 or $148,000.00 to a -- to a $2,400.00

13       increase, which amounts to $46.00 a week, I was

14       like, "No.  I'm going to finish my doctorate."

15       The biggest thing, Mr. Cumming, that you need to

16       know about me is that I knew that doctorate would

17       set me apart and make me rare in the education

18       community, and because of my relationships that

19       I'd built at Roosevelt with the staff and -- and

20       the students, and being African American in -- in

21       a educational setting, I knew I was rare.  So

22       that doctorate degree would make a prime

1      candidate to become a principal anywhere.

2           Q      Would the doctorate have impacted the

3      amount of a raise you would have gotten?

4           A      Absolutely, sir.  Yes, sir.

5           Q      Okay.  And how do you know that?

6           A      Based on having a master's or a

7      doctorate, there's a scale in DCPS, that one's

8      for the master, plus 60, I think; and another

9      one's for a PhD or E.d.D.

10          Q      Okay.  So the 2,400 would have been a

11     larger number if you had your doctorate?

12          A      I'm quite sure.

13          Q      Okay.  So just back to -- and this is

14     just my own confusion -- I just -- when you say

15     you didn't follow through, you were already in

16     the principal pool; is that correct?

17          A      There was no position.  They didn't

18     tell me to go to a school, Mr. Cumming.  They

19     didn't say go to Banneker, there's a principal

20     vacancy waiting for you; I want you to apply X,

21     Y, Z; they didn't say that to me.

22          Q      Okay.

1       A       Mr. Whittle, like I said, it was a

2    elevator conversation -- it was a elevator

3    conversation, short conversation.  He stated,

4    "Mr. Dickerson, you will make an excellent

5    principal, and they're paying new principals 148

6    or $149,000.00."  The following day, I ran into

7    John Davis.  John Davis -- John Davis indicated

8    that "No, it wouldn't be $149,000.00, sir.  You

9    will get $2,400.00."  And at that point, I just

10   kind of left it alone and the conversations ended

11   then.

12       Q       Okay.  So just when you say "elevated

13   conversation" --

14       A       Elevator.

15       Q       -- elevator, excuse me --

16       A       Elevator, short,  you know --

17       Q       Okay, yes.

18       A       -- 60-second conversation, walking

19   conversation.  I'm like, "Okay."  I kept it

20   moving.

21       Q       Got it.  So -- and I -- could you then

22   take a look at -- it is Exhibit 3, and it's the

1     supplemental answer number 7.

2          A     Okay.

3          Q     And the next page of that answer under

4     Dr. Stephen Tarason --

5          A     Okay.

6          Q     -- I understand you said Dr. Tarason

7     told you he thought you would be an excellent

8     principal land wanted you to take on that role,

9     but a -- an outgoing principal would -- would an

10    outgoing principal have the opportunity to select

11    their successor?

12         A      Not necessarily, sir.  There's a

13    selection committee in DCPS that I think is

14    called -- it's the principal selection committee

15    or hiring committee, and the committee made up of

16    parents, teachers, and students go through the

17    candidates, and they -- they make the final

18    determination

19         Q     Okay.  I'd like you to turn back --

20               (Off record comments.)

21    BY MR. CUMMING:

22         Q     -- all right, so Exhibit 7 --

1      A      Okay.

2      Q      -- Dr. Dickerson, if you could look at

3   paragraph 11?  It starts on the bottom of page 4.

4      A      Okay.

5      Q      And on the top of page 5, you state

6   that you were not evaluated during the 07-08

7   school year?

8      A      No, sir.

9      Q      Okay.  Why did you think you would be

10  evaluated?

11     A      You have yearly evaluations, sir.

12     Q      Were you evaluated in the year prior?

13     A      Yes, sir.

14     Q      Okay.  Was there any year you worked

15  where you were not evaluated?

16     A      Only 2007-2008, sir.

17     Q      Okay.  How many evaluations a year

18  would you get?

19     A      One evaluation at the end of the year

20  overall, but you would sit with the principal for

21  a mid-year and then the end of the year

22  evaluation.

1      Q     Okay.  So who was responsible for

2  conducting the evaluation?

3      A     Dr. Tarason.

4      Q     Okay.

5      A     And Ms. Williams.

6      Q     Okay.  So the principal was

7  responsible for conducting the evaluations?

8      A     Yes, sir.

9      Q     Okay.  Do you know if any other

10  assistant principals at Wilson got evaluated

11  during that school year?

12      A     I'm not sure, sir.

13      Q     Okay.

14      A     Can I say something, sir?  Dr. Tarason

15  evaluated me from 2000 -- I mean from 1999 all

16  the way through 2006-2007 year.  Again, I have

17  evaluations, I think, from -- from 1999 to, I

18  think, 2004 or 2003.  The -- from 2000 -- the

19  2003-2004, 2004-2005, 2005-2006, and 2006-2007,

20  evaluations are all missing from my employee

21  file.  Now the other -- the other -- the other

22  evaluations were there.  Now I talked with Ms.

1    Moore, who happens to be the Assistant to Dr.

2    Tarason, and I asked her did she know where my

3    evaluations were.  She said, Mr. Dickerson, I

4    sent -- every year, I sent your evaluations

5    downtown.

6         Q    Okay.  Did you ever keep -- separately

7    keep copies of your evaluations?

8         A    I had -- I had a few copies of my

9    evaluations, but my evaluations were normally

10   "exceed expectations," so after a while, you

11   know, I would keep them but --

12        Q    You would keep them but you stopped --

13        A    I just didn't, you know --

14        Q    So after the evaluation, it would then

15   be sent to the HR office; is that right?

16        A    Yes, sir, for my -- for my HR file.

17        Q    Okay.  So you have only been able to

18   find evaluations up to the end of the '03 school

19   year or so --

20        A    Something like -- yes.

21        Q    All right.  Was the evaluation process

22   the same during all those years?

1          A     Yes, sir.

2          Q     Okay.  And could you walk me through

3     the evaluation process a little bit?

4          A     You would sit down for a mid-year

5     conference with the principal.  He would tell you

6     what his expectation -- well, actually, you start

7     at the beginning of the year, you would have a

8     conversation.  However, you would do a mid-year

9     to make sure that you were following through with

10    the mandates that the principals gave you.  And

11    at the end of the year, they would go back over

12    your accomplishments for the year.  If you needed

13    to work on something, he would tell you.  If you

14    exceeded expectation, he would tell you.  And --

15    and 9 times out of 10, I exceeded expectation,

16    because my first year, 1999, I was a new

17    administrator, and I didn't get that.  However,

18    after that, that's what -- that's what they said,

19    they stated.

20         Q     Was there any change in the evaluation

21    form or process during those years?

22         A     Not to my knowledge, sir.

91

```
 1          Q     Okay.  How close to the end of the

 2    school year did the evaluations typically take

 3    place?

 4          A     Well, normally, the -- the last -- the

 5    final evaluation was after school was closed,

 6    after graduation, a week after graduation, you

 7    will come in, and the principal would assess the

 8    year.

 9          Q     Okay.  So was that -- because I'm not

10    quite sure when the schools were closed; would

11    that typically be the end --

12          A     In June.

13          Q     -- the end of June?

14          A     Yes, sir.

15          Q     Okay.  And did it -- as far as you

16    remember in this years, did it always take place

17    during that same time period?

18          A     Pretty much.  It would fluctuate but

19    definitely in June.

20          Q     Okay.

21          A     After graduation.

22          Q     All right.  I may have asked you this
```

1       earlier.  Do you know if Ms. Williams continued

2       as principal at Wilson after 07-08 school year?

3              A      No, sir, she didn't.

4              Q      Okay.  All right.  And do you know

5       when she stopped serving as principal?

6              A      June 30th, sir.

7              Q      Okay.  Was it your expectation that

8       even though she was not going to come back as

9       principal, she would still conduct the evaluation

10      for that year?

11             A      I don't know what you mean, sir.  Why

12      would I expect to be evaluated and we just got

13      terminated?  I don't understand what you -- what

14      -- what you mean.

15             Q      Well, I'm asking first, did the fact

16      that Ms. Williams was not being reappointed

17      change your expectation about being evaluated?

18             A      I'm going to tell you, Mr. Cumming, at

19      that point, I was way passed evaluations.  I was

20      trying to figure out how I would take care of my

21      family.

22             Q      Okay.

1        A     So that wasn't -- I wasn't -- that

2    wasn't even on my radar at the time, sir.  I had

3    moved on and was trying to find gainful

4    employment.

5        Q     So did you expect to be evaluated?

6        A     Each year, yes, sir.

7        Q     Did you expect to be evaluated even

8    though you got the letter of non-reappointment?

9        A     No, sir.  I didn't expect to be

10   evaluated once I was terminated, sir.

11       Q     Okay.  Did you expect to be evaluated

12   before that point if you were going to not be

13   reappointed?

14       A     Hold up, could you rephrase that

15   question for me, please, sir?

16       Q     If you were not going to be

17   reappointed --

18       A     If I knew -- had knowledge that I

19   wasn't going to be reappointed?

20       Q     Yes.

21       A     Okay.  Go ahead.

22       Q     -- would you have expected to have

1       been evaluated before that point?

2               A       If I didn't have knowledge that I

3       wasn't going to be reappointed, if I was in the

4       dark and I didn't know that reappointment wasn't

5       coming?

6               Q       Yes.

7               A       Okay.  Absolutely.

8               Q       Okay.  Do you know if Ms. Williams

9       completed any evaluations that year?

10              A       I'm not sure, sir.

11              Q       Okay.

12              A       I'm not sure.

13              Q       Would she have also been responsible

14      for evaluating teachers?

15              A       All of us were.  We had different

16          Departments.  Like I told you earlier, I had

17      four or five.  Everybody had four or five

18      departments, and even she had a number of

19      departments.  Wilson was a large school and we

20      had over 120 staff members.

21              Q       Did you complete any evaluations?

22              A       That year for teachers?

1      Q      Yes.

2      A      Absolutely.

3      Q      Yes.

4      A      Yes, sir.

5      Q      Okay.  And when did you complete

6   those?

7      A      During the beginning of the school

8   year, mid-school, and at the end of the school

9   year.

10     Q      Okay.

11     A      Yes.

12     Q      Best as you remember?

13     A      As best -- as best that I can

14   remember, sir, yes.

15     Q      Okay.  You don't know if Ms. Williams

16   did the same, though, and completed her

17   evaluations?

18     A      I wouldn't know that, Mr. Cumming.

19     Q      Okay.  In paragraph 11 of the

20   complaint, you also talked about --

21     A      Which Exhibit, sir?

22     Q      I'm sorry, that is Exhibit 7.

1          A      Okay.

2          Q      -- you talk about your understanding

3    that academic performance was going to be

4    considered as part of the evaluation process

5          A      What -- here, in paragraph 7?

6          Q      I'm sorry, Mr. -- Dr. Dickerson,

7    paragraph 11.

8          A      Okay.

9          Q      Too many numbers.

10         A      Yes.

11         Q      How were you aware that that

12   evaluation criteria was going to be used?

13         A      What do you mean?

14         Q      Well, you say that DCPS officials

15   notified you that academic performance was going

16   to be sued in the evaluation process; who

17   notified you?

18         A      They talked to Jackie about it.

19   Nobody notified me.  They talked to Jackie about

20   that.

21         Q      Okay.

22         A      Ms. Williams talked to us about hat,

1    but nobody talked to me directly.

2        Q    Okay.  What did she say to you about

3    that process?

4        A    The same thing that is stated here.

5        Q    Okay.  Do you know if that process was

6    used?

7        A    I'm not sure, sir.

8        Q    Okay.  You said that Mr. Whittle in

9    particular was observing things at Wilson High

10   School; was -- do you know if he was observing

11   academic performance?

12       A    I'm not sure.

13       Q    Okay.  Would you please take a look at

14   Exhibit 2.

15       A    Okay.

16       Q    And specifically, the bottom of page

17   10 and page 11 in response to interrogatory

18   number 9 asking about your staying a bit, you

19   reasonably expected reappointment.

20       A    Yes, sir.

21       Q    On page 11, letter "C," you talk about

22   DCPS not issuing a personnel action acknowledging

1    retirement status; what do you mean by that?

2         A    What -- what do you mean; what are you

3    asking, sir.

4         Q    I don't know what that sentence means,

5    and I'm hoping you could clarify for me.

6         A    No.  I mean I wouldn't be retiring at

7    that time, sir.  I don't know.

8         Q    Okay.

9         A    If you're talking about the intent

10   right before there; in "B", it says, declaration

11   of intent.  They -- they were asking me if you're

12   coming back, if you weren't coming back, then you

13   would have to sign something and send it in.

14        Q    Okay.

15        A    Okay.  Every year I never filled out

16   anything, because my expectation was to come

17   back.

18        Q    All right.  So you would -- for the

19   declaration of intent, you would only fill it out

20   if you were not --

21        A    Not.

22        Q    -- coming back?

1          A      Yes.

2          Q      Okay.

3          A      Can -- can I take a short -- I need to

4     use the restroom --

5          Q      Sure.

6          A      -- if I could.

7                 (Whereupon, the above-entitled matter

8     went off the record at 11:48 and resumed at 11:56

9     a.m.)

10    BY MR. CUMMING:

11         Q      So Dr. Dickerson, I'd like to talk a

12    little bit about your legal status as assistant

13    principal.

14         A      Okay.

15         Q      Are you aware of how long your

16    appointed as an assistant principal for?

17         A      When I first signed up for the job, it

18    -- it was one thing.

19         Q      Well, what was that?

20         A      Continually.

21         Q      Continual, okay.

22         A      And then I read here somewhere in one

1      of these documents that it's -- they gave

2      Michelle Rhee the power of year-to-year

3      something.

4              Q      Okay.

5              A      Yes.

6              Q      Do you know when that was?

7              A      I don't -- I don't know, sir.

8              Q      Okay.  Was that year-to-year in place

9      when you were not reappointed?

10             A      I'm not sure.

11             Q      Okay.

12             A      I'm not sure.

13             Q      It if was, would you agree that there

14     was no obligation to keep you on as an assistant

15     principal?

16             A      What do you mean?

17             Q      The position only ran year-to-year, do

18     you agree that it could simply expire at the end

19     of that year?

20             A      What I thought, sir, was that work was

21     merit-based, it was based on what you brought to

22     the community, your commitment to the community.

1    I thought it was -- it was based on your -- your

2    day-to-day adding value to the community.  I

3    don't -- I don't understand how a person -- and I

4    know you're the person asking questions, Mr.

5    Cumming, but if you worked diligently on your job

6    day-to-day, seemed like you're a hard worker,

7    sir, and all of a sudden somebody would come in

8    and just tell you that you're not appointed next

9    week, that you been let go, you would want an

10   explanation why.  And back in 2008, nobody could

11   give me an explanation why.  Back then there was

12   a number of people, 46 of us, all who happened to

13   be minorities, sir, that were let go.  And there

14   were no Caucasian people terminated in 2008, sir;

15   nobody.  They didn't -- how do you choose or how

16   do you lump me into 46 people, and I've had

17   outstanding evaluations?  How does that happen?

18        Q    You think -- you said you thought you

19   would be evaluated on what you brought to the

20   community; do you think they -- that Michelle

21   Rhee did that?

22        A    No, sir, she did not.

102

1        Q      And why do you think that?

2        A      Because one time Mr. Whittle said that

3    he didn't know that I was connected in music,

4    that I was still teaching music at the time.

5    Nobody evaluated me at all during the 2007-2008

6    year.  Nobody from Central Office came in and

7    said let's look at Dr. Dickerson as a individual

8    person and what he's bringing to the -- to the

9    community.

10        Q      Would somebody from the Central Office

11    coming in during the year have been part of the

12    normal evaluation process?

13        A      No.  It -- it was basically a double

14    standard.  Again -- again, how does one work as

15    hard as I was working doing three jobs at the

16    school and adding value to the community being a

17    music teacher, dean of students, and assistant

18    principal, and after -- after I left, sir, they

19    hired four music teachers.  They had one vocal

20    music teacher.  They had no other music teacher

21    but a -- but a vocal music teacher.  After I was

22    terminated that Fall, they hired three additional

1    music teachers, okay.  They hired two -- two

2    deans of students, okay, plus some additional

3    assistant principals.  Now at the time, I was

4    doing all that work.

5              Now again, that's a double standard.

6    How can one work as hard as I did and be lumped

7    in with 46 people who I don't know what their

8    work ethic was.  I had no idea whatsoever, okay,

9    and I'm about to get a doctorate degree.  I'm a -

10   - I'm a award-winning educator, okay, and I'm

11   terminated for no cause whatsoever, you know.

12   And all the 46 happened to be people of color.

13   How does that happen?

14        Q    Do you think the Central Office had

15   different values when Michelle Rhee was

16   Chancellor as opposed to the leadership before?

17        A    I wouldn't know what their values

18   were, sir.

19        Q    Okay.

20        A    I wouldn't know that at all.  Clearly,

21   something was going on if I'm climbing as an

22   educator, a celebrated -- if the superintendent

1    gives me an award -- what exhibit is that?

2    Where's -- if the superintendent gives me award -

3    - now this is the superintendent now, all right -

4    - right here, sir, in 2001, excellence in

5    education award in 2001, and then I won another

6    award, a citation for outstanding -- special

7    citation from International Association of Jazz

8    Educators.  What -- what year was this?  That was

9    2007.  And if I win another award here, a

10   leadership award in 2006 that was given to me by

11   the students and the principal, okay, how -- how

12   in 2008 do I drop so low as to be terminated,

13   sir?  And -- and I'm quite sure that those other

14   folks in that 46 -- I'm quite sure there are

15   other people in that 46 who -- who were

16   celebrated educators also.  The only thing we

17   have in common is our race.

18        Q    Were those awards specifically as to

19   your work as an assistant principal?

20        A    Both, sir, yes.  One -- one as a --

21   two as an assistant principal, one with the other

22   job that I was doing simultaneously while being

1    an assistant principal, as the band director.

2         Q    Okay.  So two specific to your

3    specific work --

4         A    Specific --

5         Q    -- as an assistant --

6         A    -- assistant principal, yes, sir.

7         Q    -- and one is to your work as a band

8    director?

9         A    Yes, sir.

10        Q    Okay.  I'd like you to again look at

11   Exhibit 2, okay, and turn to page 12, please?

12        A    Okay.

13        Q    And you'll see where interrogatory

14   number 11 asks you about your allegation that

15   your white counterparts were not subjected to the

16   same treatment that you're complaining about in

17   this lawsuit?

18        A    Absolutely.

19        Q    And you'll see at the bottom, you give

20   an example of Patrick Pope --

21        A    Yes.

22        Q    -- the principal at Hardy Middle

1       School, who was not not reappointed; who was

2       Patrick Pope?

3               A       He was the principal at Hardy Middle

4       School.

5               Q       Okay.  And he was white?

6               A       Yes, sir.

7               Q       Okay.  And how do you know the

8       treatment of him was different?

9               A       He remained in his position.

10              Q       Okay.  Do you think that was not

11      justified?

12              A       What do you mean?

13              Q       Do you think Mr. Pope should not have

14      been reappointed?

15              A       I think that we should have been kept

16      on.  I don't think that 46 of us should have been

17      fired based on race, sir.

18              Q       Okay.  Do you know anything about Mr.

19      Pope's performance?

20              A       I wouldn't -- I wouldn't know that.

21              Q       Okay.  Do you --

22              A       I know that he was an administrator

1    just like we were, okay, and that Michelle Rhee

2    went through and surgically removed people of

3    color.  And if she removed every administrator in

4    DCPS, African American and white, okay, Hispanic,

5    whatever, male/female, young, old, I get it.  But

6    when you surgically go in and you start pulling

7    people out and the only thing that's in common is

8    the color of our skin or the fact that we're

9    minorities or the fact that we're over a certain

10   age, that's an issue.

11        Q    How do you know that Mr. Pope was, you

12   know, subjected to a different process than you

13   other than the fact he stayed on?

14        A    He wasn't terminated, sir.  That's --

15        Q    Okay.  Do you have any other examples

16   of white principals or assistant principals who

17   weren't -- who stayed on?

18        A    There were no white principals fired

19   that year, sir, to my knowledge at all, none.

20        Q    Do you know how many white principals

21   and assistant principals were in the DCPS --

22        A    I wouldn't -- I wouldn't have

1    knowledge of that, Mr. Cumming.

2         Q    Would you agree that the majority of

3    principals and assistant principals in DCPS at

4    that time were African American?

5         A    I wouldn't know that, though.  How

6    would I know that.

7              MR. CUMMING:  Okay.  Mark this as

8    Exhibit 8, please?

9                        (Whereupon, the above-

10                       referred to document was

11                       marked as Exhibit 8 for

12                       identification.)

13   BY MR. CUMMING:

14        Q    Could you please take a look at this

15   document?

16        A    Yes.

17        Q    And do you recognize it?

18        A    Yes, sir.

19        Q    Okay.  And what is this?

20        A    Plaintiff's answers to the first set

21   of requests for admission, second set of

22   interrogatories and request for production of

1     documents.

2          Q     Okay.  And did you review these

3     answers before they were submitted?

4          A     Yes, sir.

5          Q     Okay.  Could you please turn to -- so

6     it be page 5.  The pages are not numbered.  It's

7     number 17 at the bottom of the page.

8          A     Okay.

9          Q     Do you see where it says, "Admit that

10    the majority of DCPS principals and assistant

11    principals serving during the 07-08 school year

12    were African American or Latino."  Do you see

13    that?

14         A     Okay.

15         Q     And you see that your answer was

16    "Admit."

17         A     Okay.

18         Q     Is that answer correct?

19         A     This is the thing, Mr. Cumming.

20               MR. DONALD:  One second.

21               THE WITNESS:  Okay.

22               MR. DICKERSON:  What number are you

1       referring to?

2                   MR. CUMMING:  Seventeen, request for

3       admission, 17.

4                   MR. DONALD:  Hold on a second, please?

5       Thank you.

6       BY MR. CUMMING:

7            Q      Is that answer correct?

8            A      I wouldn't know, Mr. Cumming.  I'm not

9       a HR person.  I wouldn't know what the majority

10      of those administrators would be --

11           Q      Okay.  Then --

12           A      -- based on race or gender or

13      anything.

14           Q      -- why did the request for admission

15      that you just said you reviewed before it was

16      submitted admit the answer to that question?

17           A      I understand what you're saying, but

18      upon thinking about it and sitting here now, how

19      would I have access to that data.  If I saw that

20      data from downtown in HR, that would be something

21      -- something else.  Now the folks that I knew

22      that were terminated that year happened to be

1    Latino and African American.

2         Q    Okay.  Did you personally know any

3    white principals or assistant principals during

4    that school year?

5         A    I didn't know a lot of administrators

6    in DC Public Schools that year.  I would see

7    different people at different meetings when

8    everybody would come together.

9         Q    So you did not personally know any

10   white principals or assistant principals?

11        A    I knew Patrick Pope, knowing --

12   knowing his -- I know Mr. Temple.  I have a

13   relationship with him.  I have a relationship

14   with -- with Mr. Pope.  I mean there were white

15   principals and assistant principals in the

16   system, but I didn't know them.

17        Q    Okay.

18        A    I didn't have -- let me say I didn't

19   have a relationship with them.

20        Q    Okay.  You knew of them?

21        A    I knew that they existed in the

22   system, yes, sir.

1          Q      What was your relationship with Mr.

2     Pope?

3          A      Mr. Pope wanted me to come on to work

4     with him in Hardy Middle School.  He was trying

5     to convince me to leave Woodrow Wilson Senior

6     High School, because he thought I would be a

7     great asset to that community.

8          Q      Okay.  And when was that?

9          A      Wow.  It was during the time Dr.

10    Tarason was principal, sir.  I can't give you the

11    exact year.

12         Q      Okay.  I'd like you to look at -- back

13    at Exhibit 3, please?  And this will be, again,

14    the response to interrogatory number 11.  Okay.

15    And that's responding to the -- that's asking

16    about the same allegation --

17         A      Okay.

18         Q      -- about white principals and

19    assistant principals being treated differently.

20         A      Right.

21         Q      Here it says that that allegation more

22    specifically refers to new incoming principals

1   and assistant principals for the 08-09 school

2   year; what do you mean by that?

3        A    Hold up.  Can you clarify that again,

4   please?

5        Q    Your supplemental answer to

6   interrogatory number 11 says that the allegation

7   in paragraph 20 --

8        A    Okay.

9        Q    -- that's the paragraph talking about

10  different treatment of white principals and

11  assistant principals --

12       A    Okay.

13       Q    -- more specifically refers to the new

14  incoming principals and assistant principals for

15  the 08-09 school year.

16       A    Okay, I understand that.  They were

17  adding more principals and they were bringing in

18  white assistant principals and white principals

19  at that time.

20       Q    Okay.

21       A    However, there were white assistant

22  principals and principals before the hiring of

1    the 2008-2009 school year.

2          Q     Okay.  You also talk about, in this

3    answer, that incoming Principal Peter Cahall and

4    Assistant Principal Mary Beth Waits had -- were

5    negotiating contracts to come on at Wilson; how

6    did you know that?

7          A     Mr. Cahall came on before we even left

8    the building.  He was there weeks before we left

9    the building.  I don't know about Ms. Waits.  I

10   don't know about that.  I don't know when

11   actually she entered the system.

12         Q     Okay.  Do you know where both those

13   individuals came from, what their prior position

14   was?

15         A     I think Mr. Cahall came from

16   Montgomery county.  I don't know where Ms. Waits

17   came from.  I think she might have come from

18   Montgomery County also.  I'm not sure.

19         Q     And when did -- you said Mr. Cahall

20   was already in the building --

21         A     Yes, sir.

22         Q     -- at the end of that school year;

1    when did you finally leave the building so to

2    speak?

3          A     I was out by the 30th.

4          Q     Okay.  So you overlapped with Mr.

5    Cahall for how long?

6          A     Maybe a week or 10 days, something

7    like that.

8          Q     Okay.  You also talk about John Davis

9    telling you that people hired from outside DCPS

10   were eligible for higher salaries?

11         A     Yes, sir.

12         Q     How did he communicate that to you?

13         A     Mr. Whittle communicated that to me.

14         Q     Okay.  And how did he communicate that

15   to you?

16         A     He told me that day in our short

17   elevator conversation that they're hiring new

18   principals at $149,000.00.

19         Q     And do you know why they would have

20   been eligible for higher salaries?

21         A     I don't know, Mr. Cumming.  I don't

22   know that.

1    Q    Okay.  I'd like you to go back to --

2    this is Exhibit 2, page 12, and the response to

3    interrogatory number 12; did you see where that -

4    - that interrogatory asks about your allegation

5    that prior to receiving your notice of non-

6    reappointment, that DCPS was interviewing

7    replacements; do you see that?

8    A    This is number 12 on page 12, correct?

9    Q    Yes, sir.

10    A    Yes, sir.

11    Q    Okay.  And then on page 13, you talk

12    about what we just talked about, Mr. Cahall I

13    think it is, visiting Wilson before you received

14    your notice of non-reappointment; so when was the

15    first time you saw Mr. Cahall at Wilson?

16    A    A week to 10 days before I left, he

17    came to the building, and I can't remember who

18    came -- came up to me and -- and asked me to go

19    talk to him or something like that, but that's --

20    that's it.

21    Q    Okay.  Do you know anything about his

22    qualifications or background?

