# EXHIBIT

# 4

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

KENNETH DICKERSON )
                           )
      Plaintiff, )
                           )      Civil Action No.: 09-2213 (PLF)
                           )
                           )
                           )
DISTRICT OF COLUMBIA, *et al.* )
      Defendant. )
_____ )

### DECLARATION OF KENNETH DICKERSON, Ed.D.

I, Kenneth Dickerson, Ed.D. declare as follows:

1. I am the Plaintiff in the above-captioned case.

2. I am over the age of 18.

3. I am competent to make the assertions herein.

4. I have personal knowledge of the facts presented herein.

5. I was employed by DCPS in August of 1993 and transferred to DCPS Woodrow Wilson Senior High School (WWSHS) as an instrumental music teacher in August 1996. During my career at WWSHS, I served in this and other capacities through the end of the 2007-2008 SY. I also taught Jazz Band and Directed and support the school Marching Band.

6. In August 1999 in addition to my teaching music I was appointed and began serving as Dean of Students. I served in this capacity through the end of the 2007-2008 SY.

7. In the 2000-2001 school year, I was additionally appointed and served as Assistant Principal through the end of the 2007-2008 SY.

1

8. Pursuant to DCPS policy, I was the designated Sr. Assistant Principal at Wilson Senior High School for the 2007-2008 SY, which means that I was the lead administrator in charge when then Principal Jacqueline Williams left the school building.

9. I was appointed and served as the 2007 Summer Principal.

10. I received consecutive mid-year and end of the year annual performance evaluations as Assistant Principal from then WWSHS Principal Stephen Tarason for school years 2000-2001 SY through 2006-2007 SY. In each of those school years my annual performance rating school years was "Exceeds Expectation."

11. At no time during the 2007-2008 SY did was anyone identified as a member of  the Local School Restructuring Team, or for that matter the Superintendent's or new principal's operation approach me or inquire about my prior annual evaluation performances.  Nor did they do any  assessment regarding my leadership skills, value added to or specific involvement with the school's academic instruction, safety, and overall community welfare.

12. Following my termination on June 30, 2008, I requested an opportunity to examine (July 2008 request) my personnel file. Given that opportunity I discovered that my end of the year annual performance evaluations for each school year starting 2003-2004 through 2006-2007 were missing.  No one in the DCPS H.R. personnel office could provide an explanation as to why they are missing.

2

13. In my capacity as Assistant Principal, I had two, face-to-face interactions with Chancellor Michelle Rhee regarding Wilson SHS matters during the 2007-2008 SY. Our first interaction took place in August 2007 when she visited Wilson SHS to meet the Wilson administrative team face to face. My second interaction with the Chancellor involved a one-on-one conversation at Wilson SHS regarding schoolwide disciplinary actions she planned to take in late March or early April 2008.

14. The week prior to receiving the June 16, 2016, Notice of Non-reappointment Notice, effective, June 30, 2008, Chancellor Rhee's executive designees at Wilson SHS, Dr. John Davis, and Mr. Thomas Whittle, posted a sign-up sheet for any Wilson personnel interested in remaining at Wilson for the 2008-2009 SY. I signed that sheet and was interviewed for not more than 10 minutes by both Rhee's designees. Mrs. Maureen Thompson, Washington Teacher's Union (WTU) Personnel Committee Representative, witnessed and sat in on the interview. There was no subsequent acknowledgment or response to that interview.

15. The first week of July 2008 I went to the DCPS HR office and was told by H.R. personnel, Jasmine José, that I could not apply and would not be considered for any DCPS administrative position. The Union corresponded on this and other issues. When I asked why, Ms. Jose could not explain why.

16. After June 30, 2008, DCPS prevented me from exercising my retreat rights. Instead of reverting to a status comparable to Dean of Students, I was place in a teaching position at Brown JHS in October 2008. This occurred without anyone in the Chancellor's

3

office reviewing my performance history given the absence of these records in my personnel file.

17. My July 2008 application for unemployment compensation was denied by the D.C. Department of Employment Services (DOES) due to documentation filed by DCPS which asserted that I was "Discharged for Misconduct." That was the first time that I saw this. The Claims Examiner ruled in my favor.

18. On August 18, 2008, DCPS appealed the DOE Claims Examiner's Determination. An in-person administrative hearing was scheduled and held on September 24, 2008, which I was required to and did attend.

19. At the September 24, 2008, DOE hearing, DCPS legal counsel withdrew the appeal. Administrative Law Judge Harmon viewed the request as a Motion for Voluntary Dismissal and granted DCPS's Motion, without prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th Day of August 2021.

Kenneth Dickerson, Ed. D

4

# EXHIBIT

# 5

District Government Employee Listing

| Type of Appt | Last Name | First Name | Position Title | Annual Rate | Hire Date |
|---|---|---|---|---|---|
| Educational Service - Reg Appt | Abaye | Lemlem T | BUS ATTENDANT | 25,474.80 | 9/17/2001 |
| Career Service - Reg Appt | Abayomi-Paul | Olufemi | Appraiser | 67,600.00 | 8/1/2011 |
| Career Service - Term Appt | Abbasi | Ayesha | LEGISLATIVE AFFAIRS SPECIALIST | 62,499.00 | 7/19/2010 |
| Educational Service - Reg Appt | Abbate | Peter | TEACHER,SOCIAL STUDIES | 51,539.00 | 7/31/2011 |
| Career Service - Reg Appt | Abbey | Ericka | Dispatcher | 59,533.00 | 5/8/2000 |
| Career Service - Reg Appt | Abbey | Mark | OFFICER | 58,759.00 | 6/9/2008 |
| Career Service - Reg Appt | Abbott | Nicole | Legal Instrument Examiner (DMV | 38,599.00 | 4/28/2008 |
| Career Service - Reg Appt | Abbott | Thaddeus | Staff Assistant | 49,692.00 | 1/28/2008 |
| Educational Service - Reg Appt | Abbott | Terri | Workers Compensation Recipient | 24,804.00 | 10/10/2005 |
| Career Service - Reg Appt | Abby | Fatima | Health Licensing Specialist | 45,345.00 | 6/14/2007 |
| Career Service - Reg Appt | Abdalla | Amir | OFFICER | 55,963.00 | 12/22/2008 |
| Career Service - Reg Appt | Abdalla | Joseph | OFFICER | 78,743.00 | 5/14/1984 |
| Career Service - Reg Appt | Abdel Ghany | Khaled | AUDITOR | 77,289.00 | 10/16/2006 |
| Educational Service - Reg Appt | Abdelghany | Ali | MOTOR VEHICLE OPERATOR | 39,111.80 | 7/16/2001 |
| Career Service - Reg Appt | Abdella | Nuredin | Market Research Analyst | 65,002.00 | 5/27/2008 |
| Educational Service - Reg Appt | Abdella | Nabil | TEACHER,SPECIAL ED (ET) | 72,171.00 | 12/18/2008 |
| Educational Service - Reg Appt | Abdel-Mageed | Gwendolyn | TEACHER,ELEMENTARY | 100,839.00 | 12/16/1979 |
| MSS - Reg Appt | Abdi | Jama | SUPVY GEN ENGINEER | 102,985.00 | 12/7/1987 |
| Career Service - Reg Appt | Abdirahman | Abukar | BUDGET DIR | 120,506.00 | 11/1/2004 |
| Career Service - Reg Appt | Abdu | Amir | OFFICER | 61,698.00 | 4/18/2006 |
| Career Service - Reg Appt | Abdul Mumin | Sarah | CONSTRUCTION REPRESENTATIVE | 59,901.00 | 2/12/2000 |
| Excepted Service - Reg Appt | Abdul Rahim | Winifred | Legislative Assistant | 81,242.00 | 1/4/1999 |
| Career Service - Reg Appt | Abdul Shakur | Khidhar | RECREATION SPECIALIST | 42,755.00 | 12/11/2006 |
| Career Service - Reg Appt | Abdulahad | Tania | SOCIAL WORKER | 65,165.00 | 11/16/2009 |
| Educational Service - Reg Appt | Abdul-Ali | Ayana | LIT. PROFESSIONAL DEVELOPER | 100,839.00 | 1/6/1991 |
| Career Service - Term Appt | Abdul-Haqq | Saadiq | SUPPORT ENFORCEMENT SPEC | 48,243.00 | 3/31/2008 |
| Career Service - Reg Appt | Abdullah | Ameer | Contract Specialist/Procuremen | 92,782.00 | 10/1/2007 |
| Career Service - Reg Appt | Abdullah | Idriys | CONSUMER PROTECTION ADVOCATE | 88,166.00 | 9/4/2007 |
| Career Service - Reg Appt | Abdullah | Renee | Business Ops Coordinator | 56,980.00 | 9/6/2011 |
| Educational Service - Reg Appt | Abdullah | Hassan | TEACHER,ELEMENTARY | 106,540.00 | 11/25/1990 |
| Educational Service - Reg Appt | Abdullah | Imani | TEACHER,SPECIAL ED (ET) | 89,887.00 | 7/5/2005 |
| Educational Service - Reg Appt | Abdullah | Yusuf Shaheed | LOCKSMITH,FOREMAN | 55,047.00 | 10/13/1975 |
| Educational Service - Temp App | Abdullah | Imani | Teacher (Afterschool) | 3,536.00 | |
| Educational Service - Temp App | Abdullah | Imani | Teacher (Summer School) | 48,620.00 | 6/25/2009 |
| Career Service - Reg Appt | Abdul-Saboor | Muhammad | FLEET MANAGEMENT SPECIALIST | 41,111.00 | 6/13/2005 |
| Educational Service - Reg Appt | ABDUL-TAWWAB | MARYAM | TEACHER,ELEMENTARY | 68,431.00 | 8/21/2003 |
| Career Service - Reg Appt | Abdul-Wahid | Jarita | TELECOMM EQUIPMENT OPERATOR | 46,707.00 | 7/23/2007 |
| Career Service - Term Appt | Abdur-Rashid | Jean | Safety Technician | 14,881.00 | 10/14/2008 |

December 31, 2011

District Government Employee Listing

| Type of Appt | Last Name | First Name | Position Title | Annual Rate | Hire Date |
|---|---|---|---|---|---|
| Educational Service - Reg Appt | Cadet | Talia | Teacher | 51,539.00 | 7/31/2011 |
| Career Service - Reg Appt | Cadle | Jeffrey | OFFICER | 74,994.00 | 5/4/1992 |
| Career Service - Reg Appt | Cadogan | Rene | COUNSELOR | 96,174.00 | 8/17/2009 |
| Educational Service - Temp App | Cadogan | Rene | Coordinator, PT (Afterschool) | 36,400.00 | 6/12/2010 |
| Career Service - Reg Appt | Cady | Jarlath | OFFICER | 64,772.00 | 9/13/2004 |
| Career Service - Reg Appt | Caesar | Benjamin | LIBRARY TECHNICIAN | 15,576.00 | 1/7/2008 |
| Career Service - Reg Appt | Caesar | Keith | SENIOR BUDGET ANALYST | 89,294.00 | 10/3/2005 |
| Career Service - Reg Appt | Caesar | Monique | SERGEANT | 87,987.00 | 10/5/1990 |
| Educational Service - Reg Appt | CAESAR | KISHANNA | TEACHER,ELEMENTARY | 52,777.00 | 2/5/2009 |
| Career Service - Term Appt | Caffee-Glenn | Dana | Program Specialist | 55,382.00 | 5/11/2009 |
| MSS - Reg Appt | Cager | Janice | Supv Mgmt Liaison Officer | 107,942.00 | 11/30/1976 |
| Career Service - Reg Appt | CAGLE | PHILIP | Workers Compensation Recipient | 50,752.00 | 11/14/1994 |
| Educational Service - Reg Appt | CAHALL | PETER J | High School Principal 801+ | 146,000.00 | 6/23/2008 |
| Educational Service - Reg Appt | Cahn | Edgar | PROFESSOR | 77,500.00 | 6/13/1989 |
| Educational Service - Temp App | Cahuantzi | Caroline | SUBSTITUTE TEACHER | 7,800.00 | 3/26/2009 |
| Career Service - Reg Appt | Cain | Ronnie | IN SCHOOL SUSPEN COORD | 44,837.00 | 8/19/2008 |
| Career Service - Reg Appt | Cain | Selethia | EDUCATIONAL AIDE,HEADSTART | 34,416.00 | 1/10/1994 |
| Career Service - Temp Appt | Cain | Geneva | CLERK,LIBRARY | 12,617.70 | 3/17/2005 |
| Career Service - Term Appt | Cain | Marshall | MENTAL HLTH COUNSELOR | 42,755.00 | 11/10/2008 |
| Educational Service - Reg Appt | Cain | Shannon | TEACHER,ELEMENTARY | 51,539.00 | 1/5/2011 |
| Educational Service - Temp App | Cain | Ronnie | Teacher (Afterschool) | 3,536.00 | |
| Excepted Service - Temp Appt | Cain | Bonnie | Legislative Assistant | 2,127.63 | 1/2/2007 |
| MSS - Reg Appt | Cain | Tamika | SUPERVISOR PARKING ENFORCEMENT | 56,740.00 | 9/7/2004 |
| MSS - Term Appt | Cain | Vincent | Supvy Recreation Specialist | 66,953.00 | 10/1/1993 |
| Career Service - Reg Appt | Caine | Darryl | OFFICER | 48,715.00 | 6/8/2009 |
| Career Service - Reg Appt | Caine | Sean | DETECTIVE GRADE I | 89,287.00 | 1/2/1990 |
| Educational Service - Reg Appt | CAINE | JENNIFER | TEACHER,SPECIAL ED (ET) | 57,147.00 | 8/17/2008 |
| Career Service - Reg Appt | Cain-Rogers | Alisha | CORRECTIONAL OFFICER | 44,074.00 | 1/5/2009 |
| MSS - Reg Appt | Cain-Smith | Sharon | SUPV CORRECTIONAL OFFICER | 59,711.00 | 6/13/2005 |
| MSS - Reg Appt | Cairns | Hilary | PINS Diversion Program Manager | 98,000.00 | 5/24/2010 |
| Career Service - Reg Appt | Caison | Monique | Grants MAnagement Specialist | 71,796.00 | 2/26/2004 |
| Career Service - Reg Appt | Calatayud | John | PARAMEDIC FIREFIGHTER | 50,061.00 | 10/12/2010 |
| Excepted Service - Reg Appt | Calderon | Diana | Program Analyst | 84,400.00 | 1/22/2008 |
| Career Service - Reg Appt | Caldwell | Bobby | OFFICER | 78,743.00 | 12/19/1988 |
| Career Service - Reg Appt | Caldwell | Carolyn | TRANSISITION SPECIALIST | 50,229.00 | 10/5/2004 |
| Career Service - Reg Appt | Caldwell | Cathy | DESK SERGEANT | 80,243.00 | 12/19/1988 |
| Career Service - Reg Appt | Caldwell | Crystal | TELECOMMUNICATIONS EQUIP OPER/ | 53,142.00 | 3/26/1990 |

