# EXHIBIT

# 10

**DISTRICT OF COLUMBIA**
**OFFICE OF ADMINISTRATIVE HEARINGS**
941 North Capitol Street, NE, Suite 9100
Washington, DC 20002
TEL: (202) 442-8167
FAX: (202) 442-9451

2008 SEP 24 P 2: 34

| | |
|---|---|
| D.C. PUBLIC SCHOOLS<br>Appellant/Employer<br><br>v.<br><br>KENNETH D. DICKERSON<br>Appellee/Claimant | Case No.: ES-P-08-111052 |

## FINAL ORDER

On August 18, 2008, Appellant/Employer filed an appeal and hearing request to challenge a Department of Employment Services ("DOES") Claims Examiner's Determination. This administrative court issued a Scheduling Order and Notice of In-Person Hearing, scheduling the hearing for September 24, 2008, at 9:30 a.m.

At the September 24, 2008, hearing Appellant/Employer, through its legal representative, Harriet Segar, Esquire, requested leave to withdraw the appeal. Pursuant to OAH Rule 2817.5, Appellant/Employer's withdrawal of the hearing request shall be construed as a motion for voluntary dismissal of the case. Appellant/Employer remains subject to the jurisdictional requirements of D.C. Official Code § 51-111(b).

Therefore, upon the entire record in this matter, it is, this 24th day of September, 2008:

**ORDERED**, that the motion for a **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** is **GRANTED**; and it is further

2008 05:26 FAX  2024425698                   OCPS GENERAL COUNSEL                                    ☑017/019

Case No.: ES-P-08-111052

**ORDERED**, that the appeal rights of any person aggrieved by this Order are stated below.

James C. Harmon
Administrative Law Judge

08/15/2008 05:26 FAX  2024425098

DCPS GENERAL COUNSEL

☑018/019



RECEIVED

-HBK

## DISTRICT OF COLUMBIA
## OFFICE OF ADMINISTRATIVE HEARINGS

### REQUEST FOR HEARING TO APPEAL A DETERMINATION BY A CLAIMS EXAMINER INVOLVING UNEMPLOYMENT BENEFITS

I <u>Harriet Segar/Sara White</u>, request a hearing in the Office of Administrative Hearings to appeal the attached Department of Employment Services Claims Examiner's Determination. NOTE: YOU MUST ATTACH A COPY OF THE CLAIMS EXAMINER'S DETERMINATION OR PROVIDE ONE AS SOON AS POSSIBLE. You may submit your request BEFORE you provide a Claims Determination, however your appeal cannot be fully processed without a copy of the Claims Determination.

Save the envelope in which the Claims Determination was mailed to you and bring it with you to the hearing.

## <u>READ INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING</u>

CHECK ONE:  I AM:  THE CLAIMANT___        OR        THE EMPLOYER

Claimant Name: _KENNETH DICKERSON_    Employer Name: <u>D.C. Public Schools</u>

Social Security No.: _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_    Representative (if any): <u>Harriet Segar/Sara White</u>

Representative (if any) ___    Address: 825 North Capitol Street, NE

Claimant Address: _4203 ILLINOIS_    Washington, DC 20002

_AVE, NW NDC 20011_    Tel. No. 202-442-5000

Claimant Tel. No.: ___

Claimant Fax No.: ___

Reasons for appeal: ___    _Attached_____

SIGNATURE: _Harriet Sega_____

WILL YOU NEED AN INTERPRETER FOR THE HEARING? IF SO, WHAT LANGUAGE DO YOU SPEAK? ___

Form OAH-439: Rev. 08.2006

www.oah.dc.gov

EXHIBIT
301

08/13/2008 09:25 FAX 2029425098    DCPS GENERAL COUNSEL    ☒ 019/019



DC Public Schools contends that the employee was guilty of "misconduct" as defined under the unemployment compensation law.

Harriet Segar

https://does.dcnetworks.org/claimant...

DOES Home | Unemployment Insurance F/

Home | L

You are logged in as
**KENNETH D DICKERSON**
xxx-xx-1209

# Appeals Inquiry

Date: 08/01,
Time: 10:16
Day: Thurs

## Appeals on File

| | SSN | Name | | Date Filed | Schedule Date |
|---|---|---|---|---|---|
| Select | xxx-xx-1209 | KENNETH D DICKERSON | | 08/18/2008 | 09/24/2008 |

## Details of Selected Appeal (10)

| | | | | |
|---|---|---|---|---|
| SSN: | xxx-xx-1209 | | Name: | KENNETH D DICKERSON |
| Docket Number: | ESP08111052 | | Date Filed: | 08/18/2008 |
| Appellant: | Employer | | Hearing Notice Mail Date: | 08/26/2008 |
| Appeal was Rescheduled? | No | | | |
| Schedule Date: | 09/24/2008 | | Schedule Time: | 9:30 AM |
| Decision Date: | | | Decision Concerning: | Separation Resolution |
| The Decision: | | | | |
| Non Decision Outcomes: | | | Outcome Date: | |

If you have questions about an appeal filed September 30, 2004, or earlier, please call the DOES at (202)698-3700.

If you have questions about an appeal filed October 1, 2004, or after please call the Office of Administrative Hearings at (202)442-9091.



08/15/2008 05:26 FAX 2024425098     DCPS GENERAL COUNSEL     @017/018



## DISTRICT OF COLUMBIA
### DEPARTMENT OF EMPLOYMENT SERVICES
### CENTRAL ADJUDICATION BRANCH
### 609 H STREET, N.E. SUITE 341
### WASHINGTON, D.C. 20002

## DETERMINATION BY CLAIMS EXAMINER

**Social Security Number:** 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

**CLAIMANT:**

KENNETH D DICKERSON
4203 ILLINOIS AVE NW
WASHINGTON, DC   20011-0000

**EMPLOYER:**

District of Columbia Public Sch
825 North Capitol St, NW
Washington, DC   20002

**ISSUE: DISCHARGED FOR MISCONDUCT**

**REASON FOR DETERMINATION:**
Claimant was discharged from his most recent work for unspecified reasons. The courts have consistently enforced in cases of misconduct, the employer has the responsibility of providing sufficient evidence to support a finding of misconduct. It is determined that the claimant was discharged, but the available information is not sufficient to establish that the claimant was terminated for job-related misconduct.

☒ **Misconduct has not been established.**

**DECISION:**
Therefore, the claimant listed herein has been determined eligible for unemployment benefits. No disqualification has been imposed based on separation from your employment in accordance with D.C. Code, Title 51-110(b).

*Regina R. Madison*
Claims Examiner

I certify that a copy of this document was mailed to the claimant and to the employer named herein at the above addresses on August 5, 2008.

*Regina R. Madison*
Signature

### SEE THE ENCLOSED NOTICE OF APPEAL RIGHTS



EXHIBIT
300

6091
48

# EXHIBIT

# 11

# WESTERN HEIGHTS Middle

1300 Marshall Street, Hagerstown, Maryland 21740

Phone: 301.766.8403        Fax: 301.766.8540

July 22, 2008

To Whom It May Concern:

I worked with Kenneth Dickerson from 2000 to 2007. I was principal of Wilson Senior High School in Washington, DC and he served as a music teacher until 2002 when he was promoted to assistant principal. He demonstrated excellence in guiding students in his music classes. His marching bands and jazz bands were recognized throughout the city.   Mr. Dickerson is an outstanding music teacher and musician.

