UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant.* | Civil Action No. 09-2213 (PLF) |

REVISED LIST OF EXHIBITS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Ex. A | Declaration of Donielle Powe |
| Ex. AA | School Restructuring Plan for Wilson SHS, 2008-2009 |
| Ex. AB | A Principal's Guide to School Quality Review, January 2008 |
| Ex. AC | LSRT Restructuring Memo to Chancellor Rhee, May 2008 |
| Ex. AD | Notice to Kenneth Dickerson of Non-Reappointment, June 2008 |
| Ex. B | Transcript of October 17, 2019 Deposition of Kenneth Dickerson |
| Ex. C | Kenneth Dickerson Resumé |
| Ex. D | School Restructuring and QSR Process Slides, January 2008 |
| Ex. E | Email of May 15, 2008 from Abigail Smith to Lisa Ruda, transmitting Exhibit A |
| Ex. F | Plaintiff's Responses to Defendant's Requests for Admissions |
| Ex. G | Email of June 26, 2008 from Peter Cahall to Michelle Rhee |
| Ex. H | Excerpt of Plaintiff's First Written Discovery Responses |

| | |
|---|---|
| Ex. I | Excerpt of Plaintiff's Second Written Discovery Responses |
| Ex. J | Tr. of October 17, 2019 Dep. of Kenneth Dickerson - Supplement |