# EXHIBIT J

```
                    UNTIED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
                    OFFICE OF THE ATTORNEY GENERAL

                            + + + + +
```

_____
                                  :
IN THE MATTER OF:                 :
                                  :
KENNETH DICKERSON,                :
                                  :
            Plaintiff,            :
                                  :
      v.                          : Civil Action No.
                                  : 09-2213 (PLF)
DISTRICT OF COLUMBIA,             :
                                  :
            Defendant.            :
                                  :
_____:

            Thursday,
            October 17, 2019

            Washington, D.C.

DEPOSITION OF:

                    KENNETH DICKERSON

called for examination by Counsel for the

Defendant, pursuant to Notice of Deposition, in

the law offices of the Attorney General, located

at 441 4th Street NW, Washington D.C., at 10:00

a.m., when were present on behalf of the

respective parties:

1              MR. DONALD:  At your leisure.
2              MR. CUMMING:  -- if we can go until 11
3     --
4              MR. DONALD:  Sure, not a problem.
5              MR. CUMMING:  -- that be great.
6              MR. DONALD:  Thank you.
7     BY MR. CUMMING:
8         Q    All right.  Dr. Dickerson, if you
9     could take a look at what's just been marked as
10    Exhibit 6, and let me know if you recognize it?
11        A    Yes, sir.
12        Q    Okay. And what is it?
13        A    Notice of non-reappointment as
14    assistant principal for the year 2008-2009 school
15    year.
16        Q    Okay.  And was this the notice you
17    received that you would not be reappointed?
18        A    Yes, sir.
19        Q    Did -- had you received any other
20    notice prior to this?
21        A    No, sir.
22        Q    Okay.  Do you remember if you received

1   this notice on the date it's dated, June 16,
2   2008?
3        A    It was sent to me by Federal Express
4   and I don't know if it was on the actual 30th.  I
5   think it was the last week in June.
6        Q    Okay.  And then going back to Exhibit
7   3, what did you do after you received that -- the
8   letter that was marked as Exhibit 6?
9        A    What do you mean?
10            MR. DONALD:  Excuse me.  In terms of
11  form, you said going back to Exhibit 3.
12            MR. CUMMING:  I'm sorry, I was
13  confused.  Let me rephrase.
14            MR. DONALD:  Just want to make sure
15  we're clear.  Thank you, Mr. Cumming.
16  BY MR. CUMMING:
17       Q    After you received the letter marked
18  as Exhibit 6, what did you do?
19       A    Packed my stuff up to leave.
20       Q    Okay.  What did you do to -- did you
21  try to secure a new position at DCPS?
22       A    Not -- not the first day but I

1  contacted Human Resources to find out my retreat
2  rights, and the last position that I held before
3  assistant principal was dean of students.  And
4  they told me I could no longer be a dean of
5  students.  And I asked why, that was my retreat
6  right.  And they didn't allow me to do that.  And
7  I kept asking Ms. Jose if that's my last position
8  and the thing state sin the letter that I have
9  retreat rights and I'm supposed to go to my last
10 FT position, why wouldn't I be granted a position
11 as dean of students.  And she never gave me an
12 answer.
13         Q    Ms. Jose, who is --
14         A    Jasmine Jose was the Assistant
15 Director of HR, I think, at that time.
16         Q    Okay.  And when she told you that,
17 what did you decide to do afterwards, after you
18 were told you could not retreat to a position as
19 Dean of Students, what did you decide to do?
20         A    I think the next available position,
21 which was a music teacher.
22         Q    Okay.  So looking now at Exhibit 3, it

|    |                                                          |
|----|----------------------------------------------------------|
| 1  | states that you didn't start as a music teacher          |
| 2  | until October of 2008; is that correct?                  |
| 3  |     A    Yes, that's correct.  Let -- Mr. |
| 4  | Cumming, I went down to that office a number of          |
| 5  | times and spoke with Ms. Jose.  She told me that         |
| 6  | we would be the first folks in line to be placed,        |
| 7  | okay, in positions.  And so I contacted her              |
| 8  | multiple times, and there was no position --             |
| 9  | position available for me.  At that time, also, I        |
| 10 | called -- went downtown to apply for                     |
| 11 | unemployment.  When I applied for unemployment,          |
| 12 | the lady said that I couldn't receive                    |
| 13 | unemployment.  I asked her why.  She said that           |
| 14 | you were terminated for misconduct.  And I said,         |
| 15 | "What misconduct?"  So somebody placed in my file        |
| 16 | that I had been terminated for misconduct, and I         |
| 17 | asked that question, who placed it in my file.  I        |
| 18 | never got an answer.  So at that particular time,        |
| 19 | I had applied for multiple positions, one                |
| 20 | position in Montgomery County and another                |
| 21 | position for principalship in PG County.  Those          |
| 22 | opportunities went away and I didn't understand          |

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Kenneth Dickerson

In the matter of: Kenneth Dickerson v DC

Before: DC OAG

Date: 10-17-19

Place: Washington, DC

were duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings; and that I am neither counsel for, related to, nor employed by any of the parties to this action in which this deposition was taken; and further that I am not a relative nor an employee of any of the parties nor counsel employed by the parties, and I am not financially or otherwise interested in the outcome of the action.

```
                           _____
                           Court Reporter
```

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com