UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DICKERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 09-2213 (PLF) |

FINAL ORDER AND JUDGMENT

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that Defendant's Motion for Summary Judgment [Dkt. No. 138] is GRANTED; and it is

FURTHER ORDERED that JUDGMENT is entered for the District of Columbia.

This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 3, 2022