**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KENNETH DICKERSON )
)
     Plaintiff, )
)    Civil Action No.: v. 09-2213 (PLF)
v. )
)
DISTRICT OF COLUMBIA )
)
)
     Defendant. )
_____)

**<u>NOTICE OF APPEAL</u>**

     Notice is hereby given that Plaintiff Kenneth Dickerson ("Dickerson") hereby appeals to

the Court of Appeals for the United States District Court for the District of Columbia from an

Order entered by the trial court dated March 3, 2022 which granted Defendant's Motion for

Summary Judgment.

DATE: March 31, 2022

                        Respectfully submitted,
                        DONALD M. TEMPLE, P.C.

         By:    /s/<u>Donald M. Temple____</u>
                Donald M. Temple, Esq. [408749]
                1310 L Street, NW, Suite 750
                Washington, D.C.  20005
                (202) 628-1101
                (202) 217-2774 fax
                dtemplelaw@gmail.com
                ***Attorney for Plaintiff***