# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7036**                         **September Term, 2022**

1:09-cv-02213-PLF

Filed On: July 28, 2023 [2010129]

Kenneth Dickerson,

        Appellant

    v.

District of Columbia,

        Appellee

## M A N D A T E

In accordance with the judgment of June 20, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:     /s/
                                             Daniel J. Reidy
                                             Deputy Clerk

Link to the judgment filed June 20, 2023