1        A     No, sir.

2        Q     Okay.  Did you go talk to him?

3        A     No, sir.

4        Q     Why not?

5        A     I was busy packing my stuff leaving.

6        Q     Well, I'm a little confused about

7    that, because this answer says that he visited

8    prior to you receiving your notice of non-

9    reappointment.  So you --

10       A     Everybody else on the administrative

11   team had gotten their notices that they were not

12   coming back.

13       Q     Okay.

14       A     What would make me different?

15       Q     Okay.  You -- did you ask Mr. Cahall

16   about staying on?

17       A     No, sir.

18       Q     Okay.  You were aware at that time he

19   was going to be the incoming principal?

20       A     I was aware that he was the principal.

21       Q     Okay.  And you had no conversations

22   with him?

1        A      No, sir, never.

2        Q      Okay.  Are you aware of why Jacqueline

3    Williams was not reappointed?

4        A      No, sir.

5        Q      Okay.  Did you speak with her about

6    this lawsuit?

7        A      Yes, sir.

8        Q      Okay.  And what did you talk about?

9        A      She was a part -- she was one of the

10   plaintiffs in the lawsuit.

11       Q      Okay.  So --

12       A      The fact --

13       Q      -- what did you talk about?

14       A      -- that there was racial

15   discrimination.

16       Q      Okay.  And more specifically, did you

17   -- anything beyond that?

18       A      We hired a lawyer --

19       Q      Okay.

20       A      John Mercer at the time, and we just

21   talked about coming together and everybody

22   pulling their information together as to what

119

1    they did.  That was it.  I was -- I was busy

2    collecting my information to support my case.

3         Q     Okay.  When did the other

4    administrators learn they were not going to be

5    reappointed?

6         A     I think Jackie learned a month -- I

7    think she learned in May, and I think the

8    assistant principals learned in June.

9         Q     And was -- Ms. Williams, was she

10   principal or interim principal?

11        A     That's a good question.  Yes, she was

12   principal -- she was principal at the time.  I

13   think she was principal.

14        Q     Okay.  Did you talk ever with Ms.

15   Williams about why she thought she was not

16   reappointed?

17        A     No, sir.

18        Q     Okay.  Did you know that Mr. Cahall

19   would be -- withdrawn.

20              Were you aware of how the new

21   leadership team at Wilson was going to be chosen?

22        A     No, sir.

1          Q     Okay.  Were you aware that Mr. Cahall

2     would be choosing his new leadership team?

3          A     I'm sure he had some folks that he was

4     going to bring on as -- as in, you know, all

5     leaders.

6          Q     Okay.  So in your experience, it

7     wouldn't be unusual for an incoming principal to

8     bring in folks that they've worked with before?

9          A     I wouldn't say that.  A lot of times,

10    I've seen people keep folks on, the folks who

11    were there and come in as an individual and

12    evaluate after their first year, then make moves

13    after that.

14         Q     But sometimes people also bring new

15    folks with them?

16         A     When Dr. Sampson came in as part of my

17    experience, it was just him.  He kept the entire

18    administrative team, so I wouldn't have any

19    knowledge of seeing that in my experience in

20    DCPS.  When he came in, he was one individual.

21    He didn't bring anybody in with him.

22         Q     Okay.  So did you ever ask to

1      interview with Mr. Cahall to stay on?

2           A      By then, I knew -- I knew that it was

3      coming.  I was going to get a letter.  I didn't

4      know when I was going to get a letter, but I knew

5      a letter was coming.  So again, Mr. Cumming, I

6      never had a conversation with the gentleman and

7      actually, I saw him from down the hallway.  We

8      never had a chance to -- to meet face-to-face

9      like this.

10          Q      And you knew a letter was coming

11     because the other administrators had gotten one?

12          A      Yes, sir.

13          Q      But you never had a specific

14     conversation with anyone at DCPS that you

15     wouldn't be staying on?

16          A      Nobody -- I imagine Mr. Whittle, I

17     think, or -- no, I never had -- had a

18     conversation with anyone, but I knew that they

19     were -- that they had eliminated, I think, 20

20     principals or something like that and that a

21     second sweep would come -- was coming, and it was

22     coming through hearsay for assistant principals.

122

1      So when the other -- when the other three ladies

2      at the school got their letters, figure I was --

3      so am I.

4              Q      Okay.

5              A      They were doing a great job.

6                     MR. CUMMING:  Mark this as Exhibit 9,

7      please?

8                            (Whereupon, the above-

9                            referred to document was

10                           marked as Exhibit 9 for

11                           identification.)

12     BY MR. CUMMING:

13          Q      Would you please take a look at this

14     and let me know if you recognize it?

15          A      I've never seen this letter, sir.

16          Q      Okay.  Do you see that the bottom

17     email is dated June 20 of 2018?

18          A      Yes.

19          Q      And if you look back at what's marked

20     as Exhibit 6, you received your notice of non-

21     reappointment on June 16, 2008.  So I guess I'm

22     trying to figure out how these folks --

```
1          A     I -- I didn't see my -- my letter.

2          Q     Okay.  Well, if you hadn't received

3    your letter, how did these folks know to write a

4    letter on your behalf asking that you -- that Mr.

5    Cahall keep you on?

6          A     I don't know who wrote the letter,

7    sir.  I don't -- I don't know who Pierre Carter

8    is.  I don't know who this is.

9          Q     Okay.  But you would agree this is a

10   form letter asking Mr. Cahall to keep you on at

11   Wilson; is that right?

12         A     I imagine that the community --

13               MR. DONALD:  Objection, question calls

14   for speculation.  He has no personal knowledge.

15               THE WITNESS:  Yes.  I don't -- I don't

16   know why.

17               MR. CUMMING:  I'm asking about the

18   substance of the letter.  It's asking -- you can

19   look at the second page and tell me.

20               THE WITNESS:  What are you

21   specifically asking, sir?

22   BY MR. CUMMING:
```

1         Q    Dr. Dickerson, if you turn to the

2    second page of the document, would you agree that

3    this is a letter asking Mr. Cahall to keep you on

4    as an assistant principal?

5         A    Yes.  This is a letter asking.

6    Somebody wrote it.

7         Q    Okay.  I guess I'm wondering how, if

8    you had not yet received your notice of non-

9    reappointment that people in the community knew

10    to write this letter on your behalf?

11            MR. DONALD:  Objection.  He has no

12    personal knowledge.  He can't answer that

13    question.  It's an improper question.

14            MR. CUMMING:  Okay.

15            MR. DONALD:  Really calls for

16    speculation.

17            MR. CUMMING:  You're telling him not

18    to answer.

19            MR. DONALD:  I'm just making my

20    objection.

21            THE WITNESS:  Sir, Mr. Cumming, this

22    is my first time ever seeing this.  I wouldn't

1    know who -- I don't even know who this person is.

2    This is my first time, honestly, ever seeing

3    this.  I don't even know who this person is.

4    BY MR. CUMMING:

5        Q     Okay.  Did you ever ask anyone to

6    encourage Mr. Cahall to keep you on?

7        A     No, sir.

8        Q     Okay.  Did you ever talk with Mr.

9    Whittle or Mr. Davis about staying on?

10       A     No, sir.

11       Q     And why not?

12       A     What do you mean why not?

13       Q     Well, Mr. Whittle and Mr. Davis both

14   seemed supportive of you applying for positions

15   as an administrator, and they were both at Wilson

16   during this school year.  Did -- once you learned

17   of your non-reappointment, did you ever speak

18   with either of them about finding a new position?

19       A     The letter came from the Chancellor,

20   and I think that she made the last final

21   decision.  She was on TV stating that principals

22   and administrators had been fired because they

1  were hurting children, and when I received the

2  letter, it came -- it came from Michelle Rhee.

3  She was on Newsweek magazine, sir, talking about

4  she was going to clean up the system.  Why would

5  I think that Mr. Whittle or Mr. Davis would make

6  her change her mind?  Now had the letter came

7  from John Davis or Mr. Whittle, I would have

8  asked, "How could say that you want me to be a

9  principal one week and terminate me the next?"  I

10  would have a conversation with them, but this

11  came from the Chancellor, and I think she would

12  have the final say, wouldn't you, sir?

13      Q    So no, you didn't speak with either of

14  them about --

15      A    But wouldn't you think she would have

16  the final say, sir?

17      Q    I'm not being deposed here.

18      A    I'm just -- I mean -- okay.

19      Q    You talked about the statements that

20  Michelle Rhee made when she was on television and

21  giving interviews; when were those, if you

22  remember?

1        A        She did interviews -- I don't know the

2    exact date, but she did a Post -- Washington Post

3    interview stating that she fired assistant

4    principals and principals because they were

5    hurting children.  I don't know the exact date of

6    that, sir.  I don't.

7        Q        Okay.  Do you remember if you were

8    every specifically named in any of those stories?

9        A        I know that there was a list of

10   principals in the schools that they were at

11   named, and everybody knew what school I worked

12   at, so I think Ms. Williams' name and all the

13   principals name was in one article and the

14   school's name.  So they knew that I was an

15   employee at that particular school.  And other

16   than that, they knew that I was a DCPS employee.

17       Q        That information was already public,

18   right?

19       A        I'm not --

20       Q        You're a public school employee?

21       A        No -- no, not -- not that we were

22   hurting children, not that we -- not a statement

1      from Michelle Rhee indicating that we were

2      terminated because we were hurting children and

3      that we were lazy.

4           Q     Well, I'm wondering whether -- there

5      was a list of people who were not reappointed,

6      and there was Michelle Rhee's statement, but I'm

7      wondering whether those two things were

8      specifically connected by her?

9           A     I think that they were connected, sir,

10     because she was speaking as the Chancellor of the

11     DC Public Schools system.  She named the

12     principals and the schools that they worked at.

13     If I worked at Woodrow Wilson Senior High School,

14     and they said that the administrators or

15     assistant principals were terminated also, reason

16     would have it that I was one of those assistant

17     principals, that I was terminated also, sir.

18          Q     What procedures do you think DCPS

19     should have followed for deciding which assistant

20     principals to stay on?

21          A     What do you mean, sir?

22          Q     Well, you obviously are very unhappy

129

1      with the process that was used.  What process do

2      you think should have been used?

3           A      First of all, there was no process at

4      all, nothing.  They didn't look at previous

5      evaluations whatsoever.  They didn't look at the

6      relationship that you had.  As a matter of fact,

7      I was never interviewed.  They never-- they -- I

8      was never evaluated that year.  My previous

9      evaluations were not looked, and I think, again,

10     from 2004 on, in my personnel files, I don't know

11     how they came up missing, but my evaluations,

12     which were then exceed expectation evaluations,

13     are all missing.  So I don't know what criteria

14     they used, but they made sure they couldn't use

15     those evaluations, sir.

16          Q      Okay.  So the fact that it was not

17     based on evaluations --

18          A      It wasn't based on merit.

19          Q      Okay.

20          A      It was a double standard.  There was

21     nothing I could have done, sir, nothing.  I'm

22     working three jobs, sir.  I'm a dean of students,

1    I'm a music teacher, and I'm an assistant

2    principal.  Now normally, when you're have an

3    employee that's working three jobs and working

4    hard like that and succeeding, winning awards in

5    those jobs, sir, as an administrator and a music

6    teacher, playing for Vice Presidents and -- and

7    bringing the profile up, and this is the biggest

8    thing, adding value to those students' lives, you

9    would think that that that person would be

10    celebrated.  And I was up until Michelle Rhee

11    came in.

12          Q    So you've said what you wished they

13    had done.  What do you know about what they did

14    do?

15          A    I don't know anything about what they

16    did do, sir.

17          Q    Did you hear from anyone how anyone

18    was being evaluated?

19          A    Again, I asked Ms. Jose why was I

20    terminated.  She couldn't give me an answer, sir.

21          Q    Did you ever ask John Davis or Mr.

22    Whittle?

1        A      I never saw them again, sir.

2        Q      Okay.  You never called them or

3    emailed them after you --

4        A      Again, she's the head of schools, sir.

5    Michelle Rhee is the head of schools.

6               MR. CUMMING:  Okay.  I think this is

7    a good stop spot to break for lunch.

8               MR. DONALD:  Okay.  That's good.

9               MR. CUMMING:  Forty-five minutes?

10               MR. DONALD:  That's fine.

11               (Whereupon, the above-entitled matter

12    went off the record at 12:32 p.m. and resumed at

13    1:38 p.m.)

14    BY MR. CUMMING:

15        Q      Okay, Dr. Dickerson.  I had a few more

16    questions about the timing of your letter of non-

17    reappointment versus the other folks.

18        A      Okay.

19        Q      So you said earlier that the other

20    assistant principals got their letters of non-

21    reappointment earlier than you.  Is that correct?

22        A      Yes, sir.

1        Q      Do you remember how much earlier?

2        A      No, sir.  No, sir.

3               Probably because I took some seniors

4    out on a senior class trip, so I was away from

5    school on a senior class trip.  And I think that

6    year the senior class trip was at the end of the

7    school year.

8        Q      Okay.

9               So you think the letters might have

10   been mailed at the same time but you weren't in

11   town to receive it.  Is that accurate?

12       A      I got mine Federal Express near the

13   end of the month.  I think it was the last week

14   of the month.

15       Q      Okay.

16       A      It came in Federal Express.

17       Q      I guess what I'm wondering is you were

18   out of -- you said you were out of town for the

19   senior class trip, so --

20       A      Yes, sir.

21       Q      -- the fact you weren't in town, maybe

22   you didn't receive the Federal Express until you

133

1    got back?  Is that --

2         A    I think they went to the instruction

3    (phonetic) or superintendent's office, and I

4    wasn't in town, so I had to -- I didn't go.

5         Q    Okay.

6              Oh.  So other -- the other people went

7    down and collected them, but you weren't in town

8    --

9         A    Right.

10        Q    -- to collect them?

11        A    Right.

12        Q    Okay.  So yours was mailed instead.

13        A    Yes, sir.

14        Q    Okay.

15             And then you said after they -- how

16   did you find out that they had received those

17   letters if you were out of town?

18        A    They weren't communicating.  I mean,

19   probably by text or something like that, or maybe

20   when I got back.  I can't remember to be honest

21   with you, Mr. Cumming.

22             You know, by the time I got back,

134

1      folks had had their letters.

2          Q      Okay.

3          A      So I don't have the actual dates in

4      front of me.

5          Q      Okay.

6                 And then after they -- after you knew

7      that they had received those letters, you assumed

8      you would get one as well.

9          A      Yes, sir.

10         Q      Okay.

11                Do you believe they were more

12     qualified to be an assistant principal than you?

13                MR. TEMPLE:   They who?

14                BY MR. CUMMING:

15         Q      The other -- Lindsey and -- I'm sorry,

16     the other woman's name is escaping me.  The other

17     -- oh, Ms. Miller.  Do you think they had any

18     more or less qualifications than you?

19         A      No, sir.

20         Q      Okay.

21                Do you know anything about their

22     qualifications?

135

```
 1          A      No, sir.

 2          Q      Okay.

 3                 You said earlier that you thought you

 4    were a very good candidate because of your

 5    education and your experience and what you'd done

 6    as an assistant principal.

 7          A      Yes, sir.

 8          Q      So do you think you might have been a

 9    better candidate than they were?

10          A      I wouldn't know, sir, because I

11    wouldn't know their credentials.

12          Q      Okay.

13                 Separate from the comparison of you to

14    them, if you thought you were a good candidate,

15    why did you assume you would also be not

16    reappointed?

17          A      Because basically what they were

18    doing, they defined us based on race.  They

19    lumped everybody in.  They didn't do any

20    evaluations.  They didn't look at my evaluations

21    or the merits or anything or had a conversation

22    with me and my relationship with the kids.  They
```

1    did everything based on race.

2                    They did that with the principals and

3    they did that with assistant principals.

4         Q     Was their decision during the '07-'08

5    school year to replace all the administrators at

6    Wilson?

7         A     I'm not sure.

8         Q     Okay.

9                    But you'd agree that none of the

10   administrators were reappointed.

11        A     None of us were, no sir.

12        Q     Okay.

13                   And you don't have any knowledge about

14   a decision to replace all the administrators as

15   one group.

16        A     No.

17        Q     Okay.  Okay.

18                   I would like you to look at Exhibit 2

19   and specifically Paragraph 13 on Page 13.  Okay.

20   And as you see, that's responding to

21   interrogatory 13, which is asking about your

22   allegation in paragraph 24 of the complaint that

1    you were replaced by Mary Beth Waits, a white

2    female of less experience and education than you

3    as well as a Hispanic male of less experience and

4    education.

5              So I'm going to start with the second

6    part of that sentence.  You talked about being

7    replaced by a Hispanic male of less education and

8    experience.  And you identified that person as

9    Haime Merlos --

10         A    Yes, sir.

11         Q    -- in the answer.

12         A    Yes, sir.

13         Q    Could you describe who Mr. Merlos was?

14         A    A guidance counselor at the school.

15         Q    Okay.

16              And how long had he been a guidance

17   counselor?

18         A    I'm not sure how long he was at

19   Wilson.

20         Q    Okay.

21         A    He had came on not that long ago.

22         Q    Okay.

1              How long did you work with him, if you
2     remember?
3          A     Three, four years, like three or four
4     years, something like that.
5          Q     Okay.
6              And you said he had less education
7     than you.  How did you know that?
8          A     Because he asked me, and I told Mr.
9     Merlos that he would be a great assistant
10    principal and that he should sign up for the
11    George Mason leadership class that was at Woodrow
12    Wilson Senior High School.
13         Q     Okay.
14         A     There was a cohort there that I helped
15    to create with Dr. David Brazer to bring about
16    more assistant principals, and he was a good
17    counselor there and he had a great relationship
18    with the students, and I told him that he would
19    do well in the program.  I already had my masters
20    in ed leadership.
21         Q     Okay.
22              Do you have any idea why he was kept

1    on as an assistant principal?

2         A     They hired him after.  He wasn't part

3    of our group.

4         Q     I understand.  Do you have any idea

5    why he was hired after?

6         A     No, sir.

7         Q     Did you ever talk with him about him

8    applying to be an assistant principal?

9         A     No.

10        Q     Okay.

11              And then I'd like you to look at

12   Exhibit 3 and also answer number 13 in that same

13   document.

14              Okay.  So who was Mary Beth Waits?

15        A     I mean, I don't know that, sir.

16        Q     Okay.

17              But you said that she replaced you as

18   an assistant principal.  Is that right?

19        A     Yes.

20        Q     Okay.

21              And how did you know she had less

22   education?

1      A      I'm talking about as it goes to D.C.

2   Public Schools.  I had a relationship with the

3   kids.  I was a person that would build

4   relationships in the community with the kids.

5              So I had more experience, especially

6   with our Woodrow Wilson population.

7      Q      Okay.

8              And you say her experience was working

9   in MCPS.  Is that Montgomery County Public

10  Schools?

11     A      She -- I guess so, yes, sir.

12     Q      And you said she was -- had experience

13  as a middle school administrator, not a high

14  school one.

15     A      That's what I heard, sir.

16     Q      Okay.

17             So based on those factors, do you

18  think or thought that she was not as qualified as

19  you?

20     A      I wouldn't know her qualifications,

21  sir.

22     Q      Okay.

1          A      I'm just talking about specifically at

2     DCPS and Woodrow Wilson.

3          Q      That she did not have as much

4     knowledge of DCPS or Woodrow Wilson as you.

5          A      And the culture there, yes, sir.

6          Q      Okay.

7          A      And the relationship with the

8     students.

9          Q      But there would be other factors that

10    might go into someone getting a job as an

11    assistant principal beyond just not those

12    factors, right?

13         A      I wouldn't know that, sir.  I'm not an

14    HR person.

15         Q      Okay.

16                But generally, you -- would you agree

17    that -- I mean, knowledge of the school system,

18    experience in a school are some things someone

19    would look at, but they also might look at other

20    skills or other education and other experience in

21    deciding whether to hire someone, right?

22         A      Yes, sir.  Possibly, yes, sir.

1          Q      Okay.

2                 Do you know who else was brought on as

3      an assistant principal at Wilson?

4          A      Right after that?  Right after the --

5          Q      Yes, right after you were not

6      reappointed.

7          A      No, sir.  I don't know.

8          Q      Okay.

9                 Does the name Charlotte Butler sound

10     familiar to you?

11         A      I've heard of the name before.

12         Q      Okay.

13                And there's another woman, Sar-U-Ra

14     Brown.  Does that sound familiar to you?

15         A      I've never heard that name before,

16     sir.

17         Q      Okay.

18                Do you know how many new assistant

19     principals were brought on?

20         A      No, sir.

21         Q      Okay.

22         A      I knew they added some, but I didn't

143

1    know.

2         Q    But you don't know how many?

3         A    No, sir.

4         Q    Okay.

5              Does the name John Bargeman sound

6    familiar to you?

7         A    No.

8         Q    Bargeman, excuse me -- John Bargeman?

9         A    Bargeman was at the school already.

10        Q    Okay.

11        A    He was coordinator or something for

12   9th grade kids.

13        Q    Okay.

14             Do you know if he became an assistant

15   principal?

16        A    I heard eventually he did.

17        Q    Okay.

18             Do you know -- other than Ms. Waits

19   and Mr. Merlos, do you know the race of any of

20   those other individuals?

21        A    Mr. Bargeman and Ms. Butler, I heard

22   that -- I mean, I know Bargeman is an African-

144

1    American.

2            Q      Okay.

3            A      And I heard Ms. Butler was.

4            Q      Okay.

5            A      But I've never met them or talked to

6    them or anything.

7            Q      Okay.

8                   And you don't know about Ms. Brown.

9            A      No, sir.

10           Q      Okay.  Okay.  All right.

11                  Back on Exhibit 2, could you please

12   look at answer number 15 that's on Page 14?

13                  And do you see that this answer

14   responds to a question about your other job

15   offers?

16           A      Yes, sir.

17           Q      Okay.

18                  So could you tell me how you went

19   about applying to the Montgomery and Prince

20   George's County school systems?

21           A      I was contacted and asked to go and

22   interview for an Art position out in Montgomery

1     County at an ARTS Magnet School.

2          Q     Okay.

3          A     And I was contacted by the principal

4     at the elementary school and asked me to come

5     over to interview because he was leaving.  He got

6     a promotion.  And I think that was at PG County

7     elementary school.

8                And I went over.  I interviewed with

9     him, Mr. Salin, and I interviewed with a -- I

10    think I put her name on here.  I can't remember

11    her name, but she was a principal in Montgomery

12    County, and I interviewed with both of them and

13    she was really excited.

14               As a matter of fact, I interviewed

15    before I went on the senior class trip and she

16    said that she was going to hold up the interviews

17    -- additional interviews for a moment because --

18    the interview window -- because she really liked

19    me as a candidate.

20         Q     Okay.

21         A     And Mr. Salin said that my credentials

22    were better than his, so I would make an

1     excellent principal there at the elementary

2     school.

3          Q     Okay.

4                And then what happened after you

5     interviewed?  Were you ever offered those

6     positions?

7          A     I was told in Montgomery County that,

8     you know, I couldn't become an administrator

9     there in Montgomery County.  No reason was given.

10               And when I went to PG County, they

11    told me that I would no longer be an

12    administrator there.  And I asked why, and nobody

13    could tell me why.

14               They offered me teaching positions but

15    they would not offer me administrative positions.

16         Q     Okay.

17               So in each instance, you were offered

18    a job, but not one as an administrator.

19         A     Exactly.

20         Q     For the PG County job, you said you

21    applied before you went on the senior class trip?

22         A     No, no, the Montgomery County -- the

1    Montgomery County job.

2         Q     Okay.

3         A     I talked to her about that I had an

4    interview with her.

5         Q     Okay.

6              So you were already applying before

7    you got the non-reappointment letter.

8         A     No, no.  I heard already that Jackie

9    had already been terminated in May.  The press

10   was swept through.

11             Word through the grapevine came down

12   that they were going to come through and did a

13   sweep through of all the assistant principals.

14   Okay?

15             So I was like, Okay.  Well, if this is

16   going to happen, then maybe I need to start

17   looking out into the counties and stuff to move

18   on.

19             And so that's when -- and that was the

20   beginning of June or something like that, and I

21   went out there and talked with her.  And after

22   that, she said that there was going to be a panel

1    interview or something when I came back from the

2    senior class trip.

3              I  hadn't gotten a letter of

4    termination at that point.

5         Q    Okay.

6         A    So --

7         Q    You just said word came down that the

8    assistant principals were going to be -- I think

9    you said swept out.  What was the context of that

10   communication?

11        A    What do you mean?

12        Q    Well, you said word came down.  What

13   do you mean by that?  How did you hear that?

14        A    They got rid of all the African-

15   American principals.  They were going to get rid

16   of all the African-American assistant principals.

17             They lumped us in, sir.  There was 46

18   of us.  Had I been by myself and they did it to

19   me by myself, I would understand.  Okay?  I would

20   feel a little bit better.  But 46 people who

21   happen to be people of color were terminated

22   based on race and race alone.  It wasn't based on

1     my evaluations because I had exceeds expectation

2     on my evaluations.

3                   It wasn't based on my work ethic

4     because I was holding down three positions, sir.

5          Q     So who did you hear that from?

6          A     Just word of mouth.

7          Q     Okay.

8          A     No particular person.

9          Q     But there were other African-American

10    assistant principals who kept their positions.

11         A     I don't know who that would be, sir.

12    I didn't talk with them.  I don't know.  I'm

13    quite sure there could have been.

14         Q     Okay.

15         A     They -- you know, but --

16         Q     I mean, you said there were --

17         A     It's 46 people let go.  That's a large

18    group for one year, sir.

19         Q     But there are more than -- certainly

20    more than 46 administrators in the DCPS --

21         A     DCPS, absolutely.  I agree.  However,

22    46 were let go and they all happen to be of

1    African-American decent.  Well, I think one was a

2    Latino.  And everybody was over 50 or close to

3    50.  I think I was 49 at the time.

4              I was thrown in a bundle with a whole

5    group of people, sir, and I'm quite sure that

6    some folks probably should have gotten

7    terminated, but not myself.  You can't lump me in

8    based on a stereotypical view or your perception

9    that African-American people are inferior and

10   that they're not working out as leadership in

11   this city, so you're going to lump everybody in

12   without having to evaluate me or go through any

13   process with me to find out what my work product

14   was and what I meant to our community.

15             And you just submitted a letter,

16   somebody -- I don't know who this person was, but

17   they saw something of value about me because they

18   didn't want -- they wanted to rescind the

19   termination.

20             Somebody in the community thought I

21   was good enough to write a letter and send it to

22   the council.  So now -- but she didn't do that.

151

1    She never -- Michelle Rhee never talked to me

2    about anything.  She didn't know what my work

3    product was.  She knew I was African-American and

4    she did that to everybody.  She swept everybody

5    out.

6              It was totally based on race.

7         Q    Okay.

8              I want to turn back to your job

9    interviews.

10        A    Yes, sir.

11        Q    You said you interviewed for

12   administrator level positions --

13        A    Yes, sir.

14        Q    -- but were then offered teaching

15   positions.

16        A    Yes, sir.

17        Q    And you said you never received an

18   indication of why that was.

19        A    No, sir.

20        Q    Did you ever consider taking those

21   teaching positions?

22        A    No, sir.

1          Q      Okay.

2                 Why not?

3          A      Because they would have been less

4     money than what I was making at the time.