District Government Employee Listing

| Type of Appt | Last Name | First Name | Position Title | Annual Rate | Hire Date |
|---|---|---|---|---|---|
| Career Service - Reg Appt | Wagoner | Derrick | FIREFIGHTER EMT | 56,264.00 | 5/2/2005 |
| Career Service - Reg Appt | Wahab | Mohammad | Sign Painter | 55,452.80 | 5/24/2000 |
| Career Service - Reg Appt | Wahn | Wendy | Director, Labor Management | 120,190.00 | 10/17/2011 |
| Career Service - Reg Appt | Waid | Wayne | UTILITY SYSTEM REPAIR OPERATOR | 44,824.00 | 9/28/2009 |
| Career Service - Reg Appt | Waikart | Andrew | FIREFIGHTER EMT | 53,162.00 | 9/17/2007 |
| MSS - Reg Appt | Wainwright | Simon | CORRECTIONAL INSTITUTION ADMN | 120,000.00 | 1/28/2008 |
| Career Service - Reg Appt | WAINWRIGHT | MONIQUE N | CLERK,DATA ENTRY,TYPING | 32,824.00 | 10/15/2007 |
| Educational Service - Reg Appt | Wait | Carolyn | Program Specialist | 62,499.00 | 6/21/2010 |
| Career Service - Reg Appt | WAITER | REGINA F | SECRETARY | 36,880.00 | 6/28/1981 |
| Career Service - Reg Appt | Waiters | Sheila | Staff Assistant | 43,263.00 | 9/5/2006 |
| Educational Service - Reg Appt | Waiters | Regina | MOTOR VEHICLE OPERATOR | 39,111.80 | 6/17/2000 |
| MSS - Reg Appt | WAITERS | ERNEST | Supvy Youth Development Rep. | 56,740.00 | 10/3/2005 |
| Educational Service - Reg Appt | WAITS | MARY BETH | ASST. PRINCIPAL, SHS | 98,078.00 | 7/7/2008 |
| Career Service - Reg Appt | Wake | Fikru | Transportation Engineer | 71,796.00 | 11/4/2002 |
| Career Service - Term Appt | Wakefield | Scott | Mental Health Specialist | 53,758.00 | 5/27/2008 |
| Educational Service - Reg Appt | Wakene | Leulseged | MOTOR VEHICLE OPERATOR | 36,090.60 | 10/1/2007 |
| Educational Service - Reg Appt | Wako | Olana G | BUS ATTENDANT | 21,372.00 | 3/31/2008 |
| Career Service - Reg Appt | Walcott | Donovan | PGM ANALYST | 100,357.00 | 1/28/1991 |
| Career Service - Term Appt | Wald | Suzanne | Environmental Protection Speci | 54,633.00 | 10/25/2010 |
| Educational Service - Reg Appt | WALD | TAFARI E | TEACHER, ART | 96,460.00 | 8/18/1999 |
| Career Service - Reg Appt | Waldbauer | Richard | FIREFIGHTER EMT | 62,463.00 | 10/10/2000 |
| Career Service - Reg Appt | Walden | Calvin | FIREFIGHTER TECH | 74,561.00 | 1/28/1991 |
| Career Service - Reg Appt | Walden | Eric | Engineering Technician | 75,992.00 | 10/29/2007 |
| Career Service - Reg Appt | Walden | Mische | Counselor | 66,078.00 | 8/15/2011 |
| Educational Service - Temp App | Walden | Karen | Aide (Afterschool) | 1,560.00 | 4/12/2010 |
| Career Service - Reg Appt | WALDEN | LESSIE | Workers Compensation Recipient | 78,007.80 | 9/8/1964 |
| Educational Service - Temp App | WALDEN | DEBORAH | SUBSTITUTE TEACHER | 7,800.00 | 9/24/2007 |
| Career Service - Reg Appt | Walden Yeager | June | Management Analyst | 92,048.00 | 12/29/2003 |
| Career Service - Reg Appt | Waldon | Eugene | Protective Services Officer | 48,771.00 | 8/31/2009 |
| Career Service - Reg Appt | Waldrip | Shontae | Vocational Rehabilitation Spec | 56,389.00 | 12/1/2009 |
| Career Service - Reg Appt | Waldron | Larry | IT Spec. (Network Services) | 75,992.00 | 5/26/2009 |
| Career Service - Term Appt | Waldron | Opal | SOCIAL SERVICE REPRESENTIVE | 41,451.00 | 5/29/2007 |
| Career Service - Reg Appt | WALDRON | PAUL J | FOREMAN | 44,532.80 | 12/21/1976 |
| Career Service - Reg Appt | Waldstein | Eric | Teacher | 58,699.00 | 8/17/2009 |
| Educational Service - Temp App | Waldstein | Eric | Teacher (Afterschool) | 3,536.00 | |
| MSS - Reg Appt | Waldt | Eric | Supv Education Services Spec | 88,545.00 | 4/13/2009 |
| Career Service - Reg Appt | Waleed | Monica | OFFICER | 74,994.00 | 12/9/1991 |

December 31, 2011

# EXHIBIT

# 6





## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

**Office of the Chancellor**
825 North Capitol Street, NE • 9th Floor
Washington, DC 20002-4232
Tel: (202) 442-4090 • Fax: (202) 442-5315
www.k12.dc.us

June 16, 2008

Re:     Notice of Non-Reappointment as
        <u>Assistant Principal for the 2008-2009 School
        Year</u>

Dear Kenneth Dickerson:

I am writing to provide you with notice of my decision not to reappoint you to the position of assistant principal with the District of Columbia Public Schools (DCPS) for the 2008-2009 school year. The action is effective at the close of business on June 30, 2008.

From now until June 30, 2008, you are expected to continue to perform your current duties as assistant principal. You will continue to be paid at your current salary and you will accrue both annual and sick leave.

DCPS will honor any valid retreat rights that you may possess. If you believe you have these rights and wish to exercise them, you must provide written notification by June 20, 2008 to Richard Shackell, Director of School Staffing, 825 N. Capitol Street, NE, 6th Floor, Washington, DC 20002. We recommend that you obtain a receipt indicating that your written notification was in fact delivered. Mr. Shackell may also be reached at (202) 442-4090. However, you may only exercise your retreat rights by providing written notification to Mr. Shackell by June 20, 2008. If you do not provide written notification by June 30, 2008, your employment with DCPS will terminate on June 30, 2008.

Your Instructional Superintendent will work with you to arrange for the return of all school property in your possession, including but not limited to all building keys, office keys, passwords or account codes. You will be required to return this property prior to June 30, 2008 as determined by your Instructional Superintendent.

If you have any additional questions related to the transition of your school, please contact your Instructional Superintendent. Questions related to retreat rights should be directed to Mr. Shackell as specified above. Any other questions related to employment benefits to which you may be entitled (including health care under COBRA) should be directed to Kimberly Taylor (Kimberly.Taylor@dc.gov or 442-4090).

Thank you for your service on behalf of the children of the District of Columbia Public Schools.

Sincerely,

Michelle A. Rhee





**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of the Chancellor
825 North Capitol Street, NE • 9th Floor
Washington, DC 20002-4232
Tel: (202) 442-4090 • Fax: (202) 442-5315
www.k12.dc.us

June 16, 2008

Re:    Notice of Non-Reappointment as
       Assistant Principal for the 2008-2009 School
       Year

Dear Kenneth Dickerson:

I am writing to provide you with notice of my decision not to reappoint you to the position of assistant principal with the District of Columbia Public Schools (DCPS) for the 2008-2009 school year. The action is effective at the close of business on June 30, 2008.

From now until June 30, 2008, you are expected to continue to perform your current duties as assistant principal. You will continue to be paid at your current salary and you will accrue both annual and sick leave.

DCPS will honor any valid retreat rights that you may possess. If you believe you have these rights and wish to exercise them, you must provide written notification by June 20, 2008 to Richard Shackell, Director of School Staffing, 825 N. Capitol Street, NE, 6th Floor, Washington, DC 20002. We recommend that you obtain a receipt indicating that your written notification was in fact delivered. Mr. Shackell may also be reached at (202) 442-4090. However, you may only exercise your retreat rights by providing written notification to Mr. Shackell by June 20, 2008. If you do not provide written notification by June 30, 2008, your employment with DCPS will terminate on June 30, 2008.

Your Instructional Superintendent will work with you to arrange for the return of all school property in your possession, including but not limited to all building keys, office keys, passwords or account codes. You will be required to return this property prior to June 30, 2008 as determined by your Instructional Superintendent.

If you have any additional questions related to the transition of your school, please contact your Instructional Superintendent. Questions related to retreat rights should be directed to Mr. Shackell as specified above. Any other questions related to employment benefits to which you may be entitled (including health care under COBRA) should be directed to Kimberly Taylor (Kimberly.Taylor@dc.gov or 442-4090).

Thank you for your service on behalf of the children of the District of Columbia Public Schools.

Sincerely,

Michelle A. Rhee

# EXHIBIT

# 7

| | |
|---|---|
| **Memo to:** | **Chancellor Michelle Rhee** |
| **From:** | **Woodrow Wilson High School LSRT** |
| **Subject:** | **Restructuring Proposal Update** |
| **Date:** | **May 13, 2008** |

The Wilson HS LSRT would like to update you on recommendations that align with the restructuring proposal that we submitted to your office earlier.  The recommendations are described below.

**Recommendation 1**. Bring in a permanent principal with a background of strong educational leadership who is committed to restructuring.

   We are pleased to report that candidates have been identified who will informally meet members of the Wilson community on Friday, May 16 and then be formally interviewed by our principal search committee on Saturday, May 17.  The identification of new leadership is the foundation of our restructuring effort so that the sooner we can complete the selection process, the sooner we can move forward on a wide range of reforms with decision-making authority in place.

**Recommendation 2**. Develop small learning communities for each grade level. This would include continuing the 9th grade teams and expanding that concept into the 10th grade. Note: we would continue the successful Academy structure, with the option of enhancing it in the future. Each grade level will consist of an Assistant Principal, a guidance counselor, and an attendance counselor that will follow the students through the four-year period.

   The LSRT is recommending partial reconstitution of the Wilson staff/function, specifically to include:
   - Assistant Principals
   - Guidance counseling
   - Attendance

   This will allow the new principal to establish a new leadership team for the school that will strengthen our 9th grade academy and attendance functions, establish 10th grade teams, and build the grade-level teamwork that will be essential between each assistant principal and counselor. The current budget formula allows for only one Attendance Counselor; we would request that our budget be supplemented to hire additional staff in that area to align with our original plan for the small learning communities.  We would anticipate returning to a lower level of support for attendance once there is a different school-wide expectation in this area.

**Recommendation 3**. Develop and implement strategic interventions for struggling students.

   The Wilson community has interviewed prospective restructuring "partners" from among those recommended by DCPS along with one other.  We do not believe that Wilson requires full management by a partner therefore we sought a partner that would act in a consulting capacity.  The LSRT recommends the **SREB "High Schools That Work" (HSTW)** organization as the consultant who will provide professional development, recommend strategic interventions for struggling students, help strengthen our existing work as an EXCELerator school, and assist

in ensuring fidelity and accountability in the implementation of the interventions through on-site monitoring and coaching. Attached is the questionnaire completed by HSTW in advance of our meeting with their representative. It provides a snapshot of the work that HSTW would do for Wilson.

**Recommendation 4**. Bring in a permanent dean of students to monitor and improve student behavior and attendance. In addition, there is a need to restart previously successful peer mediation and diversity programs, provide an in-school suspension option, and strengthen student support services.

The LSRT anticipates that HSTW will be able to recommend approaches to address some of our needs for improved school climate. However, this recommendation of our restructuring proposal can only be addressed through additional resources for Wilson HS provided as a supplement to our budget. We do not see the Dean of Student position among the staff positions provided to high schools. Furthermore, the funds and professional development needed to strengthen our mediation program and reinvigorate diversity training are not included in our current budget allocation. We request that these be made available through supplemental funds.

**Recommendation 5**. Strengthen the programs for the Special Education and English Language Learner population by providing significant professional development and allotting ample time for collaborations for the entire faculty.

As with recommendation #4 above, the LSRT will look first to recommendations of HSTW to address our achievement gap with Special Education students and English Language Learners. However, Wilson HS may require consulting expertise from organizations such as the nearby Center for Applied Linguistics, local universities, and others with particular expertise in meeting the needs of those special populations. Meeting these specific needs will likely require contract partners other than HSTW to work on defined needs over the next three years. We therefore also request that the Wilson restructuring budget include funds for professional development, coaching, and supplementary educational materials to better serve these special populations.

Woodrow Wilson High School LSRT Minutes
May 13, 2008

Present:
Administration:  Hattie Moore
Vice Chair: Greg Bargeman
Faculty reps:  Sandy Wright, Gloria Gibson, Erich Martel, Lisa Grymes
WTU rep:  Robert Zugby
Parent reps:  Mary Froning, Carmen Carrera, Chuck Samuels, Vanessa Stroman
PTSA liaison:  Sarah Whitener
Community rep:  Erie Sampson
Guests: John Howe (Wilson COO), Rene Meddaugh,, Art Siebens, Elaine Smith, Alex
Wilson, Frank Feeney

The meeting was called to order at 4:40 p.m.

**I.** The minutes of the LSRT meeting of April 8 were adopted.

**II. Facilities Report**
John Howe was happy to announce that as of today, all the rooms in Wilson have
air conditioning.  The temperature was set at 71 degrees, and the AC is quiet.  The
additional power capabilities which were added for the AC will now allow us to clean up
some fire code violations such as the multiple cords in the library.  The security doors,
alarms and cameras are up and running.  Water is still leaking from the cupola to the third
floor ceiling because the cupola was not included in the scope of work with the roof.  A
contract is ready to go, and the cupola will be fixed by the company that did our roof
(Vista) very soon.
We thought the school audit was complete but it is not.
The letter written by Stoddert Soccer complaining about Wilson's fees to use the
stadium was discussed.  Some LSRT members saw Dave Repka, the President of
Stoddert, interviewed on television news about it.  This is unfortunate publicity because
the WMC set its fees at the going rate for a first class facility.  The field at Maret, which
goes for less, is smaller than regulation size.  The George Washington University at Mt.
Vernon field is not on public transportation which makes it a problem for many players.
The WMC told Stoddert that we needed to operate for a year to see how the income
stream and maintenance costs compared throughout the four seasons, and we would
revisit the fees after that.  [As of May 17, Stoddert has gained access to the new artificial
turf field at Roosevelt.]
The counselors now have voice mail.  If any counselor does not, he/she should go
to the office to get the code.
We cannot get DCPS to authorize any additional phone lines to the school.

**III. Memo to Chancellor re restructuring**
Members of the Think Tank went to Bell HS to meet with the Chancellor about
our restructuring.  We were guided to think in terms of categories or functions that we
wanted for next year, as well as a possible partner to help us where we are failing AYP.

Last week we interviewed 3 possible partners: High Schools that Work (HSTW), Friendship Schools, and Talent Development High Schools. Margot Berkey and Mary Froning wrote up a brief proposal about this, and we needed to revise and sign it at this meeting. Most of the discussion centered on the functions that we wanted to be reconstituted; in other words, those specific functions which we felt were either poorly defined, or carried out by multiple people instead of one individual, or in need of examination by the new principal. We decided that the functions would be listed as: assistant principals, counseling/scheduling, and attendance.

There was some discussion about the function of a special ed coordinator. The coordinator does not have responsibility for academic achievement, and doesn't observe classes or evaluate teachers. However, the coordinator is the chair of the special ed department. One of the most important responsibilities of the coordinator is to be sure Wilson is in compliance with the law. Mr. Feeney suggested that it would be helpful to have an Assistant Principal with special ed expertise.

Despite our desire to identify functions rather than individuals, Mr. Zugby chose to abstain from a vote because he represents all ET 15s in the building. It was later decided that although there was general consensus around which functions needed to be reexamined, the LSRT would not sign the document as individuals. The document also named High Schools that Work as our choice of a partner for Wilson. [On May 15, the Chancellor released her restructuring plans for all the schools, and we learned that Wilson's faculty will be reconstituted. It is unclear if the administration will. It is also unclear if the entire faculty will have to reapply for their jobs, or if only the teachers directly related to AYP would. The LSRT is seeking clarification. In addition, Wilson will be exploring partnership with High Schools That Work.]

## IV. Summer Transition Program
### A. Incoming 9th graders (testing in feeder schools, summer transition program)
Alex Wilson is starting to administer the English Department's DRP (Degrees of Reading Power) diagnostic test to incoming freshmen this Friday. Dr. Smith was asked if her department could prepare a diagnostic for the math department and she replied yes. If this doesn't come together, the DCBAS scores of incoming freshmen will be available to Wilson for math placement.

It was stated that ideally, we would have a 2 week orientation for students who are new to Wilson and behind in one or more of their core classes. This may be limited to Title 1 students. It might be possible to have the Chancellor send a letter to these students requiring them to attend. Money to pay these students may be available through the Mayor's summer programs for youth. Credit recovery will be available through summer school which will be a 5 or 6 week program starting a week after school lets out. Freshmen who need to do credit recovery for classes they failed in middle school will do that at their previous school, not at Wilson.
All students new to Wilson should be offered a 2-day orientation in August.
### B. Math Summer Enrichment – Dr. Smith
Dr. Smith spoke to the need for funding for the summer Math Enrichment program. It is a challenge to find finding every summer. It was originally funded by UDC, other years by our local school funds, central administration, or the PTSA.. This

year is no different.  She said that this program is the single best way to diversify our
upper level and AP math classes.  One possible source of funding is the Administrative
Premium line item, and another is the PTSA.  The total cost would be $13,500 for 3
teachers for 5 weeks. [The PTSA Executive Board would like to see plans for the 60 9th
grade students who are failing Algebra 1 and Geometry before they fund the Summer
enrichment program, whose students are already getting at least a C in their math
courses.]