Mr. Dickerson's assistant principal duties included overseeing the day to day operations his assigned grade level, the Music, JROTC, Physical Education and Art Departments. He observed and evaluated teachers.  He provided support to teachers and to the administration in the area of discipline. He has an excellent rapport with students and demonstrates the ability to resolve conflict among groups of students. This is one of his strongest areas.  Mr. Dickerson also did an excellent job organizing large events such as concerts, graduation and student assemblies.

Mr. Dickerson is an advocate for students. He demonstrated a commitment to his teams and planned with other staff members to help all students achieve excellence.  He was an active participant on the administrative team who willingly shared ideas.

I recommend Kenneth Dickerson to you.

Sincerely,

Stephen P. Tarason
Principal



**WASHINGTON COUNTY** PUBLIC SCHOOLS
*"Ensuring World Class Education For All Students"*
www.wcboe.k12.md.us

*Exhibit 7.*

| Message | |
|---|---|
| **From:** | Purrr Carter [gbody_69@hotmail.com] |
| **Sent:** | 6/20/2008 12:58:53 PM |
| **To:** | petecahall@hotmail.com; Rhee, Michelle (DCPS-OOC) [Michelle.Rhee@dc.gov]; Mayor [mayor@dc.gov]; Reinoso, Victor (EOM) [Victor.Reinoso@dc.gov]; Tucker, Patricia (DCPS-OASUP) [patricia.tucker@dc.gov]; Davis, John L. (DCPS-OOC) [john.davis@dc.gov]; Biddle, Sekou (OSSE) [Sekou.Biddle@dc.gov]; Whittle, Thomas (DCPS-OAS) [thomas.whittle@dc.gov]; Barry, Marion (COUNCIL) [MBarry@DCCOUNCIL.US]; Cheh, Mary (COUNCIL) [MCheh@DCCOUNCIL.US]; Bowser, Muriel (COUNCIL) [MBowser@DCCOUNCIL.US]; Gray, Vincent (COUNCIL) [VGray@DCCOUNCIL.US]; Schwartz, Carol (COUNCIL) [SCHWARTZC@DCCOUNCIL.US]; Wells, Thomas (COUNCIL) [TWells@DCCOUNCIL.US]; Catania, David A. (COUNCIL) [DCATANIA@DCCOUNCIL.US]; Mendelson, Phil (COUNCIL) [PMENDELSON@DCCOUNCIL.US]; Brown, Kwame (COUNCIL) [KBrown@DCCOUNCIL.US]; Graham, Jim (COUNCIL) [JGRAHAM@DCCOUNCIL.US]; Evans, Jack (COUNCIL) [JACKEVANS@DCCOUNCIL.US]; Thomas, Harry (COUNCIL) [HThomas@DCCOUNCIL.US] |
| **Subject:** | FW: CORRECTION: Siebens_Removal_Dickerson_Retain.ltr |
| **Attachments:** | Siebens_Removal_Dickerson_Retain.ltr.doc |

---

To: gbody_69@hotmail.com; da_carter10@yahoo.com
Subject: Fwd: CORRECTION: Siebens_Removal_Dickerson_Retain.ltr
Date: Fri, 20 Jun 2008 08:46:23 -0400
From: susanc373@aim.com


**This is a form letter to send to the following people in DCPS and DC government expressing your concerns to have Art Seibens, science/biology teacher removed and Kenneth Dickerson, assistant principal retained at Wilson under the restructuring process.**

**Please sign the letter before sending. Cut and paste the list of email addresses below in the (To:) box. In the (Subject:) box put Siebens Removal-Dickerson Retain**
**Before sending remove the paragraphs in bold and list of emails addresses below from the body of the letter. Please have everyone in your household with an email address to send a copy of the letter.**

PeteCahall@hotmail.com; Michelle.Rhee@dc.gov; mayor@dc.gov; victor.reinoso@dc.gov; Patricia.Tucker@dc.gov; john.davis@dc.gov; Sekou.Biddle@dc.gov; Thomas.Whittle@dc.gov; mbarry@dccouncil.us; mcheh@dccouncil.us; mbowser@dccouncil.us; vgray@dccouncil.us; schwartzc@dccouncil.us; twells@dccouncil.us; dcatania@dccouncil.us; pmendelson@dccouncil.us; kbrown@dccouncil.us; jgraham@dccouncil.us; jackevans@dccouncil.us; hthomas@dccouncil.us;


June 18, 2008

Mr. Peter Cahall, Principal
Wilson SHS
3950 Chesapeake St., NW
Washington, DC 20016

**Re:**   **Opposition to the Re-hiring of Art Siebens**
**Support for Retaining Kenneth Dickerson**

Dear Mr. Cahall:

First, welcome to Woodrow Wilson Senior High School. You have the distinct opportunity to guide the largest and most racially and ethnically diverse public high school in the nation's capital. Students learn best from great teachers who understand and respect every student's heritage and cultural upbringing. Further, fairness and equity fosters a positive academic and social environment for student growth and development.

Unfortunately, for many years, this has not been a hallmark of Biology teacher Dr. Art Siebens. Instead he has created a very negative school climate for African American students. Dr. Siebens targets African Americans for suspensions on minor infractions that easily could be resolved by verbal reprimands. This past school year, several parents and teachers participated in focus groups to brainstorm on how to improve the school climate. Dr. Siebens consistently responded that discussions of school climate related to students' concerns were useless and the only thing that was needed was to institute more disciplinary actions to force out certain students. At other parent/teacher meetings, he stated frequently that he has to spend the first month of school getting rid of "undesirable" students from his AP classes. Parents and students of color recognize from past actions that Dr. Siebens' clear intent is to discourage minority enrollment in his classes. His actions and words communicate a low-regard for the potential academic achievement of African American students. Accordingly, I strongly recommend the removal of Dr. Siebens from Wilson SHS.

At the same time, I strongly recommend that you reconsider hiring Assistant Principal Kenneth Dickerson. Mr. Dickerson is a great asset to the school. As an assistant principal, he is person who has managed disciplinary problems in an impartial and respectful manner. Mr. Dickerson fulfilled his position in a way that earned the respect and trust of many students and parents. Wilson desperately needs to retain an assistant principal that has mastered the art of communicating positively with minority students and is able to successfully diffuse the frequent instances of conflict between the various elements of Wilson's diverse student population. Mr. Dickerson's skills along with his very positive attitude would greatly benefit your efforts to restructure Wilson and he has my very strong endorsement to remain at Wilson SHS.

There also needs to be someone on the guidance counseling staff and in the college bureau who will fairly address the needs of not only all student but, the concerns and needs of minority students.

Sincerely,

Pierre Carter

**Re:   Opposition to the Re-hiring of Art Siebens**
**Support for Retaining Kenneth Dickerson**

Dear Mr. Cahall:

First, welcome to Woodrow Wilson Senior High School.  You have the distinct opportunity to guide the largest and most racially and ethnically diverse public high school in the nation's capital.  Students learn best from great teachers who understand and respect every student's heritage and cultural upbringing.  Further, fairness and equity fosters a positive academic and social environment for student growth and development.