5          Q      Okay.

6          A      But can I add to that, sir?  The

7     probability of what happened, at the time,

8     Michelle Rhee had put that statement out in the

9     newspaper that the principals and assistant

10    principals were let go because they were hurting

11    children and that we were lazy.  And that went

12    out across the nation.

13                And all of a sudden -- and then when

14    I filed for unemployment, I looked at my

15    employment file and then I had something there

16    indicating these -- at least unemployment.  I saw

17    my employment file where somebody submitted in my

18    employment file that I was fired for misconduct.

19                Why would somebody hire an

20    administrator with something like that placed in

21    the file?  And that wasn't corrected until I had

22    a hearing in September, sir.  By then, all the

1    administrative jobs were taken up.  School had

2    started.

3         Q     But you were still offered teaching

4    positions.  I mean, you were still offered jobs.

5    I understand they were not the jobs you applied

6    for or interviewed for.

7         A     They were less money, sir.

8         Q     Other than the timing of those job

9    offers happening around the time Michelle Rhee

10   was giving interviews, did you get any indication

11   from the folks in Montgomery County or Prince

12   George's County that her statements were the

13   reason for the job offers you got?

14        A     Could you rephrase that for me please?

15        Q     Sure.

16        A     I missed a part of that.

17        Q     You said Michelle Rhee was making --

18   giving interviews around that time.

19        A     Yes, sir.

20        Q     Around the time that you got job

21   offers but not for the positions you wanted.

22   Other than the timing of those things happening

1    around the same time, did anyone in those two

2    school systems tell you that was the reason for

3    those job offers?

4         A    Let me go back because I want to

5    answer this properly.

6              I was interviewed during that time for

7    an art director position in Montgomery County and

8    a principal position.

9              Later on, those teaching positions

10   came down.  That was later in July or August.

11   Okay?  They weren't offered to me right at that

12   moment in June.  Okay?  Or July, but later on,

13   probably like in August.

14             And this is the thing, sir.  There was

15   supposed to be retreat rights for me to -- first

16   of all, to retain my salary based on the union

17   contract from the CSO.  We're supposed to retain

18   our salaries for two years.

19             So I knew if DCPS and Michelle Rhee

20   did their due diligence, I would retain my salary

21   at $96,000 for two years.

22             Subsequently what happened, my salary

1   was cut to stay in DCPS, $13,000 to be a teacher.

2   They were offering me less money in the county to

3   be a teacher than that.  They were offering me

4   $60,000.

5            First of all, I was supposed to

6   maintain my salary for two years based on this

7   CSO union contract.  And I had a family to take

8   care of.  I couldn't rightfully take those

9   positions.  That meant that I would take a

10  $36,000 hit.

11       Q    Okay.

12            Okay.  I want to talk a little bit

13  more about your allegation in Paragraph 37 that

14  you were --

15       A    Which exhibit, sir?

16       Q    Let's see.  Exhibit 7, I'm sorry.

17       A    Okay.

18            Which one again, now?

19       Q    Paragraph 37.

20            Okay.  So I want to specifically talk

21  about the phrase you used that you were

22  intentionally targeted based on race.

1       A      Yes, sir.

2       Q      And I think I understand your position

3   to be that the racial makeup of the people who

4   were not reappointed speaks for itself.

5              But I guess I'm wondering do you have

6   any other support for that allegation?  Did

7   anyone at DCPS ever tell you that you were not

8   getting reappointed because you are African-

9   American?

10             MR. TEMPLE:  Objection.  Multiple

11  questions.  You can answer.

12             THE WITNESS:  I'm not -- hold up.

13  Could you rephrase that, sir?

14             MR. CUMMING:  Sure.

15             BY MR. CUMMING:

16      Q      Did anyone at DCPS tell you the reason

17  you were not reappointed was because you were

18  African-American?

19      A      No, sir.

20      Q      Okay.

21             And did you ever hear that in

22  conversations or emails?

1        A       In general speaking -- generally

2    speaking, I heard it a lot.

3        Q       From who?

4        A       They went from a whole bunch of

5    people.  They went through and -- there's 46 of

6    us, 46, sir.  That's a large number.

7                If three or four people had gotten

8    terminated, we understand, but there couldn't be

9    46 of us who were not doing our jobs so

10   unsatisfactorily that what -- there couldn't be

11   46 of us who fell in that position that we should

12   be removed as leadership in the D.C. Public

13   Schools.

14               And it was solely based on race.  She

15   identified us.  She thought that we were

16   inferior.  She thought that we could not do our

17   due diligence as leadership in the community.

18               So she just made a sweep.  Again, Mr.

19   Cumming, she didn't look at me as an individual.

20   She didn't look at the awards that I won.  She

21   didn't look at what I did in the community.

22               She just lumped me in with a group.

1    That's a basic double standard.  That's a double

2    standard, sir.

3              There is no way that you can look at

4    my record as an African -- not even an African-

5    American -- as a teacher.  Just look at me as a

6    teacher or an administrator and look at my resume

7    and come into that school and ask questions.

8              But just like this email, sir, that

9    this person -- I don't even know who this person

10   is.  They came to my defense.  I don't even know

11   them and come up with the fact that I should be

12   lumped in with this large group of people unless

13   it's just based on race, and that's what

14   everybody kept saying.  This is racially

15   motivated.  And we were veteran leadership.

16             She wanted to get -- it was about age

17   and it was about race, period.

18        Q    And I understand that's your position.

19   I simply want to know what evidence you have

20   other than that belief to support that assertion.

21        A    The other thing is, Mr. Cumming, she

22   went on television and she said in the newspaper

1      that we were lazy, that we mistreated kids, we

2      hurt children.

3                  If you want to fire me and bring me

4      into an office and give me the pink slip, that's

5      one thing.  To go on national television and go

6      on local -- go onto the local newspaper and put

7      it out there where I can't ascertain any other

8      employment anyplace else and you damage my

9      character like that, then you place into my file

10     that I was fired for misconduct, I don't know how

11     that happens.  I don't know what misconduct I

12     perpetrated for you to find Kenneth Dickerson's

13     file, Dr. Dickerson's file and place that in

14     there other than racism.

15          Q     So and when you say she, you mean

16     Michelle Rhee.

17          A     Michelle Rhee and the folks who worked

18     under her at that time, the central office.

19          Q     And how do you know that she was the

20     one who made the decision in your individual

21     case?

22          A     She sent me a letter, sir.

1        Q      Okay.

2               I understand she signed the letter.

3   how do you know she made the decision?

4        A      She signed everybody's letter.  She

5   made the decision across the board.  She made a

6   blanket decision.  She threw everybody out, the

7   baby and the bath water.  She threw everybody

8   out.

9        Q      So you --

10       A      She never looked.  She didn't look at

11  my evaluations.  Mr. Cumming, and I'm -- please

12  everybody forgive me.

13              Let's be very clear.  My evaluations

14  from '04 through '07 have come up missing.  They

15  were in my employment file.

16              Having stated emphatically to Mr.

17  Dickerson, I sent that down every day.  And Ms.

18  Moore is so on point.  She's such a wonderful

19  lady and she's so on point, perfect secretary to

20  do Dr. Tarason's work.

21              All of a sudden, my evaluations come

22  up missing, especially those that said exceed

1    expectations.

2              Now, where did they go?  Where did

3    they go, sir?  And the question is, the question

4    is after I worked so hard to do the right thing

5    and service this community, how can somebody find

6    it -- find my name specifically and my employment

7    file to say that I did -- put something in my

8    file for misconduct.  Where did that come from?

9              Somebody under her supervision had to

10   do it.  What was the merits of that?  It wasn't

11   based on merit at all.  It was based on racism.

12        Q    So --

13        A    And agism.

14        Q    -- why do you think that Michelle Rhee

15   placed something in your personnel file that said

16   you were --

17        A    I have no idea, sir.  None.  None.

18             MR. TEMPLE:  Objection.  He was saying

19   Michelle Rhee.

20             THE WITNESS:  Somebody who did work

21   for DCPS.  And this is the thing.  When we went

22   to the hearing for unemployment, they had a

1       lawyer there and the lawyer said it was

2       mistakenly filed.  But that was in September

3       24th.

4                    All the jobs at that point were gone.

5            Q    So why do you not believe what that

6       lawyer said?  Why do you not think it was a

7       mistake?

8            A    It wasn't a mistake, Mr. Cumming.

9            Q    Do you believe the lawyer lied to the

10      judge?

11           A    Yes, sir.  I do.

12           Q    That's a pretty serious allegation.

13      Is it possible someone made a mistake?

14           A    I don't think so, sir.  That's a

15      serious mistake to make.

16           Q    Is it possible that someone in the

17      Department of Employment Services made a mistake?

18           A    About what, sir?  About what?

19           Q    About the file -- the note that was in

20      your file.

21           A    So you're trying to say that the

22      Department of Employment Service made a mistake

1    and put I was fired for misconduct.  I don't --

2         Q    I'm not trying to say anything.

3         A    Okay.

4         Q    I'm just curious what you think.

5         A    Okay.

6              Let me be clear about something.  I'm

7    quite sure and I don't know how HR works, but I'm

8    quite sure that the Department of Employment

9    Services can't place anything in anybody's

10   record, especially when they've been terminated

11   and that person is calling for unemployment

12   benefits.

13             They can't just arbitrarily go to a

14   file and put something in there and say that

15   you're not privy to unemployment compensation

16   because you were terminated for misconduct.  I

17   don't know where that comes from, sir.

18        Q    Okay.

19             MR. CUMMING:  Let's take a quick

20   break.

21             [OFF THE RECORD]

22             [ON THE RECORD]

1          MR. CUMMING:  All right.  We're back

2     on the record.

3          BY MR. CUMMING:

4     Q     So Dr. Dickerson, I'd like to ask you

5     a little bit more about this unemployment

6     compensation claim.

7     A     Okay.

8     Q     So when did you first file it, if you

9     remember?

10    A     1st of July, sir.

11    Q     Okay.

12          And you received a decision that you

13    were not eligible because of misconduct.  Is that

14    correct?

15    A     When I called downtown to ask about

16    getting unemployment benefits, they had the

17    papers there.  I did that on the 1st of July.

18    Can I see that?

19    Q     Sure.

20          MR. CUMMING:  Can we have these marked

21    as Exhibit 10, please.

22                    (Whereupon, the above-

1           referred to document was

2           marked as Government Exhibit

3           10 for identification.)

4      BY MR. CUMMING:

5      Q     All right.  So --

6           MR. TEMPLE:  Can you give him a minute

7      to read the entire document?

8           BY MR. CUMMING:

9      Q     Okay?

10          So Dr. Dickerson, if you can told to

11     the page you have open in front of you.

12     A     Okay.

13     Q     Is this the page that you're referring

14     to when you say that you believe something was

15     placed in your file that you were terminated for

16     misconduct?

17     A     That's what the lady at Department of

18     Employment Services indicated to me.

19     Q     Okay.

20          Have you seen any other document other

21     than this one that supports your position, your

22     position that something was placed in your file?

1          A      No, sir.

2          Q      Okay.

3                 So do you see where this document says

4    that Claimant was discharged from his most recent

5    work for unspecified reasons?

6          A      But it also says here at the top, sir,

7    issue, discharged for misconduct on the same

8    form.

9          Q      I see that.  But I believe the

10   document -- would you agree that the document's

11   saying that, in fact, unspecified reasons was the

12   rationale that was given, not misconduct?

13         A      In the second sentence it says the

14   court has constantly enforced cases of

15   misconduct.  The employer has the responsibility

16   for providing sufficient evidence to support the

17   finding of misconduct.  Who put that in there,

18   sir?

19         Q      Well, this is a document, I believe,

20   drafted by the Department of Employment Services,

21   not DCPS.

22         A      But it was based on information sent

1    to them from DCPS.  They wouldn't draft that and

2    just send it to me, sir.

3        Q     Would you agree with me that -- I

4    mean, this document was written by the claims

5    examiner, not DCPS.  Would you agree?

6        A     Yes, sir.  I would agree to that.

7        Q     Okay.

8              And isn't it possible that this is

9    just a default form that's used by Department of

10   Employment Services?

11             MR. TEMPLE:  Two objections.  One, as

12   to your question of possible it calls for

13   speculation.  Two is that the question calls for

14   a conclusion of law to which he has no capacity

15   to respond to.

16             MR. CUMMING:  Knowing whether the form

17   is a template one is not a legal conclusion.  But

18   I will rephrase.

19             MR. TEMPLE:  What's the difference?

20   He doesn't know.  He doesn't work there.

21             MR. CUMMING:  Okay.  All right.

22             BY MR. CUMMING:

1        Q     All right.  So you don't know whether

2     this is a template form or not.

3        A     No, sir.

4        Q     Okay.

5              So it's possible that -- Mr. Donald's

6     going to object on speculation -- but it's

7     possible that this is form language that's

8     inserted by the Department of Employment

9     Services.

10             MR. TEMPLE:  Objection.

11             THE WITNESS:  I wouldn't know that,

12     sir.

13             BY MR. CUMMING:

14        Q     Okay.

15             Have you ever seen the document that

16     you believe was placed in your personnel file

17     that led to this form?

18        A     No, sir.

19        Q     Okay.

20             Do you know if it exists?

21        A     Something existed for these folks at

22     the Department of Employment Service to issue out

1    this form.

2          Q     Okay.

3                But you don't know if that document

4    exists.

5          A     Something existed.  When I called it

6    -- the lady, she told me, sir, you were

7    terminated for misconduct.  Would you like to

8    schedule a hearing?  I said, yes, ma'am.

9                I first of all asked, what misconduct?

10   She said, it doesn't indicate the misconduct but

11   you have a right to a hearing.

12               She scheduled a hearing for, I think

13   it was September 24th.  At that hearing -- and

14   this might not be knowledge that the attorney had

15   -- at that hearing, the attorney came in and said

16   that it was the wrong filing on behalf of DCPS,

17   not the Department of Employment Services, that

18   DCPS made an error.  That's what the attorney

19   said..

20         Q     Okay.

21         A     Okay?

22               Now, that's what they told the

1    attorney.  That's what the attorney stated in the

2    record.  And I'm quite sure there's got to be

3    transcripts of this hearing somewhere.

4         Q    Okay.

5              So who -- I want to go back to -- you

6    said you talked to a later at --

7         A    I don't know if it was -- but she was

8    saying --

9         Q    Let's just call her a clerk at the

10   Department of Employment Service.

11             MR. TEMPLE:  Let him finish his

12   question.

13             THE WITNESS:  Okay.  I'm sorry.

14             BY MR. CUMMING:

15        Q    Would you -- you called the Department

16   of Employment Services and she was the person

17   that picked up the phone.

18        A    The intake person, yes, sir.

19        Q    Okay.

20             Did she say what her statement was

21   based on that you were terminated for misconduct?

22        A    No, sir.

1       Q      Okay.

2              But would you agree with me that this

3       form says you were discharged for unspecified

4       reasons?

5              MR. TEMPLE:  Objection.

6              MR. CUMMING:  Okay.

7              MR. TEMPLE:  Mischaracterization of

8       the form.  It doesn't say that.

9              MR. CUMMING:  The form says "Claimant

10      was discharged from his most recent work for

11      unspecified reasons."

12             MR. TEMPLE:  It says misconduct.

13      Related unspecified reasons put misconduct.

14             MR. CUMMING:  Not the sentence I read,

15      Donald.

16             MR. TEMPLE:  Okay.  But I'm --

17             MR. CUMMING:  Donald, if you want to

18      testify on the record --

19             MR. TEMPLE:  No, no, no, that doesn't

20      work here, Okay?  That sentence -- there is a

21      mischaracterization.

22             MR. CUMMING:  It is not.  I just read

1    the sentence verbatim.  "The Claimant was

2    discharged from his most recent work for

3    unspecified reasons."

4              MR. CUMMING:  Wait a minute.  I'm not

5    going to have you stare and roll your eyes at me

6    because I'm making a legitimate objection.

7              The issue says "discharged for

8    misconduct."  The reason for determination says

9    the claimant was discharged from his most recent

10   work for unspecified reasons.  But it doesn't

11   negate that fact that he charged (phonetic) is a

12   mischaracterization.

13             You can read that sentence, but it's

14   a mischaracterization of what the stated reason

15   is for his discharge.

16             Proceed.  I don't make a lot of

17   objections, but I do respect them.  I will

18   respect yours.  That's all.  We don't have to

19   debate.

20             BY MR. CUMMING:

21        Q    Do you think it's possible that the

22   woman at the Department of Employment Services

1    misread your file and said you were terminated

2    for misconduct?

3                    MR. TEMPLE:  Objection.  Speculation.

4                    You can answer the question.

5                    THE WITNESS:  Here it says that

6    misconduct hasn't been established, sir, is the

7    problem.  Okay?

8                    There's -- they were indicating that

9    the District of Columbia has to bring evidence to

10   that hearing to indicate that I was -- because

11   that's what they stated to these folks at the

12   Department of Human Services.

13                   Somebody from DCPS gave them

14   information indicating that I was terminated for

15   misconduct.  They issued out a statement.

16                   The issue here says discharged for

17   misconduct.  At the bottom it says it is the

18   responsibility -- no, I'm sorry, it is determined

19   that the Claimant was discharged, but the

20   available information is not sufficient to

21   establish that the claim was term -- that the

22   Claimant was terminated for job related

174

1    misconduct.

2              And that's what the hearing was for,

3    sir, on September 24th because I told them

4    absolutely I want a hearing.

5              BY MR. CUMMING:

6         Q    Okay.

7              Have you ever -- have you reviewed

8    your personnel file to see if a document stating

9    that you were discharged for misconduct is in the

10   file?

11        A    I requested the file, and by then, it

12   was removed, sir?

13        Q    How do you know it was removed?

14        A    It wasn't there.

15             Mr. Cumming, why would this be here,

16   sir?  Why would somebody from Department of Human

17   Service after I've been terminated with a group

18   of African-American people based on race alone,

19   based merely on race alone, sir, make sure --

20   take -- this right here was part of something

21   that DCPS did, period.  It has nothing to do with

22   the Department of Human Services making a

1    mistake, Mr. Cumming.

2           Q      Okay.

3                  I'd like you to now take a look at

4    what is marked as --

5                  MR. TEMPLE:  The next one?  11.

6                  [OFF-MIC COMMENTS]

7                  BY MR. CUMMING:

8           Q      -- Exhibit 8.

9                  MR. TEMPLE:  8.

10                 BY MR. CUMMING:

11          Q      And if you could turn to -- this is

12   interrogatory number 25.  It is the eighth page

13   of the document on the top of the eighth page.

14          A      You're talking about the letter from

15   Dr. Strong?

16          Q      Previous page.

17          A      Which one?  Which number?

18          Q      Number 25 at the top of the previous

19   page.  Next page, though.

20          A      Okay.  I'm sorry.

21          Q      That's fine.

22                 MS. SUTLER:  Which number?

1              MR. CUMMING:  25.

2              THE WITNESS:  Number 25.

3              MR. TEMPLE:  Is there an answer to

4       that?

5              MR. CUMMING:  There's not an answer to

6       that.

7              MR. TEMPLE:  Okay.  I just want to

8       make sure.  Okay.

9              BY MR. CUMMING:

10         Q      So this interrogatory, Dr. Dickerson,

11      asks about the basis for your response to

12      interrogatory number 17 that a significant number

13      of the people hired to replace the 46 individuals

14      who were not reappointed were Caucasian and less

15      seasoned.

16              And there's to date not been an answer

17      to that interrogatory, so I'd like to ask you if

18      you have an answer to it.

19         A      I wouldn't know that.  DCPS would.

20         Q      Okay.

21              But you stated that in response to

22      interrogatory number 17.  So I'm wondering what -

1     - how you base that statement.

2          A     It's my experience as a teacher being

3     hired -- well, previously working for DCPS, each

4     year the number of African-American teachers got

5     smaller.  Each year the population got larger for

6     Caucasian people in the school.  And that's

7     across the board, and DCPS would have those

8     statistics.

9               But I witnessed that myself in my own

10    school, at Theodore Roosevelt Senior High School.

11         Q     Okay.

12              So at Roosevelt there were an

13    increasing number of white teachers and staff

14    members in general throughout your time there.

15         A     Yes, sir.

16         Q     Okay.

17         A     And the last thing I would add -- I'm

18    going to add something to that.  In professional

19    developments, each year we watched the number of

20    African-American music teachers shrink, and we

21    would watch the population of Caucasian teachers

22    build.

1        Q      So you think that it's likely that the

2    population of principals and assistant principals

3    mirrored that change.

4        A      Absolutely, sir.

5        Q      Okay.

6               But you don't know specifically if it

7    did.

8        A      No, sir.

9        Q      Okay.

10              Do you know what it means for a school

11   to be in restructuring?

12       A      Yes, sir.

13       Q      Okay.

14              And what does that mean?

15       A      I don't know totally, but that

16   everybody is going to have to I think reapply for

17   their job or something like that.

18       Q      Okay.

19              Was Wilson in restructuring?

20       A      I think during that year, yes, sir.

21       Q      Okay.

22              Would that have meant that you would

1    have had to reapply for your job?

2            A     Yes, sir.

3            Q     Okay.

4                  Were you told that you would need to?

5            A     I didn't reapply.  They just sent me

6    the letter.  I didn't do an application process

7    or anything like that, sir.

8            Q     Do you think you should have been

9    permitted to reapply?

10           A     Absolutely.

11           Q     Okay.

12                 Why didn't you reapply?

13           A     I didn't know I was going to be

14   terminated --

15           Q     When did --

16           A     -- until June, sir.  I didn't know

17   that I was going to be terminated until almost

18   like the middle part of June, the last couple of

19   weeks in June.

20           Q     Okay.

21                 So when did you know Wilson was in

22   restructuring status?

1          A     I really -- in February, March.

2          Q     So if you knew Wilson was in

3     restructuring in February and you knew that you

4     had to reapply for your job, why did you not do

5     so all the way through the spring?

6          A     Nobody told us that the administrative

7     team had to.  A lot of times, that's teachers.

8          Q     Okay.

9               MR. CUMMING:  Mark this as Exhibit 11,

10    please.

11                        (Whereupon, the above-

12                         referred to document was

13                         marked as Government Exhibit

14                         11 for identification.)

15              MR. TEMPLE:  Thank you.

16              BY MR. CUMMING:

17         Q     Okay.

18               I'm not going to ask you if you

19    recognize this email because it's -- you

20    obviously are not --

21         A     No, sir.

22         Q     -- a sender or a recipient.

181

1            But I'd like to point you to the

2      second bullet point under -- in the top email,

3      which I guess was sent by Mr. Cahall where it

4      says, "Under the restructuring of Wilson Senior

5      High School, all of the APs and three of the four

6      counselors were released."

7            So based on that statement, do you

8      understand that the restructuring impacted

9      whether you were reappointed as assistant

10     principal?

11          A     No, sir.

12          Q     Okay.

13          A     No.

14          This was a blanket -- this was a

15     blanket move to remove all African-Americans in

16     leadership positions.  Okay?  And those three

17     counselors who were removed were also African-

18     American.  Okay?

19          So this was based on race and race

20     alone, sir.  This wasn't based on merit at all.

21     Again, Mr. Cumming, nobody came and interviewed

22     me and said, well, Dr. Dickerson -- or Mr.

1    Dickerson at the time -- what do you do around

2    here, what do you blah, blah, blah?  No questions

3    like that were asked of me.

4              Nobody shadowed me and watched what I

5    did.  Nobody looked at my previous evaluations.

6    Okay?

7              Again, 46 people, Mr. Cumming.

8         Q    If the restructuring status meant that

9    DCPS could not bring back the same leadership

10   team, would you still believe your non-

11   reappointment was unlawful?

12        A    It was totally based on race, totally

13   based on race.  They tried to hide it.  They

14   tried to cloak it, Mr. Cumming, but it was

15   totally based on race.  It was not based on

16   merit.  It was not based on the work that I did

17   in the community.

18              This email right here from this

19   gentleman -- I don't even know this person, sir.

20   But in this paragraph, it indicated "I strongly

21   recommend that you reconsider hiring Assistant

22   Principal Kenneth Dickerson.  Mr. Dickerson is a

1    great asset to the school," and assistant

2    principal.   "As an assistant principal, he is a

3    person who manages disciplinary problems in an

4    impartial and respectful manner.

5              "Mr. Dickerson fulfilled his position

6    in a way that earned the respect and trust of

7    many students and parents in the community.

8    Wilson desperately needs to retain an assistant

9    principal that has mastered the art of

10   communication positively with minority students

11   and enable the success to diffuse frequent

12   instances of conflict between various elements of

13   the school."

14             Do you know this?

15       Q    Do you think this statement that under

16   the restructuring all of the assistant principals

17   were released is not accurate?

18       A    It happened, but I don't think that

19   it's accurate.   I don't think that's accurate,

20   sir.

21             When you --

22       Q    Mr. Cahall was not -- had just arrived

184

1    at DCPS.  Why do you think he would be saying

2    this if it was not accurate?

3           A    What do you mean?  I don't understand

4    the question, sir.

5                MR. TEMPLE:  When you say just

6    arrived, you're talking about when for

7    clarification?

8                BY MR. CUMMING:

9           Q    Mr. Cahall was hired in let's say June

10   of 2008.  I'm asking why you think he would have

11   created a false rationale for this.

12          A    He didn't do that.  Michelle Rhee did

13   it.  He couldn't hire and fire, sir.  He wasn't

14   the person -- his name wasn't on that letter.

15   His name wasn't on the letter.  Michelle Rhee's

16   name was on the letter.

17          Q    Okay.

18               Do you know if any teachers were non-

19   reappointed --

20          A    I don't have --

21          Q    -- due to restructuring?

22          A    I don't have any information based on

1       that, sir.

2               Q       Okay.

3                       Do you know if any of those teachers

4       were rehired?

5               A       I don't know.  I don't know anything

6       about that.

7               Q       Okay.

8                       How do you know that Wilson was in

9       restructuring?

10              A       I think somebody said it, but nobody

11      gave me anything in writing or anything like

12      that.

13              Q       Okay.

14                      Do you remember who said it?

15              A       No, sir.  It was so long ago.

16              Q       Okay.

17              A       I don't know who said it.

18              Q       Do you know what a local school

19      restructuring team is?

20              A       Yes, sir.

21              Q       Did -- and what is it?

22              A       It means that a committee of people

1    who come together, just like the principal hiring

2    committee.  I think it's teachers, students, and

3    some parents.

4         Q    Okay.

5              Did Wilson have one?

6         A    I'm not sure, sir.

7         Q    Do you --

8         A    I'm quite sure it did, but I didn't

9    know who was a part of it or anything like that.

10        Q    Do you know that they recommended that

11   the school be reconstituted for the 2008-2009

12   school year?

13        A    I mean, obviously because that's what

14   happened.

15        Q    Were you aware of their decision to do

16   that?

17        A    No, sir.

18        Q    Okay.

19             Do you know why they made that

20   decision?

21        A    No, sir.

22        Q    Were you a member of a union in 2007-

1    2008?

2         A    Yes, sir.

3         Q    Okay.

4              Which union was it?

5         A    CSO.

6         Q    Okay.

7              And what does that stand for, if you

8    know?

9         A    Council of School Officers.

10        Q    Okay.

11             And was your position in the

12   bargaining unit?

13        A    I don't understand what you're saying.

14        Q    Was your position covered by a

15   collective bargaining agreement?