## V.  Professional Development
### A.  Math Acceleration
Dr. Smith spoke of a frustrating situation where central administration approved
of our purchasing software for the math department, but now Dr. Smith cannot get Traci
Martin of central to OK the use of in-house professional development funds so that the
teachers can be trained in the new software.
### B.  Other  professional development for implementation of double periods for math, English and Science
Teachers need to carefully plan for the new double periods in math and English.
Mary Froning said she would like the teachers to come in for 5 days of training at $30 per
hour.  If this isn't possible, Dr. Smith would like to do this before school is out.
### C.  Accelerated Math (the computer lab approach) or something else (like Kaplan's SCORE!)

## VI.  10th grade teams – proposal for partial implementation – Dr. Froning
All of the 10th grade will be on teams next year.  The students in academies will be
on teams for their core English and history classes.

## VII.  Academic Committee – ideas for next year
It was agreed that the LSRT should continue to have academic committees next
year, to track, by department, our progress toward meeting AYP in 2009.

## VIII.  Plans for next year's lunch period
There was no consensus on changing the lunch period next year.  Although Mr.
Whittle has been consulting with parents, teachers and students, the teachers on the LSRT
did not feel that they had adequately discussed the pros and cons.  Sarah Whitener
reported that the PTSA Executive Board also does not feel that adequate discussion had
occurred.  It was pointed out that Mr. Whittle thinks that a separate 9th grade lunch looks
good, but teachers said that it would only work if the 9th grade lunch occurred at the same
time as the other lunch period, and that wasn't necessarily what was being planned.

## IX.  Budget – changes to formula, plus use of OTPS and Title I funds
The only thing which has changed in the budget is that we added a teaching load
for the Academy Coordinators.  Mr. Martel felt that we should not reduce our Assistant
Principals from 4 to 3.  We cannot justify having both an AP and an Academy
Coordinator for the 9th grade.

Respectfully submitted,   Sarah Whitener

# EXHIBIT



Woodrow Wilson High School LSRT
Minutes
November 13, 2007

Present:
Administration:  Ms. Williams
Faculty reps:  Gloria Gibson, Sandy Wright, Erich Martel, Lisa Grymes
Parent reps:  Mary Froning (Chair), Carmen Carrera, Vanessa Stroman, Chuck Samuels
WTU rep: Bob Zugby
PTSA Liaison:  Sarah Whitener (secretary)
Additional members:  Greg Bargeman (Vice Chair), Eileen Plumb
Community rep:  Erie Sampson
Student rep:  Angelica Gregory
Guests:  John Howe, Alex Wilson, Cathy Reilly, Elaine Smith

The meeting was called to order at 4:45.

**I. The minutes** of the October meeting were adopted with two corrections noted: the spelling of Mr. Riener's name, and Ms. Watts-Martin was recognized for being among the 11 AP teachers with the highest class average on the AP exams (2.8 and above), and having the greatest number of students take the exam.

**II. Principal's Report**
   **Official count**
      As of Oct. 5, the total enrollment at Wilson is 1556.  There are 367 9th graders, 372 10th graders, 385 11th graders, 424 12th graders, and 8 ungraded students.  Ms. Rhee may not be doing equalization this year, meaning that Wilson may not get funding for extra staffing in spite of our higher than anticipated enrollment.
   **Staffing issues**
      9th grade social studies:  Keith Roscoe has been recommended and fingerprinted and may be teaching as early as next week.
      10th grade social studies:  a graduate student from GW who is student teaching at Deal will be brought on as a substitute so that he can start sooner, as early as this week. In the interim, members of the Social Studies department have agreed to give up some of their planning periods so that they can teach the class in support of the substitute who is there already.  The previous teacher gave grades to the students before she left.
      Special Ed:  the special ed vacancy will not be funded.
      9th grade math:  students in Mr. Burner's class were given an "audit" on their report cards.  At the end of the second advisory, Mr. Burner will combine any scores he he gave at the end of the first advisory with the scores from the second advisory and come up with a combined grade.  This grade will then replace the "audit" and will become the first and second advisory grade. Saturday make-up classes will start Sat., Nov. 17.  There will be a total of 5 Geometry and 5Algebra classes, ending in January.
   **Security issues**
We started the school year with 7 Hawk 1 security officers, and 7 more have just been assigned.  The new officers are posted in the following places:  inside and outside of the

auditorium, at the boys' and girls' locker rooms, outside of Room 124, in the breezeway, at the library, and roving. Ms. Williams would like one to be posted continuously at the front door after 4:30 – she will talk to the police about it since she and the police are in charge of Hawk 1. She said that the new officers are making an impact on keeping students in the building.

It was noted that while the DCBAS diagnostic tests are given to the 10th graders, the rest of the school loses instructional time. Ms. Miller is working on this. Although it was mentioned in an earlier meeting that DCBAS was not found to be a good predictor of how the students would fare on the DCCAS, the DCBAS is now aligned better with the standards and will be a useful tool.

John Howe reported that the doors are being worked on but some are original and require special attention. Within 30 days a digital camera security system should be in place. Staff and faculty will be getting cards for entry into two doors separate from the main doors: one by the library and one by the auditorium. All doors will be locked, but will open after 15 seconds and an alarm will sound. If a fire alarm goes off the doors will automatically unlock. There is a concern that students will open the doors during the day anyway and set off the alarm because they do not expect there to be any consequence for this. They do not think about the fact that they are playing with other people's lives. Chapter 25 should be amended to address the new doors and alarms in every high school, and Wilson students should feel immediate consequences if they use the doors when there is no emergency. The next Student Behavior Management Committee (SBMC) meeting will address this, and there are student reps on that committee.

## III.  Report from Principal Selection Panel
Advertisements specific to Wilson's vacancy have gone out and 15-20 applicants have responded so far. The selection panel is advertising in November, and DCPS is putting out a general call for principals in December. The panel wants to move more quickly than the DCPS advisors. The panel would like to start interviewing candidates as early as March or April, and would like to include meetings at Wilson which are open to all.

## IV. Restructuring
Cathy Reilly reported that Chancellor Rhee met with the LSRTs of Eastern, Cardozo and Roosevelt and said that her preference was to not allow any DC school to choose alternative governance as a restructuring option. This option, Option 5, was the one that Wilson and many other schools were looking into. Ms. Rhee is not comfortable with Option 4, the state taking over a school, because she does not believe that the state office is ready, but the state office does. Option 2, zero-based staffing where every employee at the school is replaced, seems draconian, but Ms. Rhee is keeping it on the table. That leaves Option 1, closing and becoming a charter school, and Option 3, entering into a contract with a private management firm.

Even if the schools make AYP, they will not know until August, and Ms. Rhee is not willing to wait until then to make changes. Her job is to deal with the 21 schools which are in restructuring this year; next year she may have as many as 50.

What does this mean for Wilson? We must work immediately to come up with some alternative ideas which can be presented to Ms. Rhee when she calls for a meeting with Wilson. Mary Froning will announce the formation of a "Think Tank" at the PTSA meeting tomorrow. Anyone interested in serving on it should contact Mary. The first meeting date was tentatively scheduled for Monday, Nov. 26, from 4 -6. Cathy reminded us that when the academies at Wilson were first started, a broad-based committee came together, with members from the community who strengthened the efforts. She recommended that we invite friends of Wilson such as Dr. Wilma Bonner (former Principal of Wilson), Sekou Biddle (our School Board rep.) and George _____ to join our group. She also recommended that the group study non-regulatory guidance, and try to find exactly where we have failed so that we can address that. Mary suggested that we might be able to attack our problem by partnering with a program like Johns Hopkins Talent Development to focus on our struggling students. Some LSRT members visited the Baltimore JHU Talent Development High School on Monday and were very impressed with their success. However, we were cautioned that there may be no additional funding resources to bring in a group like JHU Talent Development. We could also do an Innovative Schools RFP.

Ms. Rhee suggested that two companies, St. Hope and Green Dot, could be brought in to help the schools. These two companies do not necessarily fire everyone. So far they have not agreed to come to D.C.

## V. Budget Committee update
The Budget Committee has had one meeting during which they went over the current budget. In this Thursday's meeting they will compare it with last year's budget.

## VI. Local School Plan update by Goal
### Increase minority achievement in math, reading, writing
Reading and writing – Lisa Grymes reported that the English department is correlating DRP (diagnostic test) data with grades from the 1st advisory, figuring out what students actually need. Teachers are also continuing strategies from West Ed which they find very helpful. In general, our students need the most help with reading and analyzing informational text, and they need to read more. The 10th grade English teachers are identifying students who would benefit from a special support class. Ms. Grymes said that discipline problems continue to be a major detriment in her classes. She carries a full class load and is also taking over as literacy coach from Ms. Chile. Mary Froning offered to get coaches from the Johns Hopkins Talent Development program to meet with us. Ms. Grymes said that she thinks literacy would improve if teachers in every discipline include more literacy in their classes.

Math – Eileen Plumb learned that there is a very broad range of math levels in the 10th grade, and the DCBAS does not provide enough data, nor is there an alignment with standards or any practice tests. In addition, students don't buy into the DCBAS (or DCCAS?) because they do not get graded on it. Alex Wilson said that he has some data – course, teacher and DRP scores but no math assessment. The DCCAS test includes some Algebra II and Geometry material, and some of our 10th graders have not taken those classes. Dr. Smith said that we need data from the last administration to know what

worked before. The department hasn't done enough analysis because they didn't get access to the codes. She also wants students to be held accountable for their performance on the DCCAS systemwide. Cathy Reilly said that she would ask the schools which have 100% attendance rate on the DCCAS what they do to achieve that.

**ESL** – Carmen met with the department on Nov. 1. They are focusing on reading comprehension, especially amongst the 9th graders. In Algebra there is a very broad range of levels as well as native languages so the teacher can't move forward very fast and often has to translate. She loses her voice by the end of the day. Some of the stronger math students are ready to move on to Geometry but don't do well in the regular Geometry class because they have to learn all new Geometry vocabulary. The Latin American Youth Center (LAYC) is very helpful, with one-on-one tutoring in reading and writing, enrichment, outreach to parents, and encouraging students to get help from their teachers. The Algebra teacher needs help as soon as possible. The PTSA should be approached for money to pay an aide. Another need is for the class "Espanol for Natives" to be started again. The report is that it makes the students feel much more comfortable about themselves. It was suggested that Mary's Center be tapped for help with counseling.

**Minority representation in AP** – Alex Wilson reiterated the Local School Plan goal of growing the AP program, by 5% school wide, and 10% for minorities. The AP committee is a group of parents who are focusing on parent outreach, covering three areas: Access, Participation, and Achievement. The committee will be recommending that an AP Night be held in January to inform parents about the program, and that a letter go out to the parents of students who show AP potential, encouraging them to attend the meeting and to sign their child up for an AP class. Angelica said that students and parents should be reminded that APs can save a lot of tuition money in college. Dr. Smith said that the faculty spent an afternoon during orientation in August discussing how to increase minority participation in APs. Sarah will find the notes from that discussion and share them with the committee.

Sarah said that at Bell, all juniors and seniors take AP English, with no alternatives offered. They also have a no-fail policy so that teachers are encouraged to work with the students to raise their achievement. Cathy Reilly had spoken to some of the AP teachers at Bell who said that, because of the wide range of abilities amongst the students, the teachers find they often teach to the majority of the students who are in the middle. In addition, Bell is on a different schedule from Wilson and Bell doesn't offer as many electives.

It was requested that a baseline of minority participation in APs be shared, and also the numbers of girls and boys in each AP class.
Greg Bargeman stated enthusiastically that the AVID program is helping students to establish the kind of study habits necessary for success in more rigorous courses.

**Discipline issues** – This was postponed due to a lack of time.

**Counseling reorganization/benchmarks** – Chuck Samuels spoke with Jon Shea and shared 3 things. 1.) There is no prospect of Mr. Booker, the 11th grade counselor, returning or being replaced. His functions have not been done. At this point Mr. Shea and the other counselors will have to do pre-senior year counseling for the juniors this spring. 2.) Dr. Bennett no longer wishes to serve as the scholarship coordinator. Mr. Shea and Ms. Bean are finding parents and teachers to serve on a committee. 3.) So far the 9th graders have been asked to fill out their Individual Graduation Plans (IGPs) en masse, when our goal was for each of them to meet individually with their counselors or academy directors to do this.

**Increase minority parental involvement** – Sarah Whitener reported that the minority participation in leadership roles at Wilson has increased. This year 40% (4 out of 10) of the PTSA leadership, 43% (3 out of 7) of the parents on the LSRT, and 50% (2 out of 4) parents on the Principal Selection Committee are of color. Still, with a school population of 80% minorities, we have a ways to go. Beth Perry is working hard on outreach to the Latino community and is organizing a PTSA meeting at Mary's Center in Adams Morgan. The topic of the meeting will be "Getting Ready for College" and will feature an admissions counselor from UDC as well as current UDC students. She is also planning meetings on adolescence, college scholarships and financing.

**Increase role of COO to include facilities and business management** - postponed

**VII. Data Requests** – postponed.

The meeting was adjourned at 7:10.

Sarah Whitener

Woodrow Wilson High School LSRT
Minutes
December 11, 2007

Present:
Administration:  Helane Miller, Alex Wilson
Faculty reps:  Gloria Gibson, Erich Martel
WTU rep:  Robert Zugby
Parent reps:  Mary Froning, Carmen Carrera, Chuck Samuels, Vanessa Stroman
PTSA liaison:  Sarah Whitener
Additional Member: Eileen Plumb
Community rep:  Erie Sampson
Student rep: Angelica Gregory
Guest: John Howe (Wilson COO)

The meeting was called to order at 4:45 p.m.

I.     The minutes of the LSRT meeting of November 13, 2007 were adopted.

**II.      Principal's Report**
**Staff Vacancies**. [The Wilson community was deeply saddened this week because of the
death of Mr. Reginald Lewis, a 9th grade social studies teacher. At the community-wide
restructuring meeting yesterday, Mr. Dickerson shared some thoughts about Mr. Lewis,
and then asked for a moment of silence in his memory.]
Because of Ms. Williams' fall on Monday, she was not present.  Ms. Miller reported on
staffing issues. Ms. Dedo, the long term social studies substitute, will move to Mr.
Lewis' classes until his position is filled. Keith Roscoe, a new 9th grade social studies
teacher, did not report for work although they were expecting him.  They will look into
what happened. [He did report the next day.] A counselor who will be replacing the 11th
grade counselor, Mr. Booker, is expected by mid-January.

**III.     AP Committee Report**
The faculty AP committee began meeting this week and will meet monthly.  The issue of
required materials fees for some AP classes was discussed, with concern expressed that
some students need financial support to purchase these materials.  It was recommended
that the PTSA newsletter be used to publicize the AP program.  It was recommended that
field trips, assemblies and other activities that limit AP class participation should be
minimized for AP students.  With a date of March 4 for course selection, AP teachers
need to plan meetings with parents, department heads, and counselors ahead of that so
that recommendations for students to take APs will be in place.
Two meetings have been held with Latino families.  The meetings were led by parents
Carmen Carrera, at the Multicultural Center, and Beth Perry, at Mary's Center.  Carmen
reported that although parents seem very interested in AP courses, they and their children
do not seem to know much about them.  Shauna Leung, our College Board coach, will
provide Carmen with materials about the AP program written in Spanish.

There will be future meetings about AP after the new year, including February 13th, before or during the PTSA meeting.

## IV.   COO Report

**A&E Selection Process.** The Wilson Management Corporation has chosen an Architectural and Engineering firm from a pre-qualified list to begin work on Wilson's modernization. Five proposals by A&E firms were carefully studied, and from the five, three firms were chosen to do presentations to a committee of WMC members and community experts. The three firms (Cox Graee & Spack, EE&K, and Grimm & Parker) gave their presentations on Dec. 3. Because of the high quality of the firms, it was very difficult to choose amongst them. Once a contract is signed, the winner will be announced to the Wilson community.