Unfortunately, for many years, this has not been a hallmark of Biology teacher Dr. Art Siebens.  Instead he has created a very negative school climate for African American students.  Dr. Siebens targets African Americans for suspensions on minor infractions that easily could be resolved by verbal reprimands.  This past school year, several parents and teachers participated in focus groups to brainstorm on how to improve the school climate.  Dr. Siebens consistently responded that discussions of school climate related to students' concerns were useless and the only thing that was needed was to institute more disciplinary actions to force out certain students.  At other parent/teacher meetings, he stated frequently that he has to spend the first month of school getting rid of "undesirable" students from his AP classes.  Parents and students of color recognize from past actions that Dr. Siebens' clear intent is to discourage minority enrollment in his classes.  His actions and words communicate a low-regard for the potential academic achievement of African American students.  Accordingly, I strongly recommend the removal of Dr. Siebens from Wilson SHS.

At the same time, I strongly recommend that you reconsider hiring Assistant Principal Kenneth Dickerson.  Mr. Dickerson is a great asset to the school.  As an assistant principal, he is person who has managed disciplinary problems in an impartial and respectful manner.  Mr. Dickerson fulfilled his position in a way that earned the respect and trust of many students and parents.  Wilson desperately needs to retain an assistant principal that has mastered the art of communicating positively with minority students and is able to successfully diffuse the frequent instances of conflict between the various elements of Wilson's diverse student population.  Mr. Dickerson's skills along with his very positive attitude would greatly benefit your efforts to restructure Wilson and he has my very strong endorsement to remain at Wilson SHS.

There also needs to be someone on the guidance counseling staff and in the college bureau who will fairly address the needs of not only all student but, the concerns and needs of minority students.

Sincerely,

Pierre Carter

*Exhibit 9.*

Message

| | |
|---|---|
| **From:** | Purrr Carter [gbody_69@hotmail.com] |
| **Sent:** | 6/20/2008 12:58:53 PM |
| **To:** | petecahall@hotmail.com; Rhee, Michelle (DCPS-OOC) [Michelle.Rhee@dc.gov]; Mayor [mayor@dc.gov]; Reinoso, Victor (EOM) [Victor.Reinoso@dc.gov]; Tucker, Patricia (DCPS-OASUP) [patricia.tucker@dc.gov]; Davis, John L. (DCPS-OOC) [john.davis@dc.gov]; Biddle, Sekou (OSSE) [Sekou.Biddle@dc.gov]; Whittle, Thomas (DCPS-OAS) [thomas.whittle@dc.gov]; Barry, Marion (COUNCIL) [MBarry@DCCOUNCIL.US]; Cheh, Mary (COUNCIL) [MCheh@DCCOUNCIL.US]; Bowser, Muriel (COUNCIL) [MBowser@DCCOUNCIL.US]; Gray, Vincent (COUNCIL) [VGray@DCCOUNCIL.US]; Schwartz, Carol (COUNCIL) [SCHWARTZC@DCCOUNCIL.US]; Wells, Thomas (COUNCIL) [TWells@DCCOUNCIL.US]; Catania, David A. (COUNCIL) [DCATANIA@DCCOUNCIL.US]; Mendelson, Phil (COUNCIL) [PMENDELSON@DCCOUNCIL.US]; Brown, Kwame (COUNCIL) [KBrown@DCCOUNCIL.US]; Graham, Jim (COUNCIL) [JGRAHAM@DCCOUNCIL.US]; Evans, Jack (COUNCIL) [JACKEVANS@DCCOUNCIL.US]; Thomas, Harry (COUNCIL) [HThomas@DCCOUNCIL.US] |
| **Subject:** | FW: CORRECTION: Siebens_Removal_Dickerson_Retain.ltr |
| **Attachments:** | Siebens_Removal_Dickerson_Retain.ltr.doc |

To: gbody_69@hotmail.com; da_carter10@yahoo.com
Subject: Fwd: CORRECTION: Siebens_Removal_Dickerson_Retain.ltr
Date: Fri, 20 Jun 2008 08:46:23 -0400
From: susanc373@aim.com

**This is a form letter to send to the following people in DCPS and DC government expressing your concerns to have Art Seibens, science/biology teacher removed and Kenneth Dickerson, assistant principal retained at Wilson under the restructuring process.**

**Please sign the letter before sending.  Cut and paste the list of email addresses below in the (To:) box.  In the (Subject:) box put Siebens Removal-Dickerson Retain**
**Before sending remove the paragraphs in bold and list of emails addresses below from the body of the letter.  Please have everyone in your household with an email address to send a copy of the letter.**

PeteCahall@hotmail.com; Michelle.Rhee@dc.gov; mayor@dc.gov; victor.reinoso@dc.gov; Patricia.Tucker@dc.gov; john.davis@dc.gov; Sekou.Biddle@dc.gov; Thomas.Whittle@dc.gov; mbarry@dccouncil.us; mcheh@dccouncil.us; mbowser@dccouncil.us; vgray@dccouncil.us; schwartzc@dccouncil.us; twells@dccouncil.us; dcatania@dccouncil.us; pmendelson@dccouncil.us; kbrown@dccouncil.us; jgraham@dccouncil.us; jackevans@dccouncil.us; hthomas@dccouncil.us;

June 18, 2008

Mr. Peter Cahall, Principal
Wilson SHS
3950 Chesapeake St., NW
Washington, DC 20016



## PARENTS UNITED FOR THE D.C. PUBLIC SCHOOLS

### *EXEMPLARY TEACHER AWARD*

PRESENTED TO
### *KENNETH DICKERSON*
MUSIC TEACHER
DOUGLASS JUNIOR HIGH SCHOOL

October 1995

JANICE AUTREY
Co-chair

RON STROMAN
Co-chair



# The National Foundation  for Teaching Entrepreneurship

### HEREBY RECOGNIZES

# KENNETH DICKERSON

AS A

### CERTIFIED ENTREPRENEURSHIP TEACHER FOR THE COMPREHENSIVE PROGRAM EFFECTIVE FOR ONE FULL YEAR

IN RECOGNITION OF THE COMPLETION OF "NFTE UNIVERSITY" AT GEORGETOWN UNIVERSITY
AUGUST 1–5, 2005

*Verice White*

**Verice White**
Program Director, NFTE Greater Washington

# District of Columbia Public Schools

## Excellence in Education Award

*Presented to*

*Kenneth Dickerson*

*In recognition of your achievement as a recipient of a*

*Fulbright-Hayes Group Projects Abroad West Africa Seminar*

*This day of June 7, 2001*

*Paul L. Vance*

Superintendent



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
825 North Capitol Street, N. E., 9th Floor
Washington, D.C. 20002-4232
202-442-5885, fax: 202-442-5026
www.k12.dc.us

March 30, 2000

Mr. Kenneth Dickerson
Dean of Students
Wilson Senior High School
3950 Chesapeake Street, N.W.
Washington, D.C.  20016-1855

Dear  Mr. Dickerson:

Congratulations on receiving this letter of recognition for the outstanding service you provide to our students in the District of Columbia Public Schools.  One of my core beliefs is that it takes a village to raise our children and you are an integral part of "our village."  Your hard work and dedication to excellence is greatly appreciated.

Thank you for your continued commitment to making a difference in the lives of others, especially our students.  Again, congratulations.