16        A    Yes, sir.

17        Q    Okay.

18             And do you know if a collective

19   bargaining agreement, a CBA, was in place at the

20   time of your non-reappointment?

21        A    I'm not sure, sir.

22        Q    Okay.

1        A      I don't have knowledge of that.

2        Q      Did you file a grievance as a result

3    of the non-reappointment?

4        A      I contacted Ms. Jefferson and asked

5    for assistance.  She sent letters to Michelle

6    Rhee on all of our behalves.

7        Q      Who is Ms. Jefferson?

8        A      I don't know what her title is.

9    However, I know that she worked for the CSO.

10       Q      Okay.

11              And she wrote letters to Michelle Rhee

12   and others.  Did she file a grievance on your

13   behalf?

14       A      I'm not sure, sir.

15       Q      Okay.

16              Were you personally involved in that

17   process in any way?

18       A      No, sir.

19       Q      Okay.

20              You didn't meet with the District or

21   testify anywhere?

22       A      No, sir.

189

1         Q      Okay.

2                Turn back to the restructuring again.

3    You said you knew Wilson was in restructuring

4    around February or March.  Is that correct?

5         A      Right.

6         Q      Okay.

7         A      It was a -- they were saying it was a

8    possibility that -- let me say that.  There was a

9    possibility of it.

10        Q      Do you remember when a decision was

11   finalized?

12        A      No, sir.

13        Q      Okay.

14        A      I'm not privy to that information.

15        Q      And am I correct, you said that

16   teachers would have to reapply for their jobs?

17        A      Yes.

18        Q      Was that all teachers?

19        A      I'm not sure.

20        Q      Okay.

21               Do you know if teachers at Wilson were

22   non-reappointed in part of that process?

1        A      I don't know anything about that, Mr.

2    Cumming.

3        Q      Okay.

4               And you said you oversaw certain

5    departments as an assistant principal.

6        A      Yes.

7        Q      Do you know if teachers who were under

8    your supervision in those departments were not

9    reappointed?

10       A      Mr. Cumming, I have no knowledge of

11   anybody who was terminated during that time at

12   all.  Period.  I don't know who went in to get

13   interviewed or anything like that.

14       Q      Is that something you would have

15   expected to know as an assistant principal, that

16   teachers you were supervising were not being

17   reappointed?

18       A      Mr. Whittle had came in and John Davis

19   had came in and they were running point on

20   everything.  We weren't part of any of those

21   conversations at all.  We were not.

22       Q      Okay.

1          MR. CUMMING:  Donald, do you want to

2    take a quick break?

3          MR. TEMPLE:  Sure.

4          [OFF THE RECORD]

5          [ON THE RECORD]

6          BY MR. CUMMING:

7     Q    So Dr. Dickerson, I had a couple of

8    questions.

9          You said that Mr. Cahall didn't have

10   the ability to hire or fire people.  Is that

11   correct?

12    A    As a new administrator, as a principal

13   there, but my letter came from -- this letter

14   right here is marked 6/27 -- this letter that was

15   sent out was marked June 16th.  So my termination

16   had already been done by the time this was

17   indicated here, so.

18          MS. SUTLER:  This what?

19          THE WITNESS:  This letter of

20   termination.  He didn't come to me and say, Dr.

21   Dickerson, you're terminated.  I never had a

22   conversation with the gentleman.  I never really

1    met him.

2              I saw him down the hall.  So we had no

3    interaction whatsoever.

4              BY MR. CUMMING:

5        Q    So you don't think it was his decision

6    not to reappoint you even after --

7        A    I don't know whose decision it was, to

8    be honest, sir.

9        Q    Okay.

10             Would you please take a look at what's

11   Exhibit 5?  And if you could turn to the last --

12   or I'm sorry.  The email at the back end of that

13   packet of documents.

14             MS. SUTLER:  Exhibit 5 is the old

15   resume?

16             MR. CUMMING:  Yes.

17             THE WITNESS:  Beginning with Jackie?

18             MR. CUMMING:  Yes.

19             THE WITNESS:  Okay.

20             BY MR. CUMMING:

21       Q    This email, the date is covered up.

22   I was wondering if you knew what the -- when this

1     email might have been sent?

2          A     Don't remember.  Don't remember.  I

3     see it says 10/4 in my folder from Mr. Feeney.

4          Q     Do you know who Francis Feeney is or

5     was?

6          A     No, he's still alive.  Frank Feeney

7     was a history teacher there at Woodrow Wilson.

8          Q     Okay.

9                Did he -- and he worked there at the

10    same time you did?

11         A     Yes, sir.

12         Q     Okay.

13               Do you know if he is still working

14    there?

15         A     No.  He's retired.

16         Q     Okay.

17               Is this -- did you ask him to send

18    this email or have you seen this email before or

19    talked to him about this email?

20         A     I saw this only when I looked in my

21    file, but I didn't ask him to send this at all.

22         Q     Okay.  Okay.

194

1              I just want to ask you a -- tell you

2       a few names and ask you if you recognize them.

3         A      Mm-hmm.

4         Q      One was Kevin Green.

5         A      Which exhibit?

6         Q      Not related to any exhibit.

7         A      Okay.  Okay.

8         Q      Sorry for not being clear.

9         A      Okay

10        Q      Kevin Green?  I believe he's a parent

11      of a child who's at Wilson.

12               (No audible response)

13        Q      Okay.

14        A      No, I don't remember that name.

15        Q      Eric Sampson?

16        A      Don't remember him.

17        Q      Okay.

18               Columbus Spruell Jr?

19        A      I maybe remember the name, but I don't

20      know -- I don't really remember the person.

21        Q      Okay.

22               Kim Dickens?

195

```
1          A      No, sir.

2          Q      Okay.

3                 Pierre Carter?

4          A      This was this guy here, right?  This

5     guy here?

6          Q      I think that's right.

7          A      Yeah.  I don't even know this person.

8          Q      Okay.

9                 And Susan Carter?

10         A      I don't know.

11         Q      Okay.

12                I'd like to turn to the damages that

13    you're seeking in this action, and if you could

14    look at Exhibit 3 and the answer to interrogatory

15    number 22.

16                So here you state that you're seeking

17    compensatory damages to include emotional harm

18    and inconvenience.

19                Could you specifically tell me how

20    much in compensatory damages you're seeking?

21         A      You've got something from Dr. Edelman.

22         Q      Okay.
```

1      A      Edelman.  I'm sorry, Edelman.

2      Q      Okay.

3             That's what you're seeking?

4      A      Yes, sir.

5      Q      Okay.

6             And --

7             MS. SUTLER:  Well, can I interject?

8    That is two years ago.  That is 2017.

9             MR. CUMMING:  Okay.

10            MS. SUTLER:  That's the date of that

11   report.

12            MR. CUMMING:  Okay.

13            MS. SUTLER:  So that needs to be

14   updated.

15            MR. CUMMING:  All right.  Well, we'll

16   follow up with you.

17            MS. SUTLER:  Okay. All right.

18            MR. CUMMING:  But we'd like a more

19   complete response to this interrogatory.

20            MS. SUTLER:  Okay.  Okay.

21            BY MR. CUMMING:

22     Q      Why did you think you would be able to

1    retreat to a position as dean of students?

2         A    Because that's in the CSO.  That's one

3    of the letters that Ms. Jefferson sent to

4    Michelle Rhee.

5         Q    Okay.

6         A    You guys should have that.

7         Q    Okay.

8              So you -- that is based on the

9    Collective Bargaining Agreement.

10        A    Yes, sir.

11        Q    Okay.

12             Had you heard that before Ms.

13   Jefferson told you?

14        A    I heard people talking but not -- Ms.

15   Jefferson didn't tell me that.  Somebody else

16   said that we should -- our salary should be held

17   for two years or something like that.  I don't

18   know who I was talking to about that.

19        Q    Okay.

20        A    Yeah.

21        Q    Could you look at also in Exhibit 3,

22   the answer to interrogatory number 21?

1          A      Mm-hmm.

2          Q      Okay.

3                 And do you see where it says that in

4    2012 and 2013 you received a call from a

5    principal expressing interest in having you on as

6    an assistant principal?

7          A      Mm-hmm.

8          Q      Could you describe more about that

9    conversation?

10         A      Ms. Francis.  She was an assistant

11   principal at Theodore Roosevelt, and I know Ms.

12   Francis because her daughter went to Woodrow

13   Wilson, so she knew that I was an administrator

14   at one time when she called me and asked if I

15   would be interested.

16                And then she wasn't aware of the

17   pending lawsuit when she called.  And once I

18   informed her about that, then she didn't follow

19   through.

20                And I told her at that point, I'm

21   like, if they're willing to move forward at that

22   point for me to be appointed again, then I'm

1    good.  But she never got back to me.

2         Q     And what did you mean by willing to

3    move forward again.

4         A     If they're willing to take me on as an

5    administrator.

6         Q     Okay.

7         A     DCPS is willing to allow her to bring

8    me on as an administrator, sure, I would do it.

9         Q     Okay.

10             But you're not --

11        A     But I told -- I informed her that

12   there's a pending lawsuit and I was part of the

13   suit with the other 26 administrators at that

14   time.

15        Q     Okay.

16             MR. CUMMING:  Mark this as Exhibit 12.

17                  (Whereupon, the above-

18                  referred to document was

19                  marked as Government Exhibit

20                  12 for identification.)

21             BY MR. CUMMING:

22        Q     And Dr. Dickerson, if you could please

1     look through it and let me know when you're

2     familiar with the documents in this exhibit.

3          A     Yes, sir.

4          Q     Okay.

5          A     Okay.

6          Q     I'd also like to go through and just

7     get clarification about a few of these things.

8          A     Okay.

9          Q     So.  The first page is a letter from

10    Mark Strong.

11         A     Yes, sir.

12         Q     I assume he was your physician?

13         A     Yes, sir.

14         Q     Okay.

15               All right.  And you went to Mr. Strong

16    or Dr. Strong after the incident at the school

17    when you were having, you know, anxiety and when

18    you were -- was this before or after --

19         A     This was -- I was a patient of Dr.

20    Strong's, and I went to him in September.  I was

21    a patient earlier and everything was Okay.  And I

22    went to him in September when I was having the

1    pains from the kidney stones and I didn't

2    understand why that was going on.

3              And I -- that's when it started.  Yes.

4         Q    Okay.

5              What did he say when you went for pain

6    or kidney stones.

7         A    He asked me was I under stress.  I

8    told him yes.

9         Q    Okay.

10             And then he provided treatment for the

11   stress.

12        A    For the kidney stones and started

13   talking to me about just the basic environment,

14   my work environment, stuff like that, my blood

15   pressure and stuff, and take care of myself

16   basically.  That's it.

17        Q    Did he prescribe that you not go to

18   work?

19        A    Not in September, sir.

20        Q    Okay.

21             Did he ever prescribe that you not go

22   to work?

1          A     Yes, sir.

2          Q     When was that?

3          A     I think that was in November.

4          Q     Okay.

5          A     Yeah, October, November.

6          Q     Did --

7                [OFF-MIC COMMENTS]

8                BY MR. CUMMING:

9          Q     Did Mr. -- or did Dr. Strong ever put

10    his recommendation that you not go to work in

11    writing that you know?

12         A     Yes, sir.  There's a letter.  I think

13    he sent it to Risk Management, Office of Risk

14    Management.  I think it was October 22nd.  It was

15    kind of like a prescription.  Here -- it wasn't a

16    letter.  It's here, sir.

17         Q     Okay.

18                And are you referring to that last

19    sentence on that page?  Would you be able to read

20    that into the record for us?

21         A     "I recommend that" -- his writing's

22    kind of blurry -- "he be in a stress-free

1    environment for at least two months until I" -- I

2    guess I can reassess him.

3         Q     Okay.  Thank you.

4         A     This is October 22nd, 2000.

5         Q     Were you able to work in a stress-free

6    environment?

7               Were you able to work in a stress-free

8    environment?

9         A     At that time, I think I was trying to

10   find employment, and that's when I had to a visit

11   with Dr. Wilhoyte because of Mr. Jordan's coming

12   up to me outside, sir.

13        Q     Would you --

14        A     I was out of work at that time, sir.

15        Q     What was the result of your worker's

16   compensation claim?

17        A     They granted it.  I think this is

18   here, right here, March 27th, 2009.  Right here,

19   sir.  This one.  I don't -- this is the case

20   against it.  Yeah, that one right there.

21        Q     Did you think there was any unusual

22   delay in getting your claim approved?

1          A      I wouldn't know, sir.

2          Q      Okay.

3                 Could you tell us -- you referred to

4     Dr. Wilhoyte a couple times today.

5          A      Yes, sir.

6          Q      Could you tell us who he was?

7          A      He was the instructional

8     superintendent for that region over by Sousa.

9          Q      Okay.

10                And we should be able to simply kind

11    of as we flip through this, tell us what these

12    different documents relate to.

13         A      Okay.

14                [OFF-MIC COMMENTS]

15                [OFF THE RECORD]

16                [ON THE RECORD]

17                BY MR. CUMMING:

18         Q      Dr. Dickerson, if we kind of flip

19    through this exhibit, starting at the beginning.

20         A      Okay.

21         Q      Or hold on a minute here.  We already

22    talked about that letter.  If you could just sort

1     of tell me then what this next page --

2              A     Liver enzymes.  I remember that one.

3              Q     Okay.

4                    Is that -- was that related -- the

5     prior liver enzymes, was that related to Dr.

6     Strong's treatment of you?

7              A     It was related to the treatment, but

8     I -- it -- that was 2009.

9              Q     Okay.

10                   And this prescription wasn't written

11    until April 20th.

12             A     Yes.

13             Q     Okay.

14             A     Yeah.

15             Q     And you went to see him for stress and

16    anxiety --

17             A     Anxiety, yes, sir.

18             Q     -- in October --

19             A     Yes, sir.

20             Q     -- of 2008.

21             A     '08, yes, sir.

22             Q     Okay.

206

1          A     Stress and anxiety started in

2     September of 2008 --

3          Q     Okay.

4          A     -- and I continued to see him.  It's

5     indicated here in this record right here, but

6     I'll wait until we get there.

7          Q     Just one question on the stress and

8     anxiety.  When you moved to -- I apologize for

9     not having it.

10               I believe that was then Smothers, when

11    you moved to Smothers in --

12         A     That was later.  Smothers was in

13    December.

14         Q     That's right.  I was going to ask was

15    that a less stressful environment when you moved

16    there?

17         A     Yes, still stressful but not as

18    stressful as the previous two environments.

19         Q     Okay.

20               Any school environment would be

21    stressful --

22         A     Yeah.

```
1          Q     -- to a degree.

2          A     Yeah, but not --

3          Q     Okay.

4          A     -- as stressful as the other two

5    environments.

6          Q     So it was better.

7          A     It was better by that time.

8          Q     Okay.

9          A     Starting to get there.

10         Q     Okay.

11               This is, again, a prescription from

12   Dr. Strong in April of 2009.  Is that right?

13         A     April 20th of 2009.

14         Q     Thank you.

15         A     Mm-hmm.

16         Q     Next page is a radiology report.

17         A     Yes, sir.

18         Q     From September of 2008.  Do you know

19   what this was related to?

20         A     I was having pain.

21         Q     Okay.

22               This was related to the kidney stone
```

1    pain?

2          A     Yes, sir.

3          Q     Okay.

4          A     It was actually -- this was 9/12.

5          Q     Okay.

6          A     9/12.  That was -- that's part of --

7    yeah, 9/10 and 9/12 --

8          Q     Okay.

9          A     -- at the top of the page.

10         Q     Was this an -- if you know, was this

11   an initial test because it doesn't seem to refer

12   to kidney stones but I'm also --

13         A     No, it's part of -- it was part of the

14   whole work up.  I was experiencing pain.

15         Q     Okay.  Got it.  Okay.

16         A     Yes.  Yeah.

17         Q     All right.  This is part of the same

18   report.

19               Do you know if this next writeup there

20   is?

21         A     This one here?  This one?

22         Q     Yes.

1          A     Okay.  This was a continuation because

2     I had come to see him each time.  I think this

3     was 9/11/08.  This was October 22nd.  Another one

4     was November 25th.  Another one was 12/19.  And

5     then the next one was 4/13.  And each one of them

6     referred to the kidney stones.  The first one

7     referred to the kidney stones.

8               The second one referred to the stress

9     and the Xanax that was prescribed.  The other one

10    on the 25th was still anxiety related -- he said

11    work-related stress, "he has dark circles under

12    his eyes, suggests a lack of sleep," which was

13    true.

14              And he gave me another prescription

15    for Xanax.  And then that's something.  I was

16    still going through the pain of trying to relieve

17    myself of those kidney stones I'd been trying to

18    pass.  So that was extremely painful during that

19    time in 12/19.

20         A     And I didn't know what was going on,

21    so he was checking for a mass or something like

22    that.

1       Q      Okay.

2              This next document appears to be from

3    May 29th, 2008.  Is that correct?

4       A      Yes, sir.

5       Q      Was that related to the same

6    treatment, or is this a --

7       A      This is probably just blood work.

8    Yeah.  Just basic blood work and stuff.

9       Q      Do you think this was just routine

10   blood work?

11      A      I'm not really sure, sir.

12      Q      Okay.

13      A      I don't know how to read this form.

14   This is a whole bunch of terms that I really

15   don't know.

16      Q      Do you agree it probably wasn't

17   related to Dr. Strong's treatment of you since

18   that started in the fall?

19      A      I'm not -- yeah.  I'm not -- you know,

20   it was -- I think this was just blood work right

21   here.  I was under a lot of stress during that

22   whole time in 2008.  A lot of stress was building

1 up.

2   Q Do you think this test is related to

3 your worker's compensation claim?

4   A I don't think so, not from May 29th,

5 no, sir.

6   Q Okay.

7   A The workman's compensation claim was

8 based on the activity in October and November.

9   Q Okay.

10   All right.  We've already talked about

11 the worker's compensation documents.

12   [OFF-MIC COMMENTS]

13   THE WITNESS:  All right.  I'm ready.

14   MR. CUMMING:  Sure.

15   THE WITNESS:  Yeah, I'm sorry.

16   MR. CUMMING:  That's Okay.

17   BY MR. CUMMING:

18   Q If you'd look at the next two pages --

19   A This one and this?

20   Q -- after the worker's compensation

21 information and --

22   A These two?

1        Q      -- we've already talked about that

2    one.  The next two pages, those two right there.

3        A      These here?

4        Q      Yes.

5        A      Okay.

6        Q      These look like faxes that were sent

7    to, I assume, DCPS.  Is that correct?

8        A      Yes, Dr. Wilhoyte and Mr. Moore.  Mr.

9    Moore was the union representative.

10        Q      Okay.

11        A      He sent those October 22nd.

12        Q      And that was -- you were working at

13    that time?

14        A      No.  I don't think so.  I think I left

15    Sousa at that time.  I think the incident

16    happened early October or something like that.  I

17    don't have a specific date.

18            I know I was there at Sousa for nine

19    days.  That was linked to that.

20        Q      Okay.

21            If you weren't working at Sousa at the

22    time, why did you feel like you needed to send

1      this to Mr. -- Dr. Wilhoyte?

2           A      To let him understand why I wasn't

3      working.   I was under a lot of stress in that

4      environment.

5                  Mr. Jordan was an interesting leader.

6      His leadership, he was lacking human relationship

7      skills.   And he created a stressful environment

8      to work in.   Like I explained to you earlier, I

9      was just standing there waiting for instruction,

10     and he started yelling and screaming.   And then

11     he tried to put me on a nine-day plan, which

12     created enormous stress, so.

13          Q      So had you already -- you had already

14     stepped down from that position at the time you

15     sent this.

16          A      I left because we had already met with

17     Dr. Wilhoyte.

18          Q      Okay.   All right.

19                 And then if you can continue flipping

20     through, the next set of documents look like a

21     worker's compensation claim --

22          A      Yes, sir.

1        Q       -- the initial form that you

2    submitted.  Is that right?

3        A       Yes, sir.

4        Q       Okay.

5                And that was submitted on December

6    2nd, 2008.  Is that right?

7        A       Yes, sir.

8        Q       Okay.

9                The very last two pages of this

10   exhibit are the report filled out by Dr. Strong.

11   Is that right?

12       A       Yes, sir.

13       Q       Okay.  All right.

14               MR. CUMMING:  Can we take a quick

15   break and then we will finish up?

16               THE WITNESS:  Okay.

17               MR. CUMMING:  Thank you.

18               THE WITNESS:  Thank you.

19               [OFF THE RECORD]

20               [ON THE RECORD]

21               BY MR. CUMMING:

22       Q       Okay.

1            Dr. Dickerson, you've talked a lot

2    about how you were working towards your Ph.D.

3            A    Yes, sir.

4            Q    And am I right in saying that you

5    thought getting your Ph.D. would make you a

6    better candidate?

7            A    Yes, sir.

8            Q    And why did you think that?

9            A    Because when you add credentials to

10   your resume, it always makes you a better

11   candidate.  If you got one, it makes you a better

12   one.  If I have two, I had that and JD will make

13   me a better candidate.  The more education I get,

14   the more research done, the more value I can add

15   to a community.

16           Q    Did anyone in DCPS leadership

17   specifically tell you to work towards getting

18   your Ph.D.?

19           A    Dr. Tarason, Dr. Bonner.  I think even

20   Jackie was working on hers.  There was a bunch of

21   doctors around there.

22           Q    Do you think having any more advanced

1    degree would make you a better principal or would

2    it need to be a degree in a specific field?

3         A    I was in the field of education, so I

4    was primarily looking at that.

5         Q    Okay.

6              So if it was a Ph.D. in a relevant

7    field, it would be important.

8         A    Absolutely.

9         Q    I'm not trying to be flippant, but if

10   you went off and got your Ph.D. in economics,

11   that would be great, but it might not be helpful

12   towards what you were doing.

13        A    It's not applicable to the career path

14   I was on.

15        Q    Okay.

16             So an advanced degree in a relevant

17   field was what was important.

18        A    Yes, sir.

19        Q    Okay.

20             Not just that it was a Ph.D.

21        A    Yes, sir.

22        Q    Okay.

217

1          A      Understood.

2          Q      You said you were responsible for at

3     least in part discipline and security at Wilson.

4          A      Yes, sir.

5          Q      Did you have any problems with

6     discipline and security during the last year?

7          A      Of course.  Discipline -- you're

8     talking about students, right?  Climate -- you're

9     talking about the climate -- the overall climate

10    of the school.

11         Q      Yes.

12         A      Yes.

13         Q      Okay.

14         A      There were kids getting in fights and

15    stuff.

16         Q      Okay.

17                Did you take any steps specifically in

18    your last year to address that?

19         A      That was my job.

20         Q      Okay.

21         A      Yeah, that was my job.

22         Q      Did you take any specific actions to

1     address that?

2          A     I don't know what you're getting at,

3     Mr. Cumming.

4          Q     Okay.

5          A     That was my job.

6          Q     All right.

7                Were you part of putting in place a

8     plan to keep students in classrooms during lunch?

9          A     No, sir.

10         Q     You were not.

11         A     No, sir.

12         Q     Okay.

13               Do you know if something like that was

14    implemented?

15         A     Michelle Rhee did that.

16         Q     Okay.

17               So how did instruction to do that

18    happen?

19         A     I don't know, Mr. Cumming.

20         Q     Okay.

21         A     Yeah, I don't know.  That came from

22    her office.

219

1          Q      Could you describe that plan to me?

2          A      I don't know anything about it, sir,

3     other than they wanted the kids to remain in

4     class throughout the day, and that was it.

5          Q      Did you try to do that initially?

6          A      I didn't.  I wasn't there that day.

7     I wasn't at work that day.

8          Q      All right.

9                 So you only tried it one -- they --

10    Wilson only tried --

11         A      They only tried it one day, yes, sir.

12         Q      Okay.

13                And I'm going to assume by that that

14    it did not work.

15         A      It did not work, sir.

16         Q      Okay.

17                How did you change it?

18         A      I didn't change anything.

19         Q      Okay.

20         A      It just went back to the normal

21    schedule.

22         Q      Was there a plan for I guess let's say

1    volunteers to monitor students during lunch as an

2    alternative to that initial plan?

3         A    Not to my knowledge.  I don't remember

4    that.

5         Q    Okay.

6              Were you -- did Wilson have a safety

7    committee?

8         A    Safety and Security Committee.  Yes,

9    sir.

10        Q    Okay.

11             And were you on that committee?

12        A    Yes, sir.

13        Q    Okay.

14             Was the sort of lunch plan I just

15   described something that would be implemented by

16   the Safety and Security Committee?

17        A    I ran the Safety and Security

18   Committee.

19        Q    Okay.

20             And what specifically did that

21   committee do?

22        A    We looked at the overall school

221

1   climate and tried to do things to make sure that

2   the kids were safe first and foremost and that

3   they had -- that there was security around the

4   perimeter of the school, that there was security

5   in the front of the school.

6           We worked with Metropolitan Police and

7   the basic security staff that was there onsite to

8   try to come up with remedies when problems

9   occurred.

10       Q    When you talked about it not working,

11  the lunch plan --

12       A    Yes.

13       Q    -- was that in your view the fault of

14  the lunch plan or the safety committee?

15       A    The safety committee had nothing to do

16  with the implementation of kids staying in place

17  throughout the entire school day.

18       Q    Okay.

19       A    That plan was a mandate that came from

20  Michelle Rhee's office.  Her people came onsite

21  and tried to implement that.

22       Q    Okay.

1           A       Again, Mr. Cumming, I wasn't even in

2    the building that day.  That happened the day

3    after Spring Break.  I wasn't back -- by her

4    building.

5           Q       By her people came onsite, you mean

6    people who did not work at Wilson regularly.

7           A       Yes, sir.

8                   And Mr. Whittle was there that day,

9    but I wasn't there.  I wasn't at work that day.

10          Q       Okay.

11                  MR. CUMMING:  I have no further

12   questions.

13                  Donald, did you want to ask anything

14   on redirect?

15                  MR. TEMPLE:  I'm thinking.  Give me a

16   second.

17                  Can I see that video there?

18   CROSS-              EXAMINATION

19                  BY MR. TEMPLE:

20          Q       I want to remind you, you might want

21   to make copies of these, but for purposes of the

22   record, can you just identify what these are

1        please?

2                A       That's from the graduation of 2006.

3                Q       And it's two CDs -- DVDs -- two DVDs.

4                A       Yes, sir.

5                Q       And what does this 3:36:59?

6                A       Well, two things.  That year, 2006, in

7        the history of Woodrow Wilson Senior High School,

8        that was the largest graduation -- graduating

9        class that was enrolled and accepted into college

10       in the history of the school.

11               Q       And what's on this DVD?

12               A       That's the graduation.  That year, I

13       was the senior class administrator, so we put on

14       a nice graduation, raised money at the school to

15       support the prom, home coming, and that

16       graduation to make sure the kids had a great

17       experience.

18                       That particular day, they gave me an

19       award.

20               Q       What award did they give you?

21               A       Leadership award.

22               Q       To the extent that you studied

1          leadership and your Ph.D. --

2              A      Yes.

3              Q      -- is concentrated on leadership, can

4          you explain what that consists of?

5              A      Well, in the study of -- in the

6          development of education, we're talking about

7          different forms of leadership, top-down

8          leadership, shared leadership, transformational

9          leadership, charismatic leadership.  We studied

10         all levels.