Mr. Samuels reported that the WMC is still trying to get an agreement with Alan Lew that if help on a facilities problem is not delivered quickly, then the WMC can hire contractors from a pre-approved list to effect the repair.

Shockingly enough, Mr. Howe actually met some repair men last fall who came out on a 4-5 year-old work order to fix something in the pool area; they had not realized that the pool was being demolished. John said it was unconscionable that our elevator was broken for approximately one month, requiring some of our disabled students to be carried up and down the stairs and making it very difficult for our disabled teachers. He stated that this is where quality of life issues meet safety and security issues. The hope is that Mr. Lew will give us a small capital fund for items we can fix quickly ourselves, but neither the amount of money nor the process has been approved.

**Plans for Oversight of Business Functions.** The Local School Plan calls for Mr. Howe to move into management of business items at Wilson, rather than being limited to facilities management. The WMC is meeting with Chancellor Rhee this Friday and will discuss how to ensure the proper authority for Mr. Howe to do so. Meanwhile Principal Williams and Mr. Howe will meet to discuss how quickly and in what direction the new responsibilities are assumed. Particularly important will be determining his role in our modernization. He will either become the fulltime project manager, or he will retain his present responsibilities and the WMC will hire an outside project manager.

## V.   Academic Committee Reports

**Math.** Although there was no formal report, based on a conversation with Department Chair, Dr. Elaine Smith, Dr. Froning talked about the need for more vertical teaming between Wilson's math department and the math teachers in our feeder schools. Our math teachers also need to get the proper codes so that they can access DCBAS scores for their students. The detailed data from the DCBAS testing will be very helpful for analysis of the students' needs.

**Science.** Mr. Zugby reported that the Science department meets every Wednesday and uses the information to prepare for the DCCAS test [This is the first year the Biology testing will count toward AYP.].

**English.** Ms. Grymes was not present, but it was reported that the parents of 61 students who were identified as being very close to performing at the proficient level were invited to a meeting with English teachers, but only five showed up. This led to a discussion on how to get more involvement and support on the part of parents.

2

Re: Improving our participation rate in the DCCAS (95% participation is required), the following were suggested and discussed:

- DCCAS could be made a requirement to being promoted to the next grade, but in the opinion of Mr. Martel the DCMR (DC Municipal Regulations) would not allow this (it defines grade level students by the credits they have earned).
- Ms. Gibson will be working with Jon Shea so that students can be assigned to teachers who will find out exactly why they aren't coming to school now, so that interventions can be made before the DCCAS test in April
- Possible rewards for students who show up to take the DCCAS: If they show up, their names will be entered in a raffle for an iPod or Best Buy gift card and/or everyone who takes the DCCAS gets a certain number of Tiger Bucks to be spent in the school store. Students might be given extra class credit for taking the three DCBAS tests and the DCCAS.

Also, teachers should also be encouraged to take the practice tests so they have a good understanding of what is required of the students.

**ESL.** The teachers are trying to get the students to focus on persuasive writing and on improving their vocabulary. All ESL students are required to take the math test. If this is their first year in America, their test score will not count.

**Special Ed.** Mr. Martel's study of the master schedule shows that PE classes are very large (some over 40), some special ed. classes have 27-29 students, and one 9th grade English class has more than 30 students. He stated that this is certainly not the best way to address the needs of our special ed or new 9th grade students. Right now we have three or four unfilled slots for special ed. aides.

**Counseling.** The 11th grade counseling position may be close to being filled (early next year?). The counselors need to have one-on-one meetings with all their students, and go over plans for the future in addition to Letters of Understanding and other basic requirements. Ms. Carrera was concerned that many Latino parents would miss the deadline for submitting LOUs, so she personally called every Hispanic family in the 12th grade. Many of them did not know what she was talking about.

The 50 or so seniors who took 9th Grade Chorus as a class at Deal will not have to take General Music in order to graduate. They will be given credit for that class.

There is an ongoing audit of the senior class to determine who will be ready to graduate in the spring. Some students have been placed in the 11th or even 10th grade. By DC regulations, they would not be able to participate in the graduation ceremony even if able to complete their requirements over the summer.

## VI.    Restructuring Planning

**Report from DCPS meeting on 12-4 and Timetable.** Self-assessment forms will be available soon for completion by faculty and the LSRT. They will be due back Jan. 4. Apparently, feedback from parents and community members will occur during focus groups (dates?). On Dec. 18 Ms. Williams will receive the rubric for the Quality School Review which will take place Jan. 7 – 22 and will cover Academics, School Climate and Parental and Community Involvement. Ms. Rhee will make her decision about plans for the restructuring schools in late February.

The Wilson plan to come up with a restructuring proposal was to divide the parents and teachers who came to the Think Tank meeting yesterday into three focus groups and have

them work on their subject.  The next ThinkTank will be on Monday, Dec. 17, which would continue the small group work. The coordinators for the groups are: Mary Ball – Academics; Mr. Da Silva-Olaghere (Coach G) – School Climate; Janathel Shaw and Mary Giffin – Parental and Community Involvement.  The Monday meeting will begin at 3:30 p.m.

**Process for Vetting Proposal.**  The small working groups will report out at a ThinkTank meeting on Jan. 9.  The proposal would then go before the SCAC, the LSRT and PTSA the second week of January.  The next LSRT meeting and faculty meeting is Jan. 15.  We discussed whether or not the faculty needs to vote on which option we are choosing. Although most seemed to think the general consensus was that we were writing a proposal for Option 5, it was decided that a vote was needed, and Mr. Zugby said that he would organize a vote, probably for Friday, Dec. 14.  Mr. Martel and SCAC member Mr. Zugby will work on determining the definition of passage (simple majority for choice of option, some level of supermajority for the passage of a proposal).  With regard to the LSRT, everyone hoped that we would be able to gain a consensus on the proposal, with Mr. Samuels suggesting that failing a consensus, we would simply report to the Chancellor what the sense of the LSRT was and she could make of it what she wanted.

### VII.   Report from Principal Selection Committee
There is a meeting next week for the committee to see the resumes that DCPS has.  The committee keeps asking to hold interviews themselves, without the candidates having already passed through three levels of review with DCPS.  The committee may try to get more resumes.  They have received about 20 so far, of which eight or nine look promising.  While the Wilson community is encouraged to recruit good principal candidates, the committee wants to remind anyone who does so to work directly with the committee to set up tours, etc.

### VIII.   Budget Committee Report
Mr. Martel showed copies of the budget to the LSRT, highlighting his concern that although the summary of the section of the budget that includes ET-15s (faculty) says there are 83 teachers, there are only 82 actually named in the official Schedule A.  He was encouraged to do a check-off of faculty members to make sure everyone who is in the building is included on the Schedule A.  If an anomaly continues to exist, the LSRT would support further investigation.

The meeting adjourned at 6:45 p.m.

Sarah Whitener, Secretary

Minutes of Emergency LSRT Meeting February 5, 2008

Present:
Administration: Jacqueline Williams
Teachers: Erich Martel, Sandy Wright, Gloria Gibson
WTU Rep.: Bob Zugby
Parents: Mary Froning, Vanessa Stroman, Chuck Samuels, Carmen Carrera
PTSA Liaison/Secretary: Sarah Whitener
Additional members: Greg Bargeman, Eileen Plumb
Community Rep.: Erie Sampson
Guests: Alex Wilson, Ginny Callanen, John Howe

This meeting was set up last week by Mary Froning to review the restructuring proposal as it stands.

The meeting was called to order at 3:30 pm.

A part of the proposal that had not yet been defined is the extra resources Wilson would need to accomplish a turnaround in meeting AYP goals. Dr. Froning provided a draft list of items which might be included in the proposal. It was meant for these to be reviewed not only by the LSRT, but also the faculty, before they would become part of the proposal. These items are, we believe, essential to Wilson's improvement, and should not come out of our local school budget. In fact, if we had had some of these essential items in the years we failed to make AYP, we might not have been in the position we are in today. The list is:

Summary of Resources Needed in Addition to the WSF Budget for Wilson:
   (1) The funds to hire a mutually agreed upon educational consultant to help us implement structural and academic changes to Wilson. This did not receive further discussion.
   (2) Coaches for math and literacy. Ms. Wright expressed a very strong preference for reading teachers—in classes all day—as opposed to a coach. A coach would help the teachers, but a reading teacher would directly interact with students and would have the required expertise to address their specific problems. Wilson used to have a literacy coach, but the results were not conclusive. The reading teacher should be chosen by our faculty and administration, not simply sent from downtown. No one from the math department was present, so there was no discussion of the need for a math coach, other than to say that we need a "remedial math coach."
   (3) Additional faculty slots to teach remedial courses, in order to reduce class sizes for below grade level students. Mr. Martel suggested that for students more than 2 years below grade level, classes should have no more than 10 students, and for students up to 2 years behind, classes should have 15 students. Ms. Wright mentioned that sometimes classes can be too small to be productive for the students.
[Here, Ms. Williams had good news to report. The system is putting Read 180, a reading program targeting students who are at least 2 years behind grade level, into the restructuring high schools. Four of our teachers are being trained already - Ms. Cook (English), Ms. Grymes (English), Ms. Samuels (Spec. Ed.), and Ms. Malloy (Spec. Ed.). We received six licenses for the software to be used; it was still to be determined where the program would be installed. Eighty 10th grade students have been chosen for this program, and will meet with the teachers in an elective, for two advisories. The system is not making a similar effort in math.]

[Additional good news: Based on an LSRT initiative, an action letter was written to Ms. Rhee by Ms. Williams and Dr. Froning about the failure to provide equalization funds this year. This resulted in Wilson being designated to receive 2 new Special Ed. teachers, 2 new ELL teachers, and 2 dedicated aides for our 2 visually impaired students.]

(4) Significant technical assistance in the area of Special Education to review our current curriculum and provide professional development in the inclusion model for our entire faculty. It was suggested that we ask for a Special Education coordinator funded from the central office, as was recommended by Mary Levy.   (5) Increase the pay for special education aides to increase their availability and quality, and decrease turnover in their ranks.

(6) Significant technical assistance in the area of English as a Second Language to review our current curriculum and provide appropriate professional development.

(7) Improve the usability of STARS to facilitate access to data. Ms. Wright said that the STARS system may not have been installed correctly, because it should work much better than it does, such as providing better breakdowns of attendance data. We should state that we support the Chancellor's call to make data-driven improvements, but we need better access to more data in order to do that.

It was also suggested that we return to the previous CAASS system which was used for attendance purposes, but not without an on-site support /IT person and all the necessary components. Previous sub-optimal results were the result of equipment breakdown and not having the funds to buy all the components. It was suggested that STARS might also have the capability (with the right equipment) to scan students in and out of the building; this would allow more seamless access to data.

Ms. Sampson suggested requesting an electronic grade book such as Thinkwave or Blackboard. This would allow parents and students access to their grades and assignments, thereby improving communications and allowing for better parental oversight. Only some Wilson teachers use an electronic grade book. Since STARS has this capability, Mr. Martel will ask Dan Gohl about whether DCPS can turn on this component.

(8) Other. Ms. Williams suggested that we add a Dean of Students, since it is her understanding that the system will be adding one to each restructuring high school anyway. Ms. Wright requested that we add 2-3 new high-volume heavy duty copiers, spring water, high-volume heavy duty printers on each floor, and more telephones for use by the faculty. Ms. Williams said that right now, drinking water is being paid for out of the Principal's Discretionary Fund. Ms. Williams reported that she has just signed off on a request for more phone lines for the faculty lounges. John Howe reported that there are now working telephones in the 1st and 2nd floor teacher's lounge. He also may be getting cell phones for the teachers to sign out from the school bank.

Dr. Stroman suggested that we ask for another paid position in the College Bureau.

Class sizes are a problem throughout the school—in the 9th grade, in Special Ed. classes, in some AP classes. At the same time there are underenrolled classes and too many students in Office Assistants. Sometimes this position works well—the teacher has valuable help from reliable students, or a student forms a helpful relationship with a teacher/mentor. For some students, the vocational credit has meaning. But for many, it is just a way to get out of class and do nothing. The Office Assistant enrollment clouds the picture of how many faculty we really need. It was agreed that the subject of class size and Office Assistant would be discussed at the LSRT meeting on 2-12-08.

Report on Faculty Meeting of Monday, Feb. 4

Mr. Zugby reported that because of our new timeline, no votes were taken in the meeting. The faculty will be meeting during Collaborative Meeting Time (@8 - 8:40 am) Tuesday, Wednesday and

Thursday of this week and next week to discuss the proposal. He reported that some teachers want the organizational chart to be dropped from the proposal—there is too much detail in it.
Although many may be in favor of smaller learning communities, some prefer teams over academies. Academies should be better defined. We could have teams in 9th and 10th grade, or part of 10th, and then have academies in 11th or 12th grade. Objections to the idea of putting every Wilson student in an academy were: 1.) it is too early to make a child chose a career interest; 2.) the appeal of academies now is perceived as an elitist draw or a common interest; 3.) academies attract kids or parents who are already motivated; 4.) the team structure assures that kids will be overseen by a small group of teachers who can identify behavior patterns, where students need to be challenged, etc.
If all students are put in academies, would maintaining a 2.0 GPA continue to be required or be dropped given that each academy would contain students at all levels (below to above grade level). Ms. Wright pointed out that if the student body or faculty is too fragmented by small groups, we could lose what is special about Wilson, the large and diverse community of which everyone is a member. However, there has been consensus that we need to be sure that each student has more adults overseeing his/her progress, and each student needs to have a good connection with at least one of these adults in order to not get lost or fall through the cracks. The question is how is this best accomplished. Mr. Martel emphasized the advice from our Wilson Advisors on Restructuring—Mr. Durso, Mr. Regnier and Mr. Arlotto—that before school starts each year, every new student have a meeting with an assistant principal, counselor and academy coordinator or team leader. It was suggested that if a new academy is to be created, the students should be surveyed to find out what they would like to see. Some teachers liked the idea of a summer institute at Wilson for rising 9th and 10th graders.

Dr. Froning conveyed this advice from Justin Cohen
Mr. Cohen, who is our point person for restructuring, advised us to NOT submit a budget or detailed solution for our problems. They want a serious and thorough diagnostic of what our needs are. Ms. Rhee wants to be part of every solution. DCPS seems to be leaning toward creating small learning communities where they do not already exist.

New Timeline
The Quality School Review will go to the Chancellor Feb. 21. Between now and then the LSRT and Ms. Williams will get a copy and will be able to review it and see what weakness have been highlighted. Our proposal should target those weaknesses.

The next LSRT meeting will be Tuesday, Feb. 12, at 4:30.

The meeting was adjourned at 5:00 pm.

Respectfully submitted,
Sarah Whitener

3

Woodrow Wilson High School LSRT Minutes
April 8, 2008

Present:
Administration: Jackie Williams
Faculty reps: Sandy Wright, Gloria Gibson, Erich Martel, Lisa Grymes
WTU rep: Robert Zugby
Parent reps: Mary Froning, Carmen Carrera, Chuck Samuels, Vanessa Stroman
PTSA liaison: Sarah Whitener
Additional members: Greg Bargeman Eileen Plumb
Community rep: Erie Sampson
Guests: John Howe (Wilson COO), Venetta Sloan-Akwara, Maureen Thompson, Helane Miller, Jiliann Mode, Mary Giffin, Ajibade Da Silva-Olaghere

The meeting was called to order at 4:40 p.m.

**I.** The minutes of the LSRT meeting of March 11 were adopted, with the following changes: in the description of the incident involving her son, Mai Abdul-Rahman said that the incident was not a "fight" but an assault, and the month in which her son inadvertently stepped in front of the assailant's camera was September, not October. The name of the assailant's previous school should not have been included.

**II. Principal's Report**
**Teacher Vacancies**
Mary Froning and Ms. Williams sent an email on January 25, 2008, to the Chancellor asking for equalization of our budget, particularly in the areas of Special Ed and ESL. An audit revealed that in order to be in compliance, we needed to add 2 Special Ed teachers, 2 ESL teachers, and 2 dedicated aides. We now have a new Special Ed teacher, Ms. Jillann Mode, who is a graduate student at George Mason University and will be supporting students in their English classes. Ms. Sloan-Akwara announced that a new ESL teacher is now on board, Mr. Mesfin Hailegebriel. He is from Addis Ababa and is a native speaker of Anharic. Next year the ESL Department will be adding Ms. Sarah Geisler, who is now a counselor for the 12th grade. A new counselor will be sought. Two dedicated aides—contract employees through Tamah, LLC—have been provided to help our visually impaired students. [At the April 9 PTSA meeting, the new social studies teacher, Joe Winpisinger, was introduced, along with Mr. Hailegebriel.]