Respectfully,

Arlene Ackerman
Superintendent

AA:cev
cc:      Mr. Tarason, Principal
         Dr. Bonner, Assistant Superintendent



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Assistant Superintendent*
*Senior High School Division*
**825 North Capitol Street, N. E., 9ᵗʰ Floor**
**Washington, D.C. 20002-4232**
(202) 442-5100  •  fax: (202) 442-5024

July 14, 2000

Ms. Delores Hamilton, Acting Director
Human Resource Management
District of Columbia Public Schools
825 North Capitol Street, N.E.
Washington, D.C. 20002

Dear Ms. Hamilton:

Mr. Kenneth Dickerson, former teacher and current Dean of Students at Woodrow
Wilson Senior High School, has applied for the position of an assistant principal in the
District of Columbia Public Schools.  Having demonstrated the intellect, commitment,
creativity and leadership to undertake the demanding tasks of a school administrator, Mr.
Dickerson would indeed be an asset to our system.

Initially Mr. Dickerson joined the faculty of Wilson as an instrumental music teacher
tasked to establish a marching band.  The immediate respect and trust that he commanded
from students was the first flag that he was a "special" person.  Within one and a half
months, Mr. Dickerson had amassed almost two hundred students to form a marching
band and a corps of flag persons.  He started from scratch.  With great facility, he was
able to capitalize on both raw and refined talent of his students.  He saw the potential and
need for students manifest their school pride through music and physical expressions.
The first Wilson marching band performed at the fall homecoming and began a legacy.
Other teachers had attempted several times before what Mr. Dickerson accomplished in
that short span.  The stellar vision, fortitude and persistence were characteristic of his
many other undertakings that followed.

Playing a major role in the overall life of the school, Mr. Dickerson was a godsend.  He
stressed discipline, good character and pride in his classroom and throughout the
corridors of Wilson.  He valued independent thinking but was among the first to assist
colleagues, parents and students in accomplishing tasks and goals for the good of the
whole.  Mr. Dickerson was unique in his ability to interweave music and morals into
every aspect of life.  His classes were electric; his clubs and performing groups were
dedicated and spirited.  Students were captivated by his style and attempted to emulate
him.

When I left the position of principal at Wilson, I was pleased, but not at all surprised, to learn that my successor immediately recognized the leadership qualities of Mr. Dickerson. He asked him to serve as Dean of Students, as he further prepared him for the position of a local school and ultimately central office administrator. . Mr. Dickerson, too, sought avenues to further prepare himself for administrative responsibilities by enrolling in graduate courses at George Mason University. His record speaks for itself.

It is without reservation, and with great expectation, that I support the application of Mr. Dickerson for assistant principal.

Respectfully,

Wilma F. Bonner, Ed. D.
Assistant Superintendent

---

**Children First**



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**
www.k12.dc.us

**Woodrow Wilson Senior High School**
3950 Chesapeake St., N.W
Washington, D.C. 20016-1855
202-282-0120, fax: 202-282-0077

August 11, 2000

To Whom It May Concern:

Mr. Dickerson received Exceeds Expectations for the commitment to Wilson to ensure a safe and secure school climate.

Sincerely,

Helane Smith Miller, CPA
Assistant Principal



*f.le*

**Department of Energy**
Washington, DC 20585
January 26, 1999

Mr. Kenneth Dickerson
Wilson High School
Nebraska & Chesapeake Streets
Washington, DC 20016

Dear Mr. Dickerson:

The Department of Energy (DOE) requests the services of Wilson's Jazz Band at the 1999 Black History Month Opening Program.

The program will be held Wednesday, February 10, 1999, at 10:15 a.m., in the James Forrestal Building's Main Auditorium, 1000 Independence Avenue, SW, Washington, DC. Participating members of the guard (and chaperons) will be picked up, by a DOE van, in front of Wilson High School at 9:30 a.m., on the day of the program. The band and their chaperons will be returned to the school immediately following the program.

It is requested that you provide the Office of Civil Rights a list of the participating honor guards and chaperons by Monday, February 1, 1999. Please forward their names to Dr. Margaret Batchelor-White at (202) 586-2265 or fax the information to (202) 586-0888.

Thank you for your cooperation.

Sincerely,

Dr. Margaret Batchelor-White
Director
Special Emphasis Programs
Office of Civil Rights

Printed with soy ink on recycled paper

# EXHIBIT

# 12

Message

| | |
|---|---|
| **From:** | Henderson, Kaya (OOC) [Kaya.Henderson@dc.gov] |
| **Sent:** | 6/27/2008 5:55:42 PM |
| **To:** | Rhee, Michelle (OOC) [Michelle.Rhee@dc.gov]; Cahall, Peter J. [peter_j_cahall@mcpsmd.org] |
| **CC:** | Davis, John L (OOC) [john.davis@dc.gov]; Kearney, Billy (OOC) [billy.kearney@dc.gov] |
| **Subject:** | RE: In need of your assistance |

All,

We're happy to work this out.  Billy, can you please work with Principal Cahall on this?  Thanks.

Kaya

Kaya Henderson
Deputy Chancellor
District of Columbia Public Schools
direct - 202-442-5012
asst - 202-442-5006
kaya.henderson@dc.gov

---

**From:** Rhee, Michelle (OOC)
**Sent:** Thursday, June 26, 2008 10:41 PM
**To:** Cahall, Peter J.
**Cc:** Henderson, Kaya (OOC)
**Subject:** RE: In need of your assistance

Kaya what can we do here?  I want to assist Principal Cahall in any way I can.

MR

---

**From:** Cahall, Peter J. [mailto:Peter_J_Cahall@mcpsmd.org]
**Sent:** Thu 6/26/2008 9:47 PM
**To:** Rhee, Michelle (OOC)
**Subject:** In need of your assistance

Dear Chancellor Rhee,

First, thank you for the opportunity to be the principal of Woodrow Wilson High School.  I appreciate that you did not give up on me when I was having doubts.  But I know and now realize that it is the right time and place for me.  I am excited....energized....and overwhelmed.  But that is what I want.  I want and I will turn Wilson around.

I left MCPS with Dr. Weast's blessing and full support.  He has the utmost respect and appreciation for you.

To update you, I have decided not to re-hire any of the teachers that were released due to the restructuring plan including Art Siebens and am prepared to take the heat.  I have so many ideas and plans to get Wilson back to be "The Model Urban High School" in the United States.

That brings me to why I am writing to you....you said to let you know if I needed anything and I do if I am going to produce the results that are needed and expected.

I have hired one assistant principal so far, her name is Charlette Butler.  I brought her from MCPS where I hired her as my literacy coach.  I will be training and preparing Charlette to be a principal in 2 to 3 years.  We interviewed 12 assistant applicants yesterday and only two of the 12 were identified as acceptable and both of them have no administrative experience.

I have attached a resume of a retired principal from MCPS who would like to join the team at Wilson.  She is a master scheduler....an instructional leader.....someone that worked to get a school out of restructuring....and someone who I can trust to run the building

when I must be away for various meetings and events.  Mary Beth has a masters +60.  We are saving money in hiring so many new and inexperienced people....You told me to tell you what I need and I need to have Mary Beth on my team.  Anything that you can do above the salary scale for her would be appreciated, well-earned, and a very good investment.  She is asking for $15,000 above her base pay.  Please let me know if this is possible or anything that you can do.

I did not come to DC for the money as I have taken a $14,000 cut in pay.  I know that Mary Beth is not in it for the money but to make a difference for the students, school, and to be able to support me in my vision.  I respectfully ask you to consider my request.