11                    MR. TEMPLE:  No further questions.

12                    MR. CUMMING:  Okay.

13                    MR. TEMPLE:  We'll read.

14                    (Whereupon, the above-entitled matter

15         went off the record at 3:38 p.m.)

16

17

18

19

20

21

22

**A**

**a.m** 1:21 4:2 54:16,17 99:9
**ability** 191:10
**able** 39:19 53:18 77:13 89:17 196:22 202:19 203:5,7 204:10
**above-** 7:1 9:20 10:21 12:5 26:2 43:13 63:12 108:9 122:8 164:22 180:11 199:17
**above-entitled** 54:15 99:7 131:11 224:14
**absolutely** 36:15 41:9 63:9 84:4 94:7 95:2 105:18 149:21 174:4 178:4 179:10 216:8
**academic** 96:3,15 97:11
**accepted** 223:9
**access** 35:18 110:19
**accessible** 36:5
**accomplishments** 65:20 90:12
**accurate** 13:18 81:12 81:17,20 132:11 183:17,19,19 184:2
**acknowledging** 97:22
**action** 1:8 97:22 195:13
**actions** 217:22
**actively** 62:19 63:1
**activities** 39:8
**activity** 211:8
**actual** 45:4 134:3
**add** 29:4 152:6 177:17 177:18 215:9,14
**added** 36:20,21 142:22
**adding** 101:2 102:16 113:17 130:8
**additional** 68:21 102:22 103:2 145:17
**address** 4:17 217:18 218:1
**administration** 21:10 24:16 77:4
**administrative** 37:15 37:19 43:4 117:10 120:18 146:15 153:1 180:6
**administrator** 16:11 24:9,20 39:22 40:8 68:4 82:20 90:17 106:22 107:3 125:15 130:5 140:13 146:8 146:12,18 151:12 152:20 158:6 191:12 198:13 199:5,8 223:13

**administrators** 41:20 57:5 70:2 110:10 111:5 119:4 121:11 125:22 128:14 136:5 136:10,14 149:20 199:13
**admission** 3:13 108:21 110:3,14
**admit** 109:9,16 110:16
**advanced** 215:22 216:16
**advocating** 69:20
**African** 29:4 42:5 83:20 107:4 108:4 109:12 111:1 158:4
**African-** 143:22 148:14 156:8 158:4 181:17
**African-American** 148:16 149:9 150:1,9 151:3 156:18 174:18 177:4,20
**African-Americans** 181:15
**afternoon** 83:7
**afternoons** 17:21
**age** 63:3 107:10 158:16
**agency** 70:7 74:15 75:10
**agism** 161:13
**ago** 38:5,7 137:21 185:15 196:8
**agree** 100:13,18 108:2 123:9 124:2 136:9 141:16 149:21 166:10 167:3,5,6 171:2 210:16
**agreed** 16:22
**agreement** 187:15,19 197:9
**ahead** 93:21
**al** 3:15
**alive** 193:6
**allegation** 105:14 112:16,21 113:6 116:4 136:22 155:13 156:6 162:12
**allow** 46:6 199:7
**alternative** 220:2
**amended** 63:20
**American** 29:4 42:5 83:20 107:4 108:4 109:12 111:1 144:1 148:15 156:9 158:5 181:18
**amount** 68:3,5 83:11 84:3
**amounts** 83:13
**answer** 3:6 5:7,21 6:2,8

13:1,9,17 31:13,15 46:12 47:18 65:2 86:1 86:3 109:15,18 110:7 110:16 113:5 114:3 117:7 124:12,18 130:20 137:11 139:12 144:12,13 154:5 156:11 173:4 176:3,5 176:16,18 195:14 197:22
**answered** 31:10,13
**answering** 6:12
**answers** 3:7,13 10:8,15 11:16,20 108:20 109:3
**anxiety** 200:17 205:16 205:17 206:1,8 209:10
**anybody** 120:21 190:11
**anybody's** 163:9
**anyplace** 159:8
**AP** 43:8
**apart** 83:17
**apologize** 206:8
**APPEARANCES** 2:1
**appears** 210:2
**applicable** 216:13
**application** 179:6
**applied** 22:6 47:11,19 49:21 50:5 54:10 56:13 66:20 71:3 146:21 153:5
**applies** 36:12
**apply** 21:16 47:10 56:4 68:18 75:15 76:5,9 78:10 82:9 84:20
**applying** 62:22 73:10 74:1 75:21 78:1 83:2 125:14 139:8 144:19 147:6
**appointed** 99:16 101:8 198:22
**apprehensive** 16:12 18:21 22:15
**approached** 18:14 21:14 22:2 71:2 78:4 78:7 82:18
**approved** 203:22
**April** 205:11 207:12,13
**APs** 181:5
**arbitrarily** 163:13
**area** 21:5
**areas** 38:4
**arguing** 52:5
**arrived** 183:22 184:6
**art** 55:22 57:2 144:22 154:7 183:9
**article** 127:13

**articulate** 56:22
**arts** 26:7 74:5 145:1
**ascertain** 53:18 159:7
**asked** 15:22 16:4,10,18 17:17 31:12 46:5 47:13,17 49:12 51:2,4 53:5 55:19,20 56:20 67:1,16,18 82:13 89:2 91:22 116:18 126:8 130:19 138:8 144:21 145:4 146:12 169:9 182:3 188:4 198:14 201:7
**asking** 5:16 34:12,18 41:22 42:13 46:7 60:4 92:15 97:18 98:3,11 101:4 112:15 123:4 123:10,17,18,21 124:3,5 136:21 184:10
**asks** 13:13 105:14 116:4 176:11
**assertion** 158:20
**assess** 91:7
**asset** 112:7 183:1
**assistance** 188:5
**assistant** 2:10 3:11 18:9,13,17 19:6 21:13 22:14 24:14 27:11 28:4 29:9 34:6 36:17 38:13,14 40:21 41:12 44:14 46:3,14 48:5,9 57:15 58:13 65:18,22 68:4 69:10 70:3 72:15 76:1 79:15 81:13 88:10 89:1 99:12,16 100:14 102:17 103:3 104:19,21 105:1,5,6 107:16,21 108:3 109:10 111:3,10,15 112:19 113:1,11,14 113:18,21 114:4 119:8 121:22 124:4 127:3 128:15,16,19 130:1 131:20 134:12 135:6 136:3 138:9,16 139:1,8,18 141:11 142:3,18 143:14 147:13 148:8,16 149:10 152:9 178:2 181:9 182:21 183:1,2 183:8,16 190:5,15 198:6,10
**assisted** 36:4
**associated** 67:20
**Association** 104:7
**assume** 6:9 14:2 21:17 22:10 29:19 135:15

200:12 212:7 219:13
**assumed** 4:7 134:7
**at-risk** 26:14
**attack** 49:6
**attorney** 1:2,19 5:13
7:20 56:20 169:14,15
169:18 170:1,1
**Attorneys** 2:10
**audible** 194:12
**August** 154:10,13
**automatically** 68:17
**available** 46:20 47:9
173:20
**Avenue** 4:18
**award** 58:17,18,19,21
104:1,2,5,6,9,10
223:19,20,21
**award-winning** 58:21
59:1 103:10
**awards** 58:16 59:9
104:18 130:4 157:20
**aware** 96:11 99:15
117:18,20 118:2
119:20 120:1 186:15
198:16

**B**

**B** 2:10 24:1 98:10
**babies** 61:15
**baby** 160:7
**bachelor's** 9:1
**back** 17:22 18:4,6 21:2
21:12 36:16 38:8
40:16 41:7,11 45:6,11
49:12 50:2 54:18,20
55:5,11 56:17 84:13
86:19 90:11 92:8
98:12,12,17,22
101:10,11 112:12
116:1 117:12 122:19
133:1,20,22 144:11
148:1 151:8 154:4
164:1 170:5 182:9
189:2 192:12 199:1
219:20 222:3
**background** 8:18 74:4
74:5 116:22
**bad** 55:15
**band** 15:14 17:14,16,18
17:19,20,22 18:2,4
19:4,5 22:22 23:9,16
23:18,20 105:1,7
**Banneker** 72:8 73:17
84:19
**bargain** 16:18
**bargaining** 187:12,15
187:19 197:9
**Bargeman** 143:5,8,8,9

**base** 177:1
**based** 58:9,10 81:9,9
84:6 100:21 101:1
106:17 110:12 129:17
129:18 135:18 136:1
140:17 148:22,22
149:3 150:8 151:6
154:16 155:6,22
157:14 158:13 161:11
161:11 166:22 170:21
174:18,19 181:7,19
181:20 182:12,13,15
182:15,16 184:22
197:8 211:8
**basic** 158:1 201:13
210:8 221:7
**basically** 26:20,22 30:6
38:2 43:6 51:3 57:13
83:7 102:13 135:17
201:16
**basis** 39:15 176:11
**bat** 11:7
**bath** 160:7
**becoming** 18:12 22:13
**beginning** 60:22 90:7
95:7 147:20 192:17
204:19
**behalf** 1:21 2:2,8 123:4
124:10 169:16 188:13
**behalves** 188:6
**belief** 158:20
**believe** 13:18 38:9 66:4
67:6,14 79:8 81:19
134:11 162:5,9
165:14 166:9,19
168:16 182:10 194:10
206:10
**believed** 81:16
**benefits** 163:12 164:16
**best** 5:20 13:21 30:11
58:9 59:5 61:16 71:16
71:17 72:19 80:2
95:12,13,13
**Beth** 114:4 137:1
139:14
**better** 16:9 35:19 51:19
56:3 61:19,20 135:9
145:22 148:20 207:6
207:7 215:6,10,11,13
216:1
**beyond** 118:17 141:11
**biggest** 83:15 130:7
**bit** 8:18 9:16 14:20 16:9
19:8 23:15 24:10
41:11 42:18 55:11
66:18 90:3 97:18
99:12 148:20 155:12

164:5
**blah** 182:2,2,2
**blanket** 160:6 181:14
181:15
**blocked** 18:1
**blood** 201:14 210:7,8
210:10,20
**blue** 78:5
**blurry** 202:22
**board** 16:11 22:13
160:5 177:7
**body** 57:18
**Bonner** 30:9 215:19
**books** 49:4
**bottom** 13:3 65:4 87:3
97:16 105:19 109:7
122:16 173:17
**boxes** 51:4
**brand** 49:15 51:3
**Brazer** 138:15
**break** 43:18 54:13
57:19 131:7 163:20
191:2 214:15 222:3
**breeding** 70:1
**Brief** 3:12
**bring** 38:17 56:20 120:4
120:8,14,21 138:15
159:3 173:9 182:9
199:7
**bringing** 102:8 113:17
130:7
**brought** 100:21 101:19
142:2,19
**Brown** 48:19 142:14
144:8
**Browne** 57:11
**build** 15:14 17:3,3 27:9
57:6 58:1,2 140:3
177:22
**building** 14:22 40:1,5
40:17 41:4 52:18,19
57:17 114:8,9,20
115:1 116:17 210:22
222:2,4
**built** 40:10 43:4 83:19
**bulldozer** 20:5
**bullet** 181:2
**bunch** 30:5 31:4 55:16
157:4 210:14 215:20
**bundle** 150:4
**bus** 51:21 52:4,6,13,14
52:15,16 53:6,7
**buses** 51:8,19 52:14
**busted** 58:11
**busting** 59:6
**busy** 117:5 119:1
**Butler** 142:9 143:21
144:3

**butt** 57:7 58:11 59:6

**C**

**C** 97:21
**Cahill** 3:15,18 114:3,7
114:15,19 115:5
116:12,15 117:15
119:18 120:1 121:1
123:5,10 124:3 125:6
181:3 183:22 184:9
191:9
**call** 21:4 23:6 67:15
68:21 170:9 198:4
**called** 1:17 4:5 19:18
20:11,15 24:2 47:10
67:15,16 86:14 131:2
164:15 169:5 170:15
198:14,17
**calling** 163:11
**calls** 52:21 123:13
124:15 167:12,13
**campus** 40:6
**candidacy** 72:22
**candidate** 66:13 73:2
74:10 76:2,3 78:15
84:1 135:4,9,14
145:19 215:6,11,13
**candidates** 31:4,5 32:1
66:15 71:8,12,17
86:17
**capacity** 167:14
**care** 92:20 155:8
201:15
**career** 60:7 216:13
**career's** 60:5
**careers** 15:4
**Carrolyn** 70:13
**carrying** 34:8
**Carter** 3:15 123:7 195:3
195:9
**case** 8:11,12 119:2
159:21 203:19
**cases** 166:14
**catastrophic** 24:7
**Caucasian** 101:14
176:14 177:6,21
**cause** 103:11
**caused** 21:7
**CBA** 187:19
**CDs** 223:3
**celebrated** 58:14
103:22 104:16 130:10
**central** 62:6 102:6,10
103:14 159:18
**certain** 24:4,4,19 68:3,5
107:9 190:4
**certainly** 149:19
**chance** 121:8

**Chancellor** 103:16
  125:19 126:11 128:10
**chancellor's** 76:11
**change** 33:2,6 35:9
  90:20 92:17 126:6
  178:3 219:17,18
**changed** 15:22 35:10
  35:22
**changeover** 34:13
**changes** 33:8
**chaos** 21:8
**Chapter** 35:8,13,14,14
  35:17 36:1
**chapters** 78:21
**character** 159:9
**charge** 39:22 40:18,20
  41:4 79:13
**charged** 172:11
**charismatic** 224:9
**Charlotte** 142:9
**check** 56:7 79:20 81:11
**checking** 209:21
**child** 194:11
**children** 23:5,7 54:5
  57:6,7,17 59:3,3
  126:1 127:5,22 128:2
  152:11 159:2
**choose** 31:10 101:15
**choosing** 120:2
**chose** 71:8,10
**chosen** 71:9 119:21
**circle** 58:8
**circles** 209:11
**citation** 104:6,7
**city** 20:4 150:11
**Civil** 1:8
**claim** 164:6 173:21
  203:16,22 211:3,7
  213:21
**claimant** 166:4 171:9
  172:1,9 173:19,22
**claims** 167:4
**clarification** 184:7
  200:7
**clarify** 98:5 113:3
**class** 17:14 24:6,8
  38:14,19,21 39:7
  40:21 41:2 49:4 51:1
  77:17 132:4,5,6,19
  138:11 145:15 146:21
  148:2 219:4 223:9,13
**classes** 15:18
**classroom** 26:12 27:6,8
  51:6
**classrooms** 218:8
**clean** 5:18 56:9 126:4
**clear** 33:13,17 45:15
  160:13 163:6 194:8

**clearing** 77:11,16
**Clearly** 103:20
**clerical** 4:22
**clerk** 170:9
**client** 61:16
**climate** 21:2 52:18
  217:8,9,9 221:1
**climbing** 103:21
**cloak** 182:14
**close** 40:13 73:12 91:1
  150:2
**closed** 15:10 58:6 91:5
  91:10
**cohort** 138:14
**collect** 133:10
**collected** 133:7
**collecting** 119:2
**collective** 187:15,18
  197:9
**college** 8:21 14:10,12
  14:17 223:9
**color** 58:10 103:12
  107:3,8 148:21
**Columbia** 1:1,9 173:9
**Columbus** 194:18
**come** 16:10 18:4 20:5
  29:15 30:3 32:11 41:5
  55:19,20 57:3 58:8
  73:2 79:19 82:3,15,19
  91:7 92:8 98:16 101:7
  111:8 112:3 114:5,17
  120:11 121:21 145:4
  147:12 158:7,11
  160:14,21 161:8
  186:1 191:20 209:2
  221:8
**comes** 62:18 163:17
**coming** 16:13 56:7 57:4
  80:15 94:5 98:12,12
  98:22 102:11 117:12
  118:21 121:3,5,10,21
  121:22 203:11 223:15
**comments** 25:8,15 60:6
  86:20 175:6 202:7
  204:14 211:12
**commitment** 100:22
**committee** 30:6,16,18
  30:18,20 70:16 71:10
  71:15 86:13,14,15,15
  185:22 186:2 220:7,8
  220:11,16,18,21
  221:14,15
**common** 104:17 107:7
**communicate** 115:12
  115:14
**communicated** 115:13
**communicating** 133:18
**communication** 148:10

  183:10
**community** 16:16 17:4
  17:7,18 18:19 22:16
  43:5 58:2 62:18 74:6
  77:14 83:18 100:22
  100:22 101:2,20
  102:9,16 112:7
  123:12 124:9 140:4
  150:14,20 157:17,21
  161:5 182:17 183:7
  215:15
**comparison** 135:13
**compensation** 53:12
  54:9 55:8 163:15
  164:6 203:16 211:3,7
  211:11,20 213:21
**compensatory** 195:17
  195:20
**competing** 66:13
**complaining** 105:16
**complaint** 63:20,21
  95:20 136:22
**complete** 75:3 82:1,1
  94:21 95:5 196:19
**completed** 22:3,5 94:9
  95:16
**completing** 65:14
**comprehensive** 31:20
  69:22
**concentrated** 224:3
**conclusion** 167:14,17
**conditions** 6:12
**conduct** 92:9
**conducting** 88:2,7
**conference** 90:5
**conflict** 183:12
**confused** 45:13 74:19
  117:6
**confusion** 84:14
**connected** 102:3 128:8
  128:9
**consider** 151:20
**consideration** 29:8
**considered** 68:17 96:4
**consisted** 50:20
**consists** 224:4
**constantly** 39:9 166:14
**contact** 63:6
**contacted** 46:1 47:7
  67:1 72:7 73:20
  144:21 145:3 188:4
**CONTENTS** 3:1
**context** 77:22 148:9
**Continual** 99:21
**Continually** 99:20
**continuation** 209:1
**continue** 18:2 213:19
**continued** 58:22 92:1

  206:4
**contract** 154:17 155:7
**contracts** 114:5
**contrary** 71:7
**conversation** 8:1 77:22
  78:2 79:4,21 80:14,14
  83:5,6,6,10,10 85:2,3
  85:3,13,18,19 90:8
  115:17 121:6,14,18
  126:10 135:21 191:22
  198:9
**conversations** 85:10
  117:21 156:22 190:21
**convince** 112:5
**coordinator** 143:11
**copies** 25:1,2 35:20
  89:7,8 222:21
**copy** 5:12 35:15
**correct** 14:4,17 15:7
  18:10 37:11 43:9 47:2
  47:3 55:10 60:12,19
  62:1 70:9,10 75:18,19
  84:16 109:18 110:7
  116:8 131:21 164:14
  189:4,15 191:11
  210:3 212:7
**corrected** 152:21
**council** 150:22 187:9
**counsel** 1:17 4:5 7:21
**counselor** 137:14,17
  138:17
**counselors** 39:10,14
  181:6,17
**counterparts** 105:15
**counties** 147:17
**county** 47:20,21 53:20
  53:21 55:19,20 56:1
  82:18,19 114:16,18
  140:9 144:20 145:1,6
  145:12 146:7,9,10,20
  146:22 147:1 153:11
  153:12 154:7 155:2
**couple** 11:4 23:10 27:7
  39:3 179:18 191:7
  204:4
**course** 31:19 39:19
  217:7
**court** 1:1 5:12,18 56:19
  56:19 64:3 166:14
**covered** 38:4 187:14
  192:21
**create** 15:13,16 20:10
  20:19 21:1 138:15
**created** 20:15 21:8
  61:14 184:11 213:7
  213:12
**credentials** 56:2,3
  135:11 145:21 215:9

crisis 40:12
criteria 68:1 69:3 96:12
    129:13
CROSS 3:2
CROSS- 222:18
CSO 154:17 155:7
    187:5 188:9 197:2
cultural 20:12 26:13
culture 17:3,6 20:19
    37:18 141:5
cultures 20:15
curious 163:4
current 4:17 12:18 74:8
currently 62:13 80:22
curriculum 39:19
cut 5:20 155:1

                    D

D-I-C-K-E-R-S-O-N 4:16
D.C 1:13,20 2:5,12 4:19
    9:13 20:2 140:1
    157:12
daily 77:11
damage 159:8
damages 195:12,17,20
dark 94:4 209:11
data 110:19,20
date 45:1 73:14 127:2,5
    176:16 192:21 196:10
    212:17
dated 3:19 45:1 122:17
dates 134:3
daughter 198:12
David 138:15
Davis 79:9,10,11 83:9
    85:7,7,7 115:8 125:9
    125:13 126:5,7
    130:21 190:18
day 5:9 17:14 18:1
    22:20 23:16,22 24:1,1
    28:1,2 45:22 49:2
    50:4,14,21 52:8 57:13
    78:7 80:15 83:8 85:6
    115:16 160:17 219:4
    219:6,7,11 221:17
    222:2,2,8,9 223:18
day- 19:10 24:13
day-to-day 76:17 77:8
    80:7 101:2,6
days 24:4 49:5 50:4,10
    50:11 115:6 116:16
    212:19
daytime 18:5
DC 111:6 128:11
DCPS 36:6,12 42:16
    45:21 56:20 65:18
    66:12 70:4 74:11,15
    75:10 76:12 79:13

81:10 82:10 84:7
    86:13 96:14 97:22
    107:4,21 108:3
    109:10 115:9 116:6
    120:20 121:14 127:16
    128:18 141:2,4
    149:20,21 154:19
    155:1 156:7,16
    161:21 166:21 167:1
    167:5 169:16,18
    173:13 174:21 176:19
    177:3,7 182:9 184:1
    199:7 212:7 215:16
deal 17:6 20:12,19
    24:18 27:8
dealing 24:15,18 26:14
    36:9 40:12 53:3
dealt 26:11 27:10 37:15
dean 16:1,4,11 17:2,11
    19:1,5,9,11 26:18
    27:3,12 40:15 46:3,4
    46:11,19 56:17 58:12
    102:17 129:22 197:1
deans 103:2
debate 172:19
December 60:11
    206:13 214:5
decent 150:1
decide 46:17,19 71:19
decided 21:16 72:18
deciding 128:19 141:21
decision 72:5 125:21
    136:4,14 159:20
    160:3,5,6 164:12
    186:15,20 189:10
    192:5,7
declaration 98:10,19
default 167:9
Defendant 1:10,18 2:8
    4:6
defendant's 3:6 10:8
defense 158:10
defined 135:18
definitely 91:19
degree 8:22 9:3,5 31:8
    31:17 32:6,19 68:7
    69:9 78:20 82:2 83:22
    103:9 207:1 216:1,2
    216:16
degrees 9:10
delay 203:22
denied 56:18
department 26:8
    162:17,22 163:8
    165:17 166:20 167:9
    168:8,22 169:17
    170:10,15 172:22
    173:12 174:16,22

departments 24:17,19
    38:1 94:16,18,19
    190:5,8
deposed 5:4 126:17
deposition 1:15,18 3:6
    6:16 7:11,19 8:7
depositions 4:21
describe 12:17 14:19
    29:22 137:13 198:8
    219:1
described 220:15
designated 39:22
designee 76:11
desperately 183:8
determination 86:18
    172:8
determined 32:3,18
    64:12 66:12 173:18
development 27:2
    224:6
development- 9:6
developmental 50:16
    50:18
developments 26:12
    177:19
dial 80:4
Dickens 194:22
Dickerson 1:6,16 3:3
    4:4,10,15 10:19 32:3
    32:4,13 44:8 52:12
    53:5 55:4 59:12 70:22
    71:3,7,21 72:20 73:1
    73:3,5 76:3 78:8
    80:16 85:4 87:2 89:3
    96:6 99:11 102:7
    109:22 124:1 131:15
    160:17 164:4 165:10
    176:10 181:22 182:1
    182:22,22 183:5
    191:7,21 199:22
    204:18 215:1
Dickerson's 159:12,13
Dickinson 13:5
difference 60:1 167:19
different 20:13 26:18
    27:11,15,16,17 35:3
    37:14 39:2,4 54:5
    63:4 73:8 74:12 94:15
    103:15 106:8 107:12
    111:7,7 113:10
    117:14 204:12 224:7
differently 112:19
diffuse 183:11
digital 35:21 36:4 63:2
diligence 154:20
    157:17
diligently 101:5
diploma 9:12

direct 3:2 4:11 18:2
directly 97:1
director 46:15 55:22
    57:2 105:1,8 154:7
disappear 59:18,18,21
discharge 172:15
discharged 166:4,7
    171:3,10 172:2,7,9
    173:16,19 174:9
disciplinary 20:20
    183:3
discipline 19:12 27:11
    33:18,21 34:18,19,19
    35:7 217:3,6,7
discovery 3:7 10:9
discrimination 118:15
disparity 81:6
disrespect 52:17
dissertation 31:19
district 1:1,1,9 10:16
    35:17 62:20 64:12
    173:9 188:20
diversity 17:6 20:12
    26:13
doctor 32:17 49:7 71:20
doctorate 9:6 31:8,17
    32:6 65:15 68:7 73:11
    75:3 78:20 82:1 83:14
    83:16,22 84:2,7,11
    103:9
doctors 215:21
document 7:2,7,13 9:21
    10:11,22 12:6 26:3
    43:14 63:13,17 64:3,6
    64:9 108:10,15 122:9
    124:2 139:13 165:1,7
    165:20 166:3,10,19
    167:4 168:15 169:3
    174:8 175:13 180:12
    199:18 210:2
document's 166:10
documents 3:9,10,14
    3:16,20 8:3 11:18
    100:1 109:1 192:13
    200:2 204:12 211:11
    213:20
doing 16:16 18:15,22
    21:17 22:15 23:1,4,6
    23:7 34:1 57:22 58:12
    77:2 78:22 102:15
    103:4 104:22 122:5
    135:18 157:9 216:12
domain 19:20 35:17,21
    36:5
Donald 2:3 8:4 31:12,15
    34:10 43:17 44:1,4,6
    45:10,14 52:20 54:13
    54:19 55:1 66:8 69:5

109:20 110:4 123:13
124:11,15,19 131:8
131:10 171:15,17
191:1 222:13
**Donald's** 168:5
**double** 102:13 103:5
129:20 158:1,1
**Douglas** 14:2,21 15:12
58:5,7,20
**downtown** 47:10 66:21
74:15 89:5 110:20
164:15
**Dr** 4:15 16:5 17:17 19:2
22:12 23:13 28:5,8,12
28:17 29:5 30:2,9
32:2,2,4,13,14 37:8
42:22 44:8 52:10,11
52:12 55:4 58:21
59:12 69:19,19 71:7
71:10 72:3,4,19 73:1
73:3,6,7 74:2 86:4,6
87:2 88:3,14 89:1
96:6 99:11 102:7
112:9 120:16 124:1
131:15 138:15 159:13
160:20 164:4 165:10
175:15 176:10 181:22
191:7,20 195:21
199:22 200:16,19
202:9 203:11 204:4
204:18 205:5 207:12
210:17 212:8 213:1
213:17 214:10 215:1
215:19,19
**draft** 167:1
**drafted** 166:20
**drop** 104:12
**dtemplelaw@gmail.c...**
2:6
**due** 154:20 157:17
184:21
**Duke** 73:21 74:3,10
**duly** 4:6
**duties** 15:11,17,19,22
17:1,11 18:4 19:6,8
19:11 22:18 24:9,11
27:19 33:2 37:13 41:2
43:1 76:15 79:17
**DVD** 223:11
**DVDs** 223:3,3