Ms. Maureen Thompson has been appointed by the College Board as the new coordinator for the SAT Reasoning Test (formerly SAT I), so the test can be given at Wilson in May and June. She is paid by the College Board and will be trained by them at the end of April. She had formerly been an SAT Subject Test coordinator at Wilson. Concerns were expressed about the bad experiences previous students have had taking the SAT at Wilson (e.g., students were made to stand outside for 45 minutes in cold temperatures before they were let in the building, restrooms were not unlocked, and the testing was so poorly proctored that tests were invalidated and had to be retaken.). The hope was expressed that the proctors would be better prepared and more responsible.

1

**Safety and Security**
There have been no lunchtime incidents since the one-day lunch lockdown on March 31. An intramural basketball tournament is being held in the gym; the gym is locked when the tournament is not underway. There is a schedule for teachers and staff to cover different areas of the building on a rotating basis. Coach G is collecting names of volunteers and has 17 additional teachers to add to the schedule. The schedule will be followed until the end of the year. Although some suspensions have been ordered recently, they were not due to violence. There has been a new crackdown on the use of iPods, MP3 players and cell phones during school. The teachers and staff have been collecting them when they see them and have called home to make parents aware of the rule. So far there have been no repeat offenders. Mr. Bargeman reported that there have been some slight disruptions in the 9th grade, but they have been what he called "normal."

Mr. Martel asked if there is a way to enter this data into STARS so that we can track it over time. Ms. Williams answered that there is such a data field in STARS but that we don't use it now and need training on it. Ms. Miller is inputting suspensions, however. Ms. Williams will follow up with Mr. Thornton, head of HawkOne, to get access to his data. SCAC has requested that teachers get a list of suspended students along with the length of the suspension, and a do-not-admit list so that they are better able to handle situations. Coach Williams needs to send that information to Ms. Miller. Mary Froning said that she would contact Ms. Michelle Johnson, contract officer over HawkOne and would help encourage Mr. Thornton to send us the reports on incidents as they occur.

Our Instructional Superintendent, Pat Tucker, has informed Ms. Williams that DCPS is going to start a credit recovery program at Wilson as early as next week. Through this program, students will be able to make up credits which might allow them to graduate on time. Ms. Gibson saw this program in place at Overbrook High School near Philadelphia. Students there had to take make-up classes either before school or at night. DCPS would fund such a program at Wilson. Already 3 Wilson teachers have signed up to teach in the program. The program will require that the students attend as many hours as the original class that they failed. Only Wilson students will be enrolled, and the hope is that many of the overage students will enroll. There may be a Wilson coordinator on site.

## III. DC CAS
**Incentives for DC CAS.** Ms. Miller reported on her proposed incentive plan which includes extra credit bonuses and door prize drawings for attendance. There also will be prizes for 100% attendance homerooms for students and teachers. Special accommodations are being made for ESL and special ed students   Ms. Miller and Mr. Martel exchanged views as to whether AP teachers with 10th grade homerooms should be required to proctor tests. The Principal shall make the determination.
**Transportation for DC CAS.** Ms. Gibson reported on the transportation plan, which focuses on careful monitoring of the list of students who fail to appear for the first days of testing and then following up with communications and transportation assistance.

## IV. Facilities/Modernization Report

John Howe reported that the air conditioning work is on target for mid-May. He is still working on finding new parking places for the teachers, to replace the ones at the back of the building lost due to construction. The groundbreaking ceremony for the pool has not occurred but digging has started. A group of teachers and staff went with architects from Grimm+Parker to visit Washington-Lee High School and Kenmore School in Arlington. They were amazed at what they saw, including a beautiful auditorium, a black box theater and orchestra pit. The PTSA meeting tomorrow night will feature a 1 ½ hour presentation by the architects to the Wilson parents.

**V. Academic Committee/DC CAS related issues**
**English** – Ms. Grymes reported on her experience with Read180, which should be redirected at students 2 grade levels or more behind, but this year is being directed at kids on the cusp of Proficient or Advanced (per DCPS direction). The small classes have been very effective.
**Math** – Dr. Stroman noted that Dr. Smith reported that she and Principal Williams have a plan in place.
**Science** – Ms. Gibson reported that biology teachers meet each Wednesday to strategize and develop model test questions
**ESL** – Ms. Carrera reported that a new teacher has been on board for one week. All students were reviewed in January and special testing accommodations are being made.
**Special Ed** – Mr. Bargeman stated that, in his view, the math for special ed inclusion model is not working and that there need to be pullout opportunities. Others agreed and Ms. Plumb added that the lack of emphasis on proper calculation skills and learning math tables in elementary school adds to the challenge.
**Counseling** – No report

**VI. Restructuring Proposal Summary for 4-10 meeting.** Dr. Froning led the group through a draft summary or distillation of our proposal, as requested by Downtown (final summary attached). She noted that her understanding is that the budget we will soon receive for comment is not based on the weighted student formula, and it is unclear whether it will include any of the additional funds our proposal or even what DCPS mandates require.

**VII. Recruiting for LSRT for next year.** Dr. Froning stated that soon faculty and parents will need to consider candidates for next year's LSRT.

**VIII. Data Requests re: graduation.** Messrs. Zugby and Martel described the SCAC requests to the Principal which is under discussion.

**IX. Principal Selection Update.** Mr. Samuels reported that the Principal Selection Panel has seen a number of good resumes and is hoping to start interviews in the next few weeks. We are working closely with Downtown and are still advocating some type of Wilson meet-and-greet and reception for the semi-finalist candidates

The meeting was adjourned at 6:40 p.m.

Respectfully submitted,
Sarah Whitener and Chuck Samuels

Woodrow Wilson High School LSRT
Minutes
June 2, 2008

Present:
Administration:
Faculty reps:  Erich Martel, Lisa Grymes, Sandy Wright, Mary Ball, Julie Caccamise
WTU rep:  Robert Zugby
Parent reps:  Mary Froning, Carmen Carrera, Vanessa Stroman, Verna Clayborne,
          Margot Berkey
PTSA liaison:  Sarah Whitener
Additional Member: Greg Bargeman
Guest: John Howe (Wilson COO)

The meeting was called to order at 4:35 pm.

**I. The minutes of the May meeting were adopted.**  The suggestion was made that, instead of using square brackets [] to indicate something that was said or happened after the meeting, the information be entered in a footnote format.  Sarah will try this out.

**II. Farewell to leaving members and welcome to new members**
Mary Froning welcomed the new members to the LSRT (Mary Ball, Julie Caccamise, Verna Clayborne, and Margot Berkey), and thanked the members who are leaving (Bob Zugby, Sandy Wright, and Vanessa Stroman).  Bob Zugby and Chuck Samuels (in absentia) were presented with gift certificates and cards as thank yous for their tremendous service to the Wilson LSRT.  Sarah Whitener read the following:

Bob Zugby--- Bob has served on the LSRT for 8 – 10 years.  In this role, as well as many others at Wilson, he has shown great wisdom and judgment in moving projects forward in a civilized manner.  He has been able to keep negotiations going when others couldn't.  In this difficult year, when there was plenty of bad news being covered in the media, one constant source of good news was the accomplishments of the WMC.  We have Bob Zugby to thank for that.  When the autonomy effort was halted by one vote, Bob decided to make sure that it didn't die, and because of him, the WMC was born.  We all owe him a debt of gratitude, and wish him well in his retirement.

Chuck Samuels--- Chuck served on the LSRT for 4 years and was chairman for 3.  He was deeply involved in the work of exploring autonomy, and went to countless meetings with people throughout the school to thoroughly understand how our needs could be better met with more control over our budget.  As chairman of the LSRT he made it his practice to collect feedback from all stakeholders before making a decision.  Chuck also found ways through new initiatives of the LSRT to support all students.

**III. Election of Chair and Secretary**
Mary Froning was elected chair of the LSRT.  Sarah Whitener, appointed by the PTSA as the LSRT liaison to the PTSA, was elected secretary of the LSRT.  Erich Martel has been elected WTU rep to the LSRT, replacing Bob Zugby.

**IV. Appointment of 2 additional members (2) and a community member**
Greg Bargeman, Fred Carter (a Wilson parent) and Rene Meddaugh (a special ed. teacher at Wilson) were put forward as possible additional members of the LSRT.  Ms. Meddaugh is knowledgeable about IDEA and is on the special ed. task force of the Office of the State Superintendent (OSSE).  She has attended many of this year's LSRT meetings and could fill in a gap in representation of special ed needs on the LSRT.

Greg Bargeman could take an administrator's slot on the LSRT.

Ideas for community rep were Eileen Plumb, whose daughter graduated this year, a representative of the Asian LEAD program known by Mary Ball, Norgie Bigger, and the two "roving leaders" who have been working at Wilson this year.  Resumes should be emailed to Mary Froning by June 17.

### V. Facilities Update
John Howe gave his facilities report next.  The architects are meeting with the visual arts and performing arts departments, the counselors, science department and administrators.  The building is now fully air conditioned, and some of the old units are being rotated out.  The main focus on facilities for the summer is the buff and scrub project and the summer "Blitz."  Anyone with plastering and painting needs should contact him.  He is also working on clocks, and on new tables for the conference room.  The Lowes grant came through for the guidance suite.  Rooms L13 and L14 need lockers, and they will be installed before school starts.  The women's bathrooms will get better doors.  A functional refridgerator will be put in the faculty lounge.  Water fountains on the 2nd floor should be operational by September.

There was some discussion about whether or not the bathrooms on the 3rd floor can be locked because of a lack of supervision.  It was agreed that this was an administrative issue, not a facilities issue, and the new administration will handle it.

Julie Caccamise requested  a door which can be locked from the inside, but that may not happen until we get a new building.  There is a deadbolt lock on the outside of an L room, and Mr. Howe will take care of that, even if it means buying a new door.

### Principal Selection
Kaya Henderson told Mary Froning today that central is very close to an agreement with a candidate.   The delay has been salary negotiations. (1)

The new principal will interview all teachers by next week.  If the principal is still not on board by then, interviews will be conducted by John Davis and Tom Whittle.  The LSRT recommended that existing evaluations not be used.  They are either non-existent or of questionable validity.  The personnel committee includes Ms. Benjamin, Ms. Sloane-Akwara, and Ms. Watts-Martin.  The LSRT thinks that this committee should be involved in the process; candidates could be interviewed by the committee. Mary Froning said that the committee should come up with interview questions which would be asked of every candidate.  They could ask for benchmarks, failure rates, and portfolios.  The teachers would have a chance to explain demonstrable failures in any of these areas.  The personnel committee would not be allowed to look at the personal files of the teachers, however.

The final agreement was that Dr. Froning (Mr. Martel requested to be included as WTU rep) would talk to the person who would be doing the interviewing (either the new principal or Mr. Thomas Whittle, a former turnaround principal who has been working at Wilson since March 2008).  A summary of the process to be used by that person would be transmitted to the rest of the LSRT.  If it seemed fair and reasonable, we would defer.  If there were some concerns, we would ask for a meeting to discuss the process.

### VI. Budget Issues
Dr. Froning related that the categorizations in the budget formula mandated by the central office did not provide for personnel necessary to manage a school the size of Wilson.  However, the Petition for Change necessary to argue moving funding from one personnel category to another had not yet been scheduled, pending a decision on a new principal.

There was a brief discussion of the drafts of the Other than Personal Services (OTPS) and Title I parts of the B Budget.  Dr. Froning empasized that no decisions had been made and agreed to

email the current breakdowns so staff members could ensure that their fellow teachers had input into these important parts of the budget. Generally, though, it was clear that there was consensus for new copiers for the school, whether that be provided by the central office or from our local budget (through leasing).  Title I monies would focus on students who qualify for Free and Reduced Lunch, particularly in the areas of Reading and Math.

There was no consensus on summer math programs.  A decision on support of the Summer Math Enrichment program (LEAP) was tabled pending Dr. Elaine Smith's response to the questions by the PTSA (joined by the LSRT) re: the effectiveness of the program in increasing the participation of students of color in advanced math classes (the stated goal).  A 3-week summer math program for students whose grades were just short of failing was also being considered.(2)

**VII.  Standing LSRT committee proposal**
It was agreed that we would establish standing committees to address the following areas in more depth than has been this year:
Special Education
English as a Second Language
Diversity

**VIII.  Summer Bridge status**
Mr. Bargeman indicated he was told that this would not be implemented until next summer.

**IX. Orientation for 9th grade students and families**
Ms. Berkey, who reported considerable experience in orientation programs, distributed a draft plan for orientation of the 9th grade families.  It was suggested that it be on Saturdays, one for each of the three teams (although depending on family plans, it would be flexible).  Ms. Berkey and Mr. Bargeman (Freshman Academy Coordinator)  agreed to discuss this further.  The funding would be minimal, but the source could not be identified until the budget negotiations have been completed.

**X. 10th grade teams**
It was agreed that while it would be good to get a start on 10th grade teams for next school year, without an identified principal to make decisions, it may be too late to implement.  The proposal was for teams of English and social studies teachers as the least complicated way to begin the implementation.

**XI.  AP courses for 2008-9**
Mr. Martel expressed his concerns that students continue to be enrolled in Advanced Placement (AP) courses without proper foundation.   There was no time to discuss this, but it was agreed that this would be an area to address with the new principal in the face of recommendations by the AP Committee that there are standards developed and implemented.

The meeting adjourned at 7:10 p.m.

Respectfully submitted,
Mary Froning and Sarah Whitener

(1) As of June 12, a new principal, Peter Cahall, was selected.  His first day of work will be July 10.
(2) After seeing the data on students attending the summer math enrichment program, and their outcomes, the PTSA Executive Board later voted in favor of funding the program.  Dr. Smith reduced the scope of the program from 3 teachers to 2.

Woodrow Wilson High School LSRT
Minutes
June 17, 2008

Present:
Administration:  Pete Cahall
Support staff:  Hattie Moore
Faculty Reps: Julie Caccamise, Mary Ball, Gloria Gibson
WTU rep:  Erich Martel
Parent reps:  Mary Froning (chair), Margot Berkey (via phone)
PTSA liaison:  Sarah Whitener
Guests:  Greg Bargeman, Jon Shea

The meeting was called to order at 2:05 pm.

## I.  Welcome to new Principal, Peter Cahall, and introductions
Our new principal, Pete Cahall, was introduced. He described himself as a listener who works by collaboration.  His goal is to do what is in the best interests of students and student achievement.  He is excited to be at Wilson because he sees the school as one which has all the necessary pieces to become a model school.  He is very happy to be back in a school as opposed to working purely in an administrative role, and he looks forward to daily contact with students, teachers and parents.  He is committed to Wilson for the long run.

## II.  Appointments of 2 Other and 1 Community Member to LSRT
No decisions on appointments to the LSRT were made, but the list of names for 2 appointed members and 1 community member includes:  Fred Carter, Norgie Bigger, Catalina Talero, Maureen Thompson, and a member of the Roving Leaders.  We learned from Mary Ball that the DCPS job descriptions for math coach and literacy coach include LSRT membership.  So Mary Froning will try to find out if our new coaches will take up two of these slots or if they are new, additional positions on all restructuring school LSRTs.

## III. Budget Issues
Mary Froning and Erich Martel presented their budgets along with Chancellor Rhee's and the current Wilson budget.  Comparisons were made.  Mr. Cahall will study the budgets in the near future.

## IV. Summer Transition
### Faculty changes
Mr. Martel listed the standing committees that affect faculty:  the SCAC, made of 6 elected members and the WTU rep, and the Personnel committee, made of 3 elected faculty members and a parent. [The Cabinet consists of the department chairs.]  The teachers' contract, which ran out last September, is still being negotiated.

Mr. Cahall will be hiring his administrative team and counselors next week. He will be solely responsible for hiring and firing from now on, although his official start date is July 10. He will be on vacation July 1 – 9.