With Wilson Pride,

Pete

Peter J. Cahall
Director of School Performance
Churchill, Richard Montgomery, Rockville and Wootton Clusters
Office of School Performance
(301) 315-7358

———————————————————

From: Waits, Mary B.
Sent: Wed 6/25/2008 6:01 AM
To: Cahall, Peter J.
Subject: Resume

Pete,

Here is the electronic copy of my resume that you requested.

MBW

# EXHIBIT

# 13

**District of Columbia Public Schools**
**Assistant Principal**
**End-of-Year Evaluation**
**Performance Targets**

Name _Kenneth Dickerson_                    Conference Date _6/25/01_

School _Wilson SHS_                          Division _VI_

| **Academic Achievement (30)** | **School Climate (20)** | **Leadership (15)** |
|---|---|---|

### Academic Achievement (30)

**Assessment Data**                    **Max (30)**
Spring 00 to Spring 01 Performance Targets
                        Reading    Mathematics

6-6 = 18   Targets 1&2   _____   _____
5-6 = 15
4-6 = 12   Targets 3&4   _____   _____
3-6 = 9
           Targets 5&6   _____   _1 target_

**Percentile Rank**
Reading   _49%_   _47%_   ____   ____
Math      _54%_   _58%_   ____   ____

**Use of Data/Intervention Strategies**   (3)

**Attendance Data** ___ June 00 ___ June 01   (3)

**Dropout Rate** ___ June 00 ___ June 01   (3)

**% of Students Tested** ___ June 00 ✓ June 01 (3)

_|12|_

### School Climate (20)

**Safe and Effective Climate**   (11)
  Student-centered environment ✓
  Discipline Plan ok                    |11|
  Crisis Intervention Plan ✓
  Incident Reports ✓
  Alternatives to Suspensions NI
  Fire Drills ✓
  Collaborative Intervention Strategies ✓
  Student Leadership ✓
  Governance, athletic, academic and social ✓
      clubs/groups
  Activities outside the school day ✓
  Additional resources from public/private sector ✓

**Management of Facility**   (2)
  Cleanliness Level ✓            |2|
  Status of Maintenance ✓
  Repair of Level I Fire Code Violations ✓
  Interaction with teachers/clerical/custodial and
      cafeteria staffs ✓

**Site Visit/School Climate**   (4)
      Excell ✓    |4|

**Student Survey**   Excell ✓    |3|   (3)

### Leadership (15)

**Instructional Leadership**   (6)
  Local School Improvement Plan ✓
  School-to-Work Practices ✓
  Integration of Technology ✓
  Site-based Initiatives ✓
  Master Schedule ✓
  Site Visits ✓
  Media Savvy ✓
  Inclusionary Practices ✓
  Building Level Team ✓
  Professional Growth and Participation ✓

**Special Education--Bilingual/ESL** (6)   N/A
  Technical Compliance
  Timelines
  Procedures
  Completion of IEPs
  Alternative Assessment
  Medical Records
  Reevaluations
  Innovative Strategies

**Timely and Accurate Submission of Reports**   (3)
  ✓ Aug    ✓ Nov    ✓ Feb    ___ May
  ✓ Sept   ✓ Dec    ✓ Mar    ___ June
  ✓ Oct    ✓ Jan    ✓ Apr    ___ July

|15|

|20|

| Parent and Community Involvement   (10) | Human Resources Management   (15) | Fiscal Resource Management   (10) |
|---|---|---|
| **Involvement** (7) | **Evaluation of All Staff** ✓ (10) | **Accuracy of SAF/Purchase Card** |
| Meaningful communication ✓ between school and home | Technical Compliance | Appropriate Utilization (5) |
| | Timelines | Quarterly Reports |
| Utilization of community ✓ as resource | Orientation | Signature Compliance |
| | Prescribed Conferences | Audit Procedures |
| Procedures and practices to ✓ resolve parental issues, concerns and suggestions | Observations | Issues of Complaint |
| | Plans of Support | Compliance with Procedures |
| | Appropriate Recommendations | Agreements |
| Diverse strategies involving ✓ parents in school operations | Collection of Data | |
| | | **Utilization of Grant Funds** ✓ |
| Parental involvement in ✓ governance (LSRT/HSA/PTA) | **Staffing Practices** ✓ (1) | Title I (4) |
| | | Title II |
| Special programs, activities and events ✓ | **On-going Local School Staff** ✓ (2) **Development** | Title VI |
| | | Title VII |
| **Parent Survey** (3) | Team Building /Staff Empowerment | Other Grants |
| | | Goals 2000 ✓ |
| | Improvement Strategies for Staff Attendance | |
| | | **Innovative Fiscal Plans** |
| | Local, National, International acclaim awards for students, parents and staff | Programs (1) |
| | | Activities |
| | **Staff Survey** ✓ (2) | |

| | | | Summary | | Scale | |
|---|---|---|---|---|---|---|
| Assistant Principal: | Date: 6-25-0 | | AA 12 | PCI 1° | Exemplary | 98-100 |
| _Employee Signature_ | | | | | Outstanding | 90-97 |
| Principal: | Date: 6/25/1 | | SC 2° | HRM 15 | Satisfactory | 80-89 |
| _Rater Signature_ | | | | | Marginally | |
| | | | L 15 | FRM 1° | Satisfactory | 75-79 |
| Assistant Superintendent: | Date: | | | | Needs Improvement | 70-74 |
| _Reviewer Signature_ | | | Total 22 | | Unsatisfactory | 0-69 |

**District of Columbia Public Schools**
**Assistant Principal**
**Performance Targets**
**Continuation Sheet**

| Parent and Community Involvement (10) | Human Resources Management (15) | Fiscal Resource Management (10) |
|---|---|---|
| Involves parents when working with students & when working on school projects. | Oversees three department— | Oversea budgets for three departments |

**District of Columbia Public Schools**
**Assistant Principal**
**Performance Targets**
**Continuation Sheet**

| Academic Achievement (30) | School Climate (20) | Leadership (15) |
|---|---|---|
| Mr. Dickerson works with individual students to motivate them to be academically successful. | Sponsors male initiative Heads Security Committee Works with attendance Assures a safe environment Disciplinarian for grade nine. | Leads several departments Conducted staff meetings on Safety & Security |

District of Columbia Public Schools
Assistant Principal
End-of-Year Evaluation
Performance Targets

Name __Kenneth Dickerson__                     Conference Date __6/24/02__

School __Wilson Senior High School__           Division __VI__

| Academic Achievement (30) | School Climate (20) | Leadership (15) |
|---|---|---|

**Academic Achievement (30)**

Assessment Data                          Max (30)
Spring 01 to Spring 02 Performance Targets
                              Reading   Mathematics

6-6 = 18   Targets 1&2    X          No
5-6 = 15
4-6 = 12   Targets 3&4    X          No
3-6 = 9
           Targets 5&6    X          No

           Percentile Rank        (9)
Reading   _____   _____   ____   ____
Math      _____   _____   ____   ____

Use of Data/Intervention Strategies        (3)

**Attendance Data** ___ June 01 ___ June 02 (3)

**Dropout Rate** ___ June 01 ___ June 02 (3)

% of Students Tested ___ June 01 ___ June 02 (3)
                                         (12)