**E**

**E.d.D** 84:9
**earlier** 92:1 94:16
131:19,21 132:1
135:3 200:21 213:8
**early** 212:16
**earned** 183:6

**easier** 35:18
**Eastern** 28:21 75:15
**economics** 216:10
**ed** 138:20
**Edelman** 195:21 196:1
196:1
**education** 8:19 9:1
24:21 26:8 51:11,13
52:5,6 58:19 65:9,12
83:17 104:5 135:5
137:2,4,7 138:6
139:22 141:20 215:13
216:3 224:6
**educational** 9:4 21:21
83:21
**educator** 58:14 59:1
103:10,22
**educators** 58:11 104:8
104:16
**Effective** 20:18
**eight** 43:3,3 51:14
52:14
**eighth** 175:12,13
**either** 42:17 65:8 73:14
125:18 126:13
**elaborate** 29:16
**elementary** 55:9 60:10
61:13 145:4,7 146:1
**elements** 183:12
**elevate** 59:7
**elevated** 85:12
**elevation** 59:7
**elevator** 83:6,9 85:2,2
85:14,15,16 115:17
**eligible** 66:13,14 67:13
68:1 115:10,20
164:13
**eliminated** 56:6 121:19
**Ellington** 73:21 74:3,11
**email** 3:15,18 35:21
67:14,16 122:17
158:8 180:19 181:2
182:18 192:12,21
193:1,18,18,19
**emailed** 131:3
**emails** 156:22
**eminent** 19:20
**emotional** 195:17
**emphasis** 9:7
**emphatically** 160:16
**employee** 88:20 127:15
127:16,20 130:3
**employer** 166:15
**employment** 13:14
53:18 93:4 152:15,17
152:18 159:8 160:15
161:6 162:17,22
163:8 165:18 166:20

167:10 168:8,22
169:17 170:10,16
172:22 203:10
**enable** 183:11
**encourage** 125:6
**encouraged** 75:14
**ended** 85:10
**endorsed** 80:10
**enforced** 166:14
**enjoyed** 22:22 23:1,5
**enormous** 213:12
**enrolled** 223:9
**enter** 57:10
**entered** 114:11
**entire** 5:9 34:20 120:17
165:7 221:17
**entities** 74:13
**entitled** 81:6
**environment** 53:14
201:13,14 203:1,6,8
206:15,20 213:4,7
**environments** 206:18
207:5
**enzymes** 205:2,5
**equivalent** 81:2
**Eric** 194:15
**error** 169:18
**escaping** 134:16
**especially** 19:17 53:19
83:11 140:5 160:22
163:10
**ESQ** 2:3,3,9,10
**establish** 173:21
**established** 173:6
**et** 3:15
**ethic** 103:8 149:3
**evaluate** 120:12 150:12
**evaluated** 26:10 87:6
87:10,12,15 88:10,15
92:12,17 93:5,7,10,11
94:1 101:19 102:5
129:8 130:18
**evaluating** 94:14
**evaluation** 87:19,22
88:2 89:14,21 90:3,20
91:5 92:9 96:4,12,16
102:12
**evaluations** 24:19 38:1
59:17,19,20 87:11,17
88:7,17,20,22 89:3,4
89:7,9,9,18 91:2
92:19 94:9,21 95:17
101:17 129:5,9,11,12
129:15,17 135:20,20
149:1,2 160:11,13,21
182:5
**evening** 18:7

**eventually** 52:3 143:16
**everybody** 19:21 20:17
35:18 36:5 41:5 77:17
94:17 111:8 117:10
118:21 127:11 135:19
150:2,11 151:4,4
158:14 160:6,7,12
178:16
**everybody's** 39:10
160:4
**evidence** 158:19
166:16 173:9
**exact** 112:11 127:2,5
**exactly** 38:4 75:7
146:19
**examination** 1:17 4:11
222:18
**examined** 4:7
**examiner** 167:5
**example** 19:10 35:4
105:20
**examples** 33:8 107:15
**exams** 31:20
**exceed** 89:10 129:12
160:22
**exceeded** 90:14,15
**exceeds** 149:1
**excellence** 104:4
**excellent** 76:2,3,8 78:9
78:15 85:4 86:7 146:1
**excited** 145:13
**excuse** 45:10 66:7
85:15 143:8
**executive** 9:8
**exhausting** 17:16
**exhibit** 3:5 6:22 7:3
9:19,22 10:5,19 11:1
11:12,15 12:4,7,11,21
13:2,7 26:1,4 38:8
43:7,12,15 44:10 45:6
45:8,11,18 46:22
63:11,14 64:22 65:3
66:8,10,11 70:5 73:19
85:22 86:22 95:21,22
97:14 104:1 105:11
108:8,11 112:13
116:2 122:6,10,20
136:18 139:12 144:11
155:15,16 164:21
165:2 175:8 180:9,13
192:11,14 194:5,6
195:14 197:21 199:16
199:19 200:2 204:19
214:10
**exhibits** 5:11
**existed** 111:21 168:21
169:5
**exists** 168:20 169:4

**expanded** 27:20
**expect** 92:12 93:5,7,9
  93:11
**expectation** 90:6,14,15
  92:7,17 98:16 129:12
  149:1
**expectations** 89:10
  161:1
**expected** 6:2 93:22
  97:19 190:15
**expedited** 36:10
**experience** 29:10 43:4
  65:9,17 69:9 120:6,17
  120:19 135:5 137:2,3
  137:8 140:5,8,12
  141:18,20 177:2
  223:17
**experiencing** 208:14
**expire** 100:18
**explain** 224:4
**explained** 213:8
**explanation** 101:10,11
**explicitly** 6:2
**Express** 45:3 132:12,16
  132:22
**expressing** 198:5
**extent** 223:22
**extremely** 209:18
**eyes** 172:5 209:12

**F**

**F** 73:20
**face** 53:5 57:21
**face-to-face** 121:8
**facility** 49:15
**fact** 65:14 92:15 107:8
  107:9,13 118:12
  129:6,16 132:21
  145:14 158:11 166:11
  172:11
**factors** 140:17 141:9,12
**fair** 8:15 61:18,21 63:1
**fall** 102:22 210:18
**false** 184:11
**familiar** 142:10,14
  143:6 200:2
**family** 57:8 92:21 155:7
**far** 91:15
**fatigue** 6:13
**fault** 221:13
**faxes** 212:6
**February** 180:1,3 189:4
**Federal** 45:3 132:12,16
  132:22
**feel** 148:20 212:22
**Feeney** 193:3,4,6
**feet** 51:14
**fell** 157:11

**female** 137:2
**field** 216:2,3,7,17
**fighting** 20:3
**fights** 217:14
**figure** 59:22 75:6 92:20
  122:2,22
**figured** 81:14
**file** 47:15,17 56:22
  88:21 89:16 152:15
  152:17,18,21 159:9
  159:13,13 160:15
  161:7,8,15 162:19,20
  163:14 164:8 165:15
  165:22 168:16 173:1
  174:8,10,11 188:2,12
  193:21
**filed** 53:12 63:22 64:3
  66:20 152:14 162:2
**files** 129:10
**filing** 169:16
**fill** 98:19
**filled** 98:15 214:10
**final** 70:8,12 71:14 72:5
  78:21 86:17 91:5
  125:20 126:12,16
**finalized** 189:11
**finally** 48:16 49:2 56:15
  56:19 60:13 115:1
**find** 46:1 56:4 59:19
  89:18 93:3 133:16
  150:13 159:12 161:5
  161:6 203:10
**finding** 125:18 166:17
**fine** 32:7 131:10 175:21
**finger** 53:4
**finish** 5:16 32:18 59:14
  59:15 75:4,5 78:20
  83:14 170:11 214:15
**finished** 14:14 31:18,18
  31:20 54:20 73:11
**finishing** 39:19
**fire** 159:3 184:13
  191:10
**fired** 106:17 107:18
  125:22 127:3 152:18
  159:10 163:1
**first** 3:7,8,13 4:6 8:22
  10:8 11:17 14:1,17
  20:4 36:8 40:14 45:22
  47:6 48:3,6,22 64:14
  65:7 90:16 92:15
  99:17 108:20 116:15
  120:12 124:22 125:2
  129:3 154:15 155:5
  164:8 169:9 200:9
  209:6 221:2
**fit** 30:11 61:20 74:3,5
**five** 54:14 94:17,17

**flip** 204:11,18
**flippant** 216:9
**flipping** 213:19
**floor** 49:2
**fluctuate** 91:18
**focused** 82:2
**folder** 193:3
**folks** 16:9 47:6 48:6
  55:18 80:22 104:14
  110:21 120:3,8,10,10
  120:15 122:22 123:3
  131:17 134:1 150:6
  153:11 159:17 168:21
  173:11
**follow** 30:11 38:21
  81:21 82:7,22 83:2
  84:15 196:16 198:18
**follow-up** 30:15
**followed** 75:11 128:19
**following** 83:8 85:6
  90:9
**follows** 4:8
**foremost** 221:2
**forever** 68:14
**forgive** 160:12
**forgot** 21:3
**form** 45:11 90:21
  123:10 166:8 167:9
  167:16 168:2,7,17
  169:1 171:3,8,9
  210:13 214:1
**forms** 224:7
**Forty-five** 131:9
**forward** 6:19 34:7 69:21
  72:1 198:21 199:3
**found** 53:22
**four** 37:3 94:17,17
  102:19 138:3,3 157:7
  181:5
**Fourth** 63:20
**Francis** 193:4 198:10
  198:12
**Frank** 193:6
**frequent** 183:11
**freshman** 39:1
**front** 51:8 71:21 134:4
  165:11 221:5
**FT** 46:10
**fulfilled** 183:5
**full** 31:21 51:1 58:8
  64:15
**function** 39:2,5
**functioning** 76:18
**functions** 37:16,19
**further** 222:11 224:11
**future** 82:15

**G**

**G** 75:14
**gain** 15:3
**Gaines** 36:22 37:1,5,7
**gainful** 93:3
**gangs** 19:14
**gender** 110:12
**general** 1:2,19 2:10
  157:1 177:14
**generally** 34:13 43:18
  67:19 141:16 157:1
**gentleman** 121:6
  182:19 191:22
**gentleman's** 21:22
**George** 9:4,8 21:20
  65:13,13,15 138:11
**George's** 53:21 82:18
  144:20 153:12
**getting** 51:21 141:10
  156:8 164:16 203:22
  215:5,17 217:14
  218:2
**Gibson** 37:9
**gigs** 23:4
**give** 6:5 19:10 23:14
  24:13 33:8 42:18
  62:17 101:11 105:19
  112:10 130:20 159:4
  165:6 222:15 223:20
**given** 38:18 68:10
  104:10 146:9 166:12
**gives** 104:1,2
**giving** 126:21 153:10
  153:18
**goals** 62:5
**gotten** 52:16 84:3
  117:11 121:11 148:3
  150:6 157:7
**Government** 165:2
  180:13 199:19
**grade** 143:12
**graduate** 8:21 39:11,20
**graduated** 14:9
**graduating** 223:8
**graduation** 39:8 91:6,6
  91:21 223:2,8,12,14
  223:16
**granted** 22:7 46:10
  203:17
**grapevine** 147:11
**Green** 194:4,10
**GREGORY** 2:9
**gregory.cumming@d...**
  2:14
**grievance** 188:2,12
**grooming** 29:6
**ground** 4:20 70:1
**group** 37:18 38:17 48:6
  53:16 136:15 139:3

149:18 150:5 157:22
158:12 174:17
**guess** 4:21 5:3 37:22
68:7 122:21 124:7
132:17 140:11 156:5
181:3 203:2 219:22
**guidance** 137:14,16
**guy's** 21:6

**H**

**H** 76:7
**Habits** 20:17
**Haime** 137:9
**hall** 192:2
**hallway** 78:8 121:7
**hallways** 77:9,11,16
**handle** 24:9
**handled** 19:12
**handling** 34:19
**Handy** 32:13,14
**happen** 24:4 101:17
103:13 147:16 148:21
149:22 218:18
**happened** 32:9 35:13
40:12 75:7 80:15 83:8
101:12 103:12 110:22
146:4 152:7 154:22
183:18 186:14 212:16
222:2
**happening** 153:9,22
**happens** 89:1 159:11
**hard** 35:15,20 55:17
57:6 59:5 60:3 73:15
101:6 102:15 103:6
130:4 161:4
**Hardy** 105:22 106:3
112:4
**harm** 195:17
**Harmon** 56:21
**hat** 96:22
**head** 6:7 21:14 22:1
131:4,5
**health** 6:12
**hear** 130:17 148:13
149:5 156:21
**heard** 69:18 140:15
142:11,15 143:16,21
144:3 147:8 157:2
197:12,14
**hearing** 52:11 152:22
161:22 169:8,11,12
169:13,15 170:3
173:10 174:2,4
**hearsay** 121:22
**held** 46:2 197:16
**Helen** 37:10,12
**helped** 138:14
**helpful** 216:11

**hesitant** 22:16
**hide** 182:13
**high** 9:12,13 14:2 15:6
17:7 28:21 36:14 61:3
61:16,17 67:3 69:22
70:1,17 72:8 75:15
79:16 81:14 97:9
112:6 128:13 138:12
140:13 177:10 181:5
223:7
**higher** 115:10,20
**Highly** 20:17
**highway** 20:6
**hire** 23:10 141:21
152:19 184:13 191:10
**hired** 14:6 28:16 74:20
102:19,22 103:1
115:9 118:18 139:2,5
176:13 177:3 184:9
**hires** 74:15
**hiring** 28:19 30:18
86:15 113:22 115:17
182:21 186:1
**Hispanic** 107:4 137:3,7
**history** 8:19 9:16 193:7
223:7,10
**hit** 155:10
**hold** 24:8 55:1 80:3
93:14 110:4 113:3
145:16 156:12 204:21
**holding** 149:4
**hole** 24:2,3
**home** 223:15
**homecoming** 17:15
23:17,19,20
**honest** 133:20 192:8
**honestly** 125:2
**hopefully** 5:8
**hoping** 98:5
**hornet's** 76:4
**horrible** 52:19
**hospital** 49:6,11 50:3
**hour** 43:17,19
**hour-10** 43:19
**hours** 8:8 57:13
**house** 20:6
**how'd** 21:17
**HR** 46:15 66:12 67:21
81:11 89:15,16 110:9
110:20 141:14 163:7
**Huch** 32:2,2 71:7,10,20
72:3
**Huh** 31:14
**human** 9:6 46:1 173:12
174:16,22 213:6
**hurt** 54:4 68:8 159:2
**hurting** 57:5,16 126:1
127:5,22 128:2

152:10

**I**

**idea** 68:9 103:8 138:22
139:4 161:17
**identification** 7:4 10:1
11:2 12:8 26:5 43:16
63:15 108:12 122:11
165:3 180:14 199:20
**identified** 137:8 157:15
**identify** 13:13 222:22
**Illinois** 4:18
**imagine** 41:19 71:20
121:16 123:12
**impact** 15:3
**impacted** 84:2 181:8
**impacts** 33:11
**impartial** 183:4
**implement** 221:21
**implementation** 221:16
**implemented** 33:22
218:14 220:15
**implementing** 33:12
**important** 216:7,17
**improper** 124:13
**in-house** 30:7
**incident** 200:16 212:15
**include** 195:17
**included** 76:9
**incoming** 112:22
113:14 114:3 117:19
120:7
**inconvenience** 195:18
**increase** 81:1 83:13
**increased** 81:9
**increasing** 177:13
**independently** 34:7
**indicate** 169:10 173:10
**indicated** 85:7 165:18
182:20 191:17 206:5
**indicating** 128:1 152:16
173:8,14
**indication** 151:18
153:10
**individual** 102:7 120:11
120:20 157:19 159:20
**individuals** 114:13
143:20 176:13
**inferior** 150:9 157:16
**information** 42:19
69:15 118:22 119:2
127:17 166:22 173:14
173:20 184:22 189:14
211:21
**informed** 198:18
199:11
**initial** 208:11 214:1
220:2

**initially** 219:5
**initiated** 20:11 35:15
**Initiative** 20:16,16
**input** 19:4
**inquired** 80:21
**inserted** 168:8
**inside** 60:3
**instance** 26:17 33:20
146:17
**instances** 183:12
**instruct** 6:18
**instructed** 52:15 53:7
**instruction** 133:2 213:9
218:17
**instructional** 62:7
204:7
**instrumental** 49:16
**instruments** 51:3
**intake** 170:18
**intent** 98:9,11,19
**intention** 62:15
**intentionally** 155:22
**interact** 27:21 77:10
79:22
**interacting** 76:21,22
77:7
**interaction** 27:15 192:3
**interest** 198:5
**interested** 198:15
**interesting** 213:5
**interim** 119:10
**interject** 196:7
**International** 104:7
**interrogatories** 3:8,14
11:17 108:22
**interrogatory** 13:9,12
65:3 66:3,6 97:17
105:13 112:14 113:6
116:3,4 136:21
175:12 176:10,12,17
176:22 195:14 196:19
197:22
**interview** 31:6,11 55:21
56:1 66:21 67:2 70:6
72:7,10,16 73:16
74:14,21,22 121:1
127:3 144:22 145:5
145:18 147:4 148:1
**interviewed** 22:10 30:5
31:3,21 32:12 66:22
70:8 74:7 129:7 145:8
145:9,12,14 146:5
151:11 153:6 154:6
181:21 190:13
**interviewing** 116:6
**interviews** 73:8 126:21
127:1 145:16,17
151:9 153:10,18

**involved** 188:16
**irate** 51:9
**issue** 19:14 41:21 50:21
   107:10 166:7 168:22
   172:7 173:16
**issued** 173:15
**issues** 20:20 41:18,20
**issuing** 97:22
**It'll** 5:7

_____ J _____

**Jackie** 28:9 29:8 30:8
   30:10 43:2 79:21
   96:18,19 119:6 147:8
   192:17 215:20
**Jacqueline** 28:5 118:2
**Janney** 32:16 72:4
**January** 76:13
**Jasmine** 46:14
**jazz** 17:14 18:2 19:4
   22:22 23:9 104:7
**JD** 215:12
**Jefferson** 188:4,7 197:3
   197:13,15
**job** 8:19 14:17 32:13,17
   50:5 56:13,16 61:19
   99:17 101:5 104:22
   122:5 141:10 144:14
   146:18,20 147:1
   151:8 153:8,13,20
   154:3 173:22 178:17
   179:1 180:4 217:19
   217:21 218:5
**jobs** 55:18 56:13 58:12
   102:15 129:22 130:3
   130:5 153:1,4,5 157:9
   162:4 189:16
**John** 79:9,10,11 83:9
   85:7,7,7 115:8 118:20
   126:7 130:21 143:5,8
   190:18
**Jordan** 51:18 53:7
   213:5
**Jordan's** 203:11
**Jose** 46:7,13,14 47:5
   130:19
**Jr** 194:18
**judge** 56:21 162:10
**July** 154:10,12 164:10
   164:17
**jump** 57:21
**jumps** 53:4
**June** 43:9 45:1,5 60:17
   61:5,22 62:9 91:12,13
   91:19 92:6 119:8
   122:17,21 147:20
   154:12 179:16,18,19
   184:9 191:15

**junior** 14:2
**justified** 106:11

_____ K _____

**K-E-N-N-E-T-H** 4:15
**keep** 22:18 56:15 89:6,7
   89:11,12 100:14
   120:10 123:5,10
   124:3 125:6 218:8
**keeping** 6:11
**Kelley** 2:10,13 25:9,12
   25:14
**Kenneth** 1:6,16 3:3 4:4
   4:15 159:12 182:22
**kept** 46:7 60:2 85:19
   106:15 120:17 138:22
   149:10 158:14
**Kevin** 194:4,10
**kidney** 49:5 201:1,6,12
   207:22 208:12 209:6
   209:7,17
**kids** 16:15,15,19 20:8,9
   21:8 27:8 38:18 58:3
   61:15 77:8 135:22
   140:3,4 143:12 159:1
   217:14 219:3 221:2
   221:16 223:16
**Kim** 194:22
**knew** 7:17 22:12 32:6
   75:10 82:2,14,14
   83:16,21 93:18
   110:21 111:11,20,21
   121:2,2,4,10,18 124:9
   127:11,14,16 134:6
   142:22 151:3 154:19
   180:2,3 189:3 192:22
   198:13
**knowing** 111:11,12
   167:16
**knowledge** 13:21 90:22
   93:18 94:2 107:19
   108:1 120:19 123:14
   124:12 136:13 141:4
   141:17 169:14 188:1
   190:10 220:3

_____ L _____

**L** 2:4
**lack** 209:12
**lacking** 213:6
**ladies** 122:1
**lady** 47:12 160:19
   165:17 169:6
**land** 20:2,4 86:8
**language** 168:7
**large** 53:16 94:19
   149:17 157:6 158:12
**larger** 84:11 177:5

**largest** 223:8
**Latino** 109:12 111:1
   150:2
**law** 1:19 2:4 167:14
**lawsuit** 3:12 63:22
   105:17 118:6,10
   198:17 199:12
**lawyer** 6:1,18 118:18
   162:1,1,6,9
**lazy** 54:4 128:3 152:11
   159:1
**lead** 30:11
**leader** 52:21 213:5
**leaders** 120:5
**leadership** 9:4,8 21:21
   29:11 30:12 52:9,17
   52:22 53:1,1,2,3
   65:12 71:18 103:16
   104:10 119:21 120:2
   138:11,20 150:10
   157:12,17 158:15
   181:16 182:9 213:6
   215:16 223:21 224:1
   224:3,7,8,8,9,9
**learn** 119:4
**learned** 119:6,7,8
   125:16
**learning** 9:7
**leave** 10:20 16:15 23:9
   45:19 58:5,6 112:5
   115:1
**leaving** 30:3 117:5
   145:5
**led** 28:19 57:18 168:17
**left** 28:13,17 29:6 30:2
   30:2 40:1,2,2,17 41:3
   53:8 85:10 102:18
   114:7,8 116:16
   212:14 213:16
**legal** 99:12 167:17
**legitimate** 172:6
**leisure** 44:1
**let's** 17:13 24:10 25:7
   33:18 43:21 77:17,18
   102:7 155:16 160:13
   163:19 170:9 184:9
   219:22
**letter** 39:17 45:8,17
   46:8 73:20 75:14 76:6
   79:7 93:8 97:21 121:3
   121:4,5,10 122:15
   123:1,3,4,6,10,18
   124:3,5,10 125:19
   126:2,6 131:16 147:7
   148:3 150:15,21
   159:22 160:2,4
   175:14 179:6 184:14
   184:15,16 191:13,13

**letters** 39:17 122:2
   131:20 132:9 133:17
   134:1,7 188:5,11
   197:3
**level** 151:12
**levels** 224:10
**liaison** 21:9
**lied** 162:9
**liked** 145:18
**Lindsay** 37:2,4,17
**Lindsey** 134:15
**line** 47:6 80:4
**link** 17:3
**linked** 212:19
**LinkedIn** 63:4
**list** 127:9 128:5
**listed** 14:1
**listen** 23:14
**little** 8:18 9:16 14:19
   16:9 19:8 23:15 24:10
   37:20 41:11 42:18
   55:11 61:14,15 66:18
   74:19 90:3 99:12
   117:6 148:20 155:12
   164:5
**live** 8:11
**lived** 60:2
**liver** 205:2,5
**lives** 15:3 130:8
**local** 159:6,6 185:18
**located** 1:19
**long** 8:6 36:10 38:7
   48:19 50:2,8 54:11
   60:3 99:15 115:5
   137:16,18,21 138:1
   185:15
**longer** 32:5 46:4 146:11
**look** 7:6,15 10:4 11:11
   12:10,21 13:7,16
   24:16,21 25:14 44:9
   59:9 64:5,21 85:22
   87:2 97:13 102:7
   105:10 108:14 112:12
   122:13,19 123:19
   129:4,5 135:20
   136:18 139:11 141:19
   141:19 144:12 157:19
   157:20,21 158:3,5,6
   160:10 175:3 192:10
   195:14 197:21 200:1
   211:18 212:6 213:20
**looked** 58:15 129:9
   152:14 160:10 182:5
   193:20 220:22
**looking** 25:12 43:7
   46:22 62:19 65:1,2

147:17 216:4
**looks** 18:8 48:18 61:22
**loss** 16:20
**lost** 59:3
**lot** 11:8 19:12 23:4
30:10 32:10 39:20,20
40:10,11 49:7 54:7
62:17 77:12 111:5
120:9 157:2 172:16
180:7 210:21,22
213:3 215:1
**love** 15:1,15
**low** 104:12
**lump** 58:9 101:16 150:7
150:11
**lumped** 53:16 55:16
103:6 135:19 148:17
157:22 158:12
**lumps** 58:9
**lunch** 17:20 18:3 131:7
218:8 220:1,14
221:11,14
**lungs** 51:22

**M**

**M** 2:3,9
**ma'am** 169:8
**magazine** 126:3
**Magnet** 145:1
**mail** 36:9
**mailed** 132:10 133:12
**maintain** 155:6
**major** 24:5
**majority** 108:2 109:10
110:9
**makeup** 156:3
**making** 35:17 36:5
124:19 152:4 153:17
172:6 174:22
**male** 20:15,16 137:3,7
**male/female** 107:5
**man** 23:14 56:21 57:11
57:21
**management** 26:13
27:6,8 202:13,14
**manages** 183:3
**mandate** 221:19
**mandates** 90:10
**manner** 183:4
**March** 180:1 189:4
203:18
**marching** 15:14 17:16
17:18,19 18:4 19:4
23:16,18,20
**mark** 5:12 6:21 9:18
10:19 25:22 43:12
63:10 108:7 122:6
180:9 199:16 200:10

**marked** 7:3 9:22 11:1,7
12:3,7 13:3 26:4
43:15 44:9 45:8,17
63:14 108:11 122:10
122:19 164:20 165:2
175:4 180:13 191:14
191:15 199:19
**Mary** 114:4 137:1
139:14
**Mason** 9:4 21:20 65:13
138:11
**mass** 209:21
**master** 84:8
**master's** 9:3 21:21 22:3
22:6 65:12 68:6,6
69:9 84:6
**mastered** 183:9
**masters** 138:19
**MATEYA** 2:10
**mateya.kelley@dc.gov**
2:15
**matter** 1:5 54:15 99:7
129:6 131:11 145:14
224:14
**Mayor** 58:16
**MCPS** 140:9
**mean** 23:6 29:17 33:9
34:5 41:7,20 45:9
65:13 67:15 68:16
77:16 80:12 82:8
88:15 92:11,14 96:13
98:1,2,6 100:16
106:12 111:14 113:2
125:12 126:18 128:21
133:18 139:15 141:17
143:22 148:11,13
149:16 153:4 159:15
167:4 178:14 184:3
186:13 199:2 222:5
**meaning** 19:21
**means** 38:16,17 40:5
98:4 178:10 185:22
**meant** 150:14 155:9
178:22 182:8
**media** 26:8
**mediation** 17:5 19:13
26:11
**meet** 39:6,8,9,11 49:1
57:12 62:5 121:8
188:20
**meetings** 28:1 39:15
80:2 111:7
**melting** 20:14
**member** 186:22
**members** 94:20 177:14
**Mercer** 118:20
**merely** 174:19
**merit** 129:18 161:11