**Appeals process.** Mr. Cahall did not participate in the firing of 11 teachers. Those teachers will have an opportunity to appeal the decision, in an interview with the principal this week. Mr. Cahall's decision is final and will have the backing of Chancellor Rhee. Parents and students who wish to send letters in support of these teachers can do so. Mr. Cahall's email address is:  petecahall@hotmail.com.

**Restructuring.**
**Administrative structure**. Mr. Cahall is open to having 4 Assistant Principals, and said that we should look at the question for this transitional year; we can change it next year. If we have only 3 strong APs, that will take some pressure off other administrators. He is comfortable with a system where there is one AP in charge of management and student behavior, and one AP in charge of curriculum and instruction. He needs to have a better definition of the role of academy coordinators, and has already spoken with two of them. Margot said that it is a citywide problem in the restructuring high schools that the positions the principals rely on daily are not described or included in the staffing models. Mr. Cahall said that during restructuring, his goals will be safety, good staff morale, and good classroom instruction. We have to be ready to redistribute resources and energy to help the students who need it most. For instance, we have to be cognizant of class sizes at both the advanced and below basic levels.

We briefly discussed the new double periods of math, the 4 x 4, 8-period and 7-period day schedules, the effectiveness of Read 180, and a single lunch period. No decisions were made. Mr. Cahall does not want to get rid of things that are working.

**Psychologist**. The school psychologist is funded by our local school budget right now, and because of this, she can serve all our students, not just special ed students.

**1-day orientations for 9th grade families.** Mr. Bargeman and Margot Berkey have been working on an orientation plan for the 9th grade, which will possibly involve a Saturday meeting for each of the teams. Mr. Cahall asked them to submit a proposal and said that he will support the orientation and try to fund it. Some money might be available in the Administrative Premium.

**1 week high school prep for FRL students.** This is for students who scored at Basic or Below Basic on the DCCAS. It would serve to orient them to high school student skills and expectations, and also let them know that the school cares about them and their success. Strategies to reach these students and ensure their attendance were discussed.

**Professional development for teachers of double period math and English.** Funding might be available from Title 1 monies.

Woodrow Wilson High School LSRT
Minutes
June 17, 2008

Present:
Administration:  Pete Cahall
Support staff:  Hattie Moore
Faculty Reps: Julie Caccamise, Mary Ball, Gloria Gibson
WTU rep:  Erich Martel
Parent reps:  Mary Froning (chair), Margot Berkey (via phone)
PTSA liaison:  Sarah Whitener
Guests:  Greg Bargeman, Jon Shea

The meeting was called to order at 2:05 pm.

## I.  Welcome to new Principal, Peter Cahall, and introductions

Our new principal, Pete Cahall, was introduced. He described himself as a listener who
works by collaboration.  His goal is to do what is in the best interests of students and
student achievement.  He is excited to be at Wilson because he sees the school as one
which has all the necessary pieces to become a model school.  He is very happy to be
back in a school as opposed to working purely in an administrative role, and he looks
forward to daily contact with students, teachers and parents.  He is committed to Wilson
for the long run.

## II.  Appointments of 2 Other and 1 Community Member to LSRT

No decisions on appointments to the LSRT were made, but the list of names for 2
appointed members and 1 community member includes:  Fred Carter, Norgie Bigger,
Catalina Talero, Maureen Thompson, and a member of the Roving Leaders.  We learned
from Mary Ball that the DCPS job descriptions for math coach and literacy coach include
LSRT membership.  So Mary Froning will try to find out if our new coaches will take up
two of these slots or if they are new, additional positions on all restructuring school
LSRTs.

## III. Budget Issues

Mary Froning and Erich Martel presented their budgets along with Chancellor Rhee's and
the current Wilson budget.  Comparisons were made.  Mr. Cahall will study the budgets
in the near future.

## IV. Summer Transition
## Faculty changes

Mr. Martel listed the standing committees that affect faculty:  the SCAC, made of 6
elected members and the WTU rep, and the Personnel committee, made of 3 elected
faculty members and a parent. [The Cabinet consists of the department chairs.]  The
teachers' contract, which ran out last September, is still being negotiated.

Mr. Cahall will be hiring his administrative team and counselors next week.  He will be solely responsible for hiring and firing from now on, although his official start date is July 10.  He will be on vacation July 1 – 9.

**Appeals process.**  Mr. Cahall did not participate in the firing of 11 teachers.  Those teachers will have an opportunity to appeal the decision, in an interview with the principal this week.  Mr. Cahall's decision is final and will have the backing of Chancellor Rhee.  Parents and students who wish to send letters in support of these teachers can do so.  Mr. Cahall's email address is:  petecahall@hotmail.com.

**Restructuring.**
**Administrative structure**. Mr. Cahall is open to having 4 Assistant Principals, and said that we should look at the question for this transitional year; we can change it next year. If we have only 3 strong APs, that will take some pressure off other administrators.  He is comfortable with a system where there is one AP in charge of management and student behavior, and one AP in charge of curriculum and instruction.  He needs to have a better definition of the role of academy coordinators, and has already spoken with two of them. Margot said that it is a citywide problem in the restructuring high schools that the positions the principals rely on daily are not described or included in the staffing models. Mr. Cahall said that during restructuring, his goals will be safety, good staff morale, and good classroom instruction.  We have to be ready to redistribute resources and energy to help the students who need it most. For instance, we have to be cognizant of class sizes at both the advanced and below basic levels.

We briefly discussed the new double periods of math, the 4 x 4, 8-period and 7-period day schedules, the effectiveness of Read 180, and a single lunch period.  No decisions were made.  Mr. Cahall does not want to get rid of things that are working.

**Psychologist.**  The school psychologist is funded by our local school budget right now, and because of this, she can serve all our students, not just special ed students.

**1-day orientations for 9th grade families.** Mr. Bargeman and Margot Berkey have been working on an orientation plan for the 9th grade, which will possibly involve a Saturday meeting for each of the teams.  Mr. Cahall asked them to submit a proposal and said that he will support the orientation and try to fund it.  Some money might be available in the Administrative Premium.

**1 week high school prep for FRL students.**  This is for students who scored at Basic or Below Basic on the DCCAS.  It would serve to orient them to high school student skills and expectations, and also let them know that the school cares about them and their success.  Strategies to reach these students and ensure their attendance were discussed.

**Professional development for teachers of double period math and English.** Funding might be available from Title 1 monies.

**V. Scheduling/Staffing issues**

**Changes in 9th grade Science.** Double science will not be offered in 9th grade. And although a few weeks ago the school was told that all 9th graders would be taking Physics instead of Biology, Ms. Gibson and Jon Shea explained that now 9th graders can take Physics, Biology or Environmental Science. The science department uses the GALT test to help them place students in classes appropriate to their development (For instance, Physics requires more conceptual thinking while Environment Science is more observationally based, concrete and allows more practice in forming hypotheses and testing.)

**Determining teacher hiring based on need.** Teachers will be hired to fill slots based on student population and restructuring needs.

**VI. 10th grade teams.** This will probably not happen in the fall, given all the other changes which are happening.

**VII. Split lunch period.** Mr. Cahall is in favor of the single lunch period if it contributes to student achievement. This will be studied further.

We discussed the idea of moving the LSRT meetings to before school, and because the time then is limited (teachers have to be in their rooms by 8 am), holding two meetings a month instead of one. No decision was made.

Respectfully submitted,

Sarah Whitener

Woodrow Wilson High School LSRT
Minutes
January 15, 2008

Present:
Administration:  Alex Wilson
Faculty reps:  Gloria Gibson, Erich Martel, Sandy Wright, Lisa Grymes
WTU rep:  Robert Zugby
Parent reps:  Mary Froning, Chuck Samuels, Vanessa Stroman
PTSA liaison:  Sarah Whitener
Additional Member: Eileen Plumb
Community rep:  Erie Sampson
Student rep: Angelica Gregory
Guest: John Howe (Wilson COO), Mary Giffin, Ginny Callanen, Jack Koczela

The meeting was called to order at 4:45 pm.

**I. The minutes** of the December meeting were adopted.

**II. Principal's Report**
        Ms. Williams was in another meeting and the report was not given.  Alex reported that a replacement for the 11th grade counseling position has been found and is ready to start work but is waiting for a document from Howard University to be forwarded to DCPS.  Mary Froning is drafting a letter to the Chancellor to ask for help on expediting this situation.

**III. COO Report**
        John Howe reported that the contract with architectural firm Grimm + Parker will be signed this week.  We will ask them for a schedule of site visits to their previous projects.  Some parents have already visited Washington and Lee High School – beautiful spaces.  Grimm + Parker will direct the process of receiving input from us; for instance, we may meet with them regularly every two weeks.
        There is heat in the gym as of yesterday.
        The hardware is in for the new security doors and the cameras will be installed in mid-February.  Shortly after that the new system will be up and running.
        Very soon we will start to re-plaster and paint all the holes in the walls and ceilings.  The money will come from downtown.  All bathrooms will be painted as well.
        Fencing is going up at the corner of Chesapeake and Nebraska Ave. This corner was the only available space for construction trailers to be set up.  A driveway will be constructed running between the old small parking lot off Nebraska and Fort Drive, running across the pool area.  This drive will enable the trucks bringing cement, among other things, to queue up on Fort Drive rather than Nebraska Ave.  It will also result in some additional faculty parking which will help compensate for the fact that soon the teachers will not be able to park behind the building. A system will be worked out so that teachers may get a stipend for parking elsewhere if that becomes necessary.

Wilson has been assigned a project manager for emergency repairs. He will have a small fund for repairs. There is no formal procedure yet.

After we get the results of the audit we will be able to proceed with the plan for the COO to have more oversight of the business functions.

Telephones in the faculty lounges may be rewired. In the meantime we may get some cellphones which the teachers and counselors can sign out to use to call parents.

Ginny Callanen reported that there was a meeting with Mary Cheh, the Hughes Group architects and Siegel Construction about the pool construction.

## IV. AP Committee update

Alex Wilson reported that the Assistant Principals and counselors are the drivers for the upcoming grade level meetings. They will be encouraging parents to have their children sign up for rigorous courses. The grade level meetings have been very well publicized.

AP Night will be during the PTSA meeting on Feb. 13. On the same day or slightly earlier the students may have an AP and Honors course fair during an assembly so that they can talk with current AP students about the classes. One of the most important things that we can publicize to the prospective students and their parents is the support system for students in these courses. The supports include:
1. free tutoring resources (LAYC in the library after school)
2. possible addition of senior TAs for some of the classes
3. possible institution of study groups for every practicable AP class (maybe not English?) by the AP teachers on the first day of class so that all students feel supported immediately
4. pairing students with student mentors (similar to TAs but one-on-one, and a mentor could be taking the class along with the mentee)

Ms. Morton, the chair of the faculty AP committee, will be working with the department chairs on what the prerequisites for each class are. This will be translated into Spanish, and handed out on AP Night.

The point was made that the first few weeks of an AP class are critical for students to gain enough confidence to stay in the class.

AP Potential information will be available this week. AP Potential is determined by the College Board and indicates that the student has a 50% chance of getting a 3, 4 or 5 on the AP exam. In fact, 47% of our AP students get 3, 4 or 5 on their exams. There is a 2 – 3 hour training for interpreting AP Potential.

The WISP academy's requirement that all its 10th graders take AP Human Geography was discussed. Apparently some teachers feel that the students should better understand what they are getting into, and actually commit themselves to do the work. At the same time, the teachers need to understand that achievement includes the student gaining more knowledge of the subject and having the experience of taking the exam, even if he/she only gets a 1. At Coolidge, every 11th grader is now required to take AP US History. It should be recognized that at Wilson even regular classes can be challenging and rewarding. Chuck Samuels felt that having APs migrate downward to the 10th grade is not a great idea – many 15-year-olds are not developmentally ready for the classes. On the other hand, with the exception of Human Geography, the 9th and 10th

graders who are in APs are very unusual and have had to prove that they are ready. Ms. Wright pointed out that in some ways 10th graders are more open to the challenges of an AP class.

It was suggested that we reinstate the previous practice of having students obtain the signatures of their sending teachers in order to register for APs. This signature process can be helpful for the receiving teacher when he/she does not know the student. Ms. Gibson will ask the department chairs how they feel about this. The point was made that teachers should not have the ability to deny access to an AP class just because a student did not have a good experience in one class. Perhaps a conversation between the sending and receiving teacher should be required.

## V. AYP Planning

Attendance – Ms. Gibson wants a list of parents who would be willing to pick up 10th grade students and drive them to Wilson on the days of the DCCAS exams. This will be the 2nd week of February. The list of 10th graders who have been at Wilson since October 5th is still being verified by central administration (Erin McUldrick – sp?). An indication of our unplanned growth is that there were 372 10th graders Oct. 5th, and now there are 407.

The PTSA Executive Board would like to offer incentives for attendance during the days of the DCCAS. One idea is to enter every attending 10th grader into a drawing for something like a Best Buy gift certificate. It would be best if one student from every homeroom would win a certificate. The homeroom teachers need to tell the students why it is so important for them to take the exams. Maybe we could reward the homeroom with the highest attendance some special thing.

## VI. Academic Committee Reports

**Math** – Vanessa stated that math students would benefit from a Saturday Academy to prepare for the DCCAS, especially since the percentage requirements for passing AYP will be higher this year. [Mary Froning later learned that the school system will be running a Saturday Academy, but only for elementary school students.]

**English** – Lisa Grymes reported that 86 students have been identified as being very close to scoring wither Proficient or Advanced with a little focused tutoring. The English Department has started to pull out students to work on these specific issues. This is happening when Ms. Grymes or other willing teachers give up their planning periods to meet with students.

**ESL** – Carmen Carerra is concerned about whether or not the ESL department is focusing on those students who are in danger of missing the new AYP cutoff, if the ESL students are included this year. We should assume that there is a cohort of ESL which will be tested this year. It might be helpful if Mr. Battatour (sp?) would attend some English departmental meetings. Eileen Plumb and Alex Wilson will meet with him and will also familiarize him with what is available on the computer.

**Counseling** – Erie Sampson and Chuck Samuels met with Jon Shea. The 11th grade counselor has been identified and is available but cannot start work because central administration needs a paper from Howard proving her certification. The mandate from downtown that all 9th, 10th and 11th graders will have their 4-year, 3-year and 2-year plans by the end of January done will be difficult to achieve, especially when there is no 11th

grade counselor. In the near future 75-85 seniors will be informed that they will not be graduating. About 50 of that number will be able to participate in the graduation ceremony if they take night or summer classes to fulfill their requirements. Central has changed its position on whether or not students can take, concurrently in night school, courses which have prerequisites which the students are taking during the day. Students will now be allowed to do this.

The counseling department is planning a meeting of Historically Black Colleges, and they are also planning a May meeting to encourage families to visit colleges over the summer.

## VII. Budget Committee

The budget needs to be in early this year, despite the fact that our population estimate is likely to be off. Alex reported that we have enrolled 14 additional students since Jan. 1st, and about 60 since October 5th. We are planning to have 375 in each class next year for a total of 1500. There will be 75 students from out of boundary (15 per academy). There have been record numbers of visitors at our open houses. Alex suggests that students who are transferred from other DC public high schools finish their present year where they are and then transfer the next fall. Otherwise our classes get too big. With 60 extra students we should also pursue extra funding for more counseling services. We would like equalization to result in more teachers when our population goes up (we could easily use 3 more teachers). In addition, our ELL and Special Ed numbers are up, and those students come with funding different from the regular ed students. Mary Froning will draft a letter to the Chancellor about this issue and will run it by the LSRT and Ms. Williams for approval.

## VIII. Restructuring

Mary Froning will give a table, prepared by her and Jude Landis, of the restructuring proposal to the faculty. She feels that the table format will be accepted by central because that was how they preferred the Local School Plans to be formatted. She said that so far, 60 – 70 people have attended each Think Tank meeting. The Quality School Review will take place at Wilson on January 23rd. The LSRT will be meeting with reviewers (some of whom are Wilson parents and teachers) from 2:45 – 3:15. A parent focus group will be identified by the PTSA co-presidents and will meet at 4 pm. After the Review a report will be written and will be given, @ Feb. 1, to Ms. Williams for her approval. It will be sent to the Chancellor @Feb. 4.

## IX. Principal Selection Committee

The committee is going to try to solicit more resumes. Mary Giffin is personally contacting schools in the DC area.

The meeting was adjourned at 6:40 pm.