**School Climate (20)**

**Safe and Effective Climate**              (11)
   Student-centered environment
   Discipline Plan
   Crisis Intervention Plan
   Incident Reports
   Alternatives to Suspensions
   Fire Drills                          (20)
   Collaborative Intervention Strategies
   Student Leadership
   Governance, athletic, academic and social
       clubs/groups
   Activities outside the school day
   Additional resources from public/private sector

**Management of Facility**                  (2)
   Cleanliness Level
   Status of Maintenance
   Repair of Level I Fire Code Violations
   Interaction with teachers/clerical/custodial and
       cafeteria staffs

**Site Visit/School Climate**               (4)

**Student Survey**                          (3)

**Leadership (15)**

**Instructional Leadership**                (6)
   Local School Improvement Plan
   School-to-Work Practices
   Integration of Technology
   Site-based Initiatives
   Master Schedule
   Site Visits                          (15)
   Media Savvy
   Inclusionary Practices
   Building Level Team
   Professional Growth and Participation

**Special Education--Bilingual/ESL (6)**
   Technical Compliance
   Timelines
   Procedures
   Completion of IEPs
   Alternative Assessment
   Medical Records
   Reevaluations
   Innovative Strategies

**Timely and Accurate Submission of
Reports**                                   (3)

___ Aug   ___ Nov   ___ Feb ___ May
___ Sept  ___ Dec   ___ Mar ___ June
___ Oct   ___ Jan   ___ Apr ___ July

| Parent and Community Involvement   (10) | Human Resources Management   (15) | Fiscal Resource Management   (10) |
|---|---|---|
| **Involvement**                                     (7) | **Evaluation of All Staff**                (10) | **Accuracy of SAF/Purchase Card** |
| Meaningful communication between school and home | Technical Compliance | Appropriate Utilization           (5) |
|  |    Timelines | Quarterly Reports |
| Utilization of community as resource |    Orientation | Signature Compliance |
|  |    Prescribed Conferences | Audit Procedures |
| Procedures and practices to resolve parental issues, concerns and suggestions          (10) |    Observations | Issues of Complaint |
|  |    Plans of Support | Compliance with Procedures |
|  |    Appropriate Recommendations | Agreements |
|  |    Collection of Data | (10) |
| Diverse strategies involving parents in school operations | **Staffing Practices**      (14)      (1) | **Utilization of Grant Funds** |
|  |  |    Title I                              (4) |
| Parental involvement in governance (LSRT/HSA/PTA) | **On-going Local School Staff Development**        (2) |    Title II |
|  |  |    Title VI |
| Special programs, activities and events | Team Building /Staff Empowerment |    Title VII |
|  |  |    Other Grants |
| **Parent Survey**                            (3) | Improvement Strategies for Staff Attendance |    Goals 2000 |
|  | Local, National, International acclaim awards for students, parents and staff | **Innovative Fiscal Plans** |
|  |  |    Programs                          (1) |
|  | **Staff Survey**                         (2) |    Activities |

| Assistant Principal: | Date: 6/24/02 | **Summary** | **Scale** | |
|---|---|---|---|---|
| _Employee Signature_ | | AA **21**    PCI  **10** | Exemplary | 98-100 |
| Principal: | Date: 6/24/02 | SC **20**    HRM **14** | (Outstanding) | 90-97 |
| _Rater Signature_ | | L **15**     FRM **10** | Satisfactory | 80-89 |
| Assistant Superintendent: | Date: 7/15/02 | Total **90** | Marginally Satisfactory | 75-79 |
| _Reviewer Signature_ | | | Needs Improvement | 70-74 |
| | | | Unsatisfactory | 0-69 |

**District of Columbia Public Schools**
**Assistant Principal**
**Performance Targets**
**Continuation Sheet**

| Academic Achievement (30) | School Climate (20) | Leadership (15) |
|---|---|---|
| Mr. Dickerson supervised music, JROTC, Health & Physical Education, Art and Peaceable Schools. Mr. Dickerson is learning the PPEP process and how to work with staff to improve instruction. | Mr. Dickerson maintains a high profile in the halls and insists on proper behavior by students. He works with students to improve their behavior and academic progress. | Mr. Dickerson has high expectations for all staff. He led the Security Team, Attendance Team and In-House Suspension program. |

**District of Columbia Public Schools**
**Assistant Principal**
**End-of-Year Evaluation**
**Performance Targets**

Name __Kenneth Dickerson__

School __Woodrow Wilson Senior High School__

2003 JUL 17 PM 2:00   Conference Date __6-25-03__

Division __IV__

| Academic Achievement (30) | School Climate (20) | Leadership (15) |
|---|---|---|

### Academic Achievement (30)

**Assessment Data**                              **Max (30)**
Spring 02 to Spring 03 Performance Targets
                                    Reading   Mathematics

6-6 = 18   Targets 1&2   _No  DATA_ _____
5-6 = 15
4-6 = 12   Targets 3&4   _Available_ _____
3-6 =  9

           Targets 5&6   _____ _____

              **Percentile Rank**
Reading  _____ _____ _____
Math     _____ _____ _____

**Use of Data/Intervention Strategies**          (3)
Attendance Data _Introduced CASS System_ (3)
                ___ June 02 ___ June 03 (3)

Dropout Rate    _Not Available_
                ___ June 02 ___ June 03 (3)

% of Students Tested _Not Available_
                ___ June 02 ___ June 03 (3)

### School Climate (20)

**Safe and Effective Climate**                   (11)
    Student-centered environment
    Discipline Plan
    Crisis Intervention Plan
    Incident Reports
    Alternatives to Suspensions
    Fire Drills
    Collaborative Intervention Strategies
    Student Leadership
    Governance, athletic, academic and social
        clubs/groups
    Activities outside the school day
    Additional resources from public/private sector

**Management of Facility**                       (2)
    Cleanliness Level
    Status of Maintenance
    Repair of Level I Fire Code Violations
    Interaction with teachers/clerical/custodial and
        cafeteria staffs

**Site Visit/School Climate**                    (4)

**Student Survey**                               (3)

### Leadership (15)

**Instructional Leadership**                     (6)
    Local School Improvement Plan
    School-to-Work Practices
    Integration of Technology
    Site-based Initiatives
    Master Schedule
    Site Visits
    Media Savvy
    Inclusionary Practices
    Building Level Team
    Professional Growth and Participation

**Special Education--Bilingual/ESL (6)**
    Technical Compliance
    Timelines
    Procedures
    Completion of IEPs
    Alternative Assessment
    Medical Records
    Reevaluations
    Innovative Strategies

**Timely and Accurate Submission of Reports**    (3)

| ___ Aug | ___ Nov | ___ May |
|---|---|---|
| ___ Sept | ___ Dec | ___ Mar | ___ June |
| ___ Oct | ___ Jan | ___ Apr | ___ July |
| | | ___ Feb | |

| Parent and Community Involvement   (10) | Human Resources Management   (15) | Fiscal Resource Management   (10) |
|---|---|---|
| **Involvement** (7) | **Evaluation of All Staff** (10) | **Accuracy of SAF/Purchase Card** |
| | Technical Compliance | Appropriate Utilization (5) |
| Meaningful communication between school and home |     Timelines |     Quarterly Reports |
| |     Orientation |     Signature Compliance |
| Utilization of community as resource |     Prescribed Conferences |     Audit Procedures |
| |     Observations |     Issues of Complaint |
| Procedures and practices to resolve parental issues, concerns and suggestions |     Plans of Support |     Compliance with Procedures |
| |     Appropriate Recommendations |     Agreements |
| |     Collection of Data | |
| Diverse strategies involving parents in school operations | **Staffing Practices** (1) | **Utilization of Grant Funds** |
| | |     Title I (4) |
| Parental involvement in governance (LSRT/HSA/PTA) | **On-going Local School Staff Development** (2) |     Title II |
| | |     Title VI |
| Special programs, activities and events | Team Building /Staff Empowerment |     Title VII |
| | |     Other Grants |
| | Improvement Strategies for Staff Attendance |     Goals 2000 |
| **Parent Survey** (3) | | |
| | Local, National, International acclaim awards for students, parents and staff | **Innovative Fiscal Plans** |
| | |     Programs (1) |
| | **Staff Survey** (2) |     Activities |