181:20 182:16
**merit-based** 59:17
100:21
**merits** 135:21 161:10
**Merlos** 137:9,13 138:9
143:19
**met** 144:5 192:1 213:16
**Metropolitan** 21:5
221:6
**mic** 25:8,15
**Michelle** 54:3 57:3 59:8
100:2 101:20 103:15
107:1 126:2,20 128:1
128:6 130:10 131:5
151:1 152:8 153:9,17
154:19 159:16,17
161:14,19 184:12,15
188:5,11 197:4
218:15 221:20
**mid-school** 95:8
**mid-year** 87:21 90:4,8
**middle** 48:19 49:22
105:22 106:3 112:4
140:13 179:18
**military** 26:9
**Miller** 37:2,4,10,12,16
40:7,9 134:17
**mind** 51:12 126:6
**mine** 132:12
**minorities** 101:13 107:9
**minority** 183:10
**minute** 165:6 172:4
204:21
**minutes** 43:19 131:9
**mirrored** 178:3
**mischaracterization**
171:7,21 172:12,14
**misconduct** 47:14,15
47:16 54:1 56:8,10
152:18 159:10,11
161:8 163:1,16
164:13 165:16 166:7
166:12,15,17 169:7,9
169:10 170:21 171:12
171:13 172:8 173:2,6
173:15,17 174:1,9
**misread** 173:1
**missed** 153:16
**missing** 88:20 129:11
129:13 160:14,22
**mistake** 162:7,8,13,15
162:17,22 175:1
**mistakenly** 162:2
**mistreated** 57:9 159:1
**moment** 145:17 154:12
**money** 152:4 153:7
155:2 223:14
**monitor** 220:1

**Montgomery** 47:20
53:20 55:20 82:19
114:16,18 140:9
144:19,22 145:11
146:7,9,22 147:1
153:11 154:7
**month** 119:6 132:13,14
**Month-to-month** 80:8
**monthly** 80:6
**months** 203:1
**Moore** 89:1 160:18
212:8,9
**morning** 4:9,10 28:1
**motivated** 158:15
**mouth** 73:9 149:6
**move** 15:9 16:8 21:12
61:11 62:6 72:1
147:17 181:15 198:21
199:3
**moved** 15:6 37:7,9 50:6
60:10,22 93:3 206:8
206:11,15
**moves** 120:12
**moving** 34:7 50:2 77:8
79:7 85:20
**multiple** 47:8,19 72:17
156:10
**music** 9:1 14:1,20 15:1
15:2,4,11,13,16,21
16:1,12,20 19:1,10
22:19 23:10,12,26 26:9
46:21 47:1 49:16,19
58:7,13 61:9,10,14
102:3,4,17,19,20,20
102:21 103:1 130:1,5
177:20
**musical** 74:4
**mutual** 19:18,18

**N**

**name** 4:14 21:6,7 22:1
49:18 56:10 66:22
67:17 71:21 127:12
127:13,14 134:16
142:9,11,15 143:5
145:10,11 161:6
184:14,15,16 194:14
194:19
**named** 32:2 127:8,11
128:11
**names** 32:14 70:20
71:16 194:2
**nation** 152:12
**national** 159:5
**near** 132:12
**necessarily** 86:12
**need** 23:15 25:1,3 51:5
83:15 99:3 147:16

179:4 216:2
**needed** 69:8,9 90:12
212:22
**needs** 183:8 196:13
**negate** 172:11
**negotiating** 114:5
**Neil** 35:16 75:22 76:1
**nest** 76:4
**never** 46:11 47:18 52:6
53:5 62:4,5 98:15
118:1 121:6,8,13,17
122:15 129:7,8 131:1
131:2 142:15 144:5
151:1,1,17 160:10
191:21,22 199:1
**never--** 129:7
**new** 27:2 33:7 37:17
42:15 45:21 49:15
50:21 51:3 63:8 78:16
85:5 90:16 112:22
113:13 115:17 119:20
120:2,14 125:18
142:18 191:12
**news** 53:16
**newspaper** 57:4 152:9
158:22 159:6
**Newsweek** 126:3
**nice** 223:14
**nine** 50:10,11 212:18
**nine-day** 213:11
**non-** 116:5 117:8
122:20 124:8 131:16
131:20 182:10 184:18
**non-reappointed**
189:22
**non-reappointment**
3:11 44:13 93:8
116:14 125:17 147:7
187:20 188:3
**normal** 102:12 219:20
**normally** 89:9 91:4
130:2
**Northwest** 4:18
**note** 162:19
**notice** 1:18 3:6,11 7:11
44:13,16,20 45:1
116:5,14 117:8
122:20 124:8
**notices** 117:11
**notified** 96:15,17,19
**November** 50:6 202:3,5
209:4 211:8
**nowadays** 63:3
**number** 13:2,10,13 47:4
64:7,16 65:3 66:4,6
84:11 86:1 94:18
97:18 101:12 105:14
109:7,22 112:14

113:6 116:3,8 139:12
144:12 157:6 175:12
175:17,18,22 176:2
176:12,12,22 177:4
177:13,19 195:15
197:22
**numbered** 64:9 109:6
**numbers** 96:9
**NW** 1:20 2:4,11

─────── **O** ───────

**object** 6:1 168:6
**objection** 31:12 69:5
123:13 124:11,20
156:10 161:18 168:10
171:5 172:6 173:3
**objections** 167:11
172:17
**obligation** 100:14
**observe** 77:13
**observing** 76:19,22
77:3 97:9,10
**obviously** 128:22
180:20 186:13
**occurred** 221:9
**October** 1:12 47:2
48:15,16 202:5,14
203:4 205:18 209:3
211:8 212:11,16
**OFF-MIC** 175:6 202:7
204:14 211:12
**offer** 146:15
**offered** 14:11 146:5,14
146:17 151:14 153:3
153:4 154:11
**offering** 155:2,3
**offers** 144:15 153:9,13
153:21 154:3
**office** 1:2 47:4 49:1
62:6 66:12 67:19
89:15 102:6,10
103:14 133:3 159:4
159:18 202:13 218:22
221:20
**Officers** 187:9
**offices** 1:19 2:4
**officials** 96:14
**old** 107:5 192:14
**older** 25:9,19,20
**once** 17:21 21:16 32:5
40:2,2 52:7 68:12
81:22 83:10 93:10
125:16 198:17
**one's** 84:7,9
**onsite** 221:7,20 222:5
**open** 38:10 48:7 63:7
67:2 82:15 165:11
**opened** 49:15

**opening** 49:16
**openings** 48:7
**opinion** 41:22
**opportunities** 30:4
32:11 47:22 54:2
56:14 57:1
**opportunity** 6:16 18:17
18:18 29:20 30:1
35:16 49:14 62:18
73:17 82:3 86:10
**opposed** 33:22 34:8
73:5 103:16
**organizational** 9:7
**organize** 51:6
**outgoing** 86:9,10
**outlined** 24:22
**outside** 18:6 21:9 31:5
31:5 51:7,7,9 74:13
75:10 115:9 203:12
**outstanding** 101:17
104:6
**overall** 87:20 217:9
220:22
**overlapped** 115:4
**overlooked** 32:5
**oversaw** 38:1 190:4
**owns** 20:2,4

─────── **P** ───────

**P-R-O-C-E-E-D-I-N-G-S**
4:1
**p.m** 131:12,13 224:15
**Packed** 45:19
**packet** 192:13
**packing** 117:5
**page** 3:5 13:2,3,4 38:10
65:4,4,5 66:11 70:5
72:6 73:19 75:13 76:6
86:3 87:3,5 97:16,17
97:21 105:11 109:6,7
116:2,8,11 123:19
124:2 136:19 144:12
165:11,13 175:12,13
175:16,19,19 200:9
202:19 205:1 207:16
208:9
**pages** 13:2 109:6
211:18 212:2 214:9
**pain** 201:5 207:20
208:1,14 209:16
**painful** 209:18
**pains** 201:1
**pan** 23:11
**panel** 70:15 147:22
**paper** 54:20,21
**papers** 164:17
**paragraph** 64:6,7,8,11
64:18 87:3 95:19 96:5

96:7 113:7,9 136:19
136:22 155:13,19
182:20
**paragraphs** 64:9
**paraphrase** 40:4
**parent** 22:21 194:10
**parents** 16:14,18 86:16
183:7 186:3
**part** 16:17,18 30:22
96:4 102:11 118:9
120:16 137:6 139:2
153:16 174:20 179:18
186:9 189:22 190:20
199:12 208:6,13,13
208:17 217:3 218:7
**particular** 15:20 16:10
34:10 47:18 82:10
97:9 127:15 149:8
223:18
**particularly** 39:13
**parties** 1:22
**pass** 209:18
**passed** 92:19
**passes** 39:12
**path** 216:13
**patient** 200:19,21
**Patricia** 3:18
**Patrick** 105:20 106:2
111:11
**paying** 78:16,18 85:5
**peace** 20:10
**Peaceable** 20:11
**peer** 17:4 19:13 26:11
**pending** 198:17 199:12
**people** 21:5 37:17 40:9
48:3 53:17,17 55:16
63:5 68:10 101:12,14
101:16 103:7,12
104:15 107:2,7 111:7
115:9 120:10,14
124:9 128:5 133:6
148:20,21 149:17
150:5,9 156:3 157:5,7
158:12 174:18 176:13
177:6 182:7 185:22
191:10 197:14 221:20
222:5,6
**percentage** 17:10
**perception** 150:8
**perfect** 74:3,6,9 79:3
160:19
**perfectly** 74:6
**performance** 15:16
96:3,15 97:11 106:19
**performances** 23:1
26:10
**performed** 39:2 41:16
**performing** 22:18 23:2

23:3
**perimeter** 221:4
**period** 17:13,20 18:1,3
22:20 23:22 49:10,10
55:7 77:18 91:17
158:17 174:21 190:12
**periodically** 79:20
**periods** 13:13
**permitted** 179:9
**perpetrated** 159:12
**person** 19:21,22 37:17
40:9,17,20 41:5 52:2
66:22 67:17 101:3,4
102:8 110:9 125:1,3
130:9 137:8 140:3
141:14 149:8 150:16
158:9,9 163:11
170:16,18 182:19
183:3 184:14 194:20
195:7
**personal** 123:14 124:12
**personally** 111:2,9
188:16
**personnel** 97:22 129:10
161:15 168:16 174:8
**Pete** 3:15,18
**Peter** 114:3
**PG** 47:21 55:19 56:1
145:6 146:10,20
**Ph.D** 215:2,5,18 216:6
216:10,20 224:1
**PhD** 84:9
**phone** 67:15 170:17
**phonetic** 74:8 133:3
172:11
**phrase** 155:21
**physical** 24:20 26:7
51:10,13 52:5,6
**physically** 57:19
**physician** 200:12
**piano** 49:4
**pick** 55:5
**picked** 170:17
**piece** 54:19,20
**Pierre** 3:15 123:7 195:3
**pink** 159:4
**place** 34:9 75:9 91:3,16
100:8 159:9,13 163:9
187:19 218:7 221:16
**placed** 47:6,15,17 48:3
48:7,16 49:2 56:15
66:14 152:20 161:15
165:15,22 168:16
**placement** 49:22
**places** 72:17
**Plaintiff** 1:7 2:2 10:8
**Plaintiff's** 3:6,7,9,10,13
3:16,20 11:16 108:20

**plaintiffs** 118:10
**plan** 39:7 213:11 218:8
219:1,22 220:2,14
221:11,14,19
**plate** 31:21
**playing** 130:6
**please** 4:13 5:16 6:5,8
6:21 7:6 9:18 10:4,19
11:11 12:4,10 26:1
43:12 59:14 63:11
64:5,8 93:15 97:13
105:11 108:8,14
109:5 110:4 112:13
113:4 122:7,13
144:11 153:14 160:11
164:21 180:10 192:10
199:22 223:1
**PLF** 1:8
**plus** 84:8 103:2
**point** 8:10 34:10 43:17
65:8 71:11,11 85:9
92:19 93:12 94:1
148:4 160:18,19
162:4 181:1,2 190:19
198:20,22
**points** 53:4
**Police** 221:6
**policies** 33:5,12,21
34:8,9
**policy** 35:6 36:11
**pool** 66:15 68:1,10,12
68:16 69:3 76:9 78:1
78:10,12 80:17 84:16
**Pope** 105:20 106:2,13
107:11 111:11,14
112:2,3
**Pope's** 106:19
**population** 21:11 22:21
50:22 140:6 177:5,21
178:2
**position** 14:1,11 18:17
18:21 22:4,7 45:21
46:2,7,10,10,18,20
47:8,9,20,21 56:17
60:13 63:8 67:2 71:4
74:7,10 84:17 100:17
106:9 114:13 125:18
144:22 154:7,8 156:2
157:11 158:18 165:21
165:22 183:5 187:11
187:14 197:1 213:14
**positions** 42:9,15 47:7
47:19 62:20 125:14
146:6,14,15 149:4,10
151:12,15,21 153:4
153:21 154:9 155:9
181:16
**positively** 183:10

**possibility** 189:8,9
**possible** 162:13,16
167:8,12 168:5,7
172:21
**possibly** 62:7 141:22
**post** 27:12 127:2,2
**pot** 20:14
**power** 100:2
**practice** 15:2
**prepare** 7:18 23:16
**prepared** 10:11,12
12:15,15
**prescribe** 201:17,21
**prescribed** 209:9
**prescription** 202:15
205:10 207:11 209:14
**present** 1:21
**presented** 27:7
**President** 18:15 23:2
**Presidents** 130:6
**press** 147:9
**pressure** 201:15
**pretty** 91:18 162:12
**previous** 28:20 30:8
129:4,8 175:16,18
182:5 206:18
**previously** 177:3
**primarily** 216:4
**prime** 83:22
**Prince** 53:21 82:18
144:19 153:11
**principal's** 30:17 78:10
78:11
**principals** 28:3 30:5
32:15 34:7,14 35:10
36:17 41:12 48:5,5,6
48:8,9 57:16 69:21
72:15,16 74:16 78:16
85:5 88:10 90:10
103:3 107:16,16,18
107:20,21 108:3,3
109:10,11 111:3,3,10
111:10,15,15 112:18
112:19,22 113:1,10
113:11,14,14,17,18
113:18,22,22 115:18
119:8 121:20,22
125:21 127:4,4,10,13
128:12,15,17,20
131:20 136:2,3
138:16 142:19 147:13
148:8,15,16 149:10
152:9,10 178:2,2
183:16
**principalship** 31:22
32:1,5 37:8,9 47:21
82:9
**prior** 44:20 87:12

114:13 116:5 117:8
205:5
**privy** 31:1 163:15
189:14
**probability** 152:7
**probably** 132:3 133:19
150:6 154:13 210:7
210:16
**problem** 44:4 49:21,21
51:21 173:7
**problems** 20:20 183:3
217:5 221:8
**procedures** 128:18
**Proceed** 172:16
**process** 66:19 74:21
75:1 89:21 90:3,21
96:4,16 97:3,5 102:12
107:12 129:1,1,3
150:13 179:6 188:17
189:22
**producing** 23:12,13
**product** 9:13 150:13
151:3
**production** 3:8,10,14
3:16,20 11:18 108:22
**professional** 26:11
27:1 177:18
**profile** 130:7
**program** 15:13,14
16:13 23:9 50:14,15
50:16,19 58:3 61:14
138:19
**prom** 223:15
**promotion** 145:6
**properly** 154:5
**property** 40:3
**protocol** 75:11
**provided** 13:17 201:10
**providing** 166:16
**PT** 21:14
**PTA** 18:15 22:1
**public** 9:13 111:6
127:17,20 128:11
140:2,9 157:12
**pull** 19:20 71:15
**pulled** 52:4 56:14
**pulling** 107:6 118:22
**purposes** 222:21
**pursuant** 1:18
**pushing** 69:20,20
**put** 17:15 20:6 34:9
35:20 39:13 49:3
50:13 62:21 63:3 73:9
145:10 152:8 159:6
161:7 163:1,14
166:17 171:13 202:9
213:11 223:13
**putting** 35:17 36:4

218:7

**Q**

**qualifications** 29:1
41:13 80:11 116:22
134:18,22 140:20
**qualified** 64:13 134:12
140:18
**qualifies** 65:10
**qualifying** 71:22
**question** 5:16,17 6:7,9
34:3 42:13 47:17
82:14 93:15 110:16
119:11 123:13 124:13
124:13 144:14 161:3
161:3 167:12,13
170:12 173:4 184:4
206:7
**questions** 5:1,7 30:15
101:4 131:16 156:11
158:7 182:2 191:8
222:12 224:11
**quick** 163:19 191:2
214:14
**quiet** 17:21
**quite** 71:6 84:12 91:10
104:13,14 149:13
150:5 163:7,8 170:2
186:8
**quote** 57:16

**R**

**race** 29:3 42:4 58:10
104:17 106:17 110:12
135:18 136:1 143:19
148:22,22 151:6
155:22 157:14 158:13
158:17 174:18,19
181:19,19 182:12,13
182:15
**racial** 118:14 156:3
**racially** 158:14
**racism** 159:14 161:11
**radar** 93:2
**radiology** 207:16
**raise** 84:3
**raised** 223:14
**Ralph** 35:16 75:22,22
**ran** 85:6 100:17 220:17
**rare** 83:17,21
**rarely** 80:2,5,9
**rate** 21:7
**rationale** 166:12 184:11
**read** 58:22 99:22 165:7
171:14,22 172:13
202:19 210:13 224:13
**ready** 78:19,22 211:13
**real** 24:5

**realized** 54:2 62:4
72:14
**reapply** 68:13 178:16
179:1,5,9,12 180:4
189:16
**reappoint** 192:6
**reappointed** 42:9 44:17
48:9,12 92:16 93:13
93:17,19 94:3 100:9
106:1,14 118:3 119:5
119:16 128:5 135:16
136:10 142:6 156:4,8
156:17 176:14 181:9
184:19 190:9,17
**reappointment** 94:4
97:19 116:6 117:9
122:21 124:9 131:17
131:21 182:11
**reason** 59:4 81:19
128:15 146:9 153:13
154:2 156:16 172:8
172:14
**reasonably** 97:19
**reasons** 53:18 166:5,11
171:4,11,13 172:3,10
**reassess** 203:2
**receive** 47:12 54:9,11
132:11,22
**received** 44:17,19,22
45:7,17 67:14 116:13
122:20 123:2 124:8
126:1 133:16 134:7
151:17 164:12 198:4
**receiving** 116:5 117:8
**recipient** 180:22
**reciprocity** 19:18
**recognize** 7:7 10:5,6
11:13,14 12:12 44:10
63:17 108:17 122:14
180:19 194:2
**recommend** 182:21
202:21
**recommendation**
202:10
**recommended** 186:10
**reconsider** 182:21
**reconstituted** 186:11
**record** 4:14 54:16 60:6
86:20 99:8 131:12
158:4 163:10,21,22
164:2 170:2 171:18
191:4,5 202:20
204:15,16 206:5
214:19,20 222:22
224:15
**RECROSS** 3:2
**redirect** 3:2 222:14
**refer** 38:12 208:11

**referred** 7:2 9:21 10:22
12:6 26:3 43:14 63:13
108:10 122:9 165:1
180:12 199:18 204:3
209:6,7,8
**referring** 79:9 82:12
83:1 110:1 165:13
202:18
**refers** 112:22 113:13
**refreshed** 43:20
**regards** 33:21
**region** 204:8
**regions** 53:20
**regular** 39:5,15 75:11
**regularly** 222:6
**regulations** 81:10
**rehired** 185:4
**relate** 204:12
**related** 40:20 171:13
173:22 194:6 205:4,5
205:7 207:19,22
209:10 210:5,17
211:2
**relationship** 16:6,7
27:20 40:14 58:4
77:13,19 111:13,13
111:19 112:1 129:6
135:22 138:17 140:2
141:7 213:6
**relationships** 14:22
15:15 19:15 27:9
40:10 43:5 57:7 58:2
83:18 140:4
**released** 181:6 183:17
**relevant** 216:6,16
**relieve** 209:16
**remain** 219:3
**remained** 106:9
**remedies** 221:8
**remember** 21:7,19,22
21:22 22:8,9 28:6,9
30:21 35:14 38:3
44:22 49:17 66:22
67:4,6,17 69:7,15
71:2 73:16 75:7,8
78:2 79:5,14 91:16
95:12,14 116:17
126:22 127:7 132:1
133:20 138:2 145:10
164:9 185:14 189:10
193:2,2 194:14,16,19
194:20 205:2 220:3
**remind** 222:20
**remove** 181:15
**removed** 107:2,3
157:12 174:12,13
181:17
**rephrase** 45:13 93:14

**referred** 153:14 156:13 167:18
**replace** 136:5,14
176:13
**replaced** 137:1,7
139:17
**replacements** 116:7
**report** 67:17 196:11
207:16 208:18 214:10
**reporter** 5:12,18
**repping** 19:21 20:7,7
**representative** 212:9
**reputation** 53:15
**request** 3:8,14 11:17
108:22 110:2,14
**requested** 52:8 55:7
174:11
**requests** 3:7,10,13,17
3:21 10:9 108:21
**rescind** 150:18
**research** 78:22 215:14
**resources** 46:1 56:5
63:5
**respect** 19:19 30:10
172:17,18 183:6
**respectful** 183:4
**respective** 1:22
**respond** 5:17 167:15
**responded** 18:20
**responding** 112:15
136:20
**responds** 144:14
**response** 6:5 66:3
97:17 112:14 116:2
176:11,21 194:12
196:19
**responsibilities** 20:19
27:19 37:22 43:1
**responsibility** 39:6
166:15 173:18
**responsible** 88:1,7
94:13 217:2
**rest** 23:20,21
**restroom** 99:4
**restructuring** 178:11
178:19 179:22 180:3
181:4,8 182:8 183:16
184:21 185:9,19
189:2,3
**result** 188:2 203:15
**resume** 3:9 12:13,15,18
24:17,21 25:1,2 58:15
58:22 59:9 63:6 158:6
192:15 215:10
**resumed** 54:16 99:8
131:12
**resumes** 65:8
**retain** 154:16,17,20
183:8

**retire** 62:9
**retired** 193:15
**retirement** 98:1
**retiring** 98:6
**retreat** 46:1,5,9,18
  56:17 154:15 197:1
**returned** 29:9 52:7
**review** 6:17 8:3,7,9
  10:10 11:19 64:2
  109:2
**reviewed** 10:15 110:15
  174:7
**reviewing** 8:12
**Rhee** 54:3 57:3 59:8
  100:2 101:21 103:15
  107:1 126:2,20 128:1
  130:10 131:5 151:1
  152:8 153:9,17
  154:19 159:16,17
  161:14,19 184:12
  188:6,11 197:4
  218:15
**Rhee's** 128:6 184:15
  221:20
**rid** 148:14,15
**rightfully** 155:8
**rights** 46:2,9 154:15
**risk** 17:5 202:13,13
**role** 14:20 16:17 22:17
  26:17 33:2 39:5 79:18
  86:8
**roles** 35:1 61:8
**roll** 172:5
**Ron** 57:11
**room** 51:2 60:2
**Roosevelt** 53:10,12
  61:1,12,18 67:3 70:7
  70:16 71:1,4 72:18
  83:19 177:10,12
  198:11
**routine** 210:9
**rule** 81:15
**rules** 4:21
**run** 83:8
**running** 190:19

———————
**S**
**safe** 221:2
**safety** 17:6 21:1,2
  26:13,17 220:6,8,16
  220:17 221:14,15
**salaries** 115:10,20
  154:18
**salary** 78:17 80:18,20
  154:16,20,22 155:6
  197:16
**Salin** 145:9,21
**Sampson** 120:16

194:15
**Sar-U-Ra** 142:13
**sat** 19:2 49:1
**saw** 10:14 16:6,7 18:15
  18:18,19 54:3 58:15
  59:6 110:19 116:15
  121:7 131:1 150:17
  152:16 192:2 193:20
**saying** 27:1 34:17 54:3
  110:17 158:14 161:18
  166:11 170:8 184:1
  187:13 189:7 215:4
**says** 73:20 75:14 98:10
  109:9 112:21 113:6
  117:7 166:3,6,13
  171:3,9,12 172:7,8
  173:5,16,17 181:4
  193:3 198:3
**scale** 84:7
**scared** 21:8
**schedule** 169:8 219:21
**scheduled** 169:12
**school's** 127:14
**schools** 9:14 20:11
  79:16 82:18,19 91:10
  111:6 127:10 128:11
  128:12 131:4,5 140:2
  140:10 157:13
**science** 26:9
**screaming** 51:10,15,16
  51:18,22 213:10
**screams** 52:20
**seasoned** 176:15
**second** 3:10,13,17,21
  9:3 17:13 18:1 22:20
  23:22 49:2 64:14
  77:17 79:12 108:21
  109:20 110:4 121:21
  123:19 124:2 137:5
  166:13 181:2 209:8
  222:16
**secretary** 160:19
**secure** 45:21
**security** 26:13,17 217:3
  217:6 220:8,16,17
  221:3,4,7
**seeing** 120:19 124:22
  125:2
**seeking** 195:13,16,20
  196:3
**seen** 120:10 122:15
  165:20 168:15 193:18
**select** 86:10
**selected** 31:22 70:9,19
  70:21,22 71:8 72:17
  72:18
**selection** 66:14 70:15
  71:14 86:13,14

**send** 35:21 71:12 98:13
  150:21 167:2 193:17
  193:21 212:22
**sender** 180:22
**sending** 57:14
**senior** 9:12 15:6 17:7
  28:21 38:13,14,22
  39:1,7 40:5,21 41:2
  61:3 67:3 70:16 72:8
  75:15 79:16 80:2
  112:5 128:13 132:4,5
  132:6,19 138:12
  145:15 146:21 148:2
  177:10 181:4 223:7
  223:13
**seniority** 40:8
**seniors** 39:7 132:3
**sense** 24:13
**sent** 32:14,15 45:3
  67:15,16 72:15 89:4,4
  89:15 159:22 160:17
  166:22 179:5 181:3
  188:5 191:15 193:1
  197:3 202:13 212:6
  212:11 213:15
**sentence** 64:14,15 98:4
  137:6 166:13 171:14
  171:20 172:1,13
  202:19
**separate** 40:22 135:13
**separately** 89:6
**September** 14:6,15
  15:5 18:8 57:1 152:22
  162:2 169:13 174:3
  200:20,22 201:19
  206:2 207:18
**serious** 162:12,15
**serve** 64:13 65:10
**service** 161:5 162:22
  168:22 170:10 174:17
**Services** 162:17 163:9
  165:18 166:20 167:10
  168:9 169:17 170:16
  172:22 173:12 174:22
**serving** 92:5 109:11
**set** 3:7,8,10,13,14,17,21
  10:9 11:17 83:17
  108:20,21 213:20
**setting** 83:21
**setup** 74:12
**seven** 20:17 43:3
**Seventeen** 110:2
**shadowed** 182:4
**shake** 6:6
**shared** 224:8
**shooting** 21:5
**short** 85:3,16 99:3
  115:16