Respectfully submitted,
Sarah Whitener

# EXHIBIT

# 9

To:     Faculty
From:   Mary L. Froning, LSRT Chair
Date:   February 2, 2008

Attached is Draft 2 of the Restructuring Proposal for your review and comment. Thank you for all your thoughtful comments; the drafting group tried to incorporate as many as possible. Principal Williams, Bob Zugby, and I talked on Friday about your using the February 4 Faculty Meeting to hash out some important issues within the proposal. The target is for our proposal to go to the Chancellor at the same time as the QSR team's report, which is now scheduled to go to her the third week of February.

I want to remind you of two things.
  (1)  The DOE language about Option 5 describes it as "other major restructuring of the school's governance," so we must include some change in our governance.
  (2)  Also, there is enormous budget uncertainty right now. There is a move to get local schools additional WSF funds (especially for math and literacy coaches), plus there are supposedly some extra funds for schools in restructuring. So, it would not be appropriate at this time to try to address budget issues in any detailed way. The time for budget crunching will be after the Chancellor makes her decision about which Option she chooses for Wilson at the end of February and after she begins the discussion with us about the changes she foresees for Wilson in the fall.

Here are some questions that might focus your discussion on Monday.
  (1)  Double math and English – 9th only for below grade level students or for all?
                     10th grade for below grade level students?
  (2)  8-period day or some hybrid flexible schedule or what? Note: Reportedly (via Greg Bargeman) double English and math is being proscribed for students in need of remediation for all schools in restructuring.

**DRAFT SCHEDULE FOR AT-RISK STUDENTS**

| 9th Grade | 10th Grade |
|---|---|
| English | English |
| English | English |
| Environmental Science/Physics | Science |
| World History | World History II |
| Algebra I | Geometry |
| Algebra I | Geometry |
| PE/Health | World Languages |
| World Language | PE/Music |
| **11th Grade** | **12th Grade** |
| English | English |
| Science | Science |
| Algebra II/Trigonometry | Math |
| US History | U.S. Gov/DC History |
| Career/College | Career/College |
| Art/Elective | College Prep |
| Elective | |
| SAT prep | |

  (3)  Every student in an academy? If so, how about special needs students (e.g., Special Ed, ELL)?
  (4)  What is our plan for overage students?
  (5)  10th grade teams possible within academy structure?
  (6)  ELL – 1-year intense, then mainstream (except for those who come with limited school experience)?
  (7)  Assistant Principal/Academy structure?

February 2, 2008 – Draft 2

## WILSON HIGH SCHOOL RESTRUCTURING PROPOSAL

**Executive Summary:** For the self-assessment part of the restructuring process, Wilson built on a review that began with an attempt at autonomy (this effort was aborted at the end of the 2005-6 SY). Wilson's challenge is to serve students with a wide-range of experiences and needs. As has been clear for some years, Wilson is really two schools. For some students, Wilson works wonderfully. For our advanced students Wilson provides access to excellent faculty, rigorous courses (including 23 options for Advanced Placement), and help to gain access to some of the best colleges in America. However, for other students, especially a significant portion of our African Americans and Latinos, Wilson does not work nearly as well, resulting in feelings of disaffection. Wilson's challenge is evident when one examines the achievement gap, the lack of diversity in honors and AP courses, and low attendance and graduation rates. In addition, there is an overall problem with maintaining a safe and effective learning environment. We need to improve our cultural competency and more fully engage our students as we seek solutions for these problems.

The best high school research indicates that the three things most associated with student success are the ABC's—that is, high Attendance, good Behavior and low Course Failure in Math and English.[1] We intend to address all three with our restructuring proposal, with students at the center. We understand Wilson's mission to be educating its students in an environment that fosters academic excellence in a fair, equitable, and engaging environment.

To begin to address this situation, we need to start with governance change. The Principal Search Committee is working hard to find a principal who has demonstrated the ability to provide strong educational leadership. Restructuring seems to give us the opportunity for that person to choose his/her own team of administrators who would move the plan forward. We have also proposed a significant change in our administrative structure that begins to address our identified problems, while preserving the things that work (e.g., excellent array of AP classes open to all students and a departmental structure that fosters leadership, collaboration, and content expertise). Of course, any new principal would want to review that proposal before it would be adopted. The basis of the change in structure is to create an environment of accountability and clear lines of authority. Thus, we propose five Assistant Principals, each being responsible for both an Academy and some school-wide functions. With a projected total population of 1500, that would mean each AP would be in charge of some 300 students. Each would be responsible for the triage process for each student in trouble in that Academy, referring them for support, counseling, constructive discipline, etc. In addition, we want to strengthen the attendance function by increasing the number of attendance counselors to four (one for each grade). The Chief Operating Officer (COO) would assume additional business functions, especially in the context of the upcoming modernization and the need to free the principal to focus on educational matters. Administrative change does not obviate the need for additional teaching resources to meet our goals, such as reducing class sizes and providing an adequate number of aides.

One hallmark of our plan is to strengthen our academy structure to provide comprehensive and effective small learning communities.[2] The academy selection process that will occur in the spring of the 9th grade initiates the trajectory of students toward educational and career interest. According to research[3], the more positive relationships students have, the more likely they are to be successful. Thus, the

February 2, 2008 – Draft 2

proposed changes in the academy program both address our neglected students and provide all students with more cohesive small learning communities. With the academy-dedicated Assistant Principals, Academy Master Teachers/Coordinators, teachers (2-3 PT or FY), and counselors, students would have 5-6 adults who will get to know them well over a three-year period.

(1) All students would be in Academies, which may require some reorganization and reallocation amongst the academies. All 9th graders would start out in the Freshman Academy (out-of-boundary students would be required to meet the current Academy requirements). In the spring of the 9th grade, students would select an Academy most aligned with their academic/career interest.
(2) The Academies would have a few faculty assigned to them on a part-time or full-time basis to increase the relationships between faculty and students and provide (through collaboration) some monitoring of students in trouble.
(3) The Academies would add remediation (with the appropriate course resources) to help students attain/maintain a 2.0 GPA. This rigor is appropriate, given the strictures of NCLB's increasing proficiency standards to meet AYP.
(4) Each Academy would have a counselor assigned to them—again, so that the counselors can develop relationships with students that last over their time at Wilson.

The second hallmark of our proposal is strategic interventions for our struggling students. This will begin with interventions in the 9th grade. Access to math and English diagnostic testing from the 8th grade will help identify students for proper placement. A Wilson-based summer program will provide acceleration for those identified as functioning below grade level. It would also include an orientation program that focuses on attendance and how to be a successful student. In addition, we propose a curriculum that builds in skills for success. We also propose a strong emphasis on success in reading and math through changes in our schedule and curriculum, following the research to find evidence-based solutions. During the school year, we propose programs such as Read180 and double periods of English and Math for below grade level students. We also propose specific interventions for 10th grade and beyond who are still below grade level.

We have approximately 75 students in the 9th grade who will age out of Wilson before they can possibly graduate, as well as 75 students in the 11th grade who have significant credit deficits. We propose to focus more attention on those students with credit recovery programs, STAY or GED prep programs (perhaps in partnership with another educational entity such as UDC). This would also provide the guidance and encouragement they need to continue with their education (be that college or a technical/trade school).

Finally, while the Restructuring process presents an enormous challenge to the Wilson community, it also has forced us to confront things in our school that can and should be dramatically improved and offers the opportunity to enhance those aspects of our school that are already working well, but could always be improved. We are excited about embarking on this process of change and look forward to supporting a dynamic new principal in shaping and implementing a program that will benefit all members of the Wilson community. Once that process is underway, we think it could make sense to begin a dialogue on whether and how autonomy could further support our improvements. Our ultimate goal will be for Wilson to not only exceed AYP, but to make Wilson a showcase school, serving the needs of all of our students.

February 2, 2008 – Draft 2

---

[1] "What Matters for Staying On-Track and Graduating in Chicago Public High Schools: A Close Look at Course Grades, Failures and Attendance in the Freshman Year, " by Elaine M. Allensworth and John Q. Easton of the Consortium on Chicago School Research at the University of Chicago, July 2007.  In "The Graduation Rate Crisis We Know and What Can Be Done About It," by Robert Balfanz and Nettie Legters of the Center for Social Organization of Schools at Johns Hopkins Unversity, Education Week Commentary, July 2006 ("Students with any *one* of these risk factors had less than a 20% chance of graduating within five years of entering the ninth grade.")

[2] Alliance for Education, "Every high school should be small enough—or divided into small enough units—to allow teachers and staff to get to know all students and to respond to their specific learning needs."

[3] Reference to come

**Collaborative Process:**   The first step in this process was to inform the staff, parents and others about the restructuring process, including the options for Wilson.  We called together our first Think Tank on Restructuring on November 26, 2007.  We had three subsequent meetings of the large group, with many meetings of three working groups in between—i.e., Teaching and Learning, Safe and Effective Learning Environment, and Parent and Community Involvement.  In the midst of this process, it became clear that the majority (including 63% of the staff) favored Option 5, Alternative Governance.  Thus, we began to move toward a proposal to submit to the Chancellor for her review.



# WOODROW WILSON SHS
## ALTERNATIVE ADMINISTRATIVE TEAM, BY FUNCTION

February 2, 2008 – Draft 2

## Part 1.        Teaching and Learning:

| Problem Statement/Goal | Research / Data | Current Programs/ Challenges & Strengths | Proposed Recommendations |
|---|---|---|---|
| 9th grade<br>This is a year of transition to high school. Too many 9th graders fail/drop out.<br><br>Goals:<br><u>Absences</u>:<br>Reduce by 20% each year<br><br><u>Level II Infractions</u>:<br>Reduce by 20% each year<br><br><u>Failure Rates</u>:<br>Reduce by 20% each year | <u>Absences</u><br>**National Data[1]:**<br>0-4 Absences<br>=Grad Rate of 90%<br>15+ Absences<br>=Grad Rate of 9% or less<br><br>**Wilson Data[2]**<br>Wilson 1st Sem 07-08 SY:<br>0-4 Absences=17.2%<br>15+ Absences=5.8% (22)<br><br><u>Behavior</u><br>Level I & II infractions 1st Sem 07-08SY:<br>[data to come]<br><br><u>Course Failure</u><br>1st Advisory 07-08SY:<br>Math  55.8%*<br>English 16.9%<br><br>2nd Advisory 07-08SY:<br>Math  38.0%<br>English 22.4%<br><br>*Missing teacher | Freshman Academy<br>-coordinator and counselor<br>-teams of core teachers (English/Math/ Science/History)<br><br>The current Freshman Academy team model has worked for many students, but has not helped as much the student struggling academically and behaviorally | Curriculum:<br>-English—Two English classes for below grade level students.  Honors and Regular levels.  Movement between levels by testing/recommendation<br>-Math— two math classes for students below grade level.  Plan would allow students to get remediation or move forward at semester intervals.<br>-Electives/foreign language if on grade level<br>Remediation:<br>-Pre-9th Grade Summer School based on Math and English testing at the end of 8th grade.  Curricular and "How to be a student" training.<br>-Team teaching of success curriculum |

---

[1] "What Matters for Staying On-Track and Graduating in Chicago Public High Schools: A Close Look at Course Grades, Failures and Attendance in the Freshman Year, " by Elaine M. Allensworth and John Q. Easton of the Consortium on Chicago School Research at the University of Chicago, July 2007.  In "The Graduation Rate Crisis We Know and What Can Be Done About It," by Robert Balfanz and Nettie Legters of the Center for Social Organization of Schools at Johns Hopkins Unversity, <u>Education Week Commentary</u>, July 2006 ("Students with any *one* of these risk factors had less than a 20% chance of graduating within five years of entering the ninth grade.")

[2] STARS Data unless otherwise specified.

| | | | |
|---|---|---|---|
| **10th grade**<br>This is the year of AYP testing and a last chance to intervene effectively with students functioning below grade level<br><br>In addition, this is a year to prepare students for AP courses | AYP:<br>2007 Reading<br>% Proficient:<br>White: 94%<br>Black: 49%<br>Latina/o: 41%<br>Econ Dis:38%<br><br>2007 Math<br>% Proficient:<br>White: 94%<br>Black: 35%<br>Latina/o: 39%<br>Econ Dis:33% | The current Local School Plan is focused on meeting AYP through a robust plan of using DC BAS and other measures to identify and support students in danger of not making proficient<br><br>The current Local School Plan is focused on increasing the proportion of AP students who are students of color. A comprehensive plan of recruitment and preparation is ongoing | Add 10th grade teams of core teachers (English/Math/ Science/History), if possible<br>Curriculum:<br>  -English—Two English classes for below grade level students. Honors and Regular levels. Movement between levels by testing/recommendation<br>  -Math— two math classes for students below grade level. Plan would allow students to get remediation or move forward at semester intervals.<br>  -Electives/foreign language if on grade level<br>  -Pre-10th Grade Summer School based on Math and English testing at the end of 9th grade. Curricular and "How to be a student" training.<br>  -Extra support for DC CAS |
| **11th grade**<br>This is a year of focusing on post-graduate plans<br><br>Goal:<br>Make demographics of the AP population match more closely those of the school:<br>White: 25%<br>Black: 50%<br>Latina/o: 16%<br>Asian: 9% | AP Enrollment by Ethnicity (5/8/07):<br>White: 54%<br>Black: 27%<br>Latina/o: 9%<br>Asian: 10% | Wilson has an array of 23 AP classes and a School-to-Work program. Also, through the Academies, students are exposed to careers<br><br>The current Local School Plan is focused on increasing the proportion of AP students who are students of color. A comprehensive plan of recruitment and preparation is ongoing | Curriculum:<br>  -English—Below grade level students offered double period of English<br>  -Math—Below grade level students offered double periods of Algebra II/Trigonometry<br>  -SAT Prep<br><br>Counselors will meet individually with students to monitor their individual graduation plan |
| **12th Grade**<br>Hopefully, by intervening in new ways in the earlier years, graduation rates will improve | -Graduation rate (i.e., the percentage of students who enter senior year, but do not graduate) is 76%<br>-Of those that graduate 96% go on to further education---<br>-@90 students at Wilson for 4 years, but do not graduate | Wilson has an array of 23 AP classes and a School-to-Work program. Also, through the Academies, students are exposed to careers | Study the current students who stay at Wilson, but do not graduate, to inform future plans for those students<br><br>Counselors will meet individually with students to ensure that they are graduation ready<br>Mentoring for those in danger of not graduating<br>Individual advising on post-graduate plans |
| **Academies**<br>While the academies are working for current members, | GPA's 1/08:<br>AAA: 2.13<br>AoF: 2.33<br>HAM: 2.97 | 5 Academies:<br>-Humanities Arts and Media (HAM)<br>-WISP (Wilson International | Enroll all students in academies with remediation options for those not maintaining a 2.0 average. 2-3 PT or FT faculty assigned to Academies. |

February 2, 2008 – Draft 2

| | | | |
|---|---|---|---|
| non-Academy students are underserved. | SciMaTech: 2.94 WISP:    3.08 Non-Academy: 1.56 Grad Rates: Only 5 of 90 non-grads in 2007 were in Academies Virtually all Academy grads go to college | Studies Program) -Science, Math and Technology (SciMaTech) -Finance -Athletic Achievement (AAA) Entry has been through an admission process requiring a 2.0 average. This has been the main entry to Wilson for out-of-boundary students. | Add Academies or redefine current ones, perhaps with student interest survey (e.g., add Peace; split HAM) Require an adult relationship with each student Student Advisories by Academy: -Information sharing, academic advice, general counseling -Would have a defined curriculum |
| **Remediation, Accelerated Learning and Specialized Instruction** | Pay for special education aides is so low that we cannot fill the slots. This is a DCPS-wide problem that must be addressed. | Afterschool Labs in English, Math, World Languages, Science Tutoring afterschool with LAYC(ELL), Mentors, Inc. EXCELerator program AVID program Cathedral Scholars | Math and literacy coaches (Wilson chosen) IDEA / ADA: (1) Inclusion -SY08-09:  Further development of inclusion for Math and English. (i)      Team-taught SPED / Mainstream classrooms (ii)     Pull-out programs for higher intensity students (b) 09 and beyond: Yearly addition of core-content team-teaching. (i)      09-10: Social Studies (ii)     10-11: Science (iii)    11-12: World Language (2) Support (e.g., After-school programs) ELL (1)Developmental program from heavy support to full inclusion as quickly as possible (2)1-yr (?) English focus for NEP Newcomers and phased sheltered content instruction for graduation credit Gifted (1) Use of online programs, NOVANET, AP Online (2) Summer Math Enrichment (3) Curricular acceleration for students identified by interest and ability (4) AP Classes (5) Summer English Enrichment (6)Testing for curricular advancement |
| **Performance Assessment and School-wide Data** | System-wide access to data is difficult.  STARS is not user-friendly | Limited data collection and solution-focused analysis | Wilson faculty committee to identify outside partner or consultant to assemble data and perform analysis to drive instruction and whole school improvement |