Assistant Principal: _____  Date: 6-25-03
    *Employee Signature*

Principal: _____  Date: 6/25/03

Assistant Superintendent: _____  Date: 7/18/03
    *Rater Signature*
    *Reviewer Signature*

**Summary**

| | | | |
|---|---|---|---|
| AA 27 | PCI 10 | | |
| SC 20 | HR | | |
| L 15 | FRM | | |
| | Total 97 | | |

**Scale**

| | |
|---|---|
| Exemplary | 98-100 |
| Outstanding | 90-97 |
| Satisfactory | 80-89 |
| Marginally Satisfactory | 75-79 |
| Needs Improvement | 70-74 |
| | 0-69 |

**District of Columbia Public Schools**
**Assistant Principal**
**Performance Targets**
**Continuation Sheet**

| Parent and Community Involvement (10) | Human Resources Management (15) | Fiscal Resource Management (10) |
|---|---|---|
| Mr. Dickerson reaches out to the community. His Jazz Band performs throughout the city. He includes parents on the Safety and Security; and Attendance Committees. | Mr. Dickerson managed four departments worked with department chairpersons to improve instruction. | Mr. Dickerson managed funds for the Senior Class. He worked with department chairpersons approving orders for supplies and equipment. |

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## PROFESSIONAL PERFORMANCE EVALUATION PROCESS
### Annual Evaluation Form

Name __Kenneth   Dickerson__   Social Security Number 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

Position __Teacher__   Subject/Grade __Band (Music)  9-12__

School __Woodrow Wilson Sr. High__   School Year __1998/1999__

Directions: Educators will be rated on the degree to which targets and standards were met. Indicate the rating by placing and (x) on the line next to each item.

Performance Categories:

**3 - Exceeds Expectations**
The educator performs duties and responsibilities above the expected level, which exceed expectations in standards and targets.

**2 – Meets Performance Expectations**
The educator performs duties and responsibilities at the expected level within the parameters set.

**1 - Needs Improvement**
The educator performs minimal duties and responsibilities within the parameters set and is considered a marginal teacher.

**0 – Performance is Unsatisfactory**
The educator fails to perform duties and responsibilities within parameters set

| | 3 | 2 | 1 | 0 |
|---|---|---|---|---|
| **Part I   INSTRUCTIONAL TARGETS** | | | | |
| Systemwide instructional targets | | | | |
| 1.   Student Achievement | | X | | |
| 2.   Professional Development | X | | | |
| 3.   Professional Participation | X | | | |
| Local school instructional targets | | | | |
| 1.   Student achievement | X | | | |
| 2.   School Initiative(s) | X | | | |
| **Part II   STANDARDS** | | | | |
| Demonstrates commitment to students and their learning | X | | | |
| Demonstrates knowledge of subject matter and how to teach it to students | X | | | |
| Demonstrates the ability to manage and monitor student learning | X | | | |
| Makes effective contributions to the total school program | X | | | |
| Fulfills professional duties and responsibilities | X | | | |
| Totals | 27 | 2 | | |
| GRAND TOTAL | 29 | | | |

FINAL RATING: Place a check on the line next to the total rating for the school year

__X__ EXCEEDS EXPECTATIONS ____ MEETS EXPECTATIONS ____ NEEDS IMPROVEMENT ____ UNSATISFACTORY

Final Rating Scale:    29-30  Exceeds Expectations    20-28  Meets Expectations
                       10-19  Needs Improvement       0-9    Unsatisfactory

SIGNATURES

The educator's signature indicates his/her agreement with this rating.

Educator's Signature _[signature]_   Date _6-11-99_

Administrator's Signature _[signature]_   Date _6/11/99_

Assistant Superintendent's Signature _____   Date _____

White Copy-Personnel    Canary Copy-Educator    Pink Copy-Division    Goldenrod Copy-Local School

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**PROFESSIONAL PERFORMANCE EVALUATION PROCESS**
**Annual Evaluation Form**

Name  Kenneth Dickerson                    Social Security Number ▓▓▓▓▓▓

Position  DEAN OF STUDENTS                 Subject/Grade  9—12

School  Wilson SHS                         School Year  99-00

**Directions:** Educators will be rated on the degree to which targets and standards were met. Indicate the rating by placing and (x) on the line next to each item.

**Performance Categories**

**3 – Exceeds Expectations**
The educator performs duties and responsibilities above the expected level, which exceeds expectations in standards and targets.

**2 – Meets Performance Expectations**
The educator performs duties and responsibilities at the expected level within the parameters set.

**1 - Needs Improvement**
The educator performs minimal duties and responsibilities within the parameters set and is considered a marginal teacher.

**0 – Performance is Ineffective**
The educator fails to perform duties and responsibilities within parameters set

| | | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|
| **Part I** | *PERFORMANCE TARGETS* | | | | |
| Systemwide | | | | | |
| 1. | Student Achievement (based on improving test data) | | ✓ | | |
| 2. | Professional Development (select –1) | ✓ | | | |
| 3. | Implementation of systemwide initiatives (select –1) | ✓ | | | |
| Local school targets | | | | | |
| 1. | Instructional target (can be documented in the classroom) | | ✓ | | |
| 2. | School initiative(s) | ✓ | | | |
| **Part II** | *STANDARDS* | | | | |
| Demonstrates commitment to students and their learning | | ✓ | | | |
| Demonstrates knowledge of subject matter and how to teach it to students | | ✓ | | | |
| Demonstrates the ability to manage and monitor student learning | | ✓ | | | |
| Makes effective contributions to the total school program | | ✓ | | | |
| Fulfills professional duties and responsibilities | | ✓ | | | |
| | Totals | 24 | 4 | | |
| | **GRAND TOTAL** | 28 | | | |

**FINAL RATING:** Place a check on the line next to the total rating for the school year

* ✓  **EXCEEDS EXPECTATIONS** ____ **MEETS EXPECTATIONS** ____ **NEEDS IMPROVEMENT** ____ **INEFFECTIVE**

**Final Rating Scale:**   27-30  **Exceeds Expectations**        20-26  **Meets Expectations**
                          10-19  **Needs Improvement**            0-9  **Ineffective**

\* Supporting documents must be attached to the annual evaluation form for anyone who exceeds expectations.

**SIGNATURES**

The educator's signature does not indicate his/her agreement with this rating.