**show** 5:11
**shrink** 177:20
**sign** 98:13 138:10
**signed** 99:17 160:2,4
**significant** 176:12
**similar** 15:12 52:19
**simply** 100:18 158:19
  204:10
**simultaneously** 104:22
**sin** 46:8
**sit** 19:16 29:11 57:10,12
  87:20 90:4
**sitting** 110:18
**situation** 24:5 75:9
**six** 13:4 38:10
**skills** 141:20 213:7
**skin** 107:8
**Slater** 49:18,18
**sleep** 209:12
**slip** 159:4
**smaller** 177:5
**Smothers** 55:9 60:10
  61:11,13 206:10,11
  206:12
**snail** 36:9
**social** 26:7
**solely** 157:14
**somebody** 24:8 30:3,7
  47:15 49:14 52:15
  53:4 59:6 73:6 101:7
  102:10 124:6 150:16
  150:20 152:17,19
  161:5,9,20 173:13
  174:16 185:10 197:15
**someplace** 69:8
**sorry** 9:6 13:5 33:15
  34:16 45:12 64:14
  66:6 95:22 96:6
  134:15 155:16 170:13
  173:18 175:20 192:12
  194:8 196:1 211:15
**sort** 4:21 65:9 204:22
  220:14
**sought** 53:19
**sound** 142:9,14 143:5
**Sousa** 49:14,22 50:6,9
  55:6 57:20 204:8
  212:15,18,21
**Southeast** 58:3
**Southwest** 20:1,8
**speak** 115:2 118:5
  125:17 126:13
**speaking** 128:10 157:1
  157:2
**speaks** 156:4
**special** 104:6
**specific** 17:1 28:19
  33:5,12,21 37:20

65:19 68:18 78:6
79:14 80:5 83:1 105:2
105:3,4 121:13
212:17 216:2 217:22
**specifically** 13:1 34:13
36:18 42:19 65:9 72:2
78:2 97:16 104:18
112:22 113:13 118:16
123:21 127:8 128:8
136:19 141:1 155:20
161:6 178:6 195:19
215:17 217:17 220:20
**speculation** 123:14
124:16 167:13 168:6
173:3
**spell** 4:13
**spend** 17:19
**spent** 17:11 23:21
**split** 18:22
**spoke** 47:5 75:22
**spot** 131:7
**spring** 180:5 222:3
**Spruell** 194:18
**staff** 16:9 83:19 94:20
177:13 221:7
**stage** 24:3
**stand** 4:7 187:7
**standard** 102:14 103:5
129:20 158:1,2
**standing** 51:8,8,13,16
213:9
**stare** 172:5
**start** 5:3 6:8 12:20
13:22 20:9 38:22 47:1
52:4 90:6 107:6 137:5
147:16
**started** 13:6 14:14
48:14 55:8,14 57:18
153:2 201:3,12 206:1
210:18 213:10
**starting** 60:21 204:19
207:9
**starts** 87:3
**state** 4:13 43:8 46:8
87:5 195:16
**stated** 19:3 56:2 70:7
82:4 85:3 90:19 97:4
160:16 170:1 172:14
173:11 176:21
**statement** 127:22 128:6
152:8 170:20 173:15
177:1 181:7 183:15
**statements** 126:19
153:12
**states** 1:1 23:3 47:1
**stating** 125:21 127:3
174:8
**stationed** 76:12

**statistics** 177:8
**status** 98:1 99:12
179:22 182:8
**stay** 16:19 51:5 68:13
121:1 128:20 155:1
**stayed** 60:15 61:5
107:13,17
**staying** 97:18 117:16
121:15 125:9 221:16
**stellar** 58:3 59:20
**step** 36:16 70:3 81:1,9
**Stephen** 86:4
**stepped** 213:14
**steps** 217:17
**stereotypical** 150:8
**stone** 49:6 207:22
**stones** 201:1,6,12
208:12 209:6,7,17
**stop** 131:7
**stopped** 61:22 89:12
92:5
**stories** 127:8
**straight** 53:11
**Street** 1:20 2:4,11
**strengthen** 72:22
**stress** 49:8 54:8 57:18
201:7,11 205:15
206:1,7 209:8,11
210:21,22 213:3,12
**stress-free** 202:22
203:5,7
**stressful** 53:13 54:7
206:15,17,18,21
207:4 213:7
**strong** 73:2 175:15
200:10,15,16 202:9
207:12 214:10
**Strong's** 200:20 205:6
210:17
**strongly** 182:20
**student** 19:5 21:10
27:10 33:18 34:18,18
34:19 35:7 39:12
56:17
**students** 15:1,15,18
16:1,4,6,8,12 17:2,5
17:12 18:6,16,20 19:9
19:13,16 23:6,7 26:14
26:19 27:3,9,12 39:15
40:11,12,15 43:6 46:3
46:5,11,19 49:3 58:12
61:16 83:20 86:16
102:17 103:2 104:11
129:22 138:18 141:8
183:7,10 186:2 197:1
217:8 218:8 220:1
**students'** 130:8
**studied** 223:22 224:9

**studies** 26:7,8
**study** 224:5
**studying** 52:22 53:1
**stuff** 21:9 45:19 77:9
80:3,3 117:5 147:17
201:14,15 210:8
217:15
**sub** 24:8
**subject** 76:5
**subjected** 105:15
107:12
**submitted** 10:16 11:22
109:3 110:16 150:15
152:17 214:2,5
**Subsequently** 154:22
**substance** 123:18
**substantive** 4:22
**succeeding** 130:4
**success** 39:3 183:11
**successor** 86:11
**sudden** 56:14 59:21
101:7 152:13 160:21
**sued** 96:16
**sufficient** 166:16
173:20
**suggests** 209:12
**suit** 199:13
**Suite** 2:5,11
**suited** 61:16
**SUJI** 2:3
**sujisutler@gmail.com**
2:7
**summarizing** 55:5
**Summer** 73:18
**superintendent** 23:4
32:16 58:18 62:7,8
71:13 76:1 79:15
81:14 103:22 104:2,3
204:8
**superintendent's** 133:3
**supervising** 190:16
**supervision** 161:9
190:8
**supplemental** 3:7 11:16
86:1 113:5
**support** 41:10 119:2
156:6 158:20 166:16
223:15
**supported** 41:7 42:20
42:22
**supportive** 125:14
**supports** 165:21
**supposed** 46:9 56:16
59:17 154:15,17
155:5
**surgically** 107:2,6
**Susan** 195:9
**SUTLER** 2:3 175:22

191:18 192:14 196:7
196:10,13,17,20
**sweep** 121:21 147:13
157:18
**swept** 147:10 148:9
151:4
**sworn** 4:6
**symbolic** 52:9
**system** 58:9 59:6 80:22
81:1 111:16,22
114:11 126:4 128:11
141:17
**systems** 144:20 154:2

---

**T**

**tainted** 53:15
**taken** 54:2 153:1
**talk** 8:18 9:15 17:5,6
19:16 24:10 29:13
60:3,4 96:2 97:21
99:11 114:2 115:8
116:11,19 117:2
118:8,13 119:14
125:8 139:7 149:12
155:12,20
**talked** 7:20 35:16 52:10
77:12 88:22 95:20
96:18,19,22 97:1
116:12 118:21 126:19
137:6 144:5 147:3,21
151:1 170:6 193:19
204:22 211:10 212:1
215:1 221:10
**talkie** 24:3
**talking** 5:19 7:21 13:22
64:17 70:6 79:8 82:16
83:6 98:9 113:9 126:3
140:1 141:1 175:14
184:6 197:14,18
201:13 217:8,9 224:6
**Tarason** 16:5 17:17
19:2 22:12 23:13 28:5
28:8,12,17 29:5 30:2
42:22 58:21 69:19,19
74:2 86:4,6 88:3,14
89:2 112:10 215:19
**Tarason's** 160:20
**target** 73:14
**targeted** 155:22
**task** 56:7
**taught** 20:17
**teach** 15:1,2,15 16:19
17:4,5,14,22 18:3
24:6 58:7
**teacher** 14:1,20 15:12
15:21 16:2 19:1 22:19
23:13 46:21 47:1
49:16,19 50:12,13

51:11,13 52:5,6 58:13
68:3 70:16 102:17,20
102:20,21 130:1,6
155:1,3 158:5,6 177:2
193:7
**teachers** 23:10 26:10
26:12 27:2 40:11
41:19 43:5 50:17 77:4
77:5 86:16 94:14,22
102:19 103:1 177:4
177:13,20,21 180:7
184:18 185:3 186:2
189:16,18,21 190:7
190:16
**teaching** 15:17 17:10
17:11,20 19:9 61:8
102:4 146:14 151:14
151:21 153:3 154:9
**team** 117:11 119:21
120:2,18 180:7
182:10 185:19
**teenager** 21:6
**Teens** 20:18
**television** 126:20
158:22 159:5
**tell** 6:8 33:10 38:15
55:13 56:7 66:18
70:18 77:15 84:18
90:5,13,14 92:18
101:8 123:19 144:18
146:13 154:2 156:7
156:16 194:1 195:19
197:15 204:3,6,11
205:1 215:17
**telling** 115:9 124:17
**tells** 6:2 80:16
**template** 167:17 168:2
**Temple** 2:3,4 5:13
111:12 134:13 156:10
161:18 165:6 167:11
167:19 168:10 170:11
171:5,7,12,16,19
173:3 175:5,9 176:3,7
180:15 184:5 191:3
222:15,19 224:11,13
**tenure** 36:18
**term** 19:19 173:21
**terminate** 126:9
**terminated** 43:8 47:14
47:16 53:17 54:4
55:17 56:8,12 57:5
92:13 93:10 101:14
102:22 103:11 104:12
107:14 110:22 128:2
128:15,17 130:20
147:9 148:21 150:7
157:8 163:10,16
165:15 169:7 170:21

173:1,14,22 174:17
179:14,17 190:11
191:21
**termination** 55:15
148:4 150:19 191:15
191:20
**terms** 33:5 45:10
210:14
**test** 208:11 211:2
**testified** 4:8
**testify** 171:18 188:21
**text** 133:19
**Thank** 10:2 26:1 32:20
44:6 45:15 55:2 110:5
180:15 203:3 207:14
214:17,18
**Theodore** 67:3 177:10
198:11
**thick** 38:9
**things** 4:22 17:21 24:4
32:8 36:9,10 54:5
57:8 59:17,18 62:21
63:3 97:9 128:7
141:18 153:22 200:7
221:1 223:6
**third** 9:5 79:12
**Thomas** 76:7,10
**thought** 30:11 40:15
74:2,9 86:7 100:20
101:1,18 112:6
119:15 135:3,14
140:18 150:20 157:15
157:16 215:5
**three** 9:11 19:6 36:20
58:12 102:15,22
122:1 129:22 130:3
138:3,3 149:4 157:7
181:5,16
**threw** 160:6,7
**thrown** 150:4
**Thursday** 1:12
**times** 27:7 32:11 39:2,3
40:11 47:5,8 90:15
120:9 180:7 204:4
**timing** 131:16 153:8,22
**title** 79:14 188:8
**to-day** 19:11 24:14
**today** 6:12 7:13,17 11:8
204:4
**today's** 7:18 8:7
**told** 18:22 22:4 29:7
30:10 46:4,16,18 47:5
49:20 51:11,20 52:13
53:6 67:13 70:11
78:11,18,19 80:17,18
81:3,16 83:4 86:7
94:16 115:16 138:8

138:18 146:7,11
165:10 169:6,22
174:3 179:4 180:6
197:13 198:20 199:11
201:8
**tone** 52:18
**top** 51:22 53:3 87:5
166:6 175:13,18
181:2 208:9
**top-down** 224:7
**total** 16:20
**totally** 22:8 75:8,9
151:6 178:15 182:12
182:12,15
**touch** 54:6
**town** 132:11,18,21
133:4,7,17
**track** 39:10,16 59:7
**transcript** 5:18 6:17
**transcripts** 170:3
**transfer** 52:8
**transferred** 49:13
**transformational** 224:8
**treated** 112:19
**treatment** 105:16 106:8
113:10 201:10 205:6
205:7 210:6,17
**Treva** 37:11,12
**trial** 56:9
**tried** 23:9 50:13 182:13
182:14 213:11 219:9
219:10,11 221:1,21
**trip** 51:1,2,5,12 52:8
132:4,5,6,19 145:15
146:21 148:2
**true** 52:21 209:13
**Trump** 52:20
**trust** 183:6
**truthfully** 6:12
**try** 35:3 45:21 58:8
219:5 221:8
**trying** 56:16 58:1 59:16
59:22 75:4,5,6,6
81:22 92:20 93:3
112:4 122:22 162:21
163:2 203:9 209:16
209:17 216:9
**Tucker** 3:19
**turn** 23:13 86:19 105:11
109:5 124:1 151:8
175:11 189:2 192:11
195:12
**Turning** 73:19
**TV** 54:3 57:4 125:21
**two** 11:8 31:22 34:14
48:20,21 49:5,9 50:4
67:9 70:9,12,20 71:8
71:12,16,16 103:1,1

104:21 105:2 128:7
154:1,18,21 155:6
167:11,13 196:8
197:17 203:1 206:18
207:4 211:18,22
212:2,2 214:9 215:12
223:3,3,6
**type** 20:13 74:12
**typically** 91:2,11
**tyrant** 52:19

---

**U**

**UDC** 8:22
**underneath** 24:2,17
**understand** 6:7,9 20:3
34:2,17 35:19 43:2
47:22 52:1 53:21
59:16 82:17 86:6
92:13 101:3 110:17
113:16 139:4 148:19
153:5 156:2 157:8
158:18 160:2 181:8
184:3 187:13 201:2
213:2
**understanding** 39:18
96:2
**Understood** 217:1
**unemployment** 47:11
47:11,13 53:15 54:12
56:4,5 152:14,16
161:22 163:11,15
164:5,16
**unh-unh** 6:6
**unhappy** 128:22
**union** 154:16 155:7
186:22 187:4 212:9
**unit** 187:12
**United** 23:3
**University** 9:5,9 21:20
65:14,15
**unlawful** 182:11
**unquote** 57:16
**unsatisfactorily** 157:10
**unsatisfied** 30:7
**unspecified** 166:5,11
171:3,11,13 172:3,10
**UNTIED** 1:1
**unusual** 120:7 203:21
**update** 35:14
**updated** 196:14
**upset** 16:14 59:4
**upsetting** 59:10
**use** 99:4 129:14

---

**V**

**v** 1:8
**vacancies** 68:17,19,21
82:15

**vacancy** 21:17 22:11
   31:4,6 72:7,11 73:21
   75:15 82:11 83:1,4
   84:20
**Valencia** 37:11,12
**value** 101:2 102:16
   130:8 150:17 215:14
**values** 103:15,17
**various** 183:12
**verbal** 6:5
**verbatim** 172:1
**version** 25:9
**versus** 17:11 131:17
**veteran** 158:15
**Vice** 23:2 130:6
**video** 222:17
**view** 150:8 221:13
**visit** 203:10
**visited** 117:7
**visiting** 116:13
**vocal** 102:19,21
**voice** 67:12
**volunteers** 220:1

### W

**wait** 5:16 172:4 206:6
**waiting** 75:3 84:20
   213:9
**Waits** 114:4,9,16 137:1
   139:14 143:18
**walk** 90:2
**walkie** 24:3
**walking** 80:13,14 85:18
**wanted** 17:19 19:3 23:8
   30:7 33:22 52:16
   55:22 58:7 86:8 112:3
   150:18 153:21 158:16
   219:3
**Washington** 1:13,20
   2:5,12 4:19 9:8 20:2
   65:13,15 127:2
**wasn't** 24:5 27:17 30:21
   31:1 32:18 36:8 37:16
   40:9 51:12 52:9 57:22
   72:18 75:10,11 81:20
   93:1,1,2,19 94:3,4
   107:14 129:18 133:4
   139:2 148:22 149:3
   152:21 161:10 162:8
   174:14 181:20 184:13
   184:14,15 198:16
   202:15 205:10 210:16
   213:2 219:6,7 222:1,3
   222:9,9
**watch** 177:21
**watched** 177:19 182:4
**water** 160:7
**way** 8:17 42:22 63:5

88:16 92:19 158:3
   180:5 183:6 188:17
**week** 45:5 49:9 80:6
   83:13 91:6 101:9
   115:6 116:16 126:9
   132:13
**Week-** 80:7
**weeks** 48:20,21 114:8
   179:19
**went** 16:16,17 32:1 47:4
   47:10,22 49:7 51:7
   54:7,16 66:21 74:7
   83:11 99:8 107:2
   131:12 133:2,6
   144:18 145:8,15
   146:10,21 147:21
   152:11 157:4,5
   158:22 161:21 190:12
   198:12 200:15,20,22
   201:5 205:15 216:10
   219:20 224:15
**weren't** 19:9 23:11 48:9
   70:9,19 98:12 107:17
   132:10,21 133:7,18
   154:11 190:20 212:21
**whatsoever** 103:8,11
   129:5 192:3
**white** 105:15 106:5
   107:4,16,18,20 111:3
   111:10,14 112:18
   113:10,18,18,21
   137:1 177:13
**Whittle** 76:7,10 77:20
   80:16 83:7 85:1 97:8
   102:2 115:13 121:16
   125:9,13 126:5,7
   130:22 190:18 222:8
**Wilhoyte** 52:10,11,12
   203:11 204:4 212:8
   213:1,17
**Williams** 28:5,15 33:1
   33:20 37:4 40:13
   42:20 70:13 71:5 88:5
   92:1,16 94:8 95:15
   96:22 118:3 119:9,15
**Williams'** 29:3 41:7
   127:12
**willing** 198:21 199:2,4,7
**Wilson** 9:12 15:6,12
   17:7 18:10 20:13
   27:22 28:4 30:12
   36:14,17 55:17 69:21
   70:3 76:12 88:10 92:2
   94:19 97:9 112:5
   114:5 116:13,15
   119:21 123:11 125:15
   128:13 136:6 137:19
   138:12 140:6 141:2,4

142:3 178:19 179:21
   180:2 181:4 183:8
   185:8 186:5 189:3,21
   193:7 194:11 198:13
   217:3 219:10 220:6
   222:6 223:7
**win** 104:9
**wind** 53:10 74:1 75:20
**window** 145:18
**winning** 130:4
**wished** 130:12
**withdrawn** 119:19
**witness** 3:2 4:5,7 11:3,6
   11:9 25:11,13,16,20
   26:6 31:14,16 32:21
   34:15,22 60:7 66:16
   69:6 109:21 123:15
   123:20 124:21 156:12
   161:20 168:11 170:13
   173:5 176:2 191:19
   192:17,19 211:13,15
   214:16,18
**witnessed** 177:9
**witnesses** 43:20
**woman** 142:13 172:22
**woman's** 134:16
**won** 104:5 157:20
**wonder** 33:10
**wonderful** 160:18
**wondering** 34:6 82:21
   82:22 124:7 128:4,7
   132:17 156:5 176:22
   192:22
**Woodrow** 17:7 20:13
   30:12 112:5 128:13
   138:11 140:6 141:2,4
   193:7 198:12 223:7
**word** 147:11 148:7,12
   149:6
**words** 73:9
**work** 9:16 18:19 19:5
   22:12 23:11,15 24:14
   31:19 48:19 50:8 57:7
   90:13 100:20 102:14
   103:4,6,8 104:19
   105:3,7 112:3 138:1
   149:3 150:13 151:2
   160:20 161:20 166:5
   167:20 171:10,20
   172:2,10 182:16
   201:14,18,22 202:10
   203:5,7,14 208:14
   210:7,8,10,20 213:8
   215:17 219:7,14,15
   222:6,9
**work-related** 209:11
**worked** 30:9 40:14
   49:10 55:17 57:6 59:5

87:14 101:5 120:8
   127:11 128:12,13
   159:17 161:4 188:9
   193:9 221:6
**worker** 101:6
**worker's** 54:9 203:15
   211:3,11,20 213:21
**Workers** 55:8
**working** 21:20 23:18,19
   31:7,16,19 48:14 55:6
   55:9 61:22 62:12,16
   68:7 73:15 78:21
   102:15 129:22 130:3
   130:3 140:8 150:10
   177:3 193:13 212:12
   212:21 213:3 215:2
   215:20 221:10
**workman's** 53:12 211:7
**works** 163:7
**worth** 73:10
**wouldn't** 16:20 41:21
   46:10 68:8 85:8 95:18
   98:6 103:17,20
   106:20,20 107:22,22
   108:5 110:8,9 120:7,9
   120:18 121:15 124:22
   126:12,15 135:10,11
   140:20 141:13 167:1
   168:11 176:19 204:1
**Wow** 81:5 112:9
**write** 123:3 124:10
   150:21
**writeup** 208:19
**writing** 185:11 202:11
**writing's** 202:21
**written** 35:6 69:3,7
   167:4 205:10
**wrong** 58:1 64:20
   169:16
**wrote** 36:1,3 82:4 123:6
   124:6 188:11

### X

**X** 84:20
**Xanax** 209:9,15

### Y

**Y** 84:21
**Yates** 74:8
**year** 3:12 12:16 17:2
   28:11 33:12 36:19
   38:18,22 39:1,1 42:10
   44:14,15 48:13 60:18
   60:22 61:6 62:1,10
   64:19,19 87:7,12,14
   87:17,19,21 88:11,16
   89:4,19 90:7,11,12,16
   91:2,8 92:2,10 93:6

94:9,22 95:8,9 98:15
100:19 102:6,11
104:8 107:19 109:11
110:22 111:4,6
112:11 113:2,15
114:1,22 120:12
125:16 129:8 132:6,7
136:5 149:18 177:4,5
177:19 178:20 186:12
217:6,18 223:6,12
**year-to-year** 100:2,8,17
**yearly** 87:11
**years** 8:12 28:6 42:14
43:3,3 60:1 65:17
67:9 68:3,5 89:22
90:21 91:16 138:3,4
154:18,21 155:6
196:8 197:17
**yelling** 51:10,15,16,18
51:21 52:2 213:10
**yells** 52:20
**yesterday** 7:14,16 8:10
**young** 107:5

---

**Z**

**Z** 84:21

---

**0**

**03** 89:18
**04** 160:14
**07** 160:14
**07-'08** 136:4
**07-08** 36:18 87:6 92:2
109:11
**08** 42:10 205:21
**08-09** 113:1,15
**09-2213** 1:8

---

**1**

**1:38** 131:13
**10** 3:9,16 90:15 97:17
115:6 116:16 164:21
165:3
**10/4** 193:3
**10:00** 1:20
**10:03** 4:2
**10:54** 54:16
**108** 3:14
**11** 3:18 8:12 42:14 44:2
59:22 87:3 95:19 96:7
97:17,21 105:14
112:14 113:6 175:5
180:9,14
**11:01** 54:17
**11:48** 99:8
**11:56** 99:8
**12** 3:9,20 105:11 116:2
116:3,8,8 199:16,20

**12/19** 209:4,19
**12:32** 131:12
**120** 94:20
**122** 3:15
**13** 116:11 136:19,19,21
139:12
**13,000** 155:1
**1310** 2:4
**14** 144:12
**148** 85:5
**148,000.00** 83:12
**149,000.00** 78:17,18
80:19,20 81:7 83:12
85:6,8 115:18
**15** 144:12
**16** 45:1 122:21
**164** 3:17
**16th** 191:15
**17** 1:12 19:22 109:7
110:3 176:12,22
**180** 3:19
**199** 3:21
**1993** 8:22 14:7
**1994** 58:17
**1996** 15:5
**1999** 15:22 88:15,17
90:16
**1st** 164:10,17

---

**2**

**2** 3:6 9:19,22 10:5 12:21
38:8 64:22 65:3 66:9
66:10,11 70:6 73:19
97:14 105:11 116:2
136:18 144:11
**2,400** 84:10
**2,400.00** 81:2 83:12
85:9
**20** 113:7 121:19 122:17
**2000** 9:3 18:9 58:18
88:15,18 203:4
**20001** 2:12
**20005** 2:5
**2001** 58:18 104:4,5
**2003** 88:18
**2003-2004** 88:19
**2004** 59:20 88:18
129:10
**2004-2005** 88:19
**2005** 31:18 32:12 59:19
64:20 67:5,6,11 73:18
**2005-2006** 88:19
**2006** 67:6,12 73:15
104:10 223:2,6
**2006-2007** 88:16,19
**2007** 28:13,16 104:9
**2007-** 186:22
**2007-2008** 28:10 87:16

102:5
**2008** 15:21 43:9 45:2
47:2 48:15 50:6 60:11
60:14 76:8,14 82:5
101:10,14 104:12
122:21 184:10 187:1
205:20 206:2 207:18
210:3,22 214:6
**2008-2009** 3:12 44:14
114:1 186:11
**2009** 203:18 205:8
207:12,13
**2010** 9:5
**2011** 9:5,6
**2012** 198:4
**2013** 198:4
**2017** 196:8
**2018** 58:22 122:17
**2019** 1:12 61:6
**202** 2:6,12,13
**20th** 205:11 207:13
**21** 197:22
**22** 195:15
**222** 3:3
**22nd** 202:14 203:4
209:3 212:11
**23** 13:10,13
**24** 136:22
**24th** 162:3 169:13
174:3
**25** 35:8,13,14,15,17
36:2 175:12,18 176:1
176:2
**25th** 57:1 209:4,10
**26** 3:10 199:13
**27th** 203:18
**29th** 210:3 211:4
**2nd** 214:6

---

**3**

**3** 3:7 10:19 11:1,12,15
13:7 43:8 45:7,11
46:22 85:22 112:13
139:12 195:14 197:21
**3/13/18** 3:12
**3:36:59** 223:5
**3:38** 224:15
**30th** 45:4 55:15 92:6
115:3
**36,000** 155:10
**37** 155:13,19

---

**4**

**4** 3:3,9 12:4,7,11 87:3
**4/13** 209:5
**4:15** 18:5
**4:30** 17:22 18:5
**4203** 4:18

**43** 3:12
**441** 1:20 2:11
**45** 49:3
**46** 48:10 53:17 101:12
101:16 103:7,12
104:14,15 106:16
148:17,20 149:17,20
149:22 157:5,6,9,11
176:13 182:7
**46.00** 83:13
**49** 150:3
**4th** 1:20 2:11

---

**5**

**5** 3:10 13:2 26:1,4 66:4
87:5 109:6 192:11,14
**50** 150:2,3

---

**6**

**6** 3:11 13:2 43:12,15
44:10 45:8,18 65:3,4
66:6 122:20
**6/16/08** 3:12
**6/20/08** 3:15
**6/27** 191:14
**6/27/08** 3:19
**60** 84:8
**60-second** 85:18
**60,000** 155:4
**628-1101** 2:6
**63** 3:12
**630S** 2:11
**65/35** 17:13

---

**7**

**7** 3:6,12 63:11,14 64:6,7
64:8,11,15,16,18 65:4
66:11 70:5 72:6 86:1
86:22 95:22 96:5
155:16
**724-6627** 2:12
**724-7854** 2:13
**750** 2:5

---

**8**

**8** 3:13 65:5 73:19 108:8
108:11 175:8,9
**825** 35:20

---

**9**

**9** 3:7,15 90:15 97:18
122:6,10
**9/10** 208:7
**9/11/08** 209:3
**9/12** 208:4,6,7
**90-** 50:13
**90-day** 50:15,19
**96** 15:21

**96,000** 154:21
**97** 28:8
**98** 28:9
**9th** 143:12

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Kenneth Dickerson

In the matter of: Kenneth Dickerson v DC

Before: DC OAG

Date: 10-17-19

Place: Washington, DC

were duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings; and that I am neither counsel for, related to, nor employed by any of the parties to this action in which this deposition was taken; and further that I am not a relative nor an employee of any of the parties nor counsel employed by the parties, and I am not financially or otherwise interested in the outcome of the action.

_____
Court Reporter

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        www.nealrgross.com