February 2, 2008 – Draft 2

| Professional Development | Lack of cohesiveness to our professional development plan | There have been significant problems in teachers accessing professional development due to burdensome requirements from the central office and failure to reimburse teachers in a timely way when teachers try to proceed on their own.<br><br>DCPS-offered training is often announced with short notice and insufficient for high school teachers. | Focus<br>   -Teaching<br>   -Testing and Assessment<br>   -Block scheduling<br>   -Reading<br>   -Writing across the curriculum<br>   -Curriculum/Content Training<br>   -Diversity and Community<br>   -Technology Literacy for all faculty<br>Method<br>   -Professional Development Committee<br>   -Coordinated / intense use of Collaborative Planning Time<br>   -Summer Training<br>   -Mentoring<br>Partnerships:<br>   -Critical Friends, Coalition for Essential Schools, WESTED, Diversity Workshops, Peer Mediation |

## Part 2.    Safe and Effective Learning Environment

| | Problem State-ment/Goal | Research / Data | Current Programs/ Challenges & Strengths | Proposed Recommendations |
|---|---|---|---|---|
| 1 | Attendance / increase daily attendance rate to >95% | • Latest survey shows 8%-12% of students are absent daily (10% of total student body = 155+ students) | • Published Attendance policy is in place.<br>• Robo-call technology allows for efficient notification to family<br>• Challenge–24% drop out rate | • Establish team who would have accountability for improving this, and provide that team with resources to address causes for chronic absenteeism where possible<br>• Connecting those students to other supports needed to improve attendance (e.g. content recovery program for catch-up in math or English, or credit recovery for older students).<br>• Improve access-egress technology at doors<br>• Parental/Guardian accountability for students with regard to attendance |
| 2 | Tardiness / Reduce current rates by 10% each year | • Daily, 500 students are late to 1 – 2 classes;<br>• Daily, 100 students are late to 3 or more classes | • Tardy Hall staffed with counselors for students arriving after 9 am<br>• Published Attendance policy is in place.<br>• Travel Time - Wilson has longest average commute of all DC high schools | • Continue Tardy Hall, focusing on getting students to class with Constructive Detention at the end of the day<br>• Next Fall—Intense focus on the first 30 days of school to enforce rules<br>• Establish team to focus on chronic latecomers to provide intervention with support services (is there a cause for the lateness that can be addressed?)<br>• Parental/Guardian accountability for students with regard to tardiness |
| 3 | Clean and Safe Environment | • >10% increase in number | • Safety Plan in place | • Modernization will resolve a number of issues (e.g. improve |

February 2, 2008 – Draft 2

| | | | | |
|---|---|---|---|---|
| | | of students over last year, but no equalization funding provided this year to serve those students<br>• Long-delayed maintenance issues still remain | • Dedicated police and security staff in place<br>• Detailed discipline policy established<br>• WMC has improved on-site management<br>• Strong custodial staff work hard to keep the building clean<br>• Inconsistent enforcement of discipline policy<br>• Current risk of over-crowding<br>• Fights, assaults and thefts occur on site | doors/exits, heating & cooling, etc)<br>• Sufficient custodial staff to keep up with increasing student population<br>• Require communication and coordination across Crisis Intervention Team, Student Support Team, Counselors and Main Office and provide resources (with focus on tracking and supporting students who violate the discipline policy as well as those who self-identify as not feeling safe)<br>• Dedicated staff to monitor hallways both during class times and during transition periods<br>• Task force to study solutions to lunchtime issues<br>• Include student center in modernization proposal for students who are not scheduled for class |
| 4 | High and Clear Expectations | • Well established that high expectations contribute to good outcomes | • Good Web Site –wilsonhs.org provides easy access to info<br>• Mission Statement already in place<br>• Many rigorous classes contribute to high expectations<br>• Strong alumni pride | • Sustained compliance with our behavior policies<br>• Engage, Educate Empower – communicate the mission early and often<br>• Combine high & clear expectations with strong support for low performing students<br>• Parental/Guardian accountability for students with regard to discipline<br>• Find ways to enhance school pride—seek student input |
| 5 | Strong and Supportive Relationships | • Research: well established link between supportive relationships and good outcome | • Academies, Athletics, 9th Grade team teachers, Extra-Curricular Activities all provide additional opportunities for establishing these relationships<br>• Challenge: This year teachers are stretched thin: high enrollment plus no equalization support equals over-crowded classrooms and over-burdened teachers<br>• Strength: Existing program with volunteer mentors and tutors (including Wilson teacher program, R.I.T.E.S) | • Respect is shown to everyone by everyone (this is our code – across all the different relationships at Wilson – student, teacher, staff, parent, etc.)<br>• Hiring Spanish-speaking counselor<br>• Reinstate formerly very successful mediation (including peer) and Diversity Workshops.  Cultural competence training on an annual basis<br>• Institute MAC scholars program of student mentors<br>• Create opportunities for individual interactions (e.g. through 9th grade classes, homerooms, athletics) across the diverse groups at Wilson<br>• Menu of options for Level I infractions focused on reducing recidivism<br>• No student is suspended or expelled to the streets.<br>• Disciplinary action is accompanied by an individualized plan for their period of suspension or expulsion and how incorporation back into school will take place; no student will leave the building without one.  A community agency is contacted to work with that student and/or family. |

February 2, 2008 – Draft 2

| | | | | |
|---|---|---|---|---|
| | | | | • Appropriate access to services such as social workers, mental health, gang counselors inside and/or outside the school.<br>• Create an information board with names, phone numbers, hours of operation of all the community agencies so students have access to that information in case they are not ready to talk to a counselor.<br>• Have and post a list of mental health services—from ALL parts of the city.<br>• All counselors are available and in the halls from 8:15 am to 9:15 am to improve access and their visibility. Security guards serve as role models and treat students with respect—even in challenging situations. Cultural competency is a must.<br>• Post counseling office hours, and make sure counselors are there reliably during that time.<br>• Better counselor-to-student ratio |
| 6 | Provide necessary resources for teachers | • Lack of telephones to contact parents<br>• Copying equipment breakdowns<br>• Inadequate supplies | • A solution to the lack of telephones is being explored by the COO | • Provide adequate number of telephones<br>• Provide training to allow teachers to use technology properly to communicate with both students and teachers (e.g., dc.gov email addresses, online course postings, etc.)<br>• Provide proper supply budgets for teachers |

## Part 3.        Parent and Community Involvement

| Problem Statement/Goal | Research / Data | Current Programs/Challenges & Strengths | Proposed Recommendations |
|---|---|---|---|
| **PARENTAL INVOLVEMENT** | | | |
| **Problems:**<br>1) Many parents, particularly those of students with the greatest need for support, are not actively engaged with school staff so they can provide that support.<br>2) Parents who seek to | **Research findings:**<br>▪ One of the greatest predictors of student success is parental expectations.<br>▪ Many parents are not aware of the role they can play in student success.<br>▪ A key factor that determines how involved | • Most of the parent engagement efforts at Wilson are coordinated by the PTSA, LSRT or other groups such as Academies that engage parents in fundraising. The PTSA holds monthly meetings, publishes a newsletter, maintains a list-serv, and provides a summer | *All of the following recommendations address problems 1 – 4.*<br><br><u>Organizational Structure</u><br>The responsibility and accountability for engaging families in their student's education should be clearly established among the staff and within the structure at the school. Currently the responsibility for parent engagement is diffused and unclear. The most effective way to organize will in part depend on the recommendations made by the other two work groups on Academics and School Climate (see for example, the proposed role of faculty in "Advisories"). However, |

February 2, 2008 – Draft 2

| | | | |
|---|---|---|---|
| become involved in supporting their child often do not know who to contact, and often do not find it easy to do so.<br>3)   Parents are often not aware of key policies and resources related to their child's success, e.g. attendance policies, testing, guidance planning.<br>4)   Many parents do not understand the role they can play in supporting their student, and/or do not feel able to play that role.<br><br>*Goals:*<br>Create an environment and the necessary structure, resources, and processes at Wilson to effectively engage parents in their student's experience.<br>Provide information to parents about the role they play in their student's experience at Wilson, about how to access staff and resources to support this role. | parents are in their student's education is what and how a school communicates to parents about how they can be involved.<br><br>*Data:*<br>Wilson has limited data about the extent of parent involvement: There is some data collected about the number of parents who attend PTSA meetings and parent-teacher conference days. Several years ago the PTSA conducted a survey of Spanish-speaking families about effective ways to reach them and involve them.<br>A short survey of about half of teachers, indicated that some of them use e-mail to be in touch with parents. | "back-to-school" packet for parents.  The LSRT seeks to engage parents in looking at school policy.<br>• The school coordinates a Back-to-school night and sends home quarterly progress reports and runs parent-teacher conference days.<br>• Some teachers actively reach out to parents of their students through e-mail and special websites.  Teachers are required to contact families when their student's performance is below a certain level and/or they do not attend class for an extended period.<br>• Wilson draws students from across the city geographically so many of its families must travel some distance to come to the school building.<br>• Wilson's diversity in terms of family language, race, culture and socio-economic characteristics creates a significant challenge to effectively engaging parents. There are many different groups of parents that are significantly different from each other in terms of resources, proximity to the school, and understanding of their role in their student's education.<br>• There is a lack of clarity about which staff are accountable for outreach to and engagement of parents and families. | what must be made clear both internally and to parents are the respective roles of the following in engaging parents: Assistant Principals, Academy Coordinators, Guidance Staff, Faculty, others.<br><br>One organizational approach to effectively engaging families would be to restructure a number of functions into a more comprehensive "Student and Family Support Division" including: guidance, college/career support, crisis support, attendance and discipline, parent education and outreach, community partnerships, and health.<br><br>Issues that remain to be addressed in thinking through the appropriate structure to effectively engage parents are:<br>-What explicit changes in the position description of staff are required (e.g. for faculty, administrative staff, counselors)?<br>-Should we engage a contract partner to help administrate these functions?<br>-What affect would this have on the current structure and organization of school administration?<br><br><u>Data Collection and Survey</u><br>▪   Wilson should conduct an annual survey and focus groups to gather baseline and ongoing data about how parents access school staff and resources, and what their understanding of their role is.<br><br><u>Open and Welcoming Environment</u><br>▪   Wilson should develop a warm and welcoming environment for families, starting with registration.<br>▪   It should provide information to parents on a wide range of topics and via several different mediums that are critical to engaging parents.<br>▪   Wilson should establish effective ways to communicate this information directly to parents in a welcoming way that links "people to people" and not just parents to information.<br>▪   The environment and staff should be welcoming to parents of diverse backgrounds.<br>▪   The School, and not the PTSA, should be the primary source of information and outreach to parents about school policies and activities.<br><br><u>Comprehensive Information</u><br>Information that should be provided includes:<br>▪   Basic signage and maps inside and outside of the school; including staff lists & room nos. |

February 2, 2008 – Draft 2

<table>
<tr>
<td></td>
<td></td>
<td></td>
<td>
• There is a lack of technical resources to support home-school interaction, ranging from a lack of phones in the school building that are accessible to teachers, to a lack of web and internet based tools.<br>
• There is a lack of transparency about who in the school parents should go to for which situations.
</td>
<td>

- The role of parents, faculty and others in student success.
- Academic planning and calendar, honors opportunities
- Co-curricular activities and how to become involved.
- Policies on attendance, tardiness, discipline.
- The guidance function, college and career planning – how parents will be involved in this process, and what to expect and plan for in terms of meeting with guidance staff.
- Other support and community resources.

Approaches to Outreach and Engagement:
Wilson should provide this information in multiple ways including:
- Small-group orientations provided to ALL families prior to enrollment that include direct personal interaction with faculty and staff, and introduction to key staff such as counselors.
- Printed and website accessible information.
- Periodic individual meetings with students and families (in addition to parent teacher conferences).
- More bi-lingual resources at the school
- Special parent education programs (see below)

Technical and Informational Resources for Faculty and Staff
Faculty should be provided with the necessary resources and technical support to enable them to contact parents and remain in contact with them as needed. This should include for example:
- Phones in the teachers lounges and elsewhere
- Administrative support providing accurate contact information for families
- Accessibility to dc.gov email addresses for all faculty
- Training on web-based programs that inform families about student progress for specific classes.

Parent Contract and Pledge
Parents should be engaged in discussion and signing a Parent Pledge that clarifies and codifies expectations for parents, and that educates parents about their role and accountability in interacting with the school and in addressing issues related to absence, tardiness and discipline.

Parent Education Programs and Resource Center
- Wilson should develop and offer multiple workshops and seminars to parents on a range of topics that will help them become engaged in their student's education. These should be targeted and geographically.
</td>
</tr>
</table>

February 2, 2008 – Draft 2

<table>
<tr><td></td><td></td><td></td><td>linguistically and culturally accessible to different groups of parents.<br>■ Topics should include:  the role of parents in student success; how to partner with teachers and what is the teacher's role; college and career planning and the parent's role.<br><br><u>Specially Targeted Programs</u><br>Some parents and families have special support needs in order to be able to support their student.  This includes situations where parents are not literate and who are uncomfortable engaging with the school, parents with few resources, homeless families, families with students with special emotional support needs.  Model programs exist that should be explored for such families – for example, "Adolescent Transitions Program" provides parents with family management skills for high risk teens.</td></tr>
<tr><td colspan="4"><strong>COMMUNITY INVOLVEMENT</strong></td></tr>
<tr><td><u>Problems:</u><br>1)   While Wilson has been successful in partnering with multiple organizations for a range of academic and student support purposes, challenges remain to be addressed, including fostering and maintaining existing relationships and not letting them languish.<br>2)   Outreach and involvement with the local neighborhood organizations and resources in the immediate area (e.g. neighborhood commissions, library).<br>3)   Outreach and involvement with support resources in the neighborhoods of students and families</td><td><u>Research:</u><br>Community partners can be critical sources of additional resources, and of external support for student and family support needs.<br><br><u>Data:</u><br>Wilson has a list of partners that it works with, although separate lists are maintained by different entities in the school (e.g. academies, crisis center, etc.)</td><td>Wilson has developed multiple successful community partners to support both the Academies as well as programs targeted at students with special needs.  For example:<br>-It hosts a mentoring program with the Latin American Youth Center for English Language Learners and another mentoring program with Mentors, Inc.<br>-The Cathedral Scholars program supports a group of 9th graders each year and works with them up to college.<br>-The AVID program supports 25 students each year and works with those students through graduation.<br>■ While there are community resources available to support students and families, they are accessed on an ad hoc basis through the crisis team or through individual Wilson staff based on their own knowledge.</td><td>■   Monitoring these relationships and making effective use of such partners should continue to be a priority for the school.<br>■   In addition, Wilson should: seek to increase connections with outside organizations that can provide financial and other resources support, in particular through the development of the Friends of Wilson fundraising organization.<br>■   Wilson should seek to improve its role and the reputation of its students by sponsoring community-oriented service efforts and events<br>-use the new pool as a way to bring the community to the school.</td></tr>
</table>

February 2, 2008 – Draft 2

| | | | |
|---|---|---|---|
| that live at a distance from Wilson.<br><br>Goal: Build on Wilson's current profile of partners by fostering those relationships, by ensuring that all staff are aware of them, and by adding important partners locally and in the neighborhoods where families reside. | | Some faculty and staff are not aware of these resources and therefore are unable to refer students and families to them.<br>■ Support for external relationships is diffuse.  There is no central support to monitor and ensure that relationships with community partners are fostered and maintained. | |

## Summary of Resources Needed

[To be written after comment period has solidified recommendations, but we want to ensure that none of the additio al staff we are requesting would result in a drop in faculty.]