Educator's Signature _[signature]_                          Date  6-28-00

Administrator's Signature _[signature]_                     Date  6/28/00

Assistant Superintendent's Signature _Wilma T. Bonner_      Date  6/30/00

Copy one-Personnel    Copy two-Educator    Copy three-Division    Copy four-Local School

Professional Performance Evaluation Process

PUBLIC SCHOOLS OF THE DISTRICT OF COLUMBIA

TAP OBSERVATION FORM B

*(To be used for each formal observation and completed in duplicate)*

APPRAISEE: _Dukerson_  Time of observation: From 9:15 To 10:00

School: _W. Wilson H.S._ Subject _Music Theory_ Grade Level _mixed_ Status _____

Observed by: _B. minius_ _____ Date _4/2/90_

DIRECTIONS: *Use Form B to observe the appraisee's performance and to assist the appraisee during post-observation conferences. The appraisee will receive a rating of 1-5 in each of the three categories of management and in each of the three categories of instruction/service delivery. In reaching an evaluation of performance in the categories, the observer is instructed to consider the indicators developed for the various disciplines and found in the Appendix of the TAP document. The indicators (general and specific) for each category are not meant to be used as a checklist, but are to be used as an aid in the observation and post-observation conference. Comments may be written in the space provided.\* An explanation of ratings 1 - 5 may be found in the Glossary.*

1 = Outstanding      2 = Very Good      3 = Satisfactory      4= Conditional      5 = Unsatisfactory

**A. Management**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| The appraisee will demonstrate knowledge of and rapport with students / clients .............................. | ☒ | ☐ | ☐ | ☐ | ☐ |
| The appraisee will demonstrate ability to communicate with students / clients .............................. | ☒ | ☐ | ☐ | ☐ | ☐ |
| The appraisee will create an environment which facilitates positive learning . *Psychological* .............. | ☒ | ☐ | ☐ | ☐ | ☐ |

**B. Instruction/Service Delivery**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| The appraisee will demonstrate knowledge of subject matter / discipline ................................ | ☒ | ☐ | ☐ | ☐ | ☐ |
| The appraisee will apply knowledge of materials and techniques in subject field / discipline ................. | ☐ | ☒ | ☐ | ☐ | ☐ |
| The appraisee will demonstrate planning preparation .......... | ☒ | ☐ | ☐ | ☐ | ☐ |

Observer's Signature _Betty N. Minius_

Appraisee's Signature _____

\*See page 2.      Date Received by Appraisee _4/21_

PUBLIC SCHOOLS OF THE DISTRICT OF COLUMBIA

TAP OBSERVATION FORM B

*(To be used for each formal observation and completed in duplicate)*

APPRAISEE: Kenneth Dickerson                     Date 4/21/98

### COMMENTS

Strengths: The class was well-behaved & provided maximum attention to learning task; the lesson was presented with vivacity & vigor; & the teacher instructed the class with expertise, incorporated teaching techniques which included demonstrations, auditory & manipulative learning styles. Teacher demonstrated indepth knowledge of subject matter & lesson planning; clarity of lesson was constantly emphasized & wrap-up & closure, brought to closure — Excellent rapport with students

Suggestions for improvement: To enhance student involvement, if keyboards are available, allow students to actually do hands on & practice the chord progression, or use the piano. Eventhough the lecture was informative, utilize also, student activities to further enhance student involvement in the lesson

Local school / system assistance available: _____

2 of 2

# EXHIBIT

# 14

# The George Washington University

Washington, District of Columbia

To all persons who read these letters, Greeting:

Be it known that the President, Faculty, and Trustees,

by virtue of the authority granted by The United States of America,

have conferred upon

## Kenneth Deneil Dickerson

the degree of

## Doctor of Education

together with all the honors, rights, privileges, and responsibilities

thereunto appertaining.

In witness whereof, we have hereunto affixed the seal of the University,

and subscribed our names, in Washington, in the District of Columbia,

this fifteenth day of May, two thousand and eleven.



_Dean of the Graduate School of Education
and Human Development_

_President of the University_

# EXHIBIT

# 15

# COUNCIL OF SCHOOL OFFICERS
## American Federation of School Administrators/Local 4 - AFL-CIO
### 2120 Bladensburg Road, NE  Rm. 205
### Washington, DC 20018
### Phone (202) 526-4700 – Fax (202) 526-8088

June 25, 2008

Ms. Michelle Rhee
Chancellor
DC Public Schools
825 North Capitol Street, NE
9th Floor
Washington, DC 20002-4232

RE: NON-REAPPOINTMENT OF PRINCIPALS
     AND ASSISTANT PRINCIPALS

Dear Chancellor Rhee:

June 30, 2008 is steadily approaching. You have failed to respond to our numerous correspondences and requests regarding the non- reappointment of principals and assistant principals. There are several issues surrounding the non- reappointed principals and assistant principals that need to be addressed. The "Agreement between the Board of Education of the District of Columbia and the Council of School Officers Local #4 of the American Federation of School Administrators, AFL-CIO" is the document that you and the CSO agreed to implement and enforce as it pertains to all members of this bargaining unit within the District of Columbia Public Schools. Several of the agreed upon processes were either ignored or not adhered to by you and/or your designees which created a faulty process. Once this occurred, the process which is explicitly described in the document was compromised. This resulted in a total violation of the monitoring, assessing and evaluation of the principals and assistant principals. These actions deemed the entire process as flawed.

The following provisions of the "Agreement" have been violated:
- Article VII           Fair Practice
- Article IX            Complaints Against An Officer
- Article X             Disciplinary Action
- Article XI            Evaluation
- Article XIV         Leave and Pay
- Article XV          Personnel Files
- Article XXIV       Information
- Article XXVII      Legislative Consultation

Notwithstanding the "Agreement," members were also denied their rights under the DCMR Title 5- Education. The disputed sections are as follows:
- 1306    Performance Evaluation
             1306.1, 1306.2, 1306.4, 1306.14

- 1107   Salary Retention
         1107.1

When the principals and assistant principals received their letters of non- reappointment they were told they would not be eligible to apply for any principal or assistant principal vacancies respectively within DCPS. This action forced the principals and assistant principals to seek employment of a lesser position or lower grade position, thus qualifying our members to receive salary retention under DCMR 1107.1. Therefore, an employee who has been placed in a lower grade position through no fault of the employee shall retain his or her current grade for two (2) years from the date of demotion, and the employee's pay will not be reduced. This includes retreat rights to all positions including ET 15 teacher positions.

As a result of the aforementioned contractual violation we are requesting an immediate meeting with you prior to June 30, 2008. We also request the following:
- DCPS delay the June 30th termination date until all retreat rights are sorted,
- Continue members' benefits and pay throughout the entire process,
- Consideration of "Full Retirement" for members two (2) years or less from retirement; and,
- Discuss terms of settlement of the "Class Action Grievance" submitted May 16, 2008 for principals and June 17, 2008 for assistant principals.

We would request that you contact this office to arrange a meeting to discuss this urgent matter – 202/526-4700.

Sincerely,

Aona H. Jefferson,
Executive Vice President

cc:  Mayor Adrian Fenty
     Vincent C. Gray, Chairman
     DC Council
     Robert Bobb, President
     DC Board of Education
     James Sandman, Esq., DCPS General Counsel
     Mark J. Murphy, Esq., CSO Attorney
     Kaya Henderson, Deputy Chancellor
     Ronald S. Flowers, Director Labor Management Programs
     Stephen Yarbrough, EEOC Investigator
     Joslyn N. Williams, President Metropolitan Washington Council AFL-CIO
     Jill S. Levy, National President AFSA
     Julio Castillio, Executive Director